IN VIEW OF [ ] IN THIS INVESTIGATION AND THE EXTREME SENSITIVITY OF THE [ ] WHO HAS PROVIDED INFORMATION IN THIS INVESTIGATION, NYO IS CLOSING THE SUBSTANTIVE PORTION OF THIS MATTER (S) HOWEVER, NYO IN ORDER TO RESOLVE, AS BEST IT CAN, RECENT INFORMATION THAT THE SOURCE PROVIDED, THE NYO FEELS THE SOURCE [ ] (U) AS THE BUREAU IS AWARE, [ ] DUE TO THE OBVIOUS SERIOUSNESS AND SENSITIVITY OF THESE AFOREMENTIONED [ ] THIS MATTER SHOULD RECEIVE PRIORITY ATTENTION (S) WMFO IS REQUESTED TO RECONTACT [ ] AND DETERMINE IF SOURCE HAS DEVELOPED ANY ADDITIONAL INFORMATION [ ] WMFO SHOULD BE ALERT TO THE FACT THAT THE INDIVIDUALS REFERENCED IN THE TELETYPES NAMELY [ ] PROSECUTED IN THE "PIZZA CONNECTION" CASE. FURTHERMORE, [ ] (U)

**From:** New York
   White Collar Crime/Squad C-14/Public Corruption
   **Contact:** SA [REDACTED]

**Approved By:** [REDACTED]

**Drafted By:** [REDACTED] mjm

b6
b7C

**Case ID #:** 58A-NY-278417   (Pending)
   58A-NY-278440   (Pending)
   58A-NY-278585   (Pending)

**Title:** UNSUB(S);
WILLIAM J. CLINTON - FORMER U.S. PRESIDENT;
[REDACTED]
MARC RICH - FUGITIVE (B); ET AL;
CFPO - EXECUTIVE BRANCH;
OO: NY

b6
b7C

UNSUB(S);
WILLIAM J. CLINTON, FORMER PRESIDENT;
HILLARY R. CLINTON, U.S. SENATOR;
ET AL.;
CFPO - EXECUTIVE LEVEL;
OO: NY

UNSUB(S);
ROGER CLINTON CLM, LLC;
OO: NY

**THIS DOCUMENT IS SENSITIVE IN NATURE
AND SHOULD BE AFFORDED APPROPRIATE CONFIDENTIALITY.**

**Synopsis:** To request high-speed scanning of documents i[...]

**Administrative:** Ref. 04/20/2001 telcall. between SA [REDACTED]