Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process   20240112110516   Has Been
SUCCESSFULLY SERVED!

Served Upon:        **KATHY HOCHUL, GOVERNOR**
Served Date/Time:   1/16/2024 9:50:00 AM
Service Type:
Accepted By:
Relationship/Title:
Description:        Sex:  Age:  Height:  Weight:
                    Skin:  Hair:  Other:

Location:
At Address:         STATE OF NEW YORK  NYS STATE CAPITOL BUILDING
                    ALBANY  NY  12231
In the Case/Docket: 3 24 CV 00040 ZNQ TJB    Claim:
Plaintiff:          MARY BASILE LOGAN, INDIVIDUALLY  AND ON BEHALF OF THOSE
                    SIMILARLY SITUATED, PRO SE
Defendant:          MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL,
                    DEPARTMENT OF JUSTICE, ET AL
Attorney:           MARY B. LOGAN, PRO SE
Phone/Fax/Email:    9082007294  8882372671  TRINO@TRINOPS.COM
Firm:               MARY B. LOGAN, PRO SE
                    TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
                    CLINTON  NJ  08809

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving by first class mail in the next few days.

www.SERVED.com

Visit us on the web to get the latest status of your process, request services, make a payment and more!
Your firm ID is: MA022351

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE