Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process   20240112110717   Has Been
SUCCESSFULLY SERVED!

| | |
|---|---|
| Served Upon: | **LETITIA JAMES, ATTORNEY GENERAL** |
| Served Date/Time: | **1/16/2024** |
| Service Type: | |
| Accepted By: | |
| Relationship/Title: | |
| Description: | Sex:  Age:  Height:  Weight: |
| | Skin:  Hair:  Other: |
| Location: | |
| At Address: | **STATE OF NEW YORK  28 LIBERTY STREET, FL 23** |
| | **NEW YORK  NY  10005** |
| In the Case/Docket: | **3 24 CV 00040 ZNQ TJB**   Claim: |
| Plaintiff: | **MARY BASILE LOGAN, INDIVIDUALLY  AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE** |
| Defendant: | **MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL** |
| Attorney: | **MARY B. LOGAN, PRO SE** |
| Phone/Fax/Email: | **9082007294  8882372671  TRINO@TRINOPS.COM** |
| Firm: | **MARY B. LOGAN, PRO SE** |
| | **TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237** |
| | **CLINTON  NJ  08809** |

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving by first class mail in the next few days.

www.SERVED.com

Visit us on the web to get the latest status of your process, request services, make a payment and more!
Your firm ID is: **MA022351**

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE