Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process   20240112103903   Has Been
SUCCESSFULLY SERVED!

| | |
|---|---|
| Served Upon: | **PHIL MURPHY, GOVERNOR** |
| Served Date/Time: | 1/17/2024 1:46:00 PM |
| Service Type: | |
| Accepted By: | |
| Relationship/Title: | |
| Description: | Sex:  Age:  Height:  Weight: |
| | Skin:  Hair:  Other: |
| Location: | |
| At Address: | STATE OF NEW JERSEY  225 W. STATE STREET |
| | TRENTON  NJ  08608 |
| In the Case/Docket: | 3 24 CV 00040 ZNQ TJB   Claim: |
| Plaintiff: | MARY BASILE LOGAN, INDIVIDUALLY  AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE |
| Defendant: | MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL |
| Attorney: | MARY B. LOGAN, PRO SE |
| Phone/Fax/Email: | 9082007294  8882372671  TRINO@TRINOPS.COM |
| Firm: | MARY B. LOGAN, PRO SE |
| | TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 |
| | CLINTON  NJ  08809 |

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving by first class mail in the next few days.

**www.SERVED.com**

Visit us on the web to get the latest status of your process, request services, make a payment and more!
Your firm ID is: **MA022351**

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE