

20240112112646

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20240112112646** Was

**NOT SERVED!**

NOT Served Date/Time: 1/17/2024 6:36 PM

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:      **BARACK H. OBAMA, FORMER PRESIDENT**
At BUSINESS :         **2446 BELMONT ROAD  WASHINGTON DC 20008**

In the Case/Docket:   **3 24 CV 00040 ZNQ TJB**   Claim:
Plaintiff:            **MARY BASILE LOGAN, INDIVIDUALLY  AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE**
Defendant:            **MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL**
Attorney:             **MARY B. LOGAN, PRO SE**  Phone:  9082007294  Fax:  8882372671  Email:
                      **TRINO@TRINOPS.COM**
Firm:                 **MARY B. LOGAN, PRO SE**
                      **TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809**

---

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

---

# AUTHORIZATION FOR ADVANCED SEARCH

### Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ X ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

**Sales Tax of 6.625% Applies**

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
$150/hr Out of State **(circle one)** - Auth Hours ___

_____     ___/___/_____
AUTHORIZING SIGNATURE                  DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

**Unable to serve in person, entire road is blocked off, per officer there is a mailing address, must be mailed**

**\*\*\*THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT\*\*\***