

**20240112104043**

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20240112104043** Was

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**NOT SERVED!**

NOT Served Date/Time: 1/13/2024 1:53 PM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351**

NOT Served Upon:   **HILLARY R. CLINTON, FORMER SENATOR**
At BUSINESS :      **15 OLD HOUSE LANE  CHAPPAQUA NY 10514**

In the Case/Docket:  **3 24 CV 00040 ZNQ TJB**   Claim:
Plaintiff:           MARY B. LOGAN, INDIVIDUALLY  AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
Defendant:           MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
Attorney:            **MARY B. LOGAN, PRO SE**  Phone: 9082007294  Fax: 8882372671  Email:
                     **TRINO@TRINOPS.COM**
Firm:                **MARY B. LOGAN, PRO SE**
                     **TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392
To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find            [ ] VIDEO EVIDENCE $79.99 if available

[X] Skip Search* - $75.00 - no find, no pay              [ ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $60 anywhere in U.S                [ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
                                                              $150/hr Out of State **(circle one)** - Auth Hours ___

[ ] DMV - MVC $60 NJ only, $110 other states
                                                         _____  ___/___/_____
Sales Tax of 6.625% Applies                              AUTHORIZING SIGNATURE              DATE

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:

**The Documents have to be mailed to the address and someone will get them from there can not be served personally
or sub serve has to be mailed**

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***