

20240112113841

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20240112113841** Was

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**NOT SERVED!**

NOT Served Date/Time: 1/17/2024 4:21 PM

Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351

NOT Served Upon:      JOHN KERRY, FORMER SENATOR
At BUSINESS :         U.S. SPECIAL PRESIDENTIAL ENVOY FOR CLIMATE, NATIONAL SECURITY COUNCIL 1600
                      PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20500

In the Case/Docket:   3 24 CV 00040 ZNQ TJB    Claim:
Plaintiff:            MARY BASILE LOGAN, INDIVIDUALLY  AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
Defendant:            MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
Attorney:             MARY B. LOGAN, PRO SE  Phone: 9082007294  Fax: 8882372671  Email:
                      TRINO@TRINOPS.COM
Firm:                 MARY B. LOGAN, PRO SE
                      TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find          [ ] VIDEO EVIDENCE $79.99 if available

[ ] Skip Search* - $75.00 - no find, no pay             [ X ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $60 anywhere in U.S               [ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
                                                        $150/hr Out of State **(circle one)** - Auth Hours ___

[ ] DMV - MVC $60 NJ only, $110 other states

                                                        _____   ___/___/_____
Sales Tax of 6.625% Applies                             AUTHORIZING SIGNATURE                  DATE

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
              OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:

security at the gate immediately turned me around and told me to leave, unless I was there on official business. I tried
to state that I was a process server, but they continued to instruct me to leave.