

20240112113136

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20240112113136** Was

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**NOT SERVED!**

NOT Served Date/Time: 1/14/2024 6:13 PM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351**

NOT Served Upon:    **CHRISTOPHER J. CHRISTIE**
At HOME :           **1 TALL OAKS COURT  MENDHAM NJ 07945**

In the Case/Docket:  **3 24 CV 00040 ZNQ TJB**    Claim:
Plaintiff:           MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
Defendant:           MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
Attorney:            **MARY B. LOGAN, PRO SE**  Phone: **9082007294**  Fax: **8882372671**  Email:
                     **TRINO@TRINOPS.COM**
Firm:                **MARY B. LOGAN, PRO SE**
                     **TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

# AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392
To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____   ___/___/_____
AUTHORIZING SIGNATURE               DATE

Sales Tax of 6.625% Applies

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:
**THE ENTITY IS CURRENTLY OUT OF STATE AND A RETURN DATE IS UNKNOWN AT THIS TIME.**

**PLEASE ADVISE GSS ON HOW TO PROCEED.**

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***