

20240112110813

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20240112110813** Was

**NOT SERVED!**

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

NOT Served Date/Time: 1/18/2024 5:07 PM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351**

NOT Served Upon:     **LIZ CHENEY, PROFESSOR**
At BUSINESS :        **UNIVERSITY OF VIRGINIA CENTER FOR POLITICS, GIBSON HALL 183 1540 JEFFERSON PARK AVENUE CHARLOTTESVILLE VA 22904**

In the Case/Docket:  **3 24 CV 00040 ZNQ TJB**   Claim:
Plaintiff:           **MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE**
Defendant:           **MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL**
Attorney:            **MARY B. LOGAN, PRO SE**  Phone: **9082007294**  Fax: **8882372671**  Email: **TRINO@TRINOPS.COM**
Firm:                **MARY B. LOGAN, PRO SE**
                     **TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

## AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

[ X ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____     ___/___/_____
AUTHORIZING SIGNATURE             DATE

Sales Tax of 6.625% Applies

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY** OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

the Office Manager at the Center for Politics would not accept service and advised that Ms. Cheney does not have an office or regular schedule for lecturing at the school. Ms. Cheney usually only conducts lectures over via teleconference and only rarely comes to the university in person.

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***