**MACCE & CRESTI, P.C.**
17 East Main Street
Clinton, NJ 08809
(908) 713-9008
John C. Macce, Esq. (ID#045361990)
Attorneys for Defendant, Robert Junge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, Individually and on behalf of those similarly situated, Pro Se<br><br>Plaintiff,<br><br>V.<br><br>MERRITT GARLAND, in his official capacity of Attorney General, Department of Justice;, et. al. | No. 3:24-CV-0400<br><br>Hon. Zahid N. Quraishi, J.<br>Hon Tonianne J. Bongiovanni, M.J. |

### NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of the undersigned as counsel for the Defendant Robert Junge in the above captioned matter.

MACCE & CRESTI, P.C.

Attorneys for the Defendant, Robert Junge

_____
BY: JOHN C. MACCE, ESQ.

Dated: January 31, 2024

## CERTIFICATE OF SERVICE

I, John C. Macce, hereby certify that the Entry of Appearance has been filed electronically on January 31, 2024 and that it has been served on all parties of record via the Court's ECF system.

MACCE & CRESTI, P.C.
Attorneys for the Defendant, Robert Junge

BY: JOHN C. MACCE, ESQ.

Dated: January 31, 2024