YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM CLICK ON MY ACCOUNT!

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com



YOU CAN NOW PRINT A RECEIPT ONLINE AS A
PAYMENT CONFIRMATION FOR YOUR  RECORD.
SAVE A STAMP, TIME AND EFFORT AND PAY
THIS INVOICE ONLINE! YOU MAY USE
VISA, MASTERCARD, AMERICAN EXPRESS,
DISCOVER OR EVEN A PAYPAL ACCOUNT!

 

## INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX
5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240112114002 |
| AMOUNT DUE: | $133.60 |
| DUE DATE: | 2/16/2024 |

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

---

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**AMOUNT DUE: $133.60**

**INVOICE#: 20240112114002**

**INVOICE DATE: 1/17/2024**

ATTORNEY:      MARY B. LOGAN, PRO SE
FIRM:          MARY B. LOGAN, PRO SE
PLAINTIFF:     MARY BASILE LOGAN, INDIVIDUALLY  AND ON BEHALF OF THOSE SIMILARLY SITUATED,
DEFENDANT:     MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J
DOCKET#:       3 24 CV 00040 ZNQ TJB                                    CLAIM#:
ENTITY SERVED: ROBERT JUNGE
SERVED WITH:   SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBITS
                                            COURT DATE:
SERVED DATE:   **1/15/2024**

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON:   \|___\| / \|___\| / \|___\| |
| SERVICE FEE: | $75.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID:   \|___\| , \|___\| . \|___\| |
| PRIORITY FEE: | $25.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $10.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME 0.00 | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $23.60 | |
| TOTAL: | **$133.60** | CARD/CHECK#: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\| |

---

Tear along the perforation and keep the middle stub for your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240112114002 |
| AMOUNT DUE: | $133.60 |
| DUE DATE: | 2/16/2024 |

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

**GUARANTEED SUBPOENA SERVICE, INC.**
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

[ ] CHECK

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

CARD #: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|

EXPIRATION: \|___\| / \|___\|

SIGNATURE: _____

**\*\*\* To Pay Online Go To "My Account" \*\*\***

20240112114002

20240112114002

AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

SERVICE OF: **SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBITS**
EFFECTED (1) BY ME: **DOUG KRAMER**
TITLE: **PROCESS SERVER**

DATE: **1/15/2024 6:24:58 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

ROBERT JUNGE

Place where served:

17 CHERRY STREET   LEBANON  NJ  08833

[  ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ROBERT JUNGE ROBERT JUNGE

Relationship to defendant   **SELF**

Description of Person Accepting Service:

SEX:M___  AGE: 51-65  HEIGHT: 5'9"-6'0"____  WEIGHT: 161-200 LBS.____  SKIN:WHITE____  HAIR:SALTPEP__  OTHER: GLASSES____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Served Data:
Subscribed and Sworn to me this

15th day of January, 2024

Notary Signature_____

Rosemary Ramos          September 25th, 2028
Name of Notary          My Commission Expires

*[Notary seal: ROSEMARY RAMOS, NOTARY PUBLIC, STATE OF NEW JERSEY, My Commission Expires September 25 2028]*

I, DOUG KRAMER,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    01/15/2024__
Signature of Process Server          Date

| Attempts |
| --- |
| 1/15/2024 12:15:46 PM |

ATTORNEY:     MARY B. LOGAN, PRO SE
PLAINTIFF:    MARY BASILE LOGAN, INDIVIDUALLY  AND ON BEHALF OF THOSE SIMILARLY
DEFENDANT:    SITUATED, PRO SE
VENUE:        MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL,
DOCKET:       DEPARTMENT OF JUSTICE, ET AL
COMMENT:      DISTRICT
              3 24 CV 00040 ZNQ TJB