**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!



# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240112114801 |
| AMOUNT DUE: | $133.60 |
| DUE DATE: | 2/16/2024 |

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | | |
|---|---|---|---|
| AMOUNT DUE: $133.60 | INVOICE#: 20240112114801 | INVOICE DATE: 1/17/2024 | |
| ATTORNEY: | MARY B. LOGAN, PRO SE | | |
| FIRM: | MARY B. LOGAN, PRO SE | | |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | | |
| DEFENDANT: | MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J | | |
| DOCKET#: | 3 24 CV 00040 ZNQ TJB | CLAIM#: | |
| ENTITY SERVED: | SEJAL HATHI, DEPUTY COMMISSIONER | | |
| SERVED WITH: | SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBITS | | |
| SERVED DATE: | 1/16/2024 | COURT DATE: | |

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | |__|__| / |__|__| / |__|__| |
| SERVICE FEE: | $75.00 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | |__|__| , |__|__|__| . |__|__| |
| PRIORITY FEE: | $25.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| DOCUSIGN/NOTARY FEE: | $10.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME 0.00 | $0.00 | [ ] AMERICAN EXPRESS | |
| VIDEO/MISC. FEE: | $23.60 | | |
| TOTAL: | $133.60 | CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

| | |
|---|---|
| INVOICE #: | 20240112114801 |
| AMOUNT DUE: | $133.60 |
| DUE DATE: | 2/16/2024 |

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__| / |__|__|

SIGNATURE: _____

**\*\*\* To Pay Online Go To "My Account" \*\*\***

20240112114801

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBITS**
EFFECTED (1) BY ME: **JANE NUNN**
TITLE: **PROCESS SERVER**   DATE: **1/16/2024 1:52:56 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

**SEJAL HATHI, DEPUTY COMMISSIONER**

Place where served:

**PUBLIC HEALTH SERVICES, STATE OF NEW JERSEY  50 E STATE STREET, SUITE 6  TRENTON  NJ  08608**

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

**BARBARA MILLER**
Relationship to defendant **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: **F**   AGE: **51-65**   HEIGHT: **5'4"-5'8"**   WEIGHT: **161-200 LBS.**   SKIN: **BLACK**   HAIR: **SALTPEP**   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____    SERVICES $ _____ . _____    TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this
16th day of January, 2024
Notary Signature _____
Rosemary Ramos           September 25th, 2028
Name of Notary           My Commission Expires

I, **JANE NUNN**, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   01/16/2024
Signature of Process Server        Date

ATTORNEY:   MARY B. LOGAN, PRO SE
PLAINTIFF:  MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY
DEFENDANT:  SITUATED, PRO SE
VENUE:      MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL,
DOCKET:     DEPARTMENT OF JUSTICE, ET AL
COMMENT:    DISTRICT
            3 24 CV 00040 ZNQ TJB