YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056 (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

## INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: **20240112114920**
AMOUNT DUE: **$133.60**
DUE DATE: **2/16/2024**

Paid

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$133.60** INVOICE#: **20240112114920** INVOICE DATE: **1/17/2024**

ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,
DEFENDANT: MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J
DOCKET#: 3 24 CV 00040 ZNQ TJB CLAIM#:
ENTITY SERVED: THOMAS H. KEAN, SR. (FORMER CHAIR 9/11 COMMISSION)
SERVED WITH: SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBITS
SERVED DATE: **1/16/2024** COURT DATE:

| | |
|---|---|
| ATTENDANCE FEE: | $0.00 |
| SERVICE FEE: | $75.00 |
| MILEAGE FEE: | $0.00 |
| PRIORITY FEE: | $25.00 |
| PICKUP FEE: | $0.00 |
| INCORRECT ADDRESS FEE: | $0.00 |
| DOCUSIGN/NOTARY FEE: | $10.00 |
| CASH ATTACHED: | $0.00 |
| WAIT TIME 0.00 | $0.00 |
| VIDEO/MISC. FEE: | $23.60 |
| TOTAL: | **$133.60** |

PAYMENT SENT ON: |__|__| / |__|__| / |__|__|

AMOUNT PAID: |__|__| , |__|__|__| . |__|__|

[ ] CHECK
[ ] VISA
[ ] MASTERCARD
[ ] DISCOVER
[ ] AMERICAN EXPRESS

CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: **20240112114920**
AMOUNT DUE: **$133.60**
DUE DATE: **2/16/2024**

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa [ ] MasterCard [ ] Discover [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__| / |__|__|

SIGNATURE: ____________________

20240112114920

***** To Pay Online Go To "My Account" *****

20240112114920

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBITS**
EFFECTED (1) BY ME: **NUNO VEIGA**
TITLE: **PROCESS SERVER**

DATE: **1/16/2024 11:16:39 AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

THOMAS H. KEAN, SR. (FORMER CHAIR 9/11 COMMISSION)

Place where served:

330 LONG LANE BEDMINSTER NJ 07921

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

THOMAS H. KEAN, SR. (FORMER CHAIR 9/11 COMMISSION)

Relationship to defendant **SELF**

Description of Person Accepting Service:

SEX: M AGE: 65+ HEIGHT: OVER 6' WEIGHT: OVER 200 LBS. SKIN: WHITE HAIR: GRAY OTHER: ______

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ ______.____ SERVICES $______.____ TOTAL $______.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this
16th day of January, 2024

Notary Signature ______

Rosemary Ramos
Name of Notary

September 25th, 2028
My Commission Expires

ROSEMARY RAMOS
My Commission Expires
NOTARY PUBLIC
September 25, 2028
STATE OF NEW JERSEY

I, NUNO VEIGA, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

______
Signature of Process Server

01/16/2024
Date

ATTORNEY: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY
DEFENDANT: SITUATED, PRO SE
VENUE: MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL,
DOCKET: DEPARTMENT OF JUSTICE, ET AL
COMMENT: DISTRICT
3 24 CV 00040 ZNQ TJB