YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM -- CLICK ON MY ACCOUNT

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!




# INVOICE

| | |
|---|---|
| INVOICE #: | 20240112111057 |
| AMOUNT DUE: | $133.60 |
| DUE DATE: | 2/16/2024 |

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: $133.60
INVOICE#: 20240112111057
INVOICE DATE: 1/17/2024
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,
DEFENDANT: MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J
DOCKET#: 3 24 CV 00040 ZNQ TJB   CLAIM#:
ENTITY SERVED: LISA SELLA
SERVED WITH: SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBITS
SERVED DATE: 1/16/2024   COURT DATE:

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: |
| SERVICE FEE: | $75.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: |
| PRIORITY FEE: | $25.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $10.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME 0.00 | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $23.60 | |
| TOTAL: | $133.60 | CARD/CHECK#: |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240112111057 |
| AMOUNT DUE: | $133.60 |
| DUE DATE: | 2/16/2024 |

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__| / |__|__|

SIGNATURE: _____


20240112111057

*** To Pay Online Go To "My Account" ***

AO 440 (Rev. 06/12) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBITS** |
| EFFECTED (1) BY ME: | **DOUG KRAMER** |
| TITLE: | **PROCESS SERVER**   DATE: **1/16/2024 4:09:51 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

LISA SELLA

Place where served:

BOROUGH OF LEBANON, MUNICIPAL OFFICE  6 HIGH STREET LEBANON  NJ  08833

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LISA SELLA LISA (SELLA) SAHARIC

Relationship to defendant   **SELF**

Description of Person Accepting Service:

SEX: F    AGE: 51-65    HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____ . ____     SERVICES $ _____ . ____     TOTAL $ _____ . ____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

16th day of January, 2024

Notary Signature _____

Rosemary Ramos
Name of Notary

September 25th, 2028
My Commission Expires

(Notary seal: ROSEMARY RAMOS, My Commission Expires September 25, 2028, NOTARY PUBLIC, STATE OF NEW JERSEY)

I, **DOUG KRAMER**, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server          01/16/2024
                                      Date

**Attempts**
1/15/2024 12:07:59 PM

| | |
|---|---|
| ATTORNEY: | MARY B. LOGAN, PRO SE |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE |
| DEFENDANT: | MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 3 24 CV 00040 ZNQ TJB |
| COMMENT: | ENTITY HAS BROWN HAIR WITH BLONDE HIGHLIGHTS. 17 MAIN STREET IS A RESIDENTIAL ADDRESS, ENTITY HASN'T LIVED THERE IN OVER 20 YEARS.  ENTITY'S CURRENT HOME ADDRESS IS 58 MAIN STREET LEBANON.  ENTITY IS THE DEPUTY CLERK FOR THE BOROUGH (908-236-2425). |