**MACCE & CRESTI, P.C.**
17 East Main Street
Clinton, NJ 08809
(908) 713-9008
John C. Macce, Esq. (ID#045361990)
Attorneys for Defendant, Robert Junge

| | |
|---|---|
| MARY BASILE LOGAN, Individually and on behalf of those similarly situated, Pro Se<br><br>        Plaintiff,<br><br>V.<br><br>MERRITT GARLAND, in his official capacity of Attorney General, Department of Justice;<br><br>LLOYD AUSTIN, III in his official capacity as the Secretary, Department of Defense;<br><br>WILLIAM J. BURNS, in his official capacity as the Director, Central Intelligence Agency;<br><br>CHRISTOPHER A. WRAY, in his official capacity as the Director of the Federal Bureau of Investigation;<br><br>DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veterans Affairs;<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security;<br><br>MARCIA L. FUDGE, in her official capacity as Secretary U.S. Department of Housing and Urban Development;<br><br>ROBERT CALIFF, in his capacity as Commissioner, Food and Drug Administration; | UNITED DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case Number: 3:24-CV-00040-ZNQ-TJB<br><br><u>Civil Action</u><br><br>ANSWER AND AFFIRMATIVE DEFENSES |

1

WILLIAM J. CLINTON, in his official capacity as the former President of the United Stats of America

HILLARY R. CLINTON, in her official; capacity as Former Secretary of State for the United States of America;

THOMAS KEAN, SR. in his former capacity as Chairman 9/11 Commission;

ROBERT MUELLER, in his former capacity as Director of he Federal Bureau Investigation;

JAMES COMEY, in his former capacity as Director of the Federal Bureau of Investigation;

CHRISTOPHER J. CHRISTIE, in the capacity of the former Governor of New Jersey;

RICHARD "DICK" CHENEY, in his former capacity as Vice President of the United States;

ELIZABETH "LIZ" CHENEY, in her former capacity as Chair, January 6 Commission;

JOHN KERRY, in his official capacity as U.S. Special Presidential Envoy for Climate;

GEORGE W. BUSH, in his former capacity as President of the United States;

BARACK H. OBAMA, in his former capacity as President of the United States;

LORETTA LYNCH, in her former capacity as United States Attorney General;

JAMES BAKER, in his former capacity as White House Chief of Staff;

ERIC HOLDER, in his former capacity as United States Attorney General;

JOSEPH R. BIDEN, in his official capacity as President, in his former capacities as Vice President and Senator of these United States;

JOHN ASHCROFT, in his former official capacity as United States Attorney General

JAMIE GORELICK, in his official capacity, Homeland Security Advisory member;

NANCY PELOSI, in her official capacity as Congresswoman (CA);

PHIL MURPHY, in his official capacity as Governor of New Jersey and as former Chair of the National Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary of State, as former President of the National Association of Secretaries of State, and her current capacity as Lieutenant Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as Deputy Commissioner for Public Health Services;

MATTHEW PLATKIN, in his official capacity as Attorney General of the State of New Jersey;

KATHY HOCHUL, in her official capacity as Governor of New York;

ANDREW CUOMO, in his former capacity as Governor of New York and his capacity as Vice-Chair of the National Governors Association;

LETITIA JAMES, in her official capacity as Attorney General of the State of New York;

DEMOCRATIC NATIONAL COMMITTEE

REPUBLICAN NATIONAL COMMITTEE;

JAMES PITTINGER, in his official capacity as Mayor of Lebanon Borough, State of New Jersey;

LISA SELLA, in her official capacity as Deputy Clerk, Lebanon Borough, State of New Jersey;

ROBERT JUNGE, in his official capacity as Municipal Chair, Republican Party, Lebanon Borough, State of New Jersey

JOHN DOES (1-100)

JANE DOES (1-100)

Defendants.

The Defendant Robert Junge (hereinafter also referred to as the "Answering Defendant"), by way of Answer to the Plaintiff's Complaint says:

**INTRODUCTION**

The information contained in the Introduction make general and sweeping statements none of which set forth any allegations attributable to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

**NATURE OF ACTION**

1.    Denied.

a.    These allegations refer to the powers given to the President of the United States and are not applicable to the Answering Defendant.

b. These allegations refer to statutes pertaining to federal elected officials and as such are not relevant to the Answering Defendant.

c. Denied.

d. Denied.

