**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM - CLICK ON MY ACCOUNT**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**



**Paid**

### INVOICE

| | |
|---|---|
| INVOICE #: | 20240112113136 |
| AMOUNT DUE: | $83.60 |
| DUE DATE: | 2/14/2024 |

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

*not served*

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**AMOUNT DUE: $83.60**    INVOICE#: 20240112113136    INVOICE DATE: 1/15/2024
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,
DEFENDANT: MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J
DOCKET#: 3 24 CV 00040 ZNQ TJB    CLAIM#:
ENTITY SERVED: CHRISTOPHER J. CHRISTIE
SERVED WITH: SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBITS
SERVED DATE:          COURT DATE:

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: |__|__|/|__|__|/|__|__| |
| SERVICE FEE: | $60.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: |__|__|,|__|__|__|.|__|__| |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME 0.00 | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $23.60 | |
| TOTAL: | **$83.60** | CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240112113136 |
| AMOUNT DUE: | $83.60 |
| DUE DATE: | 2/14/2024 |

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

[ ] CHECK

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____


20240112113136

*** To Pay Online Go To "My Account" ***

# *Affidavit*

State of New Jersey:

:SS

County of Union:

**LOUIS LISI** of full age, being duly sworn according to law, deposes and says:

1. I am a process server serving process through the administrative offices of Guaranteed Subpoena Service, Inc., and as such serve process.

2. I have made numerous attempts to serve the following:

**CHRISTOPHER J. CHRISTIE**
**1 TALL OAKS COURT**
**MENDHAM NJ  07945**

Civil Action/Docket #: **3 24 CV 00040 ZNQ TJB**   Venue: **DISTRICT**
In the case of: **MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE** vs. **MERRITT GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL**

3. I was unable to serve the above named individual(s) for the reason stated below, although attempts were made on the dates and at the addresses listed below:

I ATTEMPTED TO SERVE THE ABOVE NAMED INDIVIDUAL/ENTITY ON 1/13/2024 2:54 PM, WHERE THERE WAS NO ANSWER AT THE DOOR AND ON 1/14/2024 6:13 PM, I WAS ADVISED THAT THE ENTITY IS CURRENTLY OUT OF STATE AND A RETURN DATE IS UNKNOWN AT THIS TIME. UNFORTUNATELY, I WAS UNABLE TO EFFECTUATE SERVICE.

Subscribed and Sworn to me this

15th day of January, 2024

Notary Signature_____

Rosemary Ramos            September 25th, 2028
Name of Notary            My Commission Expires

_____
Signature of Process Server

01/15/2024
Date

Attorney:  MARY B. LOGAN, PRO SE
Firm:      MARY B. LOGAN, PRO SE
Ref #:     20240112113136

Name of Private Server: LOUIS LISI  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952