**APPENDIX L. APPLICATION FOR EXTENSION OF TIME TO REPLY**

UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

Civil Action No. 24-cv-00040-ZNQ-TJB

Application for an Extension of Time to
Answer, Move or Otherwise Reply
(L.Civ.R. 6.1(b))

Application is hereby made for a Clerk's Order extending time within which defendant(s) Kathy Hochul, in her official capacity as Governor of the State of New York, and Letitia James, in her Official Capacity as Attorney General of the State of New York (the "NY State Defendants") may answer, move or otherwise reply to Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on January 16, 2024 ;

and

3. Time to Answer, Move or otherwise Reply expires on February 6, 2024 (date)

LETITIA JAMES
 Cwqtpg{" Igpgtcn"Ucvg"qh"P gy "[ qtm
Cwqtpg{"hqt"vj g"P [ "Ucvg"F ghgpf cpvu

By: u"Hrcpegu"Rqnkkqpg
Frances Polifione, Assistant Attorney General
28 Liberty Street
New York, New York 10005

ORDER

The above application is ORDERED GRANTED extended to February 20, 2024 (date to be filled in by applicant counsel).

ORDER DATED _____

WILLIAM T. WALSH, Clerk
By: _____
Deputy Clerk