UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| MARY BASILE LOGAN, *Pro Se*,<br><br>Plaintiff,<br><br>v.<br><br>NED LAMONT, in his official capacity as Governor of Connecticut; JOSEPH CARNEY, in his official capacity as Governor of Delaware; CHARLIE BAKER, in his official capacity as Governor of Massachusetts; WES MOORE, in his official capacity as Governor of Maryland; LAWRENCE J. HOGAN, in his former capacity as Governor of Maryland and in his capacity as Chair, for the National Governors Association(NGA); PHIL MURPHY, in his official capacity as Governor of New Jersey, and as former Chair of the National Governors Association(NGA); TAHESHA WAY, in her former capacity as Secretary of State, as former President of the National Association of Secretaries of State and her current capacity as Lt. Governor, New Jersey; JUDITH PERSICHILLI, in her official capacity as then-Commissioner for Public Health Services; MATTHEW PLATKIN, in his official capacity as Attorney General of the State of New Jersey; KATHY HOCHUL, in her official capacity as Governor of New York; ANDREW CUOMO, in his former capacity as Governor of New York and in his capacity as Vice-Chair of the National Governors Association; LETITIA JAMES, in her capacity as Attorney General of the State of New York; TOM WOLF, in his official capacity as Governor of Pennsylvania; DAN MCKEE, in his official capacity as Governor of Rhode Island; KRISTEN CLARKE, in her official capacity as Assistant Attorney General, Department of Justice, Civil Rights Division; MIGUEL CARDONA, in his official capacity as United States Secretary of Education; THE DEMOCRATIC NATIONAL | Case No. 3:24-cv-00040-ZNQ-TJB<br><br><br>**APPLICATION FOR AUTOMATIC CLERK'S EXTENSION PURSUANT TO L. CIV. R. 6.1(b)** |

7NQ8508

COMMITTEE; THE REPUBLICAN NATIONAL COMMITTEE; JOHN DOES (1-100); JANE DOES (1-100)

      Defendants.

Application is hereby made for a Clerk's Order extending the time by 14 days within which Defendant, George Norcross may answer, move, or otherwise respond to the Complaint filed by Plaintiff. In support of this application, Defendant states:

1. No previous extension has been obtained.
2. Plaintiff filed the Complaint in this matter on or about January 4, 2024.
3. On or about January 17, 2024, Defendant was served with the Complaint.
4. Time to answer, move, or otherwise respond to the Complaint currently expires on February 7, 2024.
5. Pursuant to this application, the new deadline to answer, move or file some other responsive pleading will be February 21, 2024.

      Respectfully submitted

**BROWN & CONNERY, LLP**
*Attorneys for Defendant*

Dated:  February 5, 2024    By:   *s/Susan M. Leming*
      Susan M. Leming
      360 Haddon Avenue
      Westmont, NJ 08108
      (856) 858-8169
      (856) 858-4967 (fax)
      sleming@brownconnery.com

7NQ8508

## **ORDER**

The above application is ORDERED GRANTED and Defendant, George Norcross shall Answer, Move, or Otherwise Respond to Plaintiff's Complaint on or by February 21, 2024.

_____
Clerk of the Court

7NQ8508