**KING MOENCH & COLLINS LLP**
By: Matthew C. Moench, Esq., 031462007
51 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
T: (973) 998-6860
F: (973) 998-6863
mmoench@kingmoench.com
*Attorney for Defendants*,
*James Pittinger and Lisa Sella*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY BASILE LOGAN,<br><br>       Plaintiff,<br><br>vs.<br><br>MERRITT GARLAND, in his official capacity as Attorney General, Department Of Justice; et. al.,<br><br>       Defendants. | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No.: 3:24-cv-40-ZNQ-TJB<br>Hon. Zahid N. Quraishi<br><br><br><br>**NOTICE OF MOTION TO DISMISS** |

TO:    **(VIA REGULAR MAIL)**
       Mary Basile Logan
       Post Office Box 5237
       Clinton, NJ 08809
       *Plaintiff*

       All Counsels Of Record (**VIA ELECTRONIC FILING**)

PLEASE TAKE NOTICE that the undersigned counsel to Defendants James Pittinger and Lisa Sella shall move on March 4, 2024 at 9:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Zahid N. Quraishi, U.S.D.J., at the Clarkson S. Fisher Federal Building and United States Courthouse, Court Room 4W, for an Order as follows:

1. Dismissing with prejudice the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and for a lack of standing; and

2. For such other and further relief as may be just and proper.

In support of this Motion, Defendants James Pittinger and Lisa Sella rely on the attached Letter Brief and all pleadings previously filed herein. A proposed form of Order is annexed hereto. Oral argument is requested.

|  |  |
|---|---|
|  | s/*Matthew C. Moench* |
|  | Matthew C. Moench, Esq. |
|  | King Moench & Collins LLP |
|  | 51 Gibraltar Drive, Suite 2F |
|  | Morris Plains, NJ 07950 |
|  | (973) 998-6863 |
|  | mmoench@kingmoench.com |
| Dated: February 5, 2024 | *Counsel for Defendants James Pittinger and Lisa Sella* |