# KMC | KING, MOENCH & COLLINS LLP

**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| PETER J. KING ◊ | Writer's Address: | Monmouth County Office: |
| MATTHEW C. MOENCH * | | 225 Highway 35, Suite 202 |
| MICHAEL L. COLLINS * | 51 Gibraltar Drive, Suite 2F | Red Bank, NJ 07701 |
| | Morris Plains, NJ 07950 | (732) 546-3670 |
| ROMAN B. HIRNIAK ^ | (973) 998-6860 | |
| KRISHNA R. JHAVERI *+ | | Website: |
| TIFFANY TAGARELLI | Writer's E-Mail: | www.kingmoench.com |
| | ttagarelli@kingmoench.com | |
| RYAN J. WINDELS | | A limited liability partnership of Peter J. King, LLC, Moench Law, LLC & Collins Law, LLC |

◊ Certified by the Supreme Court of New Jersey
   as a Municipal Court Attorney
* Also Member of the New York Bar
+ Also Member of the Arizona Bar
^ Of Counsel



February 5, 2024

**VIA ELECTRONIC FILING**
Clerk of the Court
Clarkson S. Fisher Federal Building and United States Courthouse
Trenton, New Jersey 08608

      RE:    **MARY BASILE LOGAN v. MERRITT GARLAND, et. al.**
               **Case No.: 3:24-CV-0400**

Dear Sir or Madame:

This firm is counsel to Defendants James Pittinger and Lisa Sella in the above-mentioned matter.

Enclosed please find the following documents for filing:

1. Notice of Motion;
2. Proposed Form of Order;
3. Letter Brief;
4. Cover Letter to the Clerk of the Court; and
5. Certificate of Service.

Should you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

**KING, MOENCH & COLLINS LLP**

By: s/*Matthew C. Moench, Esq.*
      MATTHEW C. MOENCH

Encl.