## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2024, I caused to be served via Regular Mail and Electronic Case Filing, Defendants James Pittinger and Defendant Lisa Sella's Notice of Motion to Dismiss the Complaint, Letter Brief in Support of Motion, and Proposed Form of Order on:

**(VIA REGULAR MAIL)**
Mary Basile Logan
Post Office Box 5237
Clinton, NJ 08809
*Plaintiff*

All Counsels Of Record (**VIA ELECTRONIC FILING**)


s/Matthew C. Moench, Esq.
MATTHEW C. MOENCH