UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*,<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity as Attorney General, Department of Justice, et al.,<br><br>Defendants. | Case No. 3:24-cv-00040-ZNQ-TJB<br><br>ENTRY OF APPEARANCE |

**TO:**   Office of the Clerk of the Court
United States District Court
District of New Jersey

Please enter my appearance on behalf of Defendant George Norcross in this matter.

Respectfully submitted

**BROWN & CONNERY, LLP**
*Attorneys for Defendant, George Norcross*

Dated: February 6, 2024    By:   *s/ Susan M. Leming*
Susan M. Leming
360 Haddon Avenue
Westmont, NJ 08108
(856) 858-8169
(856) 858-4967 (fax)
sleming@brownconnery.com

7NS3253

## CERTIFICATE OF SERVICE

I certify that, on this date, the within Entry of Appearance was served by filing this document with the CM/ECF system, which electronically served same on:

All counsel of record
(via CM/ECF)

Clerk, United States District Court for the District of New Jersey, Trenton Vicinage
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608
(via CM/ECF)

Dated: February 6, 2024        By:    _s/ Susan M. Leming_
                                            Susan M. Leming

7NS3253