UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*,<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity as Attorney General, Department of Justice, et al.,<br><br>Defendants. | Case No. 3:24-cv-00040-ZNQ-TJB<br><br>**ENTRY OF APPEARANCE** |

**TO:**   Office of the Clerk of the Court
United States District Court
District of New Jersey

Please enter my appearance on behalf of Defendant George Norcross in this matter.

Respectfully submitted

**BROWN & CONNERY, LLP**
*Attorneys for Defendant, George Norcross*

Dated:  February 6, 2024       By:   *s/William M. Tambussi*
William M. Tambussi
360 Haddon Avenue
Westmont, NJ 08108
(856) 858-8169
(856) 858-4967 (fax)
wtambussi@brownconnery.com

7NS3603

## **CERTIFICATE OF SERVICE**

I certify that, on this date, the within Entry of Appearance was served by filing this document with the CM/ECF system, which electronically served same on:

All counsel of record
(via CM/ECF)

Clerk, United States District Court for the District of New Jersey, Trenton Vicinage
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608
(via CM/ECF)

Dated:  February 6, 2024           By:     *s/ William M. Tambussi*
                                                          William M. Tambussi

7NS3603