# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*,<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity as Attorney General, Department of Justice, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00040-ZNQ-TJB<br><br>**ENTRY OF APPEARANCE** |

**TO:** Office of the Clerk of the Court
United States District Court
District of New Jersey

Please enter my appearance on behalf of Defendant George Norcross in this matter.

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for Defendant George Norcross*

Dated: February 6, 2024   By:   *s/ Andrew S. Brown*
Andrew S. Brown
360 Haddon Avenue
Westmont, NJ 08108
(856) 858-8169
(856) 858-4967 (fax)
*abrown@brownconnery.com*

7NS3573

## CERTIFICATE OF SERVICE

I certify that, on this date, the within Entry of Appearance was served by filing this document with the CM/ECF system, which electronically served same on:

All counsel of record
(via CM/ECF)

Clerk, United States District Court for the District of New Jersey, Trenton Vicinage
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608
(via CM/ECF)

Dated:  February 6, 2024            By:    *s/ Andrew S. Brown*
                                           Andrew S. Brown

7NS3573