MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendant, Judith Persichilli

By:  Michael R. Sarno
     Deputy Attorney General
     (609) 376-3200
     Michael.Sarno@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| MARY BASILE LOGAN, | CIVIL ACTION NO.: 3:24-cv-40-ZNQ-TJB |
|---|---|
| Plaintiff, | |
| v. | **APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1 ON BEHALF OF DEFENDANT, JUDITH PERSICHILLI** |
| MERRITT GARLAND, et al., | |
| Defendants. | |

Application is hereby made for a Clerk's Order extending the time for Defendant, **Judith Persichilli**, to answer, move or otherwise reply to the Complaint, and the following is represented:

1. No previous extension has been obtained.

2. Plaintiff served Defendant with the Complaint on or about **January 21, 2024**.

3. Pursuant to Fed. R. Civ. P. 12(a), the time for Defendant to answer, move or otherwise reply expires on **February 11, 2024**.

4. Pursuant to Local Civil Rule 6.1(b), Defendant requests that the time for her to answer, move or otherwise reply be extended.

    Matthew J. Platkin
ATTORNEY GENERAL OF NEW JERSEY

*/s/ Michael R. Sarno*
Michael R. Sarno
Deputy Attorney General

Date: February 8, 2024