# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*,<br><br>*Plaintiff*,<br><br>-v-<br><br>MERRITT GARLAND, et al.<br><br>*Defendants*. | Civil Action No. 3:24-cv-00040 (ZNQ)(TJB)<br><br>**NOTICE OF APPEARANCE**<br><br>*Document Electronically Filed* |

**PLEASE TAKE NOTICE** that Nicole G. McDonough, Esq., of Sills Cummis & Gross P.C., hereby enters an appearance on behalf of Defendant Democratic National Committee and requests that copies of all papers in this action be served upon the undersigned.

          */s/ Nicole G. McDonough*
Nicole G. McDonough, Esq.
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-5967
nmcdonough@sillscummis.com

*Attorneys for Defendant,*
*Democratic National Committee*

DATED:      February 15, 2024