## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*,<br><br>　　　　　　　　　　*Plaintiff*,<br>　　　-v-<br>MERRITT GARLAND, et al.,<br>　　　　　　　　　　*Defendants*. | Civil Action No. 3:24-cv-00040 (ZNQ)(TJB)<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO PLAINTIFF'S COMPLAINT PURSUANT TO L.CIV.R. 6.1(b)**<br>*Document Electronically Filed* |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending the time within which Defendant Democratic National Committee (the "DNC") may answer, move, or otherwise reply to the Complaint, Prayer for Declaratory, Emergent and Permanent Injunctive Relief and Demand for a Jury Trial ("Complaint") filed by Plaintiff Mary Basile Logan ("Plaintiff"), and it is represented that:

1. Plaintiff filed her Complaint January 4, 2024;

2. Service of Process was effected on the DNC January 30, 2024;

3. The current deadline for the DNC to answer, move, or otherwise reply to the Complaint is February 20, 2024; and

4. No previous extension of time to answer, move, or otherwise reply to the Complaint has been sought by the DNC.

DATED:　　February 15, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nicole G. McDonough*
　　　　　　　　　　　　　　　　　　　　　Nicole G. McDonough, Esq.
　　　　　　　　　　　　　　　　　　　　　**SILLS CUMMIS & GROSS P.C.**
　　　　　　　　　　　　　　　　　　　　　One Riverfront Plaza
　　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　　(973) 643-5967
　　　　　　　　　　　　　　　　　　　　　nmcdonough@sillscummis.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant,*
　　　　　　　　　　　　　　　　　　　　　*Democratic National Committee*

The above application is ORDERED GRANTED. The time for Defendant Democratic National Committee to answer, move, or otherwise reply to the Complaint filed by Plaintiff is extended to March 5, 2024.

ORDER DATED:

_____
Melissa E. Rhoads, Esq.
Clerk of the Court

10407814 v1