TESTA HECK TESTA & WHITE, P.A.
By: Christian Butrica, Esquire
(NJ Attorney ID #424372023)
cbutrica@testalawyers.com
424 Landis Avenue
Vineland, NJ 08360
Tel: 856-691-2300
Fax: 856-691-5655
Attorney for The Republican National Committee

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOGAN,<br><br>                    Plaintiff<br><br>V.<br><br>GARLAND, in his official capacity Attorney General, Department of Justice, et al<br><br>                    Defendants. | CIVIL ACTION<br>3:24-cv-00040-ZNQ-TJB<br><br>NOTICE OF APPEARANCE |

PLEASE ENTER THE APPEARANCE of **CHRISTIAN P. BUTRICA** of the law firm of Testa Heck Testa & White, P.A. on behalf of *Defendants, The National Republican Committee* in connection with the above-entitled cause of action. The undersigned requests electronic notice at cbutrica@testalawyers.com of all papers served or required to be served in this case.

Please take further notice that this Appearance and request for electronic service shall not be deemed or construed to be a waiver of any rights.

Respectfully submitted,

By: /s/ Christian P. Butrica
Christian P. Butrica
(NJ Attorney ID # 424372023)
424 Landis Avenue
Vineland, NJ 08360
(856) 691-2300
cbutrica@testalawyers.com
*Attorneys for Defendants, The National Republican Committee*