Mary Basile Logan
Post Office Box 5237
Clinton, New Jersey 08809

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MARY BASILE LOGAN, individually and on behalf          |
of those similarly situated, *Pro-Se*;                 |
                                                       |
                      Plaintiff,                 |
                                                       |
MERRITT GARLAND, in his official capacity              |
Attorney General, Department of Justice;               |
                                                       |
LLOYD AUSTIN, III, in his official capacity as the     |
Secretary, Department of Defense;                      |
                                                       |
WILLIAM J. BURNS, in his official capacity as the      |
Director, Central Intelligence Agency;                 |
                                                       |
CHRISTOPHER A. WRAY, in his official capacity          |
as the Director of the Federal Bureau of Investigation;|
                                                       |
DENIS RICHARD MCDONOUGH, in his official               |
capacity as Secretary of Veterans Affairs;             |
                                                       |
ALEJANDRO MAYORKAS, in his official capacity as        |
Secretary, U.S. Department of Homeland Security;       |
                                                       |
MARCIA L. FUDGE, in her official capacity as Secretary |
U.S. Department of Housing and Urban Development;      |
                                                       |
ROBERT CALIFF, in his capacity as Commissioner,        |
Food and Drug Administration;                          |
                                                       |
WILLIAM J. CLINTON, in his official capacity as the    |
former President of the United States of America;      |
                                                       |
HILLARY R. CLINTON, in her official capacity as        |
former Secretary of State for the United States of America; |
                                                       |

1

THOMAS KEAN, Sr., in his former capacity as Chairman
9/11 Commission;

ROBERT MUELLER, in his former capacity as Director
of the Federal Bureau of Investigation;

JAMES COMEY, in his former capacity as Director
of the Federal Bureau of Investigation;

CHRISTOPHER J. CHRISTIE, in his capacity as the
former-Governor of New Jersey;

RICHARD "DICK" CHENEY, in his former capacity
as Vice President of the United States;

ELIZABETH "LIZ" CHENEY, in her former capacity
as Chair, January 6 Commission;

JOHN KERRY, in his official capacity as U.S. Special
Presidential Envoy for Climate;

GEORGE W. BUSH, in his former capacity as
President of the United States;

BARACK H. OBAMA, in his former capacity as
President of the United States;

LORETTA LYNCH, in her former capacity as
United States Attorney General;

JAMES BAKER, in his former capacity as White House         **CIVIL DOCKET: 3:24-CV-00040**
Chief of Staff;                                                **ZNQ-TJB**

ERIC HOLDER, in his former capacity as United States
Attorney General;

JOSEPH R. BIDEN, in his official capacity as President,
his former capacities as Vice President and Senator, of
these United States;

JOHN ASHCROFT, in his former official capacity,
as United States Attorney General;

JAMIE GORELICK, in her official capacity, Homeland
Security Advisory Council member;

NANCY PELOSI, in her official capacity as
Congresswoman (CA);

GEORGE NORCROSS, in his capacity as Chairman,
Cooper University Medical Systems;

PHIL MURPHY, in his official capacity as Governor
of New Jersey, and as former Chair of the National
Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary
of State, as former President of the National Association
of Secretaries of State, and her current capacity as
Lt. Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then-
Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as Deputy
Commissioner for Public Health Services;

MATTHEW PLATKIN, in his official capacity as
Attorney General of the State of New Jersey;

KATHY HOCHUL, in her official capacity as Governor
of New York;

ANDREW CUOMO, in his former capacity as Governor
of New York and his capacity as Vice-Chair of the National
Governors Association;

LETITIA JAMES, in her capacity as Attorney General of
the State of New York;

DEMOCRATIC NATIONAL COMMITTEE;

REPUBLICAN NATIONAL COMMITTEE;

JAMES PITTINGER, in his official capacity as Mayor
of Lebanon Borough, State of New Jersey;

LISA SELLA, in her official capacity as Deputy Clerk,
Lebanon Borough, State of New Jersey;

3

ROBERT JUNGE, in his official capacity as Municipal |
Chair, Republican Party, Lebanon Borough, State of |
New Jersey; |
 |
 |
JOHN DOES (1-100) |
 |
 |
JANE DOES (1-100) |
                     Defendants. |

_____

## APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO DEFENDANTS MOTION PURSUANT TO L. CIV. R. 6(A)(1)

Application is hereby made pursuant to Local Civil Rule 6(A)(1) for a Clerk's Order extending the time within which Plaintiff, Mary Basile Logan, may answer, move, or otherwise reply to the Answer pleading filed by Defendant, Robert Junge and it is represented that:

1. Defendant filed his Answer on February 2, 2024;

2. Service of process received by Plaintiff on February 2, 2024;

3. The current deadline for the Plaintiff to answer, move, or otherwise reply to the Answer pleading is February 20, 2024; and

4. No previous extension of time to answer, move, or otherwise reply to the Answer has been sought by the Plaintiff.

Dated February 16, 2024                          Respectfully submitted,

                                                     /s/ *Mary B. Logan*_____
                                            Mary Basile Logan, Plaintiff (*Pro Se*)
                                            Post Office Box 5237
                                            Clinton, New Jersey 08809
                                            (908) 200-7294
                                            *trino@trinops.com*

5

The above application is ORDERED GRANTED.  The time for Plaintiff, Mary Basile Logan to answer, move, or otherwise reply to the Answer pleading filed by the Defendant, Robert Junge is extended to February 26, 2024.

ORDER DATED: _____

_____
Melissa E. Rhoads, Esq.
Clerk of the Court