**MACCE & CRESTI, P.C.**
17 East Main Street
Clinton, NJ 08809
(908) 713-9008
John C. Macce, Esq. (ID#045361990)
Attorneys for Defendant, Robert Junge

| | |
|---|---|
| MARY BASILE LOGAN, Individually and on behalf of those similarly situated, Pro Se<br><br>Plaintiff,<br><br>V.<br><br>MERRITT GARLAND, in his official capacity of Attorney General, Department of Justice; et. al.<br><br>Defendants. | UNITED DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Case Number: 3:24-CV-00040-ZNQ-TJB<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT AS TO THE DEFENDANT ROBERT JUNGE |

This matter having been opened to the Court via Motion filed on behalf of the Defendant Robert Junge, through his counsel Macce & Cresti, P.C. seeking to dismiss the Plaintiff Mary Basile Logan's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Court having considered the moving papers and for good cause shown;

IT IS on this _____ day of _____, 2024;

ORDERED that Plaintiff's Complaint against the Defendant Rpbert Junge is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) ; and it is further

ORDERED that a copy of this Order shall be provided to all counsel within _____ days of its receipt by defense counsel.

1

SO ORDERED

_____
HONORABLE ZAHID N. QUAISHI, U.S.D.J.