**MACCE & CRESTI, P.C.**
17 East Main Street
Clinton, NJ 08809
(908) 713-9008
John C. Macce, Esq. (ID#045361990)
Attorneys for Defendant, Robert Junge

| | |
|---|---|
| MARY BASILE LOGAN, Individually and on behalf of those similarly situated, Pro Se<br><br>Plaintiff,<br><br>V.<br><br>MERRITT GARLAND, in his official capacity of Attorney General, Department of Justice; et. al.<br><br>Defendants. | UNITED DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case Number: 3:24-CV-00040-ZNQ-TJB<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AS TO DEFENDANT ROBERT JUNGE |

PLEASET TAKE NOTICE that the undersigned counsel for the Defendant Robert Junge shall move before the Honorable Zahid N. Quraishi, U.S.D.J. at the Clarkson S. Fisher Federal Building and Untied States Courthouse, Court Room 4W, for an Order Dismissing the Plaintiff's Complaint against the Defendant Robert Junge pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of the within Motion, the Defendant Robert Junge will rely on the attached Letter Brief . A Proposed Form of Order is annexed hereto. Oral argument is not requested unless a timely Opposition is filed to the within Motion.

MACCE & CRESTI, P.C.<br>
Attorneys for the Defendant, Robert Junge<br><br>
_____<br>
BY: JOHN C. MACCE, ESQ.

Dated: February 21, 2024