# MACCE & CRESTI, P.C.

17 East Main Street
Clinton, New Jersey 08809

Telephone (908) 713-9008
Facsimile (908) 713-9009
www.maccelaw.com

| | |
|---|---|
| John C. Macce, Esq.<br>john@maccelaw.com<br>Certified by the Supreme Court of<br>New Jersey as a Civil Trial Attorney | Michelle M. Cresti, Esq.<br>michelle@maccelaw.com<br>R. 1:40 Qualified Mediator |

February 21, 2024

**<u>Via Electronic Filing</u>**
Clerk of the Court
Clarkson S. Fisher Federal Building and
United States Courthouse
Trenton, New Jersey 08608

   Re: Mary Basile Logan v. Merritt Garland, et. al.
      Case No. 3:24-CV-0400

Dear Sir or Madam:

  Our office represents the Defendant Robert Junge in the captioned civil lawsuit.

  Enclosed please find the following documents for filing:

1. Notice of Motion
2. Proposed Form of Order
3. Letter Brief
4. Certificate of Service

  I thank you for your assistance in filing these documents and should you have any questions please feel free to contact me.

            Respectfully submitted,

            MACCE & CRESTI, P.C.

            */s/ John C. Macce*
            JOHN C. MACCE, ESQ.

JCM/vmf
Encl.
cc: All Counsel of Record via Electronic Filing