**BROWN & CONNERY, LLP**
William M. Tambussi, Esq.
Susan M. Leming, Esq.
Andrew S. Brown, Esq.
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Defendant George E. Norcross, III*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*,<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity as Attorney General, Department of Justice, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00040-ZNQ-TJB<br><br>**NOTICE OF DEFENDANT GEORGE E. NORCROSS, III'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Motion Day: March 18, 2024 |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on March 18, 2024, or on a date to be set by the Court, Defendant George E. Norcross, III ("Mr. Norcross") will move before the Honorable Zahid N. Quraishi, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an order dismissing *pro se* Plaintiff's Complaint in its entirety and with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Mr. Norcross shall rely on this notice of motion, brief in support of motion, certificate of service, and such other authorities and arguments as may be submitted in any reply or at any hearing. A proposed form of order is also attached.

1

**PLEASE TAKE FURTHER NOTICE** that the Court's pre-motion conference requirement does not apply in this case because Plaintiff is appearing *pro se*.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: February 21, 2024                    Respectfully submitted,

                                            *s/ Susan M. Leming*
                                            Susan M. Leming, Esq.