**BROWN & CONNERY, LLP**
William M. Tambussi, Esq.
Susan M. Leming, Esq.
Andrew S. Brown, Esq.
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Defendant George E. Norcross, III*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*,<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity as Attorney General, Department of Justice, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00040-ZNQ-TJB<br><br>**ORDER GRANTING DEFENDANT GEORGE E. NORCROSS, III'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Motion Day: March 18, 2024 |

**THIS MATTER** having been opened to the Court by Defendant George E. Norcross, III ("Mr. Norcross") on a motion to dismiss *pro se* Plaintiff's Complaint in its entirety and with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6); and, the Court having reviewed all of the submissions and arguments of the parties in support of and in opposition to the pending motion, and for good cause shown:

**IT IS** on this ___ day of _____, 2024, **ORDERED** that:

1.   Mr. Norcross's motion is hereby **GRANTED**; and

1

2.  Plaintiff's Complaint is hereby **DISMISSED** in its entirety and with prejudice as against Mr. Norcross.

_____
Hon. Zahid N. Quraishi, U.S.D.J.