**BROWN & CONNERY, LLP**
William M. Tambussi, Esq.
Susan M. Leming, Esq.
Andrew S. Brown, Esq.
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Defendant George E. Norcross, III*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*, | Case No. 3:24-cv-00040-ZNQ-TJB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MERRITT GARLAND, in his official capacity as Attorney General, Department of Justice, *et al.*, | Motion Day: March 18, 2024 |
| Defendants. | |

I, Susan M. Leming, Esq., of full age, certify as follows:

1. I am a Partner with the law firm of Brown & Connery, LLP, attorneys for Defendant George E. Norcross, III ("Mr. Norcross") in this matter. I make this Certification pursuant to Fed. R. Civ. P. 5 and L. Civ. R. 5.1.

2. On February 21, 2024, I served a copy of Mr. Norcross's motion to dismiss *pro se* Plaintiff's Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), specifically including the notice of motion, brief in support of motion, proposed form of order, and this certificate of service, on the following as indicated:

1

Clerk, United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608
(*Via Electronic Filing*)

Honorable Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608
(*Via Electronic Filing*)

*Pro se* Plaintiff Mary Basile Logan
P.O. Box 5237
Clinton, New Jersey 08809
(*Via Electronic Filing and Regular Mail*)

All Counsel of Record
(*Via Electronic Filing*)

I certify that the foregoing statements are true. If any of these statements are willfully false, I am subject to punishment.

Dated: February 21, 2024                     Respectfully submitted,

                                             *s/ Susan M. Leming*
                                             Susan M. Leming, Esq.