

**State of New Jersey**

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

February 22, 2024

*Via the CM/ECF system*
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re: <u>Logan v. Garland, et al.</u>
           Civil Action No. 3:24-cv-40-ZNQ-TJB

Dear Judge Bongiovanni:

      I represent Defendants, Governor Phil Murphy; Lt. Governor Tahesha Way; former Commissioner of the New Jersey Department of Health, Judith Persichilli; Sejal Hathi; and New Jersey Attorney General Matthew Platkin (collectively, "New Jersey State Defendants"), in the above-referenced matter. **I write to request that these New Jersey State Defendants be permitted to answer, move or otherwise respond to the Plaintiff's complaint on or before Wednesday, March 27, 2024**.

      Plaintiff's complaint -- which was filed on January 4, 2024 -- avers constitutional and statutory claims against the New Jersey State Defendants and several other high level federal and out-of-state defendants, including the President and former Presidents; the current and former United States Attorneys General; and the current and former FBI Directors. (D.E. #1). The complaint was served on former Commissioner Persichilli on or around January 21, 2024, and through an extension via the Clerk's Text Order, her time to respond has been extended until February 25, 2024, which is a Sunday and thus moves the deadline to Monday,



HUGHES JUSTICE COMPLEX • TELEPHONE: 609-376-3200 • FAX: 609-777-4036
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

February 26, 2024 as per Fed. R. Civ. P. 6(a)(1)(C). (*See* Feb. 8, 2024 Clerk's Text Order). Despite Plaintiff's claim that the other New Jersey State Defendants have been properly served, there has been no confirmation of such. **Nonetheless, the New Jersey State Defendants seek a collective deadline to respond to the complaint until on or before Wednesday, March 27, 2024**.

Permitting this collective deadline for the New Jersey State Defendants will avoid forcing them to have to answer, move or otherwise respond to the complaint on different dates, while permitting them to have additional time to assess and meaningfully answer these claims.

I thank Your Honor for your consideration of this request.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: _____
Michael R. Sarno
Deputy Attorney General

cc: All counsel via the CM/ECF system
    Mary B. Logan, Plaintiff pro se (via the CM/ECF system and regular mail)