## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*,<br><br>      *Plaintiff*,<br><br>-v-<br><br>MERRITT GARLAND, et al.,<br><br>      *Defendants*. | Civil Action No. 3:24-cv-00040 (ZNQ)(TJB)<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO DEFENDANT ROBERT JUNGE'S CROSS-CLAIM PURSUANT TO L.CIV.R. 6.1(b)**<br>*Document Electronically Filed* |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending the time within which Defendant Democratic National Committee (the "DNC") may answer, move, or otherwise reply to the Crossclaim filed by co-defendant/crossclaim-plaintiff Robert Junge ("Junge") against all defendants ("Crossclaim), and it is represented that:

1. Junge filed his Crossclaim February 2, 2024;

2.  Service of Process was effected on the DNC February 2, 2024;

3. The current deadline for the DNC to answer, move, or otherwise reply to the Crossclaim is February 23, 2024; and

4. No previous extension of time to answer, move, or otherwise reply to the Crossclaim has been sought by the DNC.


DATED:  February 22, 2024

           Respectfully submitted,

            */s/ Nicole G. McDonough*
           Nicole G. McDonough, Esq.
           **SILLS CUMMIS & GROSS P.C.**
           One Riverfront Plaza
           Newark, New Jersey 07102
           (973) 643-5967
           nmcdonough@sillscummis.com
           *Attorneys for Defendant,*
           *Democratic National Committee*

The above application is ORDERED GRANTED. The time for Defendant Democratic National Committee to answer, move, or otherwise reply to the Crossclaim filed by co-defendant/counterclaim-Plaintiff Robert Junge is extended to March 8, 2024.

ORDER DATED:

_____
Melissa E. Rhoads, Esq.
Clerk of the Court

10439337 v1