Mary Basile Logan
Post Office Box 5237
Clinton, New Jersey 08809
(908) 200-7294
Email:  Trino@trinops.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

MARY BASILE LOGAN, individually and on behalf
of those similarly situated, *Pro-Se*;

                Plaintiff,          | **No.: 3:24-cv-00040-ZNQ-TJB**

MERRITT GARLAND, in his official capacity
Attorney General, Department of Justice; et al.,

                Defendants.

_____

### PLAINTIFFS' OPPOSITION TO DEFENDANTS'
### MOTION TO DISMISS

Plaintiff, Mary Basile Logan, individually and on behalf of those similarly situated, does hereby reply to Defendant REPUBLICAN NATIONAL COMMITTEE's Motion to Dismiss ("Motion") in response to  Plaintiffs' Complaint.  Plaintiff states:

### INTRODUCTION

Plaintiff reasserts the statements made in the complaint introduction.  Plaintiff clarifies the facts outlined below:

1.  The case previously filed, *Logan v. Lamont, et al.,* 3:23-cv-21174 (D.N.J., October 23, 2023), was voluntarily dismissed upon it being amended due to facts in law determined under 22-1395 AR State Conference NAACP, et al v. AR Board of Apportionment, et al.

the ruling on November 20, 2023 required immediate reevaluation of the claims brought forth.

## **ARGUMENT**

1. In Plaintiff's reply motion addressing co-Defendant, ROBERT JUNGE, Plaintiff evidenced that the Republican organization has no legal structure, neither Bylaws or a Constitution, therefore illegitimate in its conformance with NJ Rev. Stat § 19:5-2 (2021).  Under discovery, Plaintiff is intent to audit across these United States as to similar non-conformance in other states.  It is wholly unconscionable that the Defendant attaches their motion content on Plaintiff's lack of lawyerly articulation while choosing to sidestep the facts presented.  Plaintiff refers to p. 19, ¶40, as to organizational structure …and its member body.  Attaching hereto as EXHIBIT 1, Defendant's "Rules of the Republican Party" (Rev. 2022), provides for conformance to state law in the function of state Republican organizations, same not being adhered to evidences the fostering of dysfunction while allowing persons from outside party affiliation and ideology to infiltrate, penetrate and influence the party.  Plaintiff asserts, being a lifelong Republican, she has never witnessed a person avowing to be Republican, masking themselves as a member of the opposing party; the opposite far more prevalent.  The abject failure of the Republican party in its management dereliction cannot be understated in the circumstance of extreme ideation as we today find ourselves.  Plaintiff writing in the interest of the People, the foregoing is both unacceptable and has, unequivocally resulted in harm to her personally, up to and including the ongoing actions and lawfare to exact election interference as well the treasonous imposition on Executive Authority, including Proclamation 9994.

2.  The posture of the Defendant's brief is redundant, as though repeating information gives credence to the argument presented.  Given Defendant's reference to *Logan v. Lamont, et al.,* 3:24-cv-21174 (D.N.J., October 23, 2023), Plaintiff refers to the 150-page Exhibit attached to the complaint, omitted from the Defendant's motion, entirely.  The subject Exhibit provided clear and irrefutable proof that not one state but rather in *each* and *every* state, the number of deaths associated with COVID-19 resulted from blatant neglect in the crafting of policy and actions of legislatures in the company of governors, while ignoring those articulated by Presidential directive, Executive Proclamation 9994.  Moreover, the comprised embodiment of legislators and governors were members of both parties, inclusive of the Defendant; the harms are irrefutable for which the Defendant is no less culpable.  The Plaintiff is advocating on behalf of herself *and* the inclusive People. Plaintiff, calling on the matter of New Jersey Republican State Committee, Inc., et al., v. Jersey Freedom, et al., ATL-L, Defendant stated, "...the NJGOP supports Republican candidates for public office at all levels, including candidates for Legislature." p.1¶1.  The subject complaint continues, p.6 ¶35, "...facts confirm that every political communication...is intended to serve one purpose: siphoning of voters from Republican candidates in LD-1 and LD-4."  Plaintiff combines the foregoing two areas of legal query and states; in the 2020 election and those since, the People's harms, those individuals who must live by the actions and decisions of the parties elected, were without an advocate in their interest.  The only exception to the foregoing were those candidates who gained extraordinary insight from first-hand election experience, calling out the permitted gaps by which manipulation could and did take place, these include President Trump as well the Plaintiff but is by no means thereby limited.  In point of fact, the sovereign voice of the

people has been bantered about by the inclusive co-Defendants as though they are simply the conduit venue of holding office while the taxpaying citizens have been sidelined as mere spectators paying the cost of admission to observe a game where the players redesign the playbook from the bench versus their true esteemed, Constitutional capacity held and derived.

3. As a matter of record, when the Plaintiff's complaints were filed, she was an elected official, her oath spoken and held in the utmost regard of allegiance to God and Country, but for disingenuous actions due in part to the Defendant's negligent leadership, her oath would be intact.  The co-Defendant's actions have fortified Plaintiff's resolve.

4. Plaintiff reiterates harm resulting from the absence of Defendant's protocols and management, resulting in illegitimate structures, charters, and chapters within the organization.  As a direct consequence of the foregoing, when combined with the absence of a structured constitution and bylaws, in the 2023 election, Plaintiff personally witnessed poll observers including the Municipal Mayor, Republican municipal Co-Chair, Democratic Co-Chair and two municipal candidates observe voters.  Plaintiff was at the municipal building all day working on codification in a room which oversaw the entire election area, breaking only for lunch.  Plaintiff witnessed the Poll Master, Patricia, come up to our work area on five (5) occasions, the fifth time in literal tears due to the intimidation by a particular municipal candidate acting as a poll observer; voters were disrupted by the ongoing behavior including extensive use of personal cell phones.  The Administrator, rightly, contacted the Hunterdon County Board of Elections no less than three (3) times; the behavior continued unabated until polls closed at which point the municipal candidate thanked everyone for their time and efforts.  In direct relation to the

absence of the Defendant's management of their charter, the Republican municipal Co-Chair would have and should have known the proper manner of conduct.  Plaintiff herein states, unequivocally, that in a municipality of 1,700 residents, the count of persons represented at that table and the capacities which they hold, was unmitigated voter intimidation; the resulting harm to the Plaintiff iterated in this very complaint as much for herself as an advocate of the People.  Further, Plaintiff states that the foregoing was knowingly orchestrated having far reaching consequences not limited solely to the Plaintiff but also polling staff as it was not isolated to 2023 but rather a repeat performance of previous election cycles in and among the same actors.

5.  As to the *Logan v. Lamont, et al.,* 3:24-cv-21174 (D.N.J., October 23, 2023) case, the legislative body of both parties, stood down action on behalf of the People concerning the heinous actions by the governor and the herein co-Defendants.   Plaintiff reiterates that the Defendant took absolutely no action in the interest of the People concerning the timing of the release of the Department of Justice, Civil Rights Division report; neither in the interest of those who died an untimely death which the co-Defendants attempted to cover up nor of the resident voters who were subjected to draconian lock-downs for months on end, nor of the parents who were shamed and shut down while attempting to advocate for their children at school board meetings; at every turn the Defendant failed the People, the harms evident and incalculable.

6.  Plaintiff attaches EXHIBIT 2, document entitled "KOCH FOUNDATION 2022 990, non-profit affiliates."  Plaintiff referenced 1,700 non-profit organizations involved to varying degrees in the election process for which the Defendant benefits as well those running for office and presently holding office.  Plaintiff refers to the subject non-profit as a mere

sample, the repository held by her provides a tableaux of individual stories for each and every non-profit entity, despite individual characteristics, the inclusive embodiment have two recurrent themes; 1) each benefits through Internal Revenue Service ("IRS") tax exemption status as a 501c3 designation and, 2) each imposes on the People's sovereign voice in the election process.

- In the case of the Koch Foundation, the attached affiliate non-profit directory is by no means a full composite representation, rather the list reflects only those entities who share a 501c3 IRS designation.

- The Koch Foundation began its foray into elections following the 2000 Clinton Administration indictment, alleging a 97-count felony action against Koch Industries, Inc., Koch Petroleum Group, and four corporate employees following events at their Corpus Christi oil refinery, and two months in advance of the Marc Rich pardon, Plaintiff asserts the timing of same intentional.

- Under the auspices of protecting their business interests, the best defense being a good offense, the Koch organization formed the Koch Foundation which funded the Tea Party organization, Americans for Prosperity PAC ("AFP"), among others from which the Defendant drew monetary benefit as did the Legislators in the 2000 – 2008 election cycles.  AFP provided a two-fold purpose; similar to the Heritage Foundation and CATO, AFP structured itself as a quasi-business partner in ensuring those elected would represent their interests once their capacity was secured.  Conversely, the People's choice in candidate pool was limited to those parties espoused by the organizations, who were beholden to same, with a war chest large enough to compete in the

election market place.  The foregoing has become the status quo and has resulted in the circumstances to which we, the People, find ourselves today.

- Plaintiff's EXHIBIT 2, attached, tells the foregoing story.  The Koch Foundation has extended reach far beyond AFP, infiltrating 100's of entities benefiting from IRS non-profit status.  Plaintiff does not assert that the inclusive non-profits are operating in less than stellar conduct, rather that the People's enumerated rights, Constitutionally granted and affirmed, have been and continue to be assaulted for which the Defendant benefits.

7. In Section II, ¶1, of Defendant's motion, they state, "…plaintiff must show that she suffered 'an invasion of a legally protected interest' that is 'concrete and particularized' and 'actual or imminent, not conjectural or hypothetical…" ).  Plaintiff asserts that the foregoing statements prove concrete and particular.  Where a complaint is inadequate, leave to amend the complaint is common, Plaintiff is intent to take such action by way of amended plea, with several such facts herein stated as to harms caused by Defendant's negligence which will be incorporated into same.  see, *e.g. Butt v. United Brotherhood of Carpenters & Joiners of America, No. 09-4285,* 2010 WL 2080034 (E.D. Pa. May 19, 2010).

