

ATTORNEYS AT LAW

| | | |
|---|---|---|
| PETER J. KING ◊<br>MATTHEW C. MOENCH *<br>MICHAEL L. COLLINS *<br><br>ROMAN B. HIRNIAK ^<br>KRISHNA R. JHAVERI *+<br>TIFFANY TAGARELLI<br><br>RYAN J. WINDELS | Writer's Address:<br><br>51 Gibraltar Drive, Suite 2F<br>Morris Plains, NJ 07950<br>(973) 998-6860<br><br>Writer's E-Mail:<br>mmoench@kingmoench.com | Monmouth County Office:<br><br>225 Highway 35, Suite 202<br>Red Bank, NJ 07701<br>(732) 546-3670<br><br>Website:<br>www.kingmoench.com |

◊ Certified by the Supreme Court of New Jersey
  as a Municipal Court Attorney
\* Also Member of the New York Bar
\+ Also Member of the Arizona Bar
^ Of Counsel



A limited liability partnership of Peter J. King, LLC, Moench Law,
LLC & Collins Law, LLC

February 26, 2024

**<u>VIA ELECTRONIC FILING</u>**
Honorable Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Federal Building and United States Courthouse
Court Room 4W
Trenton, New Jersey 08608

      **RE:   MARY BASILE LOGAN v. MERRITT GARLAND, et. al.**
            **Case No.: 3:24-CV-0040**

Dear Judge:

This office represents Defendants James Pittinger ("Mr. Pittinger") and Lisa Sella ("Ms. Sella") in the above-captioned litigation. Please accept this letter brief in lieu of a more formal memorandum of law in further support of Mr. Pittinger and Ms. Sella's Motion to Dismiss Plaintiff Mary Basile Logan's ("Plaintiff") Complaint.

Plaintiff's Opposition Brief, dated February 19, 2023 [sic], fails to rebut the legal claims raised by Defendants James Pittinger and Lisa Sella that Plaintiff has failed to state a claim upon which relief can be granted.  Rather than clarify the

Hon. Zahid N. Quraishi, U.S.D.J
February 26, 2024
Page 2

allegations in the Complaint or support the legal basis for her claims, the Opposition Brief actually creates more confusion on the issues being alleged against these Defendants to the point of being almost impossible to respond.

At best, it appears that Plaintiff is unhappy that Defendants Pittinger and Sella did not support her efforts to run for mayor (against Pittinger) and then for re-election to her council seat. To the extent that such conduct is the basis for her allegations, Defendants' decision to support candidates of one's choice, including advocating that voters do not vote for Plaintiff, is at the heart of democracy in America and well within the rights of Defendants. To the extent that Plaintiff is alleging malconduct in connection with those election activities, there is no jurisdiction within this court and those claims need to be raised with New Jersey law enforcement officials or the New Jersey Election Law Enforcement Commission. In fact, the Plaintiff appears to agree given her admission in her Opposition Brief that she has referred accusations of bribery to a prosecutor with jurisdiction.

1. <u>Plaintiff Lacks Standing</u>

Plaintiff has not cleared up any issues regarding her standing to bring this action. Plaintiff's stated losses of her sister and business, while tragic, have no connection to Defendants Pittinger and Sella. She has not met her burden of demonstrating that she has experienced any specific harm, nor has she shown that

Hon. Zahid N. Quraishi, U.S.D.J
February 26, 2024
Page 3

the harm she suffered was a result of any illegal conduct by Defendants Pittinger and Sella. Finally, even in the event the Court did find that Plaintiff suffered specific harm that was causally connected to Defendants Pittinger and Sella, she is not seeking any relief that can address those harms.

    2.  <u>The Complaint Fails to State a Claim for Which Relief May Be Granted</u>

Plaintiff's Complaint does not state a claim for which relief may be granted, and thus should be dismissed by this Court. All three causes of action claimed by Plaintiff are legally and factually insufficient to state a claim. The Opposition Brief does not address the fact that there is legal cause of action for bringing an action as a private citizen for violation of the "Take Care Clause" and "Treason Clause," and, even if such a cause of action were theoretically permitted, no facts have been demonstrated that would suggest that two local elected officials are liable for such imagined violations.

Plaintiff further fails to articulate any legal basis to suggest that she has a private right of action under the federal criminal statutes cited in her complaint. Again, even if such a private cause of action exists, there are no facts to suggest that these two local officials, not employed by the federal government, have met a prima facie violation of such statutes.

Hon. Zahid N. Quraishi, U.S.D.J
February 26, 2024
Page 4

The fact of the matter is other than doubling down on the conspiracy theories alleged in the Complaint, Plaintiff's opposition brief fails to address, let alone remedy, the legal deficiencies to the claims asserted against Defendants Pittinger and Sella. As such, the complaint should be dismissed as a matter of law.

Very truly yours,

s/*Matthew C. Moench, Esq.*
MATTHEW C. MOENCH

Cc: Mary Basile Logan, Plaintiff (via Regular Mail and Email)
All Counsel of Record (via electronic filing)