Mary B. Logan, Plaintiff *Pro-Se*
P.O. Box 5237
Clinton, New Jersey 08809
Email: Trino@trinops.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

_____

MARY BASILE LOGAN, individually  |
and on behalf of those similarly |
situated, *Pro-Se*;              |
                Plaintiff,    |
                              | **Civil Case No.: 3:24-cv-00040 ZNQ-TJB**
MERRICK GARLAND, et al.          |
                              |
                Defendants.   |
_____

### PLAINTIFFS' MOTION FOR
### LEAVE TO FILE AMENDED COMPLAINT

    Plaintiff, Mary Basile Logan, ("Plaintiff"), a *pro-se* litigant, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, hereby respectfully requests leave from the Court to file an Amended Complaint. Plaintiff seeks leave to amend the original Petition filed in the United States District Court, District of New Jersey to: (1) assert succinct claims under the Civil Rights Act of 1871; (2) incorporate relevant facts and allegations previously unavailable to the Plaintiff at the time of the original filing; (3) incorporate Affidavits of others harmed; (4) and adding additional Defendants, presently reflected as "John Doe (and) Jane Doe," as research has so disclosed.

1. This action was originally filed on January 4, 2024, in the United States District Court, District of New Jersey.

2. On January 4, 2024, the United States District Court, District of New Jersey, acknowledged the Pleading by Notice of Electronic Filing. Summons was issued by the Court on January 10, 2024 with service to the Defendants immediately following.

3. On February 2, 2024, attorney John C. Macce filed and Answer and Crossclaims on behalf of ROBERT JUNGE. Plaintiff has filed Motion to Strike Defendants' Motion on February 20, 2024, serving all parties by ECF and email. John C. Macce filed a Motion to Dismiss on behalf of ROBERT JUNGE on February 21, 2024. Plaintiff will address issues raised in amended Complaint.

4. On February 5, 2024, attorney Matthew Motimeench, filed a Memorandum of Law/Letter Brief to Dismiss on behalf of JAMES PITTINGER and LISA SELLA. Plaintiff has filed a Motion in Opposition on February 20, 2024, serving all parties by ECF and email.

5. On February 21, 2024, Susan Leming, filed a Motion to Dismiss on behalf of GEORGE NORCROSS. Plaintiff will address issues raised in amended Complaint.

6. On February 12, 2024, attorney Michael Testa, filed a Motion to Dismiss on behalf of Defendant, the REPUBLICAN NATIONAL COMMITTEE. Plaintiff filed opposition Motion on February 23, 2024, serving all parties by ECF and email.

7. On February 20, 2024, attorney Frances Polifione, filed a Motion to Dismiss for Lack of Jurisdiction on behalf of Defendants, KATHY HOCHUL, LETITIA JAMES. Plaintiff will address issues raised in amended Complaint.

8. Rule 15(a) of the Federal Rules of Civil Procedure governs the standards for leave to amend pleadings. Rule 15(a)(1)(b) allows amendments as a matter of course, filed within the time constraint as "the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or

(f), whichever is earlier, noting Defendant ROBERT JUNGE's Motion. *See* Fed. R. Civ. P. 15(a)(1)(b).  Plaintiff will submit the Amended Complaint on or before March 4, 2024, within the time constraints of response pleadings and those matters setforth by the Honorable Court.

9. Additionally, Plaintiffs' Amended Complaint will conform to the Rules of Court and Federal Rules of Civil Procedure, providing clarity of content and conciseness while addressing Defendant's open Motions, above referenced.  As a courtesy to the Honorable Court, Plaintiff will include cover with submission of the amended Complaint which provides for enumerated changes with corresponding paragraphs and page numbers.

10. Defendants will not be prejudiced because (1) discovery on this matter has not commenced, and (2) Plaintiff, to date, has conducted no discovery, given the early posture of the case, and (3) Plaintiffs' Amended Complaint will not in any way delay resolution of this matter.  This matter has not reached an advanced stage of litigation, as no trial date has been set, nor have the Defendants moved for summary judgment.

11. Plaintiff's request for leave to amend this Complaint is a claim for conspiracy against rights under color of law and the Civil Rights Act of 1871, *see* 18 U.S.C. §§ 241, 242 and this claim would be futile only if it did not satisfy the standards of Rule 12 of the Federal Rules of Civil Procedure.

Respectfully submitted this 26th day of February, 2024.

       /s/ Mary B. Logan  
Mary Basile Logan  
P.O. Box 5237  
Clinton, New Jersey 08809  
Email:  Trino@trinops.com  
Phone:  908-200-7294

## **CERTIFICATION OF SERVICE**

I, MARY BASILE LOGAN, am the *pro-se* Plaintiff in the above captioned matter. I HEREBY CERTIFY that on 26th of February, 2024, I filed the foregoing with the Clerk of Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Mail Notice directory.

 /s/ Mary B. Logan
Mary Basile Logan
P.O. Box 5237
Clinton, New Jersey 08809
Email:  Trino@trinops.com
Phone:  908-200-7294

cc:     Counsel for Defendants (***Via ECF)***

Mary B. Logan, Plaintiff *Pro-Se*
P.O. Box 5237
Clinton, New Jersey 08809
Email: Trino@trinops.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*; <br><br>   Plaintiff, <br><br> MERRICK GARLAND, et al. <br><br>   Defendants. | **Civil Case No.: 3:24-cv-00040 ZNQ-TJB** |

_____

### [PROPOSED] ORDER

Plaintiff, Mary Basile Logan, a *Pro-Se* litigant, filed a Motion for Leave to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1) on February 26, 2024.

Whereas the Court has considered Plaintiff's motion, although not required under Fed. R. Civ. P. 15(a)(1), THE COURT FINDS that the Plaintiff has demonstrated that good cause exists, and justice requires the grant of leave to file the proposed amended Complaint.

Therefore, Plaintiff's Motion is GRANTED.

**SO ORDERED**, this ___ day of _____, 2024.

_____
The Honorable Tonianne J. Bongiovanni, Magistrate Judge
United States District Court
District of New Jersey