# MACCE & CRESTI, P.C.

17 East Main Street
Clinton, New Jersey 08809

Telephone (908) 713-9008
Facsimile (908) 713-9009
www.maccelaw.com

John C. Macce, Esq.  
john@maccelaw.com  
Certified by the Supreme Court of  
New Jersey as a Civil Trial Attorney

Michelle M. Cresti, Esq.  
michelle@maccelaw.com  
R. 1:40 Qualified Mediator

February 28, 2024

**Via Electronic Filing**
Honorable Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Federal Building and
United States Courthouse
Court 4W
Trenton, New Jersey 08608

      Re:    Mary Basile Logan v. Merritt Garland, et. al.
               Case No. 3:24-CV-0040

Dear Judge Quraishi:

      This office represents the Defendant Robert Junge in the above referenced matter. On February 21, 2024, the Plaintiff Pro Se Mary Basile Logan filed a "Motion" to "Strike the Affirmative Defenses" of the pleading that was filed by our office on behalf of Defendant Junge. Please accept the following letter in response to the Plaintiff's submission.

      Initially, it is the Defendant's position that this is not a "Motion". There was no Notice of Motion filed by the Plaintiff. Rather, it was simply another lengthy letter that essentially reiterated all of the information that Plaintiff stated in her Opposition to the Motion to Dismiss filed on behalf of the Defendants James Pittinger and Lisa Sella. At the conclusion of this lengthy letter the Plaintiff then addresses the several Separate/Affirmative Defenses asserted on behalf of the Defendant Robert Junge.

Honorable Zahid N. Quraishi, U.S.D.J.
Mary Basile Logan v. Merritt Garland, et al.
Case No. 3:24-CV0040
February 28, 2024

The facts upon which the Separate/Affirmative Defenses asserted in Defendant Robert Junge's pleading will be developed if and when discovery continues. A Motion to Strike those Affirmative Defenses at this stage is entirely premature and without merit. To the extent that the court is considering what Ms. Logan filed on February 21, 2024 to be a "Motion", please accept this letter in Opposition thereto.

Respectfully submitted,

MACCE & CRESTI, P.C.

JOHN C. MACCE, ESQ.

JCM/vmf
CC:   All Counsel of Record via Electronic Filing