# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*;<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity Attorney General, Department of Justice;<br><br>LLOYD AUSTIN, III, in his official capacity as the Secretary, Department of Defense;<br><br>WILLIAM J. BURNS, in his official capacity as the Director, Central Intelligence Agency;<br><br>CHRISTOPHER A. WRAY, in his official capacity as the Director of the Federal Bureau of Investigation;<br><br>DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veteran Affairs;<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security;<br><br>MARCIA L. FUDGE, in her official capacity as Secretary U.S. Department of Housing and Urban Development;<br><br>ROBERT CALIFF, in his capacity as Commissioner, Food and Drug Administration;<br><br>WILLIAM J. CLINTON, in his official capacity as the former President of the United States of America;<br><br>HILLARY R. CLINTON, in her official capacity as Former Secretary of State for the United States of America;<br><br>THOMAS KEAN, SR., in his former capacity as Chairman 9/11 Commission;<br><br>ROBERT MUELLER, in his former capacity as Director of the Federal Bureau of Investigation;<br><br>JAMES COMEY, in his former capacity as Director of the Federal Bureau of Investigation;<br><br>CHRISTOPHER J. CHRISTIE, in his capacity of the former-Governor of New Jersey;<br><br>RICHARD "DICK" CHENEY, in his former capacity as Vice President of the United States; | Civil Action No. 3:24-cv-00040 (ZNQ) (TJB)<br><br>**CERTIFICATION OF NICOLE G. MCDONOUGH, ESQ. IN SUPPORT OF *PRO HAC VICE* ADMISSIONS OF SHAWN CROWLEY, ESQ. AND MAXILLIAN FELDMAN, ESQ.** |

10454682 v1

ELIABETH "LIZ" CHENEY, in her former capacity as Chair, January 6 Commission;

JOHN KERRY, in his official capacity as U.S. Special Presidential Envoy for Climate;

GEORGE W. BUSH, in his former capacity as President of the United States;

BARACK H. OBAMA, in his former capacity as President of the United States;

LORETTA LYNCH, in her former capacity as United States Attorney General;

JAMES BAKER, in his former capacity as White House Chef of Staff;

ERIC HOLDER, in his former capacity as united States Attorney General;

JOSEPH R. BIDEN, in his official capacity as President of the United States;

JOHN ASHCROFT, in his former capacity as United States Attorney General;

JAMIE GORELICK, in her occial capacity, Homeland Security Advisory Council member;

NANCY PELOSI, in her official capacity as Chairman, Cooper University Medical Systems;

GEORGE NORCROSS, in his capacity as Chairman, Cooper University Medical Systems;

PHIL MURPHY, in his official capacity as Governor of New Jersey, and as former Chair of the National Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary of State, s former President of the National Association of Secretaries of State, and her current capacity as Lt. Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then-Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as Deputy Commissioner for Public Health Services;

MATTHEW PLATKIN, in his official capacity as Attorney General of the State of New Jersey;

ANDREW CUOMO, in his former capacity as Governor of New York and in his capacity as Vice-Chair of the National Governors Association;

LETITIA JAMES, in her capacity as Attorney

| |
|---|
| General of the State of New York; |
| DEMOCRATIC NATIONAL COMMITTEE; |
| REPUBLICAN NATIONAL COMMITTEE; |
| JAMES PITTINGER, in his official capacity as Mayor of Lebanon Borough, State of New Jersey; |
| LISA SELLA, in her official capacity as Deputy Clerk, Lebanon Borough, Stage of New Jersey; |
| ROBERT JUNGE, in his official capacity as Municipal Chair, Republican Party, Lebanon Borough, State of New Jersey; |
| JOHN DOES (1-100); |
| JANE DOES (1-100). |

**NICOLE G. MCDONOUGH**, of full age, certifies as follows:

1. I am a Partner with the law firm of Sills Cummis & Gross P.C. ("Sills"), attorneys for Defendant the Democratic National Committee (the "DNC") in this matter. I submit this Certification in support of the DNC's application to admit the following two attorneys *pro hac vice*, pursuant to L. Civ. R. 101.1(c): (i) Shawn Crowley, Esq.; and (ii) Maximillian Feldman, Esq.

2. I was admitted to the Bars of the State of New Jersey and the United States District Court for the District of New Jersey in 2008. I am also a member of the Bar of the State of New York, where I was admitted in 2009, and am admitted to practice before the following other federal courts (admission year is noted in parentheses): the United States District Court for the Southern District of New York (2011), Northern District of New York (2019), and the United States Supreme Court (2016).

3. I am a member in good standing of all the Bars to which I am admitted. I practice law in the District of New Jersey from Sills's Newark office, located at The Legal Center, One Riverfront Plaza, Newark, New Jersey 07102.

4. Ms. Crowley is a partner of Kaplan Hecker & Fink, LLP ("KHF") with offices located at 350 Fifth Avenue, 63rd Floor, New York, NY 10118 and 1050 K Street, NW, Suite 1040, Washington, D.C., 20001. Ms. Crowley practices in KHF's New York, NY office. Ms.

Crowley has submitted her Certification in support of the present application.

5. Mr. Feldman is counsel at KHF who practices in KHF's New York, NY office. Mr. Feldman has submitted his Certification in support of the present application.

6. I will be responsible pursuant to Local Civil Rule 101(c)(4) for: filing and accepting service of pleadings, papers, and orders; signing stipulations; and the conduct of this case. I, or another attorney of my firm who is admitted to practice in this Court, will appear at all proceedings in this case unless excused by the Court.

7. I sent email correspondence to Plaintiff concerning this application and requested her consent to same. Plaintiff responded to me via email indicating she will not consent to the *pro hac vice* admission of counsel.

8. Plaintiff does not have a basis to oppose the *pro hac vice* admission of Ms. Crowley and Mr. Feldman. Therefore, this Court should exercise its discretion and grant the present application pursuant to Local Civil Rule 101(c).

9. Accordingly, I respectfully request this Court enter an order admitting Ms. Crowley and Mr. Feldman *pro hac vice* in this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Nicole G. McDonough*
Nicole G. McDonough
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-5967
Fax: (973) 643-6500
nmcdonough@sillscummis.com
*Attorneys for Defendant,*
*The Democratic National Committee*

Dated: March 5, 2024

10454682 v1