**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*;<br><br>        Plaintiff,<br>v.<br><br>MERRITT GARLAND, in his official capacity Attorney General, Department of Justice;<br><br>LLOYD AUSTIN, III, in his official capacity as the Secretary, Department of Defense;<br><br>WILLIAM J. BURNS, in his official capacity as the Director, Central Intelligence Agency;<br><br>CHRISTOPHER A. WRAY, in his official capacity as the Director of the Federal Bureau of Investigation;<br><br>DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veteran Affairs;<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security;<br><br>MARCIA L. FUDGE, in her official capacity as Secretary U.S. Department of Housing and Urban Development;<br><br>ROBERT CALIFF, in his capacity as Commissioner, Food and Drug Administration;<br><br>WILLIAM J. CLINTON, in his official capacity as the former President of the United States of America;<br><br>HILLARY R. CLINTON, in her official capacity as Former Secretary of State for the United States of America;<br><br>THOMAS KEAN, SR., in his former capacity as Chairman 9/11 Commission;<br><br>ROBERT MUELLER, in his former capacity as Director of the Federal Bureau of Investigation;<br><br>JAMES COMEY, in his former capacity as Director of the Federal Bureau of Investigation;<br><br>CHRISTOPHER J. CHRISTIE, in his capacity of the former-Governor of New Jersey;<br><br>RICHARD "DICK" CHENEY, in his former capacity as Vice President of the United States; | Civil Action No. 3:24-cv-00040 (ZNQ) (TJB)<br><br>**CERTIFICATION OF MAXIMILLIAN FELDMAN IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

10454699 v1

ELIABETH "LIZ" CHENEY, in her former capacity as Chair, January 6 Commission;

JOHN KERRY, in his official capacity as U.S. Special Presidential Envoy for Climate;

GEORGE W. BUSH, in his former capacity as President of the United States;

BARACK H. OBAMA, in his former capacity as President of the United States;

LORETTA LYNCH, in her former capacity as United States Attorney General;

JAMES BAKER, in his former capacity as White House Chef of Staff;

ERIC HOLDER, in his former capacity as united States Attorney General;

JOSEPH R. BIDEN, in his official capacity as President of the United States;

JOHN ASHCROFT, in his former capacity as United States Attorney General;

JAMIE GORELICK, in her official capacity, Homeland Security Advisory Council member;

NANCY PELOSI, in her official capacity as Chairman, Cooper University Medical Systems;

GEORGE NORCROSS, in his capacity as Chairman, Cooper University Medical Systems;

PHIL MURPHY, in his official capacity as Governor of New Jersey, and as former Chair of the National Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary of State, s former President of the National Association of Secretaries of State, and her current capacity as Lt. Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then-Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as Deputy Commissioner for Public Health Services;

MATTHEW PLATKIN, in his official capacity as Attorney General of the State of New Jersey;

ANDREW CUOMO, in his former capacity as Governor of New York and in his capacity as Vice-Chair of the National Governors Association;

LETITIA JAMES, in her capacity as Attorney

| | |
|---|---|
| General of the State of New York; | |
| DEMOCRATIC NATIONAL COMMITTEE; | |
| REPUBLICAN NATIONAL COMMITTEE; | |
| JAMES PITTINGER, in his official capacity as Mayor of Lebanon Borough, State of New Jersey; | |
| LISA SELLA, in her official capacity as Deputy Clerk, Lebanon Borough, Stage of New Jersey; | |
| ROBERT JUNGE, in his official capacity as Municipal Chair, Republican Party, Lebanon Borough, State of New Jersey; | |
| JOHN DOES (1-100); | |
| JANE DOES (1-100). | |

**MAXIMILLIAN FELDMAN, ESQ.**, of full age, certifies as follows:

1. I am an attorney and counsel with the law firm of Kaplan Hecker & Fink, LLP, with offices located at 350 Fifth Avenue, 63rd Floor, New York, NY 10118 and 1050 K Street, NW, Suite 1040, Washington, D.C., 20001, attorneys for Defendant The Democratic National Committee (the "DNC"). I submit this Certification in support of my admission *pro hac vice* in accordance with Local Civil Rule 101.1(c).

2. I am admitted and currently in good standing to practice law in the New York office of Kaplan Hecker & Fink. Pursuant to Local Rule 101.1(c), the following chart discloses each bar of which I am a member, including the year of admission and the name and address of the office maintaining the roll of such members of its bar.

| COURT | YEAR OF ADMISSION | NAME & ADDRESS |
|---|---|---|
| State of New York | 2014 | New York State Unified Court System<br>Office of Court Administration<br>Attorney Registration Unit<br>25 Beaver Street - Room 840<br>New York, NY 10004 |
| United States District Court for Southern District of California | 2015 | United States District Court<br>Attention: Attorney Admissions<br>333 West Broadway, Suite 420<br>San Diego, CA 92101 |

10454699 v1

| | | |
|---|---|---|
| United States District Court for the Western District of Michigan | 2020 | United States District Court 399 Federal Building 110 Michigan NW Grand Rapids, Mich. 49503 |
| United States District Court for the Southern District of New York | 2022 | United States District Court 500 Pearl Street Attn: Attorney Services New York, NY 10007 |
| United States Court of Appeals for the Ninth Circuit | 2017 | U.S. Court of Appeals for the Ninth Circuit The James R. Browning Courthouse 95 7th Street San Francisco, CA 94103 |
| State of California | 2014 (inactive) | The State Bar of California 180 Howard St. San Francisco, CA 94105 |

3. I am a member in good standing of all the bars to which I am admitted. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has ever been imposed on me in any jurisdiction. I will immediately notify the Court of any matter affecting my standing at the bar of any court

4. I will be associated in this matter with counsel of record for the DNC, Nicole G. McDonough, Member of Sills Cummis & Gross P.C.

5. The DNC has requested my firm represent it in connection with this litigation. We regularly represent the DNC with respect to its legal matters and have extensive experience in all phases of litigation, including depositions, trials, and appeals. My firm's expertise, particularly with the DNC, makes us particularly qualified to represent the DNC in this matter.

6. I agree to pay all fees that are required to be paid by this Court and the State of New Jersey in connection with my admission *pro hac vice*.

7. I acknowledge that upon my admission *pro hac vice* I am within the disciplinary jurisdiction of this Court. I also acknowledge that I shall comply with all applicable rules governing practice before this Court, including Local Civil Rule 101.1 and all disciplinary rules.

8. Pursuant to Local Civil Rule 101.1(c)(4), I understand that upon admission *pro hac vice*, I am deemed to have agreed to take no fee in any tort case in excess of New Jersey Court

10454699 v1

Rule 1:21-7, as amended, governing contingent fees.

9. I respectfully request this court grant this application on behalf of the DNC in the above-captioned matter to permit me to appear and participate *pro hac vice* on the DNC's behalf.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
MAXIMILLIAN FELDMAN

Dated: March 5, 2024

10454699 v1