# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*;<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity Attorney General, Department of Justice;<br><br>LLOYD AUSTIN, III, in his official capacity as the Secretary, Department of Defense;<br><br>WILLIAM J. BURNS, in his official capacity as the Director, Central Intelligence Agency;<br><br>CHRISTOPHER A. WRAY, in his official capacity as the Director of the Federal Bureau of Investigation;<br><br>DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veteran Affairs;<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security;<br><br>MARCIA L. FUDGE, in her official capacity as Secretary U.S. Department of Housing and Urban Development;<br><br>ROBERT CALIFF, in his capacity as Commissioner, Food and Drug Administration;<br><br>WILLIAM J. CLINTON, in his official capacity as the former President of the United States of America;<br><br>HILLARY R. CLINTON, in her official capacity as Former Secretary of State for the United States of America;<br><br>THOMAS KEAN, SR., in his former capacity as Chairman 9/11 Commission;<br><br>ROBERT MUELLER, in his former capacity as Director of the Federal Bureau of Investigation;<br><br>JAMES COMEY, in his former capacity as Director of the Federal Bureau of Investigation;<br><br>CHRISTOPHER J. CHRISTIE, in his capacity of the former-Governor of New Jersey;<br><br>RICHARD "DICK" CHENEY, in his former | Civil Action No. 3:24-cv-00040 (ZNQ) (TJB)<br><br>**STATEMENT INLIEU OF BRIEF IN SUPPORT OF *PRO HAC VICE* ADMISSION OF COUNSEL** |

capacity as Vice President of the United States;

ELIABETH "LIZ" CHENEY, in her former capacity as Chair, January 6 Commission;

JOHN KERRY, in his official capacity as U.S. Special Presidential Envoy for Climate;

GEORGE W. BUSH, in his former capacity as President of the United States;

BARACK H. OBAMA, in his former capacity as President of the United States;

LORETTA LYNCH, in her former capacity as United States Attorney General;

JAMES BAKER, in his former capacity as White House Chef of Staff;

ERIC HOLDER, in his former capacity as united States Attorney General;

JOSEPH R. BIDEN, in his official capacity as President of the United States;

JOHN ASHCROFT, in his former capacity as United States Attorney General;

JAMIE GORELICK, in her official capacity, Homeland Security Advisory Council member;

NANCY PELOSI, in her official capacity as Chairman, Cooper University Medical Systems;

GEORGE NORCROSS, in his capacity as Chairman, Cooper University Medical Systems;

PHIL MURPHY, in his official capacity as Governor of New Jersey, and as former Chair of the National Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary of State, s former President of the National Association of Secretaries of State, and her current capacity as Lt. Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then-Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as Deputy Commissioner for Public Health Services;

MATTHEW PLATKIN, in his official capacity as Attorney General of the State of New Jersey;

ANDREW CUOMO, in his former capacity as

Governor of New York and in his capacity as Vice-Chair of the National Governors Association;

LETITIA JAMES, in her capacity as Attorney General of the State of New York;

DEMOCRATIC NATIONAL COMMITTEE;

REPUBLICAN NATIONAL COMMITTEE;

JAMES PITTINGER, in his official capacity as Mayor of Lebanon Borough, State of New Jersey;

LISA SELLA, in her official capacity as Deputy Clerk, Lebanon Borough, Stage of New Jersey;

ROBERT JUNGE, in his official capacity as Municipal Chair, Republican Party, Lebanon Borough, State of New Jersey;

JOHN DOES (1-100);

JANE DOES (1-100).

      The undersigned, counsel for Defendant the Democratic National Committee, respectfully submits pursuant to L. Civ. R. 7.1(d)(4) that no brief is necessary in connection with the motion for an order allowing attorneys Shawn Crowley, Esq. and Maximillian Feldman, Esq. of the law firm Kaplan Hecker & Fink, LLP to appear and participate *pro hac vice* in this matter (the "Motion") because the Motion is addressed to the discretion of this Court pursuant to L. Civ. R. 101.1(c) and does not raise an issue of law.

      Respectfully submitted,

*/s/ Nicole G. McDonough*
Nicole G. McDonough
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-5967
Fax: (973) 643-6500
nmcdonough@sillscummis.com
*Attorneys for Defendant,*
*The Democratic National Committee*

Dated: March 5, 2024