## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*;<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity Attorney General, Department of Justice;<br><br>LLOYD AUSTIN, III, in his official capacity as the Secretary, Department of Defense;<br><br>WILLIAM J. BURNS, in his official capacity as the Director, Central Intelligence Agency;<br><br>CHRISTOPHER A. WRAY, in his official capacity as the Director of the Federal Bureau of Investigation;<br><br>DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veteran Affairs;<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security;<br><br>MARCIA L. FUDGE, in her official capacity as Secretary U.S. Department of Housing and Urban Development;<br><br>ROBERT CALIFF, in his capacity as Commissioner, Food and Drug Administration;<br><br>WILLIAM J. CLINTON, in his official capacity as the former President of the United States of America;<br><br>HILLARY R. CLINTON, in her official capacity as Former Secretary of State for the United States of America;<br><br>THOMAS KEAN, SR., in his former capacity as Chairman 9/11 Commission;<br><br>ROBERT MUELLER, in his former capacity as Director of the Federal Bureau of Investigation;<br><br>JAMES COMEY, in his former capacity as Director of the Federal Bureau of Investigation;<br><br>CHRISTOPHER J. CHRISTIE, in his capacity of the former-Governor of New Jersey;<br><br>RICHARD "DICK" CHENEY, in his former capacity as Vice President of the United States; | Civil Action No. 3:24-cv-00040 (ZNQ) (TJB)<br><br>**[PROPOSED] ORDER GRANTING** ***PRO HAC VICE*** **ADMISSION** |

10454669 v1

ELIABETH "LIZ" CHENEY, in her former capacity as Chair, January 6 Commission;

JOHN KERRY, in his official capacity as U.S. Special Presidential Envoy for Climate;

GEORGE W. BUSH, in his former capacity as President of the United States;

BARACK H. OBAMA, in his former capacity as President of the United States;

LORETTA LYNCH, in her former capacity as United States Attorney General;

JAMES BAKER, in his former capacity as White House Chef of Staff;

ERIC HOLDER, in his former capacity as United States Attorney General;

JOSEPH R. BIDEN, in his official capacity as President of the United States;

JOHN ASHCROFT, in his former capacity as United States Attorney General;

JAMIE GORELICK, in her official capacity, Homeland Security Advisory Council member;

NANCY PELOSI, in her official capacity as Chairman, Cooper University Medical Systems;

GEORGE NORCROSS, in his capacity as Chairman, Cooper University Medical Systems;

PHIL MURPHY, in his official capacity as Governor of New Jersey, and as former Chair of the National Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary of State, s former President of the National Association of Secretaries of State, and her current capacity as Lt. Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then-Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as Deputy Commissioner for Public Health Services;

MATTHEW PLATKIN, in his official capacity as Attorney General of the State of New Jersey;

ANDREW CUOMO, in his former capacity as Governor of New York and in his capacity as Vice-Chair of the National Governors Association;

LETITIA JAMES, in her capacity as Attorney

| |
|---|
| General of the State of New York; |
| DEMOCRATIC NATIONAL COMMITTEE; |
| REPUBLICAN NATIONAL COMMITTEE; |
| JAMES PITTINGER, in his official capacity as Mayor of Lebanon Borough, State of New Jersey; |
| LISA SELLA, in her official capacity as Deputy Clerk, Lebanon Borough, Stage of New Jersey; |
| ROBERT JUNGE, in his official capacity as Municipal Chair, Republican Party, Lebanon Borough, State of New Jersey; |
| JOHN DOES (1-100); |
| JANE DOES (1-100). |

**THIS MATTER** having been brought before the Court by Nicole G. McDonough, Esq., of Sills Cummis & Gross P.C., attorneys for Defendant the Democratic National Committee (the "DNC"), for an Order allowing Shawn Crowley, Esq. and Maximillian Feldman, Esq. to appear and participate *pro hac vice*; and the Court having considered the moving papers and opposition thereto, if any; and for good cause shown pursuant to L. Civ. R. 101.1(c),

**IT IS** on this _____ day of _____, 2024

**ORDERED** that the DNC's application be and hereby is granted, and Shawn Crowley, Esq. and Maximillian Feldman, Esq., members in good standing of the bars to which they are admitted, be and hereby are permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to L. Civ. R. 101.1(c); provided, however, that all pleadings, briefs, and other papers filed with the Court shall be signed by Nicole G. McDonough, Esquire, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of this case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is further

10454669 v1

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), Shawn Crowley, Esq. and Maximillian Feldman, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-19 2022; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(3), Shawn Crowley, Esq. and Maximillian Feldman, Esq. shall each make a payment of $150.00, payable to the Clerk of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that Shawn Crowley, Esq. and Maximillian Feldman, Esq., shall be bound by all rules of this Court, including but not limited to the provisions of L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that, pursuant to L.Civ.R. 101(c)(4), Shawn Crowley, Esq. and Maximillian Feldman, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

**IT IS SO ORDERED**.

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.

10454669 v1