# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-se*;<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity Attorney General, Department of Justice, et al.,<br><br>Defendants. | Civil Action No. 3:24-cv-0040 (ZNQ-TJB)<br><br>**NOTICE OF THE DEMOCRATIC NATIONAL COMMITTEE'S CONSOLIDATED MOTION TO DISMISS THE COMPLAINT AND DEFENDANT ROBERT JUNGE'S CROSS CLAIMS**<br><br>**Return Date: April 1, 2024**<br><br>*Filed Electronically* |

**TO:   Plaintiff *Pro Se* and All Counsel of Record**

**PLEASE TAKE NOTICE** that on April 1, 2024, or as soon thereafter as counsel can be heard, the undersigned attorneys for Defendant the Democratic National Committee (the "DNC") shall move before the Honorable Zahid N. Quraishi, U.S.D.J. at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 4W, Trenton, New Jersey 08608, for an Order granting the DNC's Consolidated Motion to Dismiss the Complaint and Defendant Robert Junge's Cross Claims, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), 41(d) ("the "Motion"), thereby dismissing with prejudice the Complaint filed by Plaintiff Mary Basile Logan and the Cross

10462126 v1

Claims filed by Defendant Robert Junge as to the DNC.

**PLEASE TAKE FURTHER NOTICE** that the DNC relies upon the accompanying Memorandum of Law submitted in support of this Motion. A proposed Order containing Findings of Fact and Conclusions of Law is also submitted herewith.

    Respectfully submitted,
    ___/s/ Nicole G. McDonough_____
    Nicole G. McDonough
    **SILLS CUMMIS & GROSS P.C.**
    One Riverfront Plaza
    Newark, New Jersey 07102
    Tel: (973) 643-5967
    Fax: (973) 643-6500
    nmcdonough@sillscummis.com

    OF COUNSEL:

    Shawn G. Crowley, *pro hac vice pending*
    Maximillian Feldman, *pro hac vice pending*
    **KAPLAN HECKER & FINK, LLP**
    350 Fifth Avenue, 63rd Floor
    New York, New York 10118
    Tel: (212) 763-0883
    Fax: (212) 564-0883
    scrowley@kaplanhecker.com
    mfeldman@kaplanhecker.com

    *Attorneys for Defendant,*
    *the Democratic National Committee*

DATED: March 5, 2024