# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*;<br><br>Plaintiff,<br>v.<br><br>MERRITT GARLAND, in his official capacity Attorney General, Department of Justice, et al.,<br><br>Defendants. | Civil Action No. 3:24-cv-00040 (ZNQ) (TJB)<br><br>**CERTIFICATE OF SERVICE** |

I, **NICOLE G. MCDONOUGH**, of full age, do hereby certify as follows:

1. I am a member of the law firm Sills Cummis & Gross P.C., attorneys for Defendant The Democratic National Committee (the "DNC") in the above-referenced matter.

2. On March 5, 2024, on behalf of the DNC, I filed the Notice of Consolidated Motion to Dismiss the Complaint and Defendant Robert Junge's Cross Claims, with the accompanying Memorandum of Law in Support and Proposed Order in support, via ECF, and I caused a copy of same to be served via ECF on the Plaintiff *Pro Se* and all counsel of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nicole G. McDonough*
　　　　　　　　　　　　　　　　　　　　　　　Nicole G. McDonough, Esq.

Dated:　March 5, 2024