July 1986   Number 36



# BCC International

*Bridging the BCC World*



"I find so much quality in silence."
"If we want power, we have to come to
the state of nothingness from time
to time."

*Agha Hasan Abedi*

EXHIBIT 3

EXHIBIT 3

# Contents

July 1986   Number 36

## 2
Expatriates — A Source of Hardcore, Broadbased and Stable Deposits Worldwide

## 4
Profile of the Economic Evaluation Wing

## 6
The Psyche: Transformation to the Centre — by T. N. Thiss

## 8
Gabon — by Mr Ravindranathan

## 9
Countertrade and Trade Assistance Unit — An Interview with Mr Helmut Ferenz

## 10
Correspondent Banking Thrust 1986-1990-2000

## 12
Isle of Man — Confidential Private Banking in the World's Oldest Self-Governing Democracy

## 13
China's Policy Tests the Patience of Foreign Bankers and Investors — Continuing a Series of Articles on Current Affairs

## 16
Around the BCC World

## 20
Marketing Account Officers

EXHIBIT 3

# Expatriates

## A source of hard-core, broadbased and stable deposits worldwide

There can hardly be a bank better suited to serve expatriate communities around the world than BCC. A total of 14 million expatriates work in BCC countries, offering our bank an unparalleled opportunity to open new accounts and secure deposits.

This was the essence of the Annual Conference on Expatriate Deposits Annual Meeting which was chaired by the President and held in London on 13 June. Delegates came from the major countries where expatriates work and from expatriates' home countries, called receiving and supporting countries respectively during the conference. Participants were invited to absorb into their psyches the magnitude and the scope of the opportunity that expatriates offer. It is estimated that expatriates earn every year as much as US $65 billion. It is not difficult to see why this should now assume a new and a major significance for BCC.

The significance and meaning of all meetings and conferences in BCC is contained in each of us. Our lives, both individually and collectively, are a process, a movement into the future that relates to everything

EXHIBIT 3

2

that is happening. The challenge that this presents must become part of the process of our lives. Only if our feelings live in harmony with the magnitude of the challenge, can we truly understand the new significance of expatriate accounts and deposits. We wish to bring into harmony the possibilities which expatriates present with the breadth and quality of our vision.

BCC does not have a home base. Hardcore, broad-based and stable deposits are a necessity and an imperative for us. A structure is being created within the bank to help realise this possibility. This structure must in all ways be equal to the opportunity, which has a truly global dimension. Meetings such as the Expatriate Services Annual Meeting help us to travel into new areas of our psyche and our nature. They help us to explore the invisible territory within us. Understanding the dimension of the new significance means opening doors within ourselves.

The key to overcoming any difficulties that we might face lies in how we tackle them. What has been holding us back so far? Is it local situations? Is it our priorities? Whatever it is can be overcome through the quality of our energy and the breadth of our vision. The new significance of Expatriate Services is living in the psyche of the delegates and through them the whole of BCC.

## EXPATRIATE SERVICES — ANNUAL MEETING AGENDA

- **THE MAGNITUDE AND SCOPE**
  14 million expatriates work in BCC countries
- **THE VITAL IMPORTANCE AND NEED**
  BCC's need for hardcore, broad-based and stable deposits
- **THE IMPERATIVE OF EXCELLENCE IN SERVICE**
  To be innovative and to show that BCC cares
- **MARKETING ORGANISATION FOR THIS DRIVE AND TARGETS FOR 1986 AND 1987**
  (With number of accounts and deposits separately for the Branches in the sub-continent and rest of the BCC world)

**BCC COUNTRIES**
Expatriates In

| | |
|---|---|
| Bahrain | 117,000 |
| Brazil | 159,000 |
| Canada | 185,000 |
| Colombia | 123,000 |
| France | 1,335,000 |
| Germany | 2,036,000 |
| Jordan | 470,000 |
| Kuwait | 352,000 |
| Lebanon | 360,000 |
| Luxembourg | 62,000 |
| Netherlands | 219,000 |
| Oman | 228,000 |
| Paraguay | 46,000 |
| Qatar | 176,000 |
| Saudi Arabia | 2,440,000 |
| Switzerland | 770,000 |
| UAE | 560,000 |
| UK | 1,270,000 |
| Uruguay | 46,000 |
| USA | 3,050,000 |

**NON BCC COUNTRIES**

| | |
|---|---|
| Libya | 1,103,000 |
| Iran | NA |

**BCC COUNTRIES**
Expatriates From

| | |
|---|---|
| Bangladesh | 856,000 |
| Botswana | 27,000 |
| China | 43,000 |
| Cyprus | 261,000 |
| Egypt | 2,500,000 |
| India | 3,200,000 |
| Italy | 1,029,000 |
| Jordan | 279,000 |
| Korea | 96,000 |
| Morocco | 235,000 |
| Pakistan | 2,140,000 |
| Philippines | 235,000 |
| Portugal | 555,000 |
| Spain | 448,000 |
| Sri Lanka | 146,000 |
| Sudan | 84,000 |
| Thailand | 330,000 |
| Turkey | 668,000 |
| Uruguay | 74,000 |
| Yemen | 437,000 |

**NON BCC COUNTRIES**

| | |
|---|---|
| Algeria | 282,000 |
| Yugoslavia | 646,000 |
| Syria | 88,000 |
| Tunisia | 63,000 |

EXHIBIT 3

# Economic Evaluation Wing

Established in 1976, the EEW provides an invaluable service to the rest of the bank.

Mr Shahid Ahmed is the Senior Economist in the Economic Evaluation Wing (EEW) which is based in CSO. He has very clear ideas about the role of his department.

"We are a small, closely knit team of seven specialists," he says. "The Wing has three main functions. We serve other divisions of the bank by monitoring and reporting on developments in the world economy. Secondly, we provide a series of country analyses that are used to assess country risks. The Wing also has a public relations function, which it fulfils by ensuring that BCC's analyses of economics and trading patterns are available to customers and other banks."

Such a clearly defined role for the Economic Evaluation Wing has been developed by Mr Ahmed and his colleagues since the Wing was set up in 1976. The economists are not primarily involved in the day-to-day activities of the bank, but they contribute indirectly to the decision-making process. The Treasury Division is the Wing's main recipient of information produced by Mr Shahid Ahmed and his colleagues. The Central Credit Division also finds the research of great value, as do the International Division and the Merchant Banking Division.

"Forecasting is an uncertain activity," says Mr Ahmed. "It is not too difficult to take a macro-economic view of developing countries, but forecasting interest rate changes, for example, is much harder. We take our information from such sources as the IMF, the World Bank and the United Nations. We also monitor very carefully reports in the international press, which includes a whole series of specialist publications. At times we interact closely with the branches to gather or offer research on commodities or specific countries. I think it is important that the service we offer the rest of BCC maintains a broad perspective. One area where we can provide a useful service is to help country managers to form an accurate view of what is happening in their countries."

Mr Shahid Ahmed joined BCC in 1976 specifically to set up the EEW. He has witnessed and contributed to the phenomenal growth of BCC. "What I find so remarkable is that our concept of family has survived and indeed grown through all the changes. At times I have been in a state of wonder at how this has all happened. Perhaps the secret is that we have a corporate philosophy and a management style that is wholly in tune with change. Without it, BCC would not be in the strong position it is in today. With particular reference to the work that we do in the EEW, it would be useful to get some feedback from the branches on what they find helpful and relevant in our work."



