3/8/24, 2:36 PM
Federal campaign watchdog fines DNC, Clinton campaign over dossier spending disclosure - POLITICO
Case 3:24-cv-00040-ZNQ-TJB   Document 45-3   Filed 03/22/24   Page 1 of 5 PageID: 1660



POLITICS

# Federal campaign watchdog fines DNC, Clinton campaign over dossier spending disclosure

The conciliation agreements found "probable cause to believe" that both the campaign and national party "misreport[ed] the purpose of certain disbursements."



Former Secretary of State Hillary Clinton speaks during the 2022 New York State Democratic Convention on Feb. 17, 2022, in New York City. | Michael M. Santiago/Getty Images

By **ZACH MONTELLARO**
03/30/2022 08:31 PM EDT
Updated: 03/31/2022 12:29 PM EDT

The Federal Election Commission has agreed to a fine of over $100,000 against the Democratic National Committee and Hillary Clinton's 2016 campaign over an investigation into alleged misreporting of spending related to the now-infamous Steele dossier.

EXHIBIT 2

The FEC fined both organizations after a pair of now years-old complaints — one from the Campaign Legal Center and another from the conservative Coolidge Reagan Foundation — alleged that the party and campaign reported payments to the powerhouse Democratic law firm Perkins Coie as legal expenses, when in actuality some of the money was earmarked for "paying Fusion GPS through Perkins Coie to conduct opposition research on Donald Trump," as the Campaign Legal Center's original complaint read.

The DNC and the Clinton campaign collectively agreed to pay $113,000 in fines, according to separate conciliation agreements the agency made with both parties. The DNC will pay $105,000 and the Clinton campaign $8,000.

The FEC conciliation agreements were made public Wednesday after the Coolidge Reagan Foundation first shared a response letter from the agency with the Washington Examiner. POLITICO independently obtained a second, and similar, letter the agency sent to the CLC.

The Steele dossier, which was first made public when BuzzFeed News published it in January 2017, contained a variety of accurate, inaccurate, unproven and sometimes salacious allegations about ties between Russia and Donald Trump, as well as others in his orbit.

The conciliation agreements found "probable cause to believe" that both the campaign and national party "misreport[ed] the purpose of certain disbursements" when they said certain payments to Perkins Coie were for legal fees.

The pair of agreements were signed for the Democratic groups on Feb. 16 by Graham Wilson, an attorney who was formerly at Perkins Coie and is now at the Elias Law Group.

📣 Want more POLITICO? Download our mobile app to save stories, get notifications and more. In iOS or Android.

In the agreements, the DNC and Clinton campaign contend that they believed they properly disclosed the spending. The agreements read that the party and campaign do "not concede, but will not further contest the Commission's finding," in order to settle the matters and not incur more legal costs.

Daniel Wessel, a DNC spokesperson, said in a statement that "we settled aging and silly complaints from the 2016 election about 'purpose descriptions' in our

EXHIBIT 2

FEC report," while a spokesperson for Clinton's office did not respond to a request for comment.

The agency's full factual and legal analysis is not yet publicly available. The FEC has roughly 30 days to make it so, and an agency spokesperson declined to comment beyond noting that time frame for closed complaints. The agency routinely does not comment on specific allegations or enforcement measures.

The civil penalty appears to relate to highly technical rules about how campaign spending through an intermediary should be reported, and not to delve into issues around the legality (or veracity) of the dossier. In a letter addressing one of the complaints, the commission said it dismissed allegations against Marc Elias — who was then an attorney at Perkins Coie and is now the namesake of his own firm — and the law firm itself, Fusion GPS and Christopher Steele himself, and other allegations against the DNC over impermissible contributions from foreign nationals.

Trump, in a statement, boasted about the decision and touted a lawsuit he brought in federal court in Florida last week against Clinton, allies and others he accused of trying to "take down and illegally destroy your favorite President, me."

*Josh Gerstein contributed to this report.*

---

*CORRECTION: An earlier version of this article misstated lawyer Graham Wilson's law firm.*

**FILED UNDER:** RUSSIA, HILLARY CLINTON, DNC, FEC, DONALD TRUMP, DONALD TRUMP 2024

### MOST READ



**1  CALIFORNIA**
Katie Porter pulled a Trump move after losing. Democrats are livid.



**2  EXCLUSIVE**
Intel agencies eye brief for Trump, amid fears he could spill secrets

**3  STATE OF THE UNION 2024**
Biden chooses a hammer over an olive branch

EXHIBIT 2

## Playbook

The unofficial guide to official Washington, every morning and weekday afternoons.

**EMAIL**

Your Email

**EMPLOYER**

Employer

**JOB TITLE**

Job Title

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SIGN UP

### 2024 ELECTIONS



Trump gets $91.6 million bond while he appeals verdict in E. Jean Carroll defamation case

No Labels delegates vote to move forward with presidential ticket

RNC installs new leadership as Trump tightens hold on GOP

Outgoing RNC chair: 'We cannot put our heads in the sand' on abortion



About Us
Advertising
Breaking News Alerts
Careers
Credit Card Payments
Digital Edition
FAQ
Feedback
Headlines
Photos
POWERJobs
Press
Print Subscriptions
Request A Correction
Write For Us

Site Map

Terms of Service

Privacy Policy

© 2024 POLITICO LLC

EXHIBIT 2