117TH CONGRESS
2D SESSION
# H. RES. 1011

Recognizing the erroneous and misleading allegations in the October 19, 2020, "Public Statement on the Hunter Biden Emails" signed by 51 former intelligence officials.

---

## IN THE HOUSE OF REPRESENTATIVES

MARCH 29, 2022

Mr. GAETZ (for himself, Mr. MASSIE, Mrs. GREENE of Georgia, Mr. GOSAR, Mr. BIGGS, Mr. BISHOP of North Carolina, and Mr. GOHMERT) submitted the following resolution; which was referred to the Committee on Oversight and Reform

---

# RESOLUTION

Recognizing the erroneous and misleading allegations in the October 19, 2020, "Public Statement on the Hunter Biden Emails" signed by 51 former intelligence officials.

Whereas, on October 14, 2020, the New York Post exclusively reported on a ". . . massive trove of data recovered from a laptop computer" belonging to Hunter Biden;

Whereas, on October 19, 2020, 51 current and former intelligence officials signed and released a "Public Statement on the Hunter Biden Emails", which announced that the emails uncovered on Hunter Biden's laptop ". . . [have] all the classic earmarks of a Russian information operation";

★

Whereas the signatories include Jim Clapper, Mike Hayden, Leon Panetta, John Brennan, Thomas Finger, Rick Ledgett, John McLaughlin, Michael Morell, Mike Vickers, Doug Wise, Nick Rasmussen, Russ Travers, Andy Liepman, John Moseman, Larry Pfeiffer, Jeremy Bash, Rodney Snyder, Glenn Gerstell, David B. Buckley, Nada Bakos, Patty Brandmaier, James B. Bruce, David Cariens, Janice Cariens, Paul Kolbe, Peter Corsell, Brett Davis, Roger Zane George, Steven L. Hall, Kent Harrington, Don Hepburn, Timothy D. Kilbourn, Ron Marks, Jonna Hiestand Mendez, Emile Nakhleh, Gerald A. O'Shea, David Priess, Pam Purcilly, Marc Polymeropoulos, Chris Savos, Nick Shapiro, John Sipher, Stephen Slick, Cynthia Strand, Greg Tarbell, David Terry, Greg Treverton, John Tullius, David A. Vanell, Winston Wiley, and Kristin Wood;

Whereas the verification of doubts surrounding a developing story published by the New York Post story was not proven at the writing of the "Public Statement of Hunter Biden Emails";

Whereas the distribution of this letter occurred 15 days before the 2020 Presidential election;

Whereas using authorized access as a platform to discredit legitimate reporting has falsely informed the public prior to the outcome of the 2020 Presidential election;

Whereas, on October 19, 2020, Director of National Intelligence, John Ratcliffe, appeared on a televised interview with Fox Business, where he declared that "Hunter Biden's laptop is not part of some Russian disinformation campaign, and I think it's clear that the American people know that";

3

Whereas Twitter locked the New York Post's account for seven days following the October 2020 report;

Whereas, on April 8, 2021, the Daily Mail reported that "103,000 text messages, 154,000 emails, more than 2,000 photos and dozens of videos" from Hunter Biden's laptop were authenticated by forensic experts;

Whereas, on March 17, 2022, the New York Times published an article tacitly referring to these same legitimate emails found on Hunter Biden's laptop, which are being used in a grand jury probe into his finances;

Whereas, on March 22, 2022, 4 of the 51 signatories have issued sustained support of their letter, since the New York Times March 17th article, which passively verified the data discovered on Hunter Biden's "Russian Disinformation" laptop; and

Whereas this resolution shall be known as the "Spook Who Cried Wolf Resolution": Now, therefore, be it

1  *Resolved,* That it is the sense of the House of Rep-
2  resentatives that the 51 signatories of the letter who pub-
3  licly and falsely decried Hunter Biden's laptop to be Rus-
4  sian disinformation should be barred from holding any
5  level of security clearances indefinitely.

○