

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

October 20, 2020

The Honorable Ron Johnson
Chairman
Committee on Homeland Security and
 Governmental Affairs
United States Senate
Washington, D.C.  20510

Dear Chairman Johnson:

    This responds to your letter, dated October 17, 2020, to the Federal Bureau of Investigation (FBI) regarding the authenticity of certain information provided to your Committee, including whether such information is linked to a foreign adversary's influence operation or is otherwise fraudulent.  You also ask several questions about a laptop computer reportedly produced pursuant to a grand jury subpoena.

    As you may know, the Office of the Director of National Intelligence has advised the American public that, in advance of the 2020 election, a number of nation-states plan to use covert and overt influence measures in an attempt to sway voter preferences and perspectives, sow discord in the United States, and undermine the confidence of Americans in our democratic process.  The FBI is the primary investigative agency responsible for the integrity and security of the 2020 election, and as such, we are focused on an array of threats, including the threat of malign foreign influence operations.  Regarding the subject of your letter, we have nothing to add at this time to the October 19th public statement by the Director of National Intelligence about the available actionable intelligence.  If actionable intelligence is developed, the FBI in consultation with the Intelligence Community will evaluate the need to provide defensive briefings to you and the Committee pursuant to the established notification framework.

    Finally, as the FBI advised the Committee in its letter, dated October 5, 2020, consistent with longstanding Department of Justice (Department) policy and practice, the FBI can neither confirm nor deny the existence of any ongoing investigation or persons or entities under investigation, including to Members of Congress.  As the Inspector General firmly reminded the Department and the FBI in recent years, this policy is designed to preserve the integrity of all Justice Department investigations and the Department's ability to effectively administer justice without political or other undue outside influences.  Therefore, the FBI cannot provide any additional information in response to the enumerated questions in your letter.

    Thank you for your support of the FBI, its mission, and its people.

Sincerely,

*[signature]*

Jill C. Tyson
Assistant Director
Office of Congressional Affairs

EXHIBIT 8

The Honorable Ron Johnson
Page Two

cc: The Honorable Gary Peters, Ranking Member
Senate Committee on Homeland Security and Governmental Affairs

EXHIBIT 8