

EXHIBIT 20