Ad-hoc | 9 January 2013 16:04

# Deutsche Börse AG

Deutsche Börse AG: Deutsche Börse AG subsidiary Clearstream to enter into settlement discussions with OFAC

Deutsche Börse AG   / Key word(s): Miscellaneous

09.01.2013 16:04

Dissemination of an Ad hoc announcement according to § 15 WpHG, transmit by DGAP – a company of EquityStory AG.
The issuer is solely responsible for the content of this announcement.

---

Deutsche Börse AG subsidiary Clearstream to enter into settlement discussions with OFAC

The US Treasury Department Office of Foreign Assets Control ('OFAC') has contacted Clearstream Banking SA ('Clearstream'), a 100 percent subsidia of Deutsche Börse AG, regarding OFAC's investigation under US Iran sanctions regulations of certain securities transfers within the Clearstream settlement system in 2008. These transfers implemented the decision taken by Clearstream in 2007 to close its Iranian customers' accounts. OFAC had been informed of the closing of the accounts in advar

OFAC has now invited Clearstream to pursue closure of the matter through substantive discussions and settlement in accordance with OFAC's standar procedures. Thereupon Clearstream has decided today to enter into such settlement discussions with OFAC.

OFAC has communicated to Clearstream its preliminary views on the investigation. OFAC's preliminary views are that (1) apparent violations

EXHIBIT 25