| Name | Date of Document | Type of Document | Associated Document |
|---|---|---|---|
| Asad Akhtar | 6/12/2013 | Mortgage - 90 Law Street, Valley Street, NY 11580 | Refinance. Est. Value: $350,000.00 |
| Asad Akhtar | 6/12/2013 | Mortgage (Wells Fargo) 5774421984144023 | Est. Value $350,000.00 (Refinance of 90 Law St. V.S. NY |
| Farah Mushtaq | 2/22/2016 | Discovery Credit Card (Stmt) | Balance: $3,706.95 |
| Ariam Solutions, Inc. | 1/12/2016 | Certificate of Incorporation | Registration Address: 253 D. Lafayette Rd., Ste 3C, Menlo Pk., NJ 08837 |
| Ariam Solutions, Inc. | 1/12/2016 | IRS - EIN Letter (81-1065380) | Registration Address: 253 D. Lafayette Rd., Ste 3C, Menlo Pk., NJ 08837 |
| Ariam Solutions, Inc. | | Bank of America Checkbook Acct: 381040864228 | |
| Tanweer Jahangir | | TD Bank Checkbook Acct: 432-0098521 | 253 D. Lafayette Rd., 3C, Menlo Park, NJ 08837 |
| Shahid Akhtar | 4/1/2016 | Savit Collection Agency Acct: C13799 | The Club at Woodbridge, mailing address: 90 Law Street, Valley Stream NY |
| Ariba Technologies, LLC | 4/5/2016 | Shahid Akhtar - Annual Report filing | 253 D. Lafayette Rd., 3C, Menlo Park, NJ 08837 |
| Asad Akhtar | 2/19/2016 | Traffic Violation (April 16, 2014) | |
| Poonam D. Kumar | | 2014 W-2; Employer ID: 223451095000 | Address: 317 Morris Avenue, Summit, New Jersey 07901 |
| Shahid M. Akhtar | | 2014 W-2; Employer ID: 223451095000 | Address: 34 J Reading Road, Edison Township, New Jersey 08817 |
| Asad Akhtar | 2/19/2016 | CMC Residential Lease Ledger | Address: 253D Lafayette Road, Apt. 3C, Edison, New Jersey 08807 |
| Aftab Anwar Solutions, Inc. | | Executed Check - Chase Acct.:766109370 | Address: 90 Law Street, Valley Stream, New York 11580 |

EXHIBIT 29

| Name | Date of Document | Type of Document | Associated Document |
|---|---|---|---|
| Awais Butt | | Executed Check - Chase Acct.:137330038 | Address: 363 N. Harrisburg Avenue, Apt. A, Atlantic City, New Jersey 08401 |
| Enformed Solutions, Inc. | 3/8/2016 | NJ State Dept. of Taxation and Finance Statement of balance due | Address; 90 Law Street, Valley Stream, New York 11580 |
| Online Quran Center, Inc. | 3/4/2016 | Warrant of Satisfaction for Judgment (12/1/15) | Address: 90 Law Street, Valley Stream, New York 11580 |
| | 5/21/2013 | Eviction letter (landlord: Evangelina Pedro 201-207-8250). Ambreen Qamar for non-payment by A. Akhtar. | Address: 113 Ritorto Court, 1st Floor, Union, New Jersey 07083 - MARITAL RESIDENCE |
| | 10/23/2014 | NJ DV Civil Complaint Ambreen Qamar against Asad Akhtar. | Address: 6E Reading Road, Edison, New Jersey 08817 - MARITAL RESIDENCE |
| | 11/17/2014 | Continuance Order | Address: 6E Reading Road, Edison, New Jersey 08817 - MARITAL RESIDENCE |
| Asad Akhtar | 10/31/2016 | Chase Promo Checks, Acct. No.: 321000484868 | Address: 90 Law Street, Valley Stream, New York 11580 |
| Asad Akhtar/Ambreen Qamar | 3/7/2017 | NY State Dept. of Taxation and Finance | Address: 6E Reading Road, Edison, New Jersey 08817 - MARITAL RESIDENCE |
| Farrukh Akhtar | 9/2/2016 | Maturation period of 5 years. | $19,000.00 Loan payable to A. Akhtar. Address: 660 Correll Avenue, Staten Island, NY 10309 |
| Rafawit Liaqat | | Gift letter | $20,000.00 Gift payable to A. Akhtar (cousin). Address: 19 Cromer Road, E. Elmont, NY 11003 |

EXHIBIT 29

| Name | Date of Document | Type of Document | Associated Document |
|---|---|---|---|
| Shahid Akhtar | 7/18/2017 | Gift letter | $35,000.00 Gift payable to A. Akhtar (brother). Address: 90 Law Street, Valley Stream, New York 11580 |
| Shazia Akhtar | 7/20/2017 | Check | $30,000.00 Gift payable to A. Akhtar (sister). Address: 90 Law Street, Valley Stream, New York 11580 |
| Fnu Naeem Ul Hassan | 5/26/2017 | Check | $10,000.00 payable to A. Akhtar. Address: 90 Law Street, Valley Stream, NY 11580 |
| UNDISCLOSED | 6/5/2017 | | $35,000.00 payable to A. Akhtar. Address undisclosed. |
| Kingwood Solutions, Inc. | 6/9/2017 | Check | $30,000.00 payable to A. Akhtar. Address: 10 Lutz Drive, Valley Stream, New York 11580 |
| Asad Akhtar | 7/11/2017 | Escrow Deposit on 10 Overhill Road. | $25,000.00 Citibank Acct.: 76407296 Asad M. Akhtar. |
| Saqib Ali | 5/28/2017 | Check | $20,000.00 Address: 1417 Avenue K., Apt. 6E, Brooklyn, New York 11230 |
| Asad Akhtar/Ambreen Qamar | 9/22/2016 | St. of NJ Overpayment | Address: 103 South Wood Avenue, Apt 124, Linden, New Jersey 07036 |
| Asad Akhtar | 11/19/2015 | Lease | Address: 103 South Wood Avenue, Apt 124, Linden, New Jersey 07036 |
| Asad Akhtar | | | Account No.: 477222751 |
| Ariam Solutions, Inc. | 2/13/2018 | | Address: 103 South Wood Avenue, Apt 124, Linden, New Jersey 07036 |

EXHIBIT 29

| Name | Date of Document | Type of Document | Associated Document |
|---|---|---|---|
| Software Guidance & Assistance | W2 2017 | W2 - Muhammad Khalil | Address: 103 South Wood Avenue, Apt 124, Linden, New Jersey 07036 |
| Linoop Solutions | Instructional documents | Reference to Asad as instructor throughout documents | |
| Muhammad U. Afzal | 7/20/2017 | | Address: 103 South Wood Avenue, Apt 124, Linden, New Jersey 07036 |

EXHIBIT 29