## Creative director of Balenciaga Demna became the ambassador of United24

28 July 2022 - 18:34



Creative director of the Balenciaga fashion house Demna became the ambassador of the United24 fundraising platform initiated by President Volodymyr Zelenskyy in the "Ukraine Recovery" direction to help temporarily displaced persons.

The creative director behind the disgusting kid ads in Balenciaga was assigned by Zelensky to help displaced people in Ukraine.

This was most likely done for child trafficking reasons. Can't think of a better way for this monster to take advantage of children.

All roads lead to Ukraine.



NEWS

# Balenciaga 2.0: Ukrainian Company Gorsad Kyiv Glamourizes Pedophilia And Child Abuse By Producing Disturbing Images For Photography Projects

https://www.eviemagazine.com/post/balenciaga-2-ukrainian-company-gorsad-kyiv-glamourizes-pedophilia

If you thought "Balenciagagate" was over, think again. A company in Ukraine that specializes in alternative photography produces content that glamourizes the sexualization and abuse of children.

By Meredith Evans • Jan 10th 2023 • ⏲ 2 min read

♡ Favorite    🔖 Bookmark for later

*lease note this article contains disturbing images. Intended for readers aged 18 and older.*

Disturbing photos of minors have begun circulating online after users discovered an Instagram account <u>full of inappropriate pictures.</u> The account in question is owned by @grsdkyiv, and it <u>belongs to a company</u> called Gorsad Kyiv. The majority of their photographs include small children being abused. Below, there's a photo of two little boys with their heads in plastic bags. There's another image of a little girl lying in bed with a choker on, and another minor is seen with a chain around her neck.

**View post on Twitter**

Balenciaga 2.0: Ukrainian Company Gorsad Kyiv Glamourizes Pedophilia And Child Abuse, Producing Distu...

Case 3:24-cv-00040-ZNQ-TJB    Document 46-2    Filed 04/01/24    Page 4 of 11 PageID: 2188



Not found

In the post below, a young girl wrapped in a plastic bag lies in bed, and a blonde girl – who looks to be younger than 7 – poses provocatively in minimal clothing and heels.



According to their official website, Gorsad is a Kyiv-based "trio of artists" named Masha Romaniuk, Ulik Romaniuk, and Vitya Vasylie. They "specialize on alternative photography and provocative video," and their works "are mainly focused on youth, feelings and sexuality in all their peculiarities and oddities." They often collaborate with fashion publications.

Balenciaga 2 2: Ukrainian Company Gorsad Kyiv Glamourizes Pedophilia And Child Abuse By Producing Dis... 2/25/24, 2:03 PM

Case 3:24-cv-00040-ZNQ-TJB   Document 46-2   Filed 04/01/24   Page 5 of 11 PageID: 2189

View post on Twitter

Not found

Their list of clients includes TTSWTRS, Litkovskaya, Luxoptica, Skim milk LA, Tender and Dangerous, HOOD BY AIR, Alan Badoev, Max Barskih, Ariel Pink, Dazed magazine, Desillusion Skatebording, and Cashbroke. Gorsad's work has been published in large magazines including Vogue, L'officel, Numero, Liberation, Dazed magazine, Kapital-noviny, I-D, Vice, Dust, Tush, Trip mag, Tissue Mag, S Mag, and more.





**GORSAD KYIV**
GORSAD - the Kiev-based trio of artists, Masha Romaniuk, Ubik Romaniuk, Vitya Vasyliev, specialized on alternative photography and provocative video. Gorsads works are mainly focused on youth, feelings and sexuality in all their perplexities and oddities.

**Since 2011**
Photography and projects has exhibited worldwide at main gallerys: New York, Seattle, London, Paris, Berlin, Köln, Kyiv, Leipzig, Barselona, Malmö, Ljubljana, Odessa, Athens, Vilnius and others

**Production**
GORSAD is a full-service photo and video production with a focus on provocative content. We cover a full range of services from perfect casting to postproduction. We specialize in such creative projects as: photo and video shoots, advertising campaigns and short films.



