MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants, Christopher J. Christie, Philip Murphy, Tahesha Way, Judith Persichilli, Sejal Hathi, and Matthew Platkin ("NJ State Defendants")

By:   Michael R. Sarno
      Deputy Attorney General
      (609) 376-3200
      Michael.Sarno@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| MARY BASILE LOGAN, | CIVIL ACTION NO.: 3:24-cv-40-ZNQ-TJB |
|---|---|
| Plaintiff, | |
| v. | **APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1** |
| MERRICK GARLAND, et al., | |
| Defendants. | |

Application is hereby made for a Clerk's Order extending the time for NJ State Defendants to answer, move or otherwise reply to the First Amended Complaint, and the following is represented:

   1.   No previous extension has been obtained.

   2.   Plaintiff served NJ State Defendants with the First Amended Complaint on or about **March 25, 2024**.

   3.   Pursuant to Fed. R. Civ. P. 15(a)(3), the time for NJ State Defendants to

1

answer, move or otherwise reply expires on **April 8, 2024**.

4. Pursuant to Local Civil Rule 6.1(b), NJ State Defendants request that the time for them to answer, move or otherwise reply be extended.

                                                   Matthew J. Platkin
                                                   ATTORNEY GENERAL OF NEW JERSEY

                                                   /s/ *Michael R. Sarno*
                                                   Michael R. Sarno
                                                   Deputy Attorney General

Date: April 3, 2024