**BROWN & CONNERY, LLP**
William M. Tambussi, Esq.
Susan M. Leming, Esq.
Andrew S. Brown, Esq.
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Defendant George E. Norcross, III*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, Pro-Se,<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity as Attorney General, Department of Justice, et al.,<br><br>Defendants. | Case No. 3:24-cv-00040-ZNQ-TJB<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY, PURSUANT TO L. CIV. R. 6.1(b)** |

Application is hereby made for a Clerk's Order extending the time within which Defendant George E. Norcross, III ("Defendant") may answer, move, or otherwise reply to *pro se* Plaintiff's Amended Complaint, and it is represented that:

1. On March 25, 2024, *pro se* Plaintiff filed an Amended Complaint in this action (Doc. No. 45).

2. Defendant was electronically served with the Amended Complaint on that date.

3. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant must answer, move, or otherwise reply to the Amended Complaint on or before April 8, 2024.

4. Pursuant to L. Civ. R. 6.1(b), Defendant requests a fourteen (14) day extension of time to answer, move, or otherwise reply to *pro se* Plaintiff's Amended Complaint, through and until, April 22, 2024.

5. No previous extension has been obtained with respect to *pro se* Plaintiff's Amended Complaint.

Dated:  April 4, 2024                                                  **BROWN & CONNERY, LLP**
*Attorneys for Defendant George E. Norcross, III*

*s/ Susan M. Leming*
Susan M. Leming, Esq.

## ORDER

The above application is ORDERED GRANTED. Defendant George E. Norcross, III's time to answer, move, or otherwise reply is extended to April 22, 2024.

ORDER DATED: _____

                                        MELISSA E. RHOADS, ESQ., Clerk
                                        By: _____
                                        Deputy Clerk