# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*,<br><br>*Plaintiff*,<br><br>-v-<br><br>MERRITT GARLAND, et al.<br><br>*Defendants*. | Civil Action No. 3:24-cv-00040 (ZNQ)(TJB)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>*Document Electronically Filed* |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250.00, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated:  April 3, 2024

*/s/ Nicole G. McDonough*
Nicole G. McDonough
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-5967
Fax: (973) 643-6500
nmcdonough@sillscummis.com
*Attorneys for Defendant,*
*The Democratic National Committee*

**<u>*PRO HAC VICE* ATTORNEY INFORMATION</u>**
Maximillian Feldman, Esq.
Kaplan Hecker & Fink LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
mfeldman@kaplanhecker.com

10643696 v1