**MACCE & CRESTI, P.C.**
17 East Main Street
Clinton, NJ 08809
(908) 713-9008
John C. Macce, Esq. (ID#045361990)
Attorneys for Defendant, Robert Junge

| | |
|---|---|
| MARY BASILE LOGAN, Individually and on behalf of those similarly situated, Pro Se<br><br>Plaintiff,<br><br>V.<br><br>MERRITT GARLAND, in his official capacity of Attorney General, Department of Justice; et. al.<br><br>Defendants. | UNITED DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Case Number: 3:24-CV-00040-ZNQ-TJB<br><br>Civil Action<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on April 4, 2024 I electronically filed the following pleadings on behalf of the Defendant Robert Junge:

1. Answer to Plaintiff's amended Complaint..

Notice of this filing will be sent via email to all counsel of record by the Court's electronic filing system. All parties may access this filing through the CM/ECF system.

MACCE & CRESTI, P.C.
Attorneys for the Defendant, Robert Junge

_____
BY: JOHN C. MACCE, ESQ.

Dated: April 4, 2024