UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*;<br><br>                                          Plaintiff,<br><br>-against-<br><br>MERRITT GARLAND, in his official capacity as Attorney General, Department of Justice;<br><br>LLOYD AUSTIN, III, in his official capacity as the Secretary, Defense Department;<br><br>WILLIAM J. BURNS, in his official capacity as the Director, Central Intelligence Agency;<br><br>CHRISTOPHER A. WRAY, in his official capacity as the Director of the Federal Bureau of Investigation;<br><br>DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veteran Affairs;<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security;<br><br>MARCIA L. FUDGE, in her official capacity as Secretary U.S. Department of Housing and Urban Development;<br><br>ROBERT CALIFF, in his official capacity as Commissioner, Food and Drug Administration;<br><br>WILLIAM J. CLINTON, in his official capacity as the former President of the United States of America;<br><br>HILLARY R. CLINTON, in her official capacity as former Secretary of State for the United States of America;<br><br>THOMAS KEAN, SR., in his official capacity as Chairman 9/11 Commission;<br><br>ROBERT MUELLER, in his former capacity as Director of the Federal Bureau of Investigation; | No. 24-cv-00040 (ZNQ-TJB)<br><br>**NOTICE OF MOTION** |

1

JAMES COMEY, in his former capacity as Director of the Federal Bureau of Investigation;

CHRISTOPHER J. CHRISTIE, in the capacity of the former-Governor of New Jersey;

RICHARD "DICK" CHENEY, in his former capacity as Vice President of the United States;

ELIZABETH "LIZ" CHENEY, in her former capacity as Chair, January 6 Commission;

JOHN KERRY, in his official capacity as U.S. Special Presidential Envoy for Climate;

GEORGE W. BUSH, in his official capacity as President of the United States;

BARACK H. OBAMA, in his official capacity as President of the United States;

LORETTA LYNCH, in her former capacity as United States Attorney General;

JAMES BAKER, in his former capacity as White House Chief of Staff;

ERIC HOLDER, in his former capacity as United States Attorney General;

JOSEPH R. BIDEN, in his official capacity as President, his former capacities as Vice President and Senator, of these United States;

JOHN ASHCROFT, in his former official capacity, as United States Attorney General;

JAMIE GORELICK, in her official capacity, Homeland Security Advisory Council Member;

NANCY PELOSI, in her official capacity as Congresswoman (CA);

GEORGE NORCROSS, in his capacity as Chairman, Cooper University Medical Systems,

PHIL MURPHY, in his official capacity as Governor of New Jersey, and as former Chair of the National Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary of State, as former President of the National Association of Secretaries of State, and her current capacity as Lt. Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then-Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as deputy Commissioner for Public Health Services;

MATTHEW PLATKIN, in his official capacity as Attorney General of the State of New Jersey;

KATHY HOCHUL, in her official capacity as Governor of New York;

ANDREW CUOMO, in his former capacity as Governor of New York and his capacity as Vice-Chair of the National Governors Association;

LETITIA JAMES, in her capacity as Attorney General of the State of New York;

SUSAN RICE, in her official capacity as United States Domestic Policy Advisor

ADAM SCHIFF, in his official capacity as Congressman of the State of California;

CHARLES "CHUCK" SCHUMER, in his official capacity as Senator for the State of New York;

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services;

JANET YELLEN, in her official as Secretary of the United States Treasury;

ROD ROSENSTEIN, in his former capacity as United States Deputy Attorney General;

HUMA ABEDIN, in her former capacity as vice Chair of Hilary

Clinton;

DEBBIE WASSERMAN SCHULTZ, in her current capacity as U.S. Representative, (FL-25);

BILL NELSON, in his official capacity as Administrator of NASA;

OCCIDENTAL PETROLUM;

UNITED HEALTHCARE;

THE DEMONCRATIC NATIONAL COMMITTEE;

THE REPUBLICAN NATIONAL COMMITTEE;

JAMES PITTINGER, in his official capacity as Mayor of Lebanon Borough, State of New Jersey;

LISA SELLA, in her official capacity as Deputy Clerk, Lebanon Borough, State of New Jersey;

ROBERT JUNGE, in his official capacity as Municipal Chair, Republican Party, Lebanon Borough, State of New Jersey;

JOHN DOES (1-100)

JANE DOES (1-100)

         Defendants.

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, and all prior pleadings and proceedings herein, defendants KATHY HOCHUL, in her official capacity as Governor of New York, and LETITIA JAMES, in her official capacity as Attorney General of the State of New York (collectively, "New York State Defendants"), by their attorney, Letitia James, Attorney General of the State of New York, will move this Court on a date and time to be determined by the Court, before the Honorable Zahid N. Quraishi, United States District Judge for the District of New Jersey, at the United States District Court for the District of New Jersey,

4

Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 4W, Trenton, New Jersey 08608, for an order dismissing Plaintiff's Amended Complaint (ECF No. 45), in its entirety as against the New York State Defendants, pursuant to Rules 8, 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FUTHER NOTICE that a proposed order is submitted herewith.

Dated: New York, New York
April 5, 2024

LETITIA JAMES
Attorney General
State of New York
*Attorney for the New York State Defendants*

By: */s/ Frances Polifione*
Frances Polifione
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8973
Frances.Polifione@ag.ny.gov

TO:

Mary Basile Logan, Plaintiff *Pro Se,* via ECF
All attorneys of record via ECF