LETITIA JAMES
Attorney General
State of New York
*Attorney for New York State Defendants*
28 Liberty Street
New York, New York 10005

By: Frances Polifione
Assistant Attorney General
28 Liberty Street
New York, New York 10005
Tel: (212) 416-8973
Frances.Polifione@ag.ny.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*,<br><br>                 Plaintiff,<br><br>      -against-<br><br>MERRITT GARLAND, et al.,<br><br>                Defendants. | No. 24-cv-00040 (ZNQ-TJB)<br><br>**[PROPOSED]**<br>**<u>ORDER</u>** |

This matter having come before the Court by the motion of Frances Polifione, Assistant Attorney General, of counsel to Letitia James, Attorney General of the State of New York, attorney for Defendants Kathy Hochul, Governor of the State of New York, and Letitia James, Attorney General of the State of New York, collectively the "New York State Defendants," for entry of an Order dismissing Plaintiff's Amended Complaint pursuant to Rules 8, 12(b)(1), and 12(b)(2) of the Federal Rules of Civil Procedure, and the Court having considered the motion papers submitted herein and any opposition thereto, and good cause having been shown,

**IT IS** on this _____ day of _____, 2024:

**ORDERED** that the New York State Defendants' Motion to Dismiss Plaintiff's Amended Complaint is hereby granted, and the Amended Complaint is dismissed in its entirety as to the New York State Defendants.

_____

Hon. Zahid N. Quraishi, U.S.D.J.