## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-se*;<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity Attorney General, Department of Justice, et al.,<br><br>Defendants. | Civil Action No. 3:24-cv-0040 (ZNQ-TJB)<br><br>**NOTICE OF THE DEMOCRATIC NATIONAL COMMITTEE'S CONSOLIDATED MOTION TO DISMISS THE AMENDED COMPLAINT AND DEFENDANT ROBERT JUNGE'S CROSS CLAIMS**<br><br>**Return Date: May 6, 2024**<br><br>*Filed Electronically* |

**TO:  Plaintiff *Pro Se* and All Counsel of Record**

**PLEASE TAKE NOTICE** that on May 6, 2024, or as soon thereafter as counsel can be heard, the undersigned attorneys for Defendant the Democratic National Committee (the "DNC") shall move before the Honorable Zahid N. Quraishi, U.S.D.J. at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 4W, Trenton, New Jersey 08608, for an Order granting the DNC's Consolidated Motion to Dismiss the Amended Complaint and Defendant Robert Junge's Cross Claims, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), 41(d) ("the "Motion"), thereby dismissing with prejudice the Amended Complaint filed by Plaintiff Mary Basile Logan and the Cross

Claims filed by Defendant Robert Junge as to the DNC.

**PLEASE TAKE FURTHER NOTICE** that the DNC relies upon the accompanying Memorandum of Law submitted in support of this Motion. A proposed Order is also submitted herewith.

                                    Respectfully submitted,

                                    ___*/s/ Nicole G. McDonough*_____
                                    Nicole G. McDonough
                                    **SILLS CUMMIS & GROSS P.C.**
                                    One Riverfront Plaza
                                    Newark, New Jersey 07102
                                    Tel: (973) 643-5967
                                    Fax: (973) 643-6500
                                    nmcdonough@sillscummis.com

                                    OF COUNSEL:

                                    Shawn G. Crowley, *admitted pro hac vice*
                                    Maximillian Feldman, *admitted pro hac vice*
                                    **KAPLAN HECKER & FINK, LLP**
                                    350 Fifth Avenue, 63rd Floor
                                    New York, New York 10118
                                    Tel: (212) 763-0883
                                    Fax: (212) 564-0883
                                    scrowley@kaplanhecker.com
                                    mfeldman@kaplanhecker.com

                                    *Attorneys for Defendant,*
                                    *the Democratic National Committee*

DATED: April 5, 2024