# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-se*;<br><br>*Plaintiff,*<br><br>v.<br><br>MERRITT GARLAND, in his official capacity Attorney General, Department of Justice, et al.,<br><br>*Defendants.* | Civil Action No. 3:24-cv-0040 (ZNQ-TJB)<br><br>**[PROPOSED] ORDER GRANTING THE DEMOCRATIC NATIONAL COMMITTEE'S CONSOLIDATED MOTION TO DISMISS THE AMENDED COMPLAINT AND DEFENDANT ROBERT JUNGE'S CROSS CLAIMS** |

**THIS MATTER** having been brought before the Court by Sills Cummis & Gross P.C. and Kaplan Hecker & Fink LLP, attorneys for Defendant the Democratic National Committee (the "DNC"), by way of motion seeking an order dismissing the Amended Complaint filed by Plaintiff Mary Basile Logan, *pro se*, with prejudice as to the DNC pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and for costs pursuant to Federal Rule of Civil Procedure 41(d), and an order dismissing Robert Junge's Cross Claims, with prejudice, as to the DNC pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Court having considered the papers filed in support thereof and any opposition thereto; and for good cause shown

**IT IS** on this _____ day of _____, 2024

**ORDERED AS FOLLOWS:**

1

1. The DNC's Motion to Dismiss be and hereby is GRANTED;

2. The Amended Complaint be and hereby is DISMISSED WITH PREJUDICE as to the DNC;

3. The cross claims by Robert Junge be and hereby are DISMISSED WITH PREJUDICE as to the DNC;

4. On or before _____, the DNC shall submit a motion for costs pursuant to Federal Rule of Civil Procedure 41(d) and Local Rule 54.2, including an affidavit from counsel detailing the amount of attorneys' fees and costs sought.

_____

Honorable Zahid Quraishi
United States District Judge