- December 18, 2008

# Clinton Foundation Donors

Former President Bill Clinton's charitable foundation disclosed the names of 205,000 donors on a [Web site](#) Thursday, ending a decade of resistance to identifying the sources of its money. Below, see the list of people and institutons who donated at least $100,000, sort by name or amount. To search by surname, hit control-F. ([See related article.](#))

| | | |
|---|---|---|
| The Children's Investment Fund Foundation | $25,000,000 | 0 |
| UNITAID | $25,000,000 | 0 |
| AUSAID | $10,000,001 | $25,000,000 |
| Bill & Melinda Gates Foundation | $10,000,001 | $25,000,000 |
| Stephen L. Bing | $10,000,001 | $25,000,000 |
| COPRESIDA-Secretariado Tecnico | $10,000,001 | $25,000,000 |
| Fred Eychaner | $10,000,001 | $25,000,000 |
| Frank Giustra, Chief Executive Officer, The Radcliffe Foundation | $10,000,001 | $25,000,000 |
| Tom Golisano | $10,000,001 | $25,000,000 |
| The Hunter Foundation | $10,000,001 | $25,000,000 |
| Kingdom of Saudi Arabia | $10,000,001 | $25,000,000 |
| The ELMA Foundation | $10,000,001 | $25,000,000 |
| Theodore W. Waitt | $10,000,001 | $25,000,000 |
| Government of Norway | $5,000,001 | $10,000,000 |
| Nationale Postcode Loterij | $5,000,001 | $10,000,000 |
| Haim Saban and The Saban Family Foundation | $5,000,001 | $10,000,000 |
| Michael Schumacher | $5,000,001 | $10,000,000 |
| The Wasserman Foundation | $5,000,001 | $10,000,000 |
| S. D. Abraham | $1,000,001 | $5,000,000 |
| Absolute Return for Kids (ARK) | $1,000,001 | $5,000,000 |
| Sheikh Mohammed H. Al-Amoudi | $1,000,001 | $5,000,000 |
| Alltel Corporation | $1,000,001 | $5,000,000 |
| Nasser Al-Rashid | $1,000,001 | $5,000,000 |
| Smith and Elizabeth Bagley | $1,000,001 | $5,000,000 |
| The Eli & Edythe Broad Foundation | $1,000,001 | $5,000,000 |
| Richard Caring | $1,000,001 | $5,000,000 |
| Gilbert R. Chagoury | $1,000,001 | $5,000,000 |
| Citi Foundation | $1,000,001 | $5,000,000 |
| Clinton Giustra Sustainable Growth Initiative - Canada | $1,000,001 | $5,000,000 |
| Victor P. Dahdaleh & The Victor Phillip Dahdaleh Charitable Foundation | $1,000,001 | $5,000,000 |
| Robert Disbrow | $1,000,001 | $5,000,000 |
| Dubai Foundation | $1,000,001 | $5,000,000 |
| Elton John AIDS Foundation | $1,000,001 | $5,000,000 |
| Entergy | $1,000,001 | $5,000,000 |
| Mr. Issam M. Fares & The Wedge Foundation | $1,000,001 | $5,000,000 |
| Wallace W. Fowler | $1,000,001 | $5,000,000 |
| Friends of Saudi Arabia | $1,000,001 | $5,000,000 |
| Mala Gaonkar Haarman | $1,000,001 | $5,000,000 |
| The James R. Greenbaum, Jr. Family Foundation | $1,000,001 | $5,000,000 |
| Robert L. Johnson | $1,000,001 | $5,000,000 |
| Howard and Michele Kessler | $1,000,001 | $5,000,000 |
| Michael and Jena King | $1,000,001 | $5,000,000 |
| Lukas Lundin | $1,000,001 | $5,000,000 |
| MAC AIDS Fund | $1,000,001 | $5,000,000 |

