

    

 Filters

| Home | Shorts | Subscriptions | Library |

**COVID-19**
Get the latest information from the CDC about COVID-19.    **Learn more**

 See more resources on Google


30:57

**Coronavirus Update: Governors of NY, NJ and CT hold…**
28K views • Streamed 3 years ago

 Eyewitness News ABC7NY ✓

CORONAVIRUS UPDATE: **NY** Governor Andrew Cuomo hosts a **conference** call with **New Jersey** Governor Phil…


10:16

**New York, New Jersey, Connecticut to quarantine…**
110K views • 3 years ago

  CBS News ✓

**New York** Governor Andrew Cuomo, **New Jersey** Governor Phil Murphy and **Connecticut** Governor Ned…

50:08

**NY Gov. Cuomo COVID-19 briefing with NJ Gov. Murphy,…**
77K views • Streamed 3 years ago

 Eyewitness News ABC7NY  ✓

OUR SOCIAL MEDIA – FACEBOOK: https://www.facebo…

 We are continuing t…   5 moments  ⌄

**WATCH: Governors of NY, NJ, CT, RI, PA, and DE hold a joint…**
13K views • Streamed 3 years ago

 Yahoo Finance ✓

EXHIBIT 32






Home

Shorts

Subscriptions

Library

Governor PHIL... 5 moments

LIVE: New York, New Jersey, Connecticut to quarantine...

8.4K views • Streamed 3 years ago

Reuters

Governors of **New York**, **New Jersey** and **Connecticut** order a quarantine for visitors from states with a high...

U.S. Congress Committee Grills Anthony Fauci Over COVID-19...

10K views • Streamed 2 days ago

CNN-News18

U.S. **Congress** Committee Grills Anthony Fauci Over **COVID-19** Origins | USA News | English News Live...

New

NY Gov holds press conference after first known coronavirus...

18K views • 3 years ago

ABC News

"In this situation, the facts defeat fear because the reality is reassuring." **New York** Gov. Andrew Cuomo holds a...

WATCH LIVE: New York Governor Cuomo holds news...

50K views • Streamed 3 years ago

Washington Post

**New York** Gov. Andrew M. Cuomo (D) holds news **conf...**

New Rochelle... 4 moments

EXHIBIT 32

7/16/23, 4:04 PM                                         NY NJ CT joint conference on COVID19 - YouTube



2.8K views • Streamed 3 days ago

CNN-News18

U.S. **Congress** Committee Grills Anthony Fauci Over **COVID-19** Origins | USA News | English News Live...

New

### New York, New Jersey, Connecticut impose 14-day...

127K views • 3 years ago

CNBC Television

Governors from **New York**, **New Jersey** and **Connecticu**...

New York, New... | 7 moments

### Coronavirus outbreak: Trump says he may quarantine New...

69K views • 3 years ago

Global News

U.S. President Donald Trump said Saturday he is considering drastic measures to stop the spread of the...

### Live: New York Gov. Andrew Cuomo Holds Coronavirus...

326K views • Streamed 2 years ago

NBC News

NBC News Digital is a collection of innovative and pow...

CC

Local governments:... | 3 moments

### New York Gov. Andrew Cuomo holds a news conference on...

162K views • Streamed 2 years ago

CNBC Television

**New York** Gov. Andrew Cuomo holds a news **conferenc**...

EXHIBIT 32

7/16/23, 4:04 PM  NY NJ CT joint conference on COVID - YouTube

     

 Home

 Shorts

 Subscriptions

 Library

2.5% New York City...    3 moments

### Live: New York Gov. Andrew Cuomo Holds Coronavirus...

76K views • Streamed 2 years ago

NBC News 

**New York** Governor Andrew Cuomo holds a briefing on ...

CC

New York City...    5 moments

### New York Gov. Cuomo holds briefing on the coronavirus...

108K views • Streamed 3 years ago

CNBC Television

**New York** Governor Andrew Cuomo holds a news conf...

CC

PLAN OF ACTION |...    4 moments

### U.S. Congress Committee Grills Anthony Fauci Over COVID-19...

2.6K views • Streamed 2 days ago

CNN-News18

U.S. **Congress** Committee Grills Anthony Fauci Over **COVID-19** Origins | USA News | English News Live...

New

### WATCH: New York Gov. Cuomo holds news conference on...

88K views • Streamed 3 years ago

Washington Post 

**New York's** Governor Andrew Cuomo provides a **corona**...

WHAT ARE WE...    5 moments

EXHIBIT 32

    

Home

Shorts

Subscriptions

Library

other northeastern states for...
1.8K views • 3 years ago

CNBC Television

New York, New Jersey and four other northeastern state governors form a working group to keep a close watch...

CDC launching COVID-19 vaccine program
1.6K views • 2 days ago

11Alive

It will allow adults who are underinsured or uninsured to get a COVID vaccination for free.

New   CC

COVID-19 | NYC Vaccine for All (Version 1, :15)
1.2M views • 2 years ago

 NYCHealth

COVID-19 vaccines are available to all New Yorkers 16 and older. For more information, visit...

CC

EXHIBIT 32