# MACCE & CRESTI, P.C.

17 East Main Street
Clinton, New Jersey 08809

Telephone (908) 713-9008
Facsimile (908) 713-9009
www.maccelaw.com

John C. Macce, Esq.
john@maccelaw.com
Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Michelle M. Cresti, Esq.
michelle@maccelaw.com
R. 1:40 Qualified Mediator

April 9, 2024

**Via Electronic Filing**
Honorable Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Federal Building and
United States Courthouse
Court 4W
Trenton, New Jersey 08608

    Re: Mary Basile Logan v. Merritt Garland, et. al.
       Case No. 3:24-CV-0040

Dear Judge Quraishi:

  Our office represents the Defendant Robert Junge (hereinafter also referred to as the "Moving Defendant") in the above captioned civil lawsuit. Please accept this Letter Brief in lieu of a more formal Memorandum of Law in support of the Defendant Robert Junge's Motion to Dismiss the Plaintiff Mary Basile Logan's (hereinafter also referred to as "Plaintiff") Amended Complaint.

  On or about January 10, 2024 the Defendant Robert Junge was served with a 178 Paragraph Complaint listing greater than forty (40) Defendants. This Complaint was filed by the Plaintiff Mary Basile Logan Pro Se. Much to my client's astonishment he was joined by former Presidents, State Governors and Federal Cabinet Members. In addition to these federal elected/appointed officials Mr. Junge, a volunteer non-publicly elected member of the

Honorable Zahid N. Quraishi, U.S.D.J.
Mary Basile Logan v. Merritt Garland, et al.
Case No. 3:24-CV0040
April 9, 2024

Hunterdon County Republican Committee representing Lebanon Boro (the "Boro"), New Jersey the Plaintiff also brought suit against two elected Lebanon Boro officials, the Boro Clerk Lisa Sella and the Boro Mayor James Pittinger.

In response to this baseless Complaint the undersigned filed a Motion to Dismiss (Document 30). Following this motion the Plaintiff has now filed an Amended Complaint. (Document 45). The Amended Complaint is essentially a modified iteration of the original Complaint, which is essentially a list of political grievances that the Plaintiff has unfortunately placed before this court. As has been set forth quite eloquently by the co-defendants in the most recent round of Motions to Dismiss the relief being sought by the Plaintiff is outside of the authority of this court.

In lieu of being repetitive the Defendant Robert Junge shall rely on the legal reasoning set forth in his original Motion to Dismiss and will adopt the reasoning set forth in the Brief presented by counsel for the co-defendant Republican National Committee (Document 52) in support of his request that the court dismiss the Plaintiff's Amended Complaint against him with prejudice.

Respectfully submitted,

MACCE & CRESTI, P.C.

*/s/ John C. Macce/*

JOHN C. MACCE, ESQ.

JCM/vmf
Encl.
CC:     All Counsel of Record via Electronic Filing