# MACCE & CRESTI, P.C.

17 East Main Street
Clinton, New Jersey 08809

Telephone (908) 713-9008
Facsimile (908) 713-9009
www.maccelaw.com

John C. Macce, Esq.  
john@maccelaw.com  
Certified by the Supreme Court of  
New Jersey as a Civil Trial Attorney

Michelle M. Cresti, Esq.  
michelle@maccelaw.com  
R. 1:40 Qualified Mediator

April 9, 2024

**Via Electronic Filing**
Clerk of the Court
Clarkson S. Fisher Federal Building and
United States Courthouse
Trenton, New Jersey 08608

   Re: Mary Basile Logan v. Merritt Garland, et. al.
      Case No. 3:24-CV-0400

Dear Sir or Madam:

Our office represents the Defendant Robert Junge in the captioned civil lawsuit.

Enclosed please find the following documents for filing:

1. Notice of Motion
2. Proposed Form of Order
3. Letter Brief
4. Certificate of Service

I thank you for your assistance in filing these documents and should you have any questions please feel free to contact me.

          Respectfully submitted,

          MACCE & CRESTI, P.C.

          *John C. Macce*
          JOHN C. MACCE, ESQ.

JCM/vmf
Encl.
cc: All Counsel of Record via Electronic Filing