| From: | Lasseter, David F. |
| | (OLA)</o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=277fc98949514c579fb397c6b137 0938-lasseter, d> |
| Date: | Wed Aug 22 2018 11:11:11 EDT |
| To: | Boyd, Stephen E. (OLA) |
| | </o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=df7f27573a1f4f0bb4d72c1954a8 7031-boyd, steph> |
| Cc: | Blank |
| Bcc: | Blank |
| Subject: | Re: Ex-congressional IT staffer sentenced to time served in loan case after prosecutors debunk conspiracy theories - The Washington Post |
| Attachments: | |

Yep.
That was the "wow" portion I was referring to.


David F. Lasseter

On Aug 22, 2018, at 09:51, Boyd, Stephen E. (OLA (b)(6)                    wrote:




"This mistake has cost Imran his job, his ability to obtain and maintain employment, his life savings, his freedom and most notably his ability to live as a private citizen," Gowen said. He said that Awan's "identity and dignity have been so basely abused and manipulated for others' political gain, adding yet another layer of pain and affront to what Imran has suffered."



From: Lasseter, David F. (OLA)
Sent: Wednesday, August 22, 2018 9:12 AM
To: Boyd, Stephen E. (OLA (b)(6)

Subject: Ex-congressional IT staffer sentenced to time served in loan case after prosecutors debunk conspiracy theories - The Washington Post



Wow

https://www.washingtonpost.com/local/public-safety/ex-congressional-it-s taffer-set-to-be-sentenced-after-prosecutors-debunk-conspiracy-theories/ 2018/08/21/0b1006ee-a4b1-11e8-8fac-12e98c13528d story.html?noredirect=on &utm term=.35e8436ef8bb


Ex-congressional IT staffer sentenced to time served in loan

EXHIBIT 1

case after prosecutors debunk conspiracy theories

Spencer S. Hsu
<https://www.washingtonpost.com/people/spencer-s-hsu/>

<https://www.washingtonpost.com/resizer/iF6W5coJBHSAkfYPwsmwMaN2ums=/480
x0/arc-anglerfish-washpost-prod-washpost.s3.amazonaws.com/public/5GWRVZT
6Y4I6RMHP776KX37ZIY.jpg>

A former congressional technology staffer who became the target
of a litany of political conspiracy theories was sentenced to time
served Tuesday for lying on a loan application as a federal judge in
Washington condemned his ongoing harassment by the "highest" levels of
government over unfounded conspiracies.

In releasing Imran Awan, 38, U.S. District Judge Tanya S.
Chutkan read aloud passages of court filings in which federal
prosecutors debunked allegations promulgated on right-leaning news sites
and fanned by President Trump on Twitter that suggested Awan was a
Pakistani operative who secretly compromised computer files with cover
from House Democrats. Chutkan also noted that the Virginia man's July 3
guilty plea to a felony over a home-equity loan was unrelated to his
work on Capitol Hill.

Prosecutors sought no jail time for Awan, who fully repaid the
$165,000 loan within 30 days in 2017 before he knew he was under
investigation for falsely claiming that a rental home wa ▮(b)(6)▮
main residence.

[Ex-congressional IT staffer reaches plea deal that debunks
conspiracy theories about illegal information access
<https://www.washingtonpost.com/investigations/congressional-it-staffer-
reaches-plea-deal-that-debunks-conspiracy-theories-about-illegal-informa
tion-access/2018/07/03/3f22786a-7e30-11e8-b0ef-fffcabeff946 story.html?u
tm term=.4b09b1c5a6f6> ]

Chutkan noted "an unbelievable onslaught of scurrilous media
attacks to which he and his family have been subjected," as well as
harassment and threats that "will probably continue some time" over the
Internet and social media.

Without naming the president, Chutkan said, "There have been
numerous allegations … accusations lobbed at him from the highest
branches of the government, all of which have been proved to be without
foundation by the FBI and the Department of Justice."

In sentencing Awan to time served — which was one day in
detention and 11 months of GPS monitoring — plus three months'
supervision, Chutkan concluded: "The court finds Mr. Awan and his family
have suffered sufficiently."

Awan and four of his associates, including family members,
worked as IT specialists for dozens of Democratic lawmakers on the Hill
until they were banned from the computer network in February 2017,

EXHIBIT 1

having been accused of violating House security rules.

Trump — who has tweeted repeatedly about Awan, calling him the "Pakistani mystery man" — has continued to link him to the hacking of the Democratic National Committee server during the 2016 campaign, a breach intelligence agencies have concluded was directed by Russia.

Trump implicated Awan, and suggested that he worked for the DNC, as recently as July 16, after his summit in Helsinki with Russian President Vladi-mir Putin.

"What happened to the servers of the Pakistani gentleman that worked on the DNC?" Trump asked, according to a transcript <https://www.washingtonpost.com/news/the-fix/wp/2018/07/16/full-text-president-trumps-news-conference-with-russias-putin/?utm_term=.a7d0ef9e4266> of the heavily publicized event.

Attacks on Awan "were driven and coordinated by official conduct for political gain, were utterly deranged and often threatening, and show no signs of subsiding any time soon," Awan's attorney Christopher Gowen wrote in a 22-page filing ahead of the sentencing hearing.

[Federal probe into House technology worker Imran Awan yields intrigue, no evidence of espionage <https://www.washingtonpost.com/investigations/federal-probe-into-house-technology-worker-imran-awan-yields-intrigue-no-evidence-of-espionage/2017/09/16/100b4170-93f2-11e7-b9bc-b2f7903bab0d_story.html?noredirect=on&utm_term=.9604b26dd6e2&tid=a_inl_manual> ]

Prosecutors did not oppose a sentence with no further jail time because Awan "accepted responsibility for his crime and has no prior criminal history, along with the fact that the bank suffered no financial loss," and because Awan's felony conviction will deter others.

At the time of his plea hearing, Awan said he came to the United States as a teenager, put himself through college, became a U.S. citizen and built a career on Capitol Hill — what he portrayed in an interview as the fulfillment of a dream.

Awan apologized Tuesday to his country, family and law enforcement, and said he "accepts full responsibility." He proposed paying a fine of $4,004 to repay the government for the cost of supervising him, but Chutkan declined to order it.

"What these people did, and all the statements they made, I forgive them what they did, because I seek your forgiveness, and I need to go forward in my life," Awan told the court.

"I promise you this second chance will not be wasted," Awan said, adding that he would rebuild his life as he had built it when he immigrated in 1997, "through hard work, and caring for my family, and giving back."

An 18-month investigation "uncovered no evidence" that he stole equipment, illegally accessed or transferred information, or violated any other federal law related to House systems, prosecutors said in

EXHIBIT 1

their July court filings.

"This mistake has cost Imran his job, his ability to obtain and maintain employment, his life savings, his freedom and most notably his ability to live as a private citizen," Gowen said. He said that Awan's "identity and dignity have been so basely abused and manipulated for others' political gain, adding yet another layer of pain and affront to what Imran has suffered."

Read more:

U.S. charges two men with serving as agents of Iran, monitoring Americans and a Jewish center <https://wapo.st/2OZIdaj>

Maria Butina, Russian gun rights advocate charged in federal probe, moved to Va. jail <https://wapo.st/2w0qvMN>

Virginia man accused of human rights abuses in Ethi-o-pia charged with lying on U.S. citizenship form <https://wapo.st/2ORAL0y>

David F. Lasseter

EXHIBIT 1

██████ (OGC) (FBI)

| | |
|---|---|
| **From:** | ██████ (OGC) (FBI) |
| **Sent:** | Wednesday, July 4, 2018 1:08 PM |
| **To:** | ██████ (DO) (OGA) (FBI); ██████ (DO) (FBI); ██████ (DO) (FBI); ██████ (DO) (FBI); Lasseter, David F. (OLA); ██████ (DO) (FBI) |
| **Subject:** | Re: Awan plea - media |

██████

-

-------- Original message --------
From: ██████, (DO) (OGA)" ██████
Date: 7/3/18 11:31 PM (GMT-05:00)
To: ██████ (DO) (FBI)" ██████ ██████, ██████ (DO) (FBI)" ██████ "██████ (DO) (FBI)" ██████, "Lasseter, David F. (OLA) (JMD)" <David.F.Lasseter@usdoj.gov>, ██████ (DO) (FBI)" ██████
Subject: Awan plea - media

Story:

http://www.foxnews.com/politics/2018/07/03/exdem-it-aide-imran-awan-pleads-guiltyto-bank-fraud-in-deal-with-prosecutors.html

Opinion piece:

http://www.foxnews.com/opinion/2018/07/03/justice-department-covers-up-possible-spy-ring-scandal-in-democratic-congressional-offices.html

-

EXHIBIT 1

**Lasseter, David F. (OLA)**

| | |
|---|---|
| **From:** | Lasseter, David F. (OLA) |
| **Sent:** | Tuesday, July 3, 2018 12:15 PM |
| **To:** | Conklin, Caralee |
| **Cc:** | Hair, Connie |
| **Subject:** | RE: copy of plea deal? |

Rgr

From: Conklin, Caralee (b)(6) Congressional Email
Sent: Tuesday, July 3, 2018 12:13 PM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Cc: Hair, Connie (b)(6) Congressional Email
Subject: Re: copy of plea deal?

Never mind - we got a copy from the press. Thanks!

Sent from my iPhone

On Jul 3, 2018, at 12:06 PM, Conklin, Caralee (b)(6) Congressional Email wrote:

> David - the Washington post is quoting from the plea. May we have a copy please?
> Congressman Gohmert is here and wants a copy now. Thank you!
>
> Sent from my iPhone
>
> On Jul 3, 2018, at 10:43 AM, Lasseter, David F. (OLA) <David.F.Lasseter@usdoj.gov> wrote:
>
>> Connie/Caralee—good morning. I do not have the physical plea but have the
>> terms below. I will send once I get it. Below is not for public distribution but is
>> provided to the Congressman due to the interest expressed and the consideration
>> of being a possible victim (as a Member of the House) in this matter.
>>
>> Here are the key terms of the plea agreement:
>>
>> - Awan is pleading guilty to one count of False Statements on a Loan or Credit
>>   Application, in violation of 18 U.S.C. § 1014. This is a felony.
>>
>>     o Max penalty: 30 years in prison, fine of $1,000,000
>>     o U.S.S.G. Range: 0-6 months {because this is a "no loss" fraud—Awan
>>       paid back the loan with interest}
>>
>> - Government agrees to dismiss remaining counts in the Indictment,
>>   including Conspiracy, in violation of 18 U.S.C. § 371; Bank Fraud, in violation
>>   of 18 U.S.C. § 1344; and Monetary Transactions in SUA Proceeds, in violation
>>   of 18 U.S.C. § 1957.
>>
>> - Government agrees not to charge Awan for any non-violent offenses

EXHIBIT 1

committee before the plea (this is a standard provision).

- (b)(6) ████████████████████████████████████
  ████████████████████████

- Government agrees not to oppose a probationary sentence.

Thanks,
David


David F. Lasseter
Deputy Assistant Attorney General
Office of Legislative Affairs
U.S. Department of Justice
(202) 514-1260


---

**From:** Hair, Connie (b)(6) Congressional Email
**Sent:** Tuesday, July 3, 2018 10:35 AM
**To:** Conklin, Caralee (b)(6) Congressional Email ; Lasseter, David F. (OLA)
<dlasseter@jmd.usdoj.gov>
**Subject:** RE: copy of plea deal?

Thanks, Caralee!

David, we would appreciate your saving us a trip!! We have a pretty packed
schedule with the Congressman today.

Thanks!


---

**From:** Conklin, Caralee
**Sent:** Tuesday, July 3, 2018 10:16 AM
**To:** 'Lasseter, David F. (OLA)' <David.F.Lasseter@usdoj.gov>
**Cc:** Hair, Connie (b)(6) Congressional Email
**Subject:** copy of plea deal?

Hi David –

Connie told me you had a copy of the plea. Can you please share that? It's my
understanding that the hearing has begun.

My boss will be in the office within a half hour. He will want to see that
immediately.

Thank you!

Caralee

EXHIBIT 1

Caralee Conklin
Legislative Director and Senior Counsel
Rep. Louie Gohmert (TX-01)
202-225-(b)(6) (office)
<image001.png> <image002.jpg> <image003.jpg><image004.png>

EXHIBIT 1

**Hair, Connie**

| | |
|---|---|
| **From:** | Hair, Connie |
| **Sent:** | Tuesday, July 3, 2018 10:50 AM |
| **To:** | Lasseter, David F. (OLA) |
| **Cc:** | Conklin, Caralee |
| **Subject:** | RE: copy of plea deal? |

Thank you!  We will get the plea agreement but do appreciate your sharing the terms you have.

---
Connie

On Jul 3, 2018 10:43 AM, "Lasseter, David F. (OLA)" <David.F.Lasseter@usdoj.gov> wrote:

Duplicative Material

EXHIBIT 1

| From: | Lasseter, David F. (OLA)<lasseter, david f. (ola)> |
|---|---|
| Date: | Tue Jul 03 2018 09:07:50 EDT |
| To: | Hair, Connie |
| | (b)(6) Congressional Email |
| Cc: | Blank |
| Bcc: | Blank |
| Subject: | Awan plea agreement |
| Attachments: | |

Connie—good morning.  Since we were unable to connect this morning I wanted to share the following information.  Please pass along to Congressman Gohmert.

First, since our call

Hearing scheduled for Awan this morning at 10am.
Here are the key terms of the plea agreement:



*Government agrees not to oppose a probationary sentence.

