Mary Basile Logan
Post Office Box 5237
Clinton, New Jersey 08809
Email: Trino@trinops.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

_____

MARY BASILE LOGAN, individually and on behalf | 
of those similarly situated, *Pro-Se*; |
 |
Plaintiff, |
 |
MERRICK GARLAND, in his official capacity |
Attorney General, Department of Justice; et al. |
 | **CIVIL DOCKET: 3:24-CV-00040**
Defendants. |      **ZNQ-TJB**
 |

_____

### PLAINTIFFS' FINAL SUPPLEMENT
### <u>IN SUPPORT OF AMENDED COMPLAINT</u>

     Plaintiff provides this final supplement to the amended complaint in the company of Exhibits, as outlined below:

1. <u>EXHIBIT 30 – James Comey Terminated Marc Rich and Pincus Green Investigation.</u>
2. EXHIBIT 31 – Clinton Foundation Donors (December 18, 2008).
3. EXHIBIT 32 – NY/NJ/CT Joint Press Conferences – YouTube.
4. EXHIBIT 33 – Union County, New Jersey Court Order; Docket No.: 2:23-cv-02531-TLA-SDW-BRM.

## FINAL SUPPLEMENT IN SUPPORT
## OF AMENDED COMPLAINT

5. Plaintiff reiterates those claims of harm made in the amended complaint submitted March 22, 2024 to the Honorable Court, amending ¶179, to reflect the date of November, 2024.

6. Plaintiff reiterates those claims of harm made in the supplement to the amended complaint submitted April 1, 2024 to the Honorable Court.

7. Plaintiff states that the Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE made the knowing decisions concerning their conduct, now a matter of historic record,

insodoing each seized and trampled the Plaintiff's Fourteenth Amendment Rights; deprivation of life, liberty and property, absent due process of law as well those of equal protection of the laws and statutes codified of these United States.

8. As setforth in the amended complaint of March 22, 2024 and the supplement of April 1, 2024, Plaintiff analyzed a number of 501c3 organizations, their associated funding and inclusive donor records. Plaintiff presents findings from the Clinton Foundation, and contractual engagements regarding Uranium One germane as to the Defendant's, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA,

and ROBERT JUNGE's collective actions, and conduct as well the harm which have been caused, including the usurpation of Plaintiff's Fourteenth Amendment Rights.

9. Plaintiff analyzed the December 18, 2008, Clinton Foundation donor record, published by the Wall Street Journal,[1] stating facts from history records, inclusive of the Uranium One Congressional records, Plaintiff states:

w.  At the appointment of Defendant, BARACK HUSSEIN OBAMA; under the auspices of Article II, Section 3.1.3.1, the co-Defendant HILLARY R. CLINTON served as the Secretary of State for these United States; the latter acting in "in the performance of his executive duties, and their official acts, promulgated in the regular course of business, are presumptively his acts." (See *Wilcox v. Jackson EX DEM McConnel,* 38 U.S. 498 (1839)*; Williams v. United States* 42 U.S. (1 How.) 2990, 297 (1843); and *United States v. Jones,* 59 U.S. (18 How.) 92, 95 (1856)).

x.  As setforth in the amended complaint, Plaintiff reiterates her claim as to Defendant, BARACK HUSSEIN OBAMA's usurpation of the Constitution in unlawfully serving as the Chief Executive of these United States.

y.  In November, 2004, the co-Defendant, JAMES B. COMEY closed the investigation which included the donor records of the Clinton Foundation to that point in time regarding, same being owned and operated by the Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON, see EXHIBIT 31.

---

[1] Wall Street Journal, December 18, 2008.  Clinton Foundation Donors.  Accessed April 1, 2024.
https://www.wsj.com/public/resources/documents/st_clintondonor_20081218.html

z.  On February 14, 2001, "U.S. Pardon Attorney Roger Adams testified before the Senate Judiciary Committee that with respect to Rich and Green, 'none of the regular procedures were followed.'"[2]

aa. Defendant, ERIC HOLDER, as a matter of historic record, "testified on February 8, 2001 at the House Government Reform Committee hearing that he was the only person at DOJ notified of the pardon sought by Rich…was contacted directly by Jack Quinn, Marc Rich's attorney and former Clinton White House Counsel.[3]

bb. Contributions were made to the William J. Clinton Foundation, a foundation supporting the Clinton Presidential Library, noting the investigative record reflects "checks" plural not singular, same being given in advance of the pardon. Plaintiff states bribery and/or extortion clearly a motive, purchasing the pardon.

cc. The Defendant, the DNC and the RNC, and CHARLES "CHUCK" SCHUMER (State Senatorial joint fundraising campaigns) are specifically referred to in the Rich investigative records having been the recipients of major donor funds.[4] Plaintiff states that denial of culpability as to the three co-Defendants is futile, the evidence irrefutable.

dd. Plaintiff states that a significant number of donors, individuals, and organizations, from the December 18, 2008 Clinton Foundation donor repository includes foreign dignitaries, leaders of sovereign nation-states as well Foundations, and United Nations affiliates.  Some of the donors are recipients of grant funds appropriated through USAID, funded by United States taxpayers.

