

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

April 16, 2024

*Via the CM/ECF system*
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re: <u>Logan v. Garland, et al.</u>
          Civil Action No. 3:24-cv-40-ZNQ-TJB

Dear Judge Bongiovanni:

    I represent Defendants, Governor Philip Murphy; Lt. Governor Tahesha Way; former Commissioner of the New Jersey Department of Health, Judith Persichilli; Sejal Hathi; New Jersey Attorney General Matthew Platkin; and former New Jersey Governor Christopher J. Christie (collectively, "New Jersey State Defendants"), in the above-referenced matter. **I write to request a 30-day extension of the time for the New Jersey State Defendants to answer, move or otherwise respond to the Plaintiff's amended complaint, which would make the new deadline on or before <u>Wednesday, May 22, 2024</u>.**

    Plaintiff pro se's amended complaint -- which was filed on March 22, 2024 -- avers constitutional and statutory claims against the New Jersey State Defendants and several other high level federal and out-of-state officials, including the President and former Presidents; the current and former United States Attorneys General; and the current and former FBI Directors. (D.E. #45). The amended complaint was served electronically on the same day, and through an extension from the Clerk's



Text Order, the New Jersey State Defendants' time to currently respond to the amended pleading has been extended until April 22, 2024. (*See* April 4, 2024 Clerk's Text Order).

Nonetheless, the New Jersey State Defendants seek this extension to have sufficient time to review, analyze and meaningfully respond to Plaintiff's 126-page amended complaint, along with the over 30 attached exhibits and 42-page "Final Supplement in Support of Amended Complaint" (D.E. #55).

I thank Your Honor for your consideration of this request.

                                                Respectfully submitted,

                                                MATTHEW J. PLATKIN
                                                ATTORNEY GENERAL OF NEW JERSEY

By: _____
       Michael R. Sarno
       Deputy Attorney General

cc: All counsel of record (via the CM/ECF system)
    Mary B. Logan, Plaintiff pro se (via the CM/ECF system)