APRIL 10, 2024

# White House Releases State Dinner Guest List

*This evening, the President and the First Lady of the United States will host His Excellency Kishida Fumio, Prime Minister of Japan & Mrs. Kishida Yuko for a State Dinner.*

*The following is a complete list of expected guests:*

**THE PRESIDENT AND DR. BIDEN**

**HIS EXCELLENCY KISHIDA FUMIO, PRIME MINISTER OF JAPAN & MRS. KISHIDA YUKO**

Mr. Akiba Takeo, National Security Advisor

Mr. Arima Yutaka, Director-General, North-American Affairs Bureau, Ministry of Foreign Affairs

Mr. Ayase

Mr. Ajay Banga & Mrs. Ritu Banga

The Honorable John Bass, Acting Under Secretary for Political Affairs, U.S. Department of State & Ms. Audrey Hsieh

The Honorable Stephen K. Benjamin, Assistant to the President and Director of the Office of Public Engagement & Miss Jordan Grace Benjamin

The Honorable Anthony R. Bernal, Assistant to the President and Senior Advisor to the First Lady & Mr. Brian Mosteller

Mr. Jeff Bezos & Ms. Lauren Sánchez

Ms. Ashley Biden & Dr. Howard Krein

Ms. Finnegan Biden

EXHIBIT 1

Ms. Naomi Biden Neal & Mr. Peter Neal

The Honorable Richard T. Bissen, Jr., Mayor of Maui County, Hawaii & Mrs. Isabella Bissen

The Honorable Antony J. Blinken, Secretary of State, U.S. Department of State & The Honorable Evan M. Ryan, Assistant to the President and Cabinet Secretary

Mr. Neil Bluhm & Ms. Leslie Bluhm

Mr. Brent Booker & Dr. Katherine Booker

General Charles Q. Brown Jr., Chairman of the Joint Chiefs of Staff, U.S. Department of Defense & Mrs. Sharene Brown

The Honorable Bill Burns, Director of the Central Intelligence Agency & Ms. Sarah Burns

The Honorable Kurt M. Campbell, Deputy Secretary of State, U.S. Department of State & The Honorable Lael Brainard, Assistant to the President and Director of the National Economic Council

The Honorable William Jefferson Clinton, 42nd President of the United States & The Honorable Hillary Rodham Clinton, 67th Secretary of State of the United States

The Honorable David Cohen, Deputy Director of the Central Intelligence Agency & Ms. Suzy Friedman Cohen

Mr. Tim Cook & Ms. Lisa Jackson

The Honorable Roy Cooper, Governor of North Carolina & Mrs. Kristin Cooper

The Honorable Diana DeGette, U.S. Representative & The Honorable Lino Lipinsky de Orlov

Mr. Robert De Niro & Ms. Tiffany Chen

Mr. James Dimon & Mrs. Judy Dimon

EXHIBIT 1

Mr. Michael C. Donilon & Mrs. Patricia Donilon

Ms. Ilana Emanuel

The Honorable Rahm Emanuel, Ambassador of the United States to Japan & Ms. Amy Rule

Mr. Zachariah Emanuel

The Honorable Tony Evers, Governor of Wisconsin & Mrs. Kathy Evers

Mr. Fred Eychaner & Mr. Danny Leung

Mr. Shawn Fain & Mrs. Stella Fain

The Honorable Jon Finer, Assistant to the President and Deputy National Security Advisor &

Ms. TJ Fadel

Mr. Laurence Fink

Mr. Bill Freeman & Mr. Tom Loftis

Dr. Funabashi Yoichi

Mr. Funakoshi Takehiro, Senior Deputy Minister for Foreign Affairs

Ms. Susie Gelman & Mr. Michael Gelman

Ms. Xochitl Gonzalez & Mr. Daniel Lubrano

Mr. Robert Goodman & Ms. Jayne Lipman

The Honorable Philip Gordon, Assistant to the President and National Security Advisor to the Vice President of the United States & The Honorable Rebecca Lissner, Deputy Assistant to the President and Deputy National Security Advisor to the Vice President

