## Last Election Cycle (General)

| Year | Total Number of Registered Voters | Total number of ballots cast | Total number of ballots rejected | Turnout percentage |
|---|---|---|---|---|
| 2020 | 6,407,297 | 4,635,686 | 66,506 | 72% |
| 2021 | 6,545,250 | 2,648,814 | 12,278 | 40% |
| 2022 | 6,444,613 | 2,658,149 | 12,610 | 41% |
| 2023 | 6,459,097 | 1,760,049 | 8,840 | 27% |

## Last Election Cycle (Primary)

| Year | Total Number of Persons Entitled To Vote* | Total Number Democratic Ballots Cast | Total Number Republican Ballots Cast | Total Number of Ballots Cast | Percent of Eligible Voters |
|---|---|---|---|---|---|
| 2020 | 5,558,403 | 1,009,358 | 457,656 | 1,467,014 | 26% |
| 2021 | 6,415,362 | 414,297 | 347,856 | 762,153 | 12% |
| 2022 | 6,129,769 | 433,733 | 332,279 | 766,012 | 12% |
| 2023 | 5,982,469 | 381,787 | 222,753 | 604,540 | 10% |

**Note, beginning in 2016, some counties withholding unaffiliated and third party registrants from the total number of persons entitled to vote count; the table below shows the counties and years.**

| Year | County |
|---|---|
| 2020 | Bergen |
| 2020 | Essex |
| 2020 | Hunterdon |
| 2022 | Warren |
| 2023 | Cape May |
| 2023 | Essex |
| 2023 | Monmouth |

EXHIBIT 3