**BROWN & CONNERY, LLP**
William M. Tambussi, Esq.
Susan M. Leming, Esq.
Andrew S. Brown, Esq.
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Defendant George E. Norcross, III*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General, Department of Justice, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00040-ZNQ-TJB<br><br>**NOTICE OF DEFENDANT GEORGE E. NORCROSS, III'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Motion Day: May 20, 2024 |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on May 20, 2024, or on a date to be set by the Court, Defendant George E. Norcross, III ("Mr. Norcross") will move before the Honorable Zahid N. Quraishi, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an order dismissing *pro se* Plaintiff's Amended Complaint in its entirety and with prejudice, pursuant to Fed. R. Civ. P. 8(a)(2), 12(b)(1), and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Mr. Norcross shall rely on this notice of motion, brief in support of motion, certificate of service, and such other authorities and

1

arguments as may be submitted in any reply or at any hearing. A proposed form of order is also attached.

**PLEASE TAKE FURTHER NOTICE** that the Court's pre-motion conference requirement does not apply in this case because Plaintiff is appearing *pro se*.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: April 22, 2024                                                           Respectfully submitted,

*s/ Susan M. Leming*
Susan M. Leming, Esq.