**BROWN & CONNERY, LLP**
William M. Tambussi, Esq.
Susan M. Leming, Esq.
Andrew S. Brown, Esq.
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Defendant George E. Norcross, III*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General, Department of Justice, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00040-ZNQ-TJB<br><br>**CERTIFICATE OF SERVICE** |

I, Susan M. Leming, Esq., of full age, certify as follows:

1.   I am a Partner with the law firm of Brown & Connery, LLP, attorneys for Defendant George E. Norcross, III ("Mr. Norcross") in this matter.

2.   On April 22, 2024, I served a copy of Mr. Norcross's motion to dismiss *pro se* Plaintiff's Amended Complaint, including the notice of motion, brief in support of motion, proposed form of order, and this certificate of service, on the following as indicated:

Clerk, United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608
(*Via Electronic Filing*)

Honorable Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608
(*Via Electronic Filing*)

*Pro se* Plaintiff Mary Basile Logan
P.O. Box 5237
Clinton, New Jersey 08809
(*Via Electronic Filing and Regular Mail*)

All Counsel of Record
(*Via Electronic Filing*)

I hereby certify that the foregoing statements are true. If any of these statements are willfully false, I am subject to punishment.

Dated: April 22, 2024                                    Respectfully submitted,

                                                         *s/ Susan M. Leming*
                                                         Susan M. Leming, Esq.