# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Nicole McDonough**
Member
Admitted In NJ & NY
Direct Dial:  973-643-5967
Email:
nmcdonough@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

April 29, 2024

**VIA ECOURTS FILING**
Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court
   for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 4W
Trenton, New Jersey 08608

      **Re:** *Logan v. Merritt Garland, et al.*
            **Index No. 3:24-cv-00040 (ZNQ)(TJB)**

Dear Judge Quraishi:

     Together with *pro hac vice* counsel from Kaplan Hecker & Fink LLP, this firm represents the Democratic National Committee (the "DNC") in the above captioned action.  On April 5, 2024, the DNC moved to dismiss the Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), and to award the DNC its costs in Plaintiff's prior, voluntarily dismissed action pursuant to Federal Rule of Civil Procedure 41(d) (the "Motion").  *See* Dkt. 54.  On April 15, 2024, Plaintiff filed an opposition to the Motion.  *See* Dkt. 57.  Please accept this letter as the DNC's reply in further support of the Motion.

     Plaintiff's opposition does not refute the DNC's legal arguments in any meaningful way.  *See id.* ¶ 7.  Instead, the opposition, taking the form of yet another improper pleading, attempts to assert a whole new set of outlandish allegations—including a conspiracy theory concerning the Awan brothers and a frivolous allegation that the DNC hacked Plaintiff's computers.  *See, e.g.*, *id.* ¶¶ 18, 28–29, 38, 45–48, 51, 60, 67.

     The DNC endeavors to avoid burdening the Court with even more paper in this case.  Plaintiff has not responded to the DNC's legal arguments in the Motion, and therefore there is nothing to which to reply in further detail.  Thus, the DNC simply reiterates its prior arguments for dismissal with prejudice pursuant to Rules 12(b)(1) and (6), and for its costs in Plaintiff's prior, voluntarily dismissed action pursuant to Rule 41(d).  *See* Dkt. 54.

12311875 v2

Sills Cummis & Gross
A Professional Corporation

Honorable Zahid N. Quraishi, U.S.D.J.
April 29, 2024
Page 2

      We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                      */s/ Nicole G. McDonough*

                                      Nicole G. McDonough

Cc:    Ms. Mary Logan (*via ECF*)
        All counsel of record (*via ECF*)

12311875 v2