Amanda L. Genovese, NJ Bar No. 901632012
agenovese@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5621

Robert Szyba, NJ Bar No. 020082009
rszyba@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-3351

*Attorneys for Defendant*
*United HealthCare Services, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro Se*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MERRICK GARLAND, et al,<br><br>　　　　Defendants. | Case No.: 3:24-cv-00040-ZNQ-TJB<br><br>**NOTICE OF APPEARANCE OF ROBERT SZYBA** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that attorney Robert Szyba of the law firm of Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018 hereby appears as attorneys of record on behalf of the Defendant United HealthCare Services, Inc.

All pleadings, papers and documents required to be served in this action should also be served on Robert Szyba, rszyba@seyfarth.com, in addition to those attorneys already on record with the Court.

Dated: May 2, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: <u>*/s/ Robert Szyba*</u>
    Robert Szyba

*Attorneys for Defendant*
*United HealthCare Services, Inc.*