Amanda L. Genovese, NJ Bar No. 901632012
agenovese@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5621

Robert Szyba, NJ Bar No. 020082009
rszyba@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-3351

*Attorneys for Defendant*
*United HealthCare Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro Se,*<br><br>    Plaintiffs,<br><br>  v.<br><br>MERRICK GARLAND, et al,<br><br>    Defendants. | Case No.: 3:24-cv-00040-ZNQ-TJB<br><br>**L. CIV. R. 6.1 CLERK'S EXTENSION** |

Pursuant to Local Civil Rule 6.1(a) and (b), Defendant United HealthCare Services, Inc. ("United") hereby applies for a Clerk's Order extending the time within which it may answer, move or otherwise respond to the Amended Complaint.  In support of this application, United, by and through Seyfarth Shaw LLP, represents:

1.    On March 22, 2024, Plaintiff filed the Amended Complaint (Dkt. 45).

2.    On April 23, 2024, United was served with the Summons and Amended Complaint in person.

3.     United's response to the Amended Complaint is currently due by May 14, 2024, 21 days after service.

4.     United is making this application before the expiration of the period to be extended through and including **May 28, 2024**

5.     No previous extension has been obtained.

Dated: May 2, 2024                        Respectfully submitted,

                                          SEYFARTH SHAW LLP


                                          By: */s/ Amanda L. Genovese*  _____
                                               Amanda L. Genovese
                                               Robert Szyba

                                          *Attorneys for Defendant*
                                          *United HealthCare Services, Inc.*


## **ORDER**

The above application is ORDERED GRANTED.

IT IS FURTHER ORDERED that the time within which Defendant United HealthCare Services, Inc. must answer, plead, or otherwise respond to the Amended Complaint is extended to and including **May 28, 2024**.

                          By:

                                          ( ) Clerk
                                          ( ) Deputy Clerk
Dated:  _____, 2024

2