Amanda L. Genovese, NJ Bar No. 901632012
agenovese@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5621

Robert Szyba, NJ Bar No. 020082009
rszyba@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-3351

*Attorneys for Defendant*
*United HealthCare Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro Se*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, et al,<br><br>Defendants. | Case No.: 3:24-cv-00040-ZNQ-TJB<br><br>**7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant United HealthCare Services, Inc. is a 100%-owned subsidiary of UnitedHealth Group Incorporated.  UnitedHealth Group Incorporated, a publicly traded company, has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: May 2, 2024 			Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Amanda L. Genovese*
    Amanda L. Genovese
    Robert Szyba

*Attorneys for Defendant*
*United HealthCare Services, Inc.*