Amanda L. Genovese, NJ Bar No. 901632012
agenovese@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5621

Robert Szyba, NJ Bar No. 020082009
rszyba@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-3351

*Attorneys for Defendant*
*United HealthCare Services, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro Se*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, et al,<br><br>Defendants. | Case No.: 3:24-cv-00040-ZNQ-TJB<br><br>**CERTIFICATE OF SERVICE** |

I, Amanda L. Genovese, hereby certify as follows:

1.      I am a partner of Seyfarth Shaw LLP.  I represent Defendant United HealthCare Services, Inc. ("United") in the above-captioned action.

2.      On May 2, 2024, I directed the following to be filed via the Court's ECF system, on behalf of United:

- Notice of Appearance – Amanda Genovese

- Notice of Appearance – Robert Szyba

- 7.1 Disclosure Statement for United

- 6.1 Clerk's Extension for United

3. On May 2, 2024, I directed copies of the foregoing, with ECF-stamping, to be sent by first-class mail to:

> MARY BASILE LOGAN
> P.O. BOX 5237
> CLINTON, NJ 08809

I certify the foregoing to be true to the best of my knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2024                                Respectfully submitted,

                                                  SEYFARTH SHAW LLP


                                                  By: */s/ Amanda Genovese*
                                                       Amanda Genovese

                                                  *Attorneys for Defendant*
                                                  *United HealthCare Services, Inc.*

2