Mary Basile Logan
Plaintiff, *Pro-Se*
P.O. Box 4237
Clinton, New Jersey 08809
Email:  Trino@trinops.com

May 2, 2024

*Sent Via ECF*
Hon. Zahid N. Quraishi
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street, Courtroom 4W
Trenton, New Jersey 08608

      RE:    *Logan v. Garland, et al.*
             Index No. 3:24-cv-00040 (ZNQ TJB)

Dear Judge Quraishi:

      I write this as the Plaintiff in the above captioned matter in response to Defendants'

correspondence, the Democratic National Committee ("DNC") of April 29, 2024 (ECF No. 63); Kathy

Hochul and Letitia James of April 29, 2024 (ECF No. 62),  Robert Junge of April 9, 2024 (ECF No.

56), and the Republican National Committee ("RNC") of April 4, 2024 (ECF No. 52).

      In support of Plaintiff's motion in opposition (ECF No. 60) in the company of the amended

complaint (ECF No. 45) and supplements thereto (ECF Nos. 45-1; 45-2; 45-3; 45-4; 45-5; 45-6; 45-7;

45-8; 45-9; 45-10; 45-11; 45-12; 45-13; 45-14; 45-15; 45-16; 45-17; 45-18; 45-19; 45-20; 45-21; 45-

22; 45-23; 45-24; 45-25; 45-26; 45-27; 45-28; 46; 46-1; 46-2; 46-3; 55; 55-1; 55-2; 55-3; 55-4; 55-5),

please accept this letter in further support of claims and allegations presented.

      Plaintiff, Mary Basile Logan, individually and on behalf of those similarly situated, does

hereby reply to Defendants, the DEMOCRATIC NATIONAL COMMITTEE ("DNC"), the

REPUBLICAN NATIONAL COMMITTEE ("RNC"), KATHY HOCHUL, LETITIA JAMES

and ROBERT JUNGE as above referenced, as follows:

Plaintiff states:

1. Defendants move to dismiss the Plaintiff's Amended Complaint while providing a hodgepodge of ostensible grounds for dismissal, arguments to which are subsumed under the headings contained herein.

2. The Russian interference fabrication imposed on the federal election process, the DNC, supported by KATHY HOCHUL, LETITIA JAMES, JAMES PITTINGER, LISA SELLA and ROBERT JUNGE, who in the company of MERRICK GARLAND, LLOYD AUSTIN, WILLIAM BURNS, CHRISTOPHER WRAY, ALEJANDRO MAYORKAS, MARCIA FUDGE, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, ANDREW CUOMO, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, , the REPUBLICAN NATIONAL COMMITTEE permeated the Plaintiff's Civil Rights so as to deprive her of the inclusive Constitutional protections under the Color of Law through their actions to interfere in the election process.

3. Defendants, the DNC and HILLARY R. CLINTON evidenced their guilt and culpability in paying the FEC imposed fine. The harms to the Plaintiff mounting, including to the present day, imposing on Plaintiff's autonomous determination expressed by sovereign vote,

interfering in Plaintiff's legal right to vote, freely and without encumbrance, recurrently, citing the facts herein disclosed with same being dispossessed of her Rights in the 2020, 2021, 2022 and 2023 elections.

4.  Plaintiff states that the lawfare waged against the Defendant, JOSEPH R. BIDEN's opponent, seeks to extinguish the Plaintiff's personal Rights under Color of Law and apart from those Rights and usurpations waged upon the candidate, Donald John Trump.  The inclusive Defendants' conspiratorial enterprise to defraud is provided for in the amended complaint (ECF No. 45), serves as evidence of the inclusive Defendants' the DNC, KATHY HOCHUL, LETITIA JAMES, JAMES PITTINGER, LISA SELLA and ROBERT JUNGE, who in the company of MERRICK GARLAND, LLOYD AUSTIN, WILLIAM BURNS, CHRISTOPHER WRAY, ALEJANDRO MAYORKAS, MARCIA FUDGE, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, ANDREW CUOMO, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the REPUBLICAN NATIONAL COMMITTEE knowing actions and malicious intent to eviscerate the Civil Rights of the Plaintiff.

5.  The continued interference in the Plaintiff's Civil Rights through the inclusive Defendants' actions were intentional, undertaken with blatant malicious and nefarious intent to direct the hand of the economy and influence elections while having federal policy accommodate their undisclosed fabrications.  The Defendants' actions willfully sought to defraud and deceive these United States by fraudulently obtaining money or property from the United States while simultaneously interfering with Plaintiff's Civil Rights, a violation under 18 U.S.C. § 371, as outlined below.

6.  The Supreme Court has long interpreted the word "defraud" in § 371 to require, not just any false statement, but a showing of "deceit or trickery."  *Hammerschmidt v. United States,* 265 U.S. 182, 187 (1924).  In Hammerschmidt, the Government charged political activists who opposed the draft for allegedly defrauding the United States "by impairing, obstructing, and defeating a lawful function of its government" in printing and circulating handbills urging others to refuse to register for the draft.  *Id*. at 185.  In other words, prosecutors relied on the broad language of the statute to criminalize advocacy of disfavored viewpoints on a hotly disputed political and social question.  *Id*. Citing Haas v. Henkel, 216 U.S. 462, 479 (1910), the Government argued that "[t]he statute is broad enough in its terms to include any conspiracy for the purpose of impairing, obstructing or defeating the lawful function of any department of government."  *Hammerschmidt*, 265 U.S. at 185-186.  The Supreme Court rejected this argument, holding that the indictment was deficient because the word "defraud" requires a showing of "deceit or trickery," not just advocacy of a viewpoint that the Government disfavors and views as false:

    It is obvious that the writer of the opinion [in *Haas*] and the court were not considering whether *deceit or trickery* was essential to satisfy the defrauding required under the statute.  The facts in the case were such that that question was not presented.  The *deceit* of the public, the trickery in the advance publication secured by bribery of an

official, and the falsification of the reports made the fraud and deceit so clear as the gist of the offenses actually charged that their presence was not in dispute.

