# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*,<br><br>*Plaintiff*,<br><br>-v-<br><br>MERRITT GARLAND, et al.<br><br>*Defendants*. | Civil Action No. 3:24-cv-00040 (ZNQ)(TJB)<br><br>**NOTICE OF APPEARANCE**<br><br>*Document Electronically Filed* |

**PLEASE TAKE NOTICE** that Nicole G. McDonough, Esq., of Sills Cummis & Gross P.C., hereby enters an appearance on behalf of Defendant Debbie Wasserman Schultz, in her capacity as U.S. Representative, and requests that copies of all papers in this action be served upon the undersigned.

                                                                    */s/ Nicole G. McDonough*
                                                      Nicole G. McDonough, Esq.
                                                      **SILLS CUMMIS & GROSS P.C.**
                                                      One Riverfront Plaza
                                                      Newark, New Jersey 07102
                                                      (973) 643-5967
                                                      nmcdonough@sillscummis.com

                                                      *Attorneys for Defendants,*
                                                      *Democratic National Committee*
                                                      *and Debbie Wasserman Schultz*

DATED:       May 3, 2024

12324431 v1