**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*,<br><br>               *Plaintiff*,<br><br>     -v-<br><br>MERRITT GARLAND, et al.,<br><br>               *Defendants*. | Civil Action No. 3:24-cv-00040 (ZNQ)(TJB)<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO L.CIV.R. 6.1(b)**<br>*Document Electronically Filed* |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending the time within which Defendant Debbie Wasserman Schultz, in her capacity as U.S. Representative ("the Congresswoman") may answer, move, or otherwise reply to the Amended Complaint filed by Plaintiff Mary Basile Logan ("Plaintiff") on March 22, 2024 (the "Amended Complaint"), and it is represented that:

1. Plaintiff filed her Amended Complaint on March 22, 2024;

2. Service of Process was effected on the Congresswoman April 19, 2024;

3. The current deadline for the Congresswoman to answer, move, or otherwise reply to the Amended Complaint is May 3, 2024; and

4. No previous extension of time to answer, move, or otherwise reply to the Amended Complaint has been sought by the Congresswoman.

DATED:     May 3, 2024

                                       Respectfully submitted,

                                       */s/ Nicole G. McDonough*
                                       Nicole G. McDonough, Esq.
                                       **SILLS CUMMIS & GROSS P.C.**
                                       One Riverfront Plaza
                                       Newark, New Jersey 07102
                                       (973) 643-5967
                                       nmcdonough@sillscummis.com
                                       *Attorneys for Defendants,*
                                       *Democratic National Committee and*
                                       *Debbie Wasserman Schultz*

12324490 v1

The above application is ORDERED GRANTED. The time for Defendant Debbie Wasserman Schultz to answer, move, or otherwise reply to the Amended Complaint filed by Plaintiff is extended to May 17, 2024.

ORDER DATED:

 

_____
Melissa E. Rhoads, Esq.
Clerk of the Court

12324490 v1