# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-se*;<br><br>                 Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity Attorney General, Department of Justice, et al.,<br><br>              Defendants. | Civil Action No. 3:24-cv-0040 (ZNQ-TJB)<br><br>**NOTICE OF DEFENDANT DEBBIE WASSERMAN SCHULTZ'S MOTION TO DISMISS THE <u>AMENDED COMPLAINT</u>**<br><br>**Return Date: June 17, 2024**<br><br>*Filed Electronically* |

**TO:   Plaintiff *Pro Se* and All Counsel of Record**

    **PLEASE TAKE NOTICE** that on <u>June 17, 2024</u>, or as soon thereafter as counsel can be heard, the undersigned attorneys for Defendants the Democratic National Committee (the "DNC") and Debbie Wasserman Schultz, in her current capacity as U.S. Representative, (FL-25) ("Congresswoman Schultz") shall move before the Honorable Zahid N. Quraishi, U.S.D.J. at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 4W, Trenton, New Jersey 08608, for an Order granting Congresswoman Schultz's Motion to Dismiss the Amended Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) ("the "Motion"), thereby dismissing with prejudice the

Amended Complaint filed by Plaintiff Mary Basile Logan as to Congresswoman

Schultz.

**PLEASE TAKE FURTHER NOTICE** that Congresswoman Schultz

relies upon the accompanying Memorandum of Law submitted in support of this

Motion.  A proposed Order is also submitted herewith.

Respectfully submitted,

___/s/ Nicole G. McDonough_____
Nicole G. McDonough
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-5967
Fax: (973) 643-6500
nmcdonough@sillscummis.com

OF COUNSEL:

Shawn G. Crowley, *admitted pro hac vice*
Maximillian Feldman, *admitted pro hac vice*
**KAPLAN HECKER & FINK, LLP**
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
scrowley@kaplanhecker.com
mfeldman@kaplanhecker.com

*Attorneys for Defendants, the Democratic*
*National Committee and Debbie Wasserman*
*Schultz, in her current capacity as U.S.*
*Representative, (FL-25)*

DATED: May 17, 2024