UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-se*;<br><br>*Plaintiff,*<br><br>v.<br><br>MERRITT GARLAND, in his official capacity Attorney General, Department of Justice, et al.,<br><br>*Defendants*. | Civil Action No. 3:24-cv-0040 (ZNQ-TJB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DEBBIE WASSERMAN SCHULTZ'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

**THIS MATTER** having been brought before the Court by Sills Cummis & Gross P.C. and Kaplan Hecker & Fink LLP, attorneys for Defendants the Democratic National Committee (the "DNC") and Debbie Wasserman Schultz, in her current capacity as U.S. Representative, (FL-25) ("Congresswoman Schultz"), by way of motion seeking an order dismissing the Amended Complaint filed by Plaintiff Mary Basile Logan, *pro se*, with prejudice as to Congresswoman Schultz pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), and the Court having considered the papers filed in support thereof and any opposition thereto; and for good cause shown

**IT IS** on this _____ day of _____, 2024

**ORDERED AS FOLLOWS:**

1

12344872 v1

1. Congresswoman Schultz's Motion to Dismiss be and hereby is GRANTED; and

2. The Amended Complaint be and hereby is DISMISSED WITH PREJUDICE as to Congresswoman Schultz;

_____

Honorable Zahid Quraishi
United States District Judge

12344872 v1