# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*;<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, in his official capacity Attorney General, Department of Justice, et al.,<br><br>Defendants. | Civil Action No. 3:24-cv-00040 (ZNQ) (TJB)<br><br>**CERTIFICATE OF SERVICE** |

I, **NICOLE G. MCDONOUGH**, of full age, do hereby certify as follows:

1. I am a member of the law firm Sills Cummis & Gross P.C., attorneys for Defendants The Democratic National Committee (the "DNC") and Debbie Wasserman Schultz, in her current capacity as U.S. Representative, (FL-25) ("Congresswoman Schultz") in the above-referenced matter.

2. On May 17, 2024, on behalf of Congresswoman Schultz, I filed the Notice of Motion to Dismiss the Amended Complaint, with the accompanying Memorandum of Law in Support and Proposed Order in support, via ECF, and I caused a copy of same to be served via ECF on the Plaintiff *Pro Se* and all counsel of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                           */s/ Nicole G. McDonough*
                                                        Nicole G. McDonough, Esq.

Dated: May 17, 2024