# Affidavit
## of
## Margret Carton

STATE OF ___Florida_____
COUNTY OF Sarasota_____

The undersigned Margret Carton, declares under penalty of perjury under the laws of the State of New Jersey__ that the foregoing statement made are true and correct.

1. I, the Affiant, am over the age of 18 and am a resident of the State of _Florida____. I have personal knowledge of the facts herein, and, if called as a witness, could testify to the truth and accuracy thereto.
2. I was a resident of New Jersey and participated as a voter in the 2020 and 2021 election process, having first-hand knowledge of said elections in my role with the Liberty Project, Inc.
3. I, the Affiant, suffer no legal disabilities and have personal knowledge of the facts set forth below.
4. I, the Affiant, affirms that:

As part of the Liberty Project Research Team, the research team was tasked with analyzing most of the data received by FOIA/OPRA requests submitted by the FOIA team. The first project included evaluating the registration data and turnout reports by county for the 2020 and 2021 elections. There were anomalies found in the data. The research team continued to analyze the voter registration data against the Census data and found that the voter population was lower than the number of registered voters year over year. In comparing the county data, where provided, to the Secretary of State data additional anomalous data was discovered. If the voter rolls had been maintained by the Secretary of State as required by the Help America Vote Act ("HAVA") there would be few, if any, discrepancies between and among the data from the Counties and the State. This must be remedied prior to the certification by the Secretary of State in every election.

As Co-Lead of the Legislative Team, the team was tasked with contacting all Members of the State Legislature to ask them questions with regards to voter integrity. We had meetings in person and via Zoom to discuss what had happened in the election in NJ in 2021 with those that agreed to meet. Many had no interest as to "We, The People" and what we had to say. Of those that did meet with us, none of them would join us in our pursuit to finding out what happened on the local, county and state level, yet some actually said that there was tampering in the election process. One legislator said that there was "HankyPanky" going on. The Legislative Team also contacted and set up meetings with several County Clerks and Election Boards that agreed to meet to go over the data with our research analysts. Unfortunately, they too were not interested in working with us with regards to our findings, they just wanted the data. This is very disappointing given the importance of election integrity.

If our elections are not sovereign and our elected officials are not interested in the data proving that the election process needs repair how can I or any other citizen be expected to believe we have free and fair elections. In GOD I trust.

5. I affirm that I am under no duress to sign this Affidavit, and I declare that, to the best of my knowledge and belief, the information herein is true and correct.

Executed this __17__ day of __May__, 2024.

Affiant Signature: _Margaret Canton_
Address: _240 Santa Maria St. Apt. 338, Venice, FL. 34285_

NOTARY ACKNOWLEDGEMENT

State of _New Jersey_
County of _Somerset_

The above names Affiant personally appears this day before the undersigned and upon duly being sworn, made oath that the facts stated herein are true and correct to the best of the Affiant's knowledge, information and belief.

Acknowledge before me this __17__ day of __May__, 2024.

_Michele Ruy_
Notary Public Signature
My Commission expires __06/27__

SEAL AFFIXED

# Affidavit of Wanda Opdyke

STATE OF New Jersey

COUNTY OF Somerset

The undersigned, Wanda Opdyke, declares under penalty of perjury under the laws of the State of New Jersey that the foregoing statements made are true and correct:

