**Bizapedia**™

# CYBERPOINT INC.

Sponsored Links

There are 2 companies that go by the name of Cyberpoint Inc..

These companies are located in Astoria NY, Glen Rose TX, and Plano TX.

**CYBERPOINT INC.**

NEW YORK DOMESTIC BUSINESS CORPORATION

WRITE REVIEW

| | |
|---|---|
| Address: | 26-25 30th Street |
| | Astoria, NY 11102 |
| Registered Agent: | Cyberpoint Inc. |
| Filing Date: | February 23, 1994 |
| File Number: | 1797789 |

Contact Us About The Company Profile For Cyberpoint Inc.

**CYBERPOINT, INC.**

TEXAS DOMESTIC FOR-PROFIT CORPORATION

WRITE REVIEW

| | |
|---|---|
| Address: | 3568 Green Meadows Dr. |
| | Glen Rose, TX 76043 |
| Registered Agent: | James C Carpenter |
| Filing Date: | September 07, 1994 |
| File Number: | 0132533300 |

Contact Us About The Company Profile For Cyberpoint, Inc.

ADDITIONAL LINKS

Search All Companies

*(Displaying 2 matches)*

*The information on this page is being provided for the purpose of informing the public about a matter of genuine public interest.*

Copyright © 2012-2024 · Bizapedia.com · All rights reserved.    Pro Data · Pro Search · Pro API · Contact Us · Terms of Use · Privacy Policy · Sitemap
Desktop · Server 1

EXHIBIT 2

 **Bizapedia**™      

## 26-25 30TH STREET ASTORIA, NY 11102

Sponsored
Links

There is 1 company that has an address matching 26-25 30th Street Astoria, NY 11102.

The company is Cyberpoint Inc.

**CYBERPOINT INC.**
NEW YORK DOMESTIC BUSINESS CORPORATION
WRITE REVIEW

| | |
|---|---|
| Address: | 26-25 30th Street<br>Astoria, NY 11102 |
| Address Types: | Mailing and Registered Agent |
| Registered Agent: | Cyberpoint Inc. |
| Filing Date: | February 23, 1994 |
| File Number: | 1797789 |

Contact Us About The Company Profile For Cyberpoint Inc.

ADDITIONAL LINKS

Search All Addresses

*(Displaying 1 match)*

*The information on this page is being provided for the purpose of informing the public about a matter of genuine public interest.*

Copyright © 2012-2024 · Bizapedia.com · All rights reserved.    Pro Data · Pro Search · Pro API · Contact Us · Terms of Use · Privacy Policy · Sitemap
Desktop · Server 1

EXHIBIT 2