FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//F̶O̶U̶O̶

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title: (U) Property in The Fields Purchased [redacted]

Date: 09/08/2022

CC: [redacted]

b6
b7C
b7E

From: DALLAS
    DL-IN-8
    Contact: [redacted]

Approved By: SIA [redacted]

Drafted By: [redacted]

Case ID #: [redacted]

b7E

Synopsis: (U) In or around August 2021, property in The Fields development in Frisco, Texas, was purchased [redacted]

Reference: 194B-DL-2591597 Serial 76

UNCLASSIFIED//F̶O̶U̶O̶

UNCLASSIFIED//FOUO

Title: (U) Property in The Fields Purchased [redacted] b7E

Re: [redacted] 09/08/2022

**Enclosure(s):** Enclosed are the following items:
1. (U) DMN article titled "Dallas' Crow Holdings inks $1 billion warehouse deal with Middle Eastern investor"

**Details:**

(U) According to a Dallas Morning News article (enclosed), as of August 2021 Dallas-based Crow Holdings had purchased land in The Fields development in Frisco, Texas, for a new business park. (News article | Dallas Morning News | 31 August 2021 | "Dallas' Crow Holdings inks $1 billion warehouse deal with Middle Eastern investor" | accessed 31 August 2021)(See reference case 194B-DL-2591597, serial 76 for additional information on The Fields development.)

(U) Also as of August 2021, Crow Holdings had formed a partnership with Abu Dhabi-based Mubadala Investment Co. to build almost $1 billion in industrial projects in the United States. Crow Holdings' industrial division has built more than 30 million square feet of warehouse space in nine states. Crow Holdings CEO Michael Levy said the venture with Mubadala will allow the company to accelerate its growth. (News article | Dallas Morning News | 31 August 2021 | "Dallas' Crow Holdings inks $1 billion warehouse deal with Middle Eastern investor" | accessed 31 August 2021)

(U) Mubadala Investment is a sovereign investor managing a $243.4 billion global portfolio for the government of Abu Dhabi. (News article | Dallas Morning News | 31 August 2021 | "Dallas' Crow Holdings inks $1 billion warehouse deal with Middle Eastern investor" | accessed 31 August 2021)

(U) [redacted]

(U) [redacted] b3 b7E

(U//FOUO) [redacted]

UNCLASSIFIED//FOUO

≡    **The Dallas Morning News**                                My Account



SPONSORED CONTENT

## 5 Things You Should Never Do With Your Money, According to Experts ⤴

BY 

Crow Holdings has built multiple industrial projects in Dallas-Fort Worth.

The company just purchased land in Frisco's huge Fields development for a new business park.

In December, Crow Holdings sold a 49% share in more than a dozen industrial buildings to Allianz Real Estate. That deal included more than 6 million square feet of buildings in Chicago, Dallas, Houston and Southern California.

Related: **Frisco's massive Fields project will have a large industrial park**

   

  Steve Brown, Real Estate Editor. Steve covers commercial and residential real estate in Dallas-Fort Worth.

✉ stevebrown@dallasnews.com   🐦 @SteveBrownDMN

9/7/22, 10:52 AM                      Dallas' Crow Holdings inks $1 billion warehouse deal with Middle Eastern investor

☰                             **The Dallas Morning News**                              My Account

**MORE FROM HOMEPAGE**
It's not your imagination. Texas mosquitoes are bigger — and meaner — than usual

Luka Doncic files peti with mom  >

THIS IS MEMBER-EXCLUSIVE CONTENT

BUSINESS > REAL ESTATE

# Dallas' Crow Holdings inks $1 billion warehouse deal with Middle Eastern investor

The partnership with an Abu Dhabi-based investor will build warehouses across the U.S.



9/7/22, 10:52 AM                Dallas' Crow Holdings inks $1 billion warehouse deal with Middle Eastern investor





By Steve Brown
7:50 AM on Aug 31, 2021

One of North Texas' top industrial property developers has formed a partnership with a Middle Eastern investor to build more projects.

Dallas-based Crow Holdings plans to build almost $1 billion in U.S. industrial projects in partnership with Abu Dhabi-based Mubadala Investment Co. Crow Holdings' industrial division has built more than 30 million square feet of warehouse space in nine states.

Crow Holdings CEO Michael Levy said the venture with Mubadala will allow the company to accelerate its growth.

"We have been incredibly fortunate to grow and diversify our investment partners, which include sovereign wealth funds, public pension plans, insurance companies, registered investment advisors and investment management platforms," Levy said in a statement.

Mubadala Investment is a sovereign investor managing a $243.4 billion global portfolio for the government of Abu Dhabi.

"We pride ourselves on aligning with best-in-class partners, and this joint venture with Crow Holdings is no exception," Khaled Abdulla Al Qubaisi, Mubadala's CEO of real estate and infrastructure investments, said in a statement. "Crow Holdings' strong track record and history as a real estate developer and investor complement our ambitions to grow our industrial exposure and capitalize on the rapid growth in logistics demand in the U.S."

b7E

UNCLASSIFIED//FOUO

Title: (U) Property in The Fields Purchased

Re:                        09/08/2022

♦♦