

Home > U.S. > Texas > Austin

# HART INTERCIVIC, INC.

Texas Secretary Of State Business Registration · Updated 4/20/2024

Sponsored Links

[ Write Review ]  [ Upgrade ]  [ Claim ]

HART INTERCIVIC, INC. is a Texas Domestic For-Profit Corporation filed on June 13, 1986. The company's filing status is listed as In Existence and its File Number is 0100105100.

The Registered Agent on file for this company is Cogency Global Inc. and is located at 1601 Elm St, Suite 4360, Dallas, TX 75201. The company's principal address is 15500 Wells Port Drive, Austin, TX 78728.

The company has 2 contacts on record. The contacts are Hollie Osbourn from Austin TX and Julie Mathis from Austin TX.

View Related Trademarks



## Company Information

| | |
|---|---|
| Company Name: | HART INTERCIVIC, INC. |
| Entity Type: | TEXAS DOMESTIC FOR-PROFIT CORPORATION |
| File Number: | 0100105100 |
| Filing State: | Texas (TX) |
| Filing Status: | In Existence |
| Filing Date: | June 13, 1986 |
| Company Age: | 37 Years, 11 Months |
| Registered Agent: | Cogency Global Inc.<br>1601 Elm St, Suite 4360<br>Dallas, TX 75201 |
| Principal Address: | 15500 Wells Port Drive<br>Austin, TX 78728 |
| SIC 2 Description: | Printing, Publishing And Allied Industries |
| SIC 4 Description: | Commercial Printing, Lithographic |
| Governing Agency: | Texas Secretary of State |

Sponsored Links

## Company Contacts

**HOLLIE OSBOURN**
Cfo &Amp; Treasurer
 Po Box 80649
Austin, TX 78708

**JULIE MATHIS**
Ceo, Pres &Amp; Secre
 Po Box 80649
Austin, TX 78708

## Reviews

[ Write Review ]

There are no reviews yet for this company.

## Questions

EXHIBIT 4



Home > U.S. > Michigan > Plymouth

# HART INTERCIVIC, INC.

Michigan Foreign Profit Corporation · Updated 11/26/2023

Sponsored Links

Write Review    Upgrade    Claim

HART INTERCIVIC, INC. is a Michigan Foreign Profit Corporation filed on June 12, 2017. The company's filing status is listed as Active and its File Number is 801997745.

The Registered Agent on file for this company is Cogency Global Inc. and is located at 186 N Main Street, 2nd Floor, Ste 1, Plymouth, MI 48170. The company's mailing address is 15500 Wells Port Drive, Austin, TX 78728.

Like 33K

## Company Information

| | |
|---|---|
| Company Name: | HART INTERCIVIC, INC. |
| Entity Type: | MICHIGAN FOREIGN PROFIT CORPORATION |
| File Number: | 801997745 |
| Filing State: | Michigan (MI) |
| Domestic State: | Texas (TX) |
| Filing Status: | Active |
| Filing Date: | June 12, 2017 |
| Company Age: | 6 Years, 11 Months |
| Registered Agent: | Cogency Global Inc. 186 N Main Street, 2nd Floor, Ste 1 Plymouth, MI 48170 |
| Mailing Address: | 15500 Wells Port Drive Austin, TX 78728 |

Sponsored Links

## Company Contacts

This company has not listed any contacts yet.

## Reviews

Write Review

There are no reviews yet for this company.

## Questions

Post Question

There are no questions yet for this company.

## ADDITIONAL LINKS

Post Question For This Company
Contact Us Regarding Your Company Profile
All Companies Named HART INTERCIVIC, INC.
Search All Michigan Companies
Learn About Our Pro Search Subscription Service

The information on this page is being provided for the purpose of informing the public about a matter of genuine public interest.

EXHIBIT 4



8 matches were returned.

Click a row below to view the associated profile.

| Relevance Score | Company Name | Entity Type | Registered Agent | Filing Date | Filing Status | Address Locations |
|---|---|---|---|---|---|---|
| 3.6 | Es&S Voter Registration, LLC | Alabama Foreign Limited-Liability Company | National Registered Agents Inc. | 09/27/2017 | Active | Montgomery, AL and Omaha, NE |
| 3.6 | Es&S Voter Registration, LLC | Connecticut Domestic Llc | National Registered Agents, Inc. | 02/06/2022 | Active | East Hartford, CT and Omaha, NE |
| 3.6 | Es&S Voter Registration, LLC | Nevada Foreign Limited-Liability Company | National Registered Agents, Inc. | 10/12/2017 | Revoked (11/1/2023) | Carson City, NV |
| 3.6 | Es&S Voter Registration, LLC | Idaho Foreign Limited-Liability Company | National Registered Agents, Inc. | 10/03/2023 | Active | Boise, ID and Omaha, NE |
| 3.6 | Es&S Voter Registration, LLC | Nebraska Foreign Llc | &Nbsp; | 09/07/2023 | Active | Omaha, NE |
| 3.6 | Es&S Voter Registration, LLC | Ohio Foreign Limited-Liability Company | National Registered Agents, Inc. | 05/01/2003 | Active | Columbus, OH |
| 3.6 | Es&S Voter Registration, LLC | Tennessee Foreign Limited-Liability Company | National Registered Agents, Inc. | 10/10/2017 | Active | Knoxville, TN and Omaha, NE |
| 3.6 | Es&S Voter Registration, LLC | Texas Foreign Limited-Liability Company (Llc) | National Registered Agents, Inc. | 02/27/2004 | In Existence | Dallas, TX and Omaha, NE |

BROWSE COMPANIES BY STATE OR COUNTRY

EXHIBIT 4