

8 matches were returned.

Click a row below to view the associated profile.

| Relevance Score | | Company Name | Entity Type | Registered Agent | Filing Date | Filing Status | Address Locations |
|---|---|---|---|---|---|---|---|
| 3.6 | | Es&S Voter Registration, LLC | Alabama Foreign Limited-Liability Company | National Registered Agents Inc. | 09/27/2017 | Active | Montgomery, AL and Omaha, NE |
| 3.6 | | Es&S Voter Registration, LLC | Connecticut Domestic Llc | National Registered Agents, Inc. | 02/06/2022 | Active | East Hartford, CT and Omaha, NE |
| 3.6 | | Es&S Voter Registration, LLC | Nevada Foreign Limited-Liability Company | National Registered Agents, Inc. | 10/12/2017 | Revoked (11/1/2023) | Carson City, NV |
| 3.6 | | Es&S Voter Registration, LLC | Idaho Foreign Limited-Liability Company | National Registered Agents, Inc. | 10/03/2023 | Active | Boise, ID and Omaha, NE |
| 3.6 | | Es&S Voter Registration, LLC | Nebraska Foreign Llc | &Nbsp; | 09/07/2023 | Active | Omaha, NE |
| 3.6 | | Es&S Voter Registration, LLC | Ohio Foreign Limited-Liability Company | National Registered Agents, Inc. | 05/01/2003 | Active | Columbus, OH |
| 3.6 | | Es&S Voter Registration, LLC | Tennessee Foreign Limited-Liability Company | National Registered Agents, Inc. | 10/10/2017 | Active | Knoxville, TN and Omaha, NE |
| 3.6 | | Es&S Voter Registration, LLC | Texas Foreign Limited-Liability Company (Llc) | National Registered Agents, Inc. | 02/27/2004 | In Existence | Dallas, TX and Omaha, NE |

BROWSE COMPANIES BY STATE OR COUNTRY

EXHIBIT 5