

| Relevance Score | Company Name | Entity Type | Registered Agent | Filing Date | Filing Status | Address Locations |
|---|---|---|---|---|---|---|
| 3.7 | Dominion Voting Systems, Inc. | Missouri Foreign Gen. Business - For-Profit | Cogency Global Inc. | 07/27/2010 | Good Standing | Denver, CO and Rolla, MO |
| 3.7 | Dominion Voting Systems, Inc. | Louisiana Business Corporation (Non-Louisiana) | Cogency Global Inc. | 07/15/2010 | Active | Baton Rouge, LA, Denver, CO, and Dover, DE |
| 3.7 | Dominion Voting Systems, Inc. | Pennsylvania Foreign Business Corporation | Cogency Global Inc. | 07/27/2010 | Active | |
| 3.7 | Dominion Voting Systems Inc. | Virginia Foreign Corporation | Cogency Global Inc. | 07/15/2010 | Active | Midlothian, VA |
| 3.7 | Dominion Voting Systems, Inc. | New Jersey Foreign Profit Corporation | Cogency Global Inc | 07/09/2010 | Active | Broomfield, CO and Williamstown, NJ |
| 3.7 | Dominion Voting Systems, Inc. | New York Foreign Business Corporation | National Corporate Research, Ltd. | 07/10/2009 | Active | Denver, CO and New York, NY |
| 3.7 | Dominion Voting Systems, Inc. | Nevada Foreign Corporation | Cogency Global Inc. | 07/08/2010 | Active | Carson City, NV |
| 3.7 | Dominion Voting Systems, Inc. | Washington Foreign Profit Corporation | Cogency Global Inc. | 06/01/2011 | Active | Broomfield, CO and Tumwater, WA |
| 3.7 | Dominion Voting Systems, Inc. | Oregon Foreign Business Corporation | Cogency Global Inc. | 07/27/2010 | Active | Broomfield, CO and Salem, OR |
| 3.7 | Dominion Voting Systems, Inc. | Utah Corporation - Foreign - Profit | Cogency Global Inc. | 02/28/2011 | Active | Salt Lake City, UT |

EXHIBIT 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3.7 | | Dominion Voting Systems, Inc. | Michigan Foreign Profit Corporation | Cogency Global Inc. | 07/27/2010 | Active | Plymouth, MI |
| 3.7 | | Dominion Voting Systems, Inc. | Tennessee Foreign For-Profit Corporation | Cogency Global Inc. | 06/02/2011 | Active | Broomfield, CO and Nashville, TN |
| 3.7 | | Dominion Voting Systems, Inc. | Texas Foreign For-Profit Corporation | Cogency Global Inc. | 02/25/2011 | Forfeited Existence | Dallas, TX and Denver, CO |
| 3.7 | | Dominion Voting Systems, Inc. | New Mexico Foreign Profit Corporation | Cogency Global Inc. | 10/28/2013 | Active | Broomfield, CO and Santa Fe, NM |
| 3.7 | | Dominion Voting Systems, Inc. | Mississippi Profit Corporation | National Corporate Research, Ltd | 08/24/2016 | Good Standing | Denver, CO and Jackson, MS |
| 3.7 | | Dominion Voting Systems, Inc. | Oklahoma Foreign For-Profit Business Corporation | Secretary Of State | 10/12/2010 | Withdrawn | Oklahoma City, OK |
| 3.7 | | Dominion Voting Systems, Inc. | Ohio Foreign Corporation | Cogency Global Inc. | 05/07/2012 | Active | Denver, CO and Hilliard, OH |
| 3.6 | | Dominion Voting Systems Corporation | Colorado Corporation | Probity Design & Construction, Inc | 03/13/2022 | Good Standing | Littleton, CO |
| 3.6 | | Dominion Voting Systems Corporation | New York Foreign Business Corporation | National Corporate Research, Ltd. | 07/31/2009 | Active | New York, NY and Toronto, ON |
| 3.6 | | Dominion Voting Systems Corporation | Puerto Rico Foreign - Non Us For-Profit | Fgr Corporate Services, Inc. | 05/27/2011 | Active | San Juan, PR |

BROWSE COMPANIES BY STATE OR COUNTRY

Alabama   Alaska   Arizona   Arkansas   California   Canada   Colorado   Connecticut   Delaware   District of Columbia   Florida   Georgia   Hawaii   Idaho   Illinois   Indiana   Iowa   Kansas   Kentucky   Louisiana   Maine   Maryland   Massachusetts   Michigan   Minnesota   Mississippi   Missouri   Montana   Nebraska   Nevada   New Hampshire   New Jersey   New Mexico   New York   North Carolina   North Dakota   Ohio   Oklahoma   Oregon   Pennsylvania   Puerto Rico   Rhode Island   South Carolina   South Dakota   Tennessee   Texas   Utah   Vermont   Virginia   Virgin Islands   Washington   West Virginia   Wisconsin   Wyoming   United States

Copyright © 2012-2024 · Bizapedia.com · All rights reserved.    Pro Data · Pro Search · Pro API · Contact Us · Terms of Use · Privacy Policy · Sitemap

Desktop · Server 1

EXHIBIT 6