MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants, Christopher J. Christie, Philip Murphy, Tahesha Way, Judith Persichilli, Sejal Hathi, and Matthew Platkin ("N.J. State Defendants")

By: Michael R. Sarno
    Deputy Attorney General
    609-376-3200
    Michael.Sarno@law.njoag.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN,<br><br>  Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>  Defendants. | CIVIL ACTION NO.: 3:24-cv-40-ZNQ-TJB<br><br>**NOTICE OF MOTION TO DISMISS IN LIEU OF AN ANSWER PURSUANT TO FED. R. CIV. P. 12** |

To:   United States District Court, District of New Jersey
       Clarkson S. Fisher Bldg. & U.S. Courthouse
       402 East State Street
       Trenton, New Jersey 08608

       Mary Basile Logan, Plaintiff *pro se*
       P.O. Box 5237
       Clinton, New Jersey 08809

       All Counsel of Record

       **PLEASE TAKE NOTICE** that on **Monday, June 17, 2024**, or as soon

thereafter as counsel may be heard, the undersigned, attorney for the New Jersey State Defendants -- Christopher J. Christie, Philip Murphy, Tahesha Way, Judith Persichilli, Sejal Hathi, and Matthew Platkin -- will apply to the United States District Court for the District of New Jersey for an Order dismissing Plaintiff's Amended Complaint and all claims against them with prejudice.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Brief, proposed Order and Certification of Service in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 78, oral argument is not requested.

                                Matthew J. Platkin
                                ATTORNEY GENERAL OF NEW JERSEY

By: _____
      Michael R. Sarno
      Deputy Attorney General

Date: May 22, 2024