MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants, Christopher J. Christie, Philip Murphy, Tahesha Way, Judith Persichilli, Sejal Hathi, and Matthew Platkin ("N.J. State Defendants")

By:  Michael R. Sarno
     Deputy Attorney General
     609-376-3200
     Michael.Sarno@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| MARY BASILE LOGAN,<br><br>    Plaintiff,<br><br> v.<br><br>MERRICK GARLAND, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 3:24-cv-40-ZNQ-TJB<br><br>**CERTIFICATION OF SERVICE** |
|---|---|

I hereby certify that on **May 22, 2024**, the within Notice of Motion, accompanying Brief, proposed Order and this Certification of Service were electronically filed with the Clerk of the United States District Court for the District of New Jersey via the CM/ECF system.

I further certify that the above motion papers were simultaneously served upon Plaintiff *pro se* and all counsel of record via the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

                                        Matthew J. Platkin
                                        ATTORNEY GENERAL OF NEW JERSEY

                                        _Michael R. Sarno signature_
                                        _____
                                        Michael R. Sarno
                                        Deputy Attorney General

Date: May 22, 2024