MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants, Christopher J. Christie, Philip Murphy, Tahesha Way, Judith Persichilli, Sejal Hathi, and Matthew Platkin ("N.J. State Defendants")

By:  Michael R. Sarno
     Deputy Attorney General
     609-376-3200
     Michael.Sarno@law.njoag.gov

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN,<br><br>  Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>  Defendants. | CIVIL ACTION NO.: 3:24-cv-40-ZNQ-TJB<br><br>**ORDER** |

This matter having been opened to the Court upon the application of Matthew J. Platkin, Attorney General of New Jersey, and Michael R. Sarno, Deputy Attorney General, appearing on behalf of Defendants, Christopher J. Christie, Philip Murphy, Tahesha Way, Judith Persichilli, Sejal Hathi, and Matthew Platkin, for an Order granting their Motion to Dismiss the Amended Complaint and all claims against them with prejudice in lieu of an Answer, and the Court having considered the

moving papers, and any opposition submitted, and for good cause shown,

It is on this _____ day of _____, 2024,

**ORDERED** that the Motion to Dismiss the Amended Complaint and all claims against Defendants, Christopher J. Christie, Philip Murphy, Tahesha Way, Judith Persichilli, Sejal Hathi, and Matthew Platkin, is hereby granted and, therefore, all claims in the above-referenced matter against them are dismissed with prejudice; and it is further

**ORDERED** that this Court shall provide any additional relief as it deems necessary and just.

_____

_____ Opposed

_____ Unopposed