Amanda L. Genovese
Robert T. Szyba
Amanda M. Williams
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500

*Attorneys for Defendant United HealthCare Services, Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY BASILE LOGAN,<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, ET AL.,<br><br>Defendants. | Civil Action No.<br>3:24-cv-00040-ZNQ-TJB<br><br>**NOTICE OF MOTION OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Motion Return Date: July 1, 2024** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant United HealthCare Services, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, the Proposed Order, and upon all the pleadings and proceedings herein, Defendant will move, on July 1, 2024, or as soon thereafter as may be heard, before the Honorable Zahid Quraishi, U.S.D.J. of the United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 for an order pursuant to Rule

311374318v.1

12(b)(6) of the Federal Rules of Civil Procedure: (i) granting Defendant's Motion to Dismiss Plaintiff's Complaint, in its entirety, with prejudice, and (ii) for such other relief as the Court may deem just and proper.

Date: May 28, 2024

    Respectfully submitted,

    SEYFARTH SHAW LLP

    By  */s/ Robert T. Szyba*
        Robert T. Szyba

        Amanda L. Genovese
        Amanda M. Williams
        Seyfarth Shaw LLP
        620 Eighth Avenue, 32nd Floor
        New York, New York 10018-1405
        (212) 218-5500
        agenovese@seyfarth.com
        rszyba@seyfarth.com
        amwilliams@seyfarth.com

        *Attorneys for Defendant United HealthCare Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28 2024, I electronically filed the foregoing NOTICE OF MOTION OF DEFENDANT'S MOTION TO DISMISS; MEMORANDUM OF LAW IN SUPPORT; AND PROPOSED ORDER, via the Court's CM/ECF System, which sent notification of such filing to all counsel of record.

                                            *s/Robert T. Szyba*
                                            Robert T. Szyba

Dated: May 28, 2024

311374318v.1