Amanda L. Genovese
Robert T. Szyba
Amanda M. Williams
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500

*Attorneys for Defendant United HealthCare Services, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN,<br><br>Plaintiff,<br><br>v.<br><br>MERRITT GARLAND, ET AL.,<br><br>Defendants. | Civil Action No.<br>3:24-cv-00040-ZNQ-TJB<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Motion Return Date: July 1, 2024** |

This matter, having come before the Court by motion of Seyfarth Shaw LLP, attorneys for Defendant United HealthCare Services Inc. ("United"), to dismiss Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and Local Rules 7.1 and 7.2;

It is on this _____ day of _____, 2024, ORDERED that

United's motion is granted, and Plaintiff's Complaint is dismissed with prejudice.

311374295v.1

SO ORDERED.

By:

_____

Hon. Zahid N. Quraishi
United States District Judge