Mary Basile Logan
Post Office Box 5237
Clinton, New Jersey 08809
Email:  Trino@trinops.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

MARY BASILE LOGAN, individually and on behalf            |
of those similarly situated, *Pro-Se*;                   |
                                                         |
                 Plaintiff,                           |
                                                         |
MERRICK GARLAND, in his official capacity                |
Attorney General, Department of Justice;                 |
                                                         |
LLOYD AUSTIN, III, in his official capacity as the       |
Secretary, Department of Defense;                        |
                                                         |
WILLIAM J. BURNS, in his official capacity as the        |
Director, Central Intelligence Agency;                   |
                                                         |
CHRISTOPHER A. WRAY, in his official capacity            |
as the Director of the Federal Bureau of Investigation;  |
                                                         |
DENIS RICHARD MCDONOUGH, in his official                 |
capacity as Secretary of Veterans Affairs;               |
                                                         |
ALEJANDRO MAYORKAS, in his official capacity as          |
Secretary, U.S. Department of Homeland Security;         |
                                                         |
MARCIA L. FUDGE, in her former capacity as Secretary     |
U.S. Department of Housing and Urban Development;        |
                                                         |
ROBERT CALIFF, in his capacity as Commissioner,          |
Food and Drug Administration;                            |
                                                         |
WILLIAM J. CLINTON, in his official capacity as the      |
former President of the United States of America;        |
                                                         |
HILLARY R. CLINTON, in her official capacity as          |
former Secretary of State for the United States of America; |

THOMAS KEAN, Sr., in his former capacity as Chairman
9/11 Commission;

ROBERT MUELLER, in his former capacity as Director
of the Federal Bureau of Investigation;

JAMES COMEY, in his former capacity as Director
of the Federal Bureau of Investigation;

CHRISTOPHER J. CHRISTIE, in his capacity as the
former-Governor of New Jersey;

RICHARD "DICK" CHENEY, in his former capacity
as Vice President of the United States;

ELIZABETH "LIZ" CHENEY, in her former capacity
as Chair, January 6 Commission;

JOHN KERRY, in his official capacity as U.S. Special
Presidential Envoy for Climate;

GEORGE W. BUSH, in his former capacity as
President of the United States;

BARACK HUSSEIN OBAMA, in his former capacity as
President of the United States;

LORETTA LYNCH, in her former capacity as
United States Attorney General;

JAMES BAKER, in his former capacity as White House
Chief of Staff;

ERIC HOLDER, in his former capacity as United States
Attorney General;

JOSEPH R. BIDEN, in his official capacity as President,
his former capacities as Vice President and Senator, of
these United States;

JOHN ASHCROFT, in his former official capacity,
as United States Attorney General;

JAMIE GORELICK, in her official capacity, Homeland
Security Advisory Council member;

**CIVIL DOCKET: 3:24-CV-00040
ZNQ-TJB**

**ORAL ARGUMENT REQUESTED**

NANCY PELOSI, in her official capacity as
Congresswoman (CA);

GEORGE NORCROSS, in his capacity as Chairman,
Cooper University Medical Systems;

PHILIP MURPHY, in his official capacity as Governor
of New Jersey, and as former Chair of the National
Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary
of State, as former President of the National Association
of Secretaries of State, and her current capacity as
Lt. Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then-
Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as Deputy
Commissioner for Public Health Services;

MATTHEW PLATKIN, in his official capacity as
Attorney General of the State of New Jersey;

KATHY HOCHUL, in her official capacity as Governor
of New York;

ANDREW CUOMO, in his former capacity as Governor
of New York and his capacity as Vice-Chair of the National
Governors Association;

LETITIA JAMES, in her capacity as Attorney General of
the State of New York;

SUSAN RICE, in her official capacity as United States
Domestic Policy Advisor;

ADAM SCHIFF, in his official capacity as Congressman,
of the State of California;

CHARLES "CHUCK" SCHUMER, in his official
capacity as Senator for the State of New York;

XAVIER BECERRA, in his official capacity as
Secretary of Health and Human Services;

JANET YELLEN, in her official as Secretary of
the United States Treasury;

ROD ROSENSTEIN, in his former capacity as United
States Deputy Attorney General;

HUMA ABEDIN, in her former capacity as vice
Chair of Hillary Clinton;

DEBBIE WASSERMAN SCHULTZ, in her current
capacity as U.S. Representative, (FL-25);

BILL NELSON, in his official capacity as Administrator
of NASA;

OCCIDENTAL PETROLEUM;

UNITED HEALTHCARE;

DEMOCRATIC NATIONAL COMMITTEE;

REPUBLICAN NATIONAL COMMITTEE;

JAMES PITTINGER, in his official capacity as Mayor
of Lebanon Borough, State of New Jersey;

LISA SELLA, in her official capacity as Deputy Clerk,
Lebanon Borough, State of New Jersey;

ROBERT JUNGE, in his official capacity as Municipal
Co-Chair, Republican Party, Lebanon Borough, State of
New Jersey;

JOHN DOES (1-100)

JANE DOES (1-100)
                              Defendants.

_____

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION HEARING DATE,
AND TEMPORARY RESTRAINING ORDER**

**PLAINTIFF'S SUPPLEMENT IN SUPPORT OF MOTION**

On January 4, 2024, Plaintiff filed this lawsuit as an amended complaint, alleging that Defendant's actions, taken under the color of state law, deprived the Plaintiff of Rights, privileges, or immunities in violation of 42 U.S.C. § 1983, the First and Fourteenth Amendments to the Constitution, and the Equal Protection Clause.  Plaintiff filed a Motion for Preliminary Injunction Hearing Date and Temporary Restraining Order.  The Court acknowledged Plaintiff's request, scheduling a Motion hearing date of June 17, 2024, to be decided on papers with no appearances required.  Accordingly, Plaintiff provides this supplement to the Motion, ensuring that all facts are presented to the Honorable Court, absent oration on June 17, 2024.

## SUPPLEMENT TO ARGUMENT

1.      Plaintiff restates all and inclusive claims represented and authored by her hand, informed by God, Almighty, as set forth inclusive of the supplemental submissions with Exhibits so accompanying, ECF 45; 45-1; 45-2; 45-3; 45-4; 45-5; 45-6; 45-7; 45-8; 45-9; 45-10; 45-11; 45-12; 45-13; 45-14; 45-15; 45-16; 45-17; 45-18; 45-19; 45-20; 45-21; 45-21; 45-22; 56; 46; 46-1; 46-2; 55; 55-1; 55-2; 55-3; 55-4; 55-5; 73; 73-1; 73-2; 73-3; 73-4; 73-5; 73-6; 73-7, and 73-8 in support of the certified statements of harm herein.

2.      Title 18 § 245(b)(1)(A) of the U.S. Code addresses election interference in elections by force or threats.  Title 18 § 245(1)(A) imposes penalties on whoever "by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from" voting or participating in other election activities.  Title 18 § 245 (a)(1) requires the Attorney General, the Deputy Attorney General, the Associate Attorney General, or a specially designated Assistant Attorney General to certify that federal prosecution of a case under Section 245(b)(1)(A) is in the public interest and necessary to secure substantial justice.

3.      Plaintiff states that her Civil Rights have been violated and will, with the pending

primary election in June and, thereafter in November; these violations are born of the hand of an

exacting while unlawful trespass by the Department of Justice, the Department of Homeland Security,

and the Executive of these United States; by name, these individual persons, under color of law

include Defendant, MERRICK GARLAND, ALEXANDRO MAYORKAS and JOSEPH R. BIDEN.

Plaintiff seeks the Honorable Court's consent to add LISA MONACO as a named Defendant to this

action.

4.      Plaintiff analyzed the Congressional General Accountability Office reports from the

period of March, 2024 – May, 2024, without exception, not one of the Administration's Departments

or inclusive GAO oversight areas were acted upon, same as outlined below.  Plaintiff has analyzed

these reports from the time of her academic completion, 2018, the consistency of the lack of

implementation of recommendations is unprecedented, reflecting an Administration derelict

department management of even the most routine of responsibilities while providing further insight

into the gross dereliction of National Security, including those of the highest priority, heightened by

foreign wars, international conflict for which the taxpayers of these United States are funding,

domestic protests at collegiate venues and threats of further public health crises.  The inclusive data

provides for broad and unprecedented levels of gross incompetence for even the most routine policy

matters informed by codified statute.  The analysis affirms Plaintiff's inclusive claims; from outward

appearance the unlawfully seated Administration projects a competency evaporates immediately upon

examination, they are knowingly disengaging from the governmental responsibilities associated with

the subject areas as they are preparing for the realization of their schema; the subterfuge of these

United States – treasonous actions.

| Document Title | Source Citation | Significance |
|---|---|---|
| 401K Retirement Plans<br>GAO 24-105364 | Liberty Project team member | Report **3/28/24**<br>Recommendations made<br>None implemented<br>DOL disagrees with both<br>**GAO Resubmitted 4/29/24** |
| China: Managing Economic Relationhip<br>GAO-24 107189 | | Report 4/29/24<br>Recommendations made<br>None implemented |
| IT Modernization: Census Bureau<br>GAO-24-105979 | | Report 4/29/24<br>Recommendations made<br>None implemented |
| Navy Readiness<br>GAO-24- 105811 | | Report 4/29/24<br>Recommendations made<br>None implemented |
| Ukraine: Lessons from Other Countries<br>GAO-24-107180 | | Report 4/29/24<br>Recommendations made<br>None implemented |
| Foreign Assistance: USAID<br>GAO-24-107180 | | Report 4/29/24<br>Recommendations made<br>None implemented |
| Ukraine Status & Challenges<br>GAO-24-106649 | | Report 4/30/24<br>Recommendations made<br>None implemented |
| | | |
| NASA Cybersecurity: Plan Needed<br>GAO-24-106624 | | Report 5/1/24<br>Recommendations made<br>None implemented |
| US Victims of State Sponsored Terrorism Fund<br>GAO-24-106863 | | Report 5/1/24<br>Recommendations made<br>None implemented |
| Military Justice<br>GAO-24-106165 | | Report 5/2/24<br>Recommendations made<br>None Implemented |
| Navy Shipbuilding<br>GAO-24-105503 | | Report 5/2/24<br>Recommendations made<br>None Implemented |
| Public Health Preparedness<br>GAO-24-106260 | | Report 5/2/24<br>Recommendations made<br>None Implemented |
| | | |
| | | |
| **Priority Open: FDIC**<br>**GAO-24-107275** | | **States Report on 4/30/24**<br>**No evidence of being reported** |

| Priority Open: FDIC GAO-24-107276 | | States Report on 4/30/24 No evidence of being reported |
|---|---|---|
| Medicare Hospice CMS needs to fully implement GAO-24-16442 | | Report 5/8/24 Recommendations made None Implemented |
| College Athletics Title IX GAO-24-105994 | | Report 4/9/24 e |
| DOJ Grants Management: Steps to Improve GAO-24-106501 | | Report 5/9/24 Recommendations made None Implemented |
| Federal Housing Financing Agency OIG GAO-24-107430 | | Report 5/9/24 Recommendations made None Implemented |
| GAO Overview Understanding Waste in Federal Program GAO-24-107198 | | Report 5/9/24 Recommendations made None Implemented |
| Military Spouse Employment P/T Workforce GAO-24-106263 | | Report 2/8/24 Recommendations made None Implemented GAO resubmitted 5/9/24 |
| US Terrorism Data Gap GAO-24-106574 | | Report 5/9/24 Recommendations made None Implemented |

5.      Plaintiff restates that the facts are irrefutable, the elections; from the printing of the ballots to the machine count and, thereafter certification, have been irrefutably corrupted by foreign nation-states, the United Arab Emirates, and those parties, as yet unknown are shell entities who were affirmed and permitted to operate by coopting the Rule of Law under the watchful eyes of the inclusive Defendants, above stated.  Plaintiff states that these actions are in violation of Title 18 § 595, prohibiting government employees from using official authority in connection with federally financed activity to interfere with or affect a federal election.

6.      Plaintiff states that the inclusive Defendant miscreants have, in fact, partnered with foreign nation-states and corporate entities as subversives, saboteurs of these United States.  To secure their objectives while further trampling the Plaintiff's Civil Rights, they have exacted their hand by

conduit designee of State District Attorneys, Prosecutors and Attorneys General, employing such parties as private attorneys to their enterprise of usurpation, exacting lawfare, disemboweling these United States of the Founders words scribed in the Constitution, believing that it is their Right to hold civilians subject of their control, force and influence, hostages of their own Country in Washington D.C. and New York City. A comprehensive analysis of their actions discloses them indifferent from the pirates of high seas amid the Barbary Wars; the vast historical chasm between 1801 and 2024 closes upon examination, the millions paid for defense of these United States in 2024 are, in fact, a tribute to the opaque foreign owned corporate registrant, masked by shell corporations on domestic soil. Our Nation was not founded by despots, such leaders were left behind in Britain that the United States might forge a new way; to live under the Rule of Law and Natural Law, informed by God, Almighty as a Judeo-Christian civil society, with the expectation that others in her company be mutually inclined.

7.      Plaintiff states with the primary election days away, this matter before the Honorable Court made imperative as to the nature and implication of the inclusive Defendants actions to knowingly subvert lawfully held elections through the imposition of foreign designees manifest within the election apparatus, undisclosed within contracts and, as disclosed herein, apart from the Bylaws of the United States Election Assistance Commission. The inclusive Defendants so determined of their intent, that they manifested Russian election interference as evidenced by the Plaintiff, while providing carte blanche National Security access to third party designees twice over, both of foreign enterprise, the Awan Brothers and Crowdstrike. In both cases, Capitol Police stated that no background check was completed, further indicating the malicious nature of the inclusive Defendants' intent to exact outcome while aiding and abetting third parties, consummating payment to same with taxpayer funds. These actions have all averted the Rule of Law to date.

8.      Plaintiff states in furtherance of the foregoing, the inclusive Defendants have manifested federal statute which affixes Microsoft, a foreign enterprise who has themselves, contracted with G42, a wholly governmental owned enterprise of the United Arab Emirates.  Through a work-around within the federal Election Infrastructure Subsector Plan, the inclusive Defendants are imposing on the inclusive and absolute Rights of the sovereign as set forth:

    a.  Section 245, the certification process was consistent with a federal practice that 'even where federal law has been adopted, enforcement generally has been deferred to the States wherever possible.'  Plaintiff states that the certification so too has been given unlawful access to third-party designees of States as established in Plaintiff's Motion, these designees are themselves foreign and hold to ideological structures that impose on Plaintiff's sovereign Rights.

    b.  "This provision prohibits using force or threat of force to willfully injure, intimidate, or interfere with 'any person because he is or has been, or in order to intimidate such person … from participating, without discrimination on account of race, color, religion or national origin," in voting or voting related activities."[1]  Plaintiff states the injury which will result from the subversive actions set forth and evidenced herein are incalculable, the harms evident and enumerated herein equally incalculable.

    c.  Plaintiff states, the lawfare exacted by the Defendant, JOSEPH R. BIDEN in the company of the DOJ, directed at the opposing candidate, Donald J. Trump who remains a hostage in New York City under gag order, irrevocable violates Section 245(b)(1)(A) "by unlawfully interfering with a candidate campaigning for

---

[1] CSR LSB11125, March 15, 2024.  Overview of Federal Criminal Laws Prohibiting Interference with Voting. Accessed May 1, 2024.  https://csrreports.congress.gov

elected office."[2]   Plaintiff states that the unlawful actions of the Defendant, JOSEPH R. BIDEN are deceitful to governmental agency, in this case, disrupting the functions of government in its entirety.  Plaintiff has herein documented to this Court that in all areas of government the Defendant has and continues to allow a permeation of dereliction with consideration to National Defense and National Security, Plaintiff states the public riots which have turned violent at academic settings as well on the floor and halls of the Capitol building in recent months.  These events when combined with the Defendants' funding of foreign nation-states while depleting the United States military presents a clear and present danger made absolute by the evidenced facts presented to this Honorable Court, the Defendant coupled and unquestionably instrumental in the planning for, carrying out of and assurance of outcome of the subversion of these United States.  Plaintiff pleads before this Honorable Court to intervene in the assurance of continuum of the future of our Nation.

9.      Plaintiff states that to achieve their preconceived outcome, Alvin Bragg met with the DOJ, among others, in the formulation of his work product advancing the trial, the same holds true of Defendant, LETITIA JAMES' case; the FBI, by warrant issued from the DOJ was expressly told to use any force necessary, at the private residence of the former President of the United States, the property as well the former President and his family under protection of the Secret Service.  In this case, the DOJ directed the actions of the highest levels of law enforcement to intervene on the Former Presidents Protection Act of 2012 while extending to themselves carte blanche on the court-issued search warrant which cited, "…including 11 sets of classified documents ranging from 'Confidential'

---

[2] *Ibid*. p2.

to 'Secret' to 'Top Secret' and 'TS/SCI documents.'"[3]  The subject letter, authored by Defendant,

ADAM SCHIFF, continues in recitation for which the author took unconstitutional liberty and license

of language, "President Trump repeatedly attempted to destroy presidential records."  Plaintiff is

withheld lawful transparency with the cited correspondence of Ms. Maloney having been removed,

displaying an error 404, denied access, itself unconstitutional while supporting both Plaintiff's harms

and herein claims.

10.     Plaintiff states that the foregoing actions surreptitiously and unequivocally impose on

the sovereign Civil Rights under Title 18 § 494 of the Plaintiff.  The inclusive Defendants have and

continue to exhibit a criminal element far exceeding disownment of their Constitutional oath

professed before God, Almighty, revealing a malignancy amplified as it permeates every facet of

government, corrupting all in its wake.  Plaintiff seeks to bring to the attention of this Honorable

Court, the words of Daniel Webster, "strong agitations…surrounded by very considerable dangers to

our institutions of government"[4] as provided for in ECF Doc. 1 and iterated repeatedly in nearly all

and inclusive pleadings since, the inclusive Defendants have empowered an invisible hand, operating

apart from the Constitution as well the guardrails of jurisprudence, in many cases undocumented of

contract and when such contract does exist, public transparency through bidding is withheld,

altogether.  These entities, including Microsoft, have affixed an emolument affiliation with

government, whether by force or trickery of bribe is of no relevance to the resulting unconstitutional

degradation of the Plaintiff's Civil Rights.

---

[3] Schiff, Adam, Maloney, Carolyn. August 13, 2022. "Letter to the Honorable Avril Haines."  Accessed May 27, 2024 https://www.justice.gov/d9/2024-02/02.06.24.%20-%20Mar-a-Lago%20Search%20Warrant%20-%20Final.pdf
[4] Webster, Daniel. *The Constitution and the Union – Hear Me For My Cause.*  March 7, 1850.  Accessed January 10, 2020 Liberty.edu

11.     Plaintiff has provided the Honorable Court with concrete examples wherein the inclusive Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE, herein after referred to as "inclusive Defendants" have proven themselves derelict in their statutory role.

12.     Plaintiff states that she has lost all confidence in the inclusive Defendants who have relegated themselves as tyrants to their Countryman, manifest in acts indicative of war, all the while orating that their actions are sacrosanct; accordingly, Plaintiff provides additional proofs set forth herein.

13.     Plaintiff states, citing the facts set forth in ECF Doc. 73, the elections held from the data of historic record Executive Order 13848, a clear and irrefutable violation, conducted with the knowledge and intent of outcome, by coopting the infrastructure and election security

covertly and overtly by foreign third-party vendors.  Moreover, Plaintiff emphasizes, that the inclusive Defendants, manifested the foregoing violations through trickery including fear and intimidation, instructing persons under guise of 10th Amendment protections while withholding, delaying, or altering including partial disclosure of facts pertaining to federal investigative findings, findings which would have proven detrimental to their cause.  These inclusive actions evidence political intimidation; deception and trickery by federal bodies in and among protected election officials, poll workers etc. at the state, county, local and tribal levels who are statutorily severed from the federal hand of governance to avoid such tyranny.

14.     Plaintiff realleges and incorporates by reference all prior paragraphs of this Supplement to the Notice of Motion for Injunctive Relief and the paragraphs in the inclusive counts as fully set forth herein.

**William "Bill" Gates III, Microsoft and the Board of Directors.**

15.     Plaintiff states that in August, 2021, Christopher Young joined the Microsoft staff as Executive Vice President, Business Development reporting directly to Satya Nadella, CEO. Mr. Young formerly served as Chief Executive Officer for McAfee.  Plaintiff refers to the factual, evidenced analysis as set forth in ECF Doc. 73, p.32, the history of McAfee known to this Honorable Court as much the malfeasance and willful intent by Microsoft to further encroach the sovereign Rights of the Plaintiff, overtly intended to destroy her Liberty by imposing an invisible hand, malevolent and unlawfully into the federally protected National Infrastructure Subsectors of these United States.

16.     The foregoing an incontrovertible violation of Executive Order 13848, with the facts presented in ECF Doc. 73, which affirms that G42, a/k/a Mubadala, is a wholly owned entity and instrument of the United Arab Emirates, Plaintiff states that the hardware and software

serving as the conduit by which the Plaintiff's sovereign vote is tabulated, scanned, counted and warehoused for storage disposition are an embodiment of economic espionage; a coup, carried out with the aid of provocateurs, men and women who are herein represented as the inclusive Defendants, having deceived their Country, God Almighty and every headstone resulting of lives lost in the batter for this Nation's retention; Plaintiff stands affirmed and unmoving.  Plaintiff will not partner with the inclusive co-Defendants through silence or passivity, God demands no less as their desire has been made known, to foreclose on dominion, the gift in care, a responsibility to neighbor as self; Plaintiff stands down no one in this sacred promise.

17.     Plaintiff states that Robert Altman, in the company of Clark Clifford, attorneys who were charged with laundering drug money, stealing billions of dollars and handling secret bank accounts for the CIA, a Defendant to this action, the charges filed by Robert Morgenthau as Manhattan District Attorney following his autonomous investigation.  Germane to Plaintiff's action, excerpt provided from the BCCI records and repository:

> …Prosecutors alleged that Mr. Altman…disguised BCCI's role as a main shareholder in Washington-based First American Bankshares Inc., allowing it secretly control the bank. He and Mr. Clifford, a highly prestigious attorney who has been the confidant of four Democratic presidents, represented BCCI and Middle East investors and senior executives at First American…The two high-powered lawyers were accused of making millions in legal fees and accepting BCCI loans for stock-sweetheart deals…As his acquittal was announced, his wife, Lynda Carter…leapt into his arms.  The couple, who are among the most socially prominent people in Washington, were warmly congratulated by the jurors, several of whom wept.[5]

18.     Plaintiff states for the Honorable Court's consideration, following the passing of Mr. Altman, who owned and operated ZeniMax Media and publisher Bethesda Softworks, developer of games for Xbox and PC adaptation, Microsoft purchased ZeniMax and Bethesda Softworks.  Following Microsoft's acquisition, the company continued development and the

---

[5] Reeves, Phil. Altman Cleared in BCCI Fraud Case: Verdict Also Marks Victory for Lawyer's Partner Clark Clifford.  August 15, 1993.  Accessed January 10, 2022.

evolution of gaming with technological advancements, hardware, software as well as gaming specific devices and accessories, presently at $67 Billion industry, benefiting from the capitalist model as well the guardrails of property established by the Founders, a symbiotic relationship in a free-market economy.

19.     Plaintiff states that the ElectionGuard software, a legally protected component of the election Infrastructure Subsector, uploaded from the Cloud-based platform called GitHub, authored by Josh Benaloh, See Doc. 73 p.43, and Galois, a contracted third party.  The ElectionGuard software offers an optional Xbox adaptive controller to mark ballots, expanding the election infrastructure to incorporate real-world election systems; the Xbox controller, reconfigured, thereafter introduced for use in the election.  In 2012, Columbia University queried Xbox players, collecting 700,000 responses from 345,000 players,[6] queries included private information about the players age, sex, and demography.  Microsoft incorporated the polling model in their Prediction Lab,[7] applying the Wang study of forecasting on their owned and content output-controlled platform.  The Wang study, (*See*: doi.org/v5g) published in the *International Journal of Forecasting*, suggested that polls taken through Facebook and gaming platforms are "cheaper, faster, timelier and an order of magnitude larger" than traditional polling. Plaintiff restates the claims as set forth in the repository of the Honorable electronic court filing record.

20.     Plaintiff canvassed random Counties in the State of New Jersey following the 2020 and 2021 election, a very detailed model followed, omitting any and all personal questions but for three:

---

[6] Rutkin, Aviva.  Gamers Polled on Xbox Can Predict US Election Results.  October 8, 2014.  Accessed https://www.newscientist.com/article/mg22429903-400-gamers-polled-on-xbox-can-predict-election-outcome-results
[7] *Ibid*.

    a.   Did you vote in the 2020/2021 election?  If yes, my mail-in, in person or provisional?

    b.   Did you receive an overage of ballots at your home?  If yes, what did you do with them?

    c.   Are there any other registered voters residing at the address?  If yes, did they receive a ballot at the residence?  Did they vote in the subject elections?

As a matter of historic record, Assistant Attorney General, Civil Rights Division, Kristen Clarke and the Defendant, MERRICK GARLAND stated publicly in New Jersey that canvassing door-to-door may violate civil rights laws aimed to prevent voter intimidation.  The foregoing DOJ statements were echoed, in written communication in some cases, across the United States as the People engaged their neighbors, a time-old tradition evidenced by the Founders as *Publius.* Following these DOJ statement issuance, their non-profit affiliates, whose 990's are certified and executed which state, Part IV, Question 3 of the checklist of required schedules asks, "Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? (Yes or No)."  Plaintiff attaches the Clinton Foundation 2021 990, from her open-sourced repository which clearly indicated "No" to the foregoing question.  In furtherance, Plaintiff attaches the Mozilla Foundation 2021 990 where Brian Behlendorf serves on staff, the non-profit organization answered "No" to Part IV, Question 3.

21.    Plaintiff states as a matter of record that the DOJ is, itself, overtly discriminating against the Plaintiff, outright, and continues unabated in such traverse.  Plaintiff relies on the facts presented, at every opportunity, the inclusive Defendants have evidenced an intent towards

one particular person, the former President of the United States, while at the same time the DOJ, Treasury the Internal Revenue Service ("IRS") and the State Department have conducted themselves as though a two-year old hiding in their corner, covering their eyes as though no one can see them; Plaintiff sees, quite clearly actually.   Plaintiff, herself owns a non-profit entity, has gone through the process to secure same, every machination.   So too can Plaintiff execute, certify and attest that her organization is non-partisan with members who are from every walk of life, political ideology and social sphere; they have one this in common, a love for God and Country. While the foregoing tax-exempt entities skirt every manner of Constitutional law, the former New York Attorney General, Barbara Underwood, sued the Trump Foundation and the Board members including Donald J. Trump, Donald Trump Jr., Ivanka Trump and Eric Trump, who at the time was the seated Chief Executive of these United States.   The cause of action claimed in part "unlawful political coordination with his 2016 presidential campaign and self-dealing transactions to benefit Trump's personal and business interests."[8]   The FEC declined comment regarding the case; however, the absence of comment did not stop the New York Attorney General who authored letters to the IRS and FEC "identifying possible violations of federal law for further investigation and legal action by those federal agencies."[9]   The Trump Foundation was dissolved by its' originators.   Plaintiff states if Ms. Underwood were acting in accordance with the capacity of her role, it is reasonable to believe that her analysis would be comprehensive, inclusive of all tax-exempt entities operating from a New York mailing address upon inception.   Plaintiff attests that the New York Attorney General, not unlike her successor,

---

[8] Samuelsohn, Darren.  New York AG sues Trump, alleging 'Illegal Conduct' at His Charity.  June 14, 2018. Accessed May 23, 2024  https://www.politico.com/story/2018/06/14/new-york-ag-sues-trump-children-and-charitable-foundation...
[9] Wamsley, Lauren.  New York Attorney General Sues the Trump Foundation.  June 14, 2018.  Accessed June 14, 2023  https://www.npr.org/2018/06/14/619959270/new-yorks-attorney-general-sues-the-trump-foundation

Defendant, LETITIA JAMES, applied a selective and discriminating form of the law, removing reliance of fairness and equity from the scales of justice, entirely.  If the foregoing statement were untrue, the New York Supreme Court would have record of such fiscal evaluation against the Clinton Foundation or for that matter Denise Rich's foundation, Gabrielle's Angel; both of whose records indicate that they do not participate in political activities as certified statements to the IRS.

22.     Plaintiff reviewed the Microsoft Charitable Trust, one of several non-profit organizations managed and owned by William "Bill" Gates, filing a 2022 990PF, a 501c3, Section VI-A marked "No" for campaign contributions exceeding $100.00, Section VI-B(1) carry on propaganda, or otherwise attempt to influence legislation, marked "No" and, influence the outcome of any specific public election or to carry on, directly or indirectly, any voter registration drive, marked "No."  The foreign registered entity has been involved in the outcome of public elections since 2005, deceptive in .

23.     As a matter of record; the inclusive Defendants have by collective action, fostered a contemptable, animus and inhospitable environment which gives way to a breakdown of social structure, resulting in schisms which depart reasonable expectation within a civil society to function; many of which did not exist prior to COVID-19.  Again, the inclusive Defendants profess unwanted statements of fact, including Plaintiff's pleading,  as  misinformation or conspiracy theory while those of their making are viewed as righteous.  The foregoing is well evidenced by Defendant, ANDREW CUOMO, who in recent weeks denied every mandating public face covering in New York; merely one example, such as the 990 returns of non-profit entities and the lawfare exacted against a sitting Chief Executive; the examples abound.

**WATCH: 'No mask, no service' rule is OK for businesses, Cuomo says**

Health   May 28, 2020  1:05 PM EDT

NEW YORK (AP) — Business owners in New York will be able to deny entry to people not wearing masks or face coverings, Gov. Andrew Cuomo said Thursday.

The promised executive order from Cuomo comes as restrictions on shops are beginning to loosen around the state, though not yet in New York City.

"We're giving the store owners the right to say, 'if you're not wearing a mask, you can't come in.'" Cuomo said at his daily briefing. "That store owner has a right to protect themselves. That store owner has a right to protect the other patrons in that store."

Cuomo said his new order will reduce conflicts between shop owners and customers who refuse to cover their faces.

24.     Plaintiff states in furtherance of the Microsoft contractual relationship with the government owned enterprise of the United Arab Emirates, G42, in the venue of the Microsoft Azure platform for which the sovereign elections of the United States so too navigate; in the 2024 federal election, "Microsoft will be introducing 'invisible' digital watermarking credentials called C2PA, much like how deepfakes and AI-generated images are tagged.  When you encounter an image or video that contains C2PA credentials, you'll be able to learn more about its creator and origin by clicking on an embedded pin that will reveal the asset's detailed history…this new service adds to existing security programs like Azure for Elections, which helps U.S. election agencies."[10]

---

[10] Giland, Rafly.  Microsoft Steps Up to Protect 2024 Elections Worldwide. November 8, 2023.  Accessed May 16, 2024 https://mspoweruser.com/microsoft-2024-elections-worldwide

25.     Plaintiff analyzed the corporate structure and composite of the Boards, Commissions and philanthropic endeavors associated with Microsoft as well its founders, William "Bill" Gates and Paul Allen as well as the Board Members, findings provided below:

a.  William "Bill" Gates.  Microsoft was formed in 1975, forming an alliance with IBM in 1980, introducing its' first retail version of Microsoft Windows in 1985.  Gates held the primary responsibility of Microsoft product strategy, including writing code.  In 1998 Microsoft was sued (United States v. Microsoft), a case in which the Judge ruled that Microsoft had committed monopolization, tying, and blocking competition; each violating the Sherman Antitrust Act.  In his videotaped deposition, he presented as dismissive upon direct question, using the phrase "I don't recall" extensively, even to mundane questions; similarly, his relationship among his staff has been tenuous, compartmentalizing people within their specific roles.  His interaction with Jeffrey Epstein appears more apt to a learning objective.

b.  Plaintiff states that in 1994, he formed the William H. Gates Foundation, followed by two others which were combined under the Bill & Melinda Gates Foundation .  The foundation has five program areas of focus; Global development division; Global health division; United States division; and Global Policy & advocacy division.  In addition to funding applicant endeavors directly, Gates also funds other non-profit organizations including the Wellcome Trust, Carnegie Mellon University among others.  Through the Foundation, Gates gained unlawful traverse in

areas of public trust, areas to which he has neither the academic acumen nor the licensure for lawful access, in point of fact, absent his Foundation and donor capacity, he would not otherwise have such access; he in essence has purchased venue to areas of public trust; including but not limited to legally protected areas of public health, public education, and, the most sacred, public elections.  These traversed areas are wholly unconstitutional, an imposition of Plaintiff's Civil Rights, corrupting the legal barriers of protective thresholds of the Voting Rights Act, the Patriot Act and the Sherman Act.

c.   As Plaintiff holds to no private contract with either the Foundation or Microsoft, her First and Fourth Amendment Rights have been grossly violated by unlawful access to private information, including but not limited to her private ballot cast in the elections of 2016, 2017, 2018, 2019, 2020, 2021, 2022 and 2023.  These usurpations were conducted by external partners of federal agencies who knowingly violated federal law to meet a preconceived outcome, using trickery and deceptive disclosure of corporate records, a violation of the Travels Act, 18 U.S.C. § 1952(a)(3) and that such unlawful activity was conducted covertly, aided and abetted by the inclusive Defendants, who themselves are no less culpable for such violations of Plaintiff's Rights.

d.   The Foundation and donor capacity permits the unlawful traverse by Gates would form relationships with:

i.  Efforts to advance universal access to consensual family planning
by influencing policy, gaining such access through a medium of
exchange including but not limited to political leverage, donor
funds which are tax exempt and emoluments; recipients of the
foregoing include but are not limited to Defendant, CHARLES
"CHUCK" SCHUMER, XAVIER BECERRA, and UNITED
HEALTHCARE.

26.     Plaintiff refers to February 27, 2024 DOJ antitrust investigation of UnitedHealth
Group, subject of Plaintiff action as a co-Defendant.  Plaintiff confirms that the UnitedHealth
Group is a foreign enterprise.  UnitedHealth owns physician groups among other assets, it does
not disclose to the public that it is a foreign enterprise, through craft and trickery,  UnitedHealth
is benefiting from the capitalist marketplace, the company was subject of a substance cyber
breach including the disclosure of private health information belonging to patients in 2024.
Plaintiff states Civil Rights harms, the basest of all Rights, those of Life, Liberty and Property
are substantially threatened by the actions of UnitedHealth Group.

27.     Plaintiff refers to Amtrust North America, affiliate of the Travelers who is subject
of Plaintiff pleadings of ECF record.  Plaintiff refers to CropPro, Inc. who in 2015 sold Crop Pro
Insurance LLC to Technology Insurance Company.  A significant portion of the GDP comes from
midwestern crop growers for which the Plaintiff benefits, the loss of same would have a
detrimental impact on Plaintiff pursuit of Life, Liberty and Property through an escalation of
food costs which far exceed inflation.  Plaintiff states as a matter of record, CropPro Insurance
LLC is a foreign enterprise.

28.     Plaintiff refers to ANV Global Services, a non-resident insurance agency and subject of Plaintiff harm claims.  Plaintiff confirms that ANV Global Services is a foreign enterprise, Christopher Foy, acting as President who also hosts 289 companies and serves in many cases as the registered agent.

29.     Plaintiff refers to the American Telemedicine Association which shares an association with Aetna/CVS Health.  American Telemedicine Association is a foreign enterprise registering with agent: Natalya Arjantseva who is affiliated with Sterling Youth Soccer (VA) and also associated with Sree Chagututu, M.D.  Plaintiff cites a detrimental impact on Plaintiff pursuit of Life, Liberty and Property; the ability to assure privacy among foreign parties undisclosed in not assured.

30.     <u>Vulcan Capital Management and the Estate of Paul Allen.</u>  Paul Allen ("Allen") was a schoolmate of William "Bill" Gates.  Allen remained active and committed to Microsoft, despite leaving after his diagnosis with Hodgkins Lymphoma in 1983.  One of these was an endeavor with his sibling, Jody Allen, Vulcan Inc. and Vulcan Capital Management.

     i.    Allen also secured ownership of sports ventures including the Seattle Seahawks, associated with the NFL; the Portland Trail Blazers, associated NBA; and a part owner of the Seattle Sounders FC, associated with Major League Soccer.  In 2000, he officially resigned from Microsoft's Board but assumed the post of Senior Strategy advisor on the management team, accordingly, his Estate remains culpable for violations of Plaintiff's Civil Rights, set forth herein.

     ii.    Founded Allen Institute of Brain Sciences, Artificial Intelligence and Cell Science; and Apex Learning.

iii.   Through philanthropic pursuits, he donated to education, wildlife, environmental conservation, the arts, healthcare, and community services, funding the first crewed private spaceplane, SpaceShipOne.

iv.   Vulcan Capital Management maintains principal offices in New York, NY and Houston, Texas.  Through the venue of Vulcan Capital Management, several private equity structures were devised focused on growth capital, mezzanine capital, leveraged buyouts, recapitalizations and structured equity in the energy, natural resources and green technology sectors in the United States, Canada, Nigeria, Bangladesh and Iraq.  This company's history in managing contracts is less than stellar, both among the contractual parties as well as the employees; areas of bribery, fraud and malfeasance evident.  The operations managers, Ford Graham and Kevin Davis have, over time, been accused of a variety of matters including the operation of $5m ponzi scheme.  In 2021, the organization ceased operation.  In 2013, Allen opened a new Vulcan Capital office in Palo Alto, CA to focus on new investments in emerging technology and internet companies.

Plaintiff seeks to be exacting in these findings, from the information garnered by open source, presented above, in combination with those discussed in the Motion for Preliminary Injunction (*See* ECF Doc. 73), the history of BCCI, Marc Rich, etc. is absolutely irrefutable.  Plaintiff, in part directed by curiosity, continued analysis of associated entities.

31.     Plaintiff states, the facts herein presented, Microsoft is a manufactured manifestation of the CIA, its rotating Board of Directors, the same as BCCI built on the apprenticeship model and mapping to ensure that the structure and scaffolding is buttressed. Plaintiff attaches corporate filings, affirming that Microsoft is a foreign entity, consolidating all companies in 1993 under one corporate structure, foreign in its registration.  This event by Microsoft is the same year that BCCI came under scrutiny by Defendant JOHN KERRY, a saboteur, provocateur who knowingly compromised the investigation while simultaneously dragging the process out, permitting time for the marketplace substitute of BCCI to advance, shoring the substructure for navigation in the maintenance of the fascia.  The fascia entities, each serving on the Board of varied multinational conglomerate organizations, including Microsoft, in rotation while launching new shell entities which would late be built up through various monetary machinations, evolving into conglomerates; each foreign with domestic front or straw holding shell companies; knowingly abusive of the privilege and structure of the free market economy of these United States, benefiting from the Founders model, her Constitution.

32.     Through deceptive craft and trickery, a schema, these events are en' masse, representing an existential threat to the sovereignty of the free-market economy made knowingly vulnerable by the inclusive Defendants and insodoing create for one sovereign Nation, these United States, an insolvency to the benefit of another, the United Arab Emirates.  The collective covert and overt actions, intent to forcibly overthrow these United States, while an unsuspecting People, the Plaintiff therein among, lawfully endeavor to their obligations as the inclusive Defendants' toil within their subterfuge, dismantling Plaintiff's sovereignty as well her God given Rights, unalienable by human intervention including Life, Liberty, and Property.  Stated succinctly, the inclusive Defendants' have endeavored that these United States so too become a

shell corporation TO THEIR ENDS while they knowingly deceive public trust demonstrating moral turpitude and human depravity, superseding even the most sinister of historic record including that of Stalin and Lenin.  In the intervening period of their collectivist toil, they laid siege to social order as a means of invocation of the duality, introducing their humanism as a hallmark while our Churches were shuttered.  Indeed, their aim far exceeds that of political endeavor, they seek the disenfranchisement of Natural Law, in its entirety, resolving the People to a science derived model of measured structure.

33.     Plaintiff states that the earliest Microsoft corporate registrant filing  was May 23, 1985, originated in California, the registration was later terminated; the remaining registrant records are foreign designation, filed in Montana (November 13, 2002) and Arkansas (December 4, 2002), respectively.



34.      Plaintiff states that through a carefully orchestrated sequence of events, Microsoft and other foreign entities including but not limited HART InterCivic, ES&S and Dominion gained venue to the United States elections, hosted at the local, County, State and tribal venues, a violation of the United States Election Assistance Commission Bylaws.  These violations were

coopted by persons and entities associated with the DNC and the Democratic Caucus, including but not limited to the Awan Brothers, foreign parties of Pakistani origin, and Crowdstrike, a foreign corporation as provided below, introduced under pretense later proven false, otherwise known as Russian interference.  The foregoing unconstitutional actions were given aid and venue by tax-exempt and NGO entities, themselves affiliated with the inclusive Defendants, in many



cases through emolument attachment.

35.     The FISA Memo, as below, provides "Mr. Brennan reached out to his department

at Google, requested that they fund an Organization called CROWDSTRIKE.  Funding for the

organization was to be used to produce documentation indicating that the files sized from the

DNC were a hack perpetuated by agents linked to the Kremlin.  Any documentation, or

information suggesting that the back occurred locally was to be destroyed.  The narrative that

was to be pushed was that the emails from John Podesta's account were the result of an elaborate

phishing scheme."  At the time of the referral by the Director of Central Intelligence,

Crowdstrike had absolutely no domestic corporate registration of record, a foreign enterprise

who, for the second time in contemporary history a member of the Democratic Caucus gave the

keys to the castle, carte blanche access to the National Security apparatus of these United States, full stop.  The fact that this consent was provided by someone bearing such a Title as Director of Central Intelligence, a title which he has utterly disgraced, is unquestionably conspiratorial so too does it weight among the Plaintiff findings, giving a weight well suited to a jury pool, measured with each heinous act.



36.     These violations are presented with the knowledge that the inclusive Defendants' have, at every attempt of redress, cohesively responded by collective voice as to their grand deception, shattering public trust in the Rule of Law in all venues of jurisprudence.  The guardrails of this Constitutional Republic have been knowingly corrupted with substitutional statutes, later codified under health crisis, the truths of which presented herein; a collective body of fabricated trickery, nothing more and nothing less.  The enemy that lay dormant, hidden but

not tranquil, awaits its siege against Plaintiff's sovereign Rights; while retaining for itself the freedom of marketplace movement under guise of contractual engagement by precept of non-existent domestic residence, the public largely unaware.  Plaintiff provides the findings associated with the Microsoft Board of Directors from 2001; 2014 and 2024.  The findings include associate and affiliate corporate partners; each with the same model of scaffolding and mapping as BCCI, mooring to the United States by a shell corporation with pass-through to the foreign corporation for which revenues flow.

37.     Plaintiff states that the inclusive corporations are corrupt, partnering with those in government prosper from their collective toil, an exchange of wealth at the expense of the People and these United States.  These colluding parties have permeated society, created a sequence of crises as outlined below through which the colluding criminals destroy evidence, member of government, appointed, election and paid have crafted policy and seen to its passage thus ensuring an unlawful trespass of their manifesto.  The ONLY separation distinctly held to in the augmented structures is that of Church and State, the final rebellion against what God instituted, unfamiliar with His authority, they will bring judgment upon themselves thus fortifying His stronghold, condemning themselves amid the fallacy of their subjects, by free will.  They seek to hold the Plaintiff hostage of the freedoms of Life, Liberty and Property, her inclusive Civil Rights, by fiat, creating for themselves a society of serfs to that of citizens, God will not permit His dominion subjective; Christos Kyrios, she makes no allowance.

38.     Plaintiff provides the foregoing statement, not without a catch in her breath, to understand the magnitude of deception carries with it a significant weight, a weight which the inclusive Defendants have levied against the American People, our law enforcement, our guardians at the forefront of conflict – soldiers, and above all else, the Constitution of these

United States; the audacity of believing that such severing of service one to other could be imposed on the sacred learning of the Way, delegated to a collection of non-profits would seek to forever alter a Judeo-Christian People; that will not be happening, Plaintiff quite skilled at this specific treachery.  The Law is of God's precept and design which Plaintiff calls forward this day to be heard before this Honorable Court, Justice.

39.     As the southern border continues to be trespassed by unlawful entry of persons from unknown origin, unvetted, undocumented, unvaccinated, the criminal who by eviscerating his Constitutional duty, has and continues to permit such unlawful entry; a saboteur of these United States, Defendant ALEXANDRO MAYORKAS.  To understand the scaffolding, it must be viewed from the ground up, today in large part due to the ineptness of the Defendant, the inclusive Defendants' culminating actions become transparent.  A demand of God's hand, having gifted the Plaintiff distinct skills and acumen; it is with prayer that the knowledge saves human lives, lives which the inclusive Defendants' treat as collateral damage to their enterprise of self-aggrandization; their depravity knows no bounds.

40.     Plaintiff seeks the Honorable Court to know that the Defendant, ALEXANDRO MAYORKAS served as the United States Attorney for the Central District of California, an appointment made by Defendant WILLIAM J. CLINTON, reappointed by Defendant, GEORGE W. BUSH, and, thereafter, appointed as the United States Secretary of Homeland Security by the unlawfully serving Defendant, BARACK HUSSEIN OBAMA.  The Defendant's journey an exacting hand.  Plaintiff states as a matter of record that which others cower from – children are being raped at that border crossing, babies; men are forcibly using children as safe passage and once entry secured they are treating those children as mere property, in all respects; THESE

unlawful manifestations are on head of the inclusive Defendants, they will find no comfort from the Plaintiff having felt the birth pains of new life.

    41.    Plaintiff provides proofs of the moral disorder of the inclusive Defendant's minds and souls made evident by their own doing, apart from foreign control or interdiction.

    a.    In 1982, Barry Seal relocated his drug trafficking operation from Louisiana to Mena, Arkansas.  The DEA report, attached as EXHIBIT 1, cites an informant alleging that a key Arkansas figure and backer of Defendants WILLIAM J. CLINTON and HILLARY R. CLINTON smuggles cocaine from Colombia, South America inside racehorses, shipped to Hot Springs, Arkansas.  Plaintiff states that the Colombian Ambassador to the United States (1998-2005), later the President of the Inter-American Development Bank ("IDB") (2005-2020), Luis Alberto Moreno, serves on the Board of Trustees for the World Economic Forum (2011-present), and the Clinton Health Access Initiative (CHAI) in the company of Chelsea Clinton.  In additional to the foregoing Board positions, Mr. Moreno held a variety of key cabinet positions in the Colombian government, responsible for funding debt relief in Haiti, Honduras, Bolivia and Nicaragua; the most heavily indebted IDB member nation-states, for which the inclusive Defendants would benefit from through their non-profit affiliates, in many cases providing subprime construction work, etc.

    b.    Plaintiff states Ophelia Dahl founded Partners In Health ("PIH"), a tax-exempt organization with a primary address in Boston, Massachusetts.  PIH works with the Clinton Health Access Initiative (CHAI) where they volunteer providing critical health care services through programs for cancer, chronic disease, cholera,

HIV/AIDS, surgery, women's health, child health, community health workers support, mental health and tuberculosis offered in an among 60 hospital centers around the world.  PIH had a principal focus in Haiti from 2001 – 2005 and Rwanda with services extended to Malawi, Mexico, Russia, and Lesotho.  Ms. Dahl was recognized by TIME in 2024 as one of the 100 most influential people in the world.

c.  Plaintiff references Aliko Dangote, a resident of Nigeria and CEO of the Dangote Group, the largest industrial conglomerate in West Africa.  His holdings include Dangote Refinery, an oil refinery which processes about 650,000 barrels of oil/day.  Dangote is associated with the United Nations, CHAI and the Gates Foundation with a principal focus on Nigeria and stopping the spread of Ebola (2014) among other health related population issues.  He is involved in political lobbying, including appreciative donor records.  Presently Mr. Dangote is under investigation for foreign exchange transactions in the company of 52 other parties.

d.  In 1986, journalist Evans-Pritchard described Arkansas as a "major point for the transshipment of drugs…perilously close to becoming a narco-republic – a sort of mini-Colombia within the borders of the United States…an epidemic of cocaine, contaminating the political establishment from top to bottom…(describing parties) at which cocaine would be served like hors d'oeuvres and sex was rampant."[11]  Plaintiff note:  original source removed from the internet and could not be located, secondary source provided in reference.

---

[11] Evans-Pritchard, Ambrose.  Arkansas Drug Expose' Misses the Post.  January 29, 1995.  The Sunday Telegraph Accessed secondary source https://www.doubleuoglobebrand.com/vol3/cn3-77.html

e. In 1986, the Attorney General of Louisiana disclosed to the United States Attorney General Ed Meese that drug trafficker, Barry Seal has smuggled in excess of $3-5 billion of drugs into the United States.

f. In 1986, Eugene Hasenfus, a CIA operative participant of the BCCI scaffolding, is shot down over Nicaragua in a plane stored and maintained in Mena, Arkansas. Plaintiff states direct affiliation between (d) and (e) as to the Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON.

g. In 1987, Defendant, WILLIAM J. CLINTON, is found to be transacting Arkansas Traveler awards to Contra operatives Adolpho and Mario Calero (related), and John Singlaub.

h. In 1987, Berkshire Hathaway purchased a 12% stake in Salomon Inc., making it the largest shareholder and Warren Buffett the Director.  Plaintiff states that Salomon stored significant records in the Silverstein managed property, otherwise known as World Trade Center 7.  Plaintiff states Warren Buffett and Berkshire Hathaway was and remains a partner in the actions perpetrated against the sovereign Plaintiff, including but not limited to his silence while simultaneously building a storehouse of wealth and,  most egregious, the trickery of presenting himself anything less than a charlatan, a car salesman in a decent suit.

i. In 1987, CIA operative, Terry Reed is interviewed regarding the Iran-Contra affair regarding his participation in training Nicaraguan pilots.  He would recount the fact that the Iran-Contra operation also involved drug running, believing that large sums of drug money was being laundered by Arkansas financiers.  Mitigating factors involving Reed about; however, those factors have absolutely no bearing

on the redundant and abhorrent criminal organization established and sustained, at all costs, by the Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON, no less culpable the dishonorable inclusive Defendants who have enabled such horrid actions at great human peril.

j.  In 1988, Warren Buffet began buying Coca-Cola stock, purchasing an estimated $1.02 billion.  Coca-Cola Company has an exceptional demographic and consumer insight department, known industry wide.  In April, 2023, it was reported that the Maywood, New Jersey Coca-Cola bottling plant had been infusing the cola with cocaine, manufacturing as much as $2 billion of pure cocaine from leaves, known as 'decocainizing' per year in the Maywood plant.  Plant operators cite special licensure from the DEA, an ongoing operation.  It was reported that in the 1980's, as much as 500 metric tons of leaves would enter the plant in a single year.[12]  That same year, a decorated police officer took his own life in Maywood, New Jersey; Plaintiff attended the services.

k.  Plaintiff asserts that Coca-Cola is fostering addiction, including the infusion into their product formulation, assuring for themselves market share absent transparency of public disclosure, the harms evident as the product is accessible over the counter and available by consumers of all ages, deceptive labeling with FDA consents.

l.  On April 23, 2024, Coca-Cola and Microsoft announced a five (5) year strategic partnership to align Coca-Cola's core technology strategy systemwide; enable the adoption of leading edge technology; and foster innovation and productivity

---

[12] Desai, Neirin Gray.  Coca-Cola produces as much as $2 Billion of Pure Cocaine Every Year in a Secretive New Jersey Factory.  April 1, 2023, updated October 23, 2023.  Accessed December 10, 2023.  Dailymail.co.uk

globally on the Microsoft Azure OpenAI platform, extending to include testing copilot for Microsoft 365 to improve workplace productivity, a $1.1 million partnership commitment.

m. From 1986 to 1992, Defendant, HILLARY R. CLINTON served on the Board of Directors for WalMart, a client of Rose Law where the Defendant was also a partner.

n. Funds associated with the criminal enterprise were laundered through Miami, as disclosed in ECF Doc. 45-1, BCCI in conjunction with the Capcom investigation; the arrests created a void within the existing structure and enterprise of the Medellin and Cali drug cartels.  Defendant, HILLARY R. CLINTON filled that void in the company of her husband, Defendant, WILLIAM J. CLINTON, engaging WalMart as an illicit drug distributor in their interest, the Clinton Cartel, shipping drugs into unsuspecting communities across the United States, WalMart's demographic studies are well appointed, the colluding parties targeting their victim communities.

o. In 1990, the Justice Department arrested the head of the largest cocaine trafficking ring in history, extraditing 31 individuals, among them Alejandro Bernal Madrigal and Fabio Ochoa from Colombia to the United States.  "The arrests come as Colombia was seeking $3.5 billion in international aid, mostly from the United States, to combat drug trafficking and leftist insurgents and to prop up its faltering economy."[13]

---

[13] Meier, Barry.  Pledges of Extradition Accompany Colombia Drug Arrests.  October 14, 1999.  Accessed May 23, 2024.  https://www.nytimes.com/1999/10/14/world/pledges-of-extradiction-accompany-colombian...

p.  In 1996, Enron was negotiating with the Taliban officials to facilitate the most expedient access to transport oil to Asia, by secretly employing CIA agents to negotiate, Enron was able to secure commitments for the trans-Caspian gas pipeline, executed in February, 1999 between Turkmenistan, Bechtel and General Electric Capital Services.   The pipeline negotiation would be accompanied by comprehensive list of bonuses including cash donations; these negotiations were conducted throughout 1998, a period marred by bombing of American Embassies in Africa by al Qaeda.  Plaintiff restates her claims as set forth against the CIA and Defendant, CHRISTOPHER WRAY.

q.  In 1996, the United States Overseas Private Investment Corporation ("OPIC") agreed to provide $400 million in financing for a joint venture between Uzbeknedtegaz and Enron Oil and Gas Co. (Houston) in the development of gas fields in Uzbekistan; these would become the largest OPIC commitment in Central Asia at the time.

r.  In 1998, Vulcan created the investment platform, Vulcan Partners I & II, followed by NRVG, NRVG II which invested over $300 million in the coal industry.  In 2002, Vulcan created and led an investor group (undisclosed participants) who acquired select power plant assets from Enron.

s.  In 1993, as the World Trade Center was bombed by Ramzi Yousef, it was disclosed by members of the intelligence community that Yousef was tied to al-Qaeda activities in the government of Iraq.

t.   Enron was the single largest corporate donor to the Bush/Cheney political campaign in 2000, Plaintiff states as a matter of FEC record, the parties Defendants to this action.

u.   In 2003, Vulcan created and structured the acquisition of Duke Energy's oil and gas division in the Gulf of Mexico.

v.   In 2004, Vulcan expanded its energy services company into Iraq and installed and repaired hundreds of Megawatts of power in the post-war nation.

w.   In 2003, Warren Buffett began purchasing McLane food distribution, a WalMart subsidiary, 19.9 million shares, which he doubled by the end of 2009; undoubtedly benefiting from insider knowledge.

x.   In 2005, Steven Anthony Ballmer, of Microsoft and founder of the Ballmer Group, recruited B. Kevin Turner of WalMart, who at the time serves and President and CEO of Sam's Club to become Microsoft's Chief Operating Officer.

y.   In 2008, Warren Buffett purchased 3 billion shares of General Electric stock over a five (5) year agreement with a 10% dividend, callable in 3-years.

42.   In the foregoing disclosures, Plaintiff has established that the subterfuge efforts are not that of individual entities or corporations but rather of an organized, determined collective formation who have evidenced their vehemence a determination of singular focus. Plaintiff asserts that up until this point in time their spherical accords have seen the threshold of Justice in singular legal composite, as the Plaintiff has participated in governance since 1995, through the exquisite honing of God's directive, she presents to this Honorable Court the whole of the substrate, making absolutely no allowance of compromise; the celerity of their manifesto

must be restrained through parallel, albeit polar opposite sustenance of breath – *their* evil has met its match.

43.     Plaintiff brings to this Court's attention Bid Rig I, II and III, a two-track investigation of political corruption and international money laundering under the  direction of principled law enforcement officials in New Jersey, heard in one of cities of singular focus to the inclusive Defendants' illicit drug trafficking treachery; Newark.  The subject investigation spanned from 2002 and continued until 2009, respecting your Honor's time, the following excerpts are empirically presented below.  Plaintiff attaches as EXHIBIT 2, Acting United States Attorney Ralph J. Marra's press statement of July 23, 2009.

   a.   Charges and indictments relating to the 44 criminal Complaints involved: bribery; extortion by venue of construction and bidding; strawman systematic political corruption; fiscal malfeasance by strawmen who had infiltrated governmental bodies at the State, County, and municipal levels of New Jersey government; money laundering; conducted as one, cohesive organ under guise, in this case, of synagogue, a wholly tax-exempt entity.

   b.   The criminal deviants found venue through non-profit entities, co-mingling activities with the use of cash houses which were coordinated cohesively under one broader tenon through which control was exacting in local, County and State government – absolutely not a conspiracy theory – rather a criminal enterprise which followed every  identifying marker and mapping that Plaintiff has brought forward to this Honorable Court.

   c.   Respecting the work of AUSA Marra, Plaintiff offers words from among the investigative findings, "In both parts of this investigation…respected figures in

position of public and private trust engage in conduct behind closed doors that

belied the faces of honesty, integrity and rectitude they displayed daily to their

respective constituencies…Those who engage in this culture of corruption should

know the cross hairs of justice will continue to be focused on them…arrested

today was Levi Deutsch, an Israeli living in Israel who, according to the

Complaints, was a high-level source of cash from overseas for funding the bank

checks that passed through charitable entities.  Deutch, who traveled frequently

between Israel and New York, explained to the cooperating witness that the source

of his cash was the 'diamond business (and) other, other things'…(Deutsch) was

associated with a Swiss banker who charged 'tow, three points' per $1 million

laundered through him (Deutsch is a different person that the Israeli working with

Haim)." (See EXHIBIT 2, p.6)

d.  Plaintiff calls forward the continued assertions by the inclusive Defendants who

seek for this Honorable Court to perceive their statements of protection by the 11th

Amendment as viable defense of their evasion from Justice.  The subject

investigation, Operation Bid Rig I, II and II, conducted by AUSA Marra found

and retained venue of operation through the subject Defendants' passivity of the

Law, an acquiescence of collaboration extending to the inclusive Defendants and,

in particular, CHARLES "CHUCK" SCHUMER, ANDREW CUOMO,

CHRISTOPHER J. CHRISTIE, PHILIP MURPHY, THOMAS KEAN SR.,

TAHESHA WAY, JUDITH PERSICHILLI, JANET YELLEN, CHRISTOPHER

WRAY, JAMES COMEY, ROBERT MUELLER, MERRICK GARLAND,

JAMES PITTINGER, ROBERT JUNGE and LISA SELLA, crossed the State line

barrier of New York and New Jersey as an <u>everyday</u> occurrence to their criminal enterprise, a mirror to the enterprise of Defendants ANDREW CUOMO, PHILIP MURPHY, the Governors of Connecticut, Rhode Island, Pennsylvania and Delaware as they usurped the Executive authority granted of the Constitution, resulting in codified policy enacted and carried out by KATHY HOCHUL, LETITIA JAMES, JUDITH PERSICHILLI, TAHESHA WAY, MATTHEW PLATKIN, among others not yet named.

e.  The foregoing Defendants have knowledge of the Plaintiff's disciplined servant history, knowing full-well that she would be unrelenting in her pursuit of Truth and so, to their collective toil, by way of opaque usury contract realized through Microsoft, forcefully and overtly corrupted the election by foreign parties, colluding in and among each other to their ends.  Not content merely withholding Plaintiff from holding office, they have coopted so as to select and ensure the outcome of EVERY election a clear violation threat of force interfering in voting and voting-related activities a breach of federal law.  Plaintiff further states, the harms which have resulted are a violation of Title 18 § 245(b)(1)(A) and Executive Order 13848 well established in ECF Doc. 46, the very same machinery apparatus usurped by foreign contractual partners to the inclusive Defendants in the federal elections of 2016 and 2020; the variant in the case of the federal elections, the manifesto presented by a strawman du jure,' Clint Watts (See ECF Doc. 45-22), who has now been retained by Microsoft advancing the 2024 federal election.

f.  Plaintiff asserts, supported by the analytics and findings, that the contract between Microsoft and G42, consummated on April 15, 2024, traditional tax filing day, tears away the opaqueness of the foreign partners, abetted by the inclusive Defendants, who represent a clear and present danger to these United States, evils of conduct and malicious intent with indifference to collateral damage up to and including the death of sovereign citizens; their only concern is the achievement of their ends, insolvency of the United States of America.  Make no mistake, this is a war of unprecedented and substantive evil which is intent, determined and expressly believed to be in unified motion towards the overthrow of this Government; it will be the determination of this Honorable Court in the company of God's provident hand that stays this subversive manifesto.  This unmasking, in advance of the 2024 federal election professes the pinnacle of their silent war against Liberty, an ancient usurpation resurrected, Plaintiff provokes disclosure of the inclusive Defendants' schism; dualism of the heart, mind and soul.  This dualism which alludes most, is central to the being of the Plaintiff; the absolution that for Freedom to be manifest of Liberty, it must be sanctified in the foundation of that which is immobile and omnipresent, less it resolves to itself that which has a propensity towards the external whispers of secularism.  These concepts have been disquieted through social engineering among a civil society, similar to the repetition of the inclusive Defendants' statements of repose of Plaintiff's pleadings, conspiracy theories; Plaintiff states as a matter of Constitutional record, the Laws of Nature and Nature's God sanctify the foundations of Liberty, Property, Title and Deed, tangible and in every way unalienable.

46

44.     The Equal Protections Clause of the Fourteenth Amendment to the United States

Constitution prohibits a State from "denying to any person within its jurisdiction the equal

protections of the laws."  U.S. Const. Amend. XIV, § 1.  This constitutional provision requires

that all persons similarly situated should be treated alike.  (*City of Cleburne v. Cleburne Living*

*Center*, 473, U.S. 432, 439 (1985))  Based on the foregoing, Plaintiff has a reasonable

expectation that the forthcoming election would be conducted within the confines of statutes and

legal protections; Plaintiff has evidenced that this reasonable expectation cannot be met due to

the unlawful trespass and foreclosure of Plaintiff's Rights, inclusive of her Right of Natural Law,

God informed.  The inclusive Defendants synchronized their actions in the unlawful trespass,

while at every opportunity to have sought disclosure of the truth, the inclusive Defendants took

action to ensure her silence, including knowingly conducting elections that were compromised,

the most deceptive and heinous to that of murdering their fellow man under mask of COVID-19;

unconscionable and murderous.

45.     In support of Plaintiff's mounting harms and in furtherance of the foregoing facts,

Plaintiff states the following in evidence the inclusive Defendants' language of incitement,

individually and collectively determined to their manifest.

> g.  Gilead and Charter Communications, Inc. are affiliate organization, foreign
>     registration while reserving one domestic registered entity with all monetary
>     exchange, contract or otherwise fiduciary benefit derived flowing through the
>     foreign enterprise(s), the domestic registry affirmed as a shell entity, same being
>     staffed, etc., with the primary focus in budget forecast, etc. directed towards the
>     foreign enterprise(s).

h.  Gilead's Board of Directors is comprised of Daniel O'Day, formerly of Roche Pharmaceutical; Jacqueline Barton, PhD, Professor Emerita, California Institute of Technology; Jeffrey Bluestone, PhD, Sonoma Biotherapeutics; Sandra Horning, Roche, Inc.; Javier Rodriguez, DaVita, Inc.; Anthony Welters, CINQ Care.  As members of the Board of Directors chart the course of organizations, Plaintiff analyzed each associated company with the Board members holding senior positions.  In 2023, Gilead agreed to settlement ($246,750,000.00) for claims resulting from products including Truvada, Atrilpa and other generics, an admission of their depravity.[14]

    i.  Roche Pharmaceutical – In 2009, Roche, Johnson & Johnson and Wyeth were individually contracted to work with Pharmed, company remains operable under various new adaptations of name.[15]  Roche was sold to Lonza, Basel, Switzerland, March 20, 2024.

    ii.  Sonoma Biotherapeutics – resolves back to Gilead through shell corporation registration in Delaware, remains active.  Secondary corporate registration in  Turnwater, WA registered Agent, Jeff Bluestone, Gilead.

    iii.  DaVita.  In 2022, DeVita was subject of antitrust lawsuit alleging that senior level management had conspired with another healthcare company participated in poaching staff, exerting personal influence as form of

---

[14] PRnewswire:  If you purchased brand or generic Truvada or Atripla directly from the manufacturer, you may receive a payment from a class action settlement. Under the settlement, Gilead agreed to pay $246,750,000 into a Settlement Fund.  October 9, 2023.  Accessed May 27, 2024 https://www.prnewswire.com/news-releases/if-you-purchased-brand-or-generic-truvada-or-atripla-directly-from-the-manufacturer-you-may-receive-a-payment-from-a-class-action-settlement-under-the-settlement-gilead-agreed-to-pay-246-750-000-into-a-settlement-fund-301945996.html

[15] Edwards, Jim.  Roche Fraud Case Exposes Corruption Encouraged by Drug Pricing Politics.  January 15, 2009.  Accessed May 24, 2024.  https://www.cbsnews.com/news/roche-fraud-case-exposes-corruption-encouraged-by-drug-pricing-politics/

intimidation to meet its ends.  Prosecutors claimed they had secured

"overwhelming evidence."

    iv.  CINQ Care. – In 2023, CINQ Care reported a significant cybersecurity

        data breach, compromising patient information.  CINQ Care provides

        services to underprivileged communities.

46.     Accenture, formerly Arthur Anderson. – On April 15, 2005, Arthur Anderson

entered into a settlement agreement for a class action lawsuit brough after WorldCom's 2002

collapse, the largest bankruptcy in United States history, an admission of moral depravity.[16]  In

the month preceding the settlement, Bernard Ebbers was convicted of fraud, conspiracy, and

false regulatory filings in the accounting scandal; five (5) other WorldCom executives plead

guilty in the unprecedented fraudulent activity.  WorldCom collapsed as a direct consequence of

accounting fraud correlating to inflated earnings and hiding expenses.  WorldCom would re-

emerge under the name MCI Inc. which WorldCom had acquitted in September, 1998, Plaintiff

will return to MCI, Inc., below.  From 1993, just as the BCCI investigation was coming to a

close, through 1995, Ebbers serves as the Chairman of the Board of Directors of the Competitive

Telecommunications Association, working frequently with Congress to improve competition

with incumbent telecommunications companies.  Between 2000 and 2002, the Board of Directors

of WorldCom authorized several loans and loan guarantees to Ebbers to avoid selling WorldCom

shares to meet margin calls as share prices plummeted during the dot-com bubble downturn.  The

Board lost confidence in his leadership and in April, 2002 unanimously demanded his

resignation, the loans were consolidated into a single debt obligation of $208.2 million

promissory note for which he defaulted; the Board foreclosed on his assets to recoup the

---

[16] Neumeister, Larry.  Arthur Anderson Settles Lawsuit Brought By WorldCom Investors.  April 15, 2005. Accessed May 22, 2024 httsup://www.seattletimes.com/business/Arthur-anderson-settles-lawsuit…

defaulted debt.  He was recommended by George W. Bush as the Chair for the President's

National Security Telecommunications Advisory Committee in July, 2001.

47.     Accenture held an IPO on July 19, 2001 with Goldman Sachs and Morgan Stanley

serving as lead underwriters, on the first day it raised nearly $1.7 Billion.  Accenture averted

prosecution in the SEC's pursuit of Arthur Anderson, noted above.  As early as 2002, the GAO

was critical of Accenture, describing the company as a series of related partnerships and

corporation under the control of its partners through the mechanism of contracts with a Swiss

coordinating entity.  In 2014, Accenture replace CGI as the lead contractor for HealthCare.gov,

executing a $563 million contract through 2019.

48.     Booz Allen Hamilton Inc. – a wholly foreign enterprise registered in Delaware,

filed from Virginia.

49.     MCI, Inc., despite emerging from the WorldCom bankruptcy in 2002 with a

known reputation for fiscal malfeasance, in May, 2003, the DoD presented a $45 million no bid

contract to build cellular phone service in Iraq; MCI had no intact expertise in building wireless

networks.  The WorldCom settlement was finalized in July, 2003 for $2.25 billion.

50.     In December, 2005, Microsoft announced a partnership with MCI to provide

Windows Live Messenger, MCI web calling, renamed to Web Calling.

51.     In January, 2006, MCI was acquired by Verizon Communications and later

integrated into Verizon business.

52.     Salomon Brothers history includes acquisition by PhiBro whose history is well

established in Plaintiff's pleadings, thereafter the Travelers Group (1997) which was rolled into

Citigroup, *See* ECF Doc. 45.  Salomon Brothers was the first to sell mortgage-backed securities

under Ginnie Mae, thereafter Salomo purchase home mortgages from thrifts across the United

States and packaged them into mortgaged-backed securities, selling the bundled debts to local and international investors.

53.     In July, 2002, a case was filed in the Northern District of California citing artificially inflated stock prices, misleading investors.  The 401k retirement accounts, tied to company valuation and investor confidence would plummet as the facts surfaced regarding the overinflated stock values.

54.     Analysis of the facts demands a holistic view, the movement of the company as well the consistency of the financial sagas which plague the companies.  In 1989 a significant portion of Building 7 WTC was renovated, completely reconstructed with tenancy of other floors fixed and unchanged, entire portions of floors were removed without affecting the integrity of the building's structure.  Based on the complexities, inclusive of the facts outlined from the foregoing (43-50), Plaintiff states storage records from the following companies:

    i.   Salomon Brothers (Salomon Smith Barney) 12 Floors and the mechanical room (generators housed) - PhiBro and the connected business dealings of Marc Rich/Pincus Green, Travelers Group (1997) Citigroup (1998) mergers into Salomon; Bill Browder (Hermitage Group); Michael Bloomberg; the records involved 1998 – 2000 back-up tapes of email correspondence, Salomon Brothers records including emergence of mortgaged-back securities – fraudulent fiduciary instruments made to appear whole, additionally the inclusive repository of secret service records – all and inclusive records were destroyed or left to mold over as a result of investigative delay with the primary focus placed on the Buildings 1/2 WTC, respectively.

    j.   American Express  3.0 Floors – involved in BCCI, **extensively**.

k.   SEC  3 Floors – investigative records involving Wall Street brokerage houses including Credit Suisse, Goldman Sachs, Mortgage Stanley – inflation of stock prices advancing IPO's.  The inclusive entities have been subject of appreciative settlements for human depravity including sex trafficking and money laundering, admission of guilt through settlement to avoid the publicity of a Courtroom and Jury comprised of their peers.

l.   United States Secret Service 3 Floors – Based on the historic records concerning George H. W. Bush, his German identity known George H. Scherff, Jr., Nikola Tesla and the quieted activities for which George H. W. Bush was a central figure, not the least of which the heinous acts against children.  The unlawful taking of that singular life, unforgiveable, the Law of God demands Justice.

m.   WorldCom records while not expressly outlined as tenants, MCI and Salomon Brothers also warehoused at Building 7 of the World Trade Center, the contemporary history of fraud that has permeated every facet of crises including those which Plaintiff has expressly outlined in the inclusive pleading records; BCCI.  Plaintiff has stated the correlating facts, not conspiracy, despite the inclusive Defendants' projected claims, but facts.

55.   Summary of findings:  Plaintiff states that the statistical probability that the registered corporations and governmental entities would rent space in the same building for the sole and exclusive use of records retention in one of the most expensive rent roll areas is, itself, anomalous.  There are several factors that create outliers to the NIST findings including the fact that the structure was rebuilt from the interior with existing tenancy above and below throughout the reconstruction, most people would not appreciate the physics involved in these construction

projects, Plaintiff does.  The steel reinforcement is one consideration, but most people miss the concept of a building within a building; to conceive it the imagery is consistent with a ship in a bottle; however, upon completion, the interior of the bottle must also be sealed and airtight, all without disturbing those on the floors above and below – quite a feat.  That said, for all intense and purposes, the majority of the interior structure, the bones, were brand new.  The theory that the building was hit by WTC Buildings 1 and 2 debris does not conform to the photos of that fateful day it also does not align with the building's renovation history.  Instead, the photos depict a complete implosion, into itself, moreover the fact that the investigation was delayed, caused any remaining undamaged records to be destroyed.  These two areas of significant consideration as to the culpability disclosed in the destroyed records for which the Plaintiff has significant knowledge, would be damning to the parties, and have abruptly terminated their quest, determined to dismantle these United States from the inside out.



56.    Peraton – Foreign corporate registration record with the Board of Directors comprised of intelligence officers; Lisa Porter, PhD., NASA and DoD; George Barnes, NSA; Robert Cardillo, National Geospatial Agency; Lt. Gen. Scott Howell, Join Special Operation; Constantine "Costa" Saab, CIA.  Plaintiff suggests that this is a clandestine front company.

57.    Enron, Lisa Monaco, Defendant, ROBERT MUELLER – Enron's origin provides the insight into its ultimate demise.  It began doing business in the early 1930's as the Natural Gas Company, following the same parallel as PhiBro, albeit a different medium of exchange, in this case natural gas.  InterNorth was a holding company based in Nebraska and in 1979, InterNorth purchased the Natural Gas Company; the name did not change until 1985 with the merger between InterNorth and Houston Natural Gas.  In 1987, it was disclosed that oil traders in

New York had overextended the company's accounts by $1 Billion; the Honorable Court has the benefit of that knowledge with Marc Rich and Pincus Green, Enron was in financial trouble. Plaintiff states, that if the company were overextended and they knew the source of the error, why is there no record of their lawful pursuit of the perpetrators who caused the fiscal shortfall? The insight into the answer arrives through Enron's solution strategy.

n.  In 1988, they opened an overseas office in England, gathering the executive leadership to strategize, after which Ken Lay hired McKinsey and Company, thereafter Jeffrey Skilling.  McKinsey presence is a spot on parallel to the BCCI model.  Skilling's concept was to create a gas bank from which Enron could buy gas from a network of suppliers and sell it to a network of consumers; leveraging and hedging on pricing futures; exactly as Marc Rich and Pincus Green, Enron Finance Corporation emerged in 1990.  Between 1985 and 1997, revenue grew exponentially to $5 Billion, not unlike BCCI, Marc Rich and others, greed sought expansion into water, steel, paper, coal, even the weather – whatever means to make more money.

o.  In early 2000, Enron added high-speed broadband network.  Jeff Skilling resigned just as red flag and questions began arising.  By 2002, the red flags would blossom into a full blown federal investigation of fraud.  The internal accounting practices used independent partnerships ("IP") where it could legally remove a loss from its balance sheet, passing it as an asset with investment funds flowing into the IP, exhibited as profits for Enron.  This creative accounting portrayed a decrease in losses, increasing profits and kept the debts owed off the balance sheet, altogether.  Enron's credit rating increased, adding a bubble of protection

for the shell entities within the various markets of operation while using stocks as a funding source. The Partnership would then set up a Special Purpose Entity ("SPE"), chaired by an executive, Andrew Fastow, in the limited liability, special-purpose entities – a shell by any other name. The SPE received the returns and compensation in order to help Enron portray outward fiscal favor of the SPE, thereafter the SPE would contract with contract to pay Enron if its investment declined in value; a pass-through entity. Enron would use the income funds derived from SPE as posted profits on its balance sheets.

p. There are a variety of creative wordsmiths applied in accounting; mark to market accounting, current value versus book value, etc. The fact of the matter is that the auditors, hand selected at the England-based strategy pow-wow Middlesbrough, UK where Enron International ("EI") operated as a central hub, McKinsey and Company, and later Arthur Anderson were quite familiar with the mechanics of the schema regardless of the vernacular of alphabetic letters associated – fraud is fraud.

q. Members of the press community were quite aware Enron's escapades; they chose not to protect public interest by reporting the truth, instead, designated Enron ""Americas Most Innovative Company." In the process of amassing expansive wealth, benefiting elitist investors and political cronies including Defendant, GEORGE W. BUSH, were recipients of political donations, an homage to their buttressed alignment as the taxpayers footed the bill for their flagrantly fraudulent activity.

58.     Plaintiff has presented to this Honorable Court the inclusive mapping of corporation after corporation, each disclosing the exact same model:

i.   Gas, oil or mineral futures, derivatives.

ii.  Expanding with ledger books portraying an exponential income increase followed by the creation of shell corporations as sibling entities.

iii. 90% of the corporations layer some form of telecommunication, cable television or cell service venue or cooperative through a sibling partnership.  Enron owned Switch Communication (Nevada).  Through each and every telecommunications entity trafficking of various goods and services, many illicit in nature, was associated.

iv.  Without fail, each of these multinational octopi companies meets their demise and, in their wake a fledgling outcropping of haphazardly managed entities including sports organizations, horse racing/equestrian organizations, real estate operations, etc., in some cases, given proper guidance and leadership, these outcropping entities prove autonomously successful.  Invariably those that turn a profit while continuing to flail about, come into the company of the most unprincipled of criminals, arriving with a private equity enterprise to feather their nest under guise of buy outs at greatly discounted purchase prices, the likes of Warren Buffet.

1.   Warren Buffett purchased Enron's Northern Natural Gas Company, among a group of Omaha investors, presently operating as the Berkshire Hathway sibling, Berkshire Hathaway Energy, the feathered nest.   Coincidentally, Dynegy Corporation had courted

Enron for purchase, after examining the financial records the
Dynegy CEO, Chuck Watson declined the purchase, thereafter
Dynegy would name a new CEO, Daniel Dienstbier who had been
president of Northern Natural Gas Company and an Enron
executive at one point in time, forced to vacate his position by a
carnivorous Ken Lay.  Dienstbier was an acquaintance of Warren
Buffet's, Northern Natural Gas Company remains a profitable
entity – rinse and repeat.

2. Plaintiff states that the capitalist market, for its flaws, has been the
economic engine of these United States since inception, what
began with bartering between settlers and persons indigenous, a
form of courting has been turned on its head by knowing criminal
enterprise the likes of BCCI, Rich, etc.  That criminal element is
the overarching subject of Plaintiff's pleading.  To prove successful
the element demands to be fed, it has an insatiable appetite to
maintain a steady diet it locates willing partners who come
alongside to create a mutually beneficial, symbiotic relationship
not dissimilar from cancer, the host none the wiser until the system
or structures begins to decay and fail – this is the point at which we
find ourselves today, the precipice.  The shell entities and
corporations now foreign enterprises, all and inclusive.  Plaintiff
encourages the Honorable Court to verify the foregoing statement

as she has, exceedingly true and factual as with every word presented amid this plea of the People.

3. As previously stated, COVID-19 and the usurpation of Executive authority quashed the backbone of the free market enterprise, small business with many in nearly all States required to shut down, deemed non-essential much like the fine People of this Nation. What flourished during that period were principally the shell entities, many of whom are held to obligations of commercial backed mortgage securities, yet another forecasted crises not yet having crested.

4. Plaintiff states that the most heinous of investor/partners, the inclusive Defendants, cavorted in their coven, Plaintiff was invited to the dance by the Mayor of Clinton, having declined their dance card down in the past it was easily identified but in the case of this brazen individual, who had the audacity to refer to the group as the "secret society" of which the co-Defendants are quite familiar.  The subject Mayor a close associate of the dishonorable New Jersey Governor, one of the former Councilpersons of Clinton a working associate of the political mob-boss enterprise of southern New Jersey and also a co-Defendant herein; all tightly associated.  It is within these structures or scaffolding that the Honorable Court will find the undercurrent – a plague upon this fine Nation, exceeding the worst of historic record.

5.  While our Nation struggled under pretense of COVID-19, these
    sinister actors pumped our communities full of unconstitutionally
    derived cannabis store fronts, presently inundating society with
    quasi-cocktails, a mix of horse tranquilizer and fentanyl.  Their
    concept of reopening included codified statute which gave priority
    to the previously incarcerated for cannabis-dedicated grants to
    open the store fronts, evidently having absolutely no knowledge of
    recidivism.  Plaintiff was astute to their actions, *See* ECF Doc. 46-
    3, the inclusive Open Public Records requests.  Plaintiff's harms
    further manifested in the inclusive Defendants' actions, New Jersey
    retains sanctuary State status, the open borders retained through
    dereliction of Oath to God and Country, unvetted persons from
    unknown origins with unknown intent are choosing sanctuary
    States to call home with the subject grants providing venue and
    benefit of the free market.

Plaintiff has lived in the same home for 30 years, several neighbors
are subject of federal investigation for drug trafficking, they
remain in their properties.  On any given day, Plaintiff can sit in
her backyard and invariably hear two things, children laughing and
birds singing.  Plaintiff swore an Oath to ensure that that those
children laughing would have benefit of a continuum,
uninterrupted by drug traffickers or other persons of ill intent to
their innocence.  The inclusive Defendants have manifested a

social construct that invites the foregoing interruptions and, they've done so maliciously; the harms incalculable to the basest of Civil Rights, Life, Liberty, and Property.

6. Plaintiff states that the elections of 2020, 2021, 2022 and 2023 having been unlawfully interfered with, the inclusive Defendants having full knowledge of this federal interference by foreign parties under Title 18, Section 245(b)(1)(A), the cannabis legalization actions taken since the unlawful activity is unconstitutional, a trespass on the Plaintiff's sovereign Civil Rights and the basest of such Rights, the pursuit of Life, Liberty and Property.

7. Plaintiff states as a matter of record, supported by the GAO reports herein, the inclusive Defendants are running their operation, very much the same as Enron, BCCI, WorldCom, the Clinton Foundation, Grameen, etc. among the States and municipalities. Plaintiff has witnessed the foregoing first-hand when meeting with Hasbrouck Heights, a meeting to view video recordation of drop-box patron use from the 2021 and 2022 elections. The staff explained, in detail, that there had been a mass exodus of former staff and that they were left holding the bag, literally. IT contracts that exceeded thousands in taxpayer funds were immediately rescinded and responsible contracts, honoring taxpayer funds, were executed – this is merely one example. The IT manager with

whom Plaintiff met had quit his Wall Street job to serve his community, taking a substantial pay decrease but, with the broadest of smiles, explained that he was enjoying the time with his children.  Throughout the past three years, there were many such conversations both here in New Jersey and elsewhere, Natural Law, God's hand of providence just as He drafted the design of the 7-points of evidence taught throughout the United States, fostering taxpayers to learn the navigation needed to identify the truth and once known, how to begin the process of making it right for the future and good of our fine Nation.

59.     Returning to Enron and the resulting investigation, Plaintiff states that these recurrent events are the seed fields, the fertile soil where investigators are hand-selected to come alongside the crime scene and in a duality of the Rule of Law, the unscrupulous investigators cherry-picking from among matters within the criminal structure and scaffolding from which to draw attention, leaving the remaining as cast off seeds that lay dormant awaiting germination, precisely as was the case with BCCI.  The foregoing model was followed expertly by Lisa Monaco and Defendant, ROBERT MUELLER; the latter party directly involved in the BCCI investigation.  Plaintiff seeks for the Honorable Court to understand the nature of duality apart from God's Law, like the law of physics and the Pauli principle, the same applies to quantum mechanics so too applies in these investigations.  The waves, as it were, are sent outward as the investigators are apprenticed, very much a rinse and repeat operation hence the redundancy of placeholder or appointed names in and among the branches of government.

60.     Vulcan Capital Management, a company related to Microsoft purchased undisclosed residual assets from Enron following the sale of its domestic pipeline companies to CrossCountry Energy for $2.45 Billion.

61.     In October, 2000, Daniel Scott, a renowned Wall Street utility analyst suspended his utility rating of companies conducting business in California based on the potential that the deferred energy accounts which buttressed the California Deregulation Plan, enacted in the 1990's, within five months of the suspension, Pacific Gas & Electric ("PG&E") filed for bankruptcy.  Enron was the lobbying body for the Deregulation Plan and as evidenced by Defendant GEORGE W. BUSH as well the actions of his father, formerly of the CIA, Plaintiff states the ongoing California energy crisis from which all precept of Environmental regulation flows, corrupted the knowledge that his father stole from Nikola Tesla.  Plaintiff states as a matter of record, she has studied Tesla's work noting that a significant portion of his writing were removed from his room following his untimely death, for which the Defendant's father had full knowledge and aided in that passing.  Plaintiff states that the undercurrent is now using environmental regulation as a component of their brand of warfare against a free Created People, restricting their movement as well the Plaintiff's Civil Rights and have exacted the writings of Nikola Tesla as hostage so as to pillage the fine People of this Nation, a recurrent ransom payment from which they further encroach on Natural Law, divine of God.  In support of Plaintiff's statement, in Northwestern Washington State, Snohomish PUD fought to recover massive overcharges which Enron had engineered.  Morgan Stanley, an unprincipled party to BCCI, among other criminal enterprises, fought the release of the documents that the PUD sought to make their case, same were also being withheld by the Federal Energy Regulatory Commission.  Swiss UBS purchased EnronOnline following the completion of the Enron

bankruptcy in 2001; in 2002, it had abandoned its efforts to relaunch the division and closed it permanently in November, 2002.  The EnronOnline site allowed users to do business only with Enron and offering of 500 products, Plaintiff states that the records so associated are now held by Swiss UBS.

62.     Plaintiff states as a matter of record, the post-Enron laws, like those of TARP, COVID-19, 9/11 and any number of any one of the national tragedies that have befallen this fine Nation at the hands of the undercurrent of inclusive Defendants, has resulted in appreciative legislation, not one piece of legislative action has been effective in staying their hand to bankrupt these United States, rather they have been employed as arsenal in their war declared against the Plaintiff and her Civil Rights.

63.     GlobalFoundries, Charles Schumer and Joseph R. Biden, Fortress and United Arab Emirates ("UAE").  The history of interface between the UAE and the United States was chartered under the former Assistant Secretary of State for Political-Military Affairs, appointed by George H.W. Bush, Richard Clarke through his firm, Good Humor under the Development Research Exploitation and Analysis Department, a secret unit, a program dedicated in 2008 entitled, "Project Raven" with a focus of cyber surveillance capability an expanded hunt far beyond suspected extremists to include Saudi women's right activists, diplomats at the United Nations and personnel at FIFA, the world soccer body.  As a component of Plaintiff appreciative research, she presents the fact that the entire Board of Grameen, Turkey is comprised of FIFA members.  Plaintiff notes that warrants are not referenced in the Reuters reporting.

      r.   In 2013, DREAD developed a tool., codenamed Mercury Crush that exploits flaws in Microsoft Word and Adobe Flash in order to implant surveillance software within a website visited by activists.

s.   In 2014, DREAD targets 100's of Qatari governmental officials.  The program is increasingly tasked with hacking into the entire rival foreign government in the Middle East such as Iran and Qatar.

t.   In 2016, American staffers are given a choice, go home or joint Emirati firm DarkMatter, which assumed control of the DREAD program.  Some stay, despite warnings from colleagues.  FBI agents approach former CyberPoint staff to learn what's happening.

u.   In 2017, the unit wields a new elite hacking tool to remotely break into iphones of media figures and rival foreign leaders, including the Emir of Qatar.

v.   Good Humor Consulting was hired to help the UAE create a cyber surveillance agency.  Built on the concept of tracking terrorists on the heels of a post-9/11 United States.  "The plan was approved by the State Department and the National Security Agency (we) following U.S. law and the NSA wanted it to happen…the State Department said it carefully vets foreign defense service agreements for human rights abuses."[17]

w.   Saying of the DREAD program, "I have felt revulsion reading what ultimately happened," said Kurtz, a former senor director for national security at the White House.  Despite prohibitions against targeting U.S. servicers, for instance, by 2012 DREAD had targeted Google, Hotmail and Yahoo email accounts. Eventually, the expanded surveillance dragnet even swept up other American citizens. (Reuters).  In an interview with Mike Rogers, former chairman of the U.S. House Intelligence Committee, said he has watched with growing concern as

---

[17] Schectman, Bing.  Filed December 10, 2019 (Washington).  Project DREAD:  White House Veterans Helped Gulf Monarchy Build Secret Surveillance Unit. (REUTERS)

more and more former American intelligence officials cash in by working for foreign countries.  "These skill sets do not belong to you…but to the U.S. government that trained them.  Just as Washington wouldn't let its spied work in the pay of foreign while employed at the NSA, Why on God's green earth would we encourage you to do that after you leave the government…One trainer, a former SRA contractor and ex-NSA cryptographer names Keith Tuttle, concluded one student had 'lost interest' and another 'continues to struggle' with technology….a spokesman for  General Dynamics, the owner of SRA International after multiple business acquisitions, said the original contract with Good Humor ended in 2010…U.S. law prohibits Americans from hacking computer systems anywhere, but specifically prohibits targeting of other American people, companies and servers…the operations came to include the previously unreported hacks of a German human rights group, the United Nations offices in New York and FIFA executives.[18]

    x.   The parallels to the Awan Brothers within the foregoing, uncanny.

64.    On April 26, 2021, Defendants CHARLES "CHUCK" SCHUMER and JOSEPH R. BIDEN promoted the Endless Frontiers Act, in the company of the National Defense Authorization Act, they promoted the movement of GlobalFoundries from California to Malta, New York under guise of economic development with the corporate speaker, Tom Caulfield, a native to New York and son of NYC Fireman.[19]  Plaintiff states that the disingenuous nature of these press statements feed the opaqueness of the intact corporate scaffolding with the UAE

---

[18] *Ibid.*

[19] Press Release.  April 26, 2021.  GlobalFoundries Moves Corporate Headquarters to its most Advanced Semiconductor Manufacturing Facility in New York.  GlobalFoundries.com

knowingly using traditional English names while a review of the SEC report clearly indicates their ethos is not American, this is further reinforced by the actions of the DREAD program, set forth above.  Plaintiff states, unequivocally that the Defendants, CHARLES "CHUCK" SCHUMER and JOSEPH R. BIDEN are knowingly participating in economic espionage against these United States.

65.      In January, 2023, Mubadala acquired Dental Care Associates ("DCA") in the company of Harvest Partners, LP, establishing a private equity firm on investing in middle market company.  DCA is one of the largest multi-branded dental support organizations in the United States, funds managed by Harvest Partners acquired DCA in partnership with management in 2015, following recapitalization that closed in December, 2022; Mubadala and funds managed by Harvest Partners jointly control DCA and will work closely with the management team.[20]  Plaintiff reiterates claims of harm to her sovereign Civil Rights, inclusive of her sacred voting Right and that of Liberty, Life and Property.

66.      April 19, 2023, Mubadala and G42 establish Abu Dhabi's M42, acquires Diaverum, World's 3rd Largest Dialysis Provider, the acquisition purchased from Bridgepoint Group, making M42 the largest healthcare company in the Middle East.  Diaverum provides dialysis services within 23-countries and 39,000 patients suffering from chronic kidney disease…M42 will use its deep knowledge and expertise in AI, genomics and tech-powered solutions to advance Diaverum's ability to deliver precise, life-saving renal care.[21]

67.      In May, 2023, Mubadala to invest U.S. $500 million in U.S. Broadband Company Brightspeed, alongside Apollo funds, transacting first to Apollo in 2021, closing on October 3,

---

[20] Press Release.  January 16, 2023.  Mubadala Acquires Dental Care Alliance.  Mubadala.com/news
[21] Press Release.  April 19, 2023.  M42 Acquires Diaverum, World's 3rd Largest Dialysis Provider. Mubadala.com/news

2022 for $7.5 Billion, purchased from Lumen.  Plaintiff states that the monetary exchanges associated with these transactions are highly suggestive, it is unclear if changes were made advancing the purchase by Mubadala.

68.     On February 15, 2024, the Biden-Harris Administration Announce CHIPS and Scient Act Funding for Essential Chip Manufacturing a partner collaboration of $1.5 Billion in the expansion of GlobalFoundries, Malta, NY and Essex Junction, VT facilities, facilitated by the U.S. Department of Commerce.  GlobalFoundries is a wholly owned entity of the United Arab Emirates; the investment will enable GF to expand and create new manufacturing capacity and capabilities to securely produce more essential chips for automotive, IoT, aerospace, defense, and other vital markets.  "President Biden and I continue to be fully committed to growing our economy and creating opportunity in every part of America…Semiconductors are in everything from our cellphones, to refrigerators, to cars, and our most advanced weapons systems…we're working to onshore these critical technologies to bolster the supply of domestic chips that are essential to manufacturing…"[22]

69.     Fortress, a mezzanine real property private equity firm based in New York was sold to Softbank Group, December 2017 after which Fortress was made private.  In May, 2023 Mubadala Investment Co., agreed to acquire a majority stake of Fortress for an undisclosed sum.  This agreement came following an appreciative period of review by CFIUS which probes the ties between the UAE and China as reported by the Financial Times, who reported Mubadala agreed with Masayoshi Son's firm at a $3 billion valuation.   Plaintiff states as a matter of record, Fortress founders, Wesley R. Edens a former partner with BlackRock; Randal A. Nardone and Rob Kauffman were former managing directors with UBS.  It was originally launched in 2007,

---

[22] Press Release.  February 19, 2024.  GlobalFoundries and Biden-Harris Administration Announce CHIPS and Science Act Funding for Essential Chip Manufacturing.  GlobalFoundries.com

with Goldman Sachs and Lehman Brothers underwriting the IPO.  Fortress had an affiliation with Harvey Weinstein in advance of October, 2017.  This was followed by a loan to Theranos.com in December, 2017, in January, 2022, Theranos was found guilty of wire fraud. Plaintiff states a clear and distinct association to the BCCI mapping of Fortress.

70.     Barrick Gold, Black Eagle Liquidation Fund.  Plaintiff refers to metals stored at World Trade Center ("WTC") and article of October 31, 2001 which refers to $200 million of gold and silver removed from the WTC site where it had been stored in a Bank of Nova Scotia vault at #4 WTC, the necessity to move the assets due to damage from terrorist attack on September 11, 2001.  No further information could be located on the movement of the asset.

y.  Gold Backed CIA.  Plaintiff states that the clear and present danger at the hands of the inclusive Defendants has been fully established by the Plaintiff herein. Plaintiff states that at the end of WW II, an unaccounted amount of gold, estimated to exceed $1 Trillion, stored apart from the United States Treasury so as to ensure it would not be entered into the marketplace resulting in throwing off the balance of GDP and Treasury reserve.  The gold was placed in care of the Central Intelligence Agency managed through 3,000 Holding entities, hereinafter referred to as "the Company;" many of these holding entities are larger and more powerful than sovereign nation-states.  The CIA has and continues to leverage the holdings to their advantage, exploiting the Constitution, their statutory trust, which Plaintiff has clearly established, not the least of which their partnership of the subterfuge intent, central to Plaintiff's action.  Presently, the ledger balance in these combined holdings is unknown; the funds belong to the People of these

United States and other nation-states.  Plaintiff has seen the ESF accounts but has not seen the holdings, the accounts are in fact significant.

z.  Defendant, BARACK HUSSEIN OBAMA, an unlawful interloper to the Executive Branch, having altered the CIA by statute imposition, established under the National Defense Authorization Act unconstitutional changes by an unlawful hand while at once evidencing himself as malevolent to the Constitution as well to the protections established by the Founders, checks and balances; one as to the other in the retention of trust as the primary accord to the People, a covenant.

aa. The accounting of funds includes those of East India Companies – Silk Road Trade.  Millions died in the Bengal famine of 1770, as once productive agriculture land was forcibly converted to poppy production.  The astronomical rise in the weight of opium exports generated East India Company profits, and the commensurate taxes paid to the British Crown comprised an ever-larger percentage of British government revenue.  The skyrocketing tonnage of opium imported into China resulted in an exploitation of the number of daily users and addicts.  Industrial-scale cultivation and processing by the East India Company in India and export to, and imposed receipt of, the finished product in China.  In his book, Smoke and Ashes – Opium's Hidden Histories – Amitav Ghosh (John Murray), the author thoroughly details his record of humankind's efforts to make the opium poppy an instrument of political and economic power, material failure to treat the natural world with the respect it commands and learn from painful experience.

bb. Libyan gold held hostage, usurped and hidden by Defendant, HILLARY R. CLINTON, intent to retain the shackles of old colonial exploitation of Africa as disclosed among her 3,000 emails of April 2, 2011, "Qaddafi's government holds 143 tons of gold, and a similar amount in silver.  This fractional reserve gold was accumulated  prior to the current rebellion and was intended to be used to establish a pan-African currency based on the Libyan golden Dinar.  This plan was designed to provide the Francophone African Countries with an alternative to the French franc (CFA)." (See: https://theecologist.org/2016/mar/14/why-qaddagi-had-go-african-gold-oil-and-challenge-monetary-imperialism), attached as EXHIBIT 3.  The foregoing statement was authored by Sidney Blumenthal, counsel to Defendant WILLIAM J. CLINTON in the case involving Monica Lewinsky.  The facts behind the Marc Rich pardon looming as presented by the Plaintiff under separate cover, each of the inclusive Defendants having full knowledge are hereto publicly disclosed.  Justice coming, pure and true informed by God, Almighty.

cc. The Vatican gold is the U.S. Federal Reserve.  Plaintiff refers to NCRonline.org, the last financial statement issued in 2013, attached as EXHIBIT 4, reflecting at the time 2.9 million euros or $3.9 million with the IOR.VA website dense with charts and historic asset records.

dd. Black Eagle Litigation Fund (Russia divested assets from the attempted Coup by George H. W. Bush, among others including former S.S. Nazi forces under alias of the CIA.  Plaintiff attached as EXHIBIT 5, "Collateral Damage" (2008).

ee. Plaintiff demands of this Court that the Company holdings, inclusive, establish a full and orderly accounting be presented to this Honorable Court, post haste and upon execution of the Order of Injunctive Relief so as to ensure the accounting sovereign protections for the People; the deceitfulness of the inclusive Defendants irrevocably shattered, Plaintiff's trust in God alone.

ff. The inclusive Defendants at every opportunity granted them by Title and Oath established themselves common criminals unworthy of any honorable salutation. They have dishonored these United States abroad and within the walls of governmental structures now filthy with sin of untold acts; the covenant to which they hold as dark and cold as their broken souls, Plaintiff will spare no vernacular, their treasonous acts will be stand guard on paper that our child and their children will never forget what was once nearly lost; a barbarous treachery foretold by the wise of authored hands to her protection as scribed in the Constitution.

71. Plaintiff will be seeking the Honorable Court's consent to add the following parties as Defendants to this action:

    i. Warren Buffet.

    ii. William Gates and the Microsoft Board of Directors.

    iii. Mubadala Capital.

    iv. Verizon Business.

    v. Gilead.

    vi. Vulcan Capital Management and its Affiliate entities.

    vii. The Ballmer Group.

    viii. Accenture, previously known as Arthur Anderson.

       ix.    Aetna CVS.

       x.    Emergent BioSolutions and its Board of Directors.

72.    Plaintiff returns to the initial pleading ECF Doc. 1; It is the human element, so often lost in translation among the scientific minds who held to data points a fictious absolution, the reality etched in recent history VERS reports, thereafter withdrawn, science notwithstanding, the vile inclusive Defendants schism of the mind.  The Sitting Executive having sought protections of the sovereign, exercising Article II, Section 3.1.3.1, his constitutional authority usurped by the inclusive Defendants and, as a direct consequence to *their* sedition, the Plaintiff presented facts to this Honorable Court represented amid the immense repository of God's hand, see ECF.  The People of three-dimension, belonging one to the other with facets of dignity unalienable, gifted by a Creator's hand and autonomous of cultural whim or flights of fancy, absolutely engrained – DNA and without chance encounter but of foot firmed on a foundation scribed by men of principal, imperfect, rightly so as to thrive apart from materialism, humanism and social constraint living in an absolute Freedom at once as Natural as breathing itself.

73.    Plaintiff restates the claims as set forth in the Motion for Preliminary Injunction Opening Brief there are distinct usurpations of Executive Order 13848 that have taken place, "the ability of persons located, in whole or in substantial part, outside the United States to interfere in or undermine public confidence in United States elections, including through the unauthorized accessing of election and campaign infrastructure or the covert distribution of propaganda and disinformation, continues to pose an unusual and existential threat to the national security and foreign policy of these United States."[23]  Plaintiff has provided irrefutable

---

[23] Biden, Joseph R.  Notice on the Continuation of the National Emergency with Respect to Foreign Interference in or Undermining Public Confidence in United States Election.  September 1, 2021.  Accessed April 3, 2023. https://www.whitehouse.gov/briefing-room/presidential-actions/2021/09/07...

statements of corporate records that exceed allegation, not in one but all and inclusive entities involved in the United States elections are foreign owned enterprises.  The inclusive Defendants and their designees, will opine lawyerly language so as to diminish, tarnish and obviate Plaintiff's action born of disgust for their moral turpitude and utter disdain for the Rule of Law, their subversive objectives in plain view.  Plaintiff has secured absolute knowledge of the whole having analyzed the inclusive components of their schema, presenting them before this Honorable Court.

74.     Plaintiff has now presented to this Honorable Court the means and method of the inclusive Defendants' treachery, seditious acts which present a serious danger to these United States.  Plaintiff states, without equivocation, "…the precise holding of the court, and all that is before us for review, is that the Smith Act of 1940, as amended in 1948, which prohibits advocacy of the overthrow of the Government of the United States by force and violence, supersedes the enforceability of the Pennsylvania Sedition Act…it should be said at the outset that the decision in this case doe not affect the right of States to enforce their sedition laws at times when the Federal Government has not occupied the field and is not protecting the entire country from seditious conduct….nor does it limit the jurisdiction of the States where the Constitution and Congress have specifically given them concurrent jurisdiction, as was done under the Eighteenth Amendment and the Volstead Act. *United States v. Lanza,* 260 U.S. 377. Neither does it limit the right of the State to protect itself at any time against sabotage or attempted violence of all kinds.  Nor does it prevent the State from prosecuting where the same act constitutes both a federal offense and a state offense under the police power, as was done in *Fox v. Ohio*, 5 How. 410, and *Gilbert v. Minnesota,* 254 U.S. 325, relied upon by petitioner as authority herein.  In neither of those cases did the state statute impinge on federal jurisdiction."

Plaintiff as petitioner has provided to this Honorable Court all proofs of collective action by the inclusive Defendants with the determined intent of internal subversion;

i.    Plaintiff cannot go to the FBI or CIA as these governmental bodies of law enforcement have been evidenced to be of the act so planned.

ii.   Plaintiff consulted with no less than four (4) respected attorneys by teleconference and interviewed seven (7) in total, they would not take the case for fear of retribution and/or the loss of their licensure to practice law.

iii.  Plaintiff has taken no extraneous funds apart from income earned, her findings absolutely free of any and all bias.

iv.   Plaintiff has no history of conflict with law enforcement, the Judiciary or any other party for that matter.

v.    Plaintiff will not move from the facts.

75.   The treachery of the inclusive Defendants' war quite personal with Plaintiff's harm incalculable, the loss of the unknown and unaccounted for; LTJG Jacob Drummond Logan, departing the USS Kitty Hawk aboard the Phantom II (bureau number 152220, call sign Linfield 412) on December 2, 1965, memorialized at a cemetery of his ancestor's hands, Mary Logan, wife of General John "Blackjack" Logan, Arlington.

## CONCLUSION

Plaintiff respectfully requests and prays over this Honorable Court that the motion for preliminary injunction be granted.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that I filed today, Wednesday, May 29, 2024, the foregoing with the Federal Clerk of the Court for the United Stated District Court, District of New Jersey, via electronic filing, which will send notification of such filing to all parties registered for this case, including the Defendant's counsel via the electronic filing system.

/s/   Mary B. Logan
Mary Basile Logan
*Pro-Se* Plaintiff

**cc:  All Counsel of Record (Via ECF)**