

# Vatican bank, preparing for new leaders, publishes final 2013 figures

VATICAN

VATICAN

**CINDY WOODEN**

View Author Profile



**CATHOLIC NEWS SERVICE**

View Author Profile

**Join the Conversation**

Send your thoughts to *Letters to the Editor*. Learn more

Vatican City — July 8, 2014Preparing for big changes in its governance and structure, the Institute for the Works of Religion, commonly known as the Vatican bank, published its 2013 financial statement, reporting a nose dive in net profit.

The net profit for 2013 was 2.9 million euros ($3.9 million) compared to 2012 net profits of 86.6 million euros ($117.7 million).

EXHIBIT 4

In a press release published Tuesday, the institute -- also known by its Italian acronym IOR -- said the dramatic reduction in net profits was due to "extraordinary expenses; losses related to propriety investments in externally managed investment funds committed to in 2012 and early 2013; and the fluctuation in the value of the IOR's gold reserves."

Income from interest, commissions and dividends from securities all increased in 2013, but the bank said the value of its gold reserves fell by 11.5 million euros and it had to write down the value of some investments by 28.5 million.

The institute also took a 14.4 million-euro hit when it donated securities "with a book value of 15.1 million euros" to "a foundation of the Holy See." The press release did not provide further information, but it was widely thought to be referring to an arrangement to invest in an Italian religious film production company authorized by retired Cardinal Tarcisio Bertone when he was still president of the cardinals' commission overseeing the bank.

Speaking to reporters on the papal flight back from the Holy Land in late May, Pope Francis said the matter was being studied.

The Institute for the Works of Religion also uses some of its assets to support the work of the Roman Curia. In 2013, the press release said, the bank contributed 54 million euros to the Holy See.

The statement also quoted Australian Cardinal George Pell, the new Vatican prefect for the economy, as thanking the bank's current president and board of supervisors for their work in verifying all the institute's accounts, closing many of them, and implementing stricter procedures.

"After all their hard work, we are now in a position to move the IOR to a second phase of reform under new leadership," Pell was quoted as saying.

A successor to Ernst von Freyberg, a German industrialist named president of the bank by Pope Benedict XVI in 2013, and new board members were expected to be announced by Pell at a news conference Wednesday. The current board of supervisors includes Carl Anderson, supreme knight of the Knights of Columbus.

From May 2013 to June 2014, the institute conducted a systematic screening of all customers to ensure it had complete information on all of them and to guarantee they fit the bank's intended client profile by being a Catholic institution, member of the

EXHIBIT 4

clergy, employee or retired employee of the Vatican or an embassy or diplomat accredited to the Holy See.

As of June 30, the statement said, about 3,000 accounts had been closed; the vast majority -- 2,600 -- were described as small, dormant accounts. However, 396 accounts that did not meet the stricter client profile also were closed; they had combined balances of 44 million euros. Another 359 accounts, with a combined balance of 183 million euros, "are earmarked for closure and are currently subject to the relevant closing process."

As of June 30, it said, the IOR had 15,495 clients with assets of 6 billion euros at the institute.

## Latest News



NEWS

Afro-Cuban drums, Muslim prayers, Buddhist mantras: Religious diversity blooms in once-atheist Cuba

LUIS ANDRES HENAO ASSOCIATED PRESS



3 cheers for Ordinary Time





NCR VOICES

OPINION

Pope's comments on blessing same-sex couples and gay men in seminaries are not as shocking as some think

MICHAEL SEAN WINTERS



Nuns in India help children with hearing impairments

THOMAS SCARIA

Advertisement



# Subscribe to NCR's Free Newsletters

Select any of the newsletters below, then enter your email address and click "subscribe"

## 1X PER DAY
### DAILY NEWSLETTERS

**News Updates:**
☑ The latest news and feature articles

**EarthBeat Daily:**
☐ (the latest articles, sent every morning)

## 1X PER WEEK
### WEEKLY NEWSLETTERS

**Culture Weekly:**
☐ NCR staff talk music, television, books, movies and more

**EarthBeat Weekly:**
☐ Environment editor Stephanie Clary dives into the week's climate change news

**Michael Sean Winters:**
☐ The nexus between religion and politics

**NCR Book Club:**
☐ Find your latest book to read

**Scripture for Life:**
☐ Reflections on the Sunday readings

EXHIBIT 4

*Sunday Resources:*
☐ Reflections on the readings sent two months ahead

2X WEEKLY
**BIWEEKLY NEWSLETTERS**

*The Francis Chronicles:*
☐ Get to know the pope's pastoral side

[Enter your email]    **SIGN UP FREE**

## NCR Sections

News

Vatican

Culture

Opinion

Spirituality

Sunday Resources

## NCR Channels

EarthBeat

Global Sisters Report

## Advertising

## WAYS TO GIVE

Give Now

Become a Member

Your NCR Legacy

Friends & Tributes

## SUBSCRIBE

Subscribe to NCR

Renew Subscription

Give a Gift

Free Newsletters

eNCR and Kindle Edition

EXHIBIT 4

Classifieds

Obituaries

Advertise

Request a sample issue

— CONTACT

Contact Us

How to write for NCR

Letters to Editor

Job Opportunities

Change your address

Reprints

— ABOUT NCR

Mission & Values

Privacy Policy

Staff and Contributors

Board of Directors

Donors

— FOLLOW

Advertising Guidelines / Terms of Use / Privacy Policy / Site Map / Mailing Address: 115 E Armour Boulevard Kansas City, MO 64111 / Phone Number: +1-800-444-8910

EXHIBIT 4