2. The information in this Paragraph make no direct allegations against any specific Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

## PARTIES

3. The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

4. The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

5. The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

6. The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

7. The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

8.      The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

9.      The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

10.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

11.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

12.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

13.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

14.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

15.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

16.   The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

17.   The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

18.   The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

19.   The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

20.   The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

21.   The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

22.   The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

23.   The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

24.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

25.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

26.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

27.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

28.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

29.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

30.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

31.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

32.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

33.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

34.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

35.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

36.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

37.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

38.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

39.     The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

40.    The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

41.    The Answering Defendant is without sufficient knowledge as to the truth or falsity of the allegations contained in this Paragraph of Plaintiff's Complaint and therefore leaves Plaintiff to her proofs.

42.    Denied.

## JURISDICTION AND VENUE

43.    Denied.

44.    Denied.

45.    Denied.

46.    Denied.

47.    Denied.

## FACTUAL ALLEGATIONS

48.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

49.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

50.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

51.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

52.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

53.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

54.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

55.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

56.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

57.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

58.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

59. The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

60. The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

61. The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

62. The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

63. The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

64. The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

65. The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

66. The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

67.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

68.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

69.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

70.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

71.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

72.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

73.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

74.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

75.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

76.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

77.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

78.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

79.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

80.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

81.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

82.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

83.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

84.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

85.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

86.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

87.     Denied.

88.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

89.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

### September 11, 2001 (9/11").

90.     The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

91.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

92.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

93.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

94.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

95.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

96.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

97.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

98.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

99.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

100.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

101.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

102.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

103.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

104.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

105.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

106.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

107.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

108.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

109.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

110.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

111.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

112.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

113.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

## II. Emergency Economic Stabilization Act of 2008 TARP.

114.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

115.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

116.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

117.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

118.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

119.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

120.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

121.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

122.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

123.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

124.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

125.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

126.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

127.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

128.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

129.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

130.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

131.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

132.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

133.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

134.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

135.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

136.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

### III. COVID 19- Malicious Indifference/Depraved Heart Murder

137.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

138.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

139.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

140.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

141.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

142.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

143.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant. To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

144.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

145.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

146.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

147.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

148.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

149.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

150.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

## OTHER MATTERS

151.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

152.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

153.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

154.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

155.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

156.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

157.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

158.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

159.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

160.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

161.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

162.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

163.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

<u>REMEDY</u>

164.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

165.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

166.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

167.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

168.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

169.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

170.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

171.   The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

**PRAYER FOR RELIEF**

172.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

173.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

174.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

175.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

176.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

177.    The allegations contained in this Paragraph of Plaintiff's Complaint are not directed to the Answering Defendant.  To the extent the information contained can be interpreted as allegations against the Answering Defendant same are hereby denied.

**AFFIRMATIVE DEFENSES**

1.    The Complaint fails to state a claim upon which relief can be granted.

2.    The Complaint is barred in whole or in part by the equitable doctrines of estoppel, laches, waiver and unclean hands.

3.    The Court lacks subject matter jurisdiction.

4. The Complaint is barred by the Statute of Limitations.

5. The Answering Defendant reserves the right to dismiss Plaintiff's Complaint as venue in this court is improper.

6. The claims are barred in whole or in part by the failure of Plaintiff to mitigate damages.

7. Plaintiff's Complaint has been filed in violation of Rule 11 of the Federal Rules of Civil Procedure and the Answering Defendant requests that the appropriate sanctions and attorney's fees be assessed against Plaintiff for filing same.

**WHEREFORE**, the Defendant Robert Junge respectfully requests that the Complaint be dismissed in all respects, together with an award of costs, disbursements and attorneys' fees in State Farm's favor and for such other, further and different relief as the Court may determine to be just and proper.

## CROSSCLAIMS FOR CONTRIBUTION AND INDEMNIFICATION

### COUNT ONE

Without admitting liability herein, the Answering Defendant asserts that should liability be found against this Defendant, she is entitled to and hereby claim contribution from the co-defendants pursuant to the New Jersey Joint Tortfeasors Contribution Act, N.J.S.A. 2A:53A-1 et. Seq. and the Comparative Negligence Act N.J.S.A. 2A:15-5.1 et. seq.

### COUNT TWO

While the Answering Defendant denies that it was negligent in any regard, she asserts that her negligence, if any, was passive, vicarious and imputed, whereas the negligence of the co-defendants was primary and active.

**WHEREFORE**, the Answering Defendant demands judgment by way of indemnity and contribution against the co-defendants for any judgment which may be entered in favor of the Plaintiffs against the Answering Defendant.

## JURY DEMAND

A trial by jury is hereby demanded on all issues.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the Rules of Court, John C. Macce, Esq., is hereby designated as trial counsel.

MACCE & CRESTI, P.C.
Attorneys for the Defendant, Robert Junge

BY: JOHN C. MACCE, ESQ.

Dated: February 2, 2024