## <u>CERTIFICATION OF SERVICE</u>

Plaintiff, Mary Basile Logan, hereby certifies that on this 23th day of February, 2024, I electronically filed the foregoing Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint with the Clerk's office of the U.S. District Court for the District of New Jersey using the Electronic Case Filing ("ECF"), to be served upon the Defendant, the Republican National Committee, same being notice of electronic filing to the following parties:

**Thomas R. McCarthy**
**Conor D. Woodfin**
Consovoy McCarthy, PLLC
1600 Wilson Boulevard, Ste 700
Arlington, Virginia  22209
Email:          tom@consovoymccarthy.com
                conor@consovoymccarthy.com

**Michael L. Testa, Jr.**
**Christian P. Butrica**
Testa, Heck, Testa & White, P.A.
424 W. Landis Avenue
Vineland, New Jersey 08360
Email:          mtestajr@testalawyers.com
                cbutrica@testalawyers.com


Dated February 23, 2024

                                        Respectfully submitted,

                                        /s/Mary B. Logan_____
                                        Mary Basile Logan
                                        Plaintiff (*Pro Se*)


cc:     All Counsel of Record (***Via ECF***)

# THE RULES
# OF THE
# REPUBLICAN
# PARTY

As adopted by the 2020
Republican National Convention
August 24, 2020

*Amended by the Republican National Committee on
April 14, 2022



EXHIBIT 1

**TABLE OF CONTENTS**

**THE REPUBLICAN
NATIONAL COMMITTEE**

RULE NO. 1
*Organization of the Republican National
Committee* ............................................................ *1*

RULE NO. 2
*National Committeeman and National
Committeewoman* ................................................. *1*

RULE NO. 3
*Term of Office for National Committee
Members* ............................................................... *2*

RULE NO. 4
*Vacancies of Members and Officers* ..................... *2*

RULE NO. 5
*Officers of the Republican National Committee* .... *3*

RULE NO. 6
*Executive Committee of the Republican National
Committee* ............................................................ *5*

RULE NO. 7
*Rules of Order* ...................................................... *6*

RULE NO. 8
*Meetings of the Republican National
Committee* ............................................................ *8*

RULE NO. 9
*Filling Vacancies in Nominations* ........................ *8*

RULE NO. 10
*Committees of the Republican National
Committee* ............................................................ *9*

RULE NO. 11
*Candidate Support* ............................................... *15*

RULE NO. 12
*Amendments* ....................................................... *15*

**CONVENING OF THE NEXT NATIONAL
CONVENTION**

RULE NO. 13
*Call of Next Convention* ...................................... *16*

RULE NO. 14
*Membership in Convention* ................................... *16*

EXHÍBIT 1

RULE NO. 15
*Participation in the Delegate Election, Selection,
Allocation, and Binding Processes*...................... *19*

RULE NO. 16
*Election, Selection, Allocation, or Binding of
Delegates and Alternate Delegates* .................... *20*

RULE NO. 17
*Enforcement of Rules*........................................... *26*

RULE NO. 18
*Vacancies in a State Delegation*......................... *28*

RULE NO. 19
*Excess Delegates and Alternate Delegates*.......... *29*

RULE NO. 20
*Certification of Election or Selection of
Delegates*............................................................. *29*

RULE NO. 21
*Contests: Resolution by States*............................. *30*

RULE NO. 22
*Temporary Roll of the Republican National
Convention* .......................................................... *31*

RULE NO. 23
*Contest Filing*...................................................... *31*

RULE NO. 24
*Contest Procedure*............................................... *32*

RULE NO. 25
*Convention Committee on Credentials*................ *34*

**PROCEEDINGS OF NATIONAL CONVENTION**

RULE NO. 26
*Order of Business*................................................ *35*

RULE NO. 27
*Committee Reports*............................................... *35*

RULE NO. 28
*Admission to Convention Hall*............................. *35*

RULE NO. 29
*Voting*.................................................................. *36*

RULE NO. 30
*Rules of Order*..................................................... *36*

RULE NO. 31
*Length of Debate*................................................. *37*

RULE NO. 32
*Suspension of Rules*............................................. *37*

EXHIBIT 1

RULE NO. 33
*Platform Resolutions*............................................*37*

RULE NO. 34
*Minority Reports; Amendments*............................*37*

RULE NO. 35
*Motion to Table*....................................................*38*

RULE NO. 36
*Previous Question*...............................................*38*

RULE NO. 37
*Roll Call*..............................................................*38*

RULE NO. 38
*Unit Rule*.............................................................*39*

RULE NO. 39
*Record Vote*........................................................*39*

RULE NO. 40
*Nominations*........................................................*40*

RULE NO. 41
*Convention Committees*.......................................*41*

RULE NO. 42
*Temporary Rules*.................................................*43*

EXHIBIT 1

## PREAMBLE

BE IT RESOLVED, That the Republican Party is the party of the open door. Ours is the party of liberty, the party of equality, of opportunity for all, and favoritism for none.

It is the intent and purpose of these rules to encourage and allow the broadest possible participation of all voters in Republican Party activities at all levels and to assure that the Republican Party is open and accessible to all Americans.

BE IT FURTHER RESOLVED, That the following be and hereby are adopted as *The Rules of the Republican Party*, composed of the rules for the election and government of the Republican National Committee until the next national convention, the rules under which delegates and alternate delegates shall be allotted to the respective states in the next national convention, and the rules under which such delegates and alternate delegates shall be elected and under which contests shall be considered, and the rules of business of this national convention.

EXHIBIT 1

## THE REPUBLICAN NATIONAL COMMITTEE

### RULE NO. 1
### Organization of the Republican National Committee

(a) The Republican National Committee shall have the general management of the Republican Party, based upon the rules adopted by the Republican National Convention. The members of the Republican National Committee shall consist of one (1) national committeeman and one (1) national committeewoman from, and the chairman of the state Republican Party of, each state.

(b) For the purposes of this rule and all other rules, "state" or "states" shall be taken to include American Samoa, the District of Columbia, Guam, the Northern Mariana Islands, Puerto Rico, and the Virgin Islands, except in Rule No. 14, and unless the context in which the word "state" or "states" is used clearly makes such inclusion inappropriate.

### RULE NO. 2
### National Committeeman and National Committeewoman

(a) Method of Election

(1) Where the rules adopted by a state Republican Party provide a method of election of the national committeeman and the national committeewoman, they shall be elected pursuant to such method.

(2) Where the rules adopted by a state Republican Party do not provide a method of election of the national committeeman and the national committeewoman, and where state laws do provide such a method of election, they shall be elected pursuant to such method provided by state laws.

(3) Where neither the rules adopted by a state Republican Party nor state laws provide a method of election of the national committeeman and the national committeewoman, the national convention delegation from such state shall elect them.

(b) Prior to the convening of each national convention, the chairman of the delegation from each state shall submit the names of the elected national committee members to the secretary of the convention

EXHIBIT 1

and their election shall be ratified by the national convention if otherwise in accordance with these rules.

## RULE NO. 3
### Term of Office for National Committee Members

(a) National committeemen and national committeewomen shall serve from the adjournment of the national convention until the adjournment of the following national convention. While newly elected members may be ratified simultaneously, for seniority purposes, newly elected committee members shall be considered ratified in order of the date of their individual election.

(b) The duly elected and acting chairman of each state Republican Party shall be a member of the Republican National Committee during his or her term in office.

## RULE NO. 4
### Vacancies of Members and Officers

(a) Election of members to fill vacancies in the Republican National Committee shall be ratified by the Republican National Committee after their election by the state Republican Party in and for the state in which the vacancy occurs.

(b) The Republican National Committee shall have the power to declare vacant the seat of any member who refuses to support the Republican nominee for President of the United States or Vice President of the United States.

(c) In the event of the death, resignation, disqualification, removal, or disability of any officer of the Republican National Committee or member of a committee of the Republican National Committee, such vacancy shall be filled by the same body and in the same manner as provided herein for the election of such officer or officers or committee members in the first instance. In the case of a vacancy in the office of either secretary or treasurer of the Republican National Committee, the chairman shall appoint an acting secretary or acting treasurer from among the members or officers of the Republican National Committee who shall serve until the next meeting of the Republican National Committee, when an election to fill such vacancy shall occur. In the event of the death, resignation, disqualification, removal, or disability of the chairman, the co-chairman shall serve as temporary

EXHIBIT 1

chairman until the members of the Republican National Committee fill the vacancy in accordance with the provisions of this section. All appointees of the chairman of the Republican National Committee shall serve at the pleasure of the chairman until removed by the chairman, until replaced by another appointee, until the position is eliminated, or until the position is vacated by the appointee. Unless otherwise specified by these rules, appointments are not affected by the subsequent vacancy of the chairmanship by the appointing chairman.

(d) In the event of the death, resignation, disqualification, removal, or disability of any member of the Republican National Committee, the vacancy shall be filled according to adopted state Republican Party rules. If no rule exists, vacancies shall be filled by majority vote of the Republican state committee.

### RULE NO. 5
### Officers of the Republican National Committee

(a)     The officers of the Republican National Committee shall consist of:

(1) A chairman and a co-chairman of the opposite sex who shall be elected by the members of the Republican National Committee. The chairman or co-chairman need not be a member of the Republican National Committee. Except as otherwise ordered by a majority of the members of the Republican National Committee present and voting on the matter, the chairman and the co-chairman shall be full-time, paid employees of the Republican National Committee. The chairman shall be the chief executive officer of the Republican National Committee. The co-chairman shall perform such duties as are assigned by the chairman. The chairman or co-chairman may be removed from office only by a two-thirds (2/3) vote of the members of the Republican National Committee.

(2) Eight (8) vice chairmen who shall be elected at regional caucuses by the Republican National Committee members of the four (4) regions and shall be residents of, and Republican National Committee members from, their respective regions. The election shall take place in January of each odd-numbered year. The election of vice chairmen shall not require confirmation by the Republican National Committee. The vice chairmen shall serve from their election until they are no longer members of the Republican National Committee or until their successors are elected, whichever comes first. The vice

EXHIBIT 1
16 of 59

chairmen shall preside at all meetings of their respective regions. The eight (8) vice chairmen shall be comprised of one (1) man and one woman from each of the following four regions:

(i) The Western States Region: Alaska, American Samoa, Arizona, California, Colorado, Guam, Hawaii, Idaho, Montana, Nevada, New Mexico, the Northern Mariana Islands, Oregon, Utah, Washington, and Wyoming;

(ii) The Midwestern States Region: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, and Wisconsin;

(iii) The Northeastern States Region: Connecticut, Delaware, the District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Puerto Rico, Rhode Island, Vermont, and the Virgin Islands; and

(iv) The Southern States Region: Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, and West Virginia.

(3) A secretary, a treasurer, and such other officers as the Republican National Committee shall deem necessary, all to be elected by the Republican National Committee. The secretary and treasurer shall be members or officers of the Republican National Committee when elected. A secretary, treasurer, and other such officers elected by the Republican National Committee may be removed from office only by a two-thirds (2/3) vote of the entire Republican National Committee. The secretary shall keep an accurate record of the proceedings of the meetings of the Republican National Committee, the Executive Committee, and all other committees of the Republican National Committee. The secretary may appoint assistant secretaries, who shall be members of the Republican National Committee, to assist the secretary in keeping the minutes of meetings and committees other than the Republican National Committee and the Executive Committee. The treasurer shall receive and safely keep all funds of the Republican National Committee and any committee or other entity under its control, shall make approved disbursements, and shall maintain an accurate accounting of all financial transactions.

EXHIBIT 1

(b) The chairman, co-chairman, and all other officers shall be elected in January of each odd-numbered year. All officers, except the vice chairmen, shall be nominated from the floor and shall have at least the majority vote of the Republican National Committee members in each of three (3) states in order to have their names placed in nomination. There shall be no nominating committee.

(c) The chairman shall appoint a general counsel for the Republican National Committee, who also will serve as counsel to committees and subcommittees of the Republican National Committee, and a chairman of the Republican Finance Committee, both of whom shall be confirmed by the Republican National Committee and shall serve at the will of the chairman. Neither the general counsel nor the chairman of the Republican Finance Committee need be a member of the Republican National Committee.

RULE NO. 6
**Executive Committee of the Republican National Committee**

(a) There shall be an Executive Committee of the Republican National Committee to consist of the following officers and members of the Republican National Committee: the chairman, the co-chairman, the vice chairmen, the secretary, the treasurer, the general counsel, the chairman of the Republican Finance Committee, the chairman of the Standing Committee on Rules, the chairman of the Standing Budget Committee, the chairman of the Standing Committee on Resolutions, the chairman of the Republican State Chairmen's Advisory Committee, three (3) members to be appointed by the chairman, and eight (8) additional members to consist of one (1) man and one (1) woman elected by and from each of the four (4) regional caucuses in January of each odd-numbered year.

(b) The Executive Committee may exercise all of the executive and administrative functions required of the Republican National Committee between meetings of the Republican National Committee, with the exception of the following:

(1) election of officers of the Republican National Committee;

(2) issuance of the call and designation of the time and place for holding the national convention; and

EXHIBIT 1

(3) filling a vacancy in the office of Republican candidate for President of the United States or Republican candidate for Vice President of the United States.

(c)  The Executive Committee shall meet on the call of the chairman and such meetings shall be held at least twice in each year. In addition, upon written petition of at least twenty-five percent (25%) of the members of the Executive Committee, the chairman, within ten (10) days of receipt of said petition, shall call a meeting of the Executive Committee to be held in a city to be designated by the chairman. The date of such meeting shall fall between ten (10) and twenty (20) days from the date of the call. The draft minutes of each Executive Committee meeting shall be made available within thirty (30) days after the close of the meeting to all members of the Republican National Committee.

(d)  The Executive Committee may meet and act by telephone conference or electronic platform upon twenty-four (24) hours' notice.

## RULE NO. 7
### Rules of Order

(a) The current authorized edition of *Robert's Rules of Order: Newly Revised* ("*Robert's Rules of Order*") shall govern in all meetings of the Republican National Committee and its committees insofar as they are applicable and not inconsistent with these rules.

(b)  All meetings of the Republican National Committee and all of its committees shall be open meetings, except as provided for by *Robert's Rules of Order*. For purposes of *The Rules of the Republican Party*, the term "open meeting" shall mean a meeting open for attendance by all members of the Republican National Committee and any registered guests of members of the Republican National Committee. Nothing herein shall preclude the provisions of *Robert's Rules of Order* with regard to going into executive session.

(c) A member of the Republican National Committee may give a written proxy to an eligible and declared Republican voter of the same state, which shall be effective for one (1) meeting and may include all committees of the Republican National Committee and other meetings held in conjunction with the Republican National Committee meeting that the proxy grantor is eligible to attend. A member of a committee of the

EXHIBIT 1

Republican National Committee may give a written proxy to an eligible and declared Republican voter of the same state or to a member of the member's state delegation to the Republican National Committee. Proxies to attend Republican National Committee meetings shall be filed by letter, email or other acceptable form with the secretary of the Republican National Committee. Proxies to attend a committee of the Republican National Committee shall be filed by letter, email, or other acceptable form with the chairman of the respective committee. For any meeting of the Republican National Committee where membership is determined regionally, members may give a written proxy to a member of the member's regional caucus within the Republican National Committee, with the approval of that caucus's regional vice chairmen. Those members who have been appointed by the chairman may give a written proxy to a member of the Republican National Committee, with the approval of the chairman of the Republican National Committee.

(d)  No votes (except elections to office when properly ordered pursuant to the provisions of *Robert's Rules of Order*) shall be taken by secret ballot in any open meeting of the Republican National Committee or of any committee thereof.

(e)  A prayer and the Pledge of Allegiance shall be conducted at the beginning of all meetings of the committees listed in these rules, including meetings of all subcommittees, immediately following the call to order by the chairman.

(f)  For the purposes of these rules, unless otherwise specified, "mail" shall be defined as mail by the United States Postal Service, electronic mail, or private mail delivery service.

(g)  The Republican National Committee may meet by telephone conference call or by another method that enables all participants to simultaneously hear each other and have the opportunity for recognition similar to a regular in-person meeting pursuant to Rule No. 8(b) when authorized by a three-fourths (3/4) vote of the Executive Committee of the Republican National Committee in case of emergency. Other authorization for electronic meetings may be allowed elsewhere in these rules. Any conflicting language in the rules shall defer to this rule.

EXHIBIT 1

## RULE NO. 8
**Meetings of the Republican National Committee**

(a) The Republican National Committee shall meet at least two (2) times in each year. A tentative agenda for each meeting shall be mailed to the membership at least ten (10) days prior to such meeting. The minutes, including all resolutions and motions, shall be mailed to all members of the Republican National Committee within thirty (30) days after the close of the meeting. In addition, the Republican National Committee shall conduct a training session only for members or their designee at least one time in each year.

(b) The first meeting of the Republican National Committee shall take place within five (5) days after the adjournment of the national convention. Such meeting and all other meetings of the Republican National Committee shall take place upon the call of the chairman, or, in case of a vacancy in the chairmanship, upon the call of the co-chairman, or, in case of a vacancy in the chairmanship and the co- chairmanship, upon the call of the vice chairman senior in time of service as a member of the Republican National Committee; provided, however, that such call shall be issued at least ten (10) days in advance of the date of the proposed meeting, except that if one of the purposes of a meeting of the Republican National Committee is to fill a vacancy in the office of Republican candidate for President of the United States or Republican candidate for Vice President of the United States, then only five (5) days' notice of the purpose, date, and place of said meeting shall be required. Upon written petition of twenty-five percent (25%) of the membership of the Republican National Committee or sixteen (16) or more members of the Republican National Committee, representing no fewer than sixteen (16) states, filed jointly or severally with the chairman, requesting a meeting of the Republican National Committee, it shall be the duty of the chairman, within ten (10) days of receipt of said petition, to issue a call for a meeting of the Republican National Committee, to be held in a city to be designated by the chairman, the date of such called meeting to be not later than twenty (20) days or earlier than ten (10) days from the date of the call.

## RULE NO. 9
**Filling Vacancies in Nominations**

(a) The Republican National Committee is hereby authorized and empowered to fill any and all vacancies which may occur by reason of death,

EXHIBIT 1

declination, or otherwise of the Republican candidate for President of the United States or the Republican candidate for Vice President of the United States, as nominated by the national convention, or the Republican National Committee may reconvene the national convention for the purpose of filling any such vacancies.

(b) In voting under this rule, the Republican National Committee members representing any state shall be entitled to cast the same number of votes as said state was entitled to cast at the national convention.

(c) In the event that the members of the Republican National Committee from any state shall not be in agreement in the casting of votes hereunder, the votes of such state shall be divided equally, including fractional votes, among the members of the Republican National Committee present or voting by proxy.

(d) No candidate shall be chosen to fill any such vacancy except upon receiving a majority of the votes entitled to be cast in the election.

## RULE NO. 10
### Committees of the Republican National Committee

(a) There shall be the following committees:

(l) There shall be a Standing Committee on Rules of the Republican National Committee, composed of one (1) member of the Republican National Committee from each state, to review and propose recommendations with respect to *The Rules of the Republican Party*. The members of the Republican National Committee from each state shall caucus and, by majority vote, choose from their number a member to serve on this committee. The chairman of the Standing Committee on Rules, and such other officers as the Standing Committee on Rules shall deem necessary, shall be elected by the committee from among its members. The Standing Committee on Rules shall first consider all rule amendments submitted by any member of the committee at least ten (10) days before the day on which General Session shall be held at any regularly called meeting of the Republican National Committee or at least three (3) days before a specially called meeting to be considered by the Standing Committee on Rules.

(2) There shall be a Standing Committee on Resolutions, which shall be composed of

EXHIBIT 1

two (2) members of the Republican National Committee from each of the four (4) regions described in Rule No. 5(a)(2), elected by the members of the Republican National Committee from each such region, and a chairman appointed by the chairman of the Republican National Committee from among the members of the Republican National Committee.

(i) The Standing Committee on Resolutions shall consider all resolutions submitted by any member for adoption by the Republican National Committee at least ten (10) days before the day on which General Session shall be held at any regularly called meeting of the Republican National Committee or at least three (3) days before a specially called meeting. To be considered timely submitted, a resolution must be received by the chairman of the Standing Committee on Resolutions by the submission deadline, followed by the original signed resolution before the beginning of the meeting of the Standing Committee on Resolutions. All co-sponsorship forms shall be due before the beginning of the meeting. This committee shall report to the Republican National Committee all adopted resolutions, with amendments where applicable, for its consideration. Resolutions that are not adopted by this committee shall be reported for informational purposes only to the Republican National Committee.

(ii) The Standing Committee on Resolutions shall report out, without amendment and for consideration by the Republican National Committee, any resolution submitted in writing and supported by at least two (2) members of the Republican National Committee from each of ten (10) states, which is dated and submitted to the chairman of the Standing Committee on Resolutions at least ten (10) days before any regularly called meeting of the Republican National Committee or at least three (3) days before a specially called meeting. In the event of a memorial resolution submitted in response to the passing of the person so remembered, the ten (10) day requirement may be waived by the Standing Committee on Resolutions.

(3) The Republican National Committee shall create a Standing Budget Committee and any subcommittees thereof that it deems desirable, to which it may delegate the responsibility of developing a budget and reviewing income and expenditures of the Republican National Committee. The Standing Budget Committee shall be composed of eleven (11) members of the Republican National

EXHIBIT 1

Committee, three (3) of whom shall be appointed by the chairman of the Republican National Committee, and each of the four (4) regions shall elect two (2) members, one (1) man and one (1) woman, at its regional caucus held in January of each odd-numbered year (as provided in Rule No. 5(a)(2)) and the following shall serve as *ex officio* members of the Standing Budget Committee: the chairman, co- chairman, and treasurer of the Republican National Committee, and the chairman of the Republican Finance Committee. The chairman of the Republican National Committee shall make every effort in such appointments to ensure that an equal number of men and women serve on the Standing Budget Committee. The chairman of the Republican National Committee shall appoint the chairman of the Standing Budget Committee from among the members thereof. The annual budget shall be approved at the first meeting of the Republican National Committee held in each year. The proposed budget, in reasonable detail, shall be mailed to all members of the Republican National Committee at least ten (10) days prior to such meeting.

(4) There shall be a Standing Committee on Site Selection of the Republican National Convention, which shall be composed of two (2) members of the Republican National Committee from each of the four (4) regions described in Rule No. 5(a)(2), elected by the members of the Republican National Committee from each such region, and a chairman appointed by the chairman of the Republican National Committee from among the members or officers of the Republican National Committee. This committee shall be responsible for investigating potential sites for national conventions and for recommending such sites to the Republican National Committee for selection. The Standing Committee on Site Selection responsible for recommending the site of the 2024 Republican National Convention may also recommend the site of the 2028 Republican National Convention. For all national conventions thereafter, the Standing Committee on Site Selection shall recommend the site of each Republican National Convention no more than seven (7) years in advance of such convention. This committee shall be selected no later than two (2) years following the presidential election. Each of the four (4) regions shall elect an alternate who is a member of the Republican National Committee from such region, who shall act, in the event an elected member from the region shall be unable to act by reason of death, resignation, or disability.

EXHIBIT 1

(5) There shall be a Standing Committee on Arrangements to plan for and manage the next national convention.

(i) The chairman of the Republican National Committee shall appoint the members of the Standing Committee on Arrangements, which shall consist of at least one (1) member of the Republican National Committee from each state, all of whom, other than the chairman, who may be appointed at any time, shall be appointed after the Winter Meeting of the Republican National Committee in the year before a Presidential election. The chairman of the Republican National Committee shall appoint a chairman and co-chairman, who shall be members of the committee, and such other officers as the chairman of the Republican National Committee desires. The secretary and treasurer of the Republican National Committee shall be the secretary and treasurer of the committee. The chairman, co-chairman, secretary, and treasurer of the Republican National Committee, and the chairman of the standing Committee on Rules, shall be *ex officio* members of the committee.

(ii) There shall be an Executive Committee of the committee which shall consist of the chairman, co-chairman, secretary, treasurer, and subcommittee chairmen of the committee and which may exercise all the powers of the committee between its meetings. The chairman and co-chairman of the Republican National Committee shall serve as *ex officio* members of the Executive Committee of the committee.

(6) There shall be a Standing Committee on the Call, composed of a chairman and at least seven (7) members of the Republican National Committee who shall be appointed by the chairman of the Republican National Committee. This committee shall assist the Republican National Committee in connection with the issuance of the call for the next national convention pursuant to Rule No. 13. This committee shall be appointed after the selection of the Standing Committee on Rules and the Standing Committee on Arrangements.

(7) There shall be a Standing Committee on Contests, which shall be composed of two (2) members of the Republican National Committee from each of the four (4) regions described in Rule No. 5(a)(2), elected by members of the Republican National Committee from each such region, and a chairman appointed by the chairman of the

EXHIBIT 1
12 of 43

Republican National Committee from among the members or officers of the Republican National Committee. This committee shall perform the duties relating to the resolution of contests prescribed in Rule No. 24. This committee shall be elected after the selection of the Standing Committee on Rules and Standing Committee on Arrangements.

(8) There shall be a State Chairmen's Advisory Committee, composed of the state chairman of each of the states, the chairman of which shall be appointed by the chairman of the Republican National Committee from among its members. The committee shall provide a forum for discussion among state chairmen of matters of concern to them, but the committee shall take no formal action. The committee shall meet at each meeting of the Republican National Committee.

(9) The Republican National Committee shall create a Republican Finance Committee, and any subcommittees thereof that it deems desirable, to which it may delegate the responsibility of developing and implementing a broad-based fundraising plan. The chairman of the Republican Finance Committee shall be appointed pursuant to the provisions of Rule No. 5(c).

(10) There shall be a temporary Committee on the Presidential Nominating Process to review the rules governing the nomination of the Republican Party's presidential nominee. The chairman of the Republican National Committee shall appoint all temporary members of the temporary Committee on the Presidential Nominating Process, not to exceed eleven (11) members, and shall appoint one (1) as chairman, and the chairman of the Republican National Committee shall serve as an *ex officio* member. The chairman of the Republican National Committee shall convene the temporary Committee on the Presidential Nominating process at his discretion, but no later than September 30 of the year following a presidential election. The temporary Committee on the Presidential Nominating Process shall make any recommendations it deems appropriate and report such recommendations to the Republican National Committee no later than June 30 of the year two years prior to a presidential election. The temporary Committee on the Presidential Nominating Process shall disband following the transmittal of its report. Necessary and proper resources of the Republican National Committee shall be made available to fund the efforts of this committee.

EXHIBIT 1

(l1) If appointed pursuant to subsection (c) of this Rule, the Temporary Committee on Presidential Debates shall have the authority to sanction debates on behalf of the Republican National Committee based on input from presidential campaigns and criteria which may include but are not limited to considerations of timing, frequency, format, media outlet, candidate qualifications, and the best interest of the Republican Party. Each debate sanctioned by the Temporary Committee on Presidential Debates shall be known as a "Sanctioned Debate." All presidential primary candidates shall also agree in writing to appear in only sanctioned Primary and General Election debates. Any presidential primary candidate who does not agree in writing or who participates in any debate that is not a Sanctioned Debate shall not be eligible to participate in any further Sanctioned Debates.

(b)  All members of the Standing Committees shall be members of the Republican National Committee.

(c)  The chairman of the Republican National Committee, with the approval of the Republican National Committee, may appoint such other committees and assistants as he or she deems necessary. Whenever such committees are appointed, they shall consist of a chairman and an equal number of men and women.

(d) Whenever a committee is appointed pursuant to Rule No. 10(c), the committee shall consist of a chairman, who shall be a member of the Republican National Committee, and of other appointees, at least half of whom shall be members of the Republican National Committee.

(e)  All committees appointed and/or elected pursuant to any of these rules, except convention committees, may meet by telephone conference call, electronic platform, or by another method approved by the committee chairman that enables all participants to simultaneously hear each other and have the opportunity for recognition similar to a regular in-person meeting with twenty-four (24) hours' notice from the chairman of the Republican National Committee or the committee's chairman. Other authorization for electronic meetings may be allowed elsewhere in these rules. Any conflicting language in the rules shall defer to this rule. The draft minutes of all meetings shall be made available as promptly as practicable, with the final minutes available upon

EXHIBIT 1

approval of each respective committee, to all members of the Republican National Committee.

(f)   All committees appointed and/or elected pursuant to any of these rules, whether separately incorporated and whether a separate reporting entity, shall be under the supervision, direction, and control of the Republican National Committee, and its officers and staff, and shall be subject to and comply with the rules, policies, and procedures of the Republican National Committee, including its budgetary review and approval process, financial controls, legal compliance and review process, and employee policies and manual.

## RULE NO. 11
### Candidate Support

(a)  The Republican National Committee shall not, without the prior written and filed approval of all members of the Republican National Committee from the state involved, contribute money or in-kind aid to any candidate for any public or party office of that state, except the nominee of the Republican Party or a candidate who is unopposed in the Republican primary after the filing deadline for that office. In those states where state law establishes a non-partisan primary in which Republican candidates could participate, but in which the general election may not include a Republican candidate, the candidate endorsed by a convention held under the authority of the state Republican Party shall be recognized by the Republican National Committee as the Republican nominee.

(b)  No state Republican Party rule or state law shall be observed that allows persons who have participated or are participating in the selection of any nominee of a party other than the Republican Party, including, but not limited to, through the use of a multi-party primary or similar type ballot, to participate in the selection of a nominee of the Republican Party for that general election. No person nominated in violation of this rule shall be recognized by the Republican National Committee as the nominee of the Republican Party from that state.

## RULE NO. 12
### Amendments

The Republican National Committee may, by three-fourths (3/4) vote of its entire membership, amend Rule Nos. 1-11 and 13-25. Any such amendment shall be considered by the Republican National

EXHIBIT 1
25 of 31

Committee only if it was passed by a majority vote of the Standing Committee on Rules after having been submitted in writing at least ten (10) days in advance of its consideration by the Republican National Committee and shall take effect thirty (30) days after adoption. No such amendment shall be adopted after September 30 two (2) years prior to the year in which the next national convention is to be held.

## CONVENING OF THE NEXT NATIONAL CONVENTION

### RULE NO. 13
**Call of Next Convention**

The Committee on the Call shall approve and the Chairman of the Republican National Committee shall issue the call for the next national convention to nominate candidates for President of the United States and Vice President of the United States in a manner consistent with these rules prior to December 1 of the year prior to that in which the national convention is to be held. The call shall include the text of the rules relating to the convening and the proceedings of the national convention, in addition to the official delegate count for each state, including any penalties assessed under Rule No. 17(a), and will note which states' delegations will be allocated in direct proportion in accordance with Rule No. 17(b). If deemed necessary by the Executive Committee or the Republican National Committee, changes to the call may be issued subsequent to the initial call with regard to location, time, and place prior to the convening of the national convention. Nothing in this clause shall alter or limit the clauses of Rule No. 37(e).

### RULE NO. 14
**Membership in Convention**

Subject to the provisions of Rule No. 17, the membership of the next national convention shall consist of:

(a) Delegates.

(1) Ten (10) delegates at large from each of the fifty (50) states.

(2) The national committeeman, the national committeewoman and the chairman of the state Republican Party of each state and American Samoa, the District of Columbia, Guam, the Northern Mariana Islands, Puerto Rico, and the Virgin Islands.

EXHIBIT 1

(3) Three (3) district delegates for each Representative in the United States House of Representatives from each state.

(4) Six (6) delegates at large from American Samoa, sixteen (16) delegates at large from the District of Columbia, six (6) delegates at large from Guam, six (6) delegates at large from the Northern Mariana Islands, twenty (20) delegates at large from Puerto Rico, and six (6) delegates at large from the Virgin Islands; provided, however, that if Puerto Rico shall become a state prior to the next national convention, the number of delegates from Puerto Rico shall be calculated in accordance with the same formula used for the other states.

(5) From each state having cast its electoral votes, or a majority thereof, for the Republican nominee for President of the United States in the last preceding election: four and one-half (4 1/2) delegates at large plus a number of the delegates at large equal to sixty percent (60%) of the number of electoral votes of that state; provided, however, that if Puerto Rico shall become a state prior to the next national convention, it shall be presumed that it would have cast its electoral votes, or a majority thereof, for the Republican nominee in the last preceding election. (In the computation of the number of delegates at large, any sum of the four and one-half (4 1/2) plus the sixty percent (60%) representing a fraction shall be increased to the next whole number.).

(6) In addition, one (1) delegate at large shall be awarded to a state for any and each of the following public officials elected by such state in the year of the last preceding presidential election or at any subsequent election held prior to January 1 of the year in which the next national convention is held:

(i) A Republican governor, provided that no such additional delegate at large awarded to any state shall exceed one (1);

(ii) Membership in the Republican Party of at least one-half (1/2) of the Representatives representing a state in the United States House of Representatives; provided that no such additional delegate at large awarded to any state shall exceed one (1);

(iii) Membership in the Republican Party of a majority of the members of any

EXHIBIT 1

chamber of a state legislature, if such chamber has been organized, and is presided over (if the presiding officer is elected by the chamber), by Republicans; provided that no such additional delegate at large awarded to any state shall exceed one (1);

(iv) Membership in the Republican Party of a majority of all chambers of a state legislature, if all such chambers are presided over (if the presiding officer is elected by the chamber), by a Republican; provided that no such additional delegate at large awarded to any state shall exceed one (1).

(7) In addition, one (1) delegate at large shall be awarded to a state for any and each Republican United States Senator elected by such state in the six (6) year period prior to January 1 of the year in which the next national convention is held; provided that no such additional delegate at large awarded to any state shall exceed two (2).

(8) In addition, if the District of Columbia shall have cast its electoral votes, or a majority thereof, for the Republican nominee for President of the United States in the last preceding presidential election: four and one-half (4 1/2) delegates at large plus the number of delegates at large equal to thirty percent (30%) of the sixteen (16) delegates at large allotted to the District of Columbia. In the computation of the number of delegates at large, any sum of the four and one-half (4 1/2) plus the thirty percent (30%) representing a fraction shall be increased to the next whole number.

(b) Alternate Delegates. One (1) alternate delegate for each delegate to the national convention, except that no alternates shall be selected for Republican National Committee members.

(c) No state law shall be observed which authorizes the election or selection of a number of delegates or alternate delegates from any state to the national convention different from that fixed in these rules. To the extent a state Republican Party's rules are in conflict with its state's laws with respect to this rule, the provisions of this rule and the state Republican Party's rules shall control. To the extent the provisions of the rule are inconsistent with the provisions of Rule No. 16, the provisions of this rule shall be controlling for all purposes.

RULE NO. 15
## Participation in the Delegate Election, Selection, Allocation, and Binding Processes

(a) The states, in cooperation with the Republican National Committee Counsel's Office, shall prepare instructive material on delegate election, selection, allocation, or binding methods and make it available for distribution.

(b) Participation in a Republican primary, caucus, or any meeting or convention held for the purpose of electing, selecting, allocating, or binding delegates and alternate delegates to a county, district, state, or national convention shall in no way be abridged for reasons of sex, race, religion, color, age, or national origin. The Republican National Committee and the state Republican Party or governing committee of each state shall take positive action to achieve the broadest possible participation by men and women, young people, minority and heritage groups, senior citizens, and all other citizens in the delegate election, selection, allocation, or binding process.

(c) Unless otherwise provided by the laws of the state in which the election occurs, in those states where delegates and alternate delegates are elected through the convention system or a combination of convention and primary systems, the precinct, ward, township, or county meetings shall be open meetings and all citizens who are qualified shall be urged to participate.

(d) Only persons eligible to vote who are deemed as a matter of public record to be Republicans pursuant to state law or, if voters are not enrolled by party, by Republican Party Rules of a state shall participate in any primary election held for the purpose of electing delegates or alternate delegates to the national convention or in any Republican caucus, mass meeting, or mass convention held for the purpose of selecting delegates to the county, district, or state conventions, and only such legal and qualified voters shall be elected or selected as delegates to county, district, and state conventions; provided, however, that in addition to the qualifications provided herein, the applicable Republican Party rules of a state may prescribe additional qualifications not inconsistent with law, which additional qualifications shall be adopted before October 1 in the year before the year in which the national convention is to be held and published in at least one (1) newspaper having a general circulation

throughout the state and made available on the state party website, such publication to be at least ninety (90) days before such qualifications become effective.

(e) No state law shall be observed that permits any person to participate in a primary delegate and alternate delegate selection process that also permits that person at the same primary to participate in the choosing of nominees of any other party for other elective office. Delegates and alternate delegates to the national convention shall in that event be selected pursuant to the state Republican Party rules that are not inconsistent with *The Rules of the Republican Party*; provided, however, that the selection process established by the state Republican Party rules shall provide that only persons eligible to vote who are deemed to be Republicans pursuant to state law or state Republican Party rules shall participate in such delegate election or selection process.

(f) Any process authorized or implemented by a state Republican Party for electing or selecting delegates and alternate delegates or for allocating or binding the presidential preference of such delegates shall use every means practicable to guarantee the right of active-duty military personnel and individuals unable to attend meetings due to injuries suffered in military service the opportunity to exercise their right to vote in that process. This rule is not intended to and shall not prevent a state from using a caucus or convention process that may or may not elect presidential delegates or alternate delegates.

(g) Each state shall endeavor to have equal representation of men and women in its delegation to the Republican National Convention.

(h) The provisions of these rules are not intended to be the basis of any kind of quota system.

## RULE NO. 16
### Election, Selection, Allocation, or Binding of Delegates and Alternate Delegates

(a) Binding and Allocation.

(l) Any statewide presidential preference vote that permits a choice among candidates for the Republican nomination for President of the United States in a primary, caucuses, or a state convention must be used to allocate and bind the state's delegation to the national convention in either a proportional or winner-take-all manner for at least one

EXHIBIT 1
30 of 43

round of balloting, except for delegates and alternate delegates who appear on a ballot in a statewide election and are elected directly by primary voters or delegates bound to a candidate that withdraws from the presidential race. States wishing to unbind delegates pursuant to this rule must specify the criteria for doing so in the filing submitted to the Republican National Committee in accordance with paragraph (f)(1) of this rule.

(2) The Secretary of the Convention shall faithfully announce and record each delegate's vote in accordance with the delegate's obligation under Rule No. 16(a)(1), state law, or state party rule. If any delegate bound by Rule No. 16(a)(1), state party rule, or state law to vote for a presidential candidate at the national convention demonstrates support under Rule No. 40 for any person other than the candidate to whom he or she is bound, such support shall not be recognized. Notwithstanding the provisions of Rule No. 40 regarding formally placing a name in nomination for President of the United States and Vice President of the United States, the votes of all credentialed delegates properly cast according to Rule No. 16(a)(1), state party rule, and state law shall be reported by the state delegation chairman or his or her designee and repeated by the Convention Secretary. Except as provided for by state law or state party rule, no presidential candidate shall have the power to remove a delegate.

(b) Order of Precedence. Delegates at large and their alternate delegates and delegates from congressional districts and their alternate delegates to the national convention shall be elected, selected, allocated, or bound in the manner and on the date set forth in:

(1) Any applicable Republican Party rules of a state, insofar as the same are not inconsistent with these rules;

(2) To the extent not provided for in the applicable Republican Party rules of a state, in accordance with any applicable laws of a state, insofar as the same are not inconsistent with these rules; or

(3) By a combination of the methods set forth in paragraphs (b)(1) or (b)(2) of this rule.

EXHIBIT 1
34 of 41

(c) Timing and Allocation.

(1) No primary, caucus, convention, or other process to elect, select, allocate, or bind delegates to the national convention shall occur prior to March 1, nor shall any such process occur after the second Saturday in June in the year in which a national convention is held or less than forty-five (45) days before the national convention is scheduled to begin. Neither of these provisions, nor those in paragraph (c)(2) of this rule, shall apply to Iowa, New Hampshire, South Carolina, and Nevada, which may conduct their processes no earlier than one month before the next earliest state in the year in which a national convention is held.

(2) Any presidential primary, caucus, convention, or other process to elect, select, allocate, or bind delegates to the national convention that occurs prior to March 15 in the year in which the national convention is held shall provide for the allocation of delegates on a proportional basis.

(3) Proportional allocation of total delegates as required by Rule No. 16(c)(2) shall be based upon the number of statewide votes cast or the number of congressional district votes cast in proportion to the number of votes received by each candidate.

(i) A state may establish by statewide vote or congressional district minimum threshold of the percentage of votes received by a candidate that must be reached, below which a candidate may receive no delegates, provided such threshold is no higher than twenty percent (20%).

(ii) A state may establish by statewide vote or congressional district minimum threshold of the percentage of votes received by a candidate that must be reached, above which the candidate may receive all the delegates, provided such threshold is no lower than fifty percent (50%).

(d) General.

In all elections or selections of delegates or alternate delegates to the national convention, the following rules shall apply:

(1) Delegates and alternate delegates to the national convention may be elected,

EXHIBIT 1

selected, allocated, or bound only in one of the following manners:

(i) by primary election;

(ii) by the Republican state committee;

(iii) by state and/or congressional district conventions;

(iv) by any method consistent with these rules by which delegates and alternate delegates were elected, selected, allocated, or bound to the most recent Republican National Convention from that state; or

(v) by Rule No. 14(a)(2) of these rules.

(2) In electing or selecting delegates and alternate delegates to the national convention, no state law shall be observed which hinders, abridges, or denies to any citizen of the United States, eligible under the Constitution of the United States to hold the office of President of the United States or Vice President of the United States, the right or privilege of being a candidate under such state law for the nomination for President of the United States or Vice President of the United States or which authorizes the election or selection of a number of delegates or alternate delegates from any state to the national convention different from that fixed in these rules.

(3) Alternate delegates shall be elected or selected to the national convention for each unit of representation equal in number to the number of delegates elected therein and shall be chosen in the same manner and at the same time as the delegates and under the same rules; provided, however, that if the law of any state shall prescribe another method of choosing alternate delegates, they may be chosen in accordance with the provisions of the law of the state in which the election occurs, except that no alternates shall be selected for Republican National Committee members.

(4) Delegates and alternate delegates at large to the national convention, when serving as delegates and alternate delegates, shall be residents of and duly qualified voters in their respective states. All delegates and alternate delegates allocated as delegates and alternate delegates at large shall be elected at large in the several states.

EXHIBIT 1
33 of 43

(5) Delegates and alternate delegates to the national convention representing congressional districts shall be residents of and qualified voters in said districts, respectively when elected and when serving as delegates and alternate delegates. There shall be three (3) delegates and three (3) alternate delegates allocated to represent each congressional district of the several states, who shall be elected by each such congressional district.

(6) No delegate or alternate delegate, or candidate for delegate or alternate delegate, to the national convention shall be required to pay an assessment or fee in excess of that provided by the law of the state in which his or her election or selection occurs as a condition of standing for election or serving as a delegate or alternate delegate to the national convention.

(7) There shall be no automatic delegates to the national convention who serve by virtue of party position or elective office, except as provided for in Rule No. 14(a)(2).

(e) Conventions. Wherever state law permits, or the Republican Party rules of a state require, the election of delegates and alternate delegates by convention, delegates and alternate delegates to the national convention shall be elected by congressional district and/or state conventions pursuant to the following rules:

(1) Congressional district and/or state conventions shall be called by the Republican state committee.

(2) Delegates to congressional district conventions may be elected in precinct caucuses, mass meetings, mass conventions, or county conventions in which only eligible voters in such precinct, county, or district, as the case may be, shall vote.

(3) Notices of the call for any such caucus, meeting, or convention shall be published in a newspaper or newspapers or on the state party's website or other method sufficient for general circulation in the county, district, or state, as the case may be, not less than fifteen (15) days prior to the date of such caucus, meeting, or convention.

(4) No delegates shall be deemed eligible to participate in any congressional district or state convention the purpose of which is to elect or

EXHIBIT 1
34 of 41

select delegates to the national convention who are elected or selected prior to the date of the issuance of the call of such national convention.

(5) Congressional district conventions shall be composed of delegates who are persons eligible to vote in the respective districts they represent and who are deemed to be Republicans pursuant to state law or party rules. State conventions shall be composed of delegates who are persons eligible to vote and who are deemed to be Republicans pursuant to state law or party rules in the respective districts that they represent in said state conventions. Such delegates shall be apportioned by the state Republican Party among counties, parishes, and cities of the state or district having regard to the Republican vote or the population therein.

(6) There shall be no proxies at any district or state convention (which shall not include meetings of a Republican state committee) held for the purpose of electing or selecting delegates to the national convention. If alternate delegates to such selection convention are elected or selected, the alternate delegate and no other shall vote in the absence of the delegate.

(f) Certification and filing by the state committees.

(1) On or before October 1 of the year before the year in which the national convention is to be held, each Republican state committee shall adopt rules, procedures, policies, and instructive materials (prepared pursuant to Rule No. 15(a)) governing the election, selection, allocation, or binding of delegates and alternate delegates to the national convention to convene during the following year and shall certify and file with the secretary of the Republican National Committee true copies of the same and of all statutes governing the election, selection, allocation, or binding of such delegates and alternate delegates.

(2) No material changes to the manner of electing, selecting, allocating, or binding delegates or alternate delegates or the date upon which such state Republican Party elects, selects, allocates, or binds delegates to the national convention shall be effective if made or adopted after October 1 of the year before the year in which the national convention is to be held. Where it is not possible for a state Republican Party to certify the manner and date upon which it holds a presidential primary, caucus, convention, or meeting

EXHIBIT 1
35 of 41

for the purpose of voting for a presidential candidate and/or electing, selecting, allocating, or binding delegates to the national convention in effect in that state on the date and in the manner provided in paragraph (f) of this rule, the process for holding the presidential primary, caucus, convention, or meeting for the purpose of voting for a presidential candidate and/or electing, selecting, allocating, or binding delegates to the national convention shall be conducted in the same manner and held upon the same date as was used for the immediately preceding national convention. If it is not possible to hold a presidential primary, caucus, convention, or meeting for the purpose of voting for a presidential candidate and/or electing, selecting, allocating, or binding delegates to the national convention upon the same date as was used for the immediately preceding national convention, then delegates or alternate delegates shall be elected or selected by congressional district or state conventions pursuant to paragraph (e) of this rule.

(3) The Republican National Committee may grant a waiver to a state Republican Party from paragraphs (f)(1) and/or (f)(2) where the Republican National Committee determines that granting such waiver is in the best interests of the Republican Party and it is either not possible for a state Republican Party to comply with the October 1 deadline or not possible for a state Republican Party to hold the electing, selection, allocation, or binding of delegates to the national convention in accordance with the process(es) certified to the Republican National Committee.

(4) The Republican National Committee may grant a waiver to a state Republican Party from the provisions of Rule Nos. 16(a)(1) and (2) where compliance is impossible and the Republican National Committee determines that granting such waiver is in the best interests of the Republican Party.

### RULE NO. 17
### Enforcement of Rules

(a) If any state or state Republican Party violates Rule No. 16(c)(1) of these rules, the number of delegates to the national convention shall be reduced for those states with thirty (30) or more total delegates to nine (9) plus the members of the Republican National Committee from that state, and for those states with twenty-nine (29) or fewer total delegates to six (6) plus the members of the Republican National Committee from that state. If any state or state Republican Party

EXHIBIT 1
36 of 43

violates Rule No. 16(c)(2), the number of delegates and the number of alternate delegates to the national convention from that state shall each be reduced by fifty percent (50%). Any sum presenting a fraction shall be decreased to the next whole number. No delegation shall be reduced to less than two (2) delegates and a corresponding number of alternate delegates. The corresponding alternate delegates shall also be reduced accordingly.

(b) If any state or state Republican Party violates Rule No. 16(c)(2) of these rules, the Republican National Convention shall provide for the allocation of the selected at-large delegates (excluding members of the Republican National Committee) among the candidates who received more than ten percent (10%) of the votes cast in such primary, convention, or caucus in accordance with and in proportion to the votes cast for each such candidate as a part of the total of the votes cast for all such candidates in that primary, convention, or caucus.

(c) If a violation has occurred before the issuance of the call to the national convention, the chairman of the Republican National Committee shall notify the offending state of the violation and shall inform the state of the number of delegates and alternate delegates it will lose as well as, if the state has violated Rule No. 16(c)(2), that its delegates will be allocated in accordance with Rule No. 17(b). The reduced number of delegates and alternate delegates as well as, if applicable, the delegates allocated in direct proportion to votes received will be reflected in the call to the national convention and will be reported to the secretary of state or responsible election official of the offending state and to the chairman of every state Republican Party. Said reduced number will be the only number recognized as the official delegation of the state to the national convention.

(d) If a violation has occurred after the issuance of the call to the national convention, the chairman of the Republican National Committee shall notify the state of the violation and shall inform the state of the number of delegates and alternate delegates it will lose, as well as, if applicable, that the delegates will be allocated in direct proportion to votes received. This reduced number of delegates and alternate delegates, as well as, if applicable, the delegates allocated in direct proportion to votes received, will be reported to the secretary of state or responsible election official of the offending state and to the chairman of every state Republican Party, and such reduced number

EXHIBIT 1
37 of 41

will be the only number recognized as the official delegation of the state to the national convention.

(e) If the chairman of the Republican National Committee does not act upon a violation of Rule No. 16(c) of these rules, then a statement may be filed against a state or state Republican Party by any three (3) members of the Republican National Committee Standing Committee on Rules who feel that a violation has occurred.

(1) A statement filed against a state or state Republican Party by any three (3) members of the Standing Committee on Rules shall be written and shall specify the reasons why the members believe the state or state Republican Party is in violation. The statement shall be signed and dated by each Standing Committee on Rules member filing the statement and shall be filed with the secretary of the Republican National Committee. The secretary of the Republican National Committee shall, within twenty (20) days of receipt, distribute such statement to all members of the Republican National Committee.

(2) The Standing Committee on Rules shall meet upon the call of the chairman of the Rules Committee and shall vote upon whether a state or state Republican Party is in violation. If by majority vote the Standing Committee on Rules finds a violation, paragraphs (a) and (b) of this rule will be imposed.

(f) A state or state Republican Party shall have no appeal from either a finding of a violation against it or a penalty imposed upon it under this rule.

### RULE NO. 18
### Vacancies in a State Delegation

(a) Where the rules adopted by a state Republican Party provide a method for filling vacancies in its national convention delegation, they shall be filled pursuant to such method.

(b) Where the rules adopted by a state Republican Party do not provide a method for filling vacancies in its national convention delegation, and where the state laws do provide such a method of replacement, they shall be filled pursuant to such method provided by state laws.

(c) Where neither the rules adopted by a state Republican Party nor state laws provide a method for filling vacancies in its national convention delegation,

EXHIBIT 1

the state Republican Party should make every effort to elect those individuals filling the vacancies in the delegation in the same manner as the delegates were originally elected or selected, or by vote of the state Republican Party executive committee.

(d) If a vacancy in the delegation exists ten (10) days prior to the convention, such vacancy shall be filled by vote of the state delegation. This section shall not apply to the delegates allocated to the state in Rule 14(a)(2). The state delegation may meet and act by telephone conference or electronic platform upon twenty-four (24) hours' written notice to all members of the delegation, which may be provided electronically. Delegations may fill vacancies until twelve (12) hours prior to the General Session of the Republican National Committee meeting held immediately prior to the Republican National Convention. This provision shall not apply to vacancies in the alternate delegation. No vacancy shall be filled after such time except in cases where compliance with this deadline is impossible.

## RULE NO. 19
### Excess Delegates and Alternate Delegates

(a) No state shall elect or select a greater number of persons to act as delegates and alternate delegates than the actual number of delegates and alternate delegates, respectively, to which it is entitled under the call for the national convention, including any Rule No. 17 penalties. No unit of representation may elect or select any delegate or alternate delegate with permission to cast a fractional vote.

(b) Where more than the authorized number of delegates from any state is certified and forwarded to the secretary of the Republican National Committee in the manner provided in Rule No. 20, a contest shall be deemed to exist, and the secretary shall notify the several claimants so reported and shall submit all such credentials and claims to the whole Republican National Committee for decision as to which claimants reported shall be placed upon the temporary roll of the national convention.

## RULE NO. 20
### Certification of Election or Selection of Delegates

(a) Subject to the provisions of Rule No. 17, delegates and alternate delegates shall be certified by sending names, addresses, binding information, and

EXHIBIT 1
39 of 41

convention committee assignments to the secretary of the Republican National Committee.

(1) In every case where delegates are elected by convention, they shall be certified by the chairman and secretary of such convention or by the chairman and another authorized officer of the Republican state committee.

(2) In every case where delegates are elected by primary, they shall be certified by the canvassing board or officer created or designated by the law of the state in which the election occurs to canvass the returns and issue certificates of election to delegates or alternate delegates to national conventions of political parties. All certificates and/or copies of the certified election results shall be forwarded by the chairman and another authorized officer of the Republican Party for the state in which the election is held to the secretary of the Republican National Committee.

(3) In every case where delegates are elected or selected by the Republican state committee, they shall be certified by the chairman and another authorized officer of the Republican state committee.

(b) No later than thirty-five (35) days before the date on which the national convention is scheduled to begin, as set in the call for the national convention, the credentials of each delegate and alternate delegate shall be filed with the secretary of the Republican National Committee for use by the secretary in making up the temporary roll of the national convention, except in the case of delegates or alternate delegates elected at a time or times in accordance with the laws of the state in which the election occurs rendering impossible the filing of credentials within the time above specified.

(c) The Executive Committee of the Republican National Committee may grant a waiver to a state Republican Party where after reasonable efforts were made to comply, the state is or will be out of compliance with the deadlines imposed by Rule No. 20 based on the date on which the national convention is scheduled to begin, as set in the call for the national convention, and the Executive Committee of the Republican National Committee determines that such a waiver is in the best interests of the Republican Party. Notwithstanding the above, if reasonable efforts to change the law are impracticable due to non-Republican control over the governmental entity with

EXHIBIT 1
30 of 43

the authority to set the date for the delegate selection process, then a waiver shall be granted.

## RULE NO. 21
### Contests: Resolution by States

All contests arising from the election of congressional district delegates at district conventions shall be decided by the state convention or, if the state convention shall not meet after the district convention and prior to the national convention, then by the state committee. Such a determination is subject to appeal by filing a notice of appeal with the secretary of the Republican National Committee within one (1) week of the determination by the state convention or the state committee. Such an appeal will be resolved pursuant to the procedures described in Rule Nos. 23 and 24. Other than such an appeal, only contests affecting delegates elected or selected at large shall be presented to the Republican National Committee as a matter of first impression. If a contest regarding a district delegate arises out of alleged irregular or unlawful action of the state committee or state convention, the Republican National Committee may take jurisdiction thereof and hear and determine the same under the procedures provided in Rule Nos. 23 and 24. The Committee on Contests shall have discretion to decline to consider any appeal filed under this rule.

## RULE NO. 22
### Temporary Roll of the Republican National Convention

(a) The names of the delegates and alternate delegates certified by the officials designated in Rule No. 20 shall be placed upon the temporary roll of the national convention by the Republican National Committee.

(b) No person on the temporary roll of the national convention and whose right to be seated as a delegate or alternate delegate is being contested shall be entitled to vote in the national convention or in any committee thereof until, by vote of the national convention, the contest as to such person has been finally decided and such person has been permanently seated, except that any such person may be accorded the right to so vote, except in matters involving the credentials of that person, by an affirmative vote of a majority of the members of the Republican National Committee or the Convention Committee on Credentials.

EXHIBIT 1

## RULE NO. 23
### Contest Filing

(a) Notices of contests shall state: (i) the name and address of the person filing the notice ("the contestant"), (ii) the name of the delegate or alternate delegate being contested, and (iii) the grounds of the contest and the basis of the contestant's claim to sit as a delegate or alternate delegate to the national convention, and shall be filed no later than thirty (30) days before the time set for the meeting of the national convention, with the secretary of the Republican National Committee and shall be sent, simultaneously, by email, certified mail, or other means set forth in the procedural rules adopted by the Standing Committee on Contests to each person being contested and to the chairman of the Republican state committee of the state. In the case of delegates or alternate delegates elected or selected at a time or times in accordance with applicable state law rendering impossible the filing of the notice of contest within the time above specified, such notice must be filed within three (3) days of the certification in accordance with Rule No. 20 of any delegates or alternate delegates so elected or selected.

(b) A contest may be filed against a delegate or alternate delegate only by an individual who ran unsuccessfully for such position.

(c) No person shall file more than one (1) contest against the same delegate or alternate delegate.

(d) Only contests that are timely filed under these rules shall be considered.

(e) For purposes of the rules relating to contests and credentials, the term "party" shall mean a person or persons who shall have filed a notice of contest pursuant to this Rule No. 23, and the person or persons whose right to be seated as a delegate or alternate delegate is the subject of such notice of contest.

## RULE NO. 24
### Contest Procedure

(a) The Standing Committee on Contests shall have the power to adopt procedural rules, not inconsistent with these rules, which shall govern the expeditious resolution of contests before the Standing Committee on Contests. When any deadline set out in this rule falls on a Sunday or legal holiday, such deadline shall be extended to the following day.

EXHIBIT 1
32 of 43

(b)  For the contestant, no later than twenty-seven (27) days and for the contested delegate or alternate delegate, no later than twenty-two (22) days before the convening of the national convention, each of the parties shall file with the secretary of the Republican National Committee a Statement of Position in support of the party's claim to sit as a delegate or alternate delegate to the national convention together with such affidavits or other evidence as desired, and simultaneously send a copy to: (i) each other party, and (ii) the chairman of the Republican state committee. Each Statement of Position shall begin with a summary of not more than one thousand (1,000) words setting forth succinctly a synopsis of the Statement of Position and a specific statement of the points relied upon. In the case of delegates or alternate delegates elected or selected at a time or times pursuant to a waiver granted under Rule No. 20(d) that makes compliance with any deadline set forth in this rule impossible, the Standing Committee on Contests shall, as soon as practicable after the filing of a notice under Rule No. 23, notify the parties to the affected contest of the deadline to file the Statement of Position.

(c)  The Standing Committee on Contests shall promptly hear the matter; decide which issues are involved, either of law or fact, or both; decide upon its recommendation for resolution of such issues; and submit such issues and its recommendations for resolution to the Republican National Committee. The issues so submitted by the Standing Committee on Contests shall be the sole issues passed upon and determined by the Republican National Committee unless the Republican National Committee shall, by a majority vote, extend or change the same. If the Standing Committee on Contests for any reason shall fail to state the issues either of law or fact, the Republican National Committee shall decide upon what issues the contest shall be tried, and the hearing shall be limited to such issues unless the Republican National Committee, by a majority vote, shall decide otherwise.

(d)  The Standing Committee on Contests shall make up a Report of each contest filed, showing which issues are involved, either of law or fact, or both, and its recommendations to the Republican National Committee for resolution thereof. When the Standing Committee on Contests has prepared such Report, a copy shall be provided forthwith by the chairman of the Standing Committee on Contests to the parties by the most expeditious method available.

EXHIBIT 1

(e) The parties shall have eight (8) days to file written objections to the Standing Committee on Contests' Report, unless the Republican National Committee is called to act upon the contest sooner, in which case such objections shall be made before the meeting of the whole committee.

(f) When the Republican National Committee is called to pass upon any contest that may arise, the members of the Convention Committee on Credentials shall also be notified of the time and place of such meeting and shall have the right to attend all hearings of all contests but without the right to participate in the discussion or the vote.

## RULE NO. 25
### Convention Committee on Credentials

(a) When the national convention shall have assembled, the secretary of the Republican National Committee shall deliver to the Convention Committee on Credentials all credentials and other papers forwarded under Rule No. 20(c).

(b) An appeal may be taken to the Convention Committee on Credentials from any ruling of the Republican National Committee on any contest, by and only by a party to such contest in the proceedings conducted pursuant to Rule Nos. 23 and 24; provided, however, that notice of such appeal must be filed with the secretary of the Republican National Committee no later than the earlier of (i) twenty-four (24) hours after the Republican National Committee passes the temporary roll or (ii) twelve (12) hours prior to the convening of the Temporary Convention Committee on Credentials. This notice shall specify the grounds upon which the appeal is taken. Only the grounds so specified shall be heard by the Convention Committee on Credentials upon such appeal. No evidence other than that taken before the Republican National Committee shall be taken up by the Convention Committee on Credentials unless it shall, by a majority vote of its members present and voting, so direct.

(c) No issue involving the status of one or more delegates or alternate delegates or any contest relating thereto may originate before the Convention Committee on Credentials of the national convention. All contests must first be presented to the Standing Committee on Contests of the Republican National Committee or to the whole Republican National Committee in the manner provided in Rule No. 19(b).

EXHIBIT 1
34 of 43

(d) No motion with respect to delegates or alternate delegates from more than one (1) state or territory shall be in order before the Convention Committee on Credentials.

## PROCEEDINGS OF NATIONAL CONVENTION

### RULE NO. 26
**Order of Business**

The convention shall proceed in the order of business prepared and printed by the Republican National Committee. The order of business may include the time and date for the consideration of any item of business, the time limit assigned for consideration of any item of business, and procedural rules for the consideration of any item of business that are not inconsistent with these rules.

### RULE NO. 27
**Committee Reports**

(a) The report of the Convention Committee on Credentials shall be disposed of before the report of the Convention Committee on Rules and Order of Business is acted upon; the report of the Convention Committee on Rules and Order of Business shall be disposed of before the report of the Convention Committee on the Platform is acted upon; and the report of the Convention Committee on the Platform shall be disposed of before the convention proceeds to the nomination of candidates for President of the United States and Vice President of the United States. The report of the Convention Committee on Permanent Organization shall be disposed of at any time after the disposition of the report of the Convention Committee on Credentials, but before the nomination of candidates, based upon the order of business as prepared by the Republican National Committee.

(b) The report of any such committee listed in Rule No. 27(a) shall be considered as read if made available to the delegates prior to its consideration.

### RULE NO. 28
**Admission to Convention Hall**

(a) No person except members of the several delegations, officers of the convention, members of the Republican National Committee, and incumbent Republican governors, incumbent Republican United

EXHIBIT 1

States Senators, and incumbent Republican members of the United States House of Representatives shall be admitted to the section of the convention hall restricted to delegates.

(b) Press and staff shall be admitted to the section(s) of the hall authorized for them.

(c) The chairman of the Republican National Committee shall ensure that guest passes to the convention are distributed in an equitable fashion. Each delegate and alternate delegate to the convention shall receive at least one (1) guest pass to each session of the convention.

(d) Each state, through its Republican National Committee members, shall be allocated full sets of additional guest passes equal to thirty-three percent (33%) of the total number of delegate and alternate delegate membership for that state, rounded to the next whole number.

## RULE NO. 29
**Voting**

(a) Each delegate to the convention shall be entitled to one (1) vote, which may be cast by an alternate delegate in the absence of the delegate, and an individual holding more than one (1) of the following positions: national committeeman; national committeewoman; or state chairman of any state, shall not be entitled to more than one (1) delegate seat and shall not be entitled to more than one (1) vote.

(b) In the absence of any delegate at large or any delegate from any congressional district, the roll of alternate delegates for the state or district shall be called in the order in which the names are placed upon the roll of the convention, unless directed otherwise in the delegation's certification. The Republican National Committee's form for delegate certification shall provide a means for the state to designate the alternate voting order to be followed.

## RULE NO. 30
**Rules of Order**

The Rules of the House of Representatives of the United States shall be the rules of the convention, except that the current authorized edition of *Robert's Rules of Order: Newly Revised* ("*Robert's Rules of Order*") shall be the rules for committees and subcommittees of the convention, insofar as they are

EXHIBIT 1
36 of 41

applicable and not inconsistent with the rules herein set forth; provided, however, that the convention may adopt its own rules concerning the reading of committee reports and resolutions.

### RULE NO. 31
**Length of Debate**

No delegate shall speak more than once or longer than five (5) minutes upon the same question, unless by leave of the convention, except in the presentation of the name of a candidate for nomination for President of the United States or Vice President of the United States.

### RULE NO. 32
**Suspension of Rules**

A motion to suspend the rules shall always be in order, but only when made by authority of a majority of the delegates from any state and seconded by a majority of the delegates from each of seven (7) or more other states, severally.

### RULE NO. 33
**Platform Resolutions**

All proposed resolutions relating to the platform shall be submitted in writing to the Convention Committee on the Platform without reading and without debate.

### RULE NO. 34
**Minority Reports; Amendments**

(a)  No resolution or amendment pertaining to the report of the Convention Committee on the Platform or the Convention Committee on Rules and Order of Business shall be reported out or made a part of any report of such committee or otherwise read or debated before the convention, unless the same shall have been submitted to the chairman, vice chairman, or secretary of such committee or to the secretary of the convention in writing not later than one (1) hour after the time at which such committee votes on its report to the convention and shall have been accompanied by a petition evidencing the affirmative written support of a minimum of twenty-five percent (25%) of the membership of such committee.

(b) When a temporary committee is convened as a permanent committee, and if a minority

EXHIBIT 1
37 of 43

report is presented to the chairman, the chairman shall inquire as to whether any of the signatories of the minority report would like to have his or her name removed from the report. Anyone requesting to have his or her name removed shall have his or her signature removed immediately.

(c)  No amendment pertaining to the report of the Convention Committee on Credentials affecting delegates or alternate delegates from more than one (1) state shall be in order.

### RULE NO. 35
### Motion to Table

It shall be in order to lay on the table a proposed amendment to a pending measure and such motion, if adopted, shall not carry with it or prejudice such original measure.

### RULE NO. 36
### Previous Question

When the previous question shall be demanded by a majority of the delegates from any state, and the demand is likewise seconded by a majority of delegates from each of two (2) or more other states, severally, the call is sustained by a majority vote of the delegates to the convention.

### RULE NO. 37
### Roll Call

(a)  Upon all subjects before the convention requiring a roll call, the states shall be called in alphabetical order.

(b)  In the balloting, the vote of each state shall be announced by the chairman of such state's delegation, or his or her designee; and in case the vote of any state shall be divided, the chairman shall announce the number of votes for each candidate, or for or against any proposition; but if exception is taken by any delegate from that state to the correctness of such announcement by the chairman of that delegation, the chairman of the convention shall direct the roll of members of such delegation to be called, and then shall report back the result to the convention at the conclusion of balloting by the other states; however, that in any event, the vote of each state for the nomination for President shall be announced and recorded (or in the absence of an announcement shall be recorded) in accordance with the results of any

EXHIBIT 1

binding Presidential preference vote or direct election of delegates bound or pledged pursuant to these rules, state party rules, or state law.

(c) In balloting, if any delegation shall pass when its name is called, then at the conclusion of the roll call all delegations which passed shall be called in the order herein before established. No delegation shall be allowed to change its vote until all delegations which passed shall have been given a second opportunity to vote.

(d) Except in a roll call for nomination for President of the United States and Vice President of the United States, or where the majority of delegates of fifteen (15) or more states severally have requested that a roll call be conducted by voice call of the roll, the chairman of the convention may order that the balloting on any subject placed before the convention requiring a roll call be conducted by electronic, telephonic, or computer device which will display votes to the convention simultaneously. Each delegation chairman shall record and tally any such votes of the delegation on official roll call tally sheets provided by the secretary of the convention, showing the individual vote of the delegates, and file such tally sheets with the secretary of the convention not more than thirty (30) minutes after the completion of the roll call vote.

(e) If the Republican National Committee determines that the national convention cannot convene or is unable to conduct its business either within the convention site or within the convention city, then and only then, the roll call for nomination for President of the United States and Vice President of the United States shall be allowed to be conducted according to procedures authorized by the Republican National Committee.

(f) Nothing in this rule shall be construed to prohibit the binding of delegates pursuant to Rule No. 16(a).

### RULE NO. 38
**Unit Rule**

No delegate or alternate delegate shall be bound by any attempt of any state or congressional district to impose the unit rule. A "unit rule" prohibited by this section means a rule or law under which a delegation at the national convention casts its entire vote as a unit as determined by a majority vote of the delegation. Nothing in this rule shall be construed to

EXHIBIT 1

prohibit the binding of delegates pursuant to Rule No. 16(a).

## RULE NO. 39
### Record Vote

If a majority of the delegates of any seven (7) states, severally, shall demand a roll call vote, the same shall be taken of the states in the order hereinbefore established.

## RULE NO. 40
### Nominations

(a) In making the nominations for President of the United States and Vice President of the United States and voting thereon, the roll of the states shall be called separately in each case; provided, however, that if there is only one candidate for nomination for Vice President of the United States who has demonstrated the support required by paragraph (b) of this rule, a motion to nominate for such office by acclamation shall be in order and no calling of the roll with respect to such office shall be required.

(b)      (1) For the 2016 national convention, each candidate for nomination for President of the United States and Vice President of the United States shall demonstrate the support of a majority of the delegates from each of eight (8) or more states, severally, prior to the presentation of the name of that candidate for nomination. Notwithstanding any other provisions of these rules or any rule of the House of Representatives, to demonstrate the support required of this paragraph a certificate evidencing the affirmative written support of the required number of permanently seated delegates from each of the eight (8) or more states shall have been submitted to the secretary of the convention not later than one (1) hour prior to the placing of the names of candidates for nomination pursuant to this rule and the established order of business.

(2) Beginning with the 2020 national convention and for each convention thereafter, each candidate for nomination for President of the United States and Vice President of the United States shall demonstrate the support of a plurality of the delegates from each of five (5) or more states, severally, prior to the presentation of the name of that candidate for nomination. Notwithstanding any other provisions of these rules or any rule of the House of Representatives, to demonstrate the support required by

EXHIBIT 1
40 of 43

this paragraph a certificate evidencing a plurality with the affirmative written support of the required number of permanently seated delegates from each of the five (5) or more states shall have been submitted to the secretary of the convention not later than one (1) hour prior to the placing of the names of candidates for nomination pursuant to this rule and the established order of business.

(c) The total time of the nominating speech and seconding speeches for any candidate for nomination for President of the United States or Vice President of the United States shall not exceed fifteen (15) minutes.

(d) When at the close of a roll call any candidate for nomination for President of the United States or Vice President of the United States has received a majority of the votes entitled to be cast in the convention, the chairman of the convention shall announce the votes for each person receiving delegate votes cast in accord with their respective state party rules and state law. Before the convention adjourns *sine die*, the chairman of the convention shall declare the candidates nominated by the Republican Party for President of the United States and Vice President of the United States.

(e) If no candidate shall have received such majority, the chairman of the convention shall direct the roll of the states be called again and shall repeat the calling of the roll until a candidate shall have received a majority of the votes entitled to be cast in the convention.

## RULE NO. 41
### Convention Committees

(a) There shall be four (4) convention committees; the convention committees on the Platform, Credentials, Rules and Order of Business, and Permanent Organization of the convention, each of which shall have a chairman and a co-chairman appointed by the chairman of the Republican National Committee, who shall declare each of the committees constituted when notice of election of at least fifty percent (50%) of its members has been filed in accordance with the following sentence. The delegates elected or selected to the convention from each state, promptly once all such delegates are elected or selected, shall elect from the delegation a delegation chairman and their members of the convention committees on the Platform, Credentials, Rules and Order of Business, and

EXHIBIT 1

Permanent Organization of the convention, consisting of one (1) man and one (1) woman for each committee, and shall file notice of such election with the secretary of the Republican National Committee under Rule No. 20(c); provided, however, that no delegate may serve on more than one (1) committee of the convention. Alternate delegates may not serve as delegation chairmen or as members of the convention committees, except when the number of delegates able to serve on convention committees is less than the number of committee positions to be filled, then an alternate delegate can serve, except that no alternate delegate may serve on more than one (1) committee. Delegations electing alternate delegates to serve on convention committees in violation of the preceding sentence shall forfeit all positions on the committee(s) to which such alternate delegates were elected.

(b) Convention committees and subcommittees may set time limits for speaking on any question by a simple majority vote; provided, however, that not less than twenty (20) minutes, equally divided between proponents and opponents on any question, shall be allowed in any case on any debatable motion, order, or appeal.

(c) Upon request of twenty percent (20%) of the members of a committee or subcommittee of the convention, a vote shall be recorded in the manner provided by these rules, and no votes in the committees or subcommittees of the convention shall be taken by secret ballot.

(d) No later than thirty (30) days prior to the national convention, members of the Convention Committee on Rules and Order of Business and members of the Republican National Committee shall be provided a copy of the existing *The Rules of the Republican Party* along with all recommended changes to those rules approved as of that date by the Standing Committee on Rules since the previous national convention. Any changes shall be prominently noted. A letter shall be attached to the document stating that all proposed rules are still subject to change prior to the meeting of the Convention Committee on Rules and Order of Business. After this information is provided, any additional recommendations regarding changes in *The Rules of the Republican Party* approved by the Republican National Committee shall be provided to the members of the Convention Committee on Rules and Order of Business as soon as practicable.

EXHIBIT 1

(e)  No later than twenty-five (25) days prior to the national convention, all members of each of the various convention committees shall be provided the most current listing of their fellow committee members' names. The contact information of members of the Convention Committee on Rules and Order of Business shall be confidential. The Republican National Committee shall create a system by which the public may contact the designated member of the Convention Committee on Rules and Order of Business by state that permits the members to retrieve those messages.

RULE NO. 42
**Temporary Rules**

Upon the adoption of the report of the Convention Committee on Rules and Order of Business, Rule Nos. 26-42 shall constitute the Standing Rules for this convention and the temporary rules for the next convention.

EXHIBIT 1
43 of 43

# KOCH FOUNDATION 2022 990

| Recipient Foundation | 501c3 | Affiliated 990 (name, from IRS reporting) | Declared Political Involvement |
|---|---|---|---|
| Christopher Newport University Foundation | Yes | 1-Christopher Newport University 2-Christopher Newport University | No |
| Defense Priorities Foundation | Yes | | No |
| West Virginia University Foundation | Yes | Europe, East Asia, south Asia, N. America, Middle east, South America, Russia and neighboring states, West | No |
| Northern Kentucky University Foundation | Yes | Northern Kentucky University (8) | No |
| University of Nebraska Foundation | Yes | Europe, Greenland, Central America and Caribbean | No |
| University of Wisconsin-Eau Claire Foundation | Yes | Blugold Real Estate Foundation,  University of Wisconsin | No |
| Troy University Foundation | Yes | Troy university (4) | |
| mikeroweWORKS Foundation | Yes | American Education Assistance Foundation Inc. | No |
| Army War College Foundation | Yes | Scholarships and Awards | No |
| North Dakota State University Foundation | Yes | north Dakota State University | No |
| Eurasia Group Foundation | No | no nonprofit found | No |
| Ohio State University Foundation | Yes | | No |
| Metropolitan State University Denver Foundation | Yes | Metropolitan State Univ. of Denver /Metropolitan State Univ. Denver Alumni Assn. | No |
| TGR Foundation | No | no nonprofit found | |
| Clemson University Foundation | Yes | Central America and the Caribbean, Europe | No |
| US Chamber of Commerce Foundation | Yes | East Asia, Pacific, Europe, North America, South Asia | No |
| NACDL Foundation for Criminal Justice | No | no nonprofit found | |

EXHIBIT 2        1

| | | | |
|---|---|---|---|
| (Cleveland) Society for Human Resource Managem | Yes | | No |
| Wichita State University Foundation | Yes | Scholarships and Awards | No |
| University of Wisconsin Foundation | Yes | Central America, Caribbean, East Asia, Pacific, Europe, N. America, S. America South Asia | No |
| College of New Jersey Foundation | Yes | College of New Jersey | No |
| Florida State University Foundation | Yes | Central America and the Caribbean, Europe | No |
| University of Louisville Research Foundation | Yes | Clinical Research Foundation | No |
| Kansas State University Foundation | Yes | Central America, Caribbean, Europe, Middle East / N Africa, East Asia/ Pacific, Europe | No |
| Texas A&M Foundation | Yes | None named directly, but foreign countries for study abroad, faculty travel, and department support | No |
| Indiana University Foundation | Yes | N/A | No |
| Kennesaw State University Foundation | Yes | N/A | No |
| George Mason University Foundation | Yes | Research grant in Sub-Saharan Africa, but no organization named; Post grad support to Office of AG in DC; research grant to The Brigham and Women's Hospital Inc. | No |
| Emergent Order Foundation | Yes | N/A | No |
| University of Maryland-College Park Foundation | Yes | N/A | No |
| Reason Foundation | Yes | $80k grant to Equable for JOINT WORK ON PROJECTS RELATED TO PUBLIC SECTOR DEBT | No |
| College of Charleston Foundation | Yes | N/A | No |
| Texas Tech Foundation | Yes | N/A | No |
| University of Florida Foundation | Yes | N/A | No |
| Arizona State University Foundation | Yes | $60k Europe for program support | No |
| Virginia Commonwealth University Foundation | Yes | N/A | No |
| University of Central Arkansas Foundation | Yes | N/A | No |

EXHIBIT 2        2

| | | | |
|---|---|---|---|
| Virginia Tech Foundation | Yes | N/A | No |
| Cato Institute | Yes | $50k Fellowship to Russia and newly independent states; $20k AMERICAN INSTITUTE FOR ECONOMIC RESEARCH for event support; $12k AMERICAN LEGISLATIVE EXCHANGE COUNCIL for general support; $17.5k to AMERICA'S FUTURE FOUNDATION for general support; $13.3k to STUDENTS FOR LIBERTY for event support; and $20k to YORK COLLEGE OF PENNSYLVANIA for general | No |
| Americans for Prosperity | o (501(c) | Over $26M on INTERNET AND RADIO ADVERTISING, DIRECT MAIL AND PERSONNEL ACTIVITIES.; $36k to AMERICA IS BETTER for general support; $50k to GROWING INDIANA TOGETHER INC. for general support; $22.5k to JERSEY FIRST for general support; and $35k to | Yes |

EXHIBIT 2       3