Before joining the EEW in 1982, Mr Arjuna Kannangara worked in the Prime Minister's office in Sri Lanka. "There are certain similarities in the work," he says. "My speciality here is in sub-Saharan Africa, and I have just published a report on Senegal. My next two reports will be on Kenya and Zambia. When I was visiting these countries recently, I met with officials from the Central Banks and the Ministries of Finance, as well as representatives of the private sector. This first-

EXHIBIT 3



Top row (from left): Mr Arjuna Kannangara, Mr Michael Locke, Mr Shahid Ahmed, Mr Moin Siddiqi.
Sitting (from left): Mr Peter Chadder, Ms Karen Potter, Mr Leyland Otter.

10 years working for the Bank of England on the same issues.''

All members of the EEW contribute to the *Quarterly Economic Review,* which is distributed both within the bank and externally. Two monthly publications, the *Financial and Economic Bulletin of Developed Countries* and the *Economic Bulletin on LDCs,* are purely for internal consumption, while country reports are read both by people within the bank and externally.

A post in the EEW was Mr Moin Siddiqi's first job after leaving the University of Aston Management Centre in 1985. He says: ''What attracted me to BCC was the strength of its commitment to the developing world. Banks can have an enormous influence in promoting exports and investments. I've been interested in economic planning and trade finance for a long time. The EEW can help identify new markets and monitor their development.''

Mr Leyland Otter worked for a couple of years in BCC branches in the West End of London before joining the EEW in the late 70s. Initially he specialised in Africa, but now works mainly on the Middle East, Hong Kong and China. ''BCC has a good base and a solid branch network in Hong Kong and some excellent contacts in China. The future looks promising in that part of the world. It takes me about a month to write a country report, but a lot depends on the availability of up-to-date information. My next report will be on prospects for investment and trading in China. Apart from the contribution to public relations that I hope that the EEW publications make, I believe we provide a useful service for the bank in helping with the decision-making process at all levels.''

The EEW has a library of 5,000 books on economics and trade finance, mostly concerning countries where BCC has a presence. Mr Mike Locke looks after this extensive library, as well as contributing to the EEW as a specialist on the Far East. He has lived in Korea and knows the region well. ''The *Economic Review* is one way of helping to make a bank known internationally,'' he says. ''BCC has two consultants of world renown in Washington, Mr M. M. Ahmad and Dr Avramovic. They have been helping us on the intricacies of South/South trade, so the resources that the EEW can draw upon are really very wide.''

The EEW has close but informal links with BCC training centres. Mr Shahid Ahmed and Mr Leyland Otter have lectured at the Hong Kong Academy to officials of the People's Bank of China, as well as more regular lectures to BCC trainees. Altogether, the EEW is a small but vital part of the BCC Group.

hand gathering of information is a necessary part of our job.''

The EEW is developing a marketing awareness, and its activities are becoming more marketing oriented. Mr Kannangara, for example, is involved with colleagues in the Central Marketing Division in discussions with a Japanese trading company that would like to work with BCC in Africa. ''The geographical area in which I specialise naturally leads to an involvement with the commodities produced in the area, such as coffee and cocoa. In the EEW we have an extensive information bank. I hope more people within BCC will make more use of it in future.''

Mr Peter Chadder is aware of the changes within EEW. ''Towards the end of last year,'' he says, ''our published work began to take on much more of a marketing role. My particular areas of interest are OECD countries and Latin America. I am also very interested in exchange rates and interest rates. Before joining BCC I spent

EXHIBIT 3

# The Psyche

**Transformation to the Centre**
*by T. N. Thiss*

The psyche is the theatre of life. It is the stage upon which we enact the daily drama of our lives. It has two parts:

- the *conscious* part, a mere fragment of the whole, tends to separate, classify and differentiate. Its executive centre is the ego which presides over the multiplicity of parts, each one having its own qualities.

- the *unconscious* part, vast and unlimited, tends to unify, synthesise, and integrate. This is the world of the whole, the home of quality.



EXHIBIT 3

6

These two parts which co-determine the psyche live together in a dynamic state of creative tension. Like two charged electrodes with energy flowing within and between them, they work to maintain psychic balance. The centre of this unified psyche is the essence of our being, our human being.

The fine art of living, or managing, is finding a suitable balance between these two opposing yet complementary realms. For most of us this involves a transformation — a shifting of our centre from the ego to the psyche. This is rather like converting a one-room bedsit into a Palladian mansion. It takes time and we will pay a price for it, but the freedom our new quarters will give us can only be imagined.

The paradoxical nature of our psyche poses an immediate dilemma: our conscious world, governed by our ego, demands that we take charge and make things happen, while our unconscious world silently beckons us to let go and allow things to happen. Inevitably, we respond to the dominance of our ego and take action not knowing there is an alternative. In doing so we lose the vast and deep potential of our unconscious psyche. It is like taking a decision but not knowing the reason why.

## "I find so much quality in silence."

The resolution of this dilemma lies in our full participation in both worlds. We get out of balance if we centre ourselves in one to the exclusion of the other. Although we all have the capacity to fully experience both worlds, few of us do. Transformation has its risks and most of us are not willing to take them. For example, some of us seek refuge in the unconscious world to avoid the risks of daily life. We who do so may not see the new risks of becoming more passive persons, of being seen as too abstract or esoteric, of being out of touch with reality, and not in control of our own lives.

The great majority of us seek refuge in the conscious world, shunning the unconscious as something that is irrelevant because it's out of our control. Fleeing from the fears of a confrontation with our inner selves we take a hedonistic plunge into the active and stimulating conscious world. We too are not aware of the subtle but serious risks we have assumed. When we become captivated by the conscious world we risk succumbing to the indulgence of self-gratification, the myopia of materialism. We risk losing touch with our spiritual origins and finding ourselves unable to discern purpose or meaning in our frag-mented lives.

Our conscious world is but a fraction of the vast, unfathomed total psyche. Yet, because it has many joys and delights and because it is all we know, we are content with what we have, unwilling to change and experience the "unknown". But consciousness has its problems and knowing this may help us make the transformation. Its nature is to fragment, to make distinctions. It identifies things by their unique qualities and separates them one from another. The curse of consciousness is to see the world in parts, in multiplicity.

Transformation involves expanding our consciousness, making some conscious inroads into the great unknown. The unconscious, like all nature, is a seamless whole. We get glimpses of this wholeness with the insight of intuition. Emerson said, "Our faith comes in moments; our vice is habitual, we see the world piece by piece, but the whole is the soul." These flashes tend to unify our fragmented world. They knit the parts together. This is what gives meaning and wholeness to a piecemeal world. We need the unconscious to harmonise and synthesise our lives. Without it we lose the deep potential of our being. How transformation occurs remains a source of speculation. One way of visualising it is to see the process as a shift from the centre of our ego to the centre of our psyche. Because the psyche encompasses the ego, it is a shift to a new and larger centre. This is why we said it was like converting a flat to a mansion.

This new centre is the feeling world of BCC. It is characterised by feelings of goodwill towards others and a sense of well-being that conveys inner peace and strength. The world of the intellect is limited compared with the all-encompassing range of the psyche. When we move from ego-centredness to psyche-centredness, our relationships with people change. They become more open and trusting, more understanding and caring, more patient and tolerant. Because this new centre is formed with the unity of two opposites, it is uniquely equipped to cope with the stresses of life, to resolve differences, and to mediate disputes. Unlike the intellect which finds itself unable to reconcile two contradictory beliefs, the psyche sees these as parts of a larger whole. The common denominator is the new centre, itself a product of opposing forces.

The light of consciousness is a divine gift but it is up to each of us to develop it. We all have the natural capacity to do so. Developing this new centre is a simple task but not easy to do. It involves experiencing fully and feelingly our outer and inner lives by ever expanding our awareness and integrating these new elements into our

## "If we want power, we have to come to the state of nothingness from time to time."

being. This is the struggle and the challenge. Transformation has never been easy, simple as the process may be. Nor can it be done without a price, but all good bankers know that rewards come only with risks taken.

The President has said, "If we want power we have to come to the state of nothingness from time to time." What he is saying is that we have to find that new centre within us. It involves clearing the "mental state or setting the stop watch back to zero". Some people call it "zeroing out". It clears the cortical clutter from our minds and allows stillness to take its place. In Luxembourg the President said, "I find so much quality in silence." Concentration is critical — perhaps the most important skill of all. This will put us in touch with our new centre, the source of feelings. Here we are fully integrated with our whole psyche which gives us more "volume". In our new "mansion" we can absorb more, assimilate differences, tolerate misunderstanding, avoid defensiveness. In short we can enfold the world within us, become "one with" our environment be it a person, or a marketplace.

We have said concentration may well be the key. It is nothing other than pure awareness. An easy way to access concentration is through interest. If we are interested in something we are more likely to concentrate on it. To be interested in a person is to concentrate on that person. This often generates more interest and the reciprocal process continues. If there is one secret to good human relationships, it would have to be this.

When we approach another from the centre of our psyche we experience the person fully and feelingly. We absorb them, become them. This is pure acceptance without any judgement. The old-fashioned word for it is humility. We have merely dressed it up in psychological finery.

The balance we achieve in the new centre is analogous to the development of a tree. It also lives in seen and unseen worlds. Its roots lie hidden from sight drawing life-sustaining energy from the inner earth. The visible structure of the tree is deployed to maximise its exposure to the outer light and air. The tree is centred to live fully in both realms — two strikingly different worlds, each complementing the other. It cannot exclude one, for the roots also need the light of day and the leaves need the unseen nutrients of the soil.

EXHIBIT 3

7

# Gabon

*by Mr Ravindranathan (Libreville branch)*

In a very short period of time, BCC has become the largest bank in Africa in terms of country coverage. This is a remarkable achievement for a bank that initially had few contacts on that continent. In francophone Africa, BCC's first home was in Gabon, and many officers now serving in other postings had their first on-the-job training in this country that sits on the Equator in West Africa. Guinea and Cameroon are Gabon's neighbours to the north, while the Congo flanks the country on the east and south.

scheduled for completion later this year. It will greatly help the exploitation of the country's rich mineral resources. These include 33,000 tonnes of uranium, which, at the present level of production, will last for 30 years. Very considerable deposits of manganese will last more than 100 years.

Wood exports could run at 3 million cubic metres a year, although last year exports reached just 1 million cubic metres. With the recent drop in the price of oil, there is now widespread recognition of the need to reduce the country's dependence


The Libreville branch


The BCC family in Port Gentil

Banking in Gabon has its own special flavour. With a population of 1.2 million, there are some 40 ethnic groups, the largest of which is the Fangs, who represent 40% of the population. In addition, a large expatriate population, mainly French, makes a contribution to the economy.

Gabon is a member of OPEC, and oil accounts for 80% of the country's export earnings. The other major sector is forestry, but the country's development continues to be hampered by a limited infrastructure. Strong efforts are being made to overcome this by building a trans-Gabon railway.

A consortium of European companies is engaged in this project, and the railway is

on this one commodity.

The main BCC branch is located in Libreville, a town of 251,000 people on the coast. With a total strength of 30, the branch has eight officers. Port Gentil is the economic heart of Gabon, and inevitably BCC has a branch there. Most of the offshore drilling is based in Port Gentil, and companies such as ELF, Aquitaine, Amoco, Shell and Texaco are based there. Mr Tajjudim Khan, the branch manager, reports a steady profit, although the fall in oil prices could lead to a curtailment of business. Ten family members work in Port Gentil.

BCC's third branch is located in Franceville, the capital of Provence Haut Oguoue. This is also the home of the country's Presi-

dent, His Excellency Alm Hadj Omar Bogo. The branch is a small operation, but it is expected to show real growth when the Libreville-Franceville rail link is finished next year.

1984 was a turning point in the history of BCC in Gabon. A new marketing strategy was introduced and new direction for the bank was set in motion. BCC now works closely with state and parastatal bodies engaged in wood export, the hotel industry and railways. Although most oil business is not routed through the banks, BCC has secured some oil-related business and has hopes for more. BCC is also active in the construction business, and with the appointment of Mr Babar Chowdry as country manager the whole operation received an added boost. The bank has become totally marketing oriented, and the results of this are now beginning to show.


Aerial view of Port Gentil

Despite some uncertainty about Gabon's economic future, the BCC family there is determined to contribute increased levels of profit to the Group. But an equally important contribution has been that a considerable number of young officers have had their first experience of Africa in Gabon. The success of BCC throughout francophone Africa is due in no small part to the vision and quality that they learned in Gabon.

EXHIBIT 3

The newly established Trade Assistance Unit at CSO is a timely response to the very rapid development of countertrade over the past few years. By the end of this year, countertrade is likely to account for as much as 23% of world trade. This will put a value of over US $500 billion on the various forms of international trade and financing that constitute countertrade.

Countertrade emerged soon after the Second World War. Over the next thirty years, the volume of countertrade slowly increased, but it did not gather any real momentum until the mid 70s. Now, it is not unusual to read of countertrade substituting conventional forms of trade on a massive scale. Brazil and Nigeria, for example, recently concluded an arrangement worth over $1 billion a year, whereby Brazil supplies automobiles, sugar, cotton, salt, paper and building materials in exchange for crude oil.

As with the Nigeria-Brazil deal, countertrade is increasingly forging new channels of trade. West Africa and Brazil are hardly well-established trading partners, but complementary resources and products are bringing the two areas together. Thus, countertrade allows exporters to tap markets that would otherwise be closed to them for lack of foreign exchange to pay for imports which they urgently require. In times of economic difficulties, countertrade is one way by which the flow of trade can be monitored.

Mr Helmut Ferenz leads BCC's Trade Assistance Unit. The purpose of the unit is to help BCC secure a higher proportion of the world's countertrade. For many reasons, BCC is the natural countertrade bank. We are deeply committed to development in the Third World. Our branch network, the sixth largest in the world, is spread in regions of high countertrade activity, and most important of all, perhaps, BCC's service is flexible and highly personal. "Many developing nations have a lack of trade information," says Mr Ferenz. "They simply do not know what is happening on a world scale, and they have limited resources to carry out adequate market research. This is the reason why the Trade Assistance Unit was founded. BCC can play a very useful role in helping to plug this information gap. Countertrade has tended to follow the trading patterns established by the old colonial powers, or countries simply trade with their neighbours. From our point of view in BCC, we can see a much greater potential. We are very keen to convey to others our sense of this potential.

"Countertrade has the great advantage of being self-financing, and it is not much publicised in the media, which in some

# Countertrade and the Trade Assistance Unit

## A Timely Response to New Market Forces

*by Minerva Bronk*
*Central Marketing Division*



Mr Helmut Ferenz

cases can be an advantage. But, however much BCC becomes involved in countertrade, there is one golden rule we will always stick to. We will never take the physical right of title of goods. Our role is purely to bring people together who might wish to do business."

The Trade Assistance Unit is a natural expression of BCC's long-standing commitment to helping to develop trade. "We are a catalyst to South-South trade and trade generally," says Mr Ferenz. "We want to enlarge people's perception by breaking down their mental barriers. I think the main requirements for someone who wishes to become involved in countertrade are — flexibility, imagination and a profound understanding of the mentalities of people of different backgrounds. Optimism and perseverance are also needed. Only about five in a hundred countertrade proposals actually come to fruition, but when they do happen, they are certainly worthwhile."

The Trade Assistance Unit works in close cooperation with the Central Marketing Division and the International Division. It has assembled a data bank containing more than 12,000 trading contacts. These are divided by products and by services.

The information on products has been kept as specific as possible. Generic names are avoided, and the data base includes the origin of the products. Information on services follows the major functions of agency, countertrade, department store, exporter, export financing, export promotion, forfaitor, importer, leasing, producer, switch, tender agent and wholesaler/distributor.

The Trade Assistance Unit is well placed to help the exporter who is interested in expanding his sales, the importer who is interested in diversifying his purchases, and the company committed to countertrade, looking for markets for products it has to take under its commitment.

In order to help branches who have clients interested in countertrade, the Trade Assistance Unit would need as complete a product specification as possible in order to attempt to find a countertrade partner for the client. It would also be useful initially to know the markets that interest the producer as well as the markets that are of no interest to him. All other specifications, such as price, quality and after-sales service, can be negotiated at a later date.

It is very much in BCC's own interests to promote business for its clients. A reputation for effective advice in countertrade may also win new clients for the bank. Mr Ferenz and his colleagues would also be delighted to hear from state or parastatal trade organisations with marketable export surpluses.

"Countertrade is growing all the time," says Mr Ferenz. "South-East Asia and Latin America generate a lot of countertrade business. China may well get involved, and if this happens, the next decade will be full of interest. Thailand, Cyprus and Malta have recently joined the countertrade club. But the complexities of countertrade are increasing, too, and simply keeping abreast of these developments is a major part of our job. Each country has its own specifications and guidelines on what is acceptable in countertrade and what is not. At the Trade Assistance Unit we keep files on legislation and countertrade practices in 130 countries. In addition, we constantly monitor import quotas, cartel agreements and the technicalities of trade barriers.

"Altogether I've spoken on countertrade at over 80 conferences and seminars. I have specialised in countertrade for a long time. It is also my hobby. Now that I am based here in CSO, I hope to be of maximum service to the rest of BCC. Countertrade represents a major factor in world trade. My aim is to ensure that BCC is fully represented in this sector."

EXHIBIT 3

9

# Correspondent Banking Thrust
## 1986-1990-2000

1986 sees correspondent banking emerging as a permanent thrust for BCC. It is destined to take its place with consumer and commercial banking as one of our bank's most important activities. Over the past few months, a great deal of energy has been spent in developing a conceptual framework to assist the evolution of BCC from being a user of services in correspondent banking to becoming a provider of services. This is the fundamental change that will ensure that BCC takes its rightful place as a major force in correspondent banking.

Success depends on a carefully planned and well-managed dynamic interaction between many different streams of energy in BCC. In general there needs to be a broadening and strengthening of attitude if we are to derive full benefit from this enormous marketing opportunity. It is important that branches are willing to integrate correspondent banking fully into the range of their activities. Regions must broaden their awareness and realise the possibilities of growth on a global scale. This will entail embracing correspondent banking as an important element in all our marketing activities.

Correspondent banking calls for a transition from marketing that is product or transaction centred to marketing that is very much relationship oriented. We must ensure that BCC becomes the natural and inevitable choice of a large number of banks in their correspondent banking transactions.

If this can be achieved within a reasonable time frame, the volume of possibility is immense. During the next five years, we are projecting a 17-fold increase in the volume of our correspondent banking business. Anything like this kind of increase in business will call for a dynamic reshaping of certain areas of BCC. A specially designed correspondent banking organisational structure will dedicate its energies to the following tasks:

1) developing sufficient numbers and high quality in human resources;

2) giving guidance on the necessary balance between a mass marketing drive by individuals within the bank and a regionally and centrally coordinated marketing effort to appropriate levels of our organisational structure;

3) increasing its support role, placing units of the International Division at some regions and helping to create frontline encashment points in the form of Regional International Departments (RIDs) and Correspondence Banking Desks (CBDs);

4) sharing knowledge, information and vision with all concerned through complete interfusion and interdependence in a series of truly dynamic relationships that span the world;

5) contributing to the continued evolution of the International Division;

6) ensuring that decisions of a high calibre are taken quickly;

EXHIBIT 3

10

7) contributing to the development of products suitable for a highly sophisticated market;

8) ensuring that the structure of correspondent banking is sufficiently flexible and variable to suit different regions and markets.

For its part, the International Division will be looking for support from many areas within BCC, in particular from Regional Management, branches and CSO.

Within CSO, the main divisions with which International Division is likely to interact are Central Credit Division for limits, Central Marketing Division for coordinated marketing, Human Resources Division for manpower requirements, International Management Division for training and sales force development, Management Services Division for automated product developments, and Group Asset Management Service (GAMS) for thrust planning, marketing assistance and technology development.

The International Division is developing a high-energy organisational structure. The three RIDs currently being developed are located in Hong Kong, New York and Dubai, with 30 CBDs located worldwide.

The RIDs will have a vital role. They will be acting as extensions of the International Division and as mediums of interfusion of central and regional thrusts. They will adopt a frequent calling programme on regional banks, act as major centres for handling correspondent banking business, and provide intense support for the CBDs. The RIDs will also be deeply involved on behalf of the International Division with the following projects:

— linking the consumer and commercial banking thrusts with correspondent banking;

— managing the leverage and reciprocity between BCC's respondent and correspondent roles;

— providing for each region a balance between a focus on local profits and benefits for the group as a whole by balancing inward and outward correspondent banking business drives;

— making changes in attitude to create orientation, sense of possibility and vision, and transforming these into intentionality in order to produce the necessary ethos and dynamics for the year of correspondent banking;

— managing and providing business volume spread, country exposure, products, pricing, profitability, service quality and relationships;

— changing long-established relationships in correspondent banking and making history by succeeding in our journey to securing a significant market share by the end of this decade.

For their part, the CBDs represent encashment points at local levels and are able to market correspondent banking services on a very personal level. Their roles can be further defined as:

— creating intense relationships with local correspondent banks to make BCC an automatic choice for them;

— implementing a constant calling programme as a self-directing unit of quality and energy;

— establishing relationships with LC-FEx operating officers of local banks and branches of foreign banks;

— ensuring the maximum share of outward business by routeing local bank LCs through BCC's overseas network;

— obtaining and managing feedback on service quality;

— containing and minimising potential conflicts/disputes in LC collection reconciliation services for inward business by acting as a correspondent banking service quality auditor;

— identifying specific transaction opportunities such as bulk imports for our own centre and for BCC branches overseas, and following up transactions identified by overseas CBDs, RIDs and the International Division;

— promoting the sale of travellers cheques;

— reviewing agency arrangements with correspondent banks and extending its branch coverage;

— using vision and intentionality to help BCC become a major correspondent bank.

To a large extent the success of BCC in entering the correspondent banking market on a large scale will depend on the quality of interfusion between different divisions within the bank, and our ability to transform this interfusion into dynamic action. The interrelationship of the International Division with three other divisions in particular will be of vital importance.

The Central Marketing Division and the International Division are now working together in the following ways: Central Marketing Division is entering corporate marketing with the help of the International Division in non-BCC countries through project guarantees and bulk LCs. The two divisions are jointly specifying BCC locations/centres for advising corporate LCs, allowing working capital ODs and issuing guarantees. They are also jointly generating securities from banks to cover dealings with corporations, and they are influencing corporate clients in OECD countries to nominate BCC branches and to identify collecting bankers to enable International Division to influence them.

The Central Marketing Division is identifying clients who are currently bidding in projects and involved in bulk transactions and then nominating BCC branches for LCs or advising the International Division about issuing banks to enable BCC to approach them for routeing their LCs through BCC.

Group Asset Management Services (GAMS) has joined hands with the International Division in order to assist and support the RIDs and CBDs. Both divisions will participate in the CSO Correspondent Banking Committee to assist in planning, developing the organisational structure and the necessary sales force. They are producing a correspondent banking product range and service profile guide so that CBD officers can familiarise themselves fully with all products offered by BCC and by other banks. They will ensure that CBDs are aware of how sophisticated the market has become and help to identify current trends in the US and elsewhere.

The two divisions are preparing a pre-marketing checklist and call guide so that all CBD and RID officers are professionally prepared for their calls, and a system of contact report after each meeting. This will be accompanied by a comprehensive marketing and procedure guide covering all aspects of marketing, handling business, reporting and monitoring.

Very importantly, the two divisions are also preparing a computerised analysis of bank balance sheets in order to identify marketing opportunities and assess the risks involved. In conjunction with this analysis, there will be a target bank list for use by RIDs and CBDs, so that correspondent banking officers can be aware of the breadth of the market in which they operate.

International Management Development (IMD) is working with the International Division to develop practical training procedures.

The overall correspondent banking thrust represents in every sense a major stage in BCC's evolution. It requires the highest quality of energy and vision, vitally backed by the excellence in service, to fulfil BCC's destiny as we become the automatic and inevitable choice for correspondent banking business around the world.

EXHIBIT 3

11

# Isle of Man

## Confidential Private Banking in the World's Oldest Self-Governing Democracy



The BCC family in the Isle of Man

When BCC opened a branch on the Isle of Man in 1979, it joined a select group of banks that act as an offshore financial centre at the heart of the British Isles.

The island is situated midway between England and Ireland. Politically, the Isle of Man has never been part of the UK, and this is what gives the island its special characteristics.

Although Queen Elizabeth II is the titular head of state, the Westminster Government has little or no power on the island. The island's governing body decided some years ago to develop the Isle of Man as an international financial centre in its own right. The reasoning behind this was simple: world markets, so the experts say, need respectable offshore satellites for the major financial centres of Tokyo, New York and London. The UK has traditionally had two such centres in Jersey and Guernsey, both small islands in the English Channel, but these are now over-congested by financial institutions and have little room left for growth. However, the position in the Isle of Man is quite different. With a population of just under 65,000, the island has plenty of room for development.

High transportation costs mean that manufacturing is unlikely to play a dominant role in the island's economy. An increasingly large group of opinion leaders on the island believe the aim should be to develop a high-wage, high-technology economy. For this and other reasons finan-cial services fit the bill perfectly.

Development as a financial centre over the last few years has been careful and controlled by a vigilant banking authority. The result is that the financial services sector has assumed an ever-increasing importance in Manx life, and finance is now the single biggest money earner for the economy, contributing 21% last year.

Mr Philip Bannan, who shares responsibilities for private banking in the BCC branch, believes there are several reasons for this: "There is unsurpassed political stability here," he says. "We have had parliamentary government for over 1,000 years, far longer than Westminster. There is a strong base of common law, low costs, availability of work permits, an absence of artificial restraints, good communications and proximity to London without being subject to UK constraints. Furthermore, complete confidentiality is assured. Working against this background, it is not difficult to see why the BCC branch has grown steadily over the years. 23 people now work in the branch and we can say that we have a solid base of business which we are actively seeking to increase. We are a full service branch, offering all services available within the group together with back-to-back LCs, the main thrust in our business is personal banking. In particular, remittances are very important to us. Because of the special conditions here, a lot of clients are referred to us by other branches in the BCC group, and we are very grateful for this. Many clients have come directly to us as a result of our marketing activities which include advertising in specialist publications and establishing direct contact with as many potential customers as possible."

People of Asian origin, with bases both in Asia and in the UK, form an important part of the branch's customers, as do British nationals working abroad and non-British nationals working in the UK. A main feature in attracting customers to BCC in the Isle of Man is the flexibility of services provided. Current and deposit accounts, credit cards, travellers cheques, money transmission and credit facilities are all offered against a favourable tax background. There is, for example, no Inheritance Tax, no Capital Gains Tax and no Income Tax for non-residents.

Mr N. A. Wood is the Branch Manager. Together with his colleagues he aspires to serve people from all nations, but feels that inevitably the services he offers appeal more strongly to those who have links with the UK. Professional people, managers and executives can all benefit from banking with BCC in the Isle of Man, he feels.

Mr Mahmudul Amin looks after business promotion and customer relations for residents in the UK, while Mr Philip Bannan acts in the same capacity for those who live outside the UK. The officer staff at the branch is completed by Assistant Manager Cliff Sexton who oversees branch operations. There is throughout the branch an awareness of the need to provide a high level of personal service, to market for new customers and to attend to the specialist needs of existing customers relating to investments, taxation and financial problems.

A new High Interest Cheque Account has recently been introduced in both sterling and US dollars. The interest on this account is related to money market rates. No other bank in the Isle of Man offers such a comparative investment opportunity.

A trust and investment management company is being formed and should be active early next year. This will provide discretionary and advisory investment management services and look after the formation and management of trusts and companies in the Isle of Man.

In an effort to strengthen and coordinate BCC's handling of expatriate business in the UK region, a conference was held in the Isle of Man in early July. This brought together representatives of the three branches in the region that are most concerned with expatriate business — Gibraltar, Hyde Park Expatriate Unit and, of course, the Isle of Man.

All these are signs of a branch that is aware of a rapidly developing marketplace, and of the opportunities such developments provide.

EXHIBIT 3



BCC has a clear and well-defined policy towards China that will take us well into the next century. Others, however, do not have such a vision of what the future holds and this uncertainty is reflected in the following article.

# China's Policy Mix Tests the Patience of Foreign Bankers and Investors

*Reprinted with permission from* Asian Finance

Like a wayward satellite, China occasionally emits contradictory signals of its economic intentions. While opening the Special Economic Zones (SEZ) to foreign branch banks, the People's Bank of China imposed strict limits on its economic activities. At the same time, Chinese purchases of consumer goods have been virtually halted, but equipment imports for projects in the energy, transportation, and communications fields are accelerating.

The foreigner's need for a finely tuned business antenna has never been more acute. And it's no coincidence that those who understand China best have been most successful in exploiting the open-door policy.

By now, everyone has heard tales of intrepid businessmen whose initial enthusiasm for plumbing the China market shattered in the face of endless negotiations and bureaucratic red tape. Those who persevered are the realists, like Société Générale.

Said the bank's Hong Kong deputy general manager, Alain Simon: "We were never carried away by the open-door policy. We took what we considered to be realistic risks and we always did our homework."

The French bank maintains four representative offices in China, and is a 40% shareholder in Tri-Lease International, a pioneer joint venture leasing company. On March 17, Société Générale became the

EXHIBIT 3

13

fifth foreign bank to establish a branch office in Shenzhen.

## Trade Deficit

Knowing where and when to invest in China is an invaluable asset acquired over time. Doubtless the foreign investors who started up wholly owned joint ventures in China dreamed of penetrating an enormous domestic market.

They failed to foresee the impending economic retrenchment. Just recently, the general manager of the China International Trust and Investment Co Ltd (CITIC) disclosed that Beijing was preparing legislation under which wholly owned joint ventures must export all or part of their production.

Such laws have been under review for some time, but there's a new urgency to the drafting process. Official figures released by the Ministry of Foreign Economic Relations and Trade (MOFERT) put China's 1985 trade deficit at US $7.61 billion, nearly four times the previous record of US $2 billion posted in 1980.

However, unofficial estimates were much higher. The General Administration of Customs reported a 1985 trade gap of US $13.7 billion, which China's trading partners consider more accurate. Keeping a tight rein on imports may improve this year's trade picture, but observers warn that the slump in oil prices could cost China US $2 billion in export sales in 1986.

"This is not the time for foreigners to employ hard-sell tactics," said Dildar Rizvi, Far East general manager for Bank of Credit and Commerce International. Among the first group of foreign banks licensed to open branch offices in Shenzhen, BCCI's links with China date back 20 years.

BCCI and other foreign banks in Shenzhen realise that their long-term success in China depends upon financing export-oriented projects. "The foreign businessman's profit opportunities lie in showing Chinese partners how to find the overseas orders that they need," Standard Chartered's area general manager, W. C. L. Brown, told a recent conference. "Unless China can win new sales abroad, the rest of the partnership with the international business community will be in jeopardy."

Foreign branch banks in Shenzhen can be invaluable to China in this respect, and at substantial benefit to themselves, for Shenzhen is a showcase of China's modernisation drive. But herein lies another apparent contradiction, which those unfamiliar with the Chinese mind might misread.

Last year, the Shenzhen "experiment" came under attack by the government for breeding corruption and fraud in its rush to attract foreign funds. The criticisms, coupled with severe new restrictions on imports, credit and foreign exchange, led to speculation in the media about China's diminishing commitment to the SEZ.

At the same time, local enterprises continued to seek business links with foreign firms, and industrial output in Shenzhen last year reached HK $6.23 billion. Five foreign banks were permitted to open branch offices in Shenzhen, and a joint venture bank was approved in the Xiamen SEZ. Once more, China was giving off mixed signals in an attempt to calm the overheated economy.



## Learning process

"The open-door policy is a continuous experiment in learning," observed BCCI's China division manager Arif Kamal.

Like Kamal, most bankers appear quite sanguine about the bumps in the road to China's modernisation. New restrictions are not always welcome, but they can be useful in clarifying the previously fuzzy areas of the law.

For example, when China was still largely uncharted territory, an investor's tax obligations were often negotiable along with the contract details. Now that tax laws have been codified, an investor can no longer hope for preferential treatment, but at least he can usually anticipate his tax bill.

"The tax laws haven't changed, but the interpretation of the laws has been changing and expanding," said Arthur Young's China tax expert Stephen Lau. "What the Chinese did last March, and again in November, was to clarify existing tax regulations applicable to representative offices. But they didn't present it that way. They published the rules in a circular, and some people concluded that the laws were new."

True representative offices are and always were tax-exempt, Lau said. "But foreign enterprises had been doing all kinds of business in China and calling themselves rep offices. Confusion arises when a rep office performs income-producing activities."

## Tax treatment

Unfortunately, China's newly codified tax laws don't guarantee uniform tax treatment — a fact that irritates foreign investors. "Different municipal tax bureaux have different interpretations of the taxation methods applied to rep offices performing the same functions," an executive complained at a China taxation seminar sponsored by the Hong Kong Chamber of Commerce.

Lau agreed, but he held out hope of a timely solution to the problem. Given the number of businesses taking root in the SEZ, he said, "it is inevitable" that the Chinese will have to accept audits performed by foreign accounting firms.

China's attempts to regulate booming foreign investment in the SEZ means that the change will occur slowly. Even the most optimistic bankers aren't yet planning for the day when Beijing will give foreign banks free rein in the SEZ. At the moment, they are forbidden to perform any local currency transactions.

"Changes in the currency regulations are going to take some time," predicted Société Générale's Hong Kong general manager, Patrick Pagni. "What will come first, I think, is the permission for us to deal with Chinese companies seeking foreign currency loans, which isn't allowed now."

BCCI's Kamal compared the process of change in the SEZ with China's agricultural modernisation, which began on a small scale, he said. "As and when success was guaranteed, they imposed the changes on a broader scale. Similarly, our performance in the SEZ will determine whether China opens other cities to foreign banks."

## Special interests

The five foreign banks licensed to conduct branch operations in Shenzhen can offer a wide range of services in foreign currency. As for handling special interests, Indosuez and Société Générale will naturally attract French investment, Standard Chartered will tend to service UK companies, and Hong Kong Bank will likely take the bulk of Hong Kong business. Only BCCI has no apparent client base, but the bank is not without a clear-cut strategy.

"The branch isn't intended for trade finance initially," Rizvi said. "Our aim is to attract international companies and overseas Chinese who want to invest directly in the SEZ."

14

EXHIBIT 3

Rizvi also professed a penchant for barter trade. "We see opportunities for the developing countries to trade with each other instead of borrowing heavily to finance imports," he said. "China is capable of producing agricultural implements, light machinery, chemicals and fertiliser for the developing world. In turn, developing countries can sell China semi-finished products and raw materials. We are present in many developing countries, and this trade will enhance our profitability in the long term."

Does BCCI, then, expect to reap immediate profits in Shenzhen? Rizvi responded indirectly. "In the case of China, there seems to be a great impatience that as soon as you get off the airplane, before you even check into the hotel, you have to make a profit. The Japanese companies are the most successful in China. They are already making profits because they understand the culture and they are willing to be patient."

## Borrowing strategy

Something the Japanese do understand is Beijing's seemingly contradictory attitude towards foreign borrowing. When China began restoring trade links with the world in 1978, transactions were conducted in hard currency. China's reluctance to accept credit became legendary. But slowly, the distaste for borrowing mellowed until, last year, China signed loan agreements totalling US $3.53 billion, up 84.4% from the previous year. About US $2.4 billion was drawn on these credit lines.

MOFERT recently disclosed that in the seven years since 1978, China has utilised US $15.6 billion from the total US $20.3 billion available through loan agreements, and US $1.3 billion from the US $1.6 billion available through commodity credit. Low-cost loans from the World Bank and foreign governments have financed much of the country's development until now. But in a somewhat surprising turn of events, China has begun to mine the international capital markets as alternative sources of cheap foreign money.

Since 1984, state-run financial entities, principally Bank of China and CITIC, have issued foreign currency denominated bonds and CDs worth about US $736.6 million, according to the specialist publication *Business China*.

At the top of the list are the yen-denominated bond issues arranged by Japanese securities firms, which were the first to coax China into the capital markets. Nomura Securities recently identified China as the major player in Tokyo's foreign currency bond and yen-denominated foreign bond markets in the period from



January 1985 through mid-February 1986. China raised US $763 million during that time, compared with US $761 million raised by the US and US $683 million raised by Australia.

China has already announced plans for several forays into the international bond markets this year, including two by newcomers Shanghai Investment and Trust Corp., and Guangdong International Trust and Investment Corp. Both will be issued in Tokyo.

Offering long-term funds at attractive rates, the capital markets suit China's financing needs perfectly. The reverse is also true, observed Société Générale's Pagni. "We will see a growing appetite from the financial markets for Chinese paper," he said. "China can take advantage of its very top rating."

## Role of joint ventures

Even as China delves deeper into the capital markets, the joint venture remains its prime vehicle for securing foreign funds. In 1985, 2,800 new joint venture contracts were approved, and direct foreign investment in China reached US $5.85 billion. As BCCI's Kamal observed, "China has used the joint venture to avoid borrowing at commercial rates."

Joint ventures take many forms, from leasing companies to merchant banks, manufacturing operations and distributors. They have in common the principle of mutual benefit. For the Chinese, joint ventures are a means of participating, on an equity basis, in the development of Western technology. For the foreign firm, they are the doorway to a tightly controlled local market.

However favoured, joint ventures did not escape the effects of Beijing's recent clampdown. Concern about shrinking foreign exchange reserves led to a requirement that all joint ventures be at least 30% equity financed. At the same time, guarantees have become ever more difficult to secure. Bank of China, alarmed at a surge in contingent liabilities in the form of guarantees for joint ventures, named 44 institutions as the sole guarantors for foreign-currency-backed joint ventures.

Robin Gray is managing director of the Royal Bank of Canada's joint venture with CITIC, the Hong-Kong-based merchant bank called China Investment and Finance Ltd. He said the new rules have "shifted out the carpetbaggers" and virtually eliminated the joint ventures that were entrepreneurial projects rather than true investments.

## Place for foreign investors

The strategy produced some positive side effects. Increasingly secure about repayment terms, bankers began studying project finance in China with renewed interest, according to Société Générale's Pagni. "They know their principal will be safe," he said.

Merchant banker Gray cited the Ping-shuo coal project in Shanxi as an example of foreign investors' willingness to offer limited recourse or full recourse project financing for certain joint ventures. RBC is among the lead managers. A US $400 million loan package arranged to finance development will be guaranteed largely by the mine's assets and cash flow.

Obviously, China is no longer the reluctant borrower. In order to finance its modernisation targets, the country will have to court foreign investors. At the same time, Beijing will not allow the economy to run rampant, especially in the SEZ. The tug of war between innovation and regulation is likely to continue.

Standard Chartered's new China division manager, Mark Harding, perhaps summarised the current situation. "This is a mid-course correction, rather than a slowdown," he said. "The Chinese are reappraising, pausing to get control of the situation. We still see the prospects there as very encouraging."

EXHIBIT 3

# Around the BCC World



## BCC Welcomes China Delegation

BCC officers in New York organised a luncheon reception in honour of Mr Li Hao, Mayor of Shenzhen, and his colleagues, when they visited the US. The purpose of the reception was to introduce Mr Li Hao to senior executives of multinational companies, diplomats, Federal Reserve officials and representatives of New York City Hall and the Chamber of Commerce. Mr Li Hao was full of praise for the assistance given by BCC to his delegation. In his speech he said he was greatly encouraged to have friends such as BCC.

Mr Li Hao and his colleagues also visited Houston, Texas, where BCC again introduced the Chinese delegation to senior managers from large corporations.

Both receptions formed part of BCC's desire to encourage and enhance trade between the US and China. Last year BCC opened a branch in Shenzhen, the largest of China's four Special Economic Zones, with permission to handle offshore-banking-related business.

April 7, 1986, BCC Luncheon — Houston, Texas, honouring Shenzhen Mayor and delegation from the People's Republic of China.

**Top (left to right):** 1. Syed M. Rizvi — BCC Houston, Texas. 2. A. R. Sakhia — BCC Miami, Florida. 3. Iskander M. Bawkher — BCC Houston, Texas. 4. The Honourable Li Hao — Vice-Governor Guangdong Province and Mayor of Shenzhen (Head of the Delegation), the People's Republic of China. 5. Louis Saubolle — BCC San Francisco, Calif. 6. Zou Erkang — Secretary-General & Deputy Head of the Shenzhen Delegation, the People's Republic of China.

**Bottom (left to right):** 1. Tang Xingbo — Consul-General of the People's Republic of China in Houston, Texas. 2. Barbara Goldfield — Director of Protocol, Office of the Mayor of Houston, Texas. 3. Sharron Matthews — Asst. Director of Protocol, Office of the Mayor of Houston, Texas.



EXHIBIT 3

16



## Honoured at Buckingham Palace

Major Parkash Singh was invited by H.R.H. Queen Elizabeth II to a reception at Buckingham Palace for holders of the Victoria Cross. His daughter, Mrs Nerlap Sohal, wearing the pink dress in the photograph, accompanied her father to the palace for this honour. Mrs Nerlap Sohal works in the Bills Department at Central Unit.

## Giving in Colombia

BCC Colombia has organised an Asian Desk at Chico branch to help with collections for the Red Cross. The photograph shows (from left): Mr Ronen Pawar, co-ordinator of embassy and charity accounts; Mr Lopez, manager of the Chico branch, giving a cheque on behalf of BCC Colombia to Mrs Gloria Khisha, wife of the Indian Ambassador; Mrs Margarita Mosquera, assistant coordinator for embassy accounts, and the wives of Egyptian and Korean Ambassadors.



The International Red Cross has opened accounts with BCC branches in Bogotá, Cali, Pereira and Ibagué. The Korean, Indian and Egyptian Embassies have accounts with BCC at the Chico branch in Bogotá.

## BCC Responds to Commonwealth Games Appeal

The renewed appeal by the organisers of the Commonwealth Games in Edinburgh for additional money to make up the expected shortfall of £1.5m is already meeting some success.

BCC, which has branches in 26 Commonwealth countries, including one in Edinburgh and another in Glasgow, announced that its travellers cheques will be the official Games cheques.

Mr Chris Johnson, from UK Regional Office, said the bank was already making a "significant contribution" to the appeal fund, but had decided to respond to the appeal for "an extra effort".

It will give 50% of all the commission earned on travellers cheques sales through its two Scottish branches to the fund. This could raise more than £3,000.



The occasion was marked by the selling of a book of travellers cheques to Isle of Man cyclist Stephen Porter. Stephen, who is taking part in his second Commonwealth Games, works in BCC's Isle of Man branch.

EXHIBIT 3

17

# Around the BCC World

## Excellence in Athletics

Reuben Bayley, a trainee officer at the BCC Barbados branch, is likely to represent his country in the 800 metres event at this summer's Commonwealth Games in Edinburgh. Reuben has an outstanding history of athletic excellence and in 1985 he was named Barbados athlete of the year.

## A Royal Team



BCC has sponsored a team in the Jordanian International Car Rally. The team was led by HRH Prince Abdullah Bin Al Hussein. His co-driver was Mr Amar Bilbeisi, son of Mr Fakhri Bilbeisi, regional manager of BCCI-Amman. Despite strong international opposition, the BCC-sponsored team finished in third position. The photograph shows HRH Prince Abdullah with Mr Waquar A Khan, manager of BCC-Amman.

## Building Relationships

Mr Wang Deyang, vice-president and chairman of the Bank of China, and Madame Bai Shizhen, deputy general manager, have visited Canada on an official mission. The two officials are seen here with Mr Abbas Jafferi of BCC Canada.



## Travellers Cheques Seminar

Representatives from banks all over the Far East attended a seminar on travellers cheques organised by BCC Hong Kong. The quality of the seminar was excellent and created a lot of goodwill towards BCC's TC programme. The organisers are confident that this goodwill will be translated into this year's sales figures.



18

EXHIBIT 3



## NBO and BCC — Prominent Banks in Oman

For the fifth year in a row, NBO has topped the commercial banks' asset-wise ranking in 1985, while BCC Oman has improved its ranking from fourth to third place.

## A Winning Team

The BCC Hockey Club in London was formed last year and has already gained a reputation in club hockey. The team travelled to Holland for an international competition sponsored by Philips International. As a result of its good showing, the club, captained by Mr Ohsin Noon, has been invited to play in hockey tournaments all over Europe.

**Asset-wise ranking of commercial banks in Sultanate of Oman as at December 31, 1985**

Rial Omani ,000

| Ranking 1985 | Ranking 1984 | Name of Bank | Year of Estb. | Assets 1985 | Assets 1984 | Deposits 1985 | Deposits 1984 | Loans 1985 | Loans 1984 | Capital & Res. 1985 | Capital & Res. 1984 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | National Bank of Oman | 1973 | 373,271 | 359,700 | 231,840 | 251,462 | 180,677 | 152,201 | 21,537 | 18,608 |
| 2 | 3 | Oman International Bank | 1975 | 124,651 | 95,990 | 93,619 | 69,690 | 87,164 | 53,082 | 9,363 | 9,195 |
| 3 | 4 | Bank of Credit & Commerce International | 1974 | 97,271 | 85,857 | 77,089 | 71,123 | 52,038 | 41,674 | 4,933 | 4,252 |
| 4 | 2 | BBME | 1948 | 96,041 | 103,794 | 81,415 | 73,745 | 64,677 | 69,627 | 6,539 | 5,801 |
| 5 | 5 | BOBK | 1974 | 89,358 | 78,680 | 59,394 | 56,906 | 66,357 | 53,893 | 11,329 | 8,564 |
| 6 | 7 | Oman Arab Bank | 1973 | 88,493 | 61,618 | 69,020 | 52,296 | 52,296 | 28,884 | 6,780 | 6,047 |
| 7 | 6 | Commercial Bank of Oman | 1976 | 74,988 | 64,697 | 54,346 | 48,148 | 47,543 | 35,347 | 6,158 | 4,798 |
| 8 | 8 | Al Bank Al Ahli Al Omani | 1976 | 53,263 | 49,422 | 40,118 | 37,516 | 38,371 | 27,491 | 5,149 | 4,366 |
| 9 | 10 | Oman Overseas Trust Bank | 1981 | 41,050 | 39,859 | 21,302 | 20,389 | 25,710 | 25,017 | 6,242 | 4,426 |
| 10 | 9 | Union Bank of Oman | 1976 | 33,468 | 47,835 | 20,234 | 27,807 | 23,316 | 27,745 | 4,679 | 4,623 |

EXHIBIT 3

19

# Marketing Account Officers

The following officers have a special responsibility for marketing BCC's services around the world. Their quality and vision will help determine the success of the bank in future years.

| Country | Marketing Account Officer |
|---|---|
| **AFRICA I** | |
| CAMEROON | MR K F FONDERSON |
| CYPRUS | MR WAQAR A KHAN |
| DJIBOUTI | MR NASEEM AHMED |
| FRANCE | MR O FOLLIN |
| GABON | MR M P RAVINDRANATHAN |
| COTE DE IVOIRE | MR MOEENUL HAQ |
| MONACO | MR MOUNIR KAREM |
| NIGER | MR JUNAID IQBAL |
| SENEGAL | MR HABIB NDAO |
| SUDAN | MR A HAFIZ SAID |
| TOGO | MR NASRULLAH KHAN |
| **AFRICA II** | MR SIMON G PERKS |
| KENYA | MR SULEIMAN MURUNGA |
| LIBERIA | MR M IFTIKHAR SHABBIR |
| NIGERIA | MR Y TOKOSI/ |
| | MR A ZAHEER |
| SEYCHELLES | MRS YVETTE DHANJEE |
| SIERRA LEONE | MR MAJIDULLAH HUSEINI |
| **AFRICA III** | MR E A GARDA |
| BOTSWANA | MR B N CHOUDHURY |
| SWAZILAND | MR W H JAFREE |
| ZAMBIA | MR S R HASHMI |
| ZIMBABWE | MR B C BARKATAKI |
| **CARIBBEAN REGION** | |
| BAHAMAS | MR FAIQ USMANI |
| BARBADOS | MR SHABBAR JAWAID |
| JAMAICA | MR S M AKHTAR |
| TRINIDAD & TOBAGO | MR AMIN M JINDANI |
| **FAR EAST REGION** | MR SUDHIR VIRENDRA |
| AUSTRALIA | MR SHARIF ISLAM |
| BANGLADESH | MR SAJIDUL HUQ |
| CHINA | MR ANWARUL AMIN |
| HONG KONG | MR SUDHIR VIRENDRA |
| INDONESIA | MR MOHAMMAD YOUSUF |
| JAPAN | MR N B SHAMS |
| MACAU | MR S CHATTERJEE |
| PHILIPPINES | MR TIP TORRES |
| KOREA | MR SANJEEV SINGH |
| **INDIA REGION** | |
| INDIA | MR S MAHDI/ |
| | MR A R RAO |
| MAURITIUS | MR S A SIDDIQUI |
| **LATIN AMERICA REGION** | MR AKBAR BILGRAMI |
| ARGENTINA | MR MASSIMO PRAGA/ |
| | MR IRFAN AKHTAR |

| Country | Marketing Account Officer |
|---|---|
| BRAZIL | MR J SHAH |
| COLOMBIA | MR RONEN PAWAR/ |
| | MR M MOSQUERA |
| GRAND CAYMAN | |
| PANAMA | MR I NASIM |
| PARAGUAY | MR W SIDDIQUI |
| URUGUAY | MR S FEROZ |
| VENEZUELA | MR R MAQSOOD |
| **LUXEMBOURG REGION** | MR SOHAIL KAZI |
| NETHERLANDS | MR SAMIR NIZAMI |
| WEST GERMANY | MR G WANDREY |
| **MIDDLE EAST REGION** | MR JAWAID GILANI |
| UAE | MR A W MALIK/ |
| | MR S A MALIK |
| BAHRAIN | MR ZUBAIR KHAN |
| JORDAN | MR W A KHAN |
| OMAN | MR SALIM LALANI |
| YEMEN | MR S M OWAIS |
| **SOUTH ASIA REGION** | MR FARRUKH RIZVI |
| PAKISTAN | MR NASIM QAZI/ |
| | MR MANSOON A KHAN |
| SRI LANKA | MR A H MUFTI |
| MALDIVES | MR A K HUSSAIN |
| **UK REGION** | MR C L JOHNSON |
| **USA** | MR SAEED SIDDIQUI/ |
| NEW YORK | MR O SADIK/ |
| | MR NADEEM NAQVI/ |
| | MR Z SALEEM |
| SAN FRANCISCO | MR RONALD SUTLIFF |
| CANADA – EAST – WEST | MR W A GALBRAITH |
| | MR M HUSSAIN |
| EGYPT | MR H SAEED/ |
| | MR M A RAZAK |
| GHANA | MR ABAD MOHAMMED |
| ITALY – ITALFINANCE INT | MR SHUJA KIDWAI |
| KUWAIT – KIFCO | MR SOHAIL FANCY |
| OMAN – NATIONAL BANK OF OMAN | MR S K BANATWALA |
| SPAIN | MR A B S JAFRI |
| SWITZERLAND – BCP | MR WALTER SPOERRI |
| UAE – BCC EMIRATES | MR JAVED ALI KHAN/ |
| | MR A DAWOODALLY |

EXHIBIT 3

# BCCI HOLDINGS (LUXEMBOURG) SA

## *Financial Highlights*
## *1985*

| | |
|---|---|
| **Capital Fund**<br>including reserves | US $1,190 million<br>(since increased to US $1,510 million) |
| **Deposits**<br>from customers | US $12,700 million |
| **Loans and Advances**<br>net of provisions | US $6,800 million |
| **Total Assets**<br>excluding contras | US $16,500 million |
| **Result before Tax**<br>after subvention | US $158 million |
| **Capital/Assets Ratio** | 7.18%<br>(since increased to 9%) |
| **Branches and Offices in** | 71 Countries |

**Principal Subsidiaries**

**Bank of Credit & Commerce International S.A., Luxembourg**
**Bank of Credit & Commerce International (Overseas) Ltd., Grand Cayman**

EXHIBIT 3

EXHIBIT 3