**NATLY DENISE** ✓
@NatlyDenise_ · Follow

Oh yes. Indeed peep these fashion publications. Some big names on this list. As public as #GorsadKyiv is with their debauchery, I'm pretty sure these fashion publications knew what type of mixed media they were potentially working with. Also note the cities they've been featured

# Since 2011

Photography and projects has exhibited worldwide at main gallerys: New York, Seattle, London, Paris, Berlin, Köln, Kyiv, Leipzig, Barselona, Malmö, Ljubljana, Odessa, Athens, Vilnius and others

GORSAD's works have been published in magazines such as: Vogue, L'officel, Numero, Liberation, Dazed magazine, Kapital-noviny, I-D.Vice magazine, DUST Magazine, Tush magazine, Trip mag, Tissue Mag, S Mag New York, Calvertjournal, Dry Magazine, Blink Magazine, Romeo

One user, @itsnatlydenise, discovered some of their other work on Instagram. Gorsad shared an image they were proud of, and it was selected by none other than *Vogue*. It showed a frail minor nearly naked in bed, hugging her knees to her chest.



NATLY DENISE ✓ · Dec 29, 2022                                          𝕏



**@NatlyDenise_** · Follow

Replying to @NatlyDenise_

This is their description posted on their website: "Gorsads works are mainly focused on **youth**, feelings and **sexuality** in all their peculiarities and oddities."

......**No ma'am**, **No sir**........Never, absolutely not.

# GORSAD KYIV

GORSAD - the Kiev-based trio of artists, Masha Romaniuk, Ulik Romaniuk, Vitya Vasyliev, specialized on alternative photography and provocative video. Gorsads works are mainly focused on youth, feelings and sexuality in all their peculiarities and oddities.



**NATLY DENISE** ✓
@NatlyDenise_ · Follow

We are going to transcend through some of their "work" .. this is one they are proud of.. selelcted by #Vogue @voguemagazine @BritishVogue @TeenVogue @VogueFrance @VogueRunway @VOGUEIndia @vogueaustralia  WHAT IN THE EVER LIVING @#$%



https://www.eviemagazine.com/post/balenciaga-2-ukrainian-company-gorsad-kyiv-glamourizes-pedophilia



12:36 AM · Dec 29, 2022

Their other pictures were more graphic. They had one of two underaged males staring up at someone's crotch. Another photograph included two minors licking lollipops.



View post on Twitter

Not found

In one headline about Gorsad written by *Numero*, a rough translation states: "The corrupt innocence of Ukrainian youth under the eye of the Gorsad collective."



View post on Twitter

Not found

The Ukrainian legal system currently does not have a clear definition for "prostitution" and "child prostitution." This means that the country levies harsh punishments for the involvement of children in commercial sex work, but the clients are not typically prosecuted. As a result, the victimized children become liable for their own abuse and exploitation.

Don't miss anything! Sign up for our weekly newsletter and get curated content weekly!

Groupe Artemis, the holding company of billionaire Kering CEO François-Henri Pinault – husband of actress Salma Hayek – owns Christie's auction house.The Christie's website features a series of art pieces by brothers Jake and Dinos Chapman, including mannequins of children with erect penises and anuses in place of a nose and mouth.

Their works fetch from hundreds of dollars to more than $500,000.The gallery also featured a pornographic VHS from 1996 showing two porn actresses having sex with a severed adult male mannequin head with an erect penis for a nose. It sold for $1,300.

The VHS was even featured in a British television documentary. "Despite the recent focus on it online, the British brothers' deliberately provocative work has been sold via Christie's for more than two decades, achieving prices that range from hundreds of dollars to

**CEO of Balenciaga Parent Company Owns Auction Site That Sells Child Sex Mannequins With Genitalia For Faces**







Jake and Dinos Chapman (b. 196 and b. 1962)
Fuck Face

Estimate
GBP 30,000 - 40,000



JAKE and DINOS CHAPMAN (B. 1966 & B. 1962)
Fuck Face

Estimate
GBP 12,000 - 18,000

Jake & Dinos Chapman (b. 1962 & 1966)
Fuckface

Estimate
GBP 12,000 - 18,000

Price Realised

Jake and Dinos Chapman (b. 196 and b. 1962)
Zygotic

Estimate
GBP 20,000 - 30,000







Jake and Dinos Chapman (b. 1966 & b. 1962)
Two Faced Cunt

Estimate
GBP 20,000 - 30,000

Jake & Dinos Chapman (B. 1966 & B. 1962)
Cockroach Kid

Estimate
GBP 6,000 - 9,000

Price Realised

Jake and Dinos Chapman (B. 196 & B.1966)
Great Deeds Against the Dead

Estimate
GBP 400,000 - 600,000