EXHIBIT 31

| Donor | Min | Max |
|---|---|---|
| John D. Mackay | $1,000,001 | $5,000,000 |
| Lakshmi N. Mittal | $1,000,001 | $5,000,000 |
| Open Society Institute | $1,000,001 | $5,000,000 |
| Victor Pinchuk | $1,000,001 | $5,000,000 |
| Presidential Inaugural Committee | $1,000,001 | $5,000,000 |
| Princess Diana Memorial Fund | $1,000,001 | $5,000,000 |
| Paul Reynolds | $1,000,001 | $5,000,000 |
| Robertson Foundation | $1,000,001 | $5,000,000 |
| Bernard L. Schwartz | $1,000,001 | $5,000,000 |
| Walter H. Shorenstein | $1,000,001 | $5,000,000 |
| Arnold H. Simon | $1,000,001 | $5,000,000 |
| Bren and Melvin Simon | $1,000,001 | $5,000,000 |
| Amar Singh | $1,000,001 | $5,000,000 |
| Michael Smurfit | $1,000,001 | $5,000,000 |
| Harold Snyder | $1,000,001 | $5,000,000 |
| State of Kuwait | $1,000,001 | $5,000,000 |
| State of Qatar | $1,000,001 | $5,000,000 |
| Sterling Stamos Capital Management, LP | $1,000,001 | $5,000,000 |
| The Streisand Foundation | $1,000,001 | $5,000,000 |
| Suzlon Energy Ltd. | $1,000,001 | $5,000,000 |
| Swiss Reinsurance Company | $1,000,001 | $5,000,000 |
| Taiwan Economic and Cultural Office | $1,000,001 | $5,000,000 |
| The Alix Foundation | $1,000,001 | $5,000,000 |
| The Government of Brunei Darussalam | $1,000,001 | $5,000,000 |
| The Howard Gilman Foundation | $1,000,001 | $5,000,000 |
| The Rockefeller Foundation | $1,000,001 | $5,000,000 |
| The Roy and Christine Sturgis Charitable & Educational Trust | $1,000,001 | $5,000,000 |
| The Sidney E. Frank Foundation | $1,000,001 | $5,000,000 |
| The Sultanate of Oman | $1,000,001 | $5,000,000 |
| The Wal-Mart Foundation | $1,000,001 | $5,000,000 |
| The Zayed Family | $1,000,001 | $5,000,000 |
| T.G. Holdings | $1,000,001 | $5,000,000 |
| The Walton Family Foundation | $1,000,001 | $5,000,000 |
| AIDS-Life | $500,001 | $1,000,000 |
| Malini Alles | $500,001 | $1,000,000 |
| Bank of America Foundation | $500,001 | $1,000,000 |
| Simon P. Barcelo | $500,001 | $1,000,000 |
| Frederick Baron and Lisa Blue | $500,001 | $1,000,000 |
| Richard C. Blum | $500,001 | $1,000,000 |
| Susie T. Buell and Mark Buell | $500,001 | $1,000,000 |
| The Sherwood Foundation | $500,001 | $1,000,000 |
| Cisco | $500,001 | $1,000,000 |
| Clinton Family Foundation and William J. Clinton | $500,001 | $1,000,000 |
| Confederation of Indian Industry | $500,001 | $1,000,000 |
| Lewis B. Cullman | $500,001 | $1,000,000 |
| Duke Energy Corporation | $500,001 | $1,000,000 |
| Elena Franchuk Anti-AIDS Foundation | $500,001 | $1,000,000 |
| Global Artists, Inc. | $500,001 | $1,000,000 |
| Brian L. Greenspun | $500,001 | $1,000,000 |
| Hewlett Packard Company | $500,001 | $1,000,000 |
| Patricia A. Hotung | $500,001 | $1,000,000 |
| ICAP Services North America | $500,001 | $1,000,000 |
| Irish Aid | $500,001 | $1,000,000 |
| Walid A. Juffali | $500,001 | $1,000,000 |
| Dave Katragadda | $500,001 | $1,000,000 |
| Peter B. Lewis | $500,001 | $1,000,000 |
| Magna International Inc. | $500,001 | $1,000,000 |
| James R. Murdoch | $500,001 | $1,000,000 |
| Paul Newman and Newman's Own Foundation | $500,001 | $1,000,000 |
| News Corporation Foundation | $500,001 | $1,000,000 |
| OSI Development Foundation | $500,001 | $1,000,000 |
| Pfizer Inc | $500,001 | $1,000,000 |
| Procter & Gamble | $500,001 | $1,000,000 |
| Kjell I. Rokke | $500,001 | $1,000,000 |
| Ruettgers Family Charitable Foundation | $500,001 | $1,000,000 |

EXHIBIT 31

| | | |
|---|---|---|
| Sanyo North America Corporation | $500,001 | $1,000,000 |
| Joachim Schoss | $500,001 | $1,000,000 |
| Gerald Schuster | $500,001 | $1,000,000 |
| David Sidoo | $500,001 | $1,000,000 |
| Soros Foundation | $500,001 | $1,000,000 |
| Steven Spielberg | $500,001 | $1,000,000 |
| Jackson T. Stephens | $500,001 | $1,000,000 |
| The Anheuser-Busch Foundation | $500,001 | $1,000,000 |
| The Annenberg Foundation | $500,001 | $1,000,000 |
| The David Geffen Foundation | $500,001 | $1,000,000 |
| The John C. Armitage Foundation | $500,001 | $1,000,000 |
| The Pierre and Pamela Omidyar Fund | $500,001 | $1,000,000 |
| The Sainsbury Family Charitable Trust | $500,001 | $1,000,000 |
| The Swedish Postcode Lottery | $500,001 | $1,000,000 |
| The Ted Arison Family Foundation USA, Inc. | $500,001 | $1,000,000 |
| Thomson Reuters | $500,001 | $1,000,000 |
| Mrs. Carole Shields Westbrook and Mr. Hugh A. Westbrook | $500,001 | $1,000,000 |
| The Winnick Family Foundation | $500,001 | $1,000,000 |
| Accoona Corporation | $250,001 | $500,000 |
| Acxiom Corporation | $250,001 | $500,000 |
| Abbas Al-Yousef | $250,001 | $500,000 |
| American Federation of State, County and Municipal Employees | $250,001 | $500,000 |
| American International Group, Inc. (AIG) | $250,001 | $500,000 |
| Autodesk, Inc. | $250,001 | $500,000 |
| Anson and Debra Beard | $250,001 | $500,000 |
| Carlos Bremer Gutierrez | $250,001 | $500,000 |
| Charles Dunstone Charitable Trust | $250,001 | $500,000 |
| China Overseas Real Estate Development | $250,001 | $500,000 |
| Gustavo Cisneros & Venevision | $250,001 | $500,000 |
| Michael J. Cooper | $250,001 | $500,000 |
| Energy Developments and Investments Corporation | $250,001 | $500,000 |
| The Engleberg Foundation | $250,001 | $500,000 |
| James L. Ferraro | $250,001 | $500,000 |
| J.B. Fuqua | $250,001 | $500,000 |
| Rolando Gonzalez-Bunster | $250,001 | $500,000 |
| Google | $250,001 | $500,000 |
| Green Family Foundation | $250,001 | $500,000 |
| Ajit Gulabchand | $250,001 | $500,000 |
| Vinod Gupta | $250,001 | $500,000 |
| Hanwah Engineering and Construction Corporation | $250,001 | $500,000 |
| Hanwah L&C Corporation | $250,001 | $500,000 |
| Frank E. Holmes | $250,001 | $500,000 |
| Glenn H. Hutchins | $250,001 | $500,000 |
| Ibrahim El-Hefni Technical Training Foundation | $250,001 | $500,000 |
| InfoGROUP | $250,001 | $500,000 |
| Kevin Jardine | $250,001 | $500,000 |
| Michael Lee-Chin | $250,001 | $500,000 |
| Philip Levine | $250,001 | $500,000 |
| David Lyall | $250,001 | $500,000 |
| George M. Marcus | $250,001 | $500,000 |
| Microsoft Corporation | $250,001 | $500,000 |
| New York's Health & Human Service Union, 1199/SEIU | $250,001 | $500,000 |
| Orbitex Management Inc. | $250,001 | $500,000 |
| Richard C. Perry | $250,001 | $500,000 |
| Bernard Rapoport | $250,001 | $500,000 |
| Denise Rich | $250,001 | $500,000 |
| Michael Rienzi | $250,001 | $500,000 |
| Ms. Nancy Ellison and Mr. William Rollnick | $250,001 | $500,000 |
| Sabey Limited | $250,001 | $500,000 |
| Donald L. Saunders | $250,001 | $500,000 |
| Mr. Stanley S. Shuman & The Marc Haas Foundation | $250,001 | $500,000 |
| Carlos Slim Hel | $250,001 | $500,000 |
| Joseph A. Stroud | $250,001 | $500,000 |
| Lalit Suri | $250,001 | $500,000 |
| The Coca-Cola Company | $250,001 | $500,000 |

EXHIBIT 31

| | | |
|---|---|---|
| The Eastern Culture Foundation | $250,001 | $500,000 |
| The Fuserna Foundation | $250,001 | $500,000 |
| The Landrake Foundation | $250,001 | $500,000 |
| The Salem Foundation | $250,001 | $500,000 |
| The Weill Family Fund | $250,001 | $500,000 |
| US Islamic World Conference | $250,001 | $500,000 |
| Agnes Varis | $250,001 | $500,000 |
| Martin Varsavsky | $250,001 | $500,000 |
| Mark L. Walsh | $250,001 | $500,000 |
| Katsuhiko Yoshida | $250,001 | $500,000 |
| Niklas Zennstrom | $250,001 | $500,000 |
| Douglas C. Ahlers | $100,001 | $250,000 |
| Aker Kvaerner ASA | $100,001 | $250,000 |
| Hamza B. Al Kholi | $100,001 | $250,000 |
| Alibaba.com Corporation | $100,001 | $250,000 |
| American Federation of Teachers, AFL-CIO | $100,001 | $250,000 |
| Loreen J. Arbus | $100,001 | $250,000 |
| Fred Bacher | $100,001 | $250,000 |
| Dennis W. Bakke | $100,001 | $250,000 |
| The Barrack Foundation | $100,001 | $250,000 |
| Barrick Gold Corporation | $100,001 | $250,000 |
| George and Boyce Billingsley | $100,001 | $250,000 |
| BrainWave Communication - Brand Academy | $100,001 | $250,000 |
| Edgar M. Bronfman | $100,001 | $250,000 |
| Peter Buffett | $100,001 | $250,000 |
| The John and Margo Catsimatidis Foundation | $100,001 | $250,000 |
| CDI Contractors | $100,001 | $250,000 |
| Paul L. Cejas | $100,001 | $250,000 |
| Charles Schwab & Co. | $100,001 | $250,000 |
| Charles Stewart Mott Foundation | $100,001 | $250,000 |
| Stanley M. Chesley | $100,001 | $250,000 |
| Citigroup Inc. | $100,001 | $250,000 |
| Stephen J. Cloobeck | $100,001 | $250,000 |
| Timothy C. Collins | $100,001 | $250,000 |
| Communications Workers of America | $100,001 | $250,000 |
| Jon Corzine | $100,001 | $250,000 |
| Michael and Beth Coulson | $100,001 | $250,000 |
| Crabby Beach Foundation | $100,001 | $250,000 |
| Credit Suisse | $100,001 | $250,000 |
| Bob Cross | $100,001 | $250,000 |
| Ian Cumming | $100,001 | $250,000 |
| Daiwa Steel Tube, Inc. | $100,001 | $250,000 |
| Jim Daly | $100,001 | $250,000 |
| Mark Dayton | $100,001 | $250,000 |
| Lynn F. de Rothschild | $100,001 | $250,000 |
| Ross Deutsch | $100,001 | $250,000 |
| Robert Dorrance | $100,001 | $250,000 |
| Drug Chemical and Allied Trades Association, Inc. | $100,001 | $250,000 |
| EKTA Foundation | $100,001 | $250,000 |
| Basil O. El-Baz | $100,001 | $250,000 |
| Niko Elmaleh | $100,001 | $250,000 |
| Elissa Epstein | $100,001 | $250,000 |
| Fantasma | $100,001 | $250,000 |
| FedEx Services | $100,001 | $250,000 |
| Doug Forster | $100,001 | $250,000 |
| Paul I. Goldenberg | $100,001 | $250,000 |
| Alec E. Gores | $100,001 | $250,000 |
| Hamilton College | $100,001 | $250,000 |
| Hanwah Stores Company, Ltd. | $100,001 | $250,000 |
| Kathryn and Craig Hall | $100,001 | $250,000 |
| Craig M. Hatkoff | $100,001 | $250,000 |
| Patrick Heiniger | $100,001 | $250,000 |
| The Hermelin Family Support Foundation | $100,001 | $250,000 |
| Robert Hernreich | $100,001 | $250,000 |
| HSM Americas, Inc. | $100,001 | $250,000 |

EXHIBIT 31

| | | |
|---|---|---|
| Chi-Kao Hsu | $100,001 | $250,000 |
| Hyundai Motor America | $100,001 | $250,000 |
| ICMediaDirect.Com | $100,001 | $250,000 |
| IF Hummingbird Foundation Inc. | $100,001 | $250,000 |
| India Today Group | $100,001 | $250,000 |
| International Brotherhood of Electrical Workers | $100,001 | $250,000 |
| Blayne Johnson | $100,001 | $250,000 |
| K.I.D.S., Inc. | $100,001 | $250,000 |
| Bruce E. Karatz | $100,001 | $250,000 |
| Karlheinz Koegel | $100,001 | $250,000 |
| Christopher G. Korge | $100,001 | $250,000 |
| Lata Krishnan | $100,001 | $250,000 |
| Charles Kushner | $100,001 | $250,000 |
| Thomas Lee and Ann Tenenbaum | $100,001 | $250,000 |
| Ira H. Leesfield | $100,001 | $250,000 |
| Lehman Brothers Holdings Inc. | $100,001 | $250,000 |
| William S. Lerach | $100,001 | $250,000 |
| Jim Levin | $100,001 | $250,000 |
| Max Markson | $100,001 | $250,000 |
| Hani H. Masri | $100,001 | $250,000 |
| Patrick McKillen | $100,001 | $250,000 |
| McKinsey & Company | $100,001 | $250,000 |
| Roger McNamee | $100,001 | $250,000 |
| Merrill Lynch & Company Foundation, Inc. | $100,001 | $250,000 |
| The Garfinkle Minard Foundation | $100,001 | $250,000 |
| Mohegan Sun | $100,001 | $250,000 |
| Joe H. Morita | $100,001 | $250,000 |
| Alfred H. Moses | $100,001 | $250,000 |
| MTV Networks | $100,001 | $250,000 |
| Philip D. and Tammy S. Murphy Foundation | $100,001 | $250,000 |
| Mylan | $100,001 | $250,000 |
| National Opera of Paris | $100,001 | $250,000 |
| Oak Foundation | $100,001 | $250,000 |
| Ogilvy Public Relations Worldwide | $100,001 | $250,000 |
| Lyndon Olson | $100,001 | $250,000 |
| Opportunity International | $100,001 | $250,000 |
| Mike Patel | $100,001 | $250,000 |
| Alan J. Patricof | $100,001 | $250,000 |
| James E. Pederson | $100,001 | $250,000 |
| Raani Corporation | $100,001 | $250,000 |
| Ranbaxy Pharmaceuticals Inc. | $100,001 | $250,000 |
| Reliance Europe Limited | $100,001 | $250,000 |
| Danny Rimer | $100,001 | $250,000 |
| Sunbelt Communications Company | $100,001 | $250,000 |
| Israel Roizman | $100,001 | $250,000 |
| Howard A. Rubin | $100,001 | $250,000 |
| Joseph Safra | $100,001 | $250,000 |
| Allen Salmasi | $100,001 | $250,000 |
| Sandler Family Supporting Foundation | $100,001 | $250,000 |
| Sanford C. Bernstein | $100,001 | $250,000 |
| SBC Foundation | $100,001 | $250,000 |
| Richard M. Scaife | $100,001 | $250,000 |
| Diane M. Simon | $100,001 | $250,000 |
| Jay T. Snyder | $100,001 | $250,000 |
| Alan D. and Susan Lewis Solomont Family Foundation | $100,001 | $250,000 |
| Bay Harbour Management | $100,001 | $250,000 |
| Ian W. Telfer | $100,001 | $250,000 |
| The American Jewish Committee | $100,001 | $250,000 |
| The Berry Gordy Family Foundation | $100,001 | $250,000 |
| The Clarence and Anne Dillon Dunwalke Trust | $100,001 | $250,000 |
| The Doris and Donald Fisher Fund | $100,001 | $250,000 |
| The Estate of Mary Perry | $100,001 | $250,000 |
| The Forward Electric Company, Ltd. | $100,001 | $250,000 |
| The Monte dei Paschi di Siena | $100,001 | $250,000 |
| The Nurture Nature Foundation | $100,001 | $250,000 |

EXHIBIT 31

| | | |
|---|---|---|
| The Spirit Foundation | $100,001 | $250,000 |
| The Stassen Group | $100,001 | $250,000 |
| The Trinity Foundation | $100,001 | $250,000 |
| The University of Judaism | $100,001 | $250,000 |
| Jonathan M. Tisch | $100,001 | $250,000 |
| Andrew Tobias | $100,001 | $250,000 |
| United Nations Foundation | $100,001 | $250,000 |
| Friso Van Oranje | $100,001 | $250,000 |
| Visa Inc. | $100,001 | $250,000 |
| Wallace Global Fund | $100,001 | $250,000 |
| William Wardlaw | $100,001 | $250,000 |
| Mark Weiner | $100,001 | $250,000 |
| Poju Zabludowicz | $100,001 | $250,000 |

*Sources: William J. Clinton Foundation*

**Write to** the Online Journal's editors at newseditors@wsj.com

Return To Top

EXHIBIT 31