David F. Lasseter
Deputy Assistant Attorney General
Office of Legislative Affairs
U.S. Department of Justice
(202) 514-1260

EXHIBIT 1

**Lasseter, David F. (OLA)**

| | |
|---|---|
| **From:** | Lasseter, David F. (OLA) |
| **Sent:** | Friday, June 29, 2018 5:26 PM |
| **To:** | Escalona, Prim F. (OLA) |
| **Subject:** | RE: Awan |

Thanks Prim

From: Escalona, Prim F. (OLA)
Sent: Friday, June 29, 2018 5:02 PM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: FW: Awan

From: Liu, Jessie (USADC) (b)(6), (b)(7)(C)
Sent: Friday, June 29, 2018 2:18 PM
To: Escalona, Prim F. (OLA) <pfescalona@jmd.usdoj.gov>
Cc: Evangelista, Alessio (USADC) (b)(6)
Subject: Awan

Prim:

Here are the key elements of the plea. Rachael Tucker has these bullet points, too. I am copying our Principal AUSA, Alessio Evangelista; please feel free to reach out to him about this matter as well

And just to close the loop on this, here are the key terms of the plea agreement (hearing is scheduled for July 3):



- (b)(6), (b)(7)(C) per EOUSA

EXHIBIT 1

- Government agrees not to oppose a probationary sentence.

Thanks.

Jessie

---

Jessie K. Liu
United States Attorney
United States Attorney's Office
   for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Office: (202) 252-6600
Cell: (b)(6), (b)(7)(C) per EOUSA

EXHIBIT 1

| | |
|---|---|
| From: | Cutrona, Danielle (OAG)</o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=5e62071564114961b5805ecb9136 1185-cutrona, da> |
| Date: | Fri Jun 29 2018 10:51:06 EDT |
| To: | Tucker, Rachael (OAG) </o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=6c8209d65e5a4ade8d7dacd53f94 503d-tucker, rac> |
| Cc: | Blank |
| Bcc: | Blank |
| Subject: | RE: re investigation update |
| Attachments: | |

sure


From: Tucker, Rachael (OAG)
Sent: Friday, June 29, 2018 10:50 AM
To: Cutrona, Danielle (OAG) <dcutrona@jmd.usdoj.gov>
Subject: Fwd: re investigation update


Can you do 1?


Begin forwarded message:

From: "Lasseter, David F. (OLA)" <dlasseter@jmd.usdoj.gov>
Date: June 29, 2018 at 10:26:59 AM EDT
To: "Tucker, Rachael (OAG)" <ratucker@jmd.usdoj.gov>
Cc: "Cutrona, Danielle (OAG)" <dcutrona@jmd.usdoj.gov>
Subject: RE: re investigation update

Any chance we could push to 1pm?  Have a number of calls this morning and then something at 1130.


From: Tucker, Rachael (OAG)
Sent: Friday, June 29, 2018 10:26 AM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Cc: Cutrona, Danielle (OAG) <dcutrona@jmd.usdoj.gov>
Subject: Re: re investigation update


Yes I was going to ask to meet with both of you later today. Are you free at 11 [(b)(5)]
████████████████████████ Can tell you everything then.


On Jun 29, 2018, at 10:24 AM, Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov> wrote:

Tucker—good morning.  Is there an update from the meeting you had subsequent to the call with the AG? [(b)(5)]████████████████

EXHIBIT 1

Thanks,

David


From: Conklin, Carale   <span style="background:black;color:white">(b)(6) Congressional Email</span>
Sent: Friday, June 29, 2018 9:09 AM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Cc: Cohen, Chelse <span style="background:black;color:white">(b)(6) Congressional Email</span> ; Hair, Conni <span style="background:black;color:white">(b)(6) Congressional Email</span>
Subject: re investigation update


Good Morning!


I'm reaching out to see if the Attorney General would be able to provide an update on the Imran Awan case. I believe the last time he spoke to Congressman Gohmert and Congressman Perry, the AG said he would provide an update prior to the July 3, 2018 court date (which is next week).


Please advise. Thank you!


Caralee


Caralee Conklin

Legislative Director and Senior Counsel
Rep. Louie Gohmert (TX-01)
202-22  (b)(6)  (office)

<image001.png> <image002.jpg> <image003.jpg><image004.png>

EXHIBIT 1

## Tucker, Rachael (OAG)

| | |
|---|---|
| **From:** | Tucker, Rachael (OAG) |
| **Sent:** | Friday, June 29, 2018 10:28 AM |
| **To:** | Lasseter, David F. (OLA) |
| **Cc:** | Cutrona, Danielle (OAG) |
| **Subject:** | Re: re investigation update |

Sure thing.

On Jun 29, 2018, at 10:27 AM, Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov> wrote:



Duplicative Material

EXHIBIT 1

| From: | Lasseter, David F. (OLA)</o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=277fc98949514c579fb397c6b1370938-lasseter, d> |
| Date: | Thu Jun 21 2018 19:37:03 EDT |
| To: | Rubens, William B. (OLA) </o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=deb9198ba2df49f4996bfbe6b8808b34-rubens, wil> |
| Cc: | Blank |
| Bcc: | Blank |
| Subject: | Re: Imran Awan Investigation |
| Attachments: | |

Rgr

David F. Lasseter

On Jun 21, 2018, at 18:55, Rubens, William B. (OLA) <wbrubens@jmd.usdoj.gov> wrote:

Ok so 8 or so members HJC minority.  Nadler, Jackson lee, lofgren, Deutsch, Richmond and Jefferies to name a few.

Sent from my iPhone

On Jun 21, 2018, at 6:34 PM, Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov> wrote:

Can you ask them who?

From: Rubens, William B. (OLA)
Sent: Thursday, June 21, 2018 6:33 PM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Cc: Johnson, Joanne E. (OLA) <jojohnson@jmd.usdoj.gov>
Subject: Re: Imran Awan Investigation

Yes FBI confirmed members will be there.

Sent from my iPhone

On Jun 21, 2018, at 6:31 PM, Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov> wrote:

Did we confirm that Members will be there?

-----Original Appointment-----

EXHIBIT 1

From: Johnson, Joanne E. (OLA)
Sent: Thursday, June 21, 2018 6:28 PM
To: Lasseter, David F. (OLA); Rubens, William B. (OLA)
Subject: Imran Awan Investigation
When: Friday, June 22, 2018 9:30 AM-11:30 AM (UTC-05:00) Eastern Time (US & Canada).
Where: Rayburn 2248


Imran Awan Investigation.  On Friday, June 22, 2018, at 9:30 a.m., FBI Assistant Director Robert Johnson, Deputy Assistant Director J.C. Hacker, Section Chief John Jimenez, Special Agent in Charge Matt DeSarno, and Assistant Special Agent in Charg (b)(6), (b)(7)(C) will brief Minority Members of the House Committee on the Judiciary on the Imran Awan investigation.


[David:  Will is attending per discussions.]

EXHIBIT 1

**Rubens, William B. (OLA)**

| | |
|---|---|
| **From:** | Rubens, William B. (OLA) |
| **Sent:** | Thursday, June 21, 2018 6:42 PM |
| **To:** | Lasseter, David F. (OLA) |
| **Subject:** | Re: Imran Awan Investigation |

Will do

Sent from my iPhone

On Jun 21, 2018, at 6:34 PM, Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov> wrote:

Duplicative Material

EXHIBIT 1

**Johnson, Joanne E. (OLA)**

| | |
|---|---|
| **Subject:** | Imran Awan Investigation |
| **Location:** | Rayburn 2248 |
| | |
| **Start:** | Friday, June 22, 2018 9:30 AM |
| **End:** | Friday, June 22, 2018 11:30 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Johnson, Joanne E. (OLA) |
| **Required Attendees:** | Lasseter, David F. (OLA); Rubens, William B. (OLA) |

EXHIBIT 1

| | |
|---|---|
| **Subject:** | Imran Awan Investigation |
| **Location:** | TBD |
| | |
| **Start:** | Fri 6/22/2018 9:30 AM |
| **End:** | Fri 6/22/2018 11:30 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Johnson, Joanne E. (OLA) |
| **Required Attendees:** | Lasseter, David F. (OLA) |

     Imran Awan Investigation.  On Friday, June 22, 2018, at 9:30 a.m., FBI Assistant Director Robert Johnson, Deputy Assistant Director J.C. Hacker, Section Chief John Jimenez, Special Agent in Charge Matt DeSarno, and Assistant Special Agent in Charg (b)(6), (b)(7)(C) will brief Minority Members of the House Committee on the Judiciary on the Imran Awan investigation.


David:  I am putting this on your calendar.  It was on the weekly report.  Please let me know if you would like me to attend and backbrief.  I will standby.



**U.S. Department of Justice**

Office of Legislative Affairs

---

Office of the Assistant Attorney General          *Washington, D.C. 20530*

June 14, 2018

MEMORANDUM FOR THE ATTORNEY GENERAL

THROUGH:          THE OFFICE OF THE DEPUTY ATTORNEY GENERAL

FROM:             Stephen E. Boyd, Assistant Attorney General

SUBJECT:          Weekly Report for June 18 through June 22, 2018

==FBI's Input==

Not Responsive Records

**C.   Member & Staff Briefings**

Not Responsive Records

2.   **Imran Awan Investigation.**  On Friday, June 22, 2018, at 9:30 a.m., FBI Assistant Director Robert Johnson, Deputy Assistant Director J.C. Hacker, Section Chief John Jimenez, Special Agent in Charge Matt DeSarno, and Assistant Special Agent in Charge (b)(6), (b)(7)(C) will brief House Committee on the Judiciary Minority Members on the Imran Awan investigation.

Not Responsive Records

EXHIBIT 1



**U.S. Department of Justice**

Office of Legislative Affairs

_Office of the Assistant Attorney General_          _Washington, D.C. 20530_

June 15, 2018

MEMORANDUM FOR THE ATTORNEY GENERAL

THROUGH:          THE OFFICE OF THE DEPUTY ATTORNEY GENERAL

FROM:          Stephen E. Boyd, Assistant Attorney General

SUBJECT:          Weekly Report for June 18 through June 22, 2018

The House and Senate are in session this week.

The following is a summary of our current Congressional activities:

Not Responsive Records

EXHIBIT 1

Not Responsive Records

**C.** <u>**Briefings**</u>

Not Responsive Records

2. <u>**Imran Awan Investigation.**</u>  On Friday, June 22, 2018, at 9:30 a.m., FBI Assistant Director Robert Johnson, Deputy Assistant Director J.C. Hacker, Section Chief John Jimenez, Special Agent in Charge Matt DeSarno, and Assistant Special Agent in Charge (b)(6), (b)(7)(C) will brief Minority Members of the House Committee on the Judiciary on the Imran Awan investigation.

Not Responsive Records

EXHIBIT 1

| OLA<br>Office of Legislative Affairs | ODAG POC: Dan Loveland (5 0620)<br>Component POC: DAA  (b)(6), (b)(7)(C) | | | |
|---|---|---|---|---|
| | | Date | *OAG/ODAG*<br>*action required?* | *Recommend*<br>*notifying PAO?* |

Not Responsive Records

EXHIBIT 1

Document ID: 0.7.5054.5152-000001

Not Responsive Records

| | | | |
|---|---|---|---|
| 7. *Briefing*. FBI Assistant Director Robert Johnson, Deputy Assistant Director J.C. Hacker, Section Chief John Jimenez, Special Agent in Charge Matt DeSarno, and Assistant Special Agent in Charg (b)(6), (b)(7)(C) will brief Minority Members of the House Committee on the Judiciary on the Imran Awan investigation. | 6/22 Morn. | | |

Not Responsive Records

EXHIBIT 1

**Whitaker, Matthew (OAG)**

| | |
|---|---|
| **From:** | Whitaker, Matthew (OAG) |
| **Sent:** | Wednesday, June 6, 2018 2:19 PM |
| **To:** | Cutrona, Danielle (OAG); Barnett, Gary E. (OAG) |
| **Subject:** | RE: |

I am available

From: Cutrona, Danielle (OAG)
Sent: Wednesday, June 6, 2018 2:06 PM
To: Whitaker, Matthew (OAG) <mwhitaker@jmd.usdoj.gov>; Barnett, Gary E. (OAG) <gebarnett@jmd.usdoj.gov>
Subject:

Why we need people watching the House and Senate floors:

# Louie Gohmert slams FBI for refusing to investigate Imran Awan [Video]

*Carmel Kookogey* · *June 6, 2018*

Rep. Louie Gohmert, R-Texas, made a speech in the House on Tuesday berating the FBI for failing to investigate Imran Awan, a Pakistani congressional IT worker who has worked for one in five House Democrats.

Gohmert detailed Awan's crimes, including sending nearly $100,000 to family members in Pakistan from a loan Awan got using a false statement. Awan is being indicted for the false statement.

Gohmert charged that the FBI does not even want to receive evidence about other crimes Awan may have committed by falsifying IT invoices.

The congressman revealed that during an informal hearing containing "testimony about this matter ... [Awan] was bragging to people about all the iPhones and iPads he was sending to Pakistan."

"The FBI has had opportunities to have those invoices presented to them, and each time, they have instructed, 'Don't bring any of those documents; we don't want to see any of that, we just want to talk to [him],'" Gohmert said. Instead, the FBI has continued to report "no evidence of anything other than this false statement."

"They have instructed, 'We don't want to see the documents that proved those cases.' They're readily available, for any federal officer that wants to see them, but [the FBI] don't want to see them, so they can keep reporting to the new U.S. attorney that there's no evidence, nothing there," Gohmert said.

https://www.conservativereview.com/news/louis-gohmert-slams-fbi-for-refusing-to-investigate-imran-awan-video/

EXHIBIT 1

**Lasseter, David F. (OLA)**

| | |
|---|---|
| **From:** | Lasseter, David F. (OLA) |
| **Sent:** | Wednesday, May 16, 2018 6:16 PM |
| **To:** | (b)(6), (b)(7)(C) (DO) (FBI) |
| **Subject:** | RE: Imran Awan points |

Thanks ███. I was tracking the others and figured SC was section chief but wanted to verify.

-----Original Message-----
From: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Sent: Wednesday, May 16, 2018 6:11 PM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: RE: Imran Awan points

Thanks David. Sorry for the delayed response to your earlier email but I just wrapped up my member brief. Anyway, SC is section chief, ASAC is Assistant Special Agent in Charge, and SAC is special Agent in Charge. A/AD is acting Assistant Director. Names are J.C. Hacker, Mathew DeSarno, ███, John Jimenez, (b)(6), (b)(7)(C) and (b)(6), (b)(7)(C). Let me know if you need anything else ███.

-----Original Message-----
From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
Sent: Wednesday, May 16, 2018 3:31 PM
To: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C)
Subject: FW: Imran Awan points

FYSA

-----Original Message-----
From: Johnson, Joanne E. (OLA)
Sent: Wednesday, May 16, 2018 3:09 PM
To: Boyd, Stephen E. (OLA) (b)(6)
Cc: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: Re: Imran Awan points

FYI

Rep Perry was just on 105.9 (b)(6) ). He gave a long interview about this matter, (b)(5)

███████████████████████

███████████████████████

EXHIBIT 1

(b)(5)

Joanne Johnson
Attorney-Advisor
Office of Legislative Affairs
US Department of Justice
202-305-8313


> On May 16, 2018, at 2:02 PM, Boyd, Stephen E. (OLA) (b)(6)                    wrote:
>
> Thanks to you both.
>
> Here's what I started... please improve....
>
>
>
> DRAFT
>
>
(b)(5)

EXHIBIT 1



(b)(5)

>
> -----Original Message-----
> From: Lasseter, David F. (OLA)
> Sent: Wednesday, May 16, 2018 2:01 PM
> To: Johnson, Joanne E. (OLA) <jojohnson@jmd.usdoj.gov>; Boyd, Stephen E. (OLA) (b)(6)
> Subject: RE: Imran Awan points
>
> Thanks Jo. Very helpful.
>
> SB--I will put an opening statement together
>
> -----Original Message-----
> From: Johnson, Joanne E. (OLA)
> Sent: Wednesday, May 16, 2018 1:50 PM
> To: Boyd, Stephen E. (OLA) (b)(6)                    ; Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
> Subject: Imran Awan points
>
> Brief summary of meeting with FBI this morning:

EXHIBIT 1

(b)(5)



>
> (My apologies if any typos; hard to type).
>
> Joanne Johnson
> Attorney-Advisor
> Office of Legislative Affairs
> US Department of Justice
> 202-305-8313
>

EXHIBIT 1

| From: | Lasseter, David F. |
| | (OLA)</o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=277fc98949514c579fb397c6b1370938-lasseter, d> |
| Date: | Mon May 14 2018 16:48:12 EDT |
| To: | ████ (b)(6), (b)(7)(C) ████ (DO) (FBI) |
| | ████ (b)(6), (b)(7)(C) ██████████████████████████ |
| | █████████ |
| Cc: | Johnson, Joanne E. (OLA) |
| | </o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=9776a4a1981e497ead627f404768909f-johnson, jo> |
| Bcc: | Blank |
| Subject: | Awan briefing |
| Attachments: | Questions for 5.17.2018 Briefing Final.pdf |

████—good afternoon.  With respect to the briefing, had a couple of things for you:

1.  Attached is the list of questions that we received from the staffers.

2.  Does the FBI want to chat with the PADAG, Ed O'Callaghan, about this briefing?  That is what I am told.  If so, who wants to chat with him and when?


Thanks,

David



David F. Lasseter

Deputy Assistant Attorney General

Office of Legislative Affairs

U.S. Department of Justice

(202) 514-1260

EXHIBIT 1

**Lasseter, David F. (OLA)**

| | |
|---|---|
| **From:** | Lasseter, David F. (OLA) |
| **Sent:** | Monday, May 14, 2018 4:38 PM |
| **To:** | Boyd, Stephen E. (OLA) |
| **Subject:** | FW: next steps? |
| **Attachments:** | Questions for 5.17.2018 Briefing Final.pdf |

FYSA

From: Lasseter, David F. (OLA)
Sent: Monday, May 14, 2018 4:38 PM
To: Gauhar, Tashina (ODAG) <tagauhar@jmd.usdoj.gov>; Johnson, Joanne E. (OLA) <jojohnson@jmd.usdoj.gov>
Cc: Lan, Iris (ODAG) <irlan@jmd.usdoj.gov>; Tucker, Rachael (OAG) <ratucker@jmd.usdoj.gov>
Subject: RE: next steps?

Attached are the suggested questions from the Hill.

Will contact FBI.

From: Gauhar, Tashina (ODAG)
Sent: Monday, May 14, 2018 3:54 PM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>; Johnson, Joanne E. (OLA) <jojohnson@jmd.usdoj.gov>
Cc: Lan, Iris (ODAG) <irlan@jmd.usdoj.gov>; Tucker, Rachael (OAG) <ratucker@jmd.usdoj.gov>
Subject: next steps?
Importance: High

Iris and I just briefed Ed on the current status.  He understands that the outcome of our 1:30 meeting is ▮
(b)(5)                                                                                                          .

What are the next steps?

David – (b)(5)                                                                                             ▮

Thanks.

EXHIBIT 1

**Conklin, Caralee**

| | |
|---|---|
| **From:** | Conklin, Caralee |
| **Sent:** | Monday, May 14, 2018 3:37 PM |
| **To:** | 'Lasseter, David F. (OLA)'; Hair, Connie |
| **Cc:** | Parmiter, Robert |
| **Subject:** | RE: Awan briefing |
| **Attachments:** | Questions for 5.17.2018 Briefing Final.pdf |

Hello, David —

Please see the attached questions for Thursday's briefing. Please note that this is not an exhaustive list; these are the top questions raised by the interested Members during discussions last week.

We will be finalizing the attendee list as soon as we receive confirmations from all interested Members, which should be tomorrow after they arrive in town for session.

Thank you!

Caralee

Caralee Conklin
Legislative Director
Rep. Louie Gohmert (TX-01)
202-225-(b)(6) (office)


**From:** Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
**Sent:** Monday, May 14, 2018 2:18 PM
**To:** Hair, Connie (b)(6) Congressional Email
**Cc:** Parmiter, Robert (b)(6) Congressional Email      Conklin, Caralee
(b)(6) Congressional Email
**Subject:** RE: Awan briefing

Thanks Connie. I want to make sure our folks are properly prepared and that we have the correct people present. The sooner y'all can get them over to us the better.

**From:** Hair, Connie (b)(6) Congressional Email
**Sent:** Monday, May 14, 2018 1:53 PM
**To:** Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
**Cc:** Parmiter, Robert (b)(6) Congressional Email      Conklin, Caralee
(b)(6) Congressional Email
**Subject:** Re: Awan briefing

Have copied our LD, Caralee Conklin. We are working on them now. Members have been out if town so this is not an exhaustive list for all members, just some of the questions we have discussed with our boss.

EXHIBIT 1

Will get them to you ASAP.

---
Connie

On May 14, 2018 1:50 PM, "Lasseter, David F. (OLA)" <David.F.Lasseter@usdoj.gov> wrote:

> Connie—hope the weekend was nice. Just checking back to see if you have some thoughts and questions.
>
> Thanks,
> David
>
>
> David F. Lasseter
>
> On May 9, 2018, at 10:53, Hair, Connie (b)(6) Congressional Email wrote:
>
>> Happy to put together some thoughts and share
>>
>> From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
>> Sent: Wednesday, May 9, 2018 9:13 AM
>> To: Parmiter, Robert (b)(6) Congressional Email ; Hair, Connie (b)(6) Congressional Email
>> Subject: Awan briefing
>>
>> Bobby/Connie—good morning. As I get my guys prepped for this briefing I was hoping y'all could share some specific questions that the members hope to have answered. It would ensure that we are as prepared as possible.
>>
>> Thanks,
>> David
>>
>>
>> David F. Lasseter
>> Deputy Assistant Attorney General
>> Office of Legislative Affairs
>> U.S. Department of Justice
>> (202) 514-1260

EXHIBIT 1

| | |
|---|---|
| **From:** | Johnson, Joanne E. (OLA) |
| **Sent:** | Monday, May 14, 2018 11:52 AM |
| **To:** | Mangum, Anela M. (OLA) |
| **Subject:** | FW: FBI prep today |
| **Attachments:** | Summary of FBI Meeting re Imran Awan.docx |

-----Original Message-----
From: Johnson, Joanne E. (OLA)
Sent: Friday, May 11, 2018 5:56 PM
To: Boyd, Stephen E. (OLA) <seboyd@jmd.usdoj.gov>
Subject: FW: FBI prep today

Stephen:  See attached.  Thank you, Joanne

-----Original Message-----
From: Johnson, Joanne E. (OLA)
Sent: Thursday, May 10, 2018 8:55 PM
To: Gauhar, Tashina (ODAG) <tagauhar@jmd.usdoj.gov>
Cc: Groves, Brendan M. (ODAG) <bmgroves@jmd.usdoj.gov>; Lan, Iris (ODAG) <irlan@jmd.usdoj.gov>; Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: RE: FBI prep today

Tash:  Please see the attached Summary of today's meeting.  Please let me know if you have any questions.

Thank you,

Joanne, x5-8313

-----Original Message-----
From: Johnson, Joanne E. (OLA)
Sent: Thursday, May 10, 2018 6:10 PM
To: Gauhar, Tashina (ODAG) <tagauhar@jmd.usdoj.gov>
Cc: Groves, Brendan M. (ODAG) <bmgroves@jmd.usdoj.gov>; Lan, Iris (ODAG) <irlan@jmd.usdoj.gov>; Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: RE: FBI prep today

Yes.  Will do and send today.  Thanks, Joanne

-----Original Message-----
From: Gauhar, Tashina (ODAG)
Sent: Thursday, May 10, 2018 3:49 PM
To: Johnson, Joanne E. (OLA) <jojohnson@jmd.usdoj.gov>
Cc: Groves, Brendan M. (ODAG) <bmgroves@jmd.usdoj.gov>; Lan, Iris (ODAG) <irlan@jmd.usdoj.gov>
Subject: FBI prep today

EXHIBIT 1

Hi Joanne.  Wanted to follow up on your conversation with Brendan about the prep session today re Awan.  Sorry if you have already talked to others on this, but can you do some of your very helpful write ups of the meeting for us?

Can you also include who from the FBI attended?

Thanks for your help.

-Tash

EXHIBIT 1

**Summary of FBI Meeting on May 10, 2018 at the FBI re: Shahid Imran Awan in preparation for Briefing next week with Chairman Goodlatte and Reps. Gohmert, Jordan, DeSantis, and Perry**

**Attendees:**

FBI OCA   (b)(6), (b)(7)(C)   (b)(6), (b)(7)(C)
FBI CID:   A/AD Hacker and SC Jimenez
FBI WFO:  ASA   (b)(6), (b)(7)(C)   and SAC DeSarno
DOJ OLA:  Joanne Johnson



(b)(5), (b)(6), (b)(7)(C), (b)(7)(E) per FBI

1

EXHIBIT 1



(b)(5), (b)(6), (b)(7)(C) per FBI

[Meeting was from 11:30 to 12:45.  Notes prepared by Joanne Johnson, OLA].

3

EXHIBIT 1

**Lasseter, David F. (OLA)**

| | |
|---|---|
| **From:** | Lasseter, David F. (OLA) |
| **Sent:** | Monday, May 14, 2018 9:10 AM |
| **To:** | Boyd, Stephen E. (OLA) |
| **Subject:** | FW: FBI prep today |
| **Attachments:** | Summary of FBI Meeting re Imran Awan.docx |

FYSA. Joanne's summary of the prep session last week with the FBI in advance of Thursday's briefing.

-----Original Message-----
From: Johnson, Joanne E. (OLA)
Sent: Thursday, May 10, 2018 8:55 PM
To: Gauhar, Tashina (ODAG) <tagauhar@jmd.usdoj.gov>
Cc: Groves, Brendan M. (ODAG) <bmgroves@jmd.usdoj.gov>; Lan, Iris (ODAG) <irlan@jmd.usdoj.gov>; Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: RE: FBI prep today

Duplicative Material

EXHIBIT 1

**Tucker, Rachael (OAG)**

| | |
|---|---|
| **From:** | Tucker, Rachael (OAG) |
| **Sent:** | Monday, May 14, 2018 4:17 AM |
| **To:** | Johnson, Joanne E. (OLA); Lasseter, David F. (OLA); Lan, Iris (ODAG) |
| **Subject:** | Fwd: FBI prep today |
| **Attachments:** | Summary of FBI Meeting re Imran Awan.docx; ATT00001.htm |

Joanne,

(b)(5); (b)(7)(E) per FBI                              Please call me when you get a chance. Thanks.

Rachael
202.616.7740

Begin forwarded message:

> **From:** "Groves, Brendan M. (ODAG)" <bmgroves@jmd.usdoj.gov>
> **Date:** May 10, 2018 at 9:54:02 PM EDT
> **To:** "Tucker, Rachael (OAG)" <ratucker@jmd.usdoj.gov>
> **Cc:** "Gauhar, Tashina (ODAG)" <tagauhar@jmd.usdoj.gov>
> **Subject: Fwd: FBI prep today**

> > Begin forwarded message:
> >
> > **From:** "Johnson, Joanne E. (OLA)" <jojohnson@jmd.usdoj.gov>
> > **Date:** May 10, 2018 at 8:55:26 PM EDT
> > **To:** "Gauhar, Tashina (ODAG)" <tagauhar@jmd.usdoj.gov>
> > **Cc:** "Groves, Brendan M. (ODAG)" <bmgroves@jmd.usdoj.gov>, "Lan, Iris (ODAG)" <irlan@jmd.usdoj.gov>, "Lasseter, David F. (OLA)" <dlasseter@jmd.usdoj.gov>
> > **Subject: RE: FBI prep today**

Duplicative Material

EXHIBIT 1

| From: | Lasseter, David F. (OLA)<lasseter, david f. (ola)> |
| Date: | Thu May 10 2018 13:00:47 EDT |
| To: | Johnson, Joanne E. (OLA) </o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=9776a4a1981e497ead627f404768 909f-johnson, jo> |
| Cc: | Blank |
| Bcc: | Blank |
| Subject: | RE: Prep for Member Brief on Imran Awan |
| Attachments: | |

So

-----Original Message-----
From: Johnson, Joanne E. (OLA)
Sent: Thursday, May 10, 2018 10:56 AM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: FW: Prep for Member Brief on Imran Awan

David - Re the upcoming prep at the FBI this morning, was there a letter from the Chairman that precipitated the request?  Just wanted to get some additional information.  Also ███(b)(5)███ ████████████████████████████████████████████████████████ Thanks, Joanne -----Original Message-----
From ██(b)(6), (b)(7)(C)██ (DO) (FBI ██(b)(6), (b)(7)(C), (b)(7)(E)██>
Sent: Thursday, May 10, 2018 10:27 AM
To: Johnson, Joanne E. (OLA) <jojohnson@jmd.usdoj.gov>
Subject: RE: Prep for Member Brief on Imran Awan

Joanne,

I just noticed that you emailed me yesterday asking about the purpose of todays meeting.  Im sorry for not responding sooner but the last few days have been a bit chaotic.  We are meeting with FBI CID, WFO, and OGC personnel in order to prepare for the briefing on Imran Awa ██(b)(5)██ ████████ HJC Chairman Goodlatte, and Reps Gohmert, Jordan, DeSantis and Perry ██(b)(5)██ ████████████████████████████████ ██(b)(6), (b)(7)(C)██ ████████████

-----Original Appointment-----
From: Johnson, Joanne E. (OLA) [mailto:Joanne.E.Johnson@usdoj.gov]
Sent: Thursday, May 10, 2018 8:35 AM
To ██(b)(6), (b)(7)(C)██ (DO) (FBI)
Subject: Accepted: Prep for Member Brief on Imran Awan
When: Thursday, May 10, 2018 11:30 AM-12:30 PM (UTC-05:00) Eastern Time (US & Canada).
Where: JEH Room 3645

EXHIBIT 1

**Johnson, Joanne E. (OLA)**

| | |
|---|---|
| **From:** | Johnson, Joanne E. (OLA) |
| **Sent:** | Thursday, May 10, 2018 8:35 AM |
| **To:** | (b)(6), (b)(7)(C) (DO) (FBI) |
| **Subject:** | Accepted: Prep for Member Brief on Imran Awan |

EXHIBIT 1

(b)(6), (b)(7)(C)    (DO) (FBI)

| | |
|---|---|
| **Subject:** | Fwd: Prep for Member Brief on Imran Awan |
| **Location:** | JEH Room 3645 |
| | |
| **Start:** | Thursday, May 10, 2018 11:30 AM |
| **End:** | Thursday, May 10, 2018 12:30 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | (b)(6), (b)(7)(C) (DO) (FBI) |
| **Required Attendees:** | Johnson, Joanne E. (OLA) |

EXHIBIT 1

| From: | ▓▓▓(b)(6), (b)(7)(C)▓▓▓ (DO) |
| | (FB ▓▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓▓ |
| Date: | Wed May 09 2018 19:46:26 EDT |
| To: | Johnson, Joanne E. (OLA) |
| | </o=exchangelabs/ou=exchange administrative group |
| | (fydibohf23spdlt)/cn=recipients/cn=9776a4a1981e497ead627f404768 |
| | 909f-johnson, jo> |
| Cc: | Blank |
| Bcc: | Blank |
| Subject: | Fwd: Prep for Member Brief on Imran Awan |
| Attachments: | |

Unclassified meeting

-

-------- Original message --------
From: ▓▓▓(b)(6), (b)(7)(C)▓▓▓ (DO) (FBI) ▓▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓▓
Date: 5/8/18 11:15 AM (GMT-05:00)
To: ▓▓(b)(6), (b)(7)(C)▓▓ (DO) (FBI) ▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓, ▓▓(b)(6), (b)(7)(C)▓▓ (CID) (FBI) ▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓
▓▓(b)(6), (b)(7)(C)▓▓ (CID) (FBI ▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓ ▓▓(b)(6), (b)(7)(C)▓▓. (WF) (FBI) ▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓,
▓▓(b)(6), (b)(7)(C)▓▓ (WF) (FBI) ▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓ ▓▓(b)(6), (b)(7)(C)▓▓ (DO) (FBI)"
▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓ ▓▓(b)(6), (b)(7)(C)▓▓ (OGC) (FBI) ▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓, ▓▓(b)(6), (b)(7)(C)▓▓ (OGC) (FBI)"
▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓ ▓▓(b)(6), (b)(7)(C)▓▓ (OGC) (FBI) ▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓, ▓▓(b)(6), (b)(7)(C)▓▓ (DO) (FBI)"
▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓ ▓▓(b)(6), (b)(7)(C)▓▓ (CID) (FBI) ▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓ ▓▓(b)(6), (b)(7)(C)▓▓
▓▓ (CID) (FBI) ▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓, "Lasseter, David F. (OLA)" <David.F.Lasseter@usdoj.gov>
Subject: Prep for Member Brief on Imran Awan

Meeting to prepare for Member briefing currently scheduled to occur on 5/17/18 at 10:00am.  Prep will include personnel from FBI WFO, CID, OGC and OCA as well as from DOJ OLA.  Contac ▓(b)(6), (b)(7)(C)▓
▓▓ ▓(b)(6), (b)(7)(C), (b)(7)(E)▓ with any questions.

EXHIBIT 1

**Lasseter, David F. (OLA)**

| | |
|---|---|
| **From:** | Lasseter, David F. (OLA) |
| **Sent:** | Wednesday, May 9, 2018 8:48 AM |
| **To:** | (b)(6), (b)(7)(C) (DO) (FBI) |
| **Subject:** | RE: Imran Awan |

Call me on direct below whenever able.

David F. Lasseter
Deputy Assistant Attorney General
Office of Legislative Affairs
U.S. Department of Justice
(202) 514-1260

-----Original Message-----
From: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Sent: Wednesday, May 9, 2018 8:37 AM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: RE: Imran Awan

No worries. I know the feeling. (b)(7)(E)                          I can chat
before 10 or after lunch. Let me know whats best for you. (b)(7)(E)

-----Original Message-----
From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
Sent: Wednesday, May 09, 2018 8:26 AM
To: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Subject: RE: Imran Awan

Yesterday was out of control. Let's chat today.

-----Original Message-----
From: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Sent: Tuesday, May 8, 2018 2:49 PM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: RE: Imran Awan

David

EXHIBIT 1

David,

Do you have some time today to chat about this? ██████

SSA ██████████
FBI Congressional Affairs
Desk: ████████████
Cell: ████████████

-----Original Message-----
From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
Sent: Sunday, May 06, 2018 6:45 AM
To: ██████████ (DO) (FBI) ██████████████
Subject: Re: Imran Awan

Thanks ██████ I agree with your thoughts. Let's chat on Tuesday morning.

David F. Lasseter

> On May 4, 2018, at 12:45, ██████████ (DO) (FBI) ████████████████ wrote:
>
> David,
>
> I was able to confirm with FBI briefers that FBI is good to brief Members 5/17/18 at 10:00am. Just let me know when a location has been provided. Also, I confirmed a prep session with FBI briefers 5/11/18 at 1:30pm at JEH (Exact room TBD). Given the nature of this brief I think it will be important that you or someone from OLA attend the prep so that I can make sure our briefers understand the boundaries of what will be included in this briefing. My concern is ██(b)(5)██████████. ████████████████████████████████. ████████████████████████████████ If you think appropriate we can discuss this in more detail over the phone prior to the prep. Thanks and have a great weekend. ██████
>
> -----Original Message-----
> From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
> Sent: Wednesday, May 02, 2018 9:05 AM
> To: ██████████ (DO) (FBI) ██████████████
> Subject: RE: Imran Awan
>
> Great ██████...let me know once you hear...thanks

EXHIBIT 1

> -----Original Message-----
> From: (b)(6), (b)(7)(C)  (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
> Sent: Wednesday, May 2, 2018 8:34 AM
> To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
> Subject: RE: Imran Awan

> That should work for our briefers. Let me confirm with those involved though. Thanks for the
>
> SSA (b)(6), (b)(7)(C)
> FBI Congressional Affairs
> Desk: (b)(6), (b)(7)(C), (b)(7)(E)
> Cell: (b)(6), (b)(7)(C), (b)(7)(E)
>
>
>
>

> -----Original Message-----
> From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
> Sent: Tuesday, May 01, 2018 6:01 PM
> To: (b)(6), (b)(7)(C)  (DO) (FBI) (b)(6), (b)(7)(C)
> Subject: RE: Imran Awan
>
> 17 May at 10am is the date they have suggested. Members who would attend:
> Judge Gohmert
> Chairman Goodlatte
> Rep Jordan
> Rep DeSantis
> Rep Scott Perry
>

> -----Original Message-----
> From: (b)(6), (b)(7)(C)  (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
> Sent: Tuesday, May 1, 2018 2:30 PM
> To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
> Subject: RE: Imran Awan
>
> My people are now looking at 5/11 in the am as a possible briefing prep day since they already
> reserved that date and time on their schedules. (b)(6), (b)(7)(C)
>

> -----Original Message-----
> From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
> Sent: Tuesday, May 01, 2018 12:19 PM
> To: (b)(6), (b)(7)(C)  (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)

EXHIBIT 1

> Subject: RE: Imran Awan
>
> █████ --can you go back to your briefers and see what days/times might work for 15-18 May?
>
> Thanks,
> David
>
>
> ——Original Message——
> From: (b)(6), (b)(7)(C)    (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
> Sent: Monday, April 30, 2018 4:57 PM
> To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
> Subject: RE: Imran Awan
>
> Ok sounds good. When you do get the final time locked in let me know. Working on prep scheduling and will advise. █████
>
> ——Original Message-----
> From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
> Sent: Monday, April 30, 2018 2:05 PM
> To: (b)(6), (b)(7)(C)    (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
> Subject: RE: Imran Awan
>
> Still waiting to hear from Rep Gohmert's folks.
>
> ——Original Message——
> From: (b)(6), (b)(7)(C)  . (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
> Sent: Monday, April 30, 2018 11:02 AM
> To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
> Subject: RE: Imran Awan
>
> Thanks David, Ill check to see how May 8 works for my people and will advise. Were you able to confirm with the Members whether 5/11/18 in the morning works for them? If so did they confirm a more precise time or location with you? █████
>
>
> SSA (b)(6), (b)(7)(C)
> FBI Congressional Affairs
> Desk: (b)(6), (b)(7)(C), (b)(7)(E)
> Cell: (b)(6), (b)(7)(C), (b)(7)(E)
>
>
>
>
> ——Original Message——

EXHIBIT 1

> From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
> Sent: Monday, April 30, 2018 9:25 AM
> To: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
> Subject: RE: Imran Awan
>
> Good morning (b)(6), (b)(7)(C) I agree that we should hold a prep session. Probably should do it next week. Maybe on 8 May?
>
> Thanks,
> David
>
> ——Original Message——
> From: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
> Sent: Monday, April 30, 2018 8:22 AM
> To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
> Subject: RE: Imran Awan
>
> David,
>
> Looking forward, I obviously think its important that we do a prep session in advance of the briefing and I think its important that someone from DOJ OLA participate given the nature of the ask. Is this something you will be handling directly? Do you have a preference whether we aim to prep this week or next week? (b)(6), (b)(7)(C)
>
>
> SSA (b)(6), (b)(7)(C)
> FBI Congressional Affairs
> Desk: (b)(6), (b)(7)(C), (b)(7)(E)
> Cell: (b)(6), (b)(7)(C), (b)(7)(E)
>
>
>
>
> ——Original Message——
> From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
> Sent: Friday, April 27, 2018 6:27 PM
> To: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
> Cc: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
> Subject: Re: Imran Awan
>
> Thanks (b)(6), (b)(7)(C) Really appreciate you handling this and my constant badgering today.
>
>
> David F. Lasseter

EXHIBIT 1

>
>> On Apr 27, 2018, at 18:25, (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E) wrote:
>>
>> David,
>>
>> Our relevant CID folks have blocked off the Morning of May 11, 2018 for this matter. Will follow up with you early next week to discuss prep. Have a great weekend. (b)(6),(b)(7)C

>>
>>
>> ——Original Message-----
>> From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
>> Sent: Friday, April 27, 2018 6:22 PM
>> To: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
>> Subject: Re: Imran Awan
>>
>> I just ran into Gohmert. He is literally sitting 50 feet from me. Any chance we have a date yet?
>>
>> David F. Lasseter
>>
>>> On Apr 27, 2018, at 17:22, (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E) wrote:
>>>
>>> David,
>>>
>>> [redacted] have a date for you imminently. I will definitely get it to you today. Sorry for the delay. (b)(6),(b)(7)C
>>>
>>>
>>> SSA (b)(6), (b)(7)(C)
>>> FBI Congressional Affairs
>>> Desk: (b)(6), (b)(7)C, (b)(7)(E)
>>> Cell: (b)(6), (b)(7)C, (b)(7)(E)
>>>
>>>
>>>
>>> ——Original Message——
>>> From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
>>> Sent: Friday, April 27, 2018 4:02 PM
>>> To: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
>>> Subject: Re: Imran Awan
>>>
>>> (b)(6),(b)(7)C —we need a date today. (b)(5)
>>> [redacted] The issues we discussed earlier would be the focus of the

EXHIBIT 1

briefing.
>>>
>>> Thanks,
>>> David
>>>
>>>
>>> David F. Lasseter
>>>
>>>> On Apr 27, 2018, at 14:38, (b)(6), (b)(7)(C)  (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)  wrote:
>>>>
>>>> David,
>>>>
>>>> Im still working on getting those dates and times. Let me know if you get more clarity on any specific aspects of the case that are of interest to the members. Also, I know you mentioned the audience would be Rep. Gohmert, Rep. Jordan and one other member. When you can please let me know who that 3rd member will be. Thanks.
>>>>
>>>> SSA (b)(6), (b)(7)(C)
>>>> FBI Congressional Affairs
>>>> Desk: (b)(6), (b)(7)(C), (b)(7)(E)
>>>> Cell: (b)(6), (b)(7)(C), (b)(7)(E)
>>>>

EXHIBIT 1

**(b)(6), (b)(7)(C)**    **(DO) (FBI)**

**From:**          (b)(6), (b)(7)(C)    (DO) (FBI)
**Sent:**          Monday, May 7, 2018 5:06 PM
**To:**            Lasseter, David F. (OLA)
**Subject:**       RE: Imran Awan

Still working on that but I will do! (b)(6),(b)(7)(c)

----–Original Message----–
From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
Sent: Monday, May 07, 2018 5:02 PM
To: (b)(6), (b)(7)(C)    (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Subject: RE: Imran Awan

Rgr...just shoot me the room number

-----Original Message----–
From: (b)(6), (b)(7)(C)    (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Sent: Monday, May 7, 2018 4:12 PM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: RE: Imran Awan

Lets have it here at JEH.

-----Original Message-----
From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
Sent: Monday, May 07, 2018 4:11 PM
To: (b)(6), (b)(7)(C)    (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Subject: RE: Imran Awan

Yes. Here at DOJ or over there?

-----Original Message-----
From: (b)(6), (b)(7)(C)    (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Sent: Monday, May 7, 2018 3:21 PM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: RE: Imran Awan

Can you do 11:30am on Thursday 5/10/18?

-----Original Message-----

EXHIBIT 1

-----Original Message-----
From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
Sent: Monday, May 07, 2018 1:54 PM
To: ▮(b)(6), (b)(7)(C)▮ (DO) (FBI) ▮(b)(6), (b)(7)(C), (b)(7)(E)▮
Subject: Re: Imran Awan

▮▮▮—can your guys do Thursday instead for our prep session?

Thanks,
David


David F. Lasseter

> On May 7, 2018, at 12:24, ▮(b)(6), (b)(7)(C)▮ (DO) (FBI) ▮(b)(6), (b)(7)(C), (b)(7)(E)▮ wrote:
>
> Sounds good to me. Ill be around. ▮(b)(6), (b)(7)(C)▮
>
> -----Original Message-----
> From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
> Sent: Sunday, May 06, 2018 6:45 AM
> To: ▮(b)(6), (b)(7)(C)▮ (DO) {FBI} ▮(b)(6), (b)(7)(C), (b)(7)(E)▮
> Subject: Re: Imran Awan

Duplicative Material

EXHIBIT 1

| | |
|---|---|
| **From:** | Lasseter, David F. (OLA) |
| **Sent:** | Tuesday, May 1, 2018 3:01 PM |
| **To:** | (b)(6), (b)(7)(C) (DO) (FBI) |
| **Subject:** | RE: Imran Awan |

Good to go.

-----Original Message-----
From (b)(6), (b)(7)(C) (DO) (FBI (b)(6), (b)(7)(C), (b)(7)(E)
Sent: Tuesday, May 1, 2018 2:30 PM
To: Lasseter, David F. (OLA) <dlasseter@jmd.usdoj.gov>
Subject: RE: Imran Awan

Duplicative Material

EXHIBIT 1

**(b)(6), (b)(7)(C)**    **(DO) (FBI)**

| | |
|---|---|
| **From:** | (b)(6), (b)(7)(C)  (DO) (FBI) |
| **Sent:** | Tuesday, May 1, 2018 2:28 PM |
| **To:** | Lasseter, David F. (OLA) |
| **Subject:** | RE: Imran Awan |

Copy that. Checking now. Will advise. (b)(6), (b)(7)(C)

-----Original Message-----
From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
Sent: Tuesday, May 01, 2018 12:19 PM
To: (b)(6), (b)(7)(C)  (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Subject: RE: Imran Awan

Duplicative Material

EXHIBIT 1

| From: | Lasseter, David F. |
| --- | --- |
| | (OLA)</o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=277fc98949514c579fb397c6b137 0938-lasseter, d> |
| Date: | Fri Apr 27 2018 18:33:56 EDT |
| To: | ▓▓▓(b)(6), (b)(7)(C)▓▓▓ (DO) (FBI) |
| | ▓▓▓(b)(6), (b)(7)(C), (b)(7)(E)▓▓▓ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Cc: | ▓▓▓ Blank |
| Bcc: | Blank |
| Subject: | Re: Imran Awan |
| Attachments: | |

Yep. Good to go. Thanks man

David F. Lasseter

On Apr 27, 2018, at 18:32 ▓(b)(6), (b)(7)(C)▓ (DO) (FBI ▓(b)(6), (b)(7)(C), (b)(7)(E)▓ wrote:

Just out of a meeting with the DD. Did you see the email fro ▓(b)(6), (b)(7)(C)▓ ?

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Lasseter, David F. (OLA)" <David.F.Lasseter@usdoj.gov>
Date: 4/27/18 6:12 PM (GMT-05:00)
To: ▓(b)(6), (b)(7)(C)▓ (DO) (FBI) ▓(b)(6), (b)(7)(C), (b)(7)(E)▓
Subject: Re: Imran Awan

I literally just ran into Louie Gohmert. Any update?

David F. Lasseter

On Apr 27, 2018, at 16:09 ▓(b)(6), (b)(7)(C)▓ (DO) (FBI ▓(b)(6), (b)(7)(C), (b)(7)(E)▓ wrote:

I am talking to CID right now

From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
Sent: Friday, April 27, 2018 4:03 PM
To ▓(b)(6), (b)(7)(C)▓ (DO) (FBI ▓(b)(6), (b)(7)(C), (b)(7)(E)▓
Subject: Fwd: Imran Awan

EXHIBIT 1

I need a date today


David F. Lasseter


Begin forwarded message:

From: "Lasseter, David F. (OLA)" <dlasseter@jmd.usdoj.gov>
Date: April 27, 2018 at 16:02:23 EDT
To: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Subject: Re: Imran Awan

Duplicative Material

EXHIBIT 1

**(b)(6), (b)(7)(C)**  (DO) (FBI)

| | |
|---|---|
| **From:** | (b)(6), (b)(7)(C) (DO) (FBI) |
| **Sent:** | Friday, April 27, 2018 6:33 PM |
| **To:** | Lasseter, David F. (OLA) |
| **Cc:** | (b)(6), (b)(7)(C) (DO) (FBI) |
| **Subject:** | RE: Imran Awan |

Not a problem, I was actually the one within the FBI seen as doing the badgering but I guess it comes with the territory. (b)(6), (b)(7)(C)

-----Original Message-----
From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
Sent: Friday, April 27, 2018 6:27 PM
To: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Cc: (b)(6), (b)(7)(C) (DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E)
Subject: Re: Imran Awan

Duplicative Material

EXHIBIT 1

**Lasseter, David F. (OLA)**

| | |
|---|---|
| **From:** | Lasseter, David F. (OLA) |
| **Sent:** | Friday, April 27, 2018 5:26 PM |
| **To:** | (b)(6), (b)(7)(C)　(DO) (FBI) |
| **Subject:** | Re: Imran Awan |

Great thanks ▮▮▮▮

David F. Lasseter

> On Apr 27, 2018, at 17:22, (b)(6), (b)(7)(C)　(DO) (FBI) (b)(6), (b)(7)(C), (b)(7)(E) wrote:
>

Duplicative Material

`

EXHIBIT 1

**Lasseter, David F. (OLA)**

| | |
|---|---|
| **From:** | Lasseter, David F. (OLA) |
| **Sent:** | Friday, April 27, 2018 4:14 PM |
| **To:** | (b)(6). (b)(7)(C)    (DO) (FBI) |
| **Subject:** | Re: Imran Awan |

Thanks

David F. Lasseter

On Apr 27, 2018, at 16:09, (b)(6). (b)(7)(C)    (DO) (FBI) (b)(6). (b)(7)(C). (b)(7)(E) wrote:

Duplicative Material

EXHIBIT 1

(b)(6), (b)(7)(C)   (DO) (FBI)

**From:**        (b)(6), (b)(7)(C)   (DO) (FBI)
**Sent:**        Friday, April 27, 2018 4:05 PM
**To:**          Lasseter, David F. (OLA)
**Cc:**          (b)(6), (b)(7)(C)   (DO) (FBI)
**Subject:**     RE: Imran Awan

David,

I understand. Will push our CID for some dates ASAP. (b)(6), (b)(7)(C)

-----Original Message-----
From: Lasseter, David F. (OLA) [mailto:David.F.Lasseter@usdoj.gov]
Sent: Friday, April 27, 2018 4:02 PM
To: (b)(6), (b)(7)(C)   (DO) (FBI) (b)(6), (b)(7)(C)
Subject: Re: Imran Awan

Duplicative Material

EXHIBIT 1

# Congress of the United States
## Washington, DC 20515

January 22, 2018

The Honorable Jeff Sessions
Attorney General
U.S. Department of Justice
Washington, D.C.

RE: Meeting Request with the Attorney General

Dear Attorney General Sessions:

House Members have been told that there is an ongoing investigation into the criminal activities of former House of Representatives shared staffer Imran Awan along with his family members and associates. Additionally, we are advised that there is a related open case in the United States District Court for the District of Columbia.

Since the two undersigned House Members have important, sensitive information we believe would be important to you, we request a meeting with you to discuss what has come to our attention. There is an imminent need to share such information directly with you as soon as you are able to meet with us.

It is additionally requested that Chief of Staff Connie Hair be present due to her diligent work on this matter. Please let us know the earliest date that would accommodate such a meeting.

With warmest regards,

Louie Gohmert
Congressman
1st District of Texas

Scott Perry
Congressman
4th District of Pennsylvania

PRINTED ON RECYCLED PAPER
EXHIBIT 1

| | |
|---|---|
| **From:** | Kellner, Kenneth E. (OLA) |
| **Sent:** | Tuesday, November 7, 2017 5:10 PM |
| **To:** | Laragy, Scott (USAEO) |
| **Subject:** | FW: Scan for #3874108 - DeSantis re Imran Awan |
| **Attachments:** | 2017-11-07 Imran Awan Case - #3874108 DeSantis.pdf |

**From:** Brooks, Roshelle (OLA)
**Sent:** Tuesday, November 07, 2017 5:09 PM
**To:** Kellner, Kenneth E. (OLA) <kkellner@jmd.usdoj.gov>
**Subject:** FW: Scan for #3874108 - DeSantis re Imran Awan

FYI

**From:** Mangum, Anela M. (OLA)
**Sent:** Tuesday, November 07, 2017 5:00 PM
**To:** McKay, Shirley A (OLA) <smckay@jmd.usdoj.gov>; Herbert, Jenelle R. (OLA) <jherbert2@jmd.usdoj.gov>; Brooks, Roshelle (OLA) <rbrooks@jmd.usdoj.gov>
**Subject:** Scan for #3874108

Good evening,

The scans attached have been uploaded to OLA Chron. The package is in Mr. Horton/Shirley box.

Thanks!

Anela M. Mangum
Confidential Assistant
Office of Legislative Affairs
U.S. Department of Justice
Phone: 202-514-4828
Fax: 202-514-4482

EXHIBIT 1



**U.S. Department of Justice**

Office of Legislative Affairs

---

Office of the Assistant Attorney General                    *Washington, D.C. 20530*

NOV 0 7 2017

The Honorable Ron DeSantis
U.S. House of Representatives
Washington, DC   20515

Dear Congressman DeSantis:

This responds to your letter to the Attorney General dated August 3, 2017, seeking information pertaining to the Department of Justice's (Department) prosecution of Imran Awan, who was arrested on July 24, 2017.   We apologize for our delay in responding to your letter.

We understand your concerns about Awan and the effects of his alleged defrauding of the House of Representatives.   Mr. Awan has been indicted by a federal grand jury in the United States District Court for District of Columbia for conspiracy, bank fraud, false statements on a loan or credit application, and unlawful money transactions.   A copy of the four count indictment is enclosed for your information.   Longstanding Department policy, however, precludes us from commenting or providing non-public information about this matter while it is pending.   This policy serves to protect the integrity of the criminal justice process, including the confidentiality and privacy interests that are important to our law enforcement efforts.

We hope this information is helpful.   Please do not hesitate to contact this office if we may provide assistance regarding this or any other matter.

Sincerely,

Stephen E. Boyd
Assistant Attorney General

Enclosure

EXHIBIT 1

bcc:    Michael Marando
        Assistant United States Attorney
        United States Attorney's Office
        District of Columbia
        555 4th Street, NW
        Washington, DC   20530

EXHIBIT 1

RON DESANTIS
6TH DISTRICT, FLORIDA

COMMITTEE ON FOREIGN AFFAIRS

COMMITTEE ON OVERSIGHT AND
GOVERNMENT REFORM

COMMITTEE ON THE JUDICIARY

## Congress of the United States
### House of Representatives
#### Washington, DC 20515–0906

1524 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
T : (202) 225–2706

31 LUPI COURT
SUITE 130
PALM COAST, FL 32137
T : (386) 302-0471

1000 CITY CENTER CIRCLE
SECOND FLOOR
PORT ORANGE, FL 32129
T : (386) 756-9798

120 SOUTH FLORIDA AVENUE
SUITE 324
DELAND, FL 32720
T : (386) 279-7343

August 3, 2017

The Honorable Jeff Sessions
Attorney General
Department of Justice
Washington, DC 20530

Dear Mr. Attorney General:

On July 24, 2017, Imran Awan, a contractor hired to perform information technology (IT) services for several Members of the House of Representatives, was arrested at Washington Dulles International Airport under charges of bank fraud. Awan is accused of defrauding the Congressional Federal Credit Union by obtaining a $165,000 home equity loan for a rental property he does not own. Those funds were then included as part of a wire transfer to two individuals in Faisalabad, Pakistan.[1]

In addition to the charges of bank fraud, Imran Awan, along with several other former individuals employed by the House of Representatives, including (b)(6)             , are alleged to have defrauded the House of Representatives by using taxpayer funds to purchase technological equipment that are now missing.[2] We do not know how much Awan and/or (b)(6) may have profited from the fraudulent sale of this equipment.

Given the alarming amount of funds that were wired to Pakistan, has the Department of Justice utilized the United States Department of Treasury Financial Crimes Enforcement Network (FinCEN) to investigate the financial records of Awan and (b)(6) to discover evidence of other potential crimes? Have any U.S. financial institutions filed reports of suspicious activity on any bank account held by Awan or his wife? Is the Department of Justice investigating whether any funds generated from the sale of stolen property of the House of Representatives were included as part of the wire transfer to Faisalabad, Pakistan? Finally, will the Department seek a court order freezing the proceeds of any real estate transaction or from the sale of stolen technological equipment?

---

[1] Heather Caygle and Josh Bresnahan, *Wasserman Schultz Aide Arrested Trying to Leave the Country*, POLITICO, July 25, 2017, http://www.politico.com/story/2017/07/25/debbie-wasserman-schultzaide-arrest-240960.
[2] Heather Caygle, *House Staffers Under Criminal Investigation Still Employed*, POLITICO, Feb. 6, 2017, http://www.politico.com/story/2017/02/house-staff-criminal-investigation234714.

I hope that we can work together to undo the serious damage done by these individuals while in the employment of the House of Representatives. While we can never tolerate breaches of the public trust, the wire transfer to Pakistan is particularly alarming as Pakistan is home to numerous terrorist organizations. I look forward to your timely response into these matters.

Sincerely,

Ron DeSantis
Member of Congress

EXHIBIT 1

**Kellner, Kenneth E. (OLA)**

| | |
|---|---|
| **From:** | Kellner, Kenneth E. (OLA) |
| **Sent:** | Monday, November 6, 2017 4:48 PM |
| **To:** | Laragy, Scott (USAEO) |
| **Subject:** | RE: Another Expedite – Congressman DeSantis/Imran Awan |
| **Attachments:** | DeSantis 11-6-2017 v2.docx |

Please edit freely.

From: Kellner, Kenneth E. (OLA)
Sent: Monday, November 06, 2017 4:34 PM
To: 'Laragy, Scott (USAEO)' (b)(6), (b)(7)(C)
Subject: RE: Another Expedite - Congressman DeSantis/Imran Awan

Thanks. I will revise the letter based on the public indictment and send it back.

From: Laragy, Scott (USAEO) (b)(6), (b)(7)(C)
Sent: Monday, November 06, 2017 4:32 PM
To: Kellner, Kenneth E. (OLA) <kkellner@jmd.usdoj.gov>
Subject: RE: Another Expedite - Congressman DeSantis/Imran Awan

Here is the public indictment. No press release I can find.
I would send over the indictment.

From: Kellner, Kenneth E. (OLA) [mailto:Kenneth.E.Kellner@usdoj.gov]
Sent: Monday, November 06, 2017 4:24 PM
To: Laragy, Scott (USAEO) (b)(6), (b)(7)(C)
Subject: Another Expedite - Congressman DeSantis/Imran Awan

Would you review the edits? Is there any additional public information about the case since the arrest in July? Is the criminal complaint unsealed? I found it on different websites, but not the USAO-DC website.

Time sensitive.

Thanks!

Ken

EXHIBIT 1

Not Responsive Records

OTHER LOCATIONS

12 COURTHOUSE DRIVE
LEONARDTOWN, MD. 20650
(301) 868 7400

1460 SOUTHERN MARYLAND BLVD.
PRINCE FREDERICK, MD. 20639
(410) 535 5600

50 POST OFFICE ROAD
WALDORF, MD. 20601
(301) 645 4000

300 TALBOT STREET
EASTON, MD. 21601
(410) 820 9200

ONE PLAZA EAST
SALISBURY, MD. 21803
(800) 227 5291

604 BEL RIDGES AVENUE
QUEENSTOWN, MD. 21658
(800) 227 5291

903 WASHINGTON AVENUE, SUITE 1A
CHESTERTOWN, MD. 21600
(800) 227 5291

526 POPLAR STREET
CAMBRIDGE, MD. 21613
(800) 227 5291

14513 MAIN STREET
UPPER MARLBORO, MD 20772
(800) 227 5291

7305 BALTIMORE AVENUE, SUITE 301
COLLEGE PARK, MD. 20740
(800) 227 5291

1800 K STREET, N.W. SUITE 300
WASHINGTON, D.C. 20006
(800) 227 5291

49 EAST DEER PARK ROAD
DIX HILLS, N.Y. 11746
(800) 227 5291

JOHN F. LILLARD, III*
LAURA J. REIMER LILLARD*
JOHN F. LILLARD, SR. (1882-1962)
JOHN F. LILLARD, JR. (1911-1997)
J. BOWIE LILLARD (1921-1991)

*MR  LILLARD IS AN ACTIVE MEMBER OF THE MARYLAND AND
DISTRICT OF COLUMBIA BARS, AND INACTIVE MEMBER OF THE NEW YORK BAR
MRS  LILLARD IS AN ACTIVE MEMBER OF THE NEW YORK BAR ONLY

LAW OFFICES

# LILLARD & LILLARD

8  LOUDON LANE
ANNAPOLIS, MD. 21401-1219
(410) 268-1900
FACSIMILE:  (410) 268-5544
TOLL FREE: 800 CAR LAW  1 (800 227 5291)
E MAIL (b)(6)

Tuesday, October 3, 2017

The Honorable Jeff Sessions III
Attorney General
United States Department of Justice
Robert F. Kennedy Building
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-20001
c/o:   Joseph H. "Jody" Hunt, Chief of Staff to the Attorney General
Jody.hunt@usdoj.gov
       David C. Rybicki, Counselor to the Attorney General
David.rybicki@usdoj.gov
       Rachael Tucker, Counselor to the Attorney General
Rachael.tucker@usdoj.gov
       Mary Blanche Hankey, White House Liaison and Counsel to the Attorney
General Mary.blanche.hankey@usdoj.gov
       peter.carr@usdoj.gov.

Dear General Sessions,

       Retired President Ford DOJ appointee and protégé of Bill Bittman of Hoffa
fame, may I repeat my modest proposal? See below.  On July 27, 2017, I first wrote
you.  I asked that you take it to the opposition, that the best defense is a good
offense [against Mueller,  Comey, Soros, Steyer, Bezos, Zucker, and the Leftist
power brokers].

EXHIBIT 1

It is now self-evident that your refusal and recusal procrastinating the inevitable prosecution of Hillary's blatant treasonous corruption has caught up to you.



• **AG Jeff Sessions The latest Tweets from AG Jeff Sessions ... DOJ is too bus protecting Hillary Clinton.**

• **Uninformed Hillary Shamelessly Politicizes Las Vegas Massacre**

• **Trump tells Alabama crowd: Ask Jeff Sessions about lo 2017President Trump told an Alabama crowd Friday they would have to ask Attorney Genera Clinton, ...Trump Shifts Responsibility on Prosecuting Hillary Cliniton: 'You Got ...Independe Completely Psycho And Threatens To Throw Hillary ...PoliticusUSA Sep 22, 2017**

• **Trump after 'lock her up' chant: Talk to Jeff SessionsCNN Sep 22, 2017W Alabama crowd Friday night that if "Crooked Hillary" Clinton had won the 2016 election, ...T Bannon, Gorka as ...Breitbart News Sep 22, 2017The Note: Alabama Senate race deepens GO**

• **TownhallHillary Clinton should be prosecuted, there's ample evidence of her ...Fox Business Sep 12, 2017"The government has chosen not to prosecute. Attorney Judge Orders Investigation Into Three of Clinton's LawyersTownhall Sep 12, 2017Gregg Jarrett: Sessions should resign, but not before taking action ...Fox News Sep 18, 2017U.S. Attorney General Jeff Sessions looks on during a news ... reopen the case against Hillary Clinton for likely violations of the Espionage Act in the ... If the facts are as stated, he should be prosecuted under the Privacy Act.**

• **Fox Host Faulkner Annoyed AG Sessions Hasn't Prosecuted Hillary ... Fox Host Ann Over Emails**

POSTED BY ELLEN  6104.20PC  ON SEPTEMBER 27, 2017 · FLAGimage: https://d3n8a8pro7vhmx.cloudfront.net/newshounds/pages/10278/attachments/original/1506544965/Fau

One day after the GOP's zombie Obamacare repeal died again, Fox News resurrected the Hillary Clinto Trump, hubby Jared Kushner and four other senior Trump administration officials were just exposed : House business.

On today's Outnumbered show, cohost Sandra Smith revealed that Clinton's email, were still among th the fact that they were also an excuse to suggest former FBI Director James Comey is a Democratic par SMITH: House Republicans renewing their call for a second special counsel to investigate the controver administration during last year's election. This follows allegations that former FBI Director James Con before interviewing her and more than a dozen key witnesses. Republicans also complaining that Come associates despite Justice Departmet policy encouraging the practice.

Unfortunately for the Comey smear mongering, the show's guest, Judge Andrew Napolitano all but call NAPOLITANO: This is another letter, with deference and respect to the signers of it, ignorant of the wa outset of their investigation, who they plan to charge and what they plan to charge them with and then t

5  6

EXHIBIT 1

decided there wasn't enough to prosecute her, a month before her late June/early July … interview, tha
wanted to see whether she contradicted what they had or whether she supported it.
However, Napolitano was all in on the Clinton attack. He said another special prosecutor is not needed
grand jury tomorrow and indict Hillary Clinton" without one.
"Why doesn't he do it?" Harris Faulkner asked with enthusiasm. Faulkner's servile devotion to Donald
Hannity any day.
Marie Harf, the lone liberal on the five person panel, said maybe there isn't enough evidence.
Napolitano thought otherwise, though he acknowledged he hasn't seen "their internal file."
Harf said, "The House GOP is looking at going into a midterm with no legislative successes. If they wan
with Hillary Clinton…"
"Why can't they do both?" Faulkner interrupted.
"'Cause they have shown themselves to be incapable of doing anything," Harf shot back. "They need to
want to keep their jobs."
At some point, Harf mentioned private email use in the Trump White House but she was quickly talked
But Faulkner refused to let go of her dream of indicting Clinton (and, coincidentally distracting from T
FAULKNER: It's a great point, though. Why doesn't this attorney general step up and do what he can
evidence there, why not do it?
"Maybe there isn't, though," Harf retorted.
"We don't know," Faulkner replied.
If Trump provokes a nuclear war, Fox will say, "But her emails!" Yett you can pretty much count on a
email use.
Watch the hypocritical obsession below, from the September 27, 2017 Outnumbered.

Read more at
http://www.newshounds.us/fox_host_faulkner_annoyed_ag_sessions_hasn_t_prosecuted_hillary_clinton
(blog) Sep 27, 2017One day after the GOP's zombie Obamacare repeal died again, Fox News resurrecte
that ...Trump Attorney General 'Absolutely' Considering New Investigations ...Independent Journal Re

It is with considerable respect and concern that you General Sessions are urged to "grow some new ones or get out."  Your tenure is over.  Unless you reverse course, please step aside to let Rudy or other AG mount our offensive.  We don't need to placate anymore.  The whacko-liberal 22% always with the Left cannot be swayed.  Our majority will stay with us.  The middle 25% will certainly come over to us, when our AG is decisive, and/or when the "new Elliott Ness" tackles the "Millennium Untouchables."  Together, we, the 77% swamp-drainers, want our Country Back.

By copy to our resident historian Newt Gingrich [modesty forefends, but attached is my mug with  a younger Newt], General Sessions, you've lost sight of the historical fact that when the shoe was on the other foot while the left was in charge, your predecessor prosecuted Andrew Mellon, the Bill Gates of the 1930s, at the same time as "public enemies" John Dillinger, Baby Face Nelson, Bonnie and Clyde, Pretty Boy Floyd, Machine Gun Kelly, and Ma Barker. What more apt analogy than "depression era" retribution against corruption compared with Obama-era corruption?

Timing is poignant.  Immediately on the heels of putting away scallywags like Sen. Bob Menendez and Rep. Anthony Weiner for public corruption convictions,

EXHIBIT 1

who is your 2017 Elliot Ness to grow some and bring justice against the "untouchables" of the new millennium [Soros, Hillary, Steyer, but first, your "low hanging fruit" Debbie Wasserman Schultz, and her "5th column" internal spy for radical Muslimism terrorism, Pakistani-born Imran Awan]? If you cannot step aside for strategic reasons, General Sessions, better yet, might you convince Rudy to don the *"new Ness"*, mantle, and join you as "special prosecutor-pit-bull-swamp-drainer Rudy?"

Who would get better press?  Rudy or Mueller?

Respectfully & humbly
submitted,

JFLIII/s                                              John F. Lillard, III

Not Responsive Records

EXHIBIT 1

**Kellner, Kenneth E. (OLA)**

| | |
|---|---|
| **From:** | Kellner, Kenneth E. (OLA) |
| **Sent:** | Tuesday, September 19, 2017 11:45 AM |
| **To:** | Howell, Mike; USCIS Exec Congr Corresp |
| **Cc:** | Joh, Joseph; Button, Maria G (Gemma) |
| **Subject:** | RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081 |

Thanks.  Mostly I wanted to flag and ensure extra review before transmittal.

From: Howell, Mike (b)(6) per DHS
Sent: Tuesday, September 19, 2017 11:40 AM
To: Kellner, Kenneth E. (OLA) <kkellner@jmd.usdoj.gov>; USCIS Exec Congr Corresp <uscis.exec.congressional@uscis.dhs.gov>
Cc: Joh, Joseph (b)(6) per DHS        ; Button, Maria G (Gemma) (b)(6)
Subject: RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081

Copy.  In my comments, reproduced below, I also identified a few internal consistency issues.  Being new to this, there may be good explanations for many of theses.



(b)(5)

EXHIBIT 1

(b)(5)

**Mike Howell**
Oversight Counsel
Office of the General Counsel
U.S. Department of Homeland Security
(b)(6) per DHS   (desk)
(b)(6)   (cell)

From: Kellner, Kenneth E. (OLA) [mailto:Kenneth.E.Kellner@usdoj.gov]
Sent: Tuesday, September 19, 2017 11:25 AM
To: USCIS Exec Congr Corresp <uscis.exec.congressional@uscis.dhs.gov>
Cc: Joh, Joseph (b)(6) per DHS   ; Howell, Mike (b)(6) per DHS   ; Button, Maria G
(Gemma) (b)(6)
Subject: RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF
1148081

We will try to complete our internal review today.

But I did look through a couple of the files quickly. (b)(5)


From: Kellner, Kenneth E. (OLA)
Sent: Tuesday, September 19, 2017 11:12 AM
To: 'USCIS Exec Congr Corresp' <uscis.exec.congressional@uscis.dhs.gov>
Cc: Joh, Joseph (b)(6) per DHS   ; Howell, Mike (b)(6) per DHS   ; Button, Maria G
(Gemma) (b)(6)
Subject: RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF
1148081

(b)(5)   Please stand
by.

Ken


From: Tait, Karen E (b)(6)   On Behalf Of USCIS Exec Congr Corresp
Sent: Tuesday, September 19, 2017 11:03 AM
To: Kellner, Kenneth E. (OLA) <kkellner@jmd.usdoj.gov>
Cc: Joh, Joseph (b)(6) per DHS   ; Howell, Mike (b)(6) per DHS   ; Button, Maria G
(Gemma) (b)(6)
Subject: RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF
1148081

No problem, Ken. (b)(5), (b)(6), (b)(7)(C)

EXHIBIT 1

Thank you for your help.

Karen

(b)(6)

**From:** Kellner, Kenneth E. (OLA) [mailto:Kenneth.E.Kellner@usdoj.gov]
**Sent:** Tuesday, September 19, 2017 11:00 AM
**To:** Tait, Karen E
**Cc:** Joh, Joseph; Howell, Mike; Button, Maria G (Gemma); USCIS Exec Congr Corresp
**Subject:** RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081

I greatly appreciate the update.

**From:** Tait, Karen E (b)(6)
**Sent:** Monday, September 18, 2017 5:45 PM
**To:** Kellner, Kenneth E. (OLA) <kkellner@jmd.usdoj.gov>
**Cc:** Joh, Joseph (b)(6) per DHS ; Howell, Mike (b)(6) per DHS ; Button, Maria G (Gemma) (b)(6) ; USCIS Exec Congr Corresp <uscis.exec.congressional@uscis.dhs.gov>
**Subject:** RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals- WF 1148081

For your awareness, (b)(5), (b)(6), (b)(7)(C)

He has completed his review and sent me the following statement:

(b)(5), (b)(6), (b)(7)(C)

Thank you,

Karen

(b)(6)

**From:** Kellner, Kenneth E. (OLA) [mailto:Kenneth.E.Kellner@usdoj.gov]
**Sent:** Monday, September 18, 2017 12:19 PM
**To:** Tait, Karen E
**Cc:** Joh, Joseph; Button, Maria G (Gemma)
**Subject:** FW: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081

Hi Karen:

EXHIBIT 1

I should have included you on this email as well.

Ken

---

**From:** Kellner, Kenneth E. (OLA)
**Sent:** Monday, September 18, 2017 12:18 PM
**To:** 'Joh, Joseph' (b)(6) per DHS ; 'Button, Maria G (Gemma)' (b)(6)
**Cc:** Malis, Jonathan M. (USADC) (b)(6), (b)(7)(C) ; Laragy, Scott (USAEO) (b)(6), (b)(7)(C)
**Subject:** RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081

Joseph and Gemma:

Due to their size, I am having difficulty sending the files to reviewers internally. Would you please send the files directly to: Jon Malis (b)(6), (b)(7)(C) ) and Scott Laragy (b)(6). (b)(7)(C) ) ?

If this does not work we will figure out another mechanism.

Thanks very much.

Ken

---

**From:** Kellner, Kenneth E. (OLA)
**Sent:** Monday, September 18, 2017 10:06AM
**To:** 'Joh, Joseph' (b)(6) per DHS ; Button, Maria G (Gemma) (b)(6)
**Subject:** RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081

Thanks. The files can be sent to me, and I will forward them. I will do what I can to get back to you as quickly as possible.

---

**From:** Joh, Joseph (b)(6) per DHS
**Sent:** Friday, September 15, 2017 1:39 PM
**To:** Kellner, Kenneth E. (OLA) <kkellner@jmd.usdoj.gov>; Button, Maria G (Gemma) (b)(6)
**Subject:** RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081

Thank you for including me on this email chain. I am the DHS OLA POC for this inquiry. Efforts to complete the review of these A-files as soon as possible would be appreciated. We owe Grassley staff an update of this inquiry by Weds of next week. Thanks.

Joseph

Joseph S. Joh
Assistant Director and Senior Adviser
Office of Legislative Affairs
Department of Homeland Security
(b)(6) per DHS

EXHIBIT 1

**From:** Kellner, Kenneth E. (OLA) [mailto:Kenneth.E.Kellner@usdoj.gov]
**Sent:** Friday, September 15, 2017 1:35 PM
**To:** Button, Maria G (Gemma) (b)(6)
**Cc:** Joh, Joseph (b)(6) per DHS
**Subject:** RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081

Thanks very much.

---

**From:** Button, Maria G (Gemma) (b)(6)
**Sent:** Friday, September 15, 2017 1:34 PM
**To:** Kellner, Kenneth E. (OLA) <kkellner@jmd.usdoj.gov>
**Cc:** Joh, Joseph (b)(6) per DHS
**Subject:** RE: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081

Hello Ken,

We can get you the files — I believe we can get them to you electronically and password protect them.

If not, we'll make other arrangements — not sure how large the file size is but I'll get back to you..

*Gemma*

**Gemma Button**
**US Citizenship and Immigration Services**
Chief | *Office of the Executive Secretariat*
Office: (b)(6)
E-mail: (b)(6)

---

**From:** Kellner, Kenneth E. (OLA) [mailto:Kenneth.E.Kellner@usdoj.gov]
**Sent:** Friday, September 15, 2017 1:31 PM
**To:** Button, Maria G (Gemma)
**Cc:** Joh, Joseph
**Subject:** FW: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081
**Importance:** High

Hi Gemma:

I hope you are doing well. This clearance request was brought to my attention. I expect we will need to see the redacted files referenced in the proposed response. Could arrangements be made to get those to us?

I am copying Joseph Joh for his awareness.

Ken

**Kenneth E. Kellner**
**Attorney Advisor**
**Office of Legislative Affairs**
**U.S. Department of Justice**
**(202) 514-3752**

EXHIBIT 1

**From:** Button, Maria G (Gemma) (b)(6) ███████████████████ On Behalf Of USCIS Exec Congr Corresp
**Sent:** Thursday, September 14, 2017 1:51 PM
**To:** Wells, Barbara A (JMD) <bwells@jmd.usdoj.gov>
**Subject:** FW: [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081

Hi Barb ---

Here is the email I left you a message about.

Thanks.

*Gemma*
Gemma Button
US Citizenship and Immigration Services
Chief | *Office of the Executive Secretariat*
Office: (b)(6) ██████████
E-mail: (b)(6) ████████████████

**From:** Davis, Patrice H
**Sent:** Wednesday, September 13, 2017 4:06 PM
**To:** dojexecsec@usdoj.gov; (b)(6), (b)(7)(C) ████████████
**Cc:** USCIS Exec Congr Corresp; Davis, Patrice H; Button, Maria G (Gemma); Carter, Constance L; Valentine, Kimberly A; Atkinson, Ronald A; Tait, Karen E
**Subject:** [REQUEST FOR INTERAGENCY CLEARANCE] Chm. Grassley to AD1, A-files for 6 individuals - WF 1148081

DOJ Exec Sec:

Chairman Grassley has requested A-files for the following 6 individuals:

    1. (b)(6) █████████
        · A-File Number (b)(6) ███████
        · DOB: (b:(b) ███
        · COB: (b)(6) ████████

    2. Jamal (b)(6) Awan
        · A-File Number: (b)(6) ██████
        · DOB: (b)(6) █████
        · COB: (b)(6) █████

    3. (b)(6) ██████████
        · A-File Number: (b)(6) ███████
        · DOB: (b)(6) █████

EXHIBIT 1

- COB: (b)(6)

4. , Imran Awan
   - A-File Number: (b)(6)
   - DOB: (b)(6)
   - COB: (b)(6)

5. Rao Abbas
   - A-File Number: (b)(6)
   - DOB: (b)(6)
   - COB: (b)(6)

6. Abid (b)(6) Awan
   - A-File Number: (b)(6)
   - DOB: (b)(6)
   - COB: (b)(b)

(b)(5)

Thank you,

Patrice H. Davis
U.S. Citizenship and Immigration Services
Executive Secretariat
(W) (b)(6)

EXHIBIT 1

**Phillips, Channing (USADC)**

| | |
|---|---|
| **From:** | Phillips, Channing (USADC) |
| **Sent:** | Thursday, September 14, 2017 5:33 PM |
| **To:** | Kellner, Kenneth E. (OLA) |
| **Cc:** | Laragy, Scott (USAEO); Pings, Anne (OLA) |
| **Subject:** | RE: Scott Perry Letter |

Thank you both!

Channing

**From:** Kellner, Kenneth E. (OLA) [mailto:Kenneth.E.Kellner@usdoj.gov]
**Sent:** Thursday, September 14, 2017 5:30 PM
**To:** Phillips, Channing (USADC) (b)(6), (b)(7)(C)
**Cc:** Laragy, Scott (USAEO) (b)(6), (b)(7)(C) ; Pings, Anne (OLA) (JMD) <Anne.Pings2@usdoj.gov>
**Subject:** RE: Scott Perry Letter

Thank you to you both.

I have a draft response from EOUSA for use in this and other Imran Awan inquiries.  I will review it and send it to you, and I will try to do that by tomorrow.

Thanks,

Ken

Kenneth E. Kellner
Attorney Advisor
Office of Legislative Affairs
U.S. Department of Justice
(202) 514-3752

**From:** Pings, Anne (OLA)
**Sent:** Thursday, September 14, 2017 5:26 PM
**To:** Phillips, Channing (USADC) (b)(6), (b)(7)(C)
**Cc:** Kellner, Kenneth E. (OLA) <kkellner@jmd.usdoj.gov>; Laragy, Scott (USAEO) (b)(6), (b)(7)(C)
**Subject:** RE: Scott Perry Letter

Hi Channing –

I hope things are well with you and the office ☺

Referring this to my OLA colleague and EOUSA for their guidance.

Best regards,

EXHIBIT 1

Anne

**From:** Phillips, Channing (USADC) <span style="background:black;color:white">(b)(6), (b)(7)(C)</span>
**Sent:** Thursday, September 14, 2017 5:24 PM
**To:** Pings, Anne (OLA) <apings@jmd.usdoj.gov>
**Subject:** Scott Perry Letter

Hi Anne,

     We received the attached letter today from Congressman Perry (although it's dated August 11, 2017). How would OLA like us to respond?  As a practical matter, AUSA Steve Wasserman has no involvement in either of the two matters to which the Rep. Perry refers.  In fact, both are handled by two completely different sections in the office.  Steve is in Violent Crime and Narcotics, while the Awan matter is being handled by the Fraud and Public Corruption Section and the Seth Rich homicide investigation is being handled by our homicide section.

     Channing

EXHIBIT 1

SCOTT PERRY
4TH DISTRICT, PENNSYLVANIA

TRANSPORTATION AND
INFRASTRUCTURE

HOMELAND SECURITY

FOREIGN AFFAIRS

1207 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5836



## Congress of the United States
## House of Representatives

August 11, 2017

Channing D. Phillips, Esq.
U.S. Attorney for the District of Columbia
United States Attorney's Office
555 4th St., NW
Washington, DC 20530

Dear Attorney Phillips,

I write to express my concerns about the possibility of a conflict of interest in a number of high profile cases with regard to one of the Assistant U.S. Attorneys in your Criminal Division. I understand that the Criminal Division is in charge of the investigation of Imran Awan, former IT employee of the U.S. House of Representatives, as well as the investigation into the death of Seth Rich, former Democratic National Committee employee. The political nature of both of these cases necessitates the removal of anything/anyone that would result in even the slightest indication of a conflict of interest.

As a member of the Criminal Division, Assistant U.S. Attorney Steven Wasserman could play a role in both of these investigations. His familial relationship with U.S. Representative Debbie Wasserman Schultz and her professional connection to the subjects of these investigations - as the Chairwoman of the DNC / Mr. Rich's employer at the time of his death, and as the direct employer of Imran Awan in her Congressional office until he was detained by the FBI - creates the appearance of an obvious conflict of interest. As such, I respectfully request that Assistant U.S. Attorney Wasserman recuse himself from both of these investigations. Additionally, I ask for any files or communications from Assistant U.S. Attorney Wasserman related to his role in either investigation.

If you have any questions or require additional information, please let me know. In advance, I appreciate your time and attention.

Very Respectfully,

SCOTT PERRY
Member of Congress
4th District, Pennsylvania

Cc:    Jefferson B. Sessions III, Attorney General
       Rod Rosenstein, Deputy Attorney General

YORK
2209 EAST MARKET STREET
YORK, PA 17402
(717) 600-1919

WORMLEYSBURG
730 NORTH FRONT STREET
WORMLEYSBURG, PA 17043
(717) 635-9504

GETTYSBURG
22 CHAMBERSBURG STREET
GETTYSBURG, PA 17325
(717) 338-1919

PRINTED ON RECYCLED PAPER

EXHIBIT 1



**U.S. Department of Justice**

Office of Legislative Affairs

Office of the Assistant Attorney General        Washington, D.C. 20530

DEC 1 8 2017

The Honorable Scott Perry
U.S. House of Representatives
Washington, DC  20515

Dear Congressman Perry:

This responds to your letter to the United States Attorney for the District of Columbia dated August 11, 2017, regarding your concerns about a possible conflict of interest that Assistant United States Attorney (AUSA) Steven Wasserman may have with respect to certain criminal investigations pending in the United States Attorney's Office for the District of Columbia (USAO).

The United States Attorney's offices seek in all their proceedings to maintain the utmost ethical and professional conduct and have a continuing obligation to comply with all laws and regulations concerning conflicting financial interests and impartially.  Ethics laws mandate specific procedures to address conflicts and concerns about personal interests affecting the performance of official government duties.

The USAO advises that AUSA Wasserman has not had any involvement in the two investigations cited in your letter, and is assigned to a different section of the office than those investigating the matters.  Please be assured that the USAO takes conflicts of interest seriously and is committed to maintaining the integrity of government processes and the fair administration of justice.

We hope this information is helpful.  Please do not hesitate to contact this office if we may provide additional assistance regarding this or any other matter.

Sincerely,

Stephen E. Boyd
Assistant Attorney General

EXHIBIT 1

**Laragy, Scott (USAEO)**

| | |
|---|---|
| **From:** | Laragy, Scott (USAEO) |
| **Sent:** | Wednesday, August 23, 2017 6:46 PM |
| **To:** | Kellner, Kenneth E. (OLA) |
| **Subject:** | Re: IT matter Congressman DeSantis Imran Awan |

Is there a filing number on top? If so it's from pacer

Sent from my iPhone

On Aug 23, 2017, at 6:02 PM, Kellner, Kenneth E. (OLA) <Kenneth.E.Kellner@usdoj.gov> wrote:

> I found the affidavit and warrant on the Internet. Are these available on PACER? Just wanted to make sure they are public record.
>
> **From:** Laragy, Scott (USAEO) (b)(6), (b)(7)(C)
> **Sent:** Tuesday, August 08, 2017 1:46 PM
> **To:** Kellner, Kenneth E. (OLA)<kkellner@jmd.usdoj.gov>
> **Subject:** RE: IT matter Congressman DeSantis Imran Awan
>
> Ok. I'll get going on it.
>
> **From:** Kellner, Kenneth E. (OLA) [mailto:Kenneth.E.Kellner@usdoj.gov]
> **Sent:** Tuesday, August 08, 2017 1:46 PM
> **To:** Laragy, Scott (USAEO) (b)(6), (b)(7)(C)
> **Subject:** RE: IT matter Congressman DeSantis Imran Awan
>
>
> **From:** Laragy, Scott (USAEO) (b)(6), (b)(7)(C)
> **Sent:** Tuesday, August 08, 2017 1:45 PM
> **To:** Kellner, Kenneth E. (OLA) <kkellner@jmd.usdoj.gov>
> **Subject:** RE: IT matter Congressman DeSantis Imran Awan
>
> Sure
> (b)(5)
>
> **From:** Kellner, Kenneth E. (OLA) [mailto:Kenneth.E.Kellner@usdoj.gov]
> **Sent:** Tuesday, August 08, 2017 1:43 PM
> **To:** Laragy, Scott (USAEO) (b)(6), (b)(7)(C)
> **Subject:** RE: IT matter Congressman DeSantis Imran Awan
>
> Okay thanks. Would you please get a start on the draft response?
>
> **From:** Laragy, Scott (USAEO) (b)(6), (b)(7)(C)

EXHIBIT 1

Sent: Tuesday, August 08, 2017 1:42 PM
To: Kellner, Kenneth E. (OLA) <kkellner@jmd.usdoj.gov>
Subject: FW: IT matter Congressman DeSantis Imran Awan

Nothing public besides the affidavit, arrest warrant, etc.
PIN was consulted but not assigned and NSD was consulted but not assigned.
ODAG knows about it as well.

EXHIBIT 1

**Brooks, Roshelle (OLA)**

| | |
|---|---|
| **From:** | Brooks, Roshelle (OLA) |
| **Sent:** | Thursday, August 17, 2017 10:26 AM |
| **To:** | Kellner, Kenneth E. (OLA) |
| **Subject:** | Imran Awan – DeSantis |

Hi Ken,

This was the only incoming that I could pull re Imran Awan.  Please let me know if you need additional assistance.

Best,
Roshelle

EXHIBIT 1

**From:** Cutrona, Danielle (OAG)
**Sent:** Monday, August 7, 2017 8:27 AM
**To:** Boyd, Stephen (OLP)
**Cc:** Tucker, Rachael (OAG); Hanrahan, Peggi (OAG)
**Attachments:** 7393E624EE53E4BB19E2A098F52E2376.desantis-letter-to-sessions---awan.pdf; ATT00001.txt

See attached.
https://desantis.house.gov/_cache/files/a/c/aca267fa-549c-405a-8c7f-b1e021365847/7393E624EE53E4BB19E2A098F52E2376.desantis-letter-to-sessions---awan.pdf

EXHIBIT 1

CRM

August 29th. 2017

The Honorable Jess Sessions, Attorney General
United States Government
Washington, D. C.

Dear Attorney General Sessions:

As an extremely concerned citizen I am writing to inquire what is being done both investigatively and and administratively by the Attorney Generals Office, and the Federal Bureau of Investigation (FBI), in regard to the unehtical and illegal activities of the Demo-cratic representative from Florida, Debbie Wasserman Shultz and her former IT employee, Imran Awan, and members of his immediate family?

Mr. Awan and (b)(6)        were employed by Mrs. Shulta and were paid $164,000 and $68,300 from government funds even though it has been proven that their request for employment statement were filled with false information. In addition Mr. Awan was arrested at Dulles National airport for bank fraud while attempting to flee to his native Pakistan. These, and other facts, have all the markings of a massive scandal and yet very little has been published by the national media to the points of criminal neglect.

Kimberly A. Strassel of the Wall Street Journal has pointed out numerous facts regarding this story yet there seems to be very little action, and notification to the public, about the status of these illegal acts even though the facts are there for all to see.

Please promptly send me as much information as possible as proof that your office and our government is standing by their motto "No one is above the law". I am looking forward to hearing from you in the near future.

Sincerely



(b)(6)

1

EXHIBIT 1

U.S. Department of Homelnad Security
U.S. Citizenship and Immigration Services
*Office of the Director (MS 2000)*
Washington, DC 20529 2000



**U.S. Citizenship and Immigration Services**

The Honorable Charles E. Grassley
Chairman
Committee on the Judiciary
United States Senate
Washington, DC  20510

Dear Chairman Grassley:

Thank you for your August 4, 2017 letter.

Enclosed are copies of the A-files fo (b)(6)        , Jama (b)(6) ' Awan (b)(6)        ,
Imran Awan, Rao Abbas, and Abi (b)(6)  Awan which contains their immigration history.
Please note that the documents provided to the Committee may contain law enforcement
sensitive (LES) information and information protected by the *Privacy Act of 1974*.
LES information may include TECS and National Crime Information Center records.  Any
further dissemination of LES information may hamper law enforcement efforts.

Thank you again for your letter.  Should you require any additional assistance, please
have your staff contact the U.S. Citizenship and Immigration Services Office of Legislative
Affairs at (202) 272-1940.

Respectfully,

James W. McCament
Acting Director

Enclosures

**www.uscis.gov**

EXHIBIT 1

SCANNED/RECEIVED
BY EXEC SEC

2017 AUG -1  AM 10: 15

CHARLES E. GRASSLEY, IOWA, CHAIRMAN

ORRIN G. HATCH, UTAH
LINDSEY O. GRAHAM, SOUTH CAROLINA
JOHN CORNYN, TEXAS
MICHAEL S. LEE, UTAH
TED CRUZ, TEXAS
BEN SASSE, NEBRASKA
JEFF FLAKE, ARIZONA
MIKE CRAPO, IDAHO
THOM TILLIS, NORTH CAROLINA
JOHN KENNEDY, LOUISIANA

DIANNE FEINSTEIN, CALIFORNIA
PATRICK J. LEAHY, VERMONT
RICHARD J. DURBIN, ILLINOIS
SHELDON WHITEHOUSE, RHODE ISLAND
AMY KLOBUCHAR, MINNESOTA
AL FRANKEN, MINNESOTA
CHRISTOPHER A. COONS, DELAWARE
RICHARD BLUMENTHAL, CONNECTICUT
MAZIE K. HIRONO, HAWAII

## United States Senate
COMMITTEE ON THE JUDICIARY
WASHINGTON, DC 20510-6275

KOLAN L. DAVIS, Chief Counsel and Staff Director
Jennifer Duck, Democratic Staff Director

August 04, 2017

## VIA ELECTRONIC TRANSMISSION

Elaine Duke
Acting Secretary
U.S. Department of Homeland Security
Washington, D.C. 20528

Dear Acting Secretary Duke:

The Federal Bureau of Investigation (FBI), Customs and Border Protection (CBP), and the U.S. Capitol Police recently arrested Imran Awan, a congressional I.T. specialist for several members of the U.S. House of Representatives, as he was trying to leave the country for his native Pakistan.[1]  According to an FBI affidavit, Awan was arrested for allegedly engaging in a bank fraud scheme by obtaining a home equity line of credit based on material misrepresentations.[2]  News reports state that Awan wired $300,000 of the proceeds from the fraudulent activity to Pakistan.[3]  In attempting the wire transfer, Awan pretended to be his wife, lied that the transfer was for "funeral arrangements," and then told the bank manager to hold while he googled a reason for the transfer.[4]  Reportedly, there were other wire transfers to Pakistan in addition to the $300,000.[5]

Awan began working as an I.T. aide in 2004.[6]  Later, his wife, two brothers, and two friends began working as I.T. aides for nearly 30 congressmen.[7]  Over the span of 13 years, they

---

[1] Chad Pergram and Jake Gibson, *Feds Arrest IT Staffer for Wasserman Shultz Trying to Leave Country* (July 25, 2017), available at http://www.foxnews.com/politics/2017/07/25/feds-arrest-it-staffer-for-wasserman-schultz-trying-to-leave-country.html
[2] FBI Affidavit.  Available at https://www.documentcloud.org/documents/3900669-Awan-Imran-Complaint-and-Affidavit.html
[3] Eli Watkins, *Democratic staffer arrested on bank fraud charge*, CNN (July 27, 2017); Luke Rosiak, *Wasserman Schultz Aide in Pakistan Still Liquidating Assets in US*. Daily Caller (July 30, 2017).
[4] Luke Rosiak, *Wasserman Schultz Aide in Pakistan Still Liquidating Assets in US*. Daily Caller (July 30, 2017).
[5] *Id.*
[6] Luke Rosiak, *Pakistani Suspects In House IT Probe Received $4 Million From Dem Reps*. Daily Caller (March 1, 2017)
[7] Luke Rosiak, *Pakistani Suspects In House IT Probe Received $4 Million From Dem Reps*. Daily Caller (March 1, 2017); Nicholas Fandos, *Trump Fuels Intrigue Surrounding a Former I.T. Worker's Arrest*. The New York Times (July 28, 2017).

EXHIBIT 1

Acting Secretary Duke
August 4, 2017
Page 2 of 3

collected more than $4 million— a sum that is reported to be three times higher than the norm
for a government contractor.[8]

In light of the alleged illegal activity, the Committee seeks to better understand Awan and
his associates' immigration histories. Therefore, please provide the Alien File for the individuals
listed below. Please also include any temporary files, working files, and all documents and items
contained in them that were generated by DHS or in its possession about each individual listed
below, whether currently in written or electronic form, including criminal history and
immigration summaries, detainers, or requests for notification, if applicable.

- Imran Awan
- (b)(6)
- Abid Awan
- (b)(6)
- Jamal Awan
- Rao Abbas

I anticipate that your written response and the responsive documents will be unclassified.
Please send all unclassified material directly to the Committee. In keeping with the requirements
of Executive Order 13526, if any of the responsive documents do contain classified information,
please segregate all unclassified material within the classified documents, provide all
unclassified information directly to the Committee, and provide a classified addendum to the
Office of Senate Security. The Committee complies with all laws and regulations governing the
handling of classified information. The Committee is not bound, absent its prior agreement, by
any handling restrictions or instructions on unclassified information unilaterally asserted by the
Executive Branch.

Thank you for your attention to this matter. Please respond by August 18, 2017. If you
have any questions, please contact Katherine Nikas and Josh Flynn-Brown of my Committee
staff at (202) 224-5225.

---

[8] Tyler O'Neil, *Imran Awan Scandal Shows Just How Much Dirt Dems Wanted to Hide By Focusing on Trump Russia*, PJ Media
(July 27, 2017).

EXHIBIT 1

20201105-2-0001747

Acting Secretary Duke
August 4, 2017
Page 3 of 3

Sincerely,

*Chuck Grassley*

Charles E. Grassley
Chairman
Senate Committee on the Judiciary

Cc:

The Honorable Dianne Feinstein
Ranking Member
Senate Committee on the Judiciary

EXHIBIT 1