---

[2] U.S. Dept. of Justice, Federal Bureau of Investigation.  Letter of February 16, 2001; File No.: 58A-NY-278417.  Accessed March 10, 2024 https://www.fbiarchives.gov
[3] *Ibid.*
[4] *Ibid.*

ee. Plaintiff states that the aged donor list represents unquestionable conflict, impropriety and usurpation of Article 1, Section 9, Clause 8 of the United States Constitution, expressly prohibiting such gifts and emoluments extending to include foreign parties and entities as set forth in the donor records. The Constitution is violated when the holder of an "Office of Profit or Trust" receives money from a partnership or similar entity in which he or she has a stake, and the amount he or she received is a function of the amount paid to the (entity) by a foreign government. It is unequivocal that private individuals as well as organizations and/or companies would not draw a parallel between the donation and semblance of private benefit of the Secretary of State, whether by act of her office, designees, decision making apparatus, directive(s), or sphere of influence in policy, etc., the impropriety is unacceptable. Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON have knowingly caused an irrefutable usurpation of the Constitution.

ff. Plaintiff states that the foregoing violations of the Constitution, in combination with those outlined in the amended complaint, have caused and continue to cause irreparable harm, including but not limited imposition on her personal safety, life, liberty and property.

10. As provided in the amended complaint, subject of the investigations regarding September 11, 2001, BCC International as well the Marc Rich, Pincus Green pardon investigations, Defendant, JAMES B. COMEY, in the company of MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE,

ROBERT CALIFF, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, each knowingly altered the inclusive investigative outcomes, advocating in the interest of the co-Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON, irrefutably dismembering of their obligation to the People, irrevocably violating the Constitution and their oath of office. Through the foregoing actions and collective derelictions, the following events have transpired, creating further cumulative defilements.

11. Between 1989-1996, the former Chief of Mossad, Shabtai Shavit, enlisted the assistance of Marc Rich to aid in negotiations with the intent to prevent the sale of Rodong ballistic missiles to Iran, Syria and other Arab countries. "Israel's tactics were to offer North Korea compensation for not selling missiles to Israel's enemies. Rich was supposed to supply the compensation. 'Intelligence Debriefer' does not report what compensation was offered...At the end of 1993, the US demanded that

Israel sever its ties with North Korea, but Bentsur met North Korean representatives in a secret meeting in Beijing in April, 1994...reports involve New York commodities trader, Rabbi Ronny Greenwald…(who) played a major role in the release of Natan Sharansky."[5]  Plaintiff states that the United States indictment filed against Rich involved "selling goods to Iran, as well as violating embargos with Libya and North Korea;"[6] two facts emerge from the foregoing:

gg. Shabtai Shavit's writing to Defendant WILLIAM J. CLINTON on Rich's behalf, advocating for the pardon becomes clearer; the interests of these United States and her national security were leveraged in advocacy of the pardon by Israeli designees, a member of Mossad, Israel security apparatus.  These constitutional violations were knowingly omitted from public disclosure by the Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI,

---

[5] Dagoni, Ran. (Globes)  January 25, 2001.  Marc Rich Helped Israeli Efforts to Block North Korean Missile Export to Iran, Syria. Accessed April 3, 2024.  https://en.globes.co.il/en/article-466041
[6] Roberts, Joshua. Reuters.  Cooper, Matthew, Burleigh, Nina.   FBI Now Releasing Documents about Bill Clinton and Marc Rich.  November 1, 2016.  Accessed April 2, 2024.  https://www.newsweek.com/fbi-releasing-documents-clinton-marc-rich-515921.

SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW
CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES
"CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD
ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL
NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN
NATIONAL COMMITTEE.  In the knowing omission, the Defendants imposed
an invisible hand on foreign affairs and policy between the United States and
Israel; altering the posture of the two nation-states, affixing a crevice by which
exploitation may be exacted at the discretion of one over the other, absent
transparency regarding the autonomy of sovereign Executive authority and
policies of these United States from extraneous influence, foreign or otherwise.

hh. From historic record, Marc Rich took pride in his ability to bring together two
countries as trading partners which would otherwise seem impossible, benefitting
himself financially regardless of the unintended consequences to such
negotiations, this includes heinous matters involving human trafficking, drug
smuggling, cartel appeasement, etc. as outlined in the amended complaint;
Plaintiff states that the Defendants, WILLIAM J. CLINTON and HILLARY R.
CLINTON were aware of Marc Rich's character traits and business practices, for
which they were a party.

ii.  Plaintiff states that Rich's relationship with North Korea becomes evident,
subject of the open United States indictments and subsequent investigation closed
in 2004 by Defendant, JAMES B. COMEY, as stated above, despite the known
national security concerns, a clear violation of codified statute.  Moreover, citing

28 CFR 45.2, as stated by Attorney General Jeff Sessions (see amended complaint EXHIBIT 10A), the Defendant should have recused himself from the investigation, he did not, violating the Constitution and, as a consequence to the Defendant's blatant dereliction, a continuum of violations to the Constitution echo among the nation's historic record.

jj. Plaintiff respectfully asks that the Honorable Court consider the inclusive history, the longevity of cumulative facts surrounding these matters, as setforth in the amended complaint.  The Defendants have evidenced a case of convenient amnesia as to the repository of our Nation's historic record; Plaintiff does not suffer from such affliction and prays over the Honorable Court in full breadth of faculties as it prudently considers the weight of these complex matters. Conspiracy theories cannot be evidenced by EXHIBITS as Plaintiff has carefully proffered the Honorable Court; when analyses are supported with historical records, they align with facts in evidence.

kk. Plaintiff states that the Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP

MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE share culpability as to the resulting consequences, their actions have created a fissure in the Nation's Constitutional integrity; a fissure ripe for exploitation.  The foregoing statement echoes the autonomous analyses subject of the Durham Report, May 12, 2023,[7] an investigation conducted by special counsel, John Durham.  Plaintiff does not yield.

12. Plaintiff states that the inclusive Defendants created conflict with the Intelligence Reform and Terrorism Prevention Act of 2004 (Public Law 108-458), Executive Order 13355 of August 27, 2004, and Executive Order 13470 of December 4, 1981, Part 1.1 (a)(b)(c)(d)(e) and (f), as amended; the conflicts have disclosed unprecedented harms, known and yet unknown, in the defense and protection of these United States and the interests of national security, including nuclear proliferation and related asset protection statutes.

13. Plaintiff states that under color of law, the Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS

---

[7] Durham, John.  Special Counsel: Durham Report.  May 12, 2023.  Accessed January 10, 2024. https://www.documentcloud.org/documents/23813490-durham-report

MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT
CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN
SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE,
RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY,
GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES
BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME
GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY,
TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW
PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN
RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA,
JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN
SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED
HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the
REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA,
and ROBERT JUNGE have violated Plaintiff's right to equal protection, a violation
of 42 U.S.C. Section 1983.

14. Plaintiff States that while the Defendants, HILLARY R. CLINTON and WILLIAM J.
CLINTON, actively solicited and accepted foreign donor funds as setforth above and
in EXHIBIT 30, simultaneously, the Defendant, HILLARY R. CLINTON at the
directive of co-Defendant, BARACK HUSSEIN OBAMA, set upon negotiating
Uranium One as provided for in the amended complaint.  Plaintiff states that the
foregoing sequence of events are gross violations of the Constitution, the breach and
dereliction blatant.

15. Uranium One represents the third investigation involving the co-Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON in which the herein co-Defendants MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE evidenced a knowing hand in the compromise of investigative integrity, departing the Constitution and their obligation to the People.  Plaintiff provides the following facts of historic record.

ll.  Sergei Kurzin, holding a doctorate in nuclear physics, actively participated in the Uranium One negotiations, among the business associates of Ian Telfer and Frank Giustra, principles of the UrAsia Energy, acquiring uranium assets belonging to the United States, unconstitutionally, by way of the Defendant, HILLARY R.

CLINTON, thereafter, transacted the United States national asset unlawfully through various machinations to the Russian State Nuclear Agency ("ROSATOM") and, thereafter, to TENEX.

mm.     Following the initial negotiations, Sergei Kurzin, Ian Telfer and Frank Giustra made individual donations to the Clinton Foundation, exceeding $1m, respectively.  In point of fact, nine (9) shareholders to the Uranium One sale consummation contributed to the Clinton Foundation, totaling $145m, of which, $81m flowed through Swiss bank accounts, including HSBC, echoing those HSBC accounts held by Jeffrey Epstein, BCC International and Marc Rich.  The exact donations are unknown due to the investigative dereliction of the collective body of Defendants, above previously stated; the foregoing statement remains true and factual today in further defiance of Defendant's, WILLIAM J. CLINTON and HILLARY R. CLINTON's statements to the contrary, evidencing their criminality, same will be sought in discovery.

nn.  In 2015, investigative journalists from 45-countries analyzed the HSBC history, thereafter presenting their findings in a report entitled, "Banking Giant HSBC Sheltered Murky Cash Linked to Dictators and Arms Dealers."[8]  "The report is extraordinarily detailed, articulating the "secret bank accounts maintained for criminals, traffickers, tax dodgers, politicians and celebrities…(an) intersection of international crime and legitimate business…covering accounts up until 2007 associated with more than 100,000 individuals and legal entities from more than

---

[8] Ryle, Fitzgibbon, Cabra, Carvajal, Guevara, Hamilton, et al. "Banking Giant HSBC Sheltered Murky Cash Linked to Dictators and Arms Dealers.  February 8, 2015.  Accessed April 3, 2024 https://www.icij.org/journalists/david-leigh/

200 nations."[9]  The report corroborates Plaintiff's analyses, verbatim, evidencing Plaintiff's claims by autonomous analysis, acting as a test against conspiracy theory assertions.

oo. The Clinton Foundation, renamed to the Bill, Hillary and Chelsea Clinton Foundation (2013), and subsequently known as the Clinton Foundation (2014), thereafter, Frank Giustra would join the Board of Directors, forming the Clinton Giustra Sustainable Growth Initiative.

pp. In 2004, Sergei Kurzin joined Stephen Dattels promoting Everfor Diamonds working with the Russian mining Regulator, Oleg Mitvol, listing exploration licensing on the Alternative Investment Market (AIM) of the London Stock Exchange; the licenses passed through a chain of Caribbean companies into Everfor with fees paid to Dattels and others.  Mirvol was later removed as Ministry of Natural Resources and, in September, 2022 convicted of embezzlement in Moscow.

qq. In October, 2005, Stephen Dattles, formed UraMin with business partners (unnamed), junior miner listed in Canada for $2.5billion to French-owned Areva. In February, 2008, an investigation was opened by Andre Noel and Fabrice de Pierrebourg of LaPresse, Celine Hervieux-Payette, Bedford, Quebec Senator entered into the Senate proceedings that there was reason to believe UraMin might be engaged in insider trading and other fraudulent activities; complicating matters, the Bank of Montreal had acted as a financial advisor in the transaction. UraMin is part of a larger structured organization under Dattles' directive called

---

[9] *Ibid.*

Regent Pacific which is comprised of twelve mining holdings including BCI, operating in a variety of mining mediums in Ukraine, Hong Kong, China and Australia.  Plaintiff states that the foregoing is a direct mirror of the BCC International mapping structure.

rr. Victor Dahdaleh, a Jordanian-born metals magnate, affiliated with the co-Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON through the Clinton Foundation; in 2016, Dahdaleh and business affiliate, ALCOA were charged with anti-corruption penalties by authorities in the United States.  The allegations involved contracts with Bahrain and Australia with the paperwork routed through two offshore companies by "Consultant A"[10] (Dahdaleh). ALCOA settled for $384m U.S., Dahdaleh was not charged in the United States; however, charges were brought in the U.K. on eight counts of corruption, conspiracy, witness intimidation and money-laundering, these charges would later be withdrawn with witnesses failing to make appearance and another altering their testimony.

ss. The foregoing evidence the mirrored, unscrupulous behavior of Marc Rich; Plaintiff states that the co-Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON sought out the affiliation of these parties while upholding these relationships in hierarchal importance to that of their oath and pledge to the United States, the Constitution and the People.

---

[10] Dubinsky, Zach.  Panama Papers confirm Canadian Billionaire and University Benefactor as Mystery Man in Global Bribery Case.  May 25, 2016.  Accessed April 1, 2024 https://www.cbc.ca/news/business/panama-papers-victor-dahdaleh-alcoa-bribery-case-1.3598527

16. In August, 2008, then-FBI Director, Defendant, ROBERT MUELLER, was notified regarding the alleged corruption and bribery involving Uranium One and ROSATOM transactions of the United States strategic asset; dismissing matters of national security, Defendant's oath and obligation to these United States, violating the Constitution and breaching all manner of lawyerly duty.

17. ROSATOM built the Bushehr nuclear reactor in Iran.  Plaintiff states:

tt.   The Defendant, BARACK HUSSEIN OBAMA in 2016 shipped pallets containing $1.7B in cash of varied foreign currency to Iran through a trifecta of sequential plane escorts. To garner such monetary access, the Defendant would be required to have coordinated with other foreign nation-states to amass said currencies, compromising national security through two concurrent knowing, covert actions.  The Defendant, BARACK HUSSEIN OBAMA knowingly aided and abetted the enemy, a foreign nation-state known to be disdainful of America, provocation proving unnecessary to their militarized actions including support of the public, televised beheadings of United States military, while holding hostage others; sons and daughters of these United States.  The foregoing actions were covertly and overtly taken under Executive authority by a usurper of such designation.  The facts disclosed to the public only through security leaks, thereafter, speaking from the Pentagon, the Defendant opined that the massive amount of cash was a renumeration resulting from an international tribunal, a form of settlement.  Plaintiff states, however, the consequence of known dereliction in investigative fracture regarding Uranium One and the interface to such claims of settlement was a calculated and knowing omission.

17

uu. In 2023, the Defendant, JOSEPH R. BIDEN shipped $6B under precept of humanitarian aid to Iran with full and absolute knowledge of the foregoing facts, overtly and covertly aiding and abetting the enemy, a foreign nation-state, treasonous given the undisclosed knowledge as setforth above.  In January, 2024 as reported by al Jazeera, Iran-backed armed groups began targeting United States military serving in Iraq, citing revenge against Israeli strikes which targeted the Iranian Revolutionary Guards Corps ("IRGC") in Syria; provocation born of the Defendant, JOSEPH R. BIDEN's treasonous actions.

vv. Plaintiff states based on the analyses of inclusive facts that Israel unequivocally leveraged the United States and continues to do so to the present day.  The Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN

SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE crossing the barriers of dual-citizenship to absolute allegiance at the expense of sovereignty of these United States and her citizens.

ww.     The foregoing actions are made existential threats to national security through the continuum of policy dictum by Defendants, JOSEPH R. BIDEN, MERRICK GARLAND, LLOYD AUSTIN, ALEJANDRO MAYORKAS, NANCY PELOSI, CHARLES "CHUCK" SCHUMER, ADAM SCHIFF, CHRISTOPHER WRAY, WILLIAM J. BURNS, JAIME GORLICK, PHILIP MURPHY, KATHY HOCHUL, XAVIER BECERRA, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DNC and the RNC, in retention of the open border policy. The co-Defendants actions aided and abetted foreign national parties, placing the Plaintiff in peril of life, liberty and property.

xx.  The foregoing actions are made existential threats to the Plaintiff through the co-Defendant actions of PHILIP MURPHY, ANDREW CUOMO and KATHY HOCHUL, fortified by co-Defendants, ALEJANDRO MAYORKAS, LETITIA JAMES and MATTHEW PLATKIN through the exacting iteration and fortification of unconstitutional sanctuary State policies, the proximate border States of New York and New Jersey consented by the parties own words, so closely aligned by resident and vocation of the citizens among both, Plaintiff being one such party. The existential threat to the Plaintiff is born of the unvetted, undocumented and unlawfully residing border crossing parties,

including but not limited to those persons with preexisting ill-intent, extending to include drug trafficking, criminal conduct of varied forms as well as the costs extending to the Plaintiff by way of property taxation

      i.  Plaintiff presents as EXHIBIT 34, redacted, Lease consent and correspondence affirming New York and New Jersey residency from 2017 – 2022.

yy. The co-Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE, having full knowledge of ROSAMOT, and the knowingly botched investigations of BCC International, the Marc Rich and

Pincus Green pardon, and Uranium One, as well the existential threat to national security disclosed by the inclusive actions, have taken no counter-measure that would evidence a desire to ensure the protection of the citizens of these United States – treasonous.

18. Plaintiff states that at the directive of Defendants, HILLARY R. CLINTON and BARACK HUSSEIN OBAMA, Uranium One and half of the projected United States uranium, a strategic asset, was transacted through unconstitutional, unlawful, and fraudulent mechanisms while allowing unaccounted national security asset to be moved, absent defined guardrails to ensure safety and accountability to such movement.  The parties so negligent as to the handling of the United States strategic asset that reports of components of asset were reported, absent contract, as far as Europe and Japan.  The knowing intent to impose dysfunction into national security apparatus by consent of the co-Defendant's MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN

RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE trust in the public sphere, disclosing them as traitors among the People, no longer worthy of Title, appointment or designation; untrustworthy. Plaintiff states:

zz. Reiterating every statement made in the amended complaint, Plaintiff provides that non-state actors, have exploited, fortified and sustained the Defendant's actions  to ensure perpetuation of the Defendant's MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA

ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the

DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL

COMMITTEE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE plan

and scheme to defraud these United States, through economic espionage including

insurance fraud.

aaa.    Plaintiff returns to Sergei Kurzin, the contemporary history of Prevezon,

the historical record of BCC International, PhiBro, Occidental Petroleum,

Glencore and Marc Rich.  Known to the co-Defendants, WILLIAM J. CLINTON

and HILLARY R. CLINTON, Sergei Kurzin worked for Marc Rich.

bbb.    Sergei Kurzin was Rich's instrument, scouring Russia after its

fragmentation, seeking commodity opportunities and crevices ripe for monetary

exploitation, echoing the actions of Prevezon and following the narrative mapping

of BCC International, PhiBro, Occidental Petroleum and Glencore, lock-step.

ccc.    Sergie Kurzin was instrumental in negotiating the Uranium One

coordination with Kazakhstan president, Nursultan Nazarbaev.  The meeting

would thereafter be consummated with a private meeting in September, 2005 with

Kazakhstan president Nazarbaev, Kurzin, Giustra and Defendant, WILLIAM J.

CLINTON.  "I was a partner, and not a consultant…(his) connections in

Kazakhstan were instrumental when UrAsia Energy, a company Kurzin and

Giustra started, purchased the title to uranium projects (under Uranium One).

UrAsia paid close to $450m to Kazatom, Kazakhstan's state uranium company.

Funds raise privately by Kurzin and Giustra before UrAsia's IPO also went to the

sellers of additional shares of an unknown, private Kazakh-owned partnership.

23

Two years later, in February, 2007, UrAsia Energy was purchased by Uranium
One for $3.1B.[11]  By consenting and consummating the foregoing agreements, the
Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS,
CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO
MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON,
HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER,
WILLIAM J. CLINTON, HILLARY R. CLINTON, JAMES COMEY,
CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH
"LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN
OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R.
BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE
NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI,
SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW
CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES
"CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD
ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL
NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN
NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA, and ROBERT
JUNGE consent by proxy to the actions of the Khakh-owned entity undisclosed as
well human rights violations by the Kazakhstan government, and, moreover
making the American People party to such atrocities by extension.

---

[11] Sidorov, Dmitry.  An Internview with Sergei Kurzin.  April 20, 2009.  Accessed April 2, 2024
https://www.forbes.com/2009/04/17/clinton-sergei-kurzin-opinions-contributions-sidorov.html?sh=78a7b86c3ebd

ddd.        Throughout the 1990's, Adbul Qadeer Khan (born in India, moving to Islamabad, Pakistan - 1952) had built a web of scientists, engineers, suppliers, fixers and front-companies; working in collaboration to import nuclear materials, incorporating them into their designs and equipment for export.  In the late 1990's, Khan was negotiating with Libya for the sale of sketches, centrifuges, uranium hexafluoride gas ($UF_6$), used in uranium processing; Libya purchased at least 10,000 centrifuges and 1.87 tonnes of $UF_6$.  The United States learned of Kahn's network as Libya gave up on its nuclear armament, passing documents onto the United States which disclosed Khan's network for supplies.  In 2004, Khan confessed, in English, to his actions and remained under house arrest for the remainder of his life, although he was pardoned.  It is estimated that Pakistan has 165 nuclear warheads which are managed under the direction of the Pakistan Atomic Energy Commission.

        Between 1986 and 1987, Pakistan and Iran are alleged to sign a secret agreement on peaceful nuclear cooperation which included a provision for at least 6-Iranians to be trained in Pakistan at the Institute of Nuclear Science and Technology and the Nuclear Studies Institute in Islamabad.  During that same period, Khan visited the Bushehr site on several occasions.  Khan's records provided accounting of activities in Iran, North Korea, and Malaysia.

        Husain Haqqani, a special assistant to three prime ministers before Musharraf came to power and is a visiting scholar at the Carnegie Endowment for International Peace stated that Pakistan had created a nuclear bomb despite U.S. sanctions.  Kahn and his colleagues "have gone wholesale: 'once they had the

25

bomb, they had a shopping list of what to buy and where.  A.Q. Kahn can bring a plain piece of paper and show…how to get it done – the countries, people, telephone numbers…this is the guy in Russia who can get you sham quantities of enriched uranium….Malaysia will manufacture the stuff.  Here's who will miniaturize the warhead.  And then go to North Korea and get the damn missile…this is not a few scientists pocketing money and getting rich.  It's a state policy…on the American side...the same guys in the I.S.I…much of this has been known for decades to the American intelligence community…Americans need to know that your government is not only downplaying this but covering it up.  You go to bed with our I.S.I.  They know how to suck up to you.  There's no harm in telling us the truth – look you're an ally but a very disturbing ally.[12]

eee.    Plaintiff analyzed Khan's history and states that the duration of Khan's network operation is precisely the same as BCC International, both organizations born of Pakistani parties.  Moreover, the networks and logistics necessary to avoid detection of the highly controversial material, would have place Khan in the same venues of operation as Marc Rich, PhiBro and those which have evolved since Rich's death in 2013.  Plaintiff states that the parallels of fixers and front-company design is distinct, inclusive of the language and medium of metallurgy, uranium, etc.

fff.  Plaintiff states that the Defendant, BARACK HUSSEIN OBAMA is of Pakistani descent, serving unlawfully as Chief Executive of these United States and has knowingly put the People and her national security at risk while affixing policy

---

[12] Hersh, Seymour.  The Deal.  February 29, 2004.  Accessed April 1, 2024
https://www.newyorker.com/magazine/2004/03/08/the-deal-3

26

apparatus which bankrupts and enslaves the citizens of these United States, including but not limited to the Affordable Care Act.

ggg.     Plaintiff states that the healthcare marketplace has become a dysfunction of government, exceeds the average mortgage payment and has resulted in undisclosed 3rd party contracts who impose on the Plaintiff's First and Fourth Amendment Rights, absent her consent.

hhh.     Plaintiff states that the Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON have subsumed for themselves the role once held by Marc Rich.  Plaintiff does not yield.

iii.  In 2016, Friedrich Tinner, a.k.a. Fred Tinner, a nuclear engineer who was long acquainted with Khan from Switzerland who worked with Kahn in the trafficking of proliferation of nuclear materials and gas centrifuge designs among the nation-states of Iran, Libya and North Korea.  Tinner was disclosed to IAEA investigators as the foreign director and technical head of the Libyan nuclear program.  Tinner ran nuclear experiments, employing Khan's material adapted from the Kahuta Research Laboratories where he had worked under Khan as a research associate in the 1970's.  Tinner's area of expertise was gas centrifuge technology used in the isotopic enrichment of uranium; Friedrich worked with his brothers, Marco and Urs in the endeavors.

Throughout the resulting trials for their criminal conduct, it was disclosed that the CIA had been collaborating with Tinner through a front company called Big Black River Technologies, contracted with Friedrich Tinner for work on behalf of Kahn which Big Black River Tech was monitoring, payments had

commenced with open invoicing remaining.  It is unclear, absent a FOIA, exactly how long the contractual relationship between the parties existed and the exact nature of the information garnered; however, throughout the contract, it was learned that Khan's network extended to Iraq, South Africa, and India; the inclusive parties were charged along with the Tinners and Kahn's point person, Tahir.  Plaintiff notes the CIA contract was invoiced from Phitec, one of several companies held by the Tinners brothers, the similarity to Phibro not lost.

19. In a 1993 NYTimes interview, Defendant WILLIAM J. CLINTON opined a solemn pledge to the American people, "North Korea cannot be allowed to develop a nuclear bomb,"[13] North Korea's nuclear status would have significant implications for Asian stability.  Many American officials fear that it would touch off an arms race in the region and push Japan to develop atomic weapons…some officials contend that the Administration is playing down the recently completed intelligence study because it calls into question the effectiveness of its diplomatic efforts to persuade North Korea to abandon its nuclear program.[14]

jjj. Plaintiff states that despite the public statements by the Defendant, WILLIAM J. CLINTON, regarding North Korean nonproliferation, in private both he and the body of co-Defendants, inclusive of MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, HILLARY R. CLINTON,

---

[13] Engelberg, Stephen with Gordon, Michael.  Intelligence Study Says North Korea Has Nuclear Bomb. December 26, 1993. Accessed April 2, 2024 https://www..nytimes.com/1993/12/26/world/asia/intelligence-study-says-north-korea-has-nuclear-bomb.html
[14] *Ibid.*

CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA and ROBERT JUNGE contrived covertly against the People, the Constitution and every precedent setforth by Judicial check and balance so as to buttress the undercurrent of lies and fabrications; their oaths and allegiance to these United States, shredded. These actions are treasonous, seditious, and conspiratorial in every manner of defined law.

kkk.    As a direct consequence to the Defendant's MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN

OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, employing their constitutionally derived capacity to proffer consent and contrivance as political currency against these United States and her People, while the co-Defendants WILLIAM J. CLINTON, HILLARY R. CLINTON, and the Clinton Foundation coveted monetary wealth, leveraging for themselves a currency of international control over global uranium mining, exports, undisclosed to the United States governmental national security repositories, presenting an unprecedented clear and present danger – treasonous in **every** manner of law.

lll. The insurance policy to the collectivist treasonous covenant secured as the co-Defendants, the DEMOCRATIC NATIONAL COMMITTEE, and the REPUBLICAN NATIONAL COMMITTEE, affirmed consent to treason from the year of our Lord two thousand ("2000"), as evidenced in the repository of investigative record, affixed hereto as EXHIBIT 30.  The political organizations, steeped in the fabric of our Nation's history as much the flag to which the People pledge, trafficked their Charters, affixing by contract in and among the co-Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS,

CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, JAMES PITTINGER, LISA SELLA and ROBERT JUNGE, in exchange for coinage and paper currency; unequivocally and irreparably severing the sacred trust of the American People.

mmm.    Plaintiff states that Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON have knowingly circumvented every statute, Act, Treaty with the direct aid of the CIA and FBI; indeed, every jot and tittle of protections Constitutionally entrusted by the People to the 3-Branches of government; unquestionably treasonous acts.  Moreover, Plaintiff states that the Defendants, WILLIAM J CLINTON and HILLARY R. CLINTON assured themselves every advance knowledge of the strategic nuclear assets, domestically and internationally, up to and including Kahn and Tinner's black-market operations

31

securing its termination.  The Defendants WILLIAM J. CLINTON and HILLARY R. CLINTON cunningly carved out their assurance that the uranium market would be unobstructed to their designee 3rd parties as provided herein. Once such assurance was secured, Plaintiff states that the Defendants WILLIAM J. CLINTON and HILLARY R. CLINTON began heavily engaging those in the mining industry bringing them into the fold of apparatus while manipulating governmental inspection protocols as set forth under Defendant, BARACK HUSSEIN OBAMA, his designee and co-Defendant, JOHN KERRY under the JCPOA.  These knowing actions, criminal in and of themselves, secured capacity of the Uranium One negotiators, themselves no less culpable, while at the direction of Defendant, HILLARY R. CLINTON and, by usurped Executive authority, BARACK HUSSEIN OBAMA, giving full and free marketplace movement in and among sovereign nation-states in the inclusive and exacting terms of their negotiations, apart from the federal guardrails so affixed, but of their autonomous making – treasonous in every manner.

nnn.       Plaintiff restates the inclusive claims of human and child trafficking, drug smuggling, etc. as setforth in the amended complaint and amendments to same – absolutely abhorrent and evil in all manner of human consciousness.

20. Plaintiff revisited the Marc Rich Foundation for Education, Culture and Welfare, an organization which remains active with members Kathrin Genovese, Ilona Malka Rich, Danielle Deborah Rich and Honold Treuhand AG, located in various geographic areas, the vestiges of the Rich legacy of lawlessness continuing, the investigative fracturing of history record and setforth herein assuring such continuum

at the knowing hands of the Defendants, MERRICK GARLAND, LLOYD AUSTIN,
WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH,
ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J.
CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER,
JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY,
ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK
HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER,
JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI,
GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH
PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL,
ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF,
CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD
ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL
NELSON, OCCIDENTAL PETROLEUM, the DNC, the RNC, JAMES
PITTINGER, LISA SELLA, and ROBERT JUNGE.  The foregoing continuum acts
as an insurance policy, operational in retention of the undercurrent, an absolute
contradiction to the Founding principles, the Constitution, Bill of Rights and
Declaration of Independence as well every legal precedent, Act and Treaty setforth in
repository to the protection of these United States.

21. Plaintiff revisited the Marc Rich Real Estate GmbH which listed c/o La Florida
Investments GmbH, Chamerstrasse, 174, Zug, Switzerland.  Plaintiff located a
corporation registered in Tallahasse, Florida named, La Florida Investments Group
LLC, registered to the address of 17100 Collins Avenue, Suite 222, Sunny Isles,

Florida 33160, Registration L12000070773 on June 7, 2012 to Jorge Paura, one year

prior to Marc Rich's death.  In May, 2019, Goldpharma network of illegal online

pharmacies trafficking opioids to the United States via Argentina, Colombia, Canada,

the United Kingdom and the Netherlands was identified with nine varied companies.

Among the parties arrested, Sergio Davit Ferrari who operated a network of entities in

multiple countries under the collective name, "Smile Group,"[15] funneling proceeds

from Goldpharma's narcotics trafficking back to Argentina.  As a direct consequence

to the dereliction of the Defendants, MERRICK GARLAND, LLOYD AUSTIN,

WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH,

ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J.

CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER,

JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY,

ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK

HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER,

JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI,

GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH

PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL,

ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF,

CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD

ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL

NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DNC, the

RNC, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE the death of

---

[15] Treasury.  Press Release:Treasury Sanctions Argentina-based GoldPharma. May 23, 2019.  Accessed April 4, 2024
https://home.treasury.gov/news/press-releases/sm694

citizens of these United States has occurred and continues to occur, including but not limited to opioid abuse and suicide.  Plaintiff states that the Defendants, as setforth above, care not of the citizens of this country but of their bank accounts, murderous no less than if they, themselves, put a pillow over the innocents' face.

22. Plaintiff states in support of the claims of harm outlined in the appreciative Liberty Project election analyses, EXHIBITS 28A through 28D, the FOIA and OPRA requests originated by the Plaintiff were not responded to with the exception of Mercer County, New Jersey, a primary sight in the November, 2023 general election wherein the ballot scanners proved inoperable.  The fulfillment of the OPRA request included the Court Order issued by Mercer County, attached in EXHIBIT 28D, same evidencing that there was absolutely no chain of custody for the People's votes expressed by written ballots from the time the ballots left the individual precincts until the time they arrived and were scanned at the designated central location. Moreover, there were no security seals, no video recordation and no paper trail of the ballot traverse from origin of the People's hands to final destination and scanning. The foregoing facts evidences **absolute** election interference, malfeasance in election security.  These events are a mirror image of elections and known malfeasance across the Country throughout the period of 2020, 2021, 2022 and 2023; moreover, Plaintiff states:

   a.  Plaintiff states, as provided for in EXHIBIT 33, attached, Defendants, MERRICK GARLAND, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN knowingly committed election fraud.

b. Plaintiff's protections under the Declaratory Judgment Act, 28 U.S.C. §§2201 & 2202, a guarantee of the Fourteenth and Fifteenth Amendments, were expressly harmed in the knowing omission of election protocol inclusive of ballot chain of custody as setforth in ¶18 above, and as presented in EXHIBIT 28A-28D of Plaintiff's amended complaint record.  Plaintiff maintained reasonable reliance on the governmental designees, inclusive of MERRICK GARLAND, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN that the People's vote affixed on paper ballot would be guaranteed every measure of security, this was not so.

c. The Defendants, MERRICK GARLAND, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN cannot reconcile the registrant records of the 2020, 2021, 2022 or 2023 elections against the records of ballots cast and counted, and yet, the Secretary of State unlawfully certified the elections using the 3rd party control structure as outlined in the amended complaint; tantamount to a subsequent traverse on the sovereign Rights of the Plaintiff.

d. Plaintiff retains records from seven (7) States shared in collaboration with training under the 7-Points of Evidence, each and inclusive one of the seven (7) States discloses the exact same inability to reconcile between the registrant records and the ballots cast, thereafter counted, and certified.  In the case of New York, Plaintiff trained and worked very closely with Marley Hornick (God's Goats) and has full knowledge that in the case of the 2020 election, sovereign votes of the People were still being counted into the year of our

Lord, 2021, far exceeding the certification date a manifestation of election fraud.   Plaintiff states that the Defendants , MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DNC, the RNC, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE have full knowledge of these fraudulent acts which is precisely why they executed contracts with 3rd party designees, including ERIC and Risk Limit Audit, constraining the People's right to remedy. Plaintiff does not yield.

e. Plaintiff states based on the facts presented herein, the elections of 2020, 2021, 2022 and 2023 are expressly uncertifiable.

f. Plaintiff attaches as EXHIBIT 31, the YouTube repository providing evidence of the Defendants, ANDREW CUOMO, KATHY HOCHUL, LETITIA JAMES, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN in the expressly joined voice, affixed by them in policy, acts and Executive Orders, working and collaborating lock-step throughout COVID-19, the elections of 2020, 2021 and into 2022, irrefutable by their interview of record.

g. Plaintiff states in the amended complaint, and the supplement thereto, the presence of officers at balloting locations informs and iterates the exact replica of the events of the 1981 gubernatorial election which birthed the voter caging legal threshold by which the DNC and RNC sought legal remedy.  The resulting Order, holding the People hostage under pretense of voter disenfranchisement from 1982 – 2017; projected to the public and manifesting through the judicial activism and lawfare while allowing the legislature a crevice by which faction was permitted to encroach exceeding Constitutional guardrails.  Despite this history, Plaintiff states that the DOJ, under the direction of Defendant, MERRICK GARLAND, in the company of the DNC and the RNC consented to the replication of true and factual disenfranchisement of the People's sovereign vote during the elections of 2020, 2021, 2022 and 2023, irrevocably shattering public trust in elections.

h. Plaintiff states abhorrent election interference harms, an unequivocal imposition on the constitutionally protection of the Plaintiff's Civil Rights.

i. Plaintiff states that the personal harms extend to her Civil Rights and pursuit of life, liberty and property.  EXHIBIT 29 of the amended complaint personifies such manifestation.  A private client continues to the present day to be made vulnerable because of the Defendant's collective actions of allowing the co-Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON to trample the Constitution in all manner.  Plaintiff has been required to accept for herself the vulnerability of her client referring her to services while allowing for her cultural respect, training her for vocational advancement and guiding her in the interest of her circumstances to avoid legal entanglements that would cause her and the Plaintiff harm, bodily or otherwise.  The inclusive Defendants, , MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET

YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN

SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED

HEALTHCARE, the DNC, the RNC, JAMES PITTINGER, LISA SELLA,

and ROBERT JUNGE brought about the crevice by which these

circumstances were manifest.

j.    Plaintiff prays over the Honorable Court in their evaluation of her claims.


Dated April 8, 2024

**/s/ Mary B. Logan**
Mary Basile Logan
Plaintiff, *Pro-Se*
Post Office Box 5237
Clinton, New Jersey 08809
Telephone:  908-200-7294
FAX:  888-237-2671
Email:  Trino@trinops.com


### CERTIFICATION OF SERVICE

I HEREBY CERTIFY that I filed today, Thursday, April 8 2024, the foregoing with the Federal

Clerk of the Court for the United Stated District Court, District of New Jersey, which will send

notification of such filing to all parties registered for this case, including the Defendant's counsel.  Those

Defendants not yet registered will have the inclusive documents served upon them with Affidavit of such

service provided to the Honorable Court thereafter.


/s/   Mary B. Logan
Mary Basile Logan
*Pro-Se* Plaintiff

**cc:  All Counsel of Record (Via ECF)**