Admiral Chris Grady, Vice Chairman of the Joint Chiefs of Staff, U.S. Department of Defense & Mrs. Christine Grady

EXHIBIT 1

The Honorable Jennifer Granholm, Secretary of Energy, U.S. Department of Energy & Mr. Daniel Mulhern

Mr. Jon Gray & Mrs. Mindy Gray

Mr. Rene Haas

The Honorable Avril D. Haines, Director of National Intelligence & Mr. David Davighi

The Honorable Bill Hagerty, U.S. Senator & Mrs. Chrissy Hagerty

The Honorable Bruce Harrell, Mayor of Seattle, Washington & Mrs. Joanne Harrell

The Honorable Kamala D. Harris, Vice President of the United States & Mr. Douglas C. Emhoff, Second Gentleman of the United States

The Honorable Mazie Hirono, U.S. Senator & Mr. Leighton Kim Oshima

The Honorable Amos Hochstein, Deputy Assistant to the President and Senior Advisor for Energy and Investment, National Security Council & Mrs. Rae Ringel

The Honorable Kathy Hochul, Governor of New York & Mr. William Hochul

Mr. Hosaka Shin, Vice Minister for International Affairs, Ministry of Economy, Trade and Industry

Mr. Hoshide Akihiko

Mr. Amos Hostetter & Mrs. Barbara Hostetter

Mr. Iijima Isao, Special Advisor to the Prime Minister and Cabinet

Ms. Ikuta Lilas

Mrs. Amabel B. James & Mr. Ryan Petersen

The Honorable Hakeem Jeffries, Democratic Leader of the U.S. House of Representatives & Mrs. Kennisandra Jeffries

EXHIBIT 1

Her Excellency Kamikawa Yoko, Minister for Foreign Affairs

Mr. Katahira Satoshi

Mr. Katanozaka Shinya

Mr. Tony Kawai

Mr. Kobayashi Ken

Mr. Arvind Krishna & Mrs. Sonia Krishna

The Honorable Daniel J. Kritenbrink, Assistant Secretary for East Asian and Pacific Affairs, U.S. Department of State & Mrs. Nami Kritenbrink

Mr. Kunieda Shingo

Ms. Megan Myungwon Lee & Mr. Jeff Werner

The Honorable Mark Macarro, Tribal Chairman of the Pechanga Band of Luiseño Indians & Mrs. Holly Macarro

Mr. Maeda Tadashi

Ms. Judy Marks & Mr. Chris Kearney

The Honorable Doris Matsui, U.S. Representative & Mr. Roger Sant

The Honorable Alejandro Mayorkas, Secretary of Homeland Security, U.S. Department of Homeland Security & Mrs. Tanya Mayorkas

Mr. David McCall & Mrs. Donna McCall

Mr. Sanjay Mehrotra & Mrs. Sangeeta Mehrotra

The Honorable Jeff Merkley, U.S. Senator & Ms. Brynne Merkley

Mr. Mikitani Hiroshi

His Excellency Moriyama Masahito, Minister of Education, Culture, Sports, Science and Technology

EXHIBIT 1

Mr. Murai Hideki, Deputy Chief Cabinet Secretary

Ms. Ellen Nakashima & Mr. Alan Sipress

Ms. Mira Nakashima & Mr. Jonathan Yarnall

Ms. Niki Nakayama & Ms. Carole Iida-Nakayama

The Honorable Bill Nelson, Administrator of the National Aeronautics and Space Administration & Mrs. Grace Nelson

Mr. Niinami Takeshi

Ms. Kelly O'Donnell & Mr. J. David Ake

Dr. Okina Yuri

Mr. Ono Keiichi, Senior Deputy Minister for Foreign Affairs

Mr. Otsuru Tetsuya, Executive Secretary to the Prime Minister

The Honorable Thomas E. Perez, Assistant to the President and Director of the Office of Intergovernmental Affairs & Ms. Ann Marie Staudenmaier

The Honorable John D. Podesta, Senior Advisor to the President for Clean Energy Innovation and Implementation & Ms. Mae Podesta

The Honorable Jerome Powell, Chair of the Federal Reserve of the United States & Mrs. Elissa Leonard

The Honorable Natalie H. Quillian, Assistant to the President and Deputy Chief of Staff & Mr. Ryan Quillian

The Honorable Gina Raimondo, Secretary of Commerce, U.S. Department of Commerce & Mr. Andy Moffit

The Honorable Mira Rapp-Hooper, Special Assistant to the President and Senior Director for East Asia and Oceania, National Security Council & Mr. Matthew Brest

EXHIBIT 1

The Honorable Bruce N. Reed, Assistant to the President and Deputy Chief of Staff & Ms. Bonnie LePard

Mrs. Lynda Resnick & Mr. Stewart Resnick

The Honorable Steve Ricchetti, Assistant to the President and Counselor to the President & Mrs. Amy Ricchetti

Ms. Cecile Richards & Mr. Kirk Adams

Mr. Robert Roche & Mrs. Ritsuko Hattori Roche

Mr. Josh Rogin & Mrs. Ali Rogin

Mr. Ethan Rosenzweig, Acting Chief of Protocol, U.S. Department of State

Mr. Michael J. Sacks & Mrs. Cari Sacks

His Excellency Saito Ken, Minister of Economy, Trade, and Industry

Mr. Sawada Jun

Mr. Serizawa Kiyoshi, Vice Minister for International Affairs, Ministry of Defense

The Honorable Josh Shapiro, Governor of Pennsylvania & Mrs. Lori Shapiro

Mr. Alex Hideo Shibutani

Ms. Maia Harumi Shibutani

Mr. Shikata Noriyuki, Cabinet Secretary for Public Affairs

Mr. Shimada Takashi, Executive Secretary to the Prime Minister

Mr. Brad Smith & Mr. Gregory Smith

Mr. Masayoshi Son

Mr. Robert Michael Stavis & Mrs. Amy Stavis

EXHIBIT 1

The Honorable Jake J. Sullivan, Assistant to the President for National Security Affairs & Ms. Maggie Goodlander

The Honorable Katherine Tai, United States Trade Representative & Mr. Robert Skidmore

The Honorable Mark Takano, U.S. Representative & Mr. Glen Fukushima

The Honorable Linda Thomas-Greenfield, Representative of the United States of America to the United Nations & Mr. Lafayette Greenfield, II

The Honorable Jill Tokuda, U.S. Representative & Ms. Susan Morita

Ms. Maria D. Toler & Ms. Casey Albert

The Honorable Annie Tomasini, Assistant to the President and Deputy Chief of Staff & Mr. Ray Tomasini

Ms. Ueno Yukiko

The Honorable Pranay Vaddi, Special Assistant to the President and Senior Director for Arms Control, Disarmament, and Nonproliferation, National Security Council & Mrs. Megan Vaddi

The Honorable Richard Verma, Deputy Secretary of State for Management and Resources, U.S. Department of State & Ms. Zoe Verma

The Honorable Lorraine A. Voles, Assistant to the President and Chief of Staff to the Vice President & Ms. Ruby Smith

Mr. Kent Walker & Ms. Diana Walsh

Mr. Mark Walter & Mrs. Kimbra Walter

The Honorable Steven Westly & Mrs. Anita Yu Westly

Mr. Eugene Woods & Ms. Lauren Wooden

His Excellency Yamada Shigeo, Ambassador Extraordinary and Plenipotentiary of Japan to the United States

EXHIBIT 1

Ms. Kristi Yamaguchi & Ms. Yukiko Saegusa

Mr. Yamamoto Takayoshi, Executive Secretary to the Prime Minister of Japan

The Honorable Janet L. Yellen, Secretary of the Treasury, U.S. Department of Treasury & The Honorable Adewale Adeyemo, Deputy Secretary of the Treasury, U.S. Department of Treasury

Mr. David Zapolsky & Ms. Lynn Hubbard

The Honorable Jeff Zients, Assistant to the President and Chief of Staff to the President & Mrs. Mary Zients

###

EXHIBIT 1