7.  *Hammerschmidt*, 265 U.S. at 187 (emphasis added).  Thus the Court held, the statute's core application is to trick or deceive the Government into paying money under false pretenses, and this requirement of trickery or deceit applies in all other cases as well: "To conspire to defraud the United States means primarily to cheat the government out of property or money, but it also means to interfere with or obstruct one of its lawful governmental functions by *deceit, craft or trickery*, or at least by means that are dishonest."  Id, at 188 (emphasis added).  This requirement of "trickery" or "deceit" is well established.  *United States v. Concord Mgmt. & Consulting LLC*, 347 F. Supp. 3d 38, 46 (D.D.C. 2018)  ("As long as the conspiracy aims to obstruct the lawful functions of a government agency through some form of 'deceit, craft or trickery, or at least by means that are dishonest,' it falls within § 371 reach") (quoting *Hammerschmidt*,  265 U.S. at 188).

I.  **ELECTIONS and VOTER CAGING, violations of 18 U.S.C. § 371**.

8.  The Plaintiff's harms continue, unabated as outlined below:

 i.  January 6, 2017 Statement of Homeland Security Secretary designated elections as critical infrastructure subsector.  The Critical Infrastructure Activities Under the U.S. Election Assistance Commission ("EAC") works in collaboration with the following parties:
  a)  Department of Homeland Security ("DHS").
  b)  Center for Democracy and Technology.
  c)  Center for Internet Security.
  d)  Council of State Governments.
  e)  Defending Digital Democracy Project (D3P) at the Belfer Center, Harvard.
  f)  International Association of Government Officials.
  g)  National Association of State Chief Information Officers.
  h)  National Association of Secretaries of States in conjunction with DHS and EAC.

9.  Plaintiff reiterates that claim of voter caging as set forth in the amended complaint (*See* ECF No. 45, P.113, ¶147).  Plaintiff states the following facts in support of her claim:

10. Microsoft is a primary private sector partner, Microsoft also has extensive partner network and the inclusive parties' interface with our most sacred of all rights, the Right to vote which Plaintiff states is being knowingly subverted by the inclusive parties. Plaintiff harm has resulted and will continue, including but not limited to her elected capacity.

   a. <u>MICROSOFT</u>. Microsoft systems provides the backbone of substructure for United States elections as well as other sovereign nation-states. Microsoft's partnerships in and among the United States Election Systems As Critical Infrastructure includes all sixteen of the defined critical infrastructure asset areas within the Federal government while also including interface with State and International partners through codified statutes (See §1016(e) of the USA Patriot Act of 2001 (42 U.S.C. § 5195c(e)), including the Department of Homeland Security, National Association of Secretaries of State, Cybersecurity Task Force and National Governor's Association, the latter opined in Plaintiff's amended complaint in Executive Authority usurpations.

      i. On April 15, 2024, Microsoft invested $1.5 billion in Abu Dhabi's G42 to accelerate artificial intelligence ("AI") development and global expansion.

      ii. Abu Dhabi, United Arab Emirates ("UAE") was a principal forming nation-state in the company of Pakistan at the inception of BCC International, ("BCCI"). In 1993, when the BCCI investigations took place, internationally, Abu Dhabi guaranteed all debts resulting, same a matter of the investigative record, (*See* ECF 45-1).

      iii. In November, 2002, Abd al-Rahim al-Nashiri, the alleged mastermind of the USS Cole bombing and alleged head of Al Qaeda in the Persian Gulf, was captured in the UAE by Emirati authorities.

      iv. The UAE was subject of a lawsuit filed by FBI Counter-terrorism Chief John P. O'Neil, killed on 9/11. Chief O'Neil's family filed a suit against the Dubai Islamic Bank, a UAE Bank. The 9/11 Commission Report which Plaintiff challenges in her amended complaint, dismissed concerns that the UAE banking system was used by the 9/11 hijackers to launder funds. While the UAE legislature adopted 7-day freeze policies without prior legal permission, Plaintiff states that these policies offer limited guardrails when the banks are government owned enterprises involved in the money laundering.

v.  Microsoft's Vice President of Philanthropy, External and Legal Affairs, Mary Snapp and the President, Brad Smith were donors and directly involved in the election of the Defendant, JOSEPH R. BIDEN. Plaintiff retains a recording of the event in which the Defendant thanked them for their contributions, monetary, etc. to his campaign.

vi.  Brad Smith joined the Board of the G42 following the April, 2024 investment consummation, while retaining his capacity at Microsoft.

vii.  Tahnoun bi Zayed Al Nahyan, the son of Sayed bi Sultan Al Nahyan and the founder of the UAE, also serves as the National Security Advisor, the controlling shareholder and Chairs the Group 42 Holding Ltd. ("G42") which was founded in 2018. Plaintiff states that G42 is a government owned enterprise.

viii.  The Pandora Papers[1] investigation, published broadly in 2021, discloses that Al Nahyan and his wife use shell companies to conceal their wealth. Plaintiff states that the foregoing investigative findings is compounded by the fact that the monetary mapping of the independent Pandora Papers investigation parallels the appreciative history of BCCI bank mapping (See ECF, 45-1).

ix.  In October, 2023, Defendant JOSEPH R. BIDEN issued an order telling Cfius to pay "close attention to deals involving critical technologies, including artificial intelligence, quantum computing and biotechnology. While the order did not name China, the industries are frequently mentioned by US intelligence agencies as ones where China is trying to obtain US technology.[2] A subsequent article (NYTimes) followed on November 27, 2023, titled "Warnings Emerge Over Emirati AI Firm G42's Ties to China. In January, 2024, the U.S. House Select Committee on Strategic Competition between the United States and the Chinese Communist Party asked the U.S. Department of Commerce to impose export controls on G42 and 13 associated companies.

x.  In February, 2024, G42 divested its stakes in China as a matter of record as provided by Peng Xiao, Chief Executive, G42.

▼

xi.  **MONETARY FRAUD**

xii.  Khaldoon Khalifa Al Mubarak, served as the Emirati Government official and business leader, a member of the Executive Council since 2006, also serving as the chairman of the Executive Affairs Authority, Mubadala Investment Company, managing director, chairman of Manchester City Football Club, Melbourne City Football Club and Mumbai City Football Club, Chairman of the Emirates Nuclear Energy Corporation, Abu Dhabi Commercial Bank and Emirates Global Aluminum. The Emirates Nuclear

---

[1] PBS Frontline, Pandora Papers Expose. November 21, 2021. Accessed December 10, 2021 https://www.pbs.org/wgbh/frontline/documentary/pandora-papers/

[2] Massoudi, Arash (London), Sevastopula, Demetri (Washington). US Security Officials Scrutinize Abu Dhabi's $3bn Fortress takeover. July 25, 2023. Accessed April 26, 2024. https://www.ft.com/content/a8f3b524-ff45-4935-96da-cc08bd32e138

Energy Corporation subject of Plaintiff's harms concerning Uranium One and human trafficking.

xiii.    In 2016, the International Petroleum Investment Company ("IPIC") merged with the Malaysian fund ("1MDB"). In 2017, Malaysia defaulted on settlement payment. Investigations citing money-laundering and embezzlement associated with the 1MDB fund emerged in the United States, Singapore, and Switzerland. Plaintiff states that the Swiss bank associated to the investigation, Falcon Bank, ceased private operations in 2021 resulting from the fraudulent actions aforementioned. Plaintiff states that Goldman Sachs Group holds settlement funds of and related to the 1MDB fund. These facts are directly associated with Plaintiff's claims of economic espionage iterated in the amended complaint, (See ECF 45), Plaintiff reiterates her claims.

xiv.    Mubadala Investment Company PJSC (a.k.a. Mubadala) is an Emirati state-owned holding company that acts as one of the sovereign wealth funds of the Emirate of Abu Dhabi, established in 2017, one year in advance of the establishment of the G42. In 1984, the International Petroleum Investment Company ("IPIC") was created. The Mubadala Development Company was established in 2002. In June, 2016, Mubadala Development Company merged with the IPIC and in 2017, ownership of the Mubadala Development Company and the IPIC was transferred to the parent-company, Mubadala Investment Company. The company is a wholly owned investment vehicle of the government of Abu Dhabi, and Sheikh Monsour bin Sayed Al Nahyan, vice-president and deputy prime minister of the UAE, serving as its Chairman.

xv.    The 1MDB investigation resulted in the arrest of Kaldoon Al Mubarak, and Mohammed al-Husseiny (IPIC executives), the former premier of Malaysia, Najib Razak. In the intervening period, Anwar Ibrahim was voted Prime Minister of Malaysia with settlement negotiation terms determined between Ibrahim and the UAE. Plaintiff reiterates her allegations that the Defendants are knowingly co-colluding with foreign parties to manifest insolvency of these United States through fraudulent monetary practices as iterated in the amended complaint. Moreover, Plaintiff states that the investigation into the IPIC and 1MDB monetary funds parallels the BCCI history, disclosing that the Malaysian monetary failure was orchestrated by the UAE with the aid of strawmen, including Anwar Ibrahim.

▼

xvi.    **CYBERSECURITY, HOMELAND SECURITY**.

xvii.    The UAE formed StealthFalcon (a.k.a.FruityArmor), an organization to deploy spearphishing attacks against journalists and human rights activists; employing a variety of PowerShell macros, URL shorteners and social engineering with booby-trapped links directing the target to macro-laced documents delivering a custom implant, capable of implanting executable arbitrary commands; operational from 2016, run under the auspices of a Citizen Lab.

xviii.  The DarkMatter Group, ("DarkMatter") separate from StealthFalcon, founded in 2014, a UAE Defense Company, became the contractor for Project Raven to surveil other governments.  DarkMatter has employed U.S. intelligence operatives and graduates of the Israel Defense Force technology units.   DarkMatter was investigated by the FBI in 2020 for crimes including digital espionage related to the assassination of Jamal Khashoggi and incarcerated dissidents.

xix.  In September, 2021, Marc Baier, Ryan Adams, and Daniel Gerick, former NSA employees, working under ExpressVPN, who were working with the UAE, DarkMatter Group under the direction of CyberPoint  were indicted on computer fraud and improper exporting of technology.[3]

xx.  Plaintiff analyzed the Baier, Adams, Gerick case against the findings of DarkMatter.  Plaintiff states:

a.  CyberPoint , LLC is a front company, a shell entity which uses the technique of humanitarian aid and projects to mask the undercurrent of its ethos.

b.  CyberPoint International LLC registered under Karl and Vicki Gumtow who in 2021, partnered with Firmament Group, providing tailored debt and equity capital solutions.  CyberPoint is associated directly with internal operations at the U.S. Army, Georgia; CATO, Booz Allen Hamilton, the Citadel and specifically, Ed O'Reilly.  Plaintiff reiterates the claims of and relating to the FISA Memo, John Brennan by his actions, disclosed overt knowledge undeclared to the public, announcing the hacking that had taken place related to Russia while opining Wikileaks as the source of the leaked information.  Plaintiff reserves the Right to call John Brennan as a Defendant to this action.

c.  CyberPoint, Inc. 26-25 30th Street, Astoria, New York, Filed February 23, 1994, is the primary organization. Consistent with the BCCI Mapping model, CyberPoint, Inc. (TX) was formed by John C. Carpenter on September 7, 1997.

d.  CyberSearch Global Corporation, filed in Virginia, operating from 1257 Raleigh Road, Mamaroneck, New York under the name of EO'Reilly and DMoran.  (Foreign).  The New York registration is Domestic as Cybertemps Inc. with a Title transfer, interfamily, Contract date of October 14, 2021 and Recordation date of March 3, 2022, property remains owner occupied.

e.  CyberSearch Global Corporation analyses attached to Brigadier General Avivi, (retired) formerly of the Department of the Israeli Defense Force, Ministry of Defense and Israeli Military Industries, where he was responsible for the audit of military readiness, budgeting, procurement, projects, bids, cyber, logistics, infrastructure and operation.  He also served as the aide-de-camp for the Chief of the General Staff of the IDF, Lt. General Moshe

---

[3] Alhathloul v. DarkMatter Group, et al. Index 3:21-cv-01787-IM; Demand for Grand Jury; Proposed Charging Letter.  Accessed April 22, 2024.

"Bogie" Yaalon.  Plaintiff refers to a Haaretz article of October 16, 2019 which cites a probe that determined DarkMatter works for UAE's intelligence agency attacking Western targets, journalists and human rights activists, with graduates of Israel's Defense Forces, earning up to $1m annually.[4]  Plaintiff states that Brigadier General Avivi (retired) is an active threat to the United States NatSec. Plaintiff states that the Defendant, JOSEPH R. BIDEN, has full knowledge of the foregoing and has aided and abetted the undercurrent threats to NatSec, overtly colluding in and among the co-conspirators, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE, and those not yet named.

f.  Plaintiff analysis disclosed Cyber Globe Private Limited (India), and NGO, incorporated on August 27, 1996 and associated organizations including, EBMS Solutions Private Limited, incorporated October 15, 2004, among others.  These organizations attached to Nobel laureate Dr. Muhammad Yunus, presently on trial for violating labour laws, the case managed by the Rangpur Labour Court, India. The co-defendants in the case include Nurjahan Begum, Chairman of the Management Board of Grameen Krishi Foundation; Shamsud Doha, acting managing director; and board members Imamul Sultan, Ratan Kumar Nag, and Shahjahan.  Plaintiff analyzed the case as well the history of Grameen which has active operations in the United States under the auspices of Grameen America.  Plaintiff

---

[4] Ziv, Amitai.  Mysterious UAE Cyber Firm Luring ex-Israeli Intel Officers With Astronomical Salaries.  October 16, 2019.  Accessed April 24, 2024 https://www.haaretz.com/israel-news-2019-10-16/ty-article/.premium/mysterious-uae-cyber-firm-luring-ex-israeli-intel-officers-with-astronomical-salaries/0000017f-dc83-df83-df62-a9ff-dcd7866a0000

states that Grameen is an iteration of BCCI. Plaintiff states that the Vice President, Development and Marketing, Jill Monum is associated with Avon with philanthropic pursuits including cancer, domestic violence and gender-based violence. Plaintiff reiterates her claims as set forth herein and within the amended complaint, (*See* ECF No. 45). Plaintiff reserves the right to call Jill Monum as a Defendant to this action.

g. Plaintiff states that Grameenphone, a sibling to Grameen is a human trafficking entity, directly associated with Telenor, a Norwegian state-owned, multinational telecommunications company, headquartered in Forneby, Baerum. Plaintiff states that the business structure is a mirror of BCCI and has, since its inception in 1855, been adapted to include a number of nation-states and various business ventures including cable connections, software development, 5G adaptation and telephony structures. Mobile services include Russian (1994), Bangladesh, Greece, Ireland, Germany, Austria (1997), Ukraine (1998), Malaysia (1999), Denmark and Thailand (2000), Hungary (2002), Montenegro (2004), Pakistan (2004), Slovakia, Czech Republic, Serbia (2006), Myanmar (2014), Operations in Greece, Ireland and Germany were sold in 1999/2000, profits were then reinvested into emerging markets. Plaintiff states that the year reflected are correlated to the commencement of trafficking operations within the subject nation-state, conversely, in the case of Greece, Ireland and Germany, their configuration within the Grameen

h. Plaintiff states that a significant number of civil servants associated with Bangladesh have been brought into the substrates of the Grameen organization, including board members of the banking and university structures following the Yunus social business structure (YSB). The structure analysis includes close relationships with FIFA organizations, Brazil, Columbia with specific joint venture with John McCain Foundation, India, Uganda, among others. The programs have been discontinued in Albania, Tunisia and Haiti. Plaintiff reiterates her claims as set forth in the amended complaint (*See* ECF No. 45).

i. Plaintiff states that Karen Pritzker has toiled in the interest of Grameen with all associated interests and endeavors so attached. Plaintiff reserves the right to call the inclusive parties as Defendants to this action.

j. The following entities are partners of Grameen; American Express, Apax Foundation, Apple, Bank of America, Bank of the West, BCG, Betty Buzz, Capital One, Citi, East West Bank, Etsy, Fondation Chanel, Goldman Sachs - One Million Black Women, Google.org, JP Morgan Chase, Kekst CNC, MasterCard, Medtronic Foundation, Union Bank, PayPal, Prudential, Regions Bank, Synchrony Financial, TD Charitable Foundation, Truist Foundation, US Bank,

Wells Fargo, Whole Planet Foundation, among others.  Plaintiff retains a repository of inclusive 990 records so associated with the Grameen organization and substructures.  Plaintiff reserves the right to call the associated parties as Defendants to this action.  Plaintiff states unequivocally that the associated organizations were and remain party to crimes against humanity.

k.  Plaintiff states that the Awan Brothers accessed and transferred data of and belonging to these United States through open portals that remained opened for months on end as active live sessions, once the session was activation the party on the other end of the conversation was able to access the myriad of breached areas that the Awan Brothers had gained entry.  Plaintiff restates claims against the inclusive Defendants, , the DNC, the RNC, KATHY HOCHUL, LETITIA JAMES, and ROBERT JUNGE, who in the company of MERRICK GARLAND, LLOYD AUSTIN, WILLIAM BURNS, CHRISTOPHER WRAY, ALEJANDRO MAYORKAS, MARCIA FUDGE, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, ANDREW CUOMO, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER and LISA SELLA, having aided and abetting foreign parties and, foreign nation-states to gain entry into matters of National Security, fostering and sponsoring espionage activities, unequivocally – treasonous.

l.  The Awan Brothers worked extensively in New York, among parties elected including but not limited to Representatives Gregory Meeks, Yvette Clarke, Hakeem Jeffries, Joseph Crowley who at the time serves as the Queens DNC Chairman.  In January, 2020, Congresswoman Max Rose, (NY-11), proposed a law providing U.S. Intelligence agencies to annually assess the risk to the U.S. national security posed by former intelligence officials and employees who are working for foreign-based firms, governments, and entities.  The foregoing parties participated, actively in the Defendants' actions to aid and abet the Awan Brothers actions.  Plaintiff states that the Defendant, JOSEPH R. BIDEN is aware of the foregoing, aiding and abetting the active threat to NatSec, retaining Max Rose in a newly created capacity as the Special Assistant to the United States

Secretary of Defense for COVID-19, under the direction of co-Defendant, LLOYD AUSTIN, III, January 20, 2021 until July 21, 2021 when the position was abolished while COVID-19 policy dictum continued until April 11, 2023. Max Rose is retired Army, serving in combat in the War in Afghanistan. Plaintiff reiterates that claims and harms as set forth herein.

m. Plaintiff states as disclosed in the amended complaint, (*See* ECF No. 45, ¶¶14-25), the Awan Brothers would not and could not have accessed, transferred, and divested of United States NatSec matters but for the abject failure of Administrative Agents, including Capitol police, among others, who failed the People of these United States, utterly and absolutely, from deviant foreign nation-states and actors with malevolent, nefarious intent. Plaintiff further states that such abhorrent failures were knowing, deceitful, requiring forethought, covert planning, and trickery.

n. Plaintiff states Cyberpoint and DarkMatter worked closely from at least January, 2016 until November, 2019. DarkMatter cyber programming, including Deadglyph, Stealth Falcon, and Project Raven are each and inclusively built on a windows platform, Microsoft-based. Applying the analysis, absent discovery which is yet to commence, Plaintiff states that Defendant, JOSEPH R. BIDEN, has full knowledge of the foregoing and has aided and abetted the undercurrent threats to NatSec, overtly colluding with the co-conspirators, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE, and those not yet named.

o. Plaintiff states that April 29, 2024, Defendant, UNITED HEALTHCARE, reported a cyber breach using "stolen login

credentials that gave them remote access to its network,"[5] "The criminals used compromised login credentials to remotely access a Change Healthcare Citrix portal that did not have multi-factor authentication, according to testimony"[6] (by CEO Andrew Witty, before the House Energy and Commerce Committee. The hack is said to have occurred on February 21, 2024, the Defendant, UNITED HEALTHCARE GROUP "provided more than $6.5 billion in accelerated payments and no-interest , no fee loans to thousands of healthcare providers. On March 27, 2024, the U.S. State Department, under the direction of the Defendant, JOSEPH R. BIDEN, offered $10 million for information on the "Blackcat" ransomware hackers, according to Reuters. Plaintiff states that the former Defendant, CHARLES BAKER, Massachusetts Governor was retained by the Defendant, UNITED HEALTHCARE as a member of the Board of Directors, November 3, 2023. Plaintiff reiterates her claims as set forth in the amended complaint, (*See* ECF No. 45). In advance of COVID-19, States created Hospital Authorities with sovereign trust fund accounts, autonomously managed by independent Boards of Trustees, Plaintiff retains a full repository of same for the inclusive States. In the case of New Jersey, see 2023 New Jersey Revised Statutes Title 30 – Institutions and Agencies, Section 30:9-23.18 – Creation of hospital authority, revised 2023 under the direction of Defendants, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN and CHRISTOPHER J. CHRISTIE, from its inception in 2006 under then-Governor Corzine. Plaintiff restates her claims as set forth in the amended complaint, (*See* ECF No. 45).

p. Plaintiff states that statutes preceded COVID-19 for each of the inclusive Critical Infrastructure Sectors, including water with the creation of autonomous, sovereign trust fund accounts so aligned and appointed Boards. Plaintiff states that the sovereign funds have been orchestrated by the co-conspirators MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK,

[5] Reuters. April 29, 2024. UnitedHealth Hackers Used Stolen Login Credentials to Break in, CEO says. Accessed April 29, 2024. https://www.reuters.com/technology/cybersecurity/unitedhealth-hackers-took-advantage-citrix-vulnerability-break-ceo-says-2024-04-29
[6] Ibid.

NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE, who in the company of associated non-profit (501c3 entities) and non-governmental agencies, have been overtly benefiting from their undisclosed knowledge as investment vehicles, amassing significant personal wealth at the expense of NatSec and the People of these United States. Plaintiff reiterates her claims as set forth in the amended complaint (*See* ECF No. 45). Plaintiff retains a repository of the inclusive statutes, trust records and 990 confirmations.

q. Reuters reported on August 1, 2019, "organizations that want to obtain certifying authority must apply to browser makers like Mozilla and Microsoft. The major browsers had granted DarkMatter a provisional status to certify the safety of websites in 2017. The company had sought to be recognized as one of around 60 firms with fully recognized status. Under that provisional status, DarkMatter approved about 275 websites, most of which appeared to be local firms or companies affiliated with the Abu Dhabi-based security firm itself."

From the foregoing, Plaintiff reiterates the claims against Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL

PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE.  Plaintiff states that DEBBIE WASSERMAN SCHULTZ, knowingly retained Imran Awan, obstructing the actions of the Capitol Police with dubious intent until the foregoing clearances were secured in 2017.



b. __RUNBECK.__  Runbeck is the manufacturer of ballot counting equipment used within the 2020 elections, the machines were augmented under the precept and auspice of COVID-19 with many States unconstitutionally declaring 100% mail-in ballot and polls reserved for provisional ballot only.   In October, 2022, Runbeck introduced the AgilisFalcon model.  The unit was developed in collaboration with Agilis Systems providing the software interface; known as AgilisFalcon.  Plaintiff states, that a significant volume of data is being disclosed regarding the 2020 election, not unlike the disclosures of the Russian hoax, perpetrated by the DNC, Plaintiff states, truth always finds its means to the surface.  The trickery is disclosed in researching Agilis Systems.  Plaintiff provides a sample of the various findings, the mirrored company names, and structures, some resolving to themselves, are not normal; the findings mirror BCCI mapping, layered shell companies, exactly.

    i. Agilis Systems LLC., South Carolina LLC., Foreign) Filed October 7, 2020.

    ii. Agilis Systems, LLC., Illinois, Chesterfield MO and Springfield, Ill., Filed February 5, 2015.

    iii. Agilis Systems, LLC., Minnesota LLC., (Foreign) Filed October 7, 2020.

    iv. Agilis Systems, LLC., Delaware LLC., Filed October 24, 2007.

    v. Agilis Systems, LLC., Colorado LLC., (Foreign) Filed July 21, 2017.

    vi. Agilis Measurement Systems, Inc., Florida Filed January 6, 2003.

    vii. Agilis Chemicals, LLC., (Foreign) Filed October 27, 2016 – doing business from New Jersey and Delaware as well as 16 other companies in the owners' name.

    viii. Agilis Commerce Industries, operating from Newark, New Jersey.

    ix. Agilis Management which is an employment placement service.



11. In 2023, Agilis merged with Linxup, the Founder, Naeem Bari, serving as the President and CTO.  He formed Agilis Systems and Linxup simultaneously.  Linxup is a Foreign enterprise, contact of Paul Inman and Naeem Bari with locations in Nevada and Chesterfield, Missouri.

    i. Plaintiff analyzed the directory of Agilis organizations against the Linxup foreign enterprise.

    ii. Plaintiff states that Agilis Systems, LLC at 16253 Swingley Ridge Road, #210, Chesterfield, Missouri 63017 lists directory of company contacts as Gilead Group LLC and Kent Kalkwarf, Plaintiff analyzed the parties and organization.  Plaintiff states that Kent Kalkwarf is the former chief financial officer of Charter Communication, Inc., he is the fourth former executive of the cable company controlled by Microsoft Corporation, co-founder Paul Allen to admit to playing a role in the deception.  In 2003, Karkwarf was indicted and pled

guilty to a felony count of conspiracy to commit wire fraud, the court dropped the other 13-charges against him.

    iii.  Plaintiff reiterates the claims presented in the amended complaint, (*See* ECF No. 45).

▼

c.  <u>INVESTMENT BANKING & PRIVATE EQUITY.</u>  Plaintiff states that the middlemen and equity partners involved in the elaborate shell configuration of corporations is recurrent with a propensity far exceeding coincidence by scientific measure.  Plaintiff provides analysis below:

    a.  Silver Lake, Private Equity.  Founded in 1999 by Jim Davidson, Robert McNamee, David Roux and Glenn Hutchins.  Glenn Hutchins was with Blackstone and served as Special Advisor on economic and healthcare policy for Defendant WILLIAM J. CLINTON.

    b.  On April 14, 2021, Silver Lake invested $800m for a minority position in Abu Dhabi's G42 organization.

    c.  Fortress was founded in 1998 by Wesley R. Edens, a former partner with Blackrock, formerly with UBS, Randal A. Nardone, formerly with UBS and real estate investment run by Michael Novogratz and Peter Briger, both formerly of Goldman Sachs. Plaintiff references both UBS and Goldman Sachs in the amended complaint (*See* ECF No. 45) for their nefarious business practices including association with Jeffrey Epstein and BCCI.

    d.  On July 25, 2023, Mubadala, a wholly owned government enterprise of the UAE purchased Fortress for $3 billion.

    e.  Plaintiff states that Apollo Global Management had an appreciative history with Jeffrey Epstein as well as the Clinton Foundation, thereafter with the Caribbean Island Solar project, also associated with Virgin Atlantic and Boost Mobile.

    f.  On May 25, 2023, Apollo Global Management added Cadma Capital Partners as affiliate entities, Jon Beizer and Josh Brody. Cadma had recently brokers the transaction of Foghorn Capital to Foghorn Therapeutics with Eli Lilly and Company for a gene traffic control platform.

    g.  On February 24, 2024, U.S. Silica entered into a definitive agreement to be acquired by funds manage by affiliates at Apollo  for $1.85 billion.

    h.  Patient Square Capital acquires NanoString Technologies (March 11, 2024).  NanoString is associated with Kathy Sorace Smith, spouse of Microsoft president, as above.  NanoString had filed for Ch. 11 bankruptcy protection with Kirkland & Ellis assisting.  NanoString is a biological, translation and clinical disease research organization.  Bruker Corporation purchased the NanoString assets for $392.6 million.

    i.   Kirkland & Ellis working with Patient Square Capital on inaugural fund of $3.9 billion, thereafter as the middleman in the NanoString transaction (h).

    j.   Vasundhara Bhargava is a Principal at Patient Square Capital, formerly with Goldman Sachs and currently serves on the Board of Director for Apollo Therapeutics.

Plaintiff states that the recurrence of names as noted above is outside of the statistical norm.  Plaintiff reiterates the claims as set forth in amended complaint of economic espionage (*See* ECF No. 45), drawing association to the BCCI mapping as well those events of Malaysia, described herein, findings provide that our nation's wealth is being transferred and transacted this includes commercial-backed mortgage securities presently in decline, these properties are being purchased by foreign parties at unprecedented rates.  Plaintiff believes that as inflation continues to rise, the foregoing will become unsustainable which is believed to be the purpose of the COVID-19, extended lockdowns by the herein Governors, upheld by the Attorneys General, among others.  There is every reason to believe the foregoing parties are involved in the orchestrated transfer of wealth, technology and business enterprise control outside of the United States.



    d.   <u>DARPA AND MICROSOFT.</u>  On February 8, 2024, DARPA selected Microsoft for the continued development of a utility-scale quantum computer, using the Microsoft Azure Quantum.  Plaintiff states that the foregoing carries into the analysis for the Center for Synthetic Regulatory Genomics at NYU Langone Health and CERN Dark Matter experiments.



    e.   <u>PLAINTIFF'S STATEMENTS OF HARM.</u>

    a.   Plaintiff reiterates the claims outlined in the amended complaint (*See* ECF No. 45) as to the dereliction of investigative integrity of the Awan Brothers investigation, 9/11, Russian election interference, Marc Rich/Pincus Green and BCCI.  The recurrence of the compromised investigations cannot be understated when applying the foregoing facts presented.  Plaintiff states that her sovereign rights have been and continue to be infringed on, imposing on every facet of independent and free elections, up to and including the candidate.

    b.   The Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT

MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE have knowingly and repeated crafted trickery, conspiratorial in nature and have done so by co-colluding, cheating the government and the People, interfering in elections by dishonest contract consummation permitting foreign owned businesses and foreign governments, themselves into our elections.  Plaintiff states personal harm of her protected Civil Rights, up to and including her right to legal counsel.

c. Plaintiff states that the election contracts between Microsoft and G42 breach the statutory obligations of the Department of Homeland Security and the Cybersecurity National Action Plan protections, Plaintiff states that the Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL

PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE have knowingly fostered an environment which evidenced an intent of malice to influence and obstruct governmental policies intent to effect elections and their outcomes.

d. Plaintiff states that the election contracts between Runbeck and Agilis which resolves back to Microsoft and knowing felonious parties breach the statutory obligations of the Department of Homeland Security and the Cybersecurity National Action Plan protections, Plaintiff states that the Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE have knowingly fostered an environment which evidenced an intent of malice to influence and obstruct governmental policies intent to effect elections and their outcomes.

e. Plaintiff states that the preexisting relationships between the Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS,

PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE has by their dereliction permitting foreign entities to gain entry into the United States banking structures including Wells Fargo with whom the Plaintiff banks.  Plaintiff states, unequivocal harm with the Defendants' overt actions through dishonest means, benefiting themselves through undisclosed facts, as evidence in Defendant, LETITIA JAMES' mortgage refinance, securing interest rates to which she was not entitled, mortgage fraud, while the Plaintiff's harms extend to property value and rights as to the solvency due to the malicious opaqueness that the nefarious actors have been permitted by the Defendants to construct, conduct and trick the Plaintiff believing were protected by the Constitutional statutes so entitled her.

f.  Plaintiff states that the preexisting relationships between the Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE has by their dereliction permitting foreign entities to gain entry into the United States banking structures including Wells Fargo with

whom the Plaintiff banks.  Plaintiff states, unequivocal harm with the Defendants' overt actions through dishonest means, benefiting themselves through undisclosed facts, as evidence in Defendants' investments, while the Plaintiff's harms extend to insecurity resulting from insolvency by malicious opaqueness that nefarious actors who have been permitted by the Defendants to construct, conduct and trick the Plaintiff into believing were protected by the Constitutional statutes so entitled her.

g.  Plaintiff states that the Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE malevolence in knowingly interfering with elections while exacting an invisible hand of foreign cyber enterprise has resulted in unprecedented conspiratorial deceit, knowingly forcing statutory protections to be altered so as to exact their covert scheme and predetermined outcome up to and including dishonest contractual consents, cheating the government out of money and property while interfering with the Civil Rights of the Plaintiff.

h.  Plaintiff states that the harms resulting from the derelictions herein described when combined with unvetted border crossing of untold numbers from foreign lands for which the Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY,

ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE have conducted themselves in the most of heinous behavior so as to foster hatred while opening the border to unvetted persons is a breach of the Plaintiff's Civil Rights expectation of public safety and personal security, presenting a clear and present danger expressly provided for in the protections codified under the Patriot Act.

12. Plaintiff reiterates all claims and harms as set forth of record inclusive of the amended complaint (ECF No. 45) and opposition to Defendants' the DNC, the RNC, KATHY HOCHUL, LETITIA JAMES' and ROBERT JUNGE in their respective motions as set forth above.

13. Plaintiff states, as iterated in the amended complaint (ECF No. 45), the inclusive analyses were garnered from historical records with limited research buttress of extraneous sources, respecting the Honorable Court and its jurisprudent history applying stringent scientific-based analytics; Defendants' statements to the contrary cannot and do not alter facts.

14. Plaintiff states that the inclusive Defendants, the DNC, the RNC, KATHY HOCHUL, LETITIA JAMES, and ROBERT JUNGE, who in the company of MERRICK GARLAND, LLOYD AUSTIN, WILLIAM BURNS, CHRISTOPHER WRAY, ALEJANDRO MAYORKAS, MARCIA FUDGE, WILLIAM J. CLINTON, HILLARY R. CLINTON,

THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, ANDREW CUOMO, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, and LISA SELLA have, themselves, each been party to and subject of the strategic analyses by and freely of their human action born of free will, the scientific analytics applied by the Plaintiff refutes their defense with the Exhibits testifying to Plaintiff's argument. Plaintiff has not at any point in time, ever, engaged a Court of law, inclusive of this Honorable Court with matters of frivolity, her respect for the Judiciary well established by vocation and civic record.

15. Plaintiff further states that the historicity of the inclusive Defendants' evidenced crime scene is made irrefutable upon examination by a trained analyst, evidence which they would seek the consent of the Honorable Court be dismissed; Plaintiff ardently stands by every transcribed word of the submitted record and claims as true and factual. Plaintiff iterates, . Moreover, Plaintiff has submitted to this Honorable Court Affidavits from Amanda Paige Elker *See* Dkt. 46-3, p.120-122; Wanda Opdyke *See* Dkt. 46-3, p.123-124; John Caprio *See* Dkt. 46-3, p.125-128; Margret Carton *See* Dkt. 46-3, p.129-131; Altaira D. Howanice *See* Dkt. 46-3, p.132-135; Susan T. Stecewicz *See* Dkt. 46-3, p.136-138; and Donna Coons *See* Dkt. 46-3, p.139-145.

The Affiants so not share a history with the Plaintiff, absent political party affiliation or ideology, the only common connection is their belief that justice under the Constitution be impartial, fair, and equal; that no one is above the law.

16. Plaintiff states that the Defendant, KATHY HOCHUL claim of implausibility regarding the aggregate violations of Plaintiff's incurred civil liberty harms.  Plaintiff restates the elected history of the Defendant as opined in the amended complaint, (ECF No. 45), the Defendant was appointed in Erie County as Deputy Clerk (2007), prior the Defendant a member of the Hamburg Town Board (1994-2007) and more broadly, the Defendant worked with Daniel Patrick Moynihan.

17. Plaintiff states that the Defendant, LETITIA JAMES claim of implausibility regarding the aggregate violations of Plaintiff's incurred cumulative civil liberty harms.  Plaintiff restates the elected history of the Defendant as opined in the amended complaint, (ECF No. 45), the Defendant was a New York City Councilwoman, 35th District (2004-2013).

18. Plaintiff moreover states and reiterates that the subject allegation submitted to this Honorable Court commenced in 2004, "beginning", is the start point of the subject claim, while in no manner its' end point continuing to the present day, as iterated repeatedly throughout the Honorable Court record, including the amended complaint (ECF No. 45), the actions of the inclusive Defendants, the DNC, the RNC, KATHY HOCHUL, LETITIA JAMES, and ROBERT JUNGE, who in the company of MERRICK GARLAND, LLOYD AUSTIN, WILLIAM BURNS, CHRISTOPHER WRAY, ALEJANDRO MAYORKAS, MARCIA FUDGE, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK

HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, ANDREW CUOMO, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, and LISA SELLA have and continue their pervasion and assault of the Plaintiff's civil rights, unabated.  Defendants' statement of implausibility would be to deny their own records of action in official capacity held commencing in 2004 to the present day, lawyerly wordsmithing does not alter evidence regardless of how many times it is repeated, historicity and facts cannot be changed.

19. Plaintiff reiterates her dual residency with financial obligations thereto between New Jersey and New York from 2017 – 2022, far exceeding minimum contact, as evidenced in Exhibit 55-5.  Plaintiff's sibling as well the entirety of her family, apart from herself, reside in New York State.  Plaintiff reiterates her claim of jurisdiction, inclusive of "certain minimum contacts with [the forum] such that the maintenance of the suit does not offend traditional notions of fair play and substantial justice."

20. Plaintiff alleged that the Lebanon Borough Defendants inclusive of Defendant, ROBERT JUNGE, provided for the first point of trickery, knowingly crafting written and oral statement repeated through the form of deceit, craft or trickery, or at least by means that are dishonest. The "trickery" and "deceit" within the *Hammerschmidt*, extended to direct individual who to vote for.  In the case of the Defendant, ROBERT JUNGE, he was elected by was derelict in his

responsibility to his official elected capacity, holding of no informed bylaws or, for that matter, any substructure whatever; the harms are evident.

21. Plaintiff states that the corrupted ballot scanners and ballot counting related "issues" which have taken place in the 2020, 2021, 2022 and 2023 elections were orchestrated.

22. Plaintiff restates her inclusive claims as to the amended complaint, in its entirety, (See ECF No. 45 with the inclusive Exhibits and Supplements).

23. Plaintiff states that the Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE have knowingly sought to impose on the sacred beliefs held by her, upholding her humanness as much her doctrines, the physical harm immeasurable, this

harm caused by the knowledge of the Defendants' acts specifically as it regards those perpetrated against children, Plaintiff believing there could be no more an immoral act, abhorrent to the human consciousness.  Plaintiff states that the Defendants have contrived to alter and impose upon that private relationship, between a believer and her Maker. Plaintiff states that the harms exceed precedent having bore witness to the mountain that a child victim must climb in their freedom from the garish chains of such unspoken trauma; the People were made to consent to this trauma with the obstructed, trickery of the mind, the most heinous.  Plaintiff prays over the Court and Jury that may be summoned, for the whole of humanity, justice demands venue.

## **CERTIFICATION OF SERVICE**

Plaintiff, Mary Basile Logan, hereby certifies that on this 2nd day of May, 2024, I electronically filed the foregoing correspondence with the Clerk's office of the U.S. District Court for the District of New Jersey using the Electronic Case Filing ("ECF"), same being notice of electronic filing to counsel of ECF record.

Dated March 8, 2024

Respectfully submitted,

/s/Mary B. Logan
Mary Basile Logan
Plaintiff (*Pro Se*)

cc:     All Counsel of Record (***Via ECF***)