1. I am over the age of 18 and am a resident of the State of New Jersey. I have personal knowledge of the facts herein, and, if called as a witness, could testify to the truth and accuracy thereto.
2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.
3. I affirm that: I have witnessed several forms of foreign interference into US elections, listed below:
    a) I joined The Liberty Project, Inc. in December 2021. At that time my personal goal was to help demand a full forensic audit of New Jersey's election systems and processes of the 2020 General Election. One of the several areas I supported The Liberty Project was through the submission of hundreds of Freedom Of Information Act (FOIA) requests to all counties requesting data surrounding New Jersey elections, from 2016-2023. As a Liberty Project volunteer, I personally witnessed many disturbing anomalies associated with these FOIA requests, including but not limited to the following examples:
        i.) The certified election tapes: most Counties replied "no responsive records" which in and of itself is worrisome, as these are critically important documents which require retention. In the counties where we physically inspected them, I saw many tapes without signatures, wrong dates, and missing seal numbers.
        ii.) Two-hour reports are manual tallies of voter turnout. I witnessed many that were outright missing, incomplete, or illegible.
        iii.) I downloaded open-sourced interim reports on several county portals and found that while the software program being used appeared the same, the excel files upload to the county sites were different. Some counties intentionally hid certain columns, such as the total number of votes for individual candidates coming from mail-in and provisional ballot counts.
        iv.) Upon viewing voter registration rolls, I found names of voters long deceased, yet still "active".
        v.) I witnessed counties state they had no standard method of ensuring accuracy of voter registration lists.
        vi.) Visitor logs and/or video recordation of counting/adjudicating ballots were non-responsive.
        vii.) Video recordation of drop box ballot collection were mostly non-responsive. In those provided that I viewed, many videos were not continuous, poor quality, or obstructed. Through open-sourced data, it was discovered that the drop boxes were funded by Center for Tech and Civic Life (CTCL) via the CARES Act and other grants in the years 2020, 2021, and 2022.
        viii.) I observed an excessively high number of political lawn signs in strategic municipalities directly funded by CTCL. CTCL consulted counties on voter outreach through social media, website development and support, and as well as messaging.
        ix.) Many counties did not provide drop box Chain of Custody pickup logs. In those that I received and viewed, many records were incorrectly dated, lacking signatures, or illegible.
        x.) I learned that most if not all counties centrally contracted printing of the actual mail-in ballots through a company called Royal Printing. A deep search of open-sourced information and 990's suggests Royal Printing has ties to international ownership.
        xi.) Requests for scanner/tabulator data, approved third party vendor contracts, and related records were almost always denied, reason given: the data was unavailable and held by the third-party (Dominion or ES&S). One county did provide Dominion records, but they were encrypted and unable to be viewed.
        xii.) Counties very often outright refused to hand over FOIA data or demanded thousands of dollars for these, the Peoples' records.
    b) Another task I took on with The Liberty Project was managing a group of highly-trained and informed volunteers to meet with State legislators across all districts and parties. Most refused or ignored our requests, but with great persistence we ultimately met with thirty-two (32) of the one hundred twenty senators and representatives. Not

       one supported a full forensic audit, despite being presented with facts and evidence. Moreover, the aforementioned CTCL-funded drop box system and mail-in-ballots, quickly ushered in by the Governor's over-reaching executive order mandating unlawful lockdowns of 2020, was permanently passed into law by these same legislators much later and long after the pandemic, in 2022.

  c) As part of our outreach to local government, I led the same highly trained group of Liberty Project volunteers in a mission to contact county officials (Boards of Elections, Clerks, Registrars, and Commissioners) to build relationships and obtain their support. Ten counties did not respond to our repeated meeting requests. We succeeded in delivering formal presentations with county-specific facts, graphs, and raw data supporting our anomalous findings to the remaining eleven. In general, the county officials were not open to a partnership but rather, acted defensively, ignored, and/or dismissed us.

  d) On August 25, 2022 I accompanied several Liberty Project, Inc members to the Mercer County Courthouse to formally file a Complaint to stay the 2020 and 2021 election records in advance of the September 2, 2022 deadline. Two clerks carefully reviewed the documents. After returning from the judge's chambers, the second clerk confirmed everything was in order and accepted the filing. From there, we proceeded to the State House to personally serve a copy to the New Jersey Secretary of State Tahesha Way, a defendant in the Complaint. Her office was moved due to construction; however, a security officer kindly researched the new location and directed us to the 4th floor of 20 West State Street. The guard at that address made multiple attempts to reach various employees within Secretary Way's office; no one answered the phone. The guard commented that in her experience that was quite unusual. Unable to deliver the document in person, we sent it via overnight courier the following week. Inexplicably, neither UPS nor FedEx were able to successfully deliver to Secretary Way's office, despite the fact the address was confirmed to be correct. Meanwhile, upon follow up with the Court regarding status of Complaint, we were told that the filing had been "misplaced". It was ultimately found, but then rejected by the ombudsman on grounds of being "incomplete" unless filed by a board-certified attorney. This despite the fact the Complaint had been previously carefully reviewed and accepted as fully in order by two court clerks.

4. Based on these direct observations, I am gravely concerned that our election systems are compromised, interfered with, and no longer operating of, by, or for the People. Furthermore, my journey through the experiences documented in this Affidavit clearly indicates that all levels of New Jersey government refused to take proper action to ensure the security and chain of custody of our elections as well to work with the people to assure same. As a matter of immediate national security, I hereby demand hand counting of each and every single legal vote, on a paper ballot, by local citizens, on one day, with voter ID.

I affirm that I am under no duress to sign this affidavit, and I declare that to the best of my knowledge and belief, the information herein is true, correct, and complete.

    Executed this 16th day of May, 2024. At this address 102 Omni Court, Neshanic Station, NJ 08853

**AFFIANT SIGNATURE:** _[signature]_

**NOTARY ACKNOWLEDGMENT**

STATE OF New Jersey
COUNTY OF Hunterdon

The above named Affiant personally appeared this day before the undersigned and upon duly being sword, made oath that the facts stated herein are true and correct to the best of his or her knowledge, information and belief.

Acknowledged before me on this 16 day of May 2024.

_____
Notary Public

SEAL AFFIXED   My commission expires 07/30/2028

MARIE HADDAD
Notary Public, State of New Jersey
My Commission Expires Jul 30, 2028

# Affidavit
# of
# **Donna Coons**

STATE OF NEW JERSEY
COUNTY OF SOMERSET

The undersigned **Donna Coons**, declares under penalty of perjury under the laws of the
State of New Jersey that the foregoing statement made are true and correct.

1. I, the Affiant, am over the age of 18 and am a resident of the State of New Jersey. I have personal knowledge of the facts herein, and, if called as a witness, could testify to the truth and accuracy thereto.
2. I am resident of New Jersey and participated as a voter in the 2020, 2021 and 2022 election process, having first-hand knowledge of said elections in my role with the Liberty Project, Inc.
3. I, the Affiant, suffer no legal disabilities and have personal knowledge of the facts set forth below.
4. I, the Affiant, affirms that:

As the FOIA Lead and FOIA Administrator of the Liberty Project, Inc. since 2020 through present I have observed, witnessed, researched, and analyzed facts in evidence that prove our elections are not sovereign. Serving as the FOIA lead, I consulted the Secretary of State issued guidelines as well, DORES and all other election retention directives at which point the entire FOIA team was trained regarding these documents. FOIA requests submitted to Federal Government Officials and New Jersey State, County and Municipal Officials in addition to my primary sourced research and analysis of data are evidenced below:

The FOIA team used the OPRA machine, county OPRA portals or business emails. All requests were submitted using the exact language consistently to all 21 counties drawn from the state guidelines. In many cases, the requested records were denied for Non-Response Record although the retention period had not expired or requested additional information for clarification or simply ignored; with approximately one-third being fulfilled.

In response to the FOIA requests made to New Jersey's 21 counties: the grant money that Center for Civic Life (CTCL) awarded to the New Jersey Counties and Municipalities was spent to create new websites, purchase mail-in drop boxes, training for Election Officials and Poll Workers, printing of ballots, election machines and scanners all in the name of providing secure and trustworthy elections.

I was asked to join a zoom call with the Liberty Project Media Team meeting with and elected State Official, at which time I was able to ask this elected official from the Republican Party if would consider doing a forensic audit and he immediately responded, "Jack Cittarelli does not want to do that". I continued asking that if We The People requested a forensic audit why should one man's opinion not allow for that to occur? He repeated, "Only if Jack wants one, would I approve it". The cause for alarm here is that this elected official is not interested in the citizens request for truth, but only that of a candidate running for office.

In addition to the FOIA requests originated by the custodian of record and sent to our research team for analysis, in the Fall of 2022, we began on site visits which included county Clerk's, Boards of Elections, and legal departments where the following were personally witnessed by me:

**Certified Election Tapes: (CERT)**
- Certified Election Tapes and Zero Tapes having no signatures, one signature, some poll workers and every poll worker's signature.

- Dates did not correspond.
- Machine ID numbers did not correspond.
- Zero tapes were missing completely.
- The records reflected the total number of ballots scanned which did not mirror the total number of ballots recorded.

Only three of ten counties provided responsive records for the 2016-2022 certified election tapes. I witnessed firsthand that the certified election tapes from 2016-2022 had all been retained. During the review of certified election tapes, it proved broken chain of custody. All the certified election tapes for 2016-2022 were still available long after the time required to retain such records had passed, leaving one to question why the two-hour reports are not also on the record retention list.

**Mail-In Ballot Drop Box Video Recordation:**
- Extensive lapses of time and voter patrons witnessed.
- Drop Box placement (voter patrons could not be viewed)
- Daily Pick up was not conducted (this was affirmed with postal boxes adjacent being picked up and changes in the original Secretary of State guidelines in 2022 no longer required this )
- Pick up schedules for each County were non-existent or limited.
- Records destruction within 30 days of election or less.
- If hosted by public safety, recordation could not be viewed.
- Chain of Custody Forms incomplete or haphazard.
- Videos were only viewed by LP team members.
- The number of ballots deposited in these boxes were very few.
- There is no end-to-end chain of custody for these ballots.

Viewing the video recordation in-person at the counties or municipalities offices afforded a different perspective. In some cases, the location and types of recording equipment were put together piecemeal to capture and record the MIB drop box from inside the building for fear the equipment would be damaged by weather or persons outside. This type of surveillance was less than optimal as it also captured plants and windowpanes. In some instances, the view was so obscure the camera was not able to capture the voter patron while placing a ballot in the drop box; because the MIB drop box was placed up against the building housing the video equipment creating a blind spot. If placement was near an entrance/exit to a building the opening and closing of the door would create an obstruction. In other instances, MIB drop boxes were placed near vegetation that made surveillance nearly impossible. These issues were in direct conflict with the statute (C.19:63-1) requiring MIB drop boxes be available for use at locations equipped with security cameras allowing for 24 hour/ day use and surveillance.

I viewed MIB drop boxes placed in close proximity to a USPS mailbox or municipal tax payment drop box and observed voters' confusion when deciding which box to deposit their ballot into. If ballots were deposited in tax drop boxes, the employee responsible for collecting the tax mail would place the ballot into the MIB drop box breaking chain of custody and creating an opportunity for tampering.

Additionally, after viewing hundreds of hours of recorded video of the Mail-In Ballot Drop Box recordation (2022 election), I witnessed very few voters casting their votes using these MIB Drop Boxes. The fact that USPS mailboxes or tax collections boxes were in proximity to the MIB Drop Box caused some confusion to the voter patrons. Additionally, MIB Drop Boxes were not in full view of the security camera. Many counties destroyed their video recordation within 30 days.

The amount of time, personnel and money required to implement, maintain, and retain these procedures far outweigh the results. By viewing the videos, the number of Mail-In Ballots retrieved from these drop boxes is antithetical to the claims.

**Interior Ballot Storage Container Chain of Custody Logs: (The following items were omitted or missing)**
- Storage Container ID# and/ or Location and Date Team Members Names.
- Seal Numbers.
- Arrival Time not recorded.
- Checklist Not completed.
- No Ballot Counts.
- Departure Times not recorded.
- Certifying Signatures.
- Notes stating broken parts or replaced parts on the MIB Drop Box.
Observations made by the LP members that viewed the Mail-In Ballot Drop Box Video

In the Counties that I visited, most of the employees/staff shared similar comments regarding the ever-changing election process. They said they like the old way better, it was simple, more accurate, and less confusing. They all found these new systems, machines, ballots, and procedures to create more work and more errors.

LP members received very few responsive records to the FOIAS seeking event logs, summary event log, system log, write-in review, status barcode inventory reports and movement chain of custody logs for scanner/tabulator flash drives used in the general elections. Most of the counties stated that these reports were held by third party vendors requiring a fee to obtain these election records. In my analysis of the Interior Ballot Storage Container Chain of Custody Logs it was apparent that the Chain of Custody was broken.

Only one of 21 Counties provided responsive record to the FOIA requesting a list of third-party contractors and W9's associated with Mail in Ballot (MIB) tabulation/counting and curing and adjudicating ballots beginning with early voting through election certification for the 2021 and 2022 elections. Most Counties responded by stating they use third party vendors, ES&S or Dominion, but did not provide any of the requested documents. Only two counties replied they do not use third party vendors, but recent findings have proven those responses to be inaccurate.

The changes made to the election process by executive orders and legislative action have made the process arduous, complex, expensive and time consuming, allowing for errors and broken Chain of Custody. Many counties found ways to work around it by hiring third party vendors or temporary staff to ease the workload. The absence of primary documents being provided to the public for analysis and/or audit creates uncertainty about the accuracy of the election results. With no elected official oversight, requiring fees to obtain election records, and the broken chain of custody extinguishes the ability to analyze or audit any election data.

The limitless scaffolding of Non-Governmental Organization (NGO's), 5013c Non-profits third party organizations that have been permitted by our elected officials to obfuscate their responsibility and accountability to the citizens has manifested a network of chaos, confusion, errors, omissions and potentially fraud. The evidence in facts below are examples:

The changes made to the FOIA process to obtain our public records have become a web of confusion. The laws passed and amended to restrict or limit the public's access to public records, especially those being

held or handled by third party vendors, coupled with the exorbitant fees being demanded for these records, is a cause for alarm. The voting public is unable to hold our elected officials accountable through a transparent process.

The process of submitting a Request for Proposal (RFP) for vendors to bid on contracts pertaining to the printing of "The People's" ballots has been abrogated by removing the requirement for elected officials to present in a public forum the review and selection of contracts. Ballot Integrity is a critical component of sound, fair and transparent elections. When this is undermined by outsourcing responsibilities and governmental policies change without oversight or checks and balances by the people, it creates an opportunity for nefarious acts to occur.

The judge's decision and subsequent clarifications in the Pennsylvania v DeJoy lawsuit resulted in a nationwide injunction that set precedent applied in the settlement of other lawsuits. Concurrent ongoing congressional hearings facilitated a reversal, returning to procedures that were in place prior to Postmaster General, DeJoy's appointment in 2020. These knowing actions served to limit the effective measures intended to improve the processing of mail in a safe and secure manner having a direct impact on the outcome of elections. The procedural changes in the amount of time images of scanned mail, including Mail-In ballot envelopes are retained does not allow for tracking of ballots or auditing of the election process. These retention of scanned image procedures do not comply with the DORES record retention schedule for MIB. It is, however, evidence of a broken chain of custody and an opportunity for nefarious activities to occur. In addition, there was a significant increase in the operational costs paid to a third-party vendor, Accenture, which did not provide any safeguards in protecting the people's vote cast. Once again, the American taxpayer has borne the financial obligations for these unwieldy unaccounted-for actions and expenditures without accountability.

The research and findings provided by the Liberty Project's analysts lay bare the despotism in our government. The data presented reveals the statements made and laws enacted or amended by our elected officials run contrary to each other. The 2016 -2020 data found by originated open- source research revealed several New Jersey counties with a significant growth in the number of registered voters far exceeded the growth in numbers provided in the 2020 census and further compounded by the disproportionate growth in number of people that voted. The fact that the number of registered voters should never be higher than the estimated maximum eligible voting age population LP analysts discovered a new pattern emerging in 2016 depicting the percentage of registered voters being over 100% when comparing year over year growth and statewide registration reports to county turnout registration reports. New Jersey's 2023 voter registrant reports indicate that the state is near 100% registration capacity already.

The data findings disclosed by the Liberty Project's Analyst reveal the voter rolls continue to be poorly maintained. However, further analysis of county records was hindered by Daniel's Law being enacted due to the unfortunate murder of Judge Salas's son Daniel. This law was passed in 2020 and became effective in 2023, amending Open Public Records Act ("OPRA") to exclude from public record the portion of any document which discloses the home address of any active or retired 1) judge, 2) prosecutor 3) law enforcement officer or 4) any immediate family member. The bill prohibits government agencies, individuals, and businesses from knowingly publishing on the internet, or otherwise making available, the home address or unpublished home telephone number if a written request is made for the removal of information; and must be implemented within 72 hours of receipt.

Counties citing Daniel's Law and Common Law denied election records requested by LP FOIA team for privacy and protection of public officials and for being governmental records. However, these same records are shared, transmitted, and received between and among the governmental bodies and non-profit organizations and have been deemed non-governmental and exempt from Common Law. This sharing of

people's personal information without consent is not transparent and counter intuitive of Daniel's Law, protecting the safety and well-being of public officials and not that of private citizenry. Unfortunately, this law did not prevent the murders of two New Jersey elected officials; a Councilwoman from Sayreville, February 2023, and a Councilman from Milford, just one week later.

In a press release dated August 9, 2022, New Jersey joins the Electronic Registration Information Center ("ERIC"), former Secretary of State, Tahesha Way, exclaimed joining ERIC would help support eligible voters and improve accuracy in the voter rolls. The findings provided by LP's research analyst depicting the discrepancies when comparing the Statewide voter rolls to the counties' voter rolls and the counties' voter rolls in a year over year comparison indicate a lack of maintenance in the voter rolls from 2020 to 2022 in advance of the contract.

The press release further stated that Legislation was signed by Governor Murphy the previous year. Additional research revealed, on June 30, 2021, the bill S3999 was enacted into law allowing the SoS and New Jersey Motor Vehicle Commission (NJMVC) to share voter information with ERIC. This bill supplements Title 19 and Title 39 as follows: C.19:31-34 Allows the SoS to share, transmit and receive confidential, personal, and personally identifiable information, excluding information unrelated to voter eligibility. Information regarding the status of one's citizenship was banned from being shared or transmitted. All the information shared, transmitted, or received to or from the SoS and the non-profit organization is not considered a governmental record and therefore falls outside the common laws concerning governmental records. Under Title 39 (C: 39:2-3.9) NJMVC is permitted to share, receive, and transmit the same information to non-profit organizations as the SoS. And the same holds true for governmental records falling outside common law.

In 2021, the State of New Jersey became a "member" of Electronic Registration Information Center ("ERIC"), a non-governmental organization requiring a one-time membership fee of twenty-five-thousand-dollar ($25,000.00) for technology upgrades and other miscellaneous expenses. Annual dues are based, in part, on the citizen voting age population in each state for operating costs with members approving their dues and budgets. ERIC's operating budget for FY 2023-2024 is approximately $1,729,000 and the dues for the same fiscal year range from $37,000 to $174,000. If the current 28 States were to pay the minimum dues of $37,000 that amount to $1,036,000. A search for New Jersey's ERIC contract agreement proved fruitless and therefore, hindering the ability for public audit of taxpayer dollars.

There have been several lawsuits opposing ERIC's contract that ensued; one in Alaska that resulted in favor of the Plaintiff receiving the list of dead voters they were being denied. Louisiana, Colorado, and District of Columbia have also sued for similar reasons. Several states have resigned or withdrawn membership with ERIC stating lack of transparency and partisan participation in the membership and the organization. The ability for The People to hold their elected officials accountable is extinguished when elected officials outsource their responsibility to third party vendors paid for by the taxpayer.

There were several New Jersey Counties that experienced In-Person Voting issues during the 2021 and 2022 General Elections; inclusive of difficulty signing in on the new electronic pads, voting machines that were locked out and scanners not working, long lines and voters being turned away. Several counties in New Jersey experienced such events in the 2021 Gubernatorial Election including Bergen, Essex, Mercer, Somerset, Sussex, and Union Counties. By all appearances, any disturbance that might reasonably keep voters from casting their ballots, including malfunctioning voting machines, long lines, or understaffing at polling places would disenfranchise voters, each and every example of the foregoing were experienced by voters in New Jersey. Should one or two of the issues have taken place, under normal circumstances, it may not have garnered attention; the fact that all of these impediments to voting happened in multiple years since 2020 is statistically anomalous, an extraordinary sequence which is perceived by the voters as of a knowing

hand(s). Republicans' who have historically voted In-Person, as a preference, have been victim to these disturbances.

The facts provided herein depict our sovereign elections have been usurped by the manipulation of the voting process by outsourcing the responsibility of our elected officials by using third party vendors or non-governmental organizations like Dominion, and no-bid contracts (threshold requirements) for printing contracts, ERIC, Accenture Federal Services and Civic Nation to name a few. These partnerships allow for changes in policy, laws, amendments, and guidelines without oversight or checks and balances of taxpayer dollars. The fact remains that the people no longer have control over their elections, the ability to scrutinize, audit or question the results or process of their elections or actions taken by the government.

To remedy these actions all partnerships with NGO's, non-profits, and third-party vendors need to be revoked and taxpayer dollars refunded. Elections must be held on one day using paper ballots and voter ID proving that every voter is eligible to vote, and the election results are legitimate. These actions are essential to restore the People's Constitutional unalienable right to sovereign elections, secured and informed by the people.

I give glory and honor to Our Lord and Savior, I quote: Nememiah 4:19-20
"The work is great and widely spread, and we are separated on the wall from one another. In the place where you hear the sound of the trumpet, rally to us there. Our God will fight for us."

5. I affirm that I am under no duress to sign this Affidavit, and I declare that, to the best of my knowledge and belief, the information herein is true and correct.

Executed this __May__ day of __16__, 2024.

Affiant Signature: _Dorene Cones_
Address: __10 Stirling Rd., Bernardsville, NJ 07924__

NOTARY ACKNOWLEDGEMENT

State of __New Jersey__
County of __Somerset__

The above names Affiant personally appears this day before the undersigned and upon duly being sworn, made oath that the facts stated herein are true and correct to the best of the Affiant's knowledge, information and belief.

Acknowledge before me this __17__ day of __May__, 2023.

_Michele Key_
Notary Public Signature           SEAL AFFIXED
My Commission expires __06/27__

Affidavit of

Altaira D. Howanice


STATE OF NEW JERSEY

COUNTY OF MORRIS


The undersigned Altaira D. Howanice, declares under penalty of perjury under the laws of the State of New Jersey that the foregoing statement made are true and correct.


1.   I, the Affiant, am over the age of 18 and am a resident of the State of New Jersey. I have personal knowledge of the facts herein, and, if called as a witness, could testify to the truth and accuracy thereto.

2.   I serve as Lead Legal Assistant for the Liberty Project, Inc.

3.   I, the Affiant, suffer no legal disabilities and have personal knowledge of the facts set forth below.


4.   I, the Affiant, affirm that:

In my role as part of the legal team for The Liberty Project Inc. over the past few years, I have assisted the team by noting important details and documenting issues that exist in the information being returned or received by members from various local, county or state officials and departments. I have physically seen and handled the OPRA information received as requested by Liberty Project members in formal OPRA requests. I have also personally documented those official OPRA-requested items which were incomplete, omitted or that were not received by members of the Liberty Project Inc. in response to formal OPRA requests from officials throughout New Jersey at the community, municipality, county and state levels. As part of the legal review process established by the Liberty Project Inc. and the legal team, I routinely transferred the information I had documented during the legal review process to the legal team—notes on those issues I discovered which required follow-up or additional research were then forwarded to the Liberty Project team members for subsequent action as needed.

The task of performing legal review for The Liberty Project Inc. over the past few years has been challenging. I believe that concerns about reprisal at the professional level from the New Jersey state licensing board and others in the legal profession have made it more difficult to secure and retain the ongoing supervisory assistance of an attorney during the legal review process, which has made the process of conducting the legal review of documents more time-consuming and complex.

As part of my legal review work for the Liberty Project, I have seen many of the following issues in official documents returned or omitted in response to OPRA requests made by The Liberty Project Inc. members; several issues appeared to have resulted in--or constituted--breaks in chain of custody, which could affect the information's perceived validity. As noted below, OPRA requested information was not always received on a consistent basis—some counties/ officials would return the requested information as required under OPRA regulations, while others would refuse the official OPRA request for the same

information. Some of the more common issues I noted during the legal review process included the following:

1.     Incorrect responses by officials to OPRA requests from members of The Liberty Project Inc.; information and documents sent by the officials did not match information that had been requested in The Liberty Project member's original formal OPRA request. Ex: an OPRA request to the NJ Secretary of State was returned with different voter records than those which had been originally requested.

2.     Partial responses by officials to OPRA requests from members of The Liberty Project; officials sent some-- or partial-- information in response to the formal OPRA request—but did not provide a complete response to the official OPRA request made, sometimes providing no explanation as to the reason for the incomplete information.

3.     In numerous instances, a 'No Responsive Records' response--or no reply at all-- was received in response to OPRA requests made by members of the Liberty Project Inc. from officials; officials in other communities, counties or areas provided the same kinds of information as requested in the official OPRA request. Ex: Bergen County sent voter rolls while other locations did not send any information in response to the official OPRA request.

4.     Other issues documented for 2020, 2021 and 2022 official OPRA document requests included complete non-responses for Registration Correction Lists, Voter Rolls, Requests for Scanner-Tabulator records, Adjudication Records, requests for reports including Summary event Logs and bar code reports, Mail-in Ballot counting videos, ballot box videos, CTCL contract-related information, Election Day 2-hour reports, visitor logs, scans of ballots and ballot envelopes. Additional examples of non-responsive issues include: Interior ballot box log information was received for some locations in response to the official OPRA request, but other locations either did not respond or did not send the information; some communities provided 2-hour reports of election day vote totals but other locations did not provide the printed 2-hour report lists. In these cases, I referred the information with my notes, back to the legal team to return to the Liberty Project Inc. team for additional follow-up given the inconsistency in response by different communities, counties and officials.

5.     In many cases, official documents received in response to the formal OPRA request by the members of the Liberty Project Inc. were missing relevant information, or had information redacted or otherwise revised. Issues documented included missing chain of custody signatures and/or time notations, missing Interior ballot box numbers, missing seal numbers, missing ballot count totals, redacted employee time card information, redacted seal numbers, redacted ballot totals and redacted comments; some interior ballot box logs ballot numbers were revised (strikethroughs) and /or had been changed. As with other examples noted above, I referred the issues together with notes taken during the legal review process, to the legal team to forward to the Liberty Project Inc. team for additional follow-up noting the inconsistency in response by different counties and officials.

As part of the legal review process, I also reviewed, documented and referred back to the Liberty Project Inc. Team for follow-up, Printing Contractor invoices that listed itemized printing costs for quantities of

different sized ballots by Democrat (14" ballots) and Republican (17" ballots) political party affiliation; some invoices also listed itemized printing costs for 20" ballots. As documented in my legal notes to the Liberty Project Inc. Team during legal review, I noted that the separation of ballots by size and party affiliation could negatively impact ballot confidentiality, disenfranchisement of voters, ballot harvesting, as well as result in technical problems with input and tabulation via voting machine, requiring additional action or ballot adjudication later.

6. As part of the Legal Review process, I also forwarded information to the Liberty Project Inc. team regarding the Court decision in Pennsylvania v. De joy 490 F. Supp. 3d. 833 (E.D. Pa. 2020). The Court issued a nationwide injunction; the injunction required then-U.S. Postmaster General DeJoy to cease reforms to U.S.P.S. operations intended to reduce delays in transportation and handling of mail. The decision reversed reforms made to reduce unnecessary trips, and changed the handling procedure for mail ballots and reducing mail ballot scan retention time to only 2 minutes per ballot. The reduction of USPS mail-ballot scan retention duration to only 2 minutes, prevents independent verification of how and where the mail ballots moved through the USPS system, and whether—and where-- they were retained / recorded. The inability to have a complete documentary record of the mail ballot's movement through the USPS system affects the reliability of the ballot chain of custody for ballots handled by the USPS, negatively impacting voters' perception of the legitimacy of Sovereign elections in the United States.

7. I also documented election results for 2021, 2022 and 2023 as part of an Open-Source Research project for The Liberty Project Inc. I downloaded published PDF / CIV file ballot count election results data from County web portals to USB for 21 counties in NJ.

In some cases, accessing election result reports online was difficult. I noted and reported to the Liberty Project team that several website Links from the county election result pages often automatically redirected to 3rd party web portals; multiple counties redirected to the 3rd party web portal at: live.enr.com/ or to county-specific websites like capemaycountyvotes.com.

In some cases, links also redirected to links for other websites or web portals; unioncountyvotes.com redirected to clarityelections.com; salemcountyvotes.com redirected to the Salem County GOP website.

. In addition, some counties included a disclaimer on the redirect of the information indicating that the County (Mercer) was not responsible for information on the 3rd party websites they were redirecting the link to.

The Election Results page for Middlesex County some results were not available as downloadable reports, but only available as on-screen viewable information. Some county election ballot count results data was not finalized on the county Election Results web portal until several months (5) or a year after the election was originally held.

As indicated by the examples above, as a voter in US elections it is difficult to have faith in election results if the information is constantly changing or is otherwise handled through 3rd parties; as shown by the 'disclaimer' on one web portal, handling by 3rd parties may affect the perceived accuracy or completeness of the information—even if the information is otherwise accurate.

Previous research by The Liberty Project team detailed the grant expenditures, staffing and training facilitated by CTCL and other groups used in the creation and operation of 3rd party web portals and websites as indicated, and in the examples above.

The above information reflects a brief summary of my work experience as a member of the Liberty Project Inc. to date, and is not intended to be an all-inclusive record; to retain chain of custody for documentation, detailed notes made during the legal review process were transferred back to the team for subsequent follow up by the Liberty Project Inc. team. I am prepared to testify regarding the above information if necessary.

5.  I affirm that I am under no duress to sign this Affidavit, and I declare that, to the best of my knowledge and belief, the information herein is true and correct.

Executed this __16th__ day of __MAY__, 2024.

Affiant Signature: _____

Address: 10 OVERLOOK DRIVE, OAK RIDGE, NJ 07438

NOTARY ACKNOWLEDGEMENT

State of __New Jersey__
County of __Morris__

The above names Affiant personally appears this day before the undersigned and upon duly being sworn, made oath that the facts stated herein are true and correct to the best of the Affiant's knowledge, information and belief.

Acknowledge before me this __16__ day of __May__, 2024.

_____
Notary Public Signature

My Commission expires __3/16/2028__

SEAL AFFIXED

RENEE MORRIS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 16, 2028

RENEE MORRIS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 16, 2028