# Collateral Damage: U.S. Covert Operations and the Terrorist Attacks on September 11, 2001

On September 11, 2001 the definition of National Security changed for most U.S. citizens. For an entire postwar generation, "National Security" meant protection from nuclear attack. On that day, Americans redefined that threat. On September 11, 2001 three hijacked airliners hit three separate buildings with such precision and skill that many observers believe those flights were controlled by something other than the poorly trained hijackers in the cockpits. This report contends that not only were the buildings targets, but that specific offices within each building were the designated targets. These offices unknowingly held information which if exposed, subsequently would expose a national security secret of unimaginable magnitude. Protecting that secret was the motivation for the September 11th attacks. This report is about that national security secret: its origins and impact. The intent of the report is to provide a context for understanding the events of September 11th rather than to define exactly what happened that day.

Initially, it is difficult to see a pattern to the destruction of September 11th other than the total destruction of the World Trade Center, a segment of the Pentagon, four commercial aircraft and the loss of 2,993 lives. However, if the perceived objective of the attack is re-defined from its commonly suggested 'symbolic' designation as either 'a terrorist attack' or a 'new Pearl Harbor,' and one begins by looking at it as purely a crime with specific objectives (as opposed to a political action), there is a compelling logic to the pattern of destruction. This article provides research into the early claims by Dick Eastman, Tom Flocco, V.K. Durham and Karl Schwarz that the September 11th attacks were meant as a cover-up for financial crimes being investigated by the Office of Naval Intelligence (ONI), whose offices in the Pentagon were destroyed on September 11th.[1] After six years of research, this report presents corroborating evidence which supports their claims, and proposes a new rationale for the September 11th attacks. In doing so, many of the anomalies – or inconvenient facts surrounding this event - take on a meaning that is consistent with the claims of Eastman *et al*. The hypothesis of this report is: the attacks of September 11th were intended to cover-up the clearing of $240 billion dollars in securities covertly created in September 1991 to fund a covert economic war against the Soviet Union, during which 'unknown' western investors bought up much of the Soviet industry, with a focus on oil and gas. The attacks of September 11th also served to derail multiple Federal investigations away from crimes associated with the 1991 covert operation. In doing so, the attacks were justified under the cardinal rule of intelligence: "protect your resources"[2] and consistent with a *modus operandi* of sacrificing lives for a greater cause.

The case for detailed targeting of the attacks begins with analysis of the attack on the Pentagon. After one concludes that the targeting of the ONI office in the Pentagon was not random – and that information is presented later[3] – one then must ask: is it possible that the planes that hit the World Trade Center, and the bombs reported by various witnesses to have been set off inside the buildings 1, 6 and 7 and the basement of the Towers, were deliberately located to support the execution of a crime of mind-boggling proportions? In considering that question, a pattern emerges. For the crimes alleged by Eastman, Flocco, Durham and Schwarz to be successful, the vault in the basement of the World Trade Center, and its contents - less than a billion in gold, but hundreds of billions of dollars of government securities - had to be destroyed. A critical mass of brokers from the major government security brokerages in the Twin Towers had to be eliminated to create chaos in the government securities market. A situation needed to be created wherein $240 billion dollars of covert securities could be electronically "cleared" without anyone asking questions- which happened when the Federal Reserve declared an emergency and invoked its "emergency powers." that very afternoon.[4] The ongoing Federal investigations into the crimes funded by those securities needed to be ended or disrupted by destroying evidence in Buildings 6, 7 and 1.[5] Finally, one has to understand and demonstrate the inconceivable: that $240 billion in covert, and possibly illegal government funding could have been and were created in September of 1991. Filling in the last piece of the puzzle requires understanding 50 years of history of key financial organizations in the United States, understanding how U.S. Intelligence became a key source of their off-balance sheet accounts, and why this was sanctioned by every President since Truman.[6] With that, a pattern of motivation is defined which allows government leaders and intelligence operatives to 'rationalize' a decision to cause the death 3,000 citizens.

## World Trade Center

There were three major securities brokers in the World Trade Center: Cantor Fitzgerald, Eurobrokers and Garbon Inter Capital. On the morning of September 11, Flight 11 hit the North Tower at 8:46 right below the floors on which Cantor Fitzgerald was situated. Cantor Fitzgerald was the US largest securities dealer[7] in the US and arguably the primary target.[8] Shortly after that, a massive explosion went off just under the FBI offices in the North Tower on the 23rd floor, and Garbon Inter Capital on the 25th floor, and in the basement of Tower 1 as well. The explosion caused the 22nd through 25th floors above to collapse into an inferno.[9] Fires were reported on the 22nd floor at 8:47.[10] Shortly, thereafter, at 9:03, Flight 175 hit the South Tower right below the floors on which Euro Brokers was situated. (See Chart on page 42.) In all three cases, the explosive, fiery destruction consumed the offices in the several floors above. At 9:37 Flight 77 hit the Pentagon, targeting one of the few offices that had been moved in the newly remodeled section of the Pentagon: the Office of Naval Intelligence.[11] Agents of the Office of Naval Intelligence had been investigating the financial transactions which in this report are linked to securities being managed by those security dealers in the World Trade Center that were targeted. [12] Fortunately, most other agencies had not yet been moved back into the targeted section of the Pentagon. 41% of the fatalities in the Twin Towers came from two companies that managed U.S. government securities: Cantor Fitzgerald and Eurobrokers.[13] 31% of the 125 fatalities in the Pentagon were from the Naval Command Center that housed the Office of Naval Intelligence. 39 of 40 Office of Naval Intelligence employees died. In the vaults beneath the World Trade Center Towers, any certificates for bonds were destroyed.[14]

Building 7 was evacuated somewhere between 9:00 and 9:30, depending on various claims. Fires and explosions spontaneously began at multiple locations inside the building prior to the collapse of either Tower. This observation is critical in that the official explanation for the fire is that they started when objects from the collapsing towers caused the fires to ignite. Witnesses leaving the building claim to have seen fires already starting, and dead bodies.[15] The Building ultimately was destroyed in what many unofficial observers now believe was a controlled demolition. Building Seven housed the following agencies critical to investigation of financial crimes related to this history:

| | |
|---|---|
| Export-Import Bank of the US | Floor 6 |
| US Secret Service | Floors 9 & 10 |
| Securities and Exchange Commission | Floors 11,12 &13 |
| Internal Revenue Service | Floors 24 & 25 |
| CIA | Floor 25 |
| Department of Defense | Floor 25 |

*"All the evidence that we stored at 7 World Trade, in all our cases, went down with the building," according to US Secret Service Special Agent David Curran -- the number three guy in that office. "We lost our network, we lost all our computers, we lost all the equipment that we use as Secret Service Agents. Everything from machine guns to our shotguns to our electronic equipment that we use." A lot of cases had to be closed as a result of losing that building."[16](See note for additional references.)*

In the midst of all this, Building 6 was destroyed by explosions from within, before being buried in the rubble of the Towers.[17] FEMA, the agency charged with investigating the disaster, did not collect any data on this building. Building 6 was home to the U.S. Customs agency and the El Dorado Task force, an interagency money-laundering group from 55 agencies created in 1992. The El Dorado Task force was responsible for coordinating all major money-laundering investigations in the U.S. In the immediate aftermath of September 11, these groups would be redirected to investigate terrorist financing.[18] On the same day, the Securities and Exchange Commission declared a national emergency and for the first time in U.S. history invoked its emergency powers under Securities Exchange Act Section 12(k) and eased regulatory restrictions for clearing and settling security trades for the next 15 days. These changes would allow an estimated $240 billion in covert government securities to be cleared upon maturity without the standard regulatory controls around identification of ownership.[19] (The manner in which this was accomplished is explained later in the report.)

## The Pentagon

It must be noted that the Office of Naval Intelligence in the Pentagon, which sustained a direct hit from an airliner that day, was without a doubt, a target that was pinpointed for destruction. There are a number of indicators that this was the case:

- The command centers of the US Armed forces and the Office of the Secretary of Defense are located on the River and Mall, northern facing segments of the Pentagon.[20] This is public information. Either of those facades should have been the prime target for a well-planned attack. It needs to be remembered that the individuals responsible for September 11 had almost three years to plan their assault. The targets and methods were not haphazard.
- The western facing section of the Pentagon that was attacked had been under constructions for almost two years, and would not have been considered as a target, unless it was targeted for a specific reason.
- The Naval Command Center had been moved into that newly opened section of the Pentagon a month earlier[21];
- The attacking aircraft went through great effort to hit the west side of the Pentagon, under either of contentious scenarios, looping around the Pentagon by 270 degrees after approaching from the north east, or looping 360 degrees with it's approach from the West. Under either scenario, the additional looping created an opportunity with extra flight time for defense systems to take out the attacking plane, and the hijackers took a significant risk of being shot down by executing this maneuver. [22](See Figures 1 and 2)
- If one looks carefully at the Koeppel flight path approach seen in Figure 1, the attacking flight path went almost directly over the Whitehouse, bypassing what should be considered a primary target, for a supposedly empty section of the Pentagon. With the alternative approach presented by the National Transportation Safety Board, the extra distance in the loop would have allowed it to hit either the White House or the Capitol had it continued straightforward.
- Derek Vreeland who claimed to be an agent for Office of Naval Intelligence had predicted the attack several weeks in advance[23];
- The ONI has been attributed by several sources with responsibility for leaking copies of the faxes which document the illegal transaction of 1989-1991.[24]



Figure 1 (above) shows the two looping flight paths presented. On the left, an approach mapped by Former Air Force Pilot Steve Koeppel,[25] on the right, the official approach presented by the National Transportation Safety Board.[26]

Figure 2 (below) shows the western approach hitting the ONI, while the Mall and River Entrances with the prime targets, initially in the direct path of the northern approach, are ignored.



REPORTING BY BRENNA MALONEY; GRAPHIC BY DOUG STEVENS, LARRY FOGEL AND CRISTINA RIVERO—THE WASHINGTON POST

Did Flight 77 "pass" on three primary targets (the White House, the Capitol, and the command centers in the north face of the Pentagon) in order to make a precision hit on what should have been known to be an empty segment of the Pentagon? Did the pilot, described as having "extraordinary skill," after years of planning, hit a worthless target? It would seem the assumption has to be the pilot hit exactly where he wanted to hit.  The planes hitting the South Tower and Pentagon maneuvered in the last moments to hit their exact target.  With a world of targets available, why these?

For the majority of Americans, the unanswered questions regarding that day are legion. While many of the questions may never be answered, the extraordinary destruction experienced at specific locations in the WTC, and the peculiar targeting of the Pentagon all support a pattern of deliberate destruction of sites key to the claims of Eastman, Durham, Flocco and Schwarz. While most media reports defer to the U.S. government contention that Osama Bin Laden was behind these attacks, foreign media provided reports suggesting that the "real power" behind Al Qaeda was unknown.[27]   As shall be seen, the financial power behind the attack is the same power that created these securities, and the same power as that which founded Al Qaeda.

## The Origins of the World Trade Center Attack

Most historians track the history of September 11th to 1998 when Osama Bin Laden declared a *fatwa* or *jihad* against the U.S., and the terrorist "Hamburg Group" lead by Mohammed Atta reportedly "offered" it's services to Al Qaeda.[28] However, the history which defines the motives for the September 11 attacks goes much further back in time. The answers to the questions surrounding the cause of the WTC attack will be found in events going as far

back as 1990 and 1991, when the George H.W. Bush was president. To a very great degree, insight into the activities of that period are cloaked by the Executive Order of George H.W. Bush's son, President George W. Bush, who on November 1, 2001 issued Executive Order 13233. This executive order was intended to balance the public's right to see the records of past presidents with a need to protect national security. As a result, public records which might have shed light on the activities on 1990 and 1991 remain shielded from public access in the interest of national security and the men and women who support it. Subsequently, this reconstruction of the events from the late 1980s and early 1990s is based on news reports, books and articles.

What the public record suggests is that with the beginning of the first Bush Presidency in 1989, George H.W. Bush initiated a program of covert economic warfare to bring about the collapse of the Soviet Union. The name of this program appears to be Project Hammer, a previously reported, multi-billion dollar covert operation, 'third world investment program' whose investments remain shielded.[29] This program consisted of four major covert operations including:
1) Theft of the Soviet treasury,
2) Currency destabilization of the Ruble,
3) Funding of the KGB Generals' August 1991 coup against Gorbachev, and
4) Takeover of the key energy and defense industries in the Soviet Union.

At its inception, the program was conducted well within policy framework of the U.S. government as defined by several Executive Orders authored by Vice President Bush and signed by President Ronald Reagan. There is good reason to believe that the plan was initially formulated by Reagan's CIA Director, William Casey. During World War II, before Casey headed OSS operations in Europe, he worked for the Board of Economic Warfare and his role was "pinpointing Hitler's economic jugular and investigating how it could be squeezed."[30] Many of the program operatives were probably engaged through official CIA and National Security channels. However, as a result of the experience gained by the Bush cabinet and its private sector counterparts during the secretive Iran-Contra and Ferdinand Marcos gold operations (which will be explained in short order), the execution of that program would be accompanied by two new assumptions:
1) Using covert and illegal funding for a policy not approved by Congress would remain acceptable. Under George H.W. Bush, Congressional oversight of covert operations could be ignored with impunity;
2) The American public and their representatives in Congress were too pre-occupied with their own lives to be worried about what happened in foreign lands, even if those actions violated the law and the constitution.
Emboldened by the lack of consequences for subverting the U.S. constitution and breaking international law during the Iran-Contra scandal, the Bush administration group known as "the Vulcans" planned a bigger drive to crush the soul of Communism once and for all. This group had graced themselves with this moniker, naming themselves after the Roman god of War – Vulcan. They waged war against the Soviet Union and Iraq under George H.W. Bush, and against Iraq and Afghanistan under George W. Bush.
Belonging to this group [31] were
• Dick Cheney
• Don Rumsfeld
• Colin Powell
• Paul Wolfowitz
• Richard Armitage
• Condoleezza Rice

The Vulcan's drive to bring and end to the Cold War was fueled by a covert war chest invisible to congressional oversight.[32] This war chest would be known by several names: Black Eagle Trust, the Marcos gold, Yamashita's Gold, the Golden Lily Treasure, the Durham Trust or Project Hammer.[33] These same Vulcans would be brought back to power in 2000 under the administration of President George W. Bush, son of President George H. W. Bush.

The covert operations conducted by the Vulcans involved – at a minimum – potential securities fraud, money laundering and violation of Foreign Corrupt Practices act.[34] In a number of situations, murder and false imprisonment seemed to be the mainstay of efforts to prevent any remorseful participants in this operation from going public with their stories.[35] While accomplishing its objective – bringing about the demise of the Soviet Union – the program also seems to have lined the pockets of the individuals that executed this policy, at US taxpayer expense. This was done to the tune of a mere $240 billion dollars in covert and allegedly illegal bonds, which appear to have been replaced with Treasury notes backed by U.S. taxpayers in the aftermath of September 11!

Seventeen years later in 2008, the personal financial empires of those who benefited directly from these covert securities should now stand at several trillion dollars, and are rightfully the property of various citizenries. Putin's purge of selected oligarchs is consistent with this story.

The covert securities used to accomplish the original national security objective of ending the Cold War ended up in the vaults of the brokers in the World Trade Center, and were destroyed on September 11, 2001.[36] They came due for settlement and clearing on September 12. The federal Agency investigating these bonds – The Office of Naval Intelligence- was in the section of the Pentagon that was destroyed on September 11.[37] To a key group of senior National Security officials who had participated in the victory of the economic cold war in 1991, the WTC, the Pentagon, the four airliners and their occupants would became 'collateral' damage in the ending of the Cold War. Their deaths were required to hide the existence of the Black Eagle Trust, and the covert activities it had funded for over 50 years. The alternative view of these events suggests that the destruction of these lives and buildings constituted a cover-up of continued lawlessness by a fraternity or brotherhood of businessmen and criminals often referred to as 'the Enterprise' in the 1980s, but has remained in the shadows since.

## The War Chest

The story of these bonds and their source of funding has been publicized on the internet for several years,[38] but the story has never really gained much credibility, even though the bonds themselves have been at the heart of several law suits and criminal proceedings. In trying to understand the origins of what seems at first glance to be a sort of cold war internet-legend, history suggests that in September of 1991, George H.W. Bush and Alan Greenspan did indeed finance $240 billion in bonds in a buyout of the Soviet Union as part of a broader program to end the Cold War through an attack on the economy of the Soviet Union. More-over, President George H.W. Bush had initiated a number of related covert operations to takeover certain sectors of the Soviet economy, and ten years later in 2001, these programs had finally come back to haunt the U.S. policy makers. Most, if not all of these programs appear to have stepped outside of the boundaries of the law. As a result, investigative agencies from Britain, Switzerland, Russia, Kazakhstan and the Philippines were putting pressure on Congress and the U.S. Department of Justice to open up the accounts in the banks used to finance these covert activities, which were being viewed as criminal activities in foreign courts. Alan Greenspan, the Treasury Department and key banks in the U.S. and Europe were being sued for gold-price fixing or illegal gold sales which appears to have it's origins in the covert war chest used to wage this war.[39]   At the same time, the suits brought by the Holocaust survivors victims of the Marcos regime, and the US Congress under influence of pro-Israeli lobbyists were putting pressure on the Swiss banking cartel to open it's bullion records to public scrutiny. Full disclosure by these banks during an investigation would have resulted in a major exposure of U.S. Government complicity in some of the greatest financial fraud of the 1980s and early 1990s as well as 50 years of gold bullion theft by numerous U.S. and British government agencies. Moreover, investigation into these accounts would disclose a National Security secret known as the Black Eagle fund, and virtually every covert operation since World War II. Bringing an end to these investigations and preventing this disclosure was the sole objective for the destruction of the WTC and Pentagon.

These investigative and legal pressures began to accumulate in 1997, and in February 1998, Osama Bin Laden declared his *fatwa*, and Atta started planning the September 11 attacks. To understand the decisions made in 1998 which brought about the attack on the World Trade Center, one must go back in history to appreciate the magnitude of exposure these bankers and government officials faced. Ten years prior to the planning that Atta was beginning, planning had begun for economic war on the Soviet Union. The source of funding for this covert war is traced to the end of World War II, but it was not until 1986 did the size of that war chest make the 1991 attack on the Soviet Union feasible. Understanding the source of that funding is absolutely critical to understanding why the World Trade Center was destroyed in 2001.

Numerous sources have documented that at the end of World War Two, the treasury of the Japanese Empire was discovered in the Philippines by a staff member of General Charles Willoughby, who was General MacArthur's chief of Intelligence. Then known as the Golden Lily Treasure, this mass of wealth had been accumulated by the Japanese with over fifty years of its army pillaging Southeast Asia and China. It was deposited in the Philippines due to the U.S. submarine blockade of Japan. Reports vary, but documents in the public domain suggest the recovered treasure was in excess of 280,000 metric tonnes of gold, not including jewels and diamonds.[40] After the War that staff member, Edward Lansdale and Severino Garcia Diaz Santa Romana tortured Major Kojima Kashii - General Yamashita Tomoyuki's driver –until he revealed and created a map of the gold sites.[41]

Lansdale briefed Assistant Secretary of War John J. McCloy about the findings, and a U.S. Cabinet level decision was made to confiscate the gold and cover-up its discovery. The gold would be added to the Black Eagle Trust fund. It was McCloy, along with Secretary of the Navy Robert B. Anderson and Secretary of War Henry L Stimson who created the Black Eagle Trust.[42]  John McCloy, who had shared a box at the 1939 Olympics with Adolph Hitler, went on to become President of the World Bank.  Robert Anderson would go on to operate the Commercial Exchange Bank in the British West Indies, be convicted of running illegal banking operations and tax evasion, and be sentenced to prison.[43] A fourth member of that group – William 'Wild Bill' Donovan – would go on to found the CIA, distribute the gold to key banks represented by his staffers, and establish AIG as a key partner in the CIA's covert operations.





US Intelligence Banking History
(from the roots of the Black Eagle Trust and the Golden Lily)

The trust they created takes its name from the Nazi Black Eagle stamped on the gold bars of the Third Reich. Gold bullion confiscated from the Reich and not returned to its rightful owners and their heirs was the original source of funding for this trust.[44] Over the years, the significance of the Nazi gold would pale in comparison to the confiscated Japanese treasure. As the fund grew, it was distributed in private accounts across the globe in over 100 banks, and administered by General Earle Cocke, financial advisor to every U.S. President from Truman to Clinton, until his death.[45] Most of the individuals who controlled these accounts are long dead, and attempts by their heirs to access these accounts have been met with stonewalling, false imprisonment or death under suspicious circumstances. Santa Romano's heirs are one example.[46] Mrs. V. K. Durham is one such individual. Her husband, Colonel Russell Herman, controlled the Durham Trust. This report will return to their story in a little while.

The men responsible for initiating and executing the confiscation of Nazi and Japanese treasury gold represent the most senior Intelligence officers in the U.S. and Britain at the end of World War II, and the Cabinet of the President of the United States. From the Office of Strategic Services – the OSS - the decision-makers were:

- Wild Bill Donovan, the most decorated soldier of World War I and head of the OSS and his direct staff which included:
- Allen Dulles, future Director of the CIA and a principal of Bank of New York, and legal representative of Brown Brothers, Harriman.[47]
- Henry S Morgan and Spencer Morgan. Henry and Spencer were the sons of JP Morgan, and would return from their service to manage the financial empire that would evolve from JP Morgan to 'Morgan and Chase' to then to 'Chase Manhattan' to finally what in 2008 was known as Chase.
- Paul Helliwell would become the primary covert operations banker for U.S. intelligence, setting up in Nassau Castle Bank and then Mercantile Bank and Trust. When Castle Bank needed to be closed, he set up Nugan Hand Bank. When the Nugan Hand Bank closed, he helped shift banking operations to Household Bank in Chicago, Illinois and to the notorious BCCI bank. His front man, and associate of Bill Donovan was General Earle (a.k.a. Erle) Cocke.[48]
- General Earl Cocke would be the financial advisor to every President from Truman until Cocke's death in the year 2000. Cocke was a true American hero in the classical sense: the recipient of the Silver Star, four Bronze Stars and four Purple Hearts. He was also the coordinator for the Black Eagle Fund and Project Hammer, which would be used to bring down the Soviet Union and attempt to bring Soviet oil and gas resources under the control of Western investors.
- George S Moore; future President and CEO of First National City Bank of New York, which would evolve to become Citibank. Citibank would end up with over 116,000 metric tonnes of the Marcos Gold.[49]
- General George Olmsted; was another World War II hero who subsequently was responsible for distributing U.S. Military Assistance, later becoming President of a Washington DC based bank holding company known as International Bank, which took over the CIA's Mercantile Bank and Trust in the Bahamas.[50] Under Olmsted's leadership, International Bank sold Financial General Bankshares (FGB) then known as First American, to BCCI.[51]
- William Colby future CIA director and lawyer for Helliwell's covert operation banks.
- William Casey, decorated World War II veteran, future Director of the CIA. Casey took over from Paul Helliwell the "Secret Intelligence Branch" of the OSS in Europe in 1945.[52]

These men would form the core of the OSS that worked to create an "*apparatus belli*,"[53] and virtually all of them would play a dominant role in the worlds' most important banks. From the British Special Operations Executive (SOE) came participation and support for the OSS from John and William Keswick from the Jardine Matheson Bank.[54] The Keswick family would also control the Hong Kong Shanghai Banking Corporation (HSBC).[55] Fifty years later, the financial institutions represented by these individuals would become the major financial banks in the world, along with the Swiss-German banks they hid their gold in.

Lansdale and Santa Romana were made responsible for recovery of the treasure. They fabricated a "Communist Revolution" by the Hukbalahak rebels in order to confiscate the land where much of the gold was buried, and proceeded to mine it.[56] Several sites sit on Clark Air Force Base.[57] Over the years, Lansdale's personal account in Zurich grew to over thirty thousand metric tonnes – greater than the national treasury of any modern nation state. Santa Romana had multiple accounts, the largest single account was valued at over 20,000 metric tonnes. While these accounts were created in their names, over time it would be shown these were actually government accounts. As a point of reference, the annual gold production of the world is estimated to be 1,200 tonnes, and in 1980 the

U.S. gold repository at Fort Knox held only 8,221 tonnes. There has been no public report of the Fort Knox inventory since 1980.

According to David Guyatt and Sterling and Peggy Seagrave, the Yamashita gold would become the cornerstone of the Black Eagle Fund, from which many covert operations of the U.S. intelligence would be funded. [58] The most common interpretation international law is that the gold should have been either returned to the countries from which it was stolen (as was done with the Nazi gold[59]), or should have been incorporated into the U.S. Treasury. With no uncertain terms, the U.S. Government's continued efforts to stifle news on this matter provides prima facie evidence that the confiscation of this gold is illegal.

Lansdale's operation in the Philippines gave birth to most of the common features of modern covert operations for U.S. Intelligence: bribery, theft, torture, and false flag operations. It would be Lansdale who would initiate a bond between the US intelligence organizations and the Israeli intelligence. It would be Lansdale that would set precedents for the Intelligence community to retain the services of organized crime on U.S. soil. Lansdale would hire American Mafia family heads Carlos Marcello, Santos Trafficante, Meyer Lansky, and Lucky Luciano in the U.S. war against Fidel Castro in 1961, much as he would hire the Italian Mafia families to wage an illegal operation against the Italian Communist party.

> "…the gangsters in Lansdale's employ were the very gangsters the FBN was chasing--Carlos Marcello, Santos Trafficante, Meyer Lansky, and Lucky Luciano. … The CIA's connection, of course, began with 'Wild Bill' Donovan's old OSS and its recruitment of Lucky Luciano and the Corsican mafiosi to beat and murder Communist union dockworkers in Marseilles and elsewhere along the Mediterranean Coast, and to seize Sicily from the Communists. With CIA blessing, and using drug running as a way of financing activities, the Mafia set up drug supply routes back to the U.S. Many an FBN operation would trace the drugs back to Mafia sources, in turn supplied through Lebanon, Turkey, Afghanistan, and elsewhere in the Middle East, only to be thwarted by the far more powerful CIA stepping in and terminating the investigation on national security grounds."[60]

It would be Lansdale's team that would propose and justify sacrificing innocent U.S. civilians in order to rally the American citizenry to support an invasion of foreign soil. This was done under a program run by Brigadier General William H. Craig, who reported to Lansdale for the Cuba project.[61] This project was called Operation Northwoods. Documents for this project would be accidentally released from the files of Robert McNamara into the public domain some 40 years later, exposing the degree to which Lansdale's operatives would go to wage war. [62] In these documents, the U.S. military acknowledged it could wage a "terror" campaign against US citizens in order to justify a second invasion of Cuba. It would be the first official recognition that US intelligence operations used terrorist tactics.

It was Lansdale who oversaw the set up of assassination squads to target Fidel Castro while operating out of Florida. One of Lansdale's proteges' in the assassination business was Ted Shackley, would go on to set up assassination squads in Vietnam under Operation Phoenix.[63] Shackley would take Felix Rodriguez with him from the Cuba Project to Laos for a secret war in support of Vietnam. Felix Rodriguez was a close confidante of former CIA Director George H.W. Bush, and maintained direct phone contact with Bush when Bush became Vice President under Ronald Reagan.[64] When the U.S. intelligence funded, Iran-Contra gun running pilot was shot down in Nicaragua, it was Rodriguez that called George Bush to let him know that the pilot had been captured alive. In Vietnam, Shackley and Rodriguez would expand their circle of operatives to include Oliver North, Richard Secord and Richard Armitage. North, Secord and Armitage had proven themselves as men who could 'get results' against the communists by operating outside of the rules. They would provide the second generation of U.S. black ops leadership. The 'whatever it takes' zeal that these men developed in service of their country was ruled unacceptable in U.S. Military courts at the Mai Lai Massacre trial[65], but it was still condoned by 'apparatus belli' spawned by Wild Bill Donovan.

While in Southeast Asia, North, Secord, Armitage, Rodriguez and Shackley would finance their operations through the Nugan Hand bank in Australia rather than with funds under congressional oversight.[66] Nugan Hand Ltd. was founded in Sydney in 1973 by Australian lawyer Frank Nugan (who was reputedly associated with the Mafia) and former U.S. Green Beret Michael Jon Hand who operated in Northern Laos as part of the Phoenix Project. They were assisted in this by Paul Helliwell, one of the primary OSS agents in the original Yamashita gold operation.[67] Frank Nugan's family ran the primary supply shipping operation between the U.S. Navy base in the Philippines and

Australia.[68] It is through Frank Nugan and his business partner Peter Abeles, that insight is provided to the flow of some of this Marcos treasure. Peter Abeles was reputed to be a member of what was known in Australia as the Hungarian Mafia and a partner with Henry Keswick. Sir Henry Keswick was the son of SOE officer John Keswick. The Keswick family had controlling interest in Jardine Matheson, which owned and operated Ferdinand Marcos' gold smelting operation, which was opened in the mid 1970s.[69] The Keswick family also had controlling interest in the Hong Kong and Shanghai Banking Corporation (HSBC), which was the largest holder of Santa Romana's known gold accounts, although Citibank would be the largest recipient of the confiscated treasure.[70] When Romana died, the bank refused to hand over his accounts to his heirs, and confiscated his accounts.[71]

It was Peter Abeles and Sir Henry Keswick that brought Canadian businessman Peter Munk back to business prominence from a scandalous insider-trading lawsuit in Canada in 1967. Munk would partner with Adnan Kashoggi, Sheik Kamal and Edgar Bronfmann in a series of operations which ultimately would evolve into Barrick Gold.[72] Barrick Gold would become an investment for nearly every gold bullion bank associated with the Marcos gold recovery. These banks would loan gold to Barrick, which would then sell the borrowed gold as derivatives, with the promise of replacing the borrowed gold with their gold mining operation. The records of many of those transactions disappeared when Enron collapsed and the trading operation and all its records were taken over by UBS, another major recipient of Marcos gold. The FBI was reportedly conducting an investigation into those transactions, and the investigation files were kept on the 23rd floor of the North Tower of the WTC. A review of the personal accounts of September 11 now suggests that office was deliberately targeted with explosives prior to the collapse of the WTC.[73]

The Nugan Hand Bank would be one of the many banks used for transferring the Marcos gold from the Philippines into covert operations. Brigadier General Earle Cocke was the President in charge of the Nugan Hand Washington Office, and would be the key manager of Project Hammer and the Black Eagle Trust.
Other Nugan Hand Bank employees from U.S. Intelligence operations included:
• General Leroy J. Manor (manager of the Manila branch) former chief of staff of the U.S. Pacific; Command and deputy director for counterinsurgency and special activities; he shared his office with Marcos's brother-in-law ;
• General Edwin F. Black (president of Hawaii branch) former commander of U.S. forces in Thailand;
• Richard Secord (all around operative with responsibilities in Iran-Contra, Vietnam assassinations, creating Mujahadeen armies in Afghanistan, and central Asia);
• Dale Holmgreen (former chairman CIA's Civil Air Transport, manager of the Taiwan branch);
• Richard L. Armitage (was special consultant to the Pentagon in Thailand who oversaw the transfer of heroin profits from Indonesia to Shackley's account in Tehran);
• William Colby (former director of the CIA as legal counsel);
• Rear-Admiral Earl P. Yates, the former Chief of Staff for Policy and Plans of the U.S. Pacific Command and a counter-insurgency specialist, became president of the company;
• Walter McDonald (retired CIA deputy director, headed Annapolis branch);
• Dr. Guy Parker (an expert from the RAND Corporation who came on as a bank consultant) senior Republican foreign policy adviser;

The bank was founded as a funding operation for U.S. covert operations in Australia[74], and was a conduit for Marcos gold. One of the objectives of the 'bank' was to bring about the pre-mature closure of the Australian labor government. The Whitlam government had quietly threatened to nationalize subsidiaries of American corporations.

> "The subsequent inquiries have established the Nugan-Hand bank was to be the organisation used as cover for the operations of Task Force 157. The Task Force 157 was a group set up by Henry Kissinger and it was set up in a quite strange way. It was a mini-CIA which was actually separate from the CIA and probably was set up by Kissinger so he could deny any connection between what the Task Force 157 was doing and the CIA. Nevertheless, the personnel of Task Force 157 included Ted Shackley, who was one of the head of sabotage operations against Cuba, he was Station Chief in Saigon during the Vietnam War, and he was the Chief of the CIA Western Hemisphere Division, so with an impeccable CIA record like that it would be very difficult to disassociate him from what the CIA was doing. The concept of Task Force 157 seems to have been two-fold: firstly, to set up operations against the Whitlam government. And secondly, to go ahead with using Australia as a base for certain clandestine U.S. operations such as arms dealing and smuggling of contraband goods."[75]

The Nugan Hand Bank was closed in January 1980 within several days of the unsolved murder or suicide of Frank Nugan. The reasons for his murder have never been identified, but during that time, the operation was at risk of being exposed.

> *"Bobby Inman, former Deputy Director of the National Security Agency and Deputy Director of the CIA, said on two occasions that he expressed deep concern that investigations of Nugan-Hand would lead to disclosure of a range of dirty tricks played against the Whitlam government (Australian labor government)."[76]*

(The U.S. Intelligence's *modus operandi* of using murder for covering its tracks is further documented when the Iran-Contra and October Surprise affairs are reviewed later in this report.)

John Hand would disappear a few days after the death of Frank Nugan, never to be seen again. Bank operations were transferred to HouseHold Bank in Chicago, Illinois, where William Colby would be come the unofficial counsel. There, according to Herman Skolnick, Household Bank would continue the work of Nugan Hand.

> *Among their functions, transferring covert operations funds, assassination team funding, skimming of dope, gambling, and gun-running loot; military, civilian, international. U.S. Military, Admirals and Generals, as well as intelligence community officials, supposedly either "retired", or "on leave", operated Nugan-Hand, and aided thereafter Household and its numerous units and subsidiaries. The "tracking the money" project was conducted over-all by Household International with the assistance reportedly of Systematics, a banking computer services firm, originally a subsidiary of an Arkansas-based operation. Targeted have been the banks of both friends and enemies alike. (Vince) Foster and his crew -- Hillary (Rodham Clinton) and Webster (Hubbell) -- used as a cover that they were supposedly "attorneys" for Systematics…. Vincent and Hillary's role in this was arranged and supervised by a Chicago-based law firm Hopkins & Sutter…[77].*

Many units of Household Finance were shortly thereafter taken over by Harris Bank, which was then taken over by the Bank of Montreal. The Bank of Montreal would be controlled by the Bronfmann family, which became heavily invested in Barrick Gold. It would be Edgar Bronfmann that would cut a deal with the Swiss banking cartel in 1998 that would derail U.S. Congressional and Israeli pressure for an investigation into the Holocaust and Marcos gold accounts.

By the end of the 1980s, the banks that had their agents in the OSS intelligence operations at the end of World War II were the banks that would be the dominant global players by 2001.
*   Morgan Guaranty Trust
*   Chase Manhattan
*   Citibank
*   Jardine Matheson
*   UBS
*   Deutschebank
*   HSBC

The covert operations funded by the Black Eagle Trust in the 1960s and 1970s became visible stains on the global image of the U.S. despite all efforts to keep them under cover. In an effort to clean house, President Jimmy Carter would order the retirement of over 800 covert operatives.[78] Many of these operatives would move into private consulting and security firms and be employed as subcontractors for covert operations. Thus began a loose association of private operatives that would be referred to as "the Enterprise" in the years to come. George H.W. Bush, having been CIA Director, had many acquaintances in this group, and would work with them to restore their influence and control over U.S. foreign policy and the foreign investment opportunities it created for their benefit.



## Taking Control

Unlike other presidential administrations, the Reagan administration was uniquely characterized by having the Vice President - who at that time was George H.W. Bush – in control of Foreign Policy. That control was established in an agreement between Bush and Reagan prior to their election.[79] The agreement was later formalized with Executive Order 12333.[80] As William Casey's biographer pointed out, Reagan "knew little about foreign policy and cared less..." and as a result sharpies around the President took over and they ran him."[81]

In November 1980, Ronald Reagan was elected to the White House on a slim margin of votes, defeating incumbent Jimmy Carter. The few percentage points in votes which were responsible for giving Reagan and Bush the victory were attributed to President Carter's inability to rescue and free hostages being held in Iran.[82] The failed rescue attempt of the hostages was reported to be the responsibility of Oliver North, Richard Secord and Albert Hakim, who planned and controlled the rescue operation.[83] In the meantime, it is reported that the release of the hostages by Iran was deliberately delayed by negotiations led by George Bush, and David Kimche of the Israeli Mossad- the Israeli equivalent of the U.S. Central Intelligence Agency, and Saudi businessman Adnan Khashoggi. For $40 million dollars, the Iranians would delay the release of the hostages until after the election.[84] The men involved in this operation, referred to in the chapters of history as "the October Surprise" were
- George HW Bush
- Adnan Khashoggi
- Oliver North
- David Kimche
- Bob Gates
- Richard Secord
- William Casey

Sixty-nine days after the Inauguration, John Hinkley attempted to assassinate President Reagan. Eight days prior to that attempt, there were a series of unprecedented policy changes that put George Bush in charge of Foreign Policy and National Security. On March 22, 1981, Bush took control of the "Emergency Crisis Management Staff," in a Cabinet meeting. That role conferred new roles and powers on Bush, including "unprecedented powers for a vice-president."[85] Vice President George Bush was named the leader of the United States ``crisis management '' staff, as a part of the National Security Council system.[86] Then, on March 30, 1981, eight days after these powers were conferred on Bush, President Reagan was shot. On that day, there were actually two unsigned versions of National Security Directive 1 (NSDD1), one which made Al Haig and another which made George Bush the caretaker of the "red phone' in case of National Emergency. The content of either version has never been released to the public.

Sixty nine days after the inauguration, the man whose operatives had bribed terrorists in violation of American policy and law, the man whose close colleagues and advisors planned a failed rescue attempt which cost the lives of US soldiers – all with the purpose of controlling the American Presidency, was now in control of US foreign policy.[87]

The father of the assassin that put Bush in power was John (a.k.a. Jack) Hinckley, Sr., who was the owner of Vanderbilt Oil. Hinckley had been giving maximum donations every year to George H.W. Bush since he started running for Congress. "When the Hinckley oil company, Vanderbilt Oil started to fail in the 1960s, Bush, Sr.'s, Zapata Oil financially bailed out Hinckley's company. Hinckley had been running an operation with six dead wells, but he began making several million dollars a year after the Bush bailout." John Hinckley, Sr., had also been extensively involved in an executive position with U.S. Ministries for World Vision, a widely reported CIA front operation. After the Jonestown Massacre, World Vision took over Jonestown. . *In The Black Hole of Guyana: The Untold Story of the Jonestown Massacre*, John Judge painstakingly documents that Jonestown was a CIA operation for converting dispossessed and lonely refugees into assassins. In an operation that was falling under Congressional investigation, the evidence had to be eliminated – and nearly all the inhabitants were murdered to prevent disclosure.[88]

The assassin John Hinckley's brother Scott Hinckley, and Neil Bush were not only friends, but had recently partied together and were scheduled to have dinner with each other that very day. Also, on the very day John Hinckley

attempted to kill Reagan, three Department of Energy auditors were pressuring Hinckley's brother Scott, with a $2 million penalty. This penalty would later disappear.[89] George H.W. Bush, with his new found 'Emergency' powers, would deny Al Haig's formal request for an investigation into the assassination attempt.

The covert business dealings with the Iranians and Israelis which originated with Kashoggi and Kimche in July 1980 in Hamburg with the October Surprise arrangement, would grow into a larger covert operation over the years, and provide an opening to the Soviet KGB that would allow the U.S. to fund a coup against Gorbachev in 1991. In this operation, a number of key Bush policy advisors and operatives would conduct what they collectively viewed should be the "honorable and right" foreign policy of the U.S., rather than what Congress had determined what that policy should be by law. The October Surprise operation would grow and be overshadowed by the larger Iran-Contra operation. Members of Bush's covert intelligence cadre sold weapons to Iran, an avowed enemy of the U.S., and illegally used the profits to continue funding anti-Communist rebels, the Contras, in Nicaragua. Viewed as anti-communists, the CIA Director characterized them as being motivated by greed.[90] The premise of using covert funding to fight the cold war would re-emerge a few short years later when the Bush cadre decided to take on the Soviet Union.

The entire Iran-Contra operation almost fell apart in 1986 and became public when the Nicaraguan government shot down a U.S. plane carrying weapons to the Contra rebels, and captured the U.S. pilot- Eugene Hasenfus. The discovery of these shipments - a violation of U.S. law - initiated a series of Congressional investigations and an investigation by an Independent Counsel. The meetings in Hamburg and Paris which were held to prevent an October Surprise were never mentioned, and the two pilots who flew Bush to Paris were immediately imprisoned and discredited when they sought to testify in front of Congress. A court would later find the charges against the pilots to be without support, but by that time their testimony had been blocked and discredited.

> "Gunther Russbacher.. claimed to have videotape proof and sixteen witnesses to his having flown George Bush to one of the October Surprise meetings."[91]

Ari Ben-Menashe a major Israeli coordinator of these deals, would also testify that he had personally seen George H.W. Bush at the Paris meeting

> "In June, I also testified under oath, in closed session, before the Senate Foreign Relations committee. I stated unequivocally that I had, seen Bush in Paris."[92]

According to Ari Ben-Menashe, a major Israeli coordinator of these deals, four of the five supply chains set up to arm Iran were never investigated, and continued to operate right through the Congressional Hearings on Iran Contra.

> "...Tower knew perfectly well there was an ongoing arms channel. Yet the Tower Commission made no mention of it. In February 1987, while Tower was investigating a minor part of the sales to Iran, the Joint Israel-Iran Committee, together with Robert Gates, ran the biggest ever arms supply operation to Iran. The official inquiry was better than any smokescreen we...could have dreamed up."[93]

Quite simply, the Iran-Contra team continued to violate the law even while being investigated by Congress. There were a few indictments and convictions as a result of the Iran-Contra affair, but generally those involved were exonerated. Bush later pardoned the few lower level government officials that were indicted and convicted. Dick Cheney was one of the Congressional committee members that decided that no crimes had been committed, and that Bush was not involved. Robert Mueller, who as U.S. Attorney headed the Noriega (a related Iran-Contra inquiry)[94] and the BCCI investigations,[95] found no evidence pointing to illegal behavior by George H.W. Bush. His subsequent investigation into Enron found no wrong doing by Enron.[96] Mueller would later be called up to head the WTC Investigation.

To support this cover-up of the Iran-Contra operations, witnesses had to be silenced.

> "Navy Lt. Commander Alexander Martin was, in effect, the chief accountant for the Reagan/Bush drug operations run by Marine Lt. Col. Oliver North, through an obscure arm of the White House National Security Council called the National Programs Office. In a radio interview with talk show host Tom Valentine last July, Martin spoke not only of drugs and money, but death. "Out of roughly 5,000 of us who

*were originally involved in Iran-Contra, approximately 400, since 1986, have committed suicide, died accidentally or died of natural causes. In over half those deaths, official death certificates were never issued. In 187 circumstances, the bodies were cremated before the families were notified. "Martin then said he was lying low."[97]*

*"The Manhattan D.A. who closed the American branch (of the BCCI) announced that 16 witnesses had died in the course of investigating the bank's entanglements in covert operations of the CIA, arms smuggling to Iraq, money laundering and child prostitution." [98]*

*"From October 30th to Christmas eve there were four attempts to kill, me and our friend William Smith, who everyone thinks is a high ranking Naval Intelligence officer. During that same time over fifty CIA operatives, their wives and families were killed in an attempt by the Robert Gates faction of the CIA to cover its tracks before Clinton's team came to power. After the last attempt on my life, my husband's SEAL team arranged safe passage for me to Vienna, Austria, where I stayed until Robert Gates was removed as Director of the CIA."[99]*

Ari Ben Menashe writes that Amiran Nir was assassinated to prevent his testimony at the trial of Oliver North. That testimony would have implicated George H.W. Bush.[100]   Senator John Heinz and Senator Towers would later meet the same fate as Amiran Nir – death by plane crash. The pattern of taking the lives of anyone who created a risk of exposure of these National Security operations was repeated in 1991, and again in 2001.

The names of the individuals involved in the Iran-Contra scandal include:
• George H.W. Bush
• Adnan Khashoggi
• Oliver North
• David Kimche
• Richard Secord
• Richard Armitage
• Russell Hermann
• Bob Gates
• Shiek Kamal Adham
• Khalid bin Mahfouz
• Dick Cheney
• Farhad Azima
• Alton G. Keel Jr.
• Bruce Rappaport
• Alfred Hartmann
• Porter Goss
• Richard Armitage
• Shaul Eisenberg
• Robert Mueller

Most of these would become the key operatives in the secret war  against the Soviet Union.

As the Iran-Contra operation was unfolding, on the other side of the world, another important development was occurring.  Ferdinand Marcos, the pro-U.S. dictator of the Philippines was being muscled by the Bush foreign policy machine to hand-over to the U.S. by what is estimated by some to be possibly as high as an additional 73 thousand tonnes of the remaining Golden Lily Treasure. At that time, the treasure had an estimated value of $500 to $600 billion. [101]

The individuals associated with this operation were
• George HW Bush
• Adnan Khashoggi
• Oliver North
• Russell Hermann
• Paul Wolfowitz

U.S. intelligence operations had been siphoning off the Marcos gold for three decades. Ferdinand Marcos, however, continued to discover even more of the buried treasure. Marcos had started to sell it on the market during the 1970s in bits and pieces, with the assistance of Adnan Khashoggi.[102] For some unknown reason, the Enterprise decided they wanted it all in 1986. That reason is now known – being to fund a war against the Soviet Union. Vice President George Bush ultimately took the gold from Marcos in 1986 when Marcos was forced out of office. It is estimated that Marcos was in possession of 73,000 tonnes of gold at that time.[103] In removing Marcos from office, the U.S. was supported by his General Fidel Ramos, who defected from Marcos's ranks to support Corazon Aquino. Fidel Ramos was later made a Board member of the Carlyle Group. The Marcos gold was removed to a series of banks, most notably Citibank, Chase Manhattan, Hong Kong Shanghai Banking Corporation, UBS and Banker's Trust, and held in a depository in Kloten Switzerland. Bush administrators involved in the forced departure of Marcos were Richard Armitage and Paul Wolfowitz.   Adnan Khashoggi was also involved, helping move the gold. It was at this time that Khashoggi , Shiek Kamal Adham, Khalid bin Mahfouz, and Peter Munk would create a Canadian gold mining company called Barrick Gold.

- Adnan Khashoggi was the international arms merchant that has supported the October Surprise and Iran-Contra deals and helped Marcos sell his gold on the market;
- Shiek Kamal Adham was Chief of Saudi Intelligence;
- Khalid bin Mahfouz was a Saudi investor in several Bush family companies…notably Harken Energy, and a 20% owner of the BCCI.

Much later, Kashoggi and Adham would be primary investors in a Dubai base company named Oryx. Oryx, along with U.S. investor Wally Hilliard would be the owner of Huffman Aviation where Mohammad Atta and several September 11 hijackers would do their flight training.[104 105]  Hilliard would later be shown to have the backing of the Bush family, Jeb Bush in particular. [106]

Barrick would become a quiet gold producing partner for a number of major banks, and its activities subject to an FBI investigation into gold-price-fixing. The records on this investigation were kept in the FBI office on the 23rd floor of the North Tower which was destroyed by bomb blasts shortly before the Tower collapsed. The ultimate destination of the Golden Lily Treasure, and the source of the 'loaned' gold that flooded the market for 10 years  has never been officially explained.

A key player in the Marcos gold would be Banker's Trust, which was taken over by Alex Brown  & Sons, after Banker's Trust floundered financially on its Russian loans in the mid 1990s. These Russian loans were facilitated by Enron, starting in August of 1993, and very possibly were part of the Project Hammer takeover of Soviet industry. Alex Brown's involvement would bring to the forefront the names of three names of individuals who would play multiple roles in this mystery:
- Buzz Krongard
- Mayo Shattuck
- J Carter Beese Jr.

Buzz Krongard is reported as the mentor of Beese and Shattuck from their years together at Alex Brown. Additionally, he managed the merger between Bankers Trust and Deutschebank Alex Brown. Bankers Trust, Zurich was a key Marcos gold holder.  Krongard would move on to become Chairman of the investment bank A.B. Brown, Vice Chairman of Banker's Trust, and Executive Director of the CIA at the time of September 11.

Mayo Shattuck would be reported to be the personal banker for Adnan Khashoggi and Edgar Bronfmann during their partnership at Barrick Gold.[107] He would move on to become the CEO of Deutschebank who would resign as CEO for unexplained reasons the day after September 11, and would not be at the WTC office that day when the tower collapsed. It was his bank that was identified as the source of the illegal stock options that indicated there was insider trading taking advantage of the September 11 tragedy.  After September 11, he would immediately move over to the firm that would replace Enron as the primary oil and gold derivatives trader – Constellation Energy.

Carter Beese, before showing up to work at Alex Brown was schooled at the CIA training facilities of the U.S. War College and John Hopkins. George H.W. Bush appointed him to the board of directors of the Overseas Private Investment Corporation in 1992.  Since 1992, OPIC has provided more than $4.5 billion in finance and insurance to more than 140 projects in Russia. He was also Chairman of Riggs Bank, as well as an SEC Commissioner (appointed by Bush.) Additionally, he was Chairman at Alex Brown from 1994 to 1997, and would move from there to also be vice-Chairman of Bankers Trust. He was also President of Riggs Capital Partners.  Riggs controlled the

famous Riggs-Valmet consultants who set up the international financial apparatus for the Russian oligarchs and rogue KGB allowing them to steal the Soviet treasury and destroy the Russian economy. Carter Beese's death was reported as a suicide in 2006.

What happened to the Marcos gold after it was confiscated by U.S. agents in 1986 has never been reported, but throughout the early 1990s, the world gold market would be befuddled by the mysterious appearance of thousands of tonnes of gold which appeared to suppress the price of gold. An initial lawsuit was opened against the U.S. Government by renowned lawyer Mel Belli, who represented a relative of the deceased Santa Romana, attempting to claim his gold from Citibank.[108] That suit remained open in 2007. There were two subsequent lawsuits introduced in the U.S. against a number of financial institutions and Alan Greenspan to determine the source of this gold. Gold traders suspected the U.S. Treasury was the source of this gold, and contended that U.S. gold stock was being illegally manipulated for private gain by the bullion banks. The first lawsuit by Reginald Howe was seen as having merit and cause, but was denied by the court for jurisdictional reasons. A second suit by Donald W. Doyle of Blanchard in which Barrick Gold was a primary defendant was settled out-of-court in 2006 and sealed under agreement. Barrick was also mentioned in the Howe suit as a knowledgeable party. In 1992, Barrick had received special treatment from George H.W. Bush during the last several days of his Presidency, when for a nominal $10,000, Barrick received rights to mine deposits 'valued' at $10 billion on public domain lands in Nevada.[109] While there was nothing illegal to the arrangement, a special process put in place by President Bush allowed Barrick to use outside specialists to determine the value of the claim, allowing them to control the appraised value of the deposit. That special process was not made available to other mining applicants. Shortly thereafter, George H.W. Bush served on the Advisory Board of Barrick Gold. In the long term, the Barrick operation would create billions of dollars of paper gold by creating 'gold derivatives', under the reports that a Nevada claim whose potential was doubted by industry experts had actually produced a fortune.[110] A major distribution channel for the sale of Barrick's gold futures would be Enron. Enron would also become the vehicle by which oil and gas contracts from the former Soviet Union (vehicles for Soviet money-laundering) were processed, and it too would become collateral damage of the Cold War.

Interestingly, Barrick, which has no mining operations in Europe, uses two refineries in Switzerland: MKS Finance S.A. and Argor-Heraeus S.A. – both on the Italian border near Milan, a few hours away from the gold depository in Zurich. The question that Barrick and other banks needed to avoid answering is: what gold was Barrick refining in Switzerland, as they have no mines in that region?

## The Vulcan's Covert Economic War on the Soviet Union

Having found a source of funding for an economic war against the Soviet Union, it appears the Bush 'war cabinet' who called themselves "the Vulcans" laid out a four phase strategy. These Vulcans would be the very same individuals brought back to public service by George Bush Jr 10 eight years later, under the guidance of the elder Bush and Dick Cheney.

In preparation for their war against Communism, and in the years leading up to the failed –or faux -coup of August 1991 which initiated the last days of Gorbachev and the rise of Yeltsin, Bush and a cadre of rogue KGB officials built a complex international network of banks and holding companies that would be used to takeover ownership of the Soviet economy. Over 300 of these KGB traitors who supported this operation would later be re-located to the US in the early 1990s and pensioned.[111] Periodic CIA reports to Congress would review KGB and organized crime complicity in the takeover of Russia by criminal elements, but all mention of the formidable role of the U.S. would be expunged from Congressional oversight and the public record.[112]

In the first phase of the economic attack on the Soviet Union, George Bush authorized Leo Wanta and others to destabilize the ruble and facilitate the theft of the Soviet/Russian treasury. This would result in draining the Russian treasury of between 2,000 to 3,000 tonnes of gold bullion, ($35 billion at the time).[113] This step would be critical to prevent a monetary defense of the ruble and destabilize the currency. The gold was 'stolen' in March of 1991, facilitated by Leo Wanta and signed off by Boris Yeltsin's right hand man. The majority of the leaked reports from the CIA and FBI suggest the theft of the Russian treasury was a KGB and Communist party operation, but what those reports omitted was the extensive involvement of Boris Yeltsin, the U.S. CIA and the U.S. banking industry.

A key player on the Soviet side of this theft with Wanta was Gregori (a.k.a. Georgy, Georgii) Matyukhin, former KGB official who had been made the first Chairman of the Central Bank, and after the collapse of the economy, was made to resign "for health reasons".[114]    In fact, it was Matyukhin who authorized large capital transfers to Chechnya, the source of the Chechen 'advice notes' that Kozlov attributed to as the source of the theft of the Soviet Treasury.

> "It all began in the summer of 1991 when Ruslan Khasbulatov, First Deputy of Boris Yeltsin who was then Chairman of the Supreme Soviet of the RSFSR, decided to help his fellow countrymen and instructed head of the Central Bank of the RSFSR Grigory Matyukhin to provide peasant farms in Chechnya with credits…. after the fulfilment of Khasbulatov's assignment, the tiny republic became the largest issuer in the RSFSR. The share of the incomes of the population paid through money printing exceeded 40% (17% on average across the country). The cash sums received by co-operatives in banks exceeded the cash which they returned by 50 times, which was also far above the level of other territories."[115]

Later, it was discovered that Matyukhin was actually working for the CIA.[116]

In the second phase, Wanta, George Soros and a group of Bush appointees would begin to destabilize the ruble. There were two major operations: the largest was coordinated by Alan Greenspan, Oliver North, and implemented by Leo Wanta. They are accused of fronting $240 billion in covert securities to support the various aspects of this plan.[117]  These bonds were created (in part or in whole) from a secretive Durham Trust, managed by ex- OSS/CIA officer, Colonel Russell Hermann.  This war chest had been created with the Marcos gold and possibly augmented by illegal inverted yield curve gains on the collateral held by the U.S. during the global debt resettlement on 1989.[118]

The coup would be the third phase.  The KGB was well aware of President Bush's eagerness to see a collapse of Gorbachev. Many who observed the coup described it as faux coup, which was never intended to succeed Yeltsin himself writes in his memoirs that the coup was actually a veiled, pro-Yeltsin coup.[119] The generals who conducted the coup said the same.[120]

The 1991 coup against Gorbachev was engineered by KGB General Vladimir Kruchkov[121] who reported to General Victor Cherbrikov.  Both of these men were business partners with Robert Maxwell, a British financial mogul, a documented Israeli secret service agent, and a representative of U.S. intelligence interests.  Maxwell assisted Cherbrikov in selling military weaponry to Iran and the Nicaraguan Contras during the course of the Iran Contra deals, and made hundreds of millions of dollars available to Cherbrikov's Russian banks.[122]    Shortly before the attempted coup of 1991, Maxwell met with KGB General Vladimir Kruchkov on Maxwell's private yacht. [123]  A year earlier, it had been Maxwell that initiated the dialogue about a coup with Kruchkov.[124]  In the same month as the coup, Maxwell was in Russia and received $780 million dollars from the CIA via the Israelis to pass on to General Kruchkov.[125]  Maxwell's chief U.S. connection was Senator John Tower, who was long time confidante of George H.W. Bush and participant in the October Surprise.  After his Senatorial career, Tower actually worked for Maxwell on the Board of one of Maxwell's smaller publishing firms - Pergamon-Brassey.  In this operation, Maxwell was supported by a former four star general, a retired U.S. Air Force General and a retired British Major General.[126] It was Tower who released a statement exonerating Bush from involvement in the October Surprise before the Tower Commission had interviewed even a third of the scheduled witnesses.  This statement is now seen as all the more brazen in that the commission was provided with eye-witness testimony from two individuals who said they saw Bush at the meeting, as well as being provide a list of 16 more witnesses and a video-tape.[127][128]   Tower had arranged for the Israeli government to provide a $1 billion dollar loan to Maxwell in 1988,[129] and given the generosity of U.S. financial aid to Israel, it might be fair to argue this was a pass-through loan.[130]   Tower had introduced Maxwell to George Bush in 1976, for the sole purpose of using Maxwell as an intermediary between Bush and the Soviet Intelligence. [131]   Shortly after the coup, Maxwell died mysteriously on his yacht after attempting to blackmail the U.S. and Israeli intelligence operations. It is widely rumored that he was assassinated by either CIA or Mossad agents in lieu of them delivering his expected blackmail payment. Maxwell's link back to George Bush died just as mysteriously. Senator Tower died in a plane crash and under suspicious circumstance in April of 1991. Maxwell's wife was advised by a CIA agent to discourage any investigation into her husband's death if she valued her life.[132]   The audio tapes he kept of his phone calls with Kruchkov disappeared.[133]

The coup was presented by the media as the haphazard, poorly organized effort of dissident hard-liners, suggesting a group of senior, hardened military officials got drunk, and in a moment of absent-mindedness, decided to overthrow the government.

> *"The accounts reportedly given by the three imprisoned plotters suggest that their coup was haphazardly planned. Mr. Pavlov, for example, said the plotters simply hoped that the Supreme Soviet would approve their action and that afterward "things would be worked out." Mr. Yazov said that at a key meeting on Aug. 18 at which the coup was planned, he, Mr. Kryuchkov and a third plotter, Boris K. Pugo, former Interior Minister, who later committed suicide, were all drunk. Mr. Pavlov told his interrogators that he also consumed "quite a decent amount of alcohol" at that meeting. "[134]*

It was widely reported that three of the nine primary conspirators committed suicide after the failed effort. What was rarely mentioned was that two of these senior veterans were thrown out of windows, and a third – Boris Pugo, shot himself in the head three times.

> *"What's the hardest way to kill yourself? Three bullets to the head certainly ranks. According to Moscow police sources, that was the actual cause of death for coup conspirator Boris Pugo, the Soviet Interior Minister who was officially described as having "committed suicide" when the August putsch fizzled. As for two other top Communist officials reported to have killed themselves by leaping from windows, sources say they probably were pushed in order to silence them. They apparently knew too much about the smuggling of Communist wealth out of the country as the party collapsed."[135]*

The only individual officially linked to the death of Boris Pugo was Viktor Erin, the KGB officer personally involved in the 'arrest' of Boris Pugo[136] Erin would later become a General Director for Bank Menatep, and be accused of loan fraud and theft, as part of Putin's crackdown on the Yeltsin gang.[137]    Rather than being a coup about 'policy and honor,' like so many events linked to Project Hammer, the coup was all about the money. The CIA was moving hundreds of millions of dollars to the Generals before the coup through Robert Maxwell.[138] The people who could best explain the transactions were apparently murdered. The group responsible for the murders are then later linked via Bank Menatep to the financial groups that funded the coup. As for the other traitors in the coup, they were all released from prison two years later by Yeltsin.[139]

The coup  actually seems to have been a long time in the making, with Yeltsin having discussed the coup with Bush during his visit to the United States in June of 1991.[140] That same summer, Yeltsin dined 'discretely' with the Chairman of the New York Federal Reserve, Gerald Corrigan, while the rest of the Moscow mission dined with Gorbachev.[141] The discussions prompted by Maxwell with Kruchkov regarding Kruchkov's interest in a coup are dated to the summer of 1990.[142]

The coup began the dissolution of the Soviet Union[143] and the beginning of the reign of Boris Yeltsin and his 'family' of Russian Mafiya Oligarchs, and President Nursultan Nazarbayev of Kazakhstan. At that point, the two out of three votes required to dissolve the Soviet Union were in the pocket of President George H.W. Bush, those being the votes of Yeltsin and Nazarbayev.

In the final phase, a series of operatives assigned by President George H.W. Bush would begin the takeover of prized Russian and CIS industrial assets in oil, metals and defense. This was done by financing and managing the money-laundering for the Russian oligarchs through the Bank of New York, AEB and Riggs Bank. All of them, notably Blackstone Investment, would be out to line their own pockets.[144] Blackstone would ultimately turn out to be the investor behind Larry Silverman's purchase of Building 7 of the WTC six weeks before the September 11 attack.[145]   By controlling financial interest in the loss of the WTC, this group could quiet any investment community demand for investigations into the criminals behind the WTC attack.

A closer look at other activities leading up to these phases makes it clear that is was a U.S. orchestrated intelligence effort from the beginning.  The economic war also involved Gerald Corrigan of the NY Federal Reserve Bank, George Soros, an international currency speculator who was responsible for crashing the British pound a few years earlier,  former  Ambassador to Germany R. Mark Palmer, and Ronald Lauder- financier and heir to the Este Lauder estate. Palmer and Lauder would lead a group of American investors in an Operation

called the Central European Development Corporation, and combine forces with George Soros and the NM Rothschild Continuation Trust.[146]  This group ending up controlling Gazprom, the Russian natural gas giant, while the Riggs group ended up controlling Yukos, the oil giant.  Ownership for both remains largely 'hidden' today, and its front men enduring the hardships of the Russian wrath by spending time in prison.

In 1988, Riggs Bank, under the direction of Jonathon Bush and J Carter Beese, would purchase controlling interest in a Swiss company named Valmet.  Stephen Curtis, a lawyer from Dubai, controlled Valmet. Curtis died in a helicopter crash in 2005, shortly after telling a friend that if he died in the near future, it would not be an accident.[147] In early 1989, the new subsidiary of Riggs called Riggs-Valmet would initiate contact with a group of KGB officers and their front-men to start setting up an international network for moving money out of the former Soviet block countries.[148]  In 1989, Jonathon Bush as an 'official' representative of his brother, would tour Eastern Europe and the Ukraine. In November 1989 George H.W. Bush appears to have arranged for Alton G. Keel Jr, a former National Security Agency Director and a minor player in the Iran-Contra scandal, to go to work at Riggs Bank, where Jonathon Bush – George's brother was an executive Vice President. Keel would head up the International Banking Group.[149]  This bank would later be used to funnel money to mujahedin terrorists in Bosnia by Richard Perle, [150] but for now, its target was to become the controlling owner of a small Swiss bank operation known as Valmet. The Riggs-Valmet operation, as it became known, would become the 'consultants' to the World Bank and to several KGB front operations run by future Russian oligarchs Khordokovsky, Konanykhine, Berezovsky and Abromovich. The Riggs-Valmet agents would advise the top four oligarchs in how to construct their vast money laundering schemes, and would provide guidance to western investors by touring Russian oil and gas operations to provide guidance on investing.[151] These soon to be Russian oligarchs had been set-up as front men by KGB Generals Aleksey (a.k.a. Alexei) Kondaurov; and Fillipp (a.k.a. Phillip) Bobkov, who would also sponsor Anton Surikov, also reported as an agent for Western Intelligence.[152] Both Kondaurov and Bobkov previously reported to Victor Cherbrikov, who worked with Robert Maxwell.  Both Bobkov and Kruchkov (the August coup leader) were ideologically aligned[153], and worked together on structuring the Communist Parties economic activities starting in October 1990.[154] Kondaurov and Alexandre Konanykhine would bring a here-to-fore unknown politician and construction foreman named Boris Yeltsin from the hinterlands of Russia to the forefront of Russian politics through generous campaign financing, providing 50% of Yeltsin's campaign funding.  In the meantime, Riggs Bank was quickly solidifying banking relations with a couple more of the old Iran-Contra scandal participants: Swiss bankers Bruce Rappaport, and Alfred Hartmann.  It is through this group that George Soros was engaged, who then opened a second front assault on the ruble. Rappaport and Hartmann would also extend their operations network to include of the Bank of New York, and from Israel, The Eisenberg Group. It is at this stage of the operation that three more groups would be brought into the plan by Rappaport and Hartmann: The Russian Mafiya, the Israeli Mossad, and the Rothschild family interests represented by Jacob Rothschild.

Soros and Rapport would ensure that the Rothschild financial interests would be the silent backers for a number of the undisclosed deals. By example, ten years later when Vladimir Putin sent Khordokovsky to prison for money laundering and tax evasion, Khordokovsky would identify Jacob Rothschild as his major silent partner, and 'sign over' his shares in the oil giant Yukos to Rothschild before he went to prison.[155]  The Rothschild interests would also been seen on the board of directors of Barrick Gold, which may have been used to launder Russian and Philippines treasury gold, and later on the Board of the mercenary operation Diligence whose Russian arm would be a Russian mercenary operation known as Farwest Ltd.[156] Farwest was controlled by Anton Surikov, another ex KGB/CIA agent sponsored by Bobkov and Kondaurov.

Rappaport  would also introduce  an American  gentleman named "Bob Klein" to the Russians and his Bank of New York partners. Klein worked with the operation for several years, and when the Feds began its inquiries into the Bank of New York money-laundering scandal in the late 1990s, no one could prove Bob Klein ever existed, and he simply vanished.[157] No one ever thought to suggest that the presence of this "spook" indicated this was an intelligence operation from the very beginning.

In the fourth phase of the secret war, the Enterprise worked on several fronts to take over key energy industries. On the Caspian front of this economic war, James Giffen was sent to Kazakhstan to work with President Nazarbayev in various legal and illegal efforts to gain control of what was estimated to be the world's largest untapped oil reserves -Kazak oil in the Caspian. Despite much testimony to the contrary, the U.S. government would deny that Giffen was working on its behalf.[158] Giffen would later be tried in the U.S. for money

laundering and corrupt practices. Giffen was convicted but apparently never sentenced. This is a common technique used by the U.S. Department of Justice where the silence of the convicted party is required.  The illegal flow of money from the various oil companies would reach a number of banks.  These same oil interests would engage March Rich and the Israeli Eisenberg Group, owned by one of the Mossad's key operatives, Shaul Eisenberg, to move the oil. (The Eisenberg Group would at some point own almost 50% of Zim Shipping, which mysteriously and inexplicably moved out of the World Trade Center a few weeks before the September 11, attacks.)

Meanwhile, across the Caspian Sea, Bush had assigned a wide array of former Iran-Contra operatives to take a role in Azerbaijan, with the thought of 1) disrupting the flow of oil to Russia, 2) creating an opportunity to build a pipeline from the Caspian to the Black Sea, and 3) taking over rights to oil plots on the western shelf of the Caspian.  Initially, he sent in the covert operatives Richard Armitage and Richard Secord who worked with their old colleague from the Mossad, David Kimche, and their old arms running colleagues Adnan Kashoggi and Farhad Azima to hire, transport, and train  several thousand Al Qaeda  mercenaries to fight on behalf of the Azeri freedom fighters![159] Osama Bin Laden was reported to have been part of this mercenary force set up Armitage and Secord.[160] Osama  Bin Laden had been retained by the CIA to recruit Afghan mercenaries starting in 1979.[161] The recruiting role would later be transferred from Bin Laden to a company called the Allied Media Corp.[162] Coincidentally, the Allied Media Corp. would be linked through the Moroccan American Chamber of Commerce to Hassan Erroudani, a Florida business partner of Mohammed Atta, the agent reportedly responsible for the September 11th attacks.   In a second wave of the Azeri operation, Bush would support the creation of the US Azerbaijan-American Chamber of Commerce and its Advisory Board which included Dick Cheney, Richard Armitage, Richard Perle and Karl Mattison of the Riggs Bank.[163]

Those were the major operations launched to collapse the Soviet economy and take over it's key assets.  These operations were assisted by a range of  allies of the Bush strategy, and traitors to the Soviet Union.  As the Soviet Union collapsed, they would line their own pockets, and those of their western backers.

On the Soviet – Russian side of these activities, the record shows that the early oligarchs were sponsored and protected by two KGB Generals

- Generals Aleksey (a.k.a. Alexei) Kondaurov;
- Fillipp (a.k.a. Phillip) Bobkov.





These generals, in turn, would be sponsors for the Yeltsin family oligarchs and indirectly accused of arranging for Muslim terrorist activities to enhance the political future of the Yeltsin family.[164]  The individual sponsored by them to coordinate private military activities was Anton Surikov."  He would be a founder of the Russian private military group named Farwest Ltd. Farwest was an ex-KGB/Russian military operation which would be reported to be used by the Yeltsin family to hire phony "Muslim terrorists" for the purpose of enhancing the Yeltsin family control on the Russian economy. Members of Far West would be reported by French and US agencies to have dealings with Shamil Basayev, who was trained at CIA funded camps in Afghanistan and Pakistan.[165] Besides his connections to Afghanistan, Basayev was an associate of the Al Qaeda operative Abu Hafs.[166]  According to local reports, Abu Hafs was allowed to escape by American forces, and according to one report, was actually captured and released by American forces in Georgia.[167]

Basayev would be reported to be paid by Far West to wage Muslim attacks on Russian civilians.[168]  Adnan Khashoggi was reported to be the intermediary for that arrangement, with the meeting taking place at his villa on the Mediterranean. Farwest is   financially linked to Alexei Kondaurov and Khordokovsky through The Institute of Globalization Studies (IPROG) for which Surikov works. Far West has received clearance from the CIA to work for Halliburton and Diligence. [169]

Diligence and its sister company New Bridge would demonstrate the Western political and financial muscle working with the Yeltsin family. Its key members would include

- Chairman Richard Burt, Director of Deutschebank Alex Brown, thus linked to Carter Beese, Mayo Shattuck and Buzz Krongard;
- Neil Bush, son of President George HW Bush;
- Ed Rogers, lobbyist and US spokesperson for Shiek Kamal Adham and Adnan Khashoggi, and the Russian Alpha Group. As spokesperson for the Alpha Group, this high level lobbyist represented  one of the major Russian crime organizations;
- Lord Powell, who was previously reported on the Advisory Board of Barrick, is widely reported as a spokesperson for the Rothschild family  investments;
- William Webster, former Director of the CIA and Director of the FBI

These men, with Halliburton, would become the employers of Far West . In doing so, they would demonstrate their willingness to hire and retain political terrorists. Ultimately the Bush organization partnership with Farwest demonstrates:

- *that Adnan Khashoggi, a key participant in multiple aspects of the 9/11 motive and planning, clearly had no hesitation to facilitate operations which result in political terror and mass murder, and a documented track record of doing just that!*
- *that the Bush family financial apparatus, including Dick Cheney, conducts on-going business with an organization (Farwest) that arranges contract political terror using Muslim terrorists with the same background as Al Qaeda, and is a major drug conduit!*
- *that the Russian/Israeli Mafiya family (the Yeltsin Family in particular) that has reaped billions of dollars from Bush largesse since 1991 uses the same political terrorist professionals as the Bush led intelligence operations!*
- *that the Bush apparatus belli  had other channels besides Armitage and Secord to hire Al Qaeda trained mercenaries!*

## The Oligarchs and the West

In the late 1980s, under Gorbachev, Generals Bobkov and Kondaurov sponsored several bright young "Russian' entrepreneurs, and arranged for them to work with a group of consultants out of Switzerland know as Riggs-Valmet.[170] This was the very same Riggs operation set up by George Bush in 1988 under the watchful eye of his brother and former National Security Council director. The names of these first generation oligarchs were

- Mikhail Khordokovsky
- Alexander Konanykhine
- Boris Berezovsky (Berezovskii)
- Roman Abramovich

Alexander Konanykhine would be responsible for up to half of the campaign financing for an unknown Russian Congressman from the remote regions of Russia known as Boris Yeltsin. Yeltsin would win the election and become President of Russia. Under KGB protection, Konanykhine opened a series of banks used for moving Russian money out of Russia, most notably the Russian Exchange Bank, the European Union Bank and his partnership with Mikhail Khordokovsky in the Bank Menatep. The European Union Bank was actually a money laundering operation in Antigua run as an internet bank. The computers used to operate the bank were traced to Val Kulkov, an associate of Konanykhine, at Suite 347, 1429 Pennsylvania Avenue in Washington DC. The internet address for the bank belonged to a block of Internet addresses owned by a company called Aegis. Thayer Equity Investors, of 1445 Pennsylvania Avenue, which controlled Aegis at the time, is located on the third floor of the same building. Thayer Equity's address was also used at one time by the Hohlt Group, which now resides at 1433 Pennsylvania Avenue, virtually right down the hallway. Interest is taken in these groups, because the men who control them are major financial power brokers of the U.S. Republican Party: Frederick Malek (Thayer Equity ) and  Richard Hohlt (the Hohlt Group). Hohlt is a reported associate of Richard Armitage.

Oligarch Mikhail Khordokovsky would be responsible for setting up the primary financial organization for taking over Russian oil and gas industries, as well as moving money out of the country: Bank Menatep. Over time, Riggs would reduce its control of Bank Menatep from 51% to a public 4%, although total ownership of the institution remains cloaked by offshore privacy allowances. Khordokovsky's dealings would also involve a takeover of the gas industry: Gazprom, and with it AEB, which had been originally controlled by Palmer and Lauder.

Oligarch Roman Abramovich worked with Valmet-Riggs to buy into the Siberian oil giant Sibneft.[171] Abramovich started with an energy trading company called Runicom which was owned totally by Valmet-Riggs. The true beneficial owners of Runicom were never disclosed. [172]Abramovich ran his operations out of the offices of one of the Swiss subsidiaries of Bruce Rappaport, the former BCCI and Iran-Contra banker. Their start-up business was trading oil and gas.  As part of his trades, he would soon engage  and partner with Oligarch Boris Berezovsky.

Oligarch Boris Berezovsky reportedly received his start as a used car dealer, with strong Mafia connections. He too would be reported to have received guidance from Riggs-Valmet, and would become partners with Roman Abramovich. His role appears to have been providing the 'muscle' behind various financial takeovers where there was a reluctance to sell.

The four of them would control the Russian oil and gas industry, and be front men for the hidden beneficiaries set up under the guidance of the consultants of Riggs-Valmet.  This report speculates that the hidden beneficiaries, if ever found, would ultimately expose the illegal beneficiaries of the Black Eagle Trust, Project Hammer etc., and would be one and the same as the beneficiaries of the $240 billion security clearance in the aftermath of September 11th.

South of Russia, in Kazakhstan, President Nursultan Nazarbayev was working initially with James Giffen to open the oil flow to western economies. Shortly after Giffen established a foothold,  Nazarbayev was working with  Shaul Eisenberg, Marc Rich, Dick Cheney and George Soros. The FBI investigation into James Giffen's activities that might have violated the U.S. Corrupt Practices act had its records stored on the 23rd Floor office of the FBI in the World Trade Center. The scope of the Giffen trial was limited by the court to activities from 1994 and forward, against the protests of Giffen's lawyers. The lawyers contended they needed the scope of Giffen's activities opened as far back as 1991, so that Giffen could show he was working under White House directives. Pulitzer prize winner Seymour Hersh reported that there were thousands of illegal oil swaps made during the early years under President  Nazarbayev's – but none of these ever came to light during the Giffen trial. [173]

## The Great Ruble Scam

With an understanding of the economic war being waged on the Soviet Union, the focus needs to turn to reports that on September 11, 1991, President George Bush was responsible for issuing $240 billion dollars in secretive bonds as a part of this attack.

There are six lines of evidence from eight sources that suggest this was indeed the case. Many of these instances are corroborated with documents available on the internet, presented by those making the claims.[174]

1.  There has been a body of investigative reporting that suggests that between 1991 and 1992, the ruble was under a massive attack, with an unknown source of funding. The capital flight from the Soviet Union in U.S. dollars was estimated by Fidel Castro at $500 billion, and by Gorbachev at one trillion dollars. Somebody had to put up the lion's share of funding for those dollars. The most authoritative source on the subject, Claire Sterling, writes that unknown intelligence operations were behind the attack.

> *"The fact that scarcely anyone outside Russia has heard of the Great Ruble Scam may be explained partly by its seemingly unbelievable details, but partly, too, by Western reluctance to touch exquisitely sensitive political nerves. Western governments rejoicing in the collapse of the evil empire wanted to assume, and to all appearances did assume, that all the evils in an emerging democracy emanated from politicians identified with the fallen communist state. Not one was prepared to acknowledge indelicate evidence to the contrary. The ability of three or four characters to mount such a planet wide operation, their extraordinary impact on what was still a world superpower, and their singular immunity from beginning to end suggest the guiding hand of not just one, but several intelligence agencies."*[175]

Documentation supporting the contention that there was 'cash' in this order of magnitude floating around Russia in 1991 and 1992 is also found in Stephen Handelman's book Comrade Criminal. Handelman, who appears to have had access to KGB files brought back to the U.S. after the collapse of the Soviet Union, notes that prior to 1991, the Russian Communist Party had a reserve of 435 billion rubles of 'freely convertible hard currency," and that in the summer after the coup, there were unnamed individuals in Russia who could provide up to 300 billion rubles on a months notice.[176] In the former instance 435 billion rubles in July of 1991 converts into $240 billion. This fund was converted and moved out of the Soviet Union, and the ruble scam would have needed to provide hard dollars in that order of magnitude. A year later, Handelman's second examples suggests criminal individuals had at their disposal $3 to $4.5 billion on short notice.[177] By comparison, at the same time, the U.S. Congress could not pass a $10 billion appropriation bill due to mandatory budget ceiling constraints.

2.  Andrei Kozlov, First Deputy Head of Russia's Central Bank, was heading an investigation into the loss and reported the theft at 400 billion rubles from the Central Bank in 1991. (Not to be confused with a similar scam run out of Chechnya in 1992 on a much smaller order of magnitude.) These rubles were stolen by someone putting hard currency securities in remote Chechen banks as collateral for Russian loans and then making the collateral notes disappear from the remote banks at the same time the funds were being withdrawn.[178] While the black-market value of a ruble was about $1, the 'official' conversion rate at the time was 1.8 rubles/dollar. Using the official US dollar equivalent for 400 billion rubles, the theft converted to $222 billion. Kozlov was gunned down shortly after announcing he was close to understanding where the 400 billion rubles went. The head of the Central Bank at that time – former KGB official Georgy Matyuhin – who authorized these credits, on behalf of Yeltsin an at the request of Yeltsin's First Deputy, Khasbulatov was retired after he was reported to be a CIA asset.[179]

3.  Mrs. V.K. Durham, wife of Russell Herman, who was a fund controller for the CIA's covert fund, has contended in sworn testimony that George H.W. Bush, Oliver North and Alan Greenspan forced her husband into relinquishing the funding for the bonds on that date. They later forged Hermann's signature on related financial transactions.[180] She also claims they were responsible for his death three years later because Hermann believed these funds were the property of the U.S. citizens rather than the private slush fund of the Bush circle, and protested the manner in which they were being used. Wanta has since maintained a similar stance, that the earnings from his covert operations should be public funds rather than a covert slush funds used by U.S. presidents.[181]

4.  Several sources from the Office of Naval Investigation (ONI) have released over 100 pages of bank transactions detailing transactions in the range of 100s of billions of dollars. These are the same files released also by Derek Vreeland from a Canadian prison, from which he warned his guards about the forthcoming attack on the World Trade Center. Vreeland contended he was an ONI operative.[182] The files cover three periods of transactions which correspond to this covert war on the Soviet Union; While the transactions do not directly show securities going to the Soviet Union, they do support the theory that the Bush Vulcans were spending massive amounts of cash in a manner inconsistent with US Federal budget spending caps in effect at the time, and moving massive funding into covert accounts at key trust funds – most notably Pilgrim Investments, to the account of "Jorge" Bush. (Jorge is Spanish for George.)

- the first series of transactions in August to October 1989 coincides with the Mexican and Latin American debt resettlement. During this period it has been contended that Bush was responsible for generating 300 hundred billion dollars in illegal earnings by making other countries debt collateral disappear for a few months, while whoever was holding this collateral profited from August 11 to October 6 on what is known as a period of a rare the "inverted yield curve."

- the second series of transactions from September 24 to October 10, 1990 period would most likely represent funding for the purchase of the Soviet gold treasury, and the movement of Communist Party funds out of the Soviet Union. Leo Wanta reports having started his efforts at this time.

- the third series of transactions from May 27-28th 1991 would most likely represent funding for his Ruble destabilization program

5. Documents released from Leo Wanta's files for these bonds provide great detail about the Soviet deals:
   - These bonds were used to fund an undesignated "joint venture" with Russia [183]

     Coincidentally, On 14 September 1991, Vladimir Shcherbakov, the last First Deputy Prime Minister of the Soviet Union, formed the International Foundation for Privatization and Private Investment [FPI] with two other partners. The second partner has never been revealed. The third partner was the now notorious Austrian firm, Nordex GmbH. The International Foundation for Privatization and Private Investment [FPI]. would be one of the major organizations involved in the Bank of New York money-laundering scandal and a major crime front. Interpol would be reported as making Marc Rich one of the founders of Nordex. Marc Rich would be pardoned by President William Clinton, presumably for his services to the US in arranging for the collapse of the Soviet Union, although the reasons for his pardon have never been made public.

   - These bonds were backed by Swiss gold held in vault in the free trade zone in Kloten, Switzerland [184].

     The Kloten repository resides at the Zurich airport, which the Marcos gold hoard as well as the stolen Soviet treasury gold was reported as being stored at.

     *"…tons of the loot was liberated by Ferdinand Marcos before his ouster. Billions of dollars worth were shipped overseas by American intelligence agents and the Mafia. Much of the horde was cabbaged away in a high-security, subterranean storage cache buried beneath the Zurich airport.*[185]

   - The bonds were made conditional to loan acceptance by government officials in the USSR [186]

   - These bonds provided, in part, of payments of currency from Lehman of at least $100 million per day for an indefinite period of time [187]

   - These bonds provided, cash funneled to Russia through the Deutschebank [188]

6. Depositions on Project Hammer seems inextricably linked to the same banks and funds as the information being documented by Vreeland, ONI and Wanta:
   - General Earl Cock's deathbed deposition in April 2000 describes Citibank's and John Reed's central involvement in Project Hammer in the last quarter of 1991 as being funded with $223 billion dollars, of mostly CIA moneys. Cocke also references the use of baby bonds to collaterize these funds, which are 10 year bonds. Cocke describes the source of these funds as "accounts, participants or players" with the accounts converting to bank ownership upon the death of the controlling party, and then to the government. This matches exactly what Sterling and Peggy Seagrave claim happens to the gold accounts opened by agents of the US;[189]
   - Roelfo Van Rooyen's deposition in 1995 describes Project Hammer as a 1991 CIA operation.[190]

Information and documents released from 9 independent sources all merge into the same story
1. Leo Wanta – imprisoned on trumped up tax charges to keep him quiet.

2. U.S. Office of Naval Intelligence – destroyed on September 11 to keep them quiet.
3. Derek Vreeland– imprisoned to keep him quiet, now in hiding.
4. Major Colonel Erle Cocke – deathbed confession of co-conspirator.
5. Andrei Kozlov– Russian Central Bank director, gunned down to keep him quiet.
6. Claire Sterling – international correspondent co-opted and hired by CIA to keep her quiet. Deceased.
7. V.K. Durham – ignored, but not silenced.
8. Sterling and Peggy Seagrave – authors and historians, received multiple death threats to prevent publication. of their book on the Marcos Gold– now in hiding;
9. David Guyatt, independent reporter and published author.

## The September 11th Cover-up of the Black Eagle Trust and Project Hammer

With the bonds out in the market, they sat for ten years, like a ticking time bomb.  At some point, they had to be settled -or cashed in, on September 11, 2001.  The two firms in the U.S. most likely to be handling them would be Cantor Fitzgerald and Eurobrokers – the two largest government securities firms in the U.S. The federal agency mostly involved in investigating those transactions was the Office of Naval Intelligence

On that day, those same three organizations: the two largest government securities brokers and the Office of Naval Intelligence in the US took near direct hits. Actually, the jetliners hit immediately below the targeted offices, assuring that the flames would engulf the floors above. This targeting strategy was also used on the 23rd floor of the North tower, which was an FBI evidence repository holding information on allegedly illegal gold transactions.

The attacks had a related agenda. It seems that the covert Cold War operation started in 1989 had resulted in a series of foreign and U.S. allegations of financial impropriety, and as a result there were at least nine federal investigations being conducted into bank accounts related to these operations. All of these investigations were initiated, in 1997-98 timeframe, which was the same year that Osama Bin Laden - after twenty years of recruiting Mujahadeen for the U.S. covert wars - announced a *fatwa* against the US. (A key understanding here is that federal investigations are preceded by a period of 'quiet' investigation before an official investigation is publicly announced.)

1) The Marcos Gold Hearing began in Los Angeles, in August 1997. The banks and accounts involved in that hearing, were the Swiss banks:  UBS, and Bank Julius Baer.
2) The Eizenstatz Report and a public campaign waged by the Simon Wiesenthal Center  launched suits against three Swiss banks.
3) The Reginald Howe suit- in which the U.S. bullion banks were accused of dumping U.S. Treasury gold on the market illegally. The Reginald Howe & GATA Lawsuit  was filed on Jan 8, 2000 naming  Deutschebank (a.k.a. Deutschebank Alex Brown),  U.S. Treasury, Alan Greenspan, Federal Reserve, Citibank, Chase, as defendants. Also mentioned as having non-public knowledge of the scheme are Gerald Corrigan and Barrick Gold. (The 2000 filing suggests investigations began long before.)
4) The Bank of New York money laundering scandal: the Department of Justice was under pressure to investigate accounts of multiple individuals who benefited from these transactions: Loutchansky, Marc Rich and Berezovsky (Berezovskii.)  The FBI investigation started in the Fall of 1998, The investor lawsuit was opened  in September 1999.   These investigations involved accounts at Credit Suisse, Union Bank of Switzerland (UBS), Dresdner Bank, Westdeutsche Landesbank and Banque Internacionale of Luxembourg All of these individual would at some point be mentioned as playing a role in the money laundering scandal at the Bank of New York, that would ultimately be reopened in 2002, after being buried for three years by federal prosecutor Mary Jo White, a first cousin to former President George Bush.
5) The Avisma law suit was filed Aug 19, 1999 naming as defendants Bank Menatep, Harvard Institute for International Development, and the Bank of New York;
6) The federal investigation of Konanykhine's European Union Bank:  The Konanykhine  investigation was begun by the INS in February 1999.  Other banks included in that investigation would have been the European Union Bank and  Bank Menatep.
7) Richard Giffen/Mobil Oil scandal- The FBI Probe began in 1999, and would have involved accounts at Credit Suisse, Bank of New York, Cayman Islands, and the Deutsche Bank (a.k.a. Deutschebank Alex Brown).,

8)  Yeltsin's UBS accounts were being investigated for bribery.
9)  Kevin Ingram would testify that he had advised Bob Graham in advance that the World Trade Center was to be attacked. This Deutsche Bank executive was convicted of laundering money for weapons purchases for Muslim terrorists through Pakistani agents; The Ingram investigation was begun by the FBI as early as July 1999, and involved the Deutschebank (a.k.a. Deutschebank Alex Brown).

The records for some of these investigations resided in Building Six, Building Seven and on the 23rd Floor FBI office in the North Tower. The account structure set up by the U.S. intelligence operations was besieged by investigations from nine different directions, any one of which may have exposed the source of that funding, and traced it to its Black Eagle Fund origins. Those investigations needed to be diverted.

What happened inside the buildings of the World Trade on September 11 is difficult, but not impossible to discern. The government has put a seal on the testimony gathered by the investigating 911 Commission, and instructed government employees to not speak on the matter or suffer severe penalties, but there are a number of personal testimonies posted on the internet as to what happened in those buildings that day. Careful reconstruction from those testimonies indicates the deliberate destruction of evidence not only by a targeted assault on the buildings, but also by targeted fires and explosions. In the event that either the hijacking failed, or the buildings were not brought down, the evidence would be destroyed by fires. In addition to the investigative evidence being destroyed, the Federal Register reported that the physical securities held by the brokers in their vaults had been destroyed.

What would be even more revealing would be the actions of the Federal Reserve Bank and the Securities and Exchange Commission on that day, and in the immediate aftermath. As one of many coincidences on September 11, the Federal Reserve Bank was operating its information system from its remote back-up site rather than it's downtown headquarters. The SEC and Federal Reserve system remained unfazed by the attack on September 11. All of their systems continued to operate. The two major security trading firms had their trade data backed up on remote systems. Nevertheless, the Commission for the first time invoked its emergency powers under Securities Exchange Act Section 12(k) and issued several orders to ease certain regulatory restrictions temporarily.

## The Federal Reserve Suspends the Rules

On the first day of the crisis, the SEC lifted "Rule 15c3-3 - Customer Protection--Reserves and Custody of Securities," which set trading rules for the following processes:

> *The [seller] is not permitted to substitute other securities for those subject to this agreement an therefore must keep the [buyer's] securities segregated at all times, unless in this agreement the [buyer] grants the [seller] the right to substitute other securities*
> *Notification in the event of failure to make a required deposit.*
> *Physical possession or control of securities.*
> *Required Disclosure*
> *Control of securities/Requirement to reduce securities to possession or control.*

Simply, GSCC was allowed to substitute securities for the physical securities destroyed during the attack.
> *"…collateral substitutions can and should be made with regard to immediately maturing collateral."* [191]

Subsequent to that ruling, the GSCC issued another memo expanding blind broker settlements. A "blind broker" is a mechanism for inter-dealer transactions that maintains the anonymity of both parties to the trade. The broker serves as the agent to the principals' transactions.

> *"The only repo transactions entered into by blind brokers should be those done in direct furtherance of clean-up and reconciliation efforts. No new blind brokered business should be executed."* [192]

At this point in time, the Federal Reserve and its GSCC had created a settlement environment totally void of controls and reporting – where it could substitute valid, new government securities for the mature, illegal securities, and not have to record where the bad securities came from, or where the new securities went – all because the paper for the primary brokers for US securities had been eliminated.

This act alone, however was inadequate to resolve the problem, because the Federal Reserve did not have enough "takers" of the new 10 year notes. Rather than simply having to match buy and sell orders, which was the essence of resolving the "fail" problem, it appears the Fed was doing more than just matching and balancing – it was pushing new notes on the market with a special auction. It appears some of the beneficiaries wanted to cash out!

> *"Acute settlement problems with the on-the-run ten-year note led the U.S. Treasury to reopen the issue on October 4 and hold an unusual "snap" auction of new ten-year securities."[193]*

If the Federal Reserve had to cover-up the clearance of $240 Billion in covert securities, they could not let the volume of capital shrink by that much in the time of a monetary crisis. They would have had to push excess liquidity into the market, and then phase it out for a soft landing, which is exactly what appears to have happened. In about two months, the money supply was back to where it was prior to 9/11. How the Federal Reserve managed this feat is explained in the following section.

## The Federal Reserve and the Three Card Monte

On of the most common scams on the streets of urban America is a set up of three card Monte. The intricacies of the scam are legion, but essentially, the dealer's sleight of hand which fools the mark is covered by a rapid rotation of the three cards. It was the rapid rotation of the securities settlement fails in the aftermath of September 11th appears that to have allowed the Bank of New York and the Federal Reserve to engage in a securities refinancing that resulted in the American taxpayer refinancing the $240 billion originally used for the Great Ruble Scam.

A review of the explanations for the actions of the Federal Reserve after September 11th exposes an amazingly complex web of analysis and speculation. The reports published by the Federal Reserve argue that the Federal Reserve's actions increasing the monetary supply by over $300 billion were justified to overcome operational difficulties in the financial sector. While impressive as the reports are, what is noted by the casual reader is that all of the Federal Reserve analysis is speculative and suggestive, using phraseology such as "may have," "likely," "presumably," or "should have." There are few - if any - definitive statements about root cause and the appropriateness of the Federal Reserve response.

The general perspective of the industry is captured in such comments as:

> *"The destructive force of the attacks themselves caused severe disruptions to the U.S. banking system, particularly in banks' abilities to send payments. The physical disruptions caused by the attacks included outages of telephone switching equipment in Lower Manhattan's financial district, impaired records processing and communications systems at individual banks, the evacuation of buildings that were the sites for the payments operations of large banks, and the suspended delivery of checks by air couriers." [194]*

> *"Following September 11, open market operations were aimed at satisfying the financing needs of the severely disrupted government securities dealer community, leaving to the discount window the task of elastically providing balances to satisfy demand at the target rate. The huge additions of funds following September 11 were therefore a by-product of operating procedures designed to target the overnight funds rate.[3]"[195]*

> *"Fails rose initially because of the destruction of trade records and communication facilities. They remained high because the method typically used to avert or remedy a fail—borrowing a security through a special collateral repurchase agreement—proved as costly as failing to deliver the security."[196]*

Reading statements like this are suggestive that there were massive, wide spread disruptions in the system. These were the conditions that "led policymakers to depart so significantly from previous debt management practices." [197]

While the facts presented by the Federal Reserve analyst's reports are true, as presented they tend to distort what really happened in the aftermath of the attack. In truth, while the analysts reported disruptions at over 800 banks, a deeper look at the reports indicated that only "a few" were seriously disrupted. The order of magnitude of disruption

at any bank was never quantified, with the exception of one. Even that statement however, detracts from the data which suggest that the disruptions were essentially concentrated in one bank – the Bank of New York.   (The same Bank of New York was being investigated for money laundering charges in relation to the economic pillaging of Russia   by criminal oligarchs who were financed with the covert securities purportedly being laundered in the aftermath of September 11th.)  This is because while the Fed was reporting outstanding account balances over $100 billion per day (while not identifying the banks involved), the Wall Street Journal reported:

> "At one point during the week after September 11, BoNY publicly reported to be overdue on $100 billion in payments."[198]

The Deutschebank, which sat inside the World Trade Center and was totally decimated, reported no such account balance increase, and JP Morgan, the other of only two clearing banks which uses the same traders and communications hub, reported no such increase in its account balance. No one has publicly asked: why is it that these other two banks were not seriously disrupted, while the Bank of New York – which had no structural damage, seemed unable to operate? Understanding what was happening at the BoNY becomes critical to understanding the securities settlement issues:

> "GSCC and several dealers could not verify what came into and what left their custodial accounts at BoNY, they could not advise BoNY of securities they expected to receive, and they could not give BoNY instructions for delivering securities. Additionally, GSCC was unable to verify the movement of funds into and out of its account at BoNY (GSCC Important Notice GSCC068.01)."[199]

In a world of coincidences, The Bank of New York (which had over 8,000 employees in its downtown location), lost three employees that day. One of those three employees was a man who was in the best position to explain how the attacks would have impacted BoNY. His name was Michael Diaz-Piedra III, a former West Point graduate and son of a Cuban exile.  Michael was the Vice-President of Disaster Recovery Planning for the Bank of New York.   In the aftermath of September 11, he was reported as being an employee of Bank of America, or holding another position at the BoNY.





**Michael A. Diaz-Piedra, III**
Age: 49
Location on 9/11: WTC
Occupation: Bank of America, Vice President
Visit Michael's 9/11 Living Memorial Page

Finally, with respect to the Bank of New York operations and the level of disruption experienced on September 11th, an important element needs to be highlighted. Disruptions to the financial system were attributed to the loss of the communications hub in downtown Manhattan. The telephone network operations center (NOC) or hub was decimated when the WTC collapsed onto it. However, the BoNY Funding Transfer operations, which reportedly could not communicate with the Fed, were located in Utica, New York, and had none of its communication abilities impaired. Moreover, the four BoNY back-up datacenters were all located within 46 miles of Manhattan, and could and did deliver data on tape regularly to the Fed via courier.

In a reported setting of half truths and speculation by Federal Reserve analysts made to appear as facts, review of the reports of the financial aftermath of September 11th suggest:

- The disruptions to the U.S. financial system were not as widespread as the reports from the Federal Reserve would have the public believe, but that the public had to be made to perceive a widespread need for declaring a national financial emergency, suspending key provisions of the Federal Reserve Act and driving the 'ten-year special rate' to almost zero.
- Certain key unknown figures in the Federal Reserve may have 'conspired' with key unknown figures at the Bank of New York to create a situation where $240 billion in off balance sheet securities created in 1991 as part of an official covert operation to overthrow the Soviet Union, could be cleared without publicly acknowledging their existence.
- These securities, originally managed by Cantor Fitzgerald, were cleared and settled in the aftermath of September 11th through the BoNY. The $100 billion account balance bubble reported by the Wall Street Journal as being experienced in the BoNY was tip of a three day operation, when these securities were moved from off-balance-sheet to the balance sheet. (The off-balance-sheet process is described by banking advisor to the US Presidents Earl Cocke, who admitted under sworn testimony to managing Project Hammer funds – the suspected source of these illegal securities.)
- By reducing the 'ten-year special rate' to almost zero, the Fed structurally increased the number of refinancing (Repo) settlement fails. Under the umbrella of this artificially created statistical bump of fails, the high level of fails due to the laundering of the $240 billion was able to be processed unnoticed.
- The cover for this bubble is found in the footnotes to the BoNY annual and quarterly reports, which report that the BoNY took over $330 billion of commercial securities business from U.S. Trust between June and October of 2001, although the assets under control of U.S. Trust in 2000 were reported by two sources as $80 or $86 billion.[200]

## Federal Reserve Management of the Aftermath of September 11

There were two key disruptions reported in the financial markets:

1) Excessive account balances in a few banks reportedly contributing to an increase in the account balance in a wide array of banks which required a massive infusion of credit to stabilize the Federal Reserve system. These accumulations started appearing on September 12th and ran through the 18th. They resulted in the addition of $300 billion to the US monetary supply, which initiated the on-set of the sub-prime market.

2) A reported excessive number of fails in securities settling requiring the lifting of controls on settlements. There were two reasons reported for these fails:
- Missing trade data due to loss of communications and data;

- Refinancing (Repo) settlements had lost any financial incentive to avoid fails because the special rate for 10 year notes was dropped to almost zero.

The first wave of fails is attributed to the BoNY situation.

> *"In the absence of complete information on deliveries into and out of its account at BoNY on September 11, and as a result of its assumption of settlement fails on the starting legs of blind-brokered RPs, GSCC recorded (after the close of business on September 11) $266 billion in transactions that apparently failed to settle…. Continuing connectivity problems prevented GSCC from giving BoNY delivery instructions after the close of business on September 11 and prevented it from acquiring information on activity in its account at BoNY during the day on September 12. Consequently, GSCC recorded $440 billion in settlement fails as of the close of business on September 12."[201]*

## Excessive Balances Increasing the Supply of Money

On over-riding consideration in the Fed's management of the aftermath of September 11th was the concentration in account balances at the Federal Reserve.

> *"It is clear that the concentration in account balances at the Federal Reserve—rising more than fourteen-fold from its normal levels on the days following the terrorist attacks—was a most unusual event…. If a large proportion of the balances in the banking system concentrate in one bank's account, then other banks will face, all else being equal, higher costs of making payments, or alternatively may face liquidity constraints on their borrowing, which could preclude their submission of further payments."[202]*

It may seem a small detail, but note the qualifying statement: "all else being equal." An alternative explanation could be to move off-balance sheet liabilities to the balance sheet and claim the offsetting claims are in the rubble of the World Trade Center.

### Fedwire Funds Transfer Value and Volume, and Aggregate Opening Balances with the Federal Reserve: September 10-21, 2001

| Date | Volume | Value (Billions of Dollars) | Balance (Billions of Dollars) |
|---|---|---|---|
| September 10 | 436,312 | 1,591 | 13 |
| September 11 | 249,472 | 1,216 | 13 |
| September 12 | 332,433 | 1,696 | 44 |
| September 13 | 376,937 | 1,952 | 104 |
| September 14 | 423,256 | 2,009 | 121 |
| September 17 | 462,522 | 2,312 | 111 |
| September 18 | 419,126 | 1,978 | 46 |
| September 19 | 401,420 | 1,836 | 19 |
| September 20 | 433,771 | 1,921 | 15 |
| September 21 | 442,293 | 1,832 | 13 |

Source: Federal Reserve Bank of New York.

Chart taken from [Liquidity Effects of the Events of September 11, 2001, James J. McAndrews and Simon M. Potter, Federal Reserve Bank of New York Economic Policy Review, November 2002, p.64.]

A key consideration is the pre-9/11 daily average for this balance: "For commercial banks, these balances consist of either required reserve balances, excess reserve balances, or service-related balances.3 These balances and service-

related balances for August 2001 averaged $14.65 billion per day.4 [203]   This makes the actual surges due to the attack show a net impact of $352 billion on the account balance over the remainder of the week .

| Federal Reserve Balance adjusted for normal daily average to reflect true impact of attack. | Reported Balance (Billions) | Adjusted Balance Due to Attack (Billions of Dollars) |
|---|---|---|
| September 12 | 44 | 29 |
| September 13 | 104 | 89 |
| September 14 | 121 | 106 |
| September 15 | 111 | 96 |
| September 16 | 46 | 31 |

What appears to be the case is that the Federal Reserve imbalances reported  on three consecutive days in the aftermath were largely concentrated at the Bank of New York, which is reported to represent over 90% of the imbalance, suggesting the Bank had been the recipient of massive fund transfers, and unable to send out transfers.

"At one point during the week after September 11, BoNY publicly reported to be overdue on $100 billion in payments.[204]

This supposedly was due to major communication and system failures.

"The crucial government bond processing, for example, had a system in which a second computer was receiving and processing all the data going into the main computer, making it ready to pick up at a moment's notice…. As it turned out, though, even the expensive backup system was unable to get the government bond business up and running smoothly. That is largely because of problems maintaining the communications links that receive information on trades from its customers and report their positions back to them. "In many cases our backup sites were dealing with our customers' backup sites," Mr. Renyi said. And though the bank had established communications lines in advance connecting these various backup centers, they often were of low capacity and typically had not been fully tested and debugged.   Even a week after the attack, the Bank of New York was having trouble with some crucial communications links, like its connection to the Government Securities Clearing Corporation, a central part of the government bond market. On several days that week, the bank had to drive computer tapes with its trades to G.S.C.C. offices."[205]

"On September 11, we were able to continue processing, as our funds transfer business unit is in Utica, New York, until the telecommunications lines went down later in the day in lower Manhattan. After that, excess liquidity quickly built up because we were unable to process all securities and cash transactions in a normal manner. The increase in the balance sheet went away very quickly, however, as we returned to normal processing by Friday and handled the backlog over the weekend."[206]

In fact, none of the BoNY's systems failed or went non-operational.

"Bank executives argue that some of the criticism has taken on some aspects of urban legend, especially the notion that the bank was in disarray because the main backup for its computer center in Lower Manhattan was at another location in Lower Manhattan.  The bank says that all of its several computer centers in Manhattan were always set to revert to centers outside the city in case of emergency, and they did on Sept. 11." [207]

Even more to the point, the Bank's Fund Transfer operations are located in Utica New York, and its communication systems remained untouched.

Where the inconsistent reporting gets interesting is that Todd Gibbons of the BoNY reported an "increase" in the volume of securities on September 11.

> *"The contingency site muse be able not only to accommodate normal business loads, it must be able to accommodate extreme business surges, such as we saw in the first day in the equities market. Our contingency plans had included the ability to handle a great amount of excess capacity; and we were able to handle the increase in volumes…."[208]*

However, the overall volumes for the day were 25% less than normal and one third of the volume or $400 billion came in after normal business hours in very few transactions. As seen in the chart below, overall transactions for the day were seemingly down even more significantly than volume, but the transactions that came in after closing were extremely large, averaging in size in packages of $35million or more. This would be consistent with a hypothesis that $240 billion of securities were being pushed surreptitiously into the money supply. Additionally, the conflicting information from the BoNY and Fed suggest the activity in the bank was different that that being reported to the public.

> *"August 2001, the value of Fedwire funds transfers averaged more than $1.6 trillion per day, while banks held about $15 billion on account.11 ….The value of funds sent on September 11 was $1.2 trillion, about three-fourths of the average for the benchmark period. However, unlike volume, the value of funds sent had returned to normal levels on the twelfth and was then at elevated levels for the next seven business days."[209]*



[Liquidity Effects of the Events of September 11, 2001, James J. McAndrews and Simon M. Potter, Federal Reserve Bank of New York  Economic Policy Review, November 2002, p65. ]

The Federal Reserve, without providing the detail required to substantiate it's claims, would have the public believe that there were widespread liquidity issues, when in fact the issues were very concentrated primarily, if not singularly, in the BoNY, which has been the subject of an ongoing major money-laundering investigation for many years. These account balance issues resulted in the *defacto* expansion of the monetary supply, details of which are no longer  reported by the Federal Reserve. The reported cause of this market malfunction is seemingly suspect. By comparison, the Deutschebank which sat inside the World Trade Center reported no such account balance increase, and JP Morgan, the other of two clearing banks which uses the same traders and communications hub reported no such increase in account balance.  Additionally, while problems were being documented between the BoNY and GCSS, no other institution had those problems.

*"…it is worth noting that settlements occurred at the major large-value private sector settlement systems (the Depository Trust & Clearing Corporation and the Clearing House Inter-bank Payments System [CHIPS]) on the eleventh and subsequent days."[210]*

There is every reason to believe activities in the BoNY in the aftermath of September 11th are worthy of suspicion.

## The Fails

In the aftermath of September 11th, the analysts at the Fed attributed the security settlement failures to two causes:
- the initial inability to match up trades with correspondent data, and
- the use of 'strategic' fails by brokers in the aftermath, when the special rate on securities was so low that there was no incentive to avoid the refinancing fail. This reduction in the special rate was attributed to operations to increase liquidity in response to excess balance issue discussed in the section above.

One key Federal Reserve researcher summarized it accordingly:

*"Fails rose initially because of the destruction of trade records and communication facilities. They remained high because the method typically used to avert or remedy a fail—borrowing a security through a special collateral repurchase agreement—proved as costly as failing to deliver the security. The U.S. Treasury responded to the fails problem by reopening the on-the-run ten-year note. The increased supply made borrowing the note more attractive than failing."[211]*

The standard remedy for a fail—borrowing a security through a special collateral repurchase agreement— fell apart when the Fed dropped the special rate to nearly zero. As a result, a second, ongoing 'wave' of 'fails' was created by removing the incentive for regular traders to avoid fails. It is this structurally created second wave that masked the underlying wave of fails due to the loss of the covert funding notes.

*"The Desk "had to accept the vast majority of propositions – even those offered at rates well below the new 3 percent target level – in order to arrange RPs of sufficient size." (Markets Group of the Federal Reserve Bank of New York 2002, p. 24) On Wednesday, the Desk accepted all propositions submitted, the lowest of which was ¾ percent: see Table 2. The effective federal funds rate sank to 1¼ percent on Tuesday and below that on Wednesday"[212]*

*"The incentive of a seller to borrow securities to avoid or cure a fail declines with the specials rate for the security. When the specials rate is near zero, a seller has little to gain lending money (at nearly no interest) to borrow the needed securities.13 This suggests that market participants may have little incentive to break daisy chains and round robins when the specials rate for a security is near zero. This aspect of the market is important to understanding the fails problem after September 11…. the specials rate for a security will be driven to its lower limit more frequently when the fed funds rate, and hence the general collateral rate, is lower. This follows because the gross compensation earned by a lender of securities at any given specials rate is the difference between the general collateral rate and the specials rate."[213]*

As shown in the following chart, the specials rate dropped by 200 -300 basis points, creating a disincentive to resolve short term, repo fails and creating a statistical flurry of fails.



## RP Rates for the Ten-Year Treasury Note and General Collateral

Sources: Bloomberg; GovPX.

Notes: The chart plots overnight repurchase agreement (RP) rates for the on-the-run ten-year U.S. Treasury note and general collateral from January 2 to December 31, 2001. "N" indicates the issuance of a new note and "R" indicates the reopening of an existing note.

[When the Back Office Moved to the Front Burner: Settlement Fails in the Treasury Market after 9/11, Michael J. Fleming and Kenneth D. Garbade, FRBNY Economic Policy Review / November 2002, p 41.]

The response of the Fed in bringing a new issue to the market at this time seems to have inadvertently (an assumption which should be challenged) been the source of continued lower "special rates" on the ten year note, and exacerbated the fail problem through the end of the year.   In the extended condition of a high level of settlement fails, it would require little effort to 'statistically hide' the settlement of the remaining $240 billion that may not have been cleared in the immediate aftermath. The three week lull of fails in October could easily represent the 30 day short term refinancing of the debt. As the debt came back to the market for permanent refinancing, a shortage of investors would result in more fails.



Source: Federal Reserve Bank of New York.

Note: The chart plots daily average settlement fails to deliver of U.S. Treasury securities as reported by the primary dealers for the weeks ending January 3 through December 26, 2001.

[When the Back Office Moved to the Front Burner: Settlement Fails in the Treasury Market after 9/11, Michael J. Fleming and Kenneth D. Garbade, FRBNY Economic Policy Review / November 2002, p 43.]

The critical perspective here is that in making the original paper on $240 Billion in covert notes disappear in the rubble of the World Trade Center, it would be implausible to refinance them in a few days without the financial world taking note. Notes could conceivably be refinanced for 30 days in the repo market, and the final refinancing extended for weeks, possibly months.

There is a contention that at the core of the September 11th attack, someone was planning to cover the 1991 issuance of $240 billion in covert securities used to finance the collapse the Soviet Union. The facts surrounding the financial aftermath of September 11 suggest this is not only possible, but that reports describing the aftermath have deliberately been misleading.
- The US dollar money supply was significantly increased in the aftermath of 9/11;
- The bank at the core of the illegal money laundering by ex-Soviet criminals was the source of the increased money supply (BoNY);
- The generally disseminated rationale for BoNY's operational problems seems to have affected no other bank in a similar manner or magnitude and is inconsistent with reports on the BoNY operations in the aftermath;
- A key witness who might provide insight to these issues is a statistically aberrant death;
- The source of the BoNY's $330 billion increase in assets is cloaked under the privilege of "private banking;"
- The only alleged "severe" disruption to the financial systems was the Federal Reserves account balance and the securities trading fails – both systems required to hide the laundering of $240 billion in covert securities.

This is not a 'proof' that $240 billion was laundered, but it provides probable cause for paying serious attention to Durham's claim that it was indeed what happened.  When one looks deep enough into the murky cloud of black ops and secret financing – the world of Durham's husband -  her claims regarding 1991 and 2001 begin to gather credibility.


## Mohammed Atta's Affiliations with Western Intelligence

Finally, if one looks at the affiliations of the attack leader and financiers, one will see multiple linkages to US covert operations and U.S. intelligence allies.

- Mohammed Atta, reportedly responsible for coordinating the attacks, trained his men and himself at the Huffman Aviation -Flight Training school. That school was funded by Wally Hilliard, with Oryx Corporation.[214] Oryx was founded by Adnan Khashoggi and Sheik Kamal Adham, director of Saudi intelligence (1963-79). Khashoggi was the individual that brokered the meeting between  terrorists and the Yeltsin Family. [215] Khashoggi was also extensively involved in the following Bush operations: October Surprise, Iran-Contra, Azerbaijan, Barrick Gold, Marcos Gold.
- Mohammed Atta during his time in the U.S. remained a close friend of Wolfgang Bohringer, an apparent CIA agent.[216]
- Hilliard, nominal owner of the training facility which acted as cover for the terrorists,  is a significant investor in a small California defense/electronics company (Spatialight, Inc.) with Farhad Azima, another of the Iran-Contra/Azerbaijan group. Azima's role had been to coordinate air transportation for covert US intelligence operations for Iran-Contra and Azerbaijan.
- Hilliard is reported as a close friend of CIA agent Mark Schubin, whose father was a KGB colonel.[217]
- Hilliard is also strongly linked to the Jeb Bush political machine in Florida, and has had his commercial transport operations endorsed by that group.[218]
- Mohammad Atta, as can best be determined, received funding from three foreign intelligence agencies aligned with the US: Pakistan, Syria and Germany. His father contended he actually worked for a fourth – the Mossad!
  - Director of the ISI (Pakistani) Intelligence (director-general Lt-Gen Mahmud Ahmad. The week of September 11, General Ahmad was meeting with Bob Graham, Porter Goss and Richard Armitage.[219] Gen Mahmud Ahmad was responsible for having $100,000 transferred to Mohammed Atta.[220]
  - While in Germany, Atta worked as  an employee of Tatex Trading which was owned primarily by Mohamad Majed Said, a former head of Syria's General Intelligence Directorate,[221]
  - In coming to Germany, Atta was funded with a scholarship and employed as a tutor by an organization known as Carl Duisberg Gesellschaft.[222] Subsequent Internet reports linked the Carl Duisberg Society to administration by the U.S. Information Agency, but this had not been verified by any government documentation. There are Internet reports that the scholarship was jointly funded by US AID.  The more interesting aspect of Carl Duisberg Gesellschaft is that it's Managing Director is Bernd Schleich, the same individual who is Managing Director of InWEnt (Internationale Weiterbildung und Entwicklung). If one investigates the activities and research of InWEnt, it appears to be a commercial intelligence operation that does studies on such matters as money-laundering, weapons trades, drug smuggling, and anthrax control in such places as South America, Central Asia and Africa. [223] Carl Duisberg Gesellschaft has a fellowship funded by Alpha Group, the Russian Bank represented in the U.S. by former George H.W. Bush administrators Ed Rogers and Lanny Griffith.[224]
  - Mohammed Atta's father claimed his son was working for the Mossad.[225] Supporting this view, Atta was reported as having left phone records of call to a company named "Virtual Prototypes."[226] Virtual Prototypes Inc. would later change its name to eNGENUITY Technologies.  It seems as though the type of work done at eNGENUITY was of more interest to the Israeli government, than it might be of use to a group such as Al Qaeda, as the Israelis made significant purchases from eNGENUITY three years later.[227]

- Mohammed Atta would be discovered to be a legal business partner to Hassan Erroudani, who through the Moroccan American Chamber of Commerce would be associated with the Allied Media Group, a major recruiter for US Defense organization and private security firms.[228] Their customers would include:

- USAF
- US Army
- FBI
- US Treasury
- Department of Justice
- Department of State
- CACI
- Young & Rubicam
- Burson Marsteller

Atta and his sponsor's were not *jihadists*. As a "terrorist pilot" he spent his last year in the U.S. in the companionship of two CIA pilots (Schubin and  Bhoringer). He trained his team at a facility financed by a known financier for CIA operations (Khashoggi). He was a business partner with a CIA recruiter (Erroudani). He was funded by up to four pro-CIA intelligence agencies.[229]

## Conclusion

History has many interpretations, and this report has been just one of many – an interpretation pieced together from the bold admissions and revelations of insiders, whose stories have been ignored and suppressed by the major media organizations.  It is an interpretation of history that suggests a few determined men strove to change the world in defense of western capitalism in ways which they felt needed to be hidden from the public.  Whatever emotion or logic that was adequate to cause them to hide their actions from the public was not strong enough to prevent them from committing the acts.  In changing the world, crimes were committed for the good of the American public, without the American public having a say in what it thought was in its best interest. To cover-up these crimes, thousands of innocent people had to be murdered. Hundreds of thousands of people across the globe have been subjected to the terrors of wars funded by this operation.  The 'few good men' responsible for these events make sure no one knows who is responsible, because in their hearts, they know that what they do is not acceptable to the American public. The alleged statements by Bush and Reagan are testimony to that point:

> Sarah McClendon: "What will the people do if they ever find out the truth about Iraq-gate and Iran contra? George H.W. Bush: "Sarah, if the American people ever find out what we have done, they will chase us down the streets and lynch us."[230]

> "If such a story gets out, we'll all be hanging by our thumbs in front of the WhiteHouse…."[231]

It might be fair to rationalize their crimes as collateral damage in a war to preserve the American standard of living, and that because they risk their lives to serve the American public, they are 'entitled' to reap the spoils of war. If thousands had to die to enrich the life and secure liberty for millions, is that not an acceptable sacrifice?

It might also be fair to suggest that these agents are nothing more than a criminal association of sociopaths and psychopaths, out to enrich themselves by means of violence, and who have murdered thousands, destroyed the livelihoods of tens of thousands, and caused endless misery, pain and death for millions in foreign lands. As a brotherhood always at war, they live under a motto of 'results at any cost' and they spin a web of deceit which allows the American public to tolerate their crimes.

It might be fair to view the politicians who use them as 'realists,' who accept the existence of both kinds of men, and use them to preserve and protect the American public, and like generals in war, be forced to make the 'hard decisions' on behalf of the citizenry.

It might also be fair to view the politicians as 'opportunists' who use the agents for their own personal gain. Most of these politicians made their fortunes by capitalizing on the death and misery of war which they forced others into unwillingly, and through deception. They have insider trading knowledge of secret funds that in actuality belong to the American public, and unlimited personal access to those funds.

Regardless of any personal interpretation, the process for ascertaining truth which has held consistent with the values of the American public has been a trial by jury, where the prosecutors and defense abide by the law to conduct a fair and impartial hearings of the facts. This report is based on hearsay evidence, and as a result, proves nothing. Hopefully, what it does is define hypotheses to be proven by subsequent archive research.

Americans had a chance in the 1980s to set the system straight, to enforce the law and prosecute those responsible for the Iran-Contra crimes. Americans could have sent a message that criminal behavior by its leaders is unacceptable. By not stopping this organization at that time, Congress and the American public allowed this criminal syndicate of American 'heroes' to continue to wreak even more havoc on the world in the name of the American public. This assault on the Constitution, freedom, democracy, the Geneva Convention, and the rule of domestic and international law has continued unabated for over 50 years. By refusing to re-open the widely discredited inquiry called the 9/11 Commission, and by refusing to address the covert funding that feeds this syndicate without accountability, the Congress seemingly becomes co-conspirator to past and future crimes. Ronald Reagan was correct: "….America will never make concessions to terrorists; to do so would only invite more terrorism. Once we head down that path, there would be no end to it, no end to the suffering of innocent people, no end to the bloody ransom all civilized nations must pay."[232]

Before his death, Erle Cocke testified that he though the whole operation had become too big for anyone to determine how to bring closure to it, and that those who wanted to see it ended just gave up. Given the thousands of people who have been murdered to keep this secret, and given the way witnesses that could implicate this group are treated, maybe those that gave up were encouraged to do so. Two questions remain: 1) Does the American public want to bring an end to this covert war, and 2) Is there a way to bring this to closure?

Two American Presidents – Kennedy and Carter – tried to bring this organization under control, and both were beaten by the machine. Hopefully, the lessons of their shortcomings will provide success in a third attempt.

> From the Hagakure:
>
> *To tell others that*
> *It is a rumor*
> *Will not do.*
> *When your own heart asks,*
> *How will you respond?*

EP Heidner
28 June, 2008

Author's Note: This is the condensed version of this story. The author cannot vouch for the accuracy of the source materials, although efforts have been made to validate the consistency of the story line with as many references as possible. There is no single fact or reference that this story is dependent on. The author expects some of the details to be disputed, and possibly disproved, but contends that the story line will hold true regardless.

**Twin Tower Casualties by Occupant/Linked to Floors**

| Company | Reported Deaths | Floor | Building | |
|---|---|---|---|---|
| CBS | 2 | 110 | Tower 1 | |
| Bronx Builders | 5 | 107 | Tower 1 | |
| Risk Waters Group | 17 | 106 | Tower 1 | |
| Windows on the World | 72 | 106 | Tower 1 | |
| **Cantor Fitzgerald** | **661** | **101-105** | **Tower 1** | |
| Nishi-Nippon Bank | 2 | 102 | Tower 1 | |
| Kidder Peabody-Paine Webber | 2 | 101 | Tower 1 | |
| Marsh & McLennan Cos. Inc. | 281 | 93-100 | Tower 1 | Plane struck 93rd to 98th |
| Fred Alger Management | 35 | 93 | Tower 1 | |
| Carr Futures | 69 | 92 | Tower 1 | |
| Metropolitan Life Insurance Co. | 2 | 89 | Tower 1 | |
| May Davis Group | 1 | 87 | Tower 1 | |
| Julien J. Studley Inc. | 2 | 86 | Tower 1 | |
| LG Insurance Co. | 1 | 84 | Tower 1 | |
| General Telecom | 13 | 83 | Tower 1 | |
| Bank of America | 3 | 81,9-11 | Tower 1 | |
| First Liberty Investment Group | 1 | 79 | Tower 1 | |
| International Office Centers | 2 | 79 | Tower 1 | |
| Alliance Consulting | 7 | 77 | Tower 1 | |
| World Trade Center | 2 | 77 | Tower 1 | |
| Sidley Austin Brown & Wood | 1 | 54, 56-59 | Tower 1 | |
| Hill International | 1 | 52 | Tower 1 | |
| Rohde & Liesenfeld | 2 | 32 | Tower 1 | |
| **Empire Health** | **11** | **17,19,20,23,24,27-31** | **Tower 1** | Bomb(s) supposedly planted on 23rd floor in unlisted FBI Office |
| **Lehman Brothers** | **1** | **2,4-21,24-26,29*** | **Tower 1** | |
| **Port Authority of NY and NJ** | **76** | **3,14,19,24,28,31** | **Tower 1** | |
| Garban Intercapital | 1 | 25,26 | Tower 1 | |
| Instinet (Reuters) | 4 | 13,14 | Tower 1 | |
| **Tower 1 Total** | **1275** | | | |
| Company | Reported Deaths | Floor | Building | |
| Sandler O'Neill & Partners | 67 | 104 | Tower 2 | |
| Aon Corp. | 170 | 92,99,100 | Tower 2 | |
| Fiduciary Trust International | 78 | 90,94-97 | Tower 2 | |
| Regus | 5 | 93 | Tower 2 | |
| Washington Group International | 13 | 22, 91st | Tower2 | |
| New York State Department of Taxation and Finance | 39 | 86,87 | Tower 2 | |
| Harris Beach LLP | 5 | 85 | Tower 2 | |
| **Euro Brokers Inc.** | 60 | 12, 84 | Tower 2 | |
| Chuo Mitsui Trust and Banking Co. | 2 | 83 | Tower 2 | |
| IQ Financial Systems | 3 | 83 | Tower 2 | |
| Fuji Bank | 15 | 79-82 | Tower 2 | Plane struck 78th to 84th |
| First Commercial Bank | 1 | 78 | Tower 2 | |
| Baseline Financial Services | 4 | 77-78 | Tower 2 | |
| Morgan Stanley | 9 | 43-46,56,59-74 | Tower 2 | |
| Seabury & Smith Co. | 1 | 49 | Tower 2 | |
| Lee Hecht Harrison | 1 | 21 | Tower 2 | |
| The Westfield Group | 1 | 17 | Tower 2 | |
| Verizon | 2 | LL,9-12 | Tower 2 | |
| Deloitte Consulting | 1 | 10 | Tower 2 | |
| Summit Security Services | 11 | B2 | Tower 2 | |
| Xerox Corp. | 2 | BSMT | Tower 2 | |
| **Tower 2 Total** | **490** | | | |

**Calculated from CNN listing of casualties**

# Footnotes

1     WTC Attack Destroyed Criminal Evidence , Dick Eastman, http://www.conspiracyplanet.com, October 26, 2001, see also Tom Flocco Interviews VK Durham – Financial Terrorism, Tom Flocco, November 26, 2006, http://tomflocco.com/; see also  Part 4: More reasons to not investigate 9-11, Karl W. B. Schwarz. (Schwarz's four part series is no longer at it's original website, and can be located  via search engine.)

2     See Casey: The Lives and Secrets of William J. Casey From OSS to the CIA, Joseph E. Persico, Penguin Books, 1990, p. 408.

3     See page 3 of the report.

4     See page 29 of the report to understand Federal Reserve actions.

5     See page  28 of the report, listing the investigations.

6     Brigadier General Erle Cocke's deposition in US District Court, Southern District of New York, April 13, 2000, April 13, 2000, (as provided in photostat version in Guyatt's Project Hammer Files), is a critical starting point for understanding the fund. In page 10 of the deposition, Cocke testifies he has reported to every President since Truman. See In Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, pp 96-99, the Seagraves explain the origins of  the fund and how Secretary of War proposed the trust to Roosevelt.

7     see "Wall Street counts the cost," September 13, 2001, BBC News: "Bond trader Cantor Fitzgerald - the largest dealer in US government bonds - appears to have suffered the heaviest losses for a single firm….ICAP, formerly Garban-Intercapital, the world's largest inter-dealer broker…."  From "Intra-Day Behavior of the Federal Funds Market', Leonardo Bartolini, Svenja Gudell, Spence Hilton, Krista Schwarz, Federal Reserve Bank of New York, May 2005  one finds: "Euro Brokers, one of the largest brokers of federal funds."

8     As the largest trader of US securities, over time, most of these securities would end up being held by Cantor, on behalf of their owners. There are however, additional activities identified at Canto-Fitzgerald which suggests a very strong connection to the US Intelligence world.

    a. Cantor Fitzgerald has what is described in the press as a long-standing relationship with the Office of Naval Intelligence, the one and only intelligence group that had offices remaining in the section of the Pentagon that was struck by the attacking flight. see At The Pentagon, Quirky PowerPoint Carries Big Punch: In a World of 'Gap' States, Mr. Barnett Urges Generals To Split Forces in Two, Greg Jaffe, Staff Reporter Of The Wall Street Journal, May 11, 2004

    b. A group of Cantor Fitzgerald executives and traders had been the primary 'financial/private sector' participants in economic war games the year earlier, and in 1997 as well.  These war games had been set up, and participated in by various U.S. intelligence agencies and the Council on Foreign Relations, and run out of the Cantor Fitzgerald offices.  It is of notable coincidence that the few published notes on the games indicated the primary trades analyzed during the games were trades in government securities, oil and gold. The coincidence is rooted in the observation that it is these three types of assets that have become the focal point of nearly any and all contrarian theories explaining the events of 9/11.See CFR Bankers Plan for Financial Crash, Richard Freeman, Executive Intelligence Review, July 28, 2000; Thomas P.M. Barnett, the Pentagon's New Map

    c. At least seven of the top Cantor Fitzgerald executives were absent from the office at the time of the attack. The President of Cantor Fitzgerald was taking his child to a first day of kindergarten, and six more executives were scheduled for a fishing trip that day. The trip was reportedly cancelled due to inclement weather at 8:00 am, but every picture of the WTC that day shows cloudless skies. One of the three, Retired Admiral William (a.k.a. Bud or Bill) Flanagan, is identified as a member of the Board of Directors of the Washington Group International.  Bill Flanagan's role in this theory is of import because he seems to have 1) had a major role in the 'economic war games' which may have been conducted from the Cantor offices simultaneously with the other six simulations being executed that day, 2) had corporate responsibility for two firms that benefited financially from the tragedies of 9/11 (Titan and CACI), and 3) had responsibility for a third firm that may have played a role in the actual attack (Raytheon) see: Fort Collins, Colorado, May 26, 2005, TomFlocco.com.  Flanagan would then become a VP of Titan Corp., the Defense contractor responsible for those contractors charged in the Abu Ghraib torture cases.

9     The issue of explosions within the WTC is contentious, although most of the literature focuses on Building 7. Little focus is placed on the events in the North Tower, 22nd through 25th floors.  The initial contention that the FBI offices on the floor were destroyed by explosives to cover up evidence crimes by US officials were initially made by  Dick Eastman. [See WTC Attack Destroyed Criminal Evidence , Dick Eastman, http://www.conspiracyplanet.com, 10/26/2001.] He references a report by Peter Jennings about the discrete  FBI offices in the building, not listed on the formal occupant roster. The facts which support his theory are

1) There was an inexplicable patter of death below the crash in the North Tower, compared to the South Tower. "Among the occupants *under the impacted floors in WTC 1, 72 people died*, whereas *under the impacted floors in WTC 2, 4 people died*. Some fraction of the deaths below the impacted floors in WTC 1 occurred in the elevators, which were carrying people at the time of impact."    [NIST NCSTAR 1-7A (Draft) ,Federal Building and Fire Safety Investigation of the World Trade Center Disaster, Analysis of Published Accounts of the World Trade Center Evacuation (Draft), Rita F. Fahy, National Fire Protection Association, Guylène Proulx, National Research Council Canada, September 2005, page 2.] Moreover, this pattern of deaths is concentrated in the occupants of the lower floors of the North Tower. With Empire Health reporting the loss of 9 employees and two subcontractors for "unknown Reasons." "At Empire Blue Cross Blue Shield, nine employees and two consultants died: "Some deaths are understood: One man, for example, stayed on the 27th floor with a disabled friend; both died. Other deaths remain a mystery. "We suspect some were in elevators" when the plane hit, vice president Deborah Bohren said. "But we don't really know." [World Trade Center Locked Stairwells/Evacuation Problems, Accumulating Comments on…. (c) 2001, Mike Barkley]

2) There is eye-witness testimony that the 22nd through 25th floors were ripped open, although nothing like this is reported elsewhere in the World Trade Center.

- 22nd floor ripped open
  "First plane hit our building at 8:45. We decided to evacuate from the 22nd floor after 15 minutes. The delay was because we did not know the extent of the damage; part of the *22nd floor was sheared away*…" http://www.huemer.com/   [Inside the North Tower: Witness Accounts, Floors 59-02, http://911stories.googlepages.com/insidethenorthtower:witnessaccounts,floo2]
  see also: FIRE2.pdf. 0900 hours, 58 minutes and 15 seconds. OPERATOR: Yes, on the 22nd Floor. You have people trapped there. ……..he said the floor has fell out of the building where he is. DISPATCHER: Underneath him? The floor? OPERATOR: Underneath him, yes.
  [9/11 NY Aircraft 'Witnesses', April, 7 2006 –Analysis, Nico Haupt April 7, 2006 http://www.911closeup.com/nico/witness_contradictions.html]

- 23rd floor ripped open
  "We made it up to the 22nd floor. We stood there for a couple minutes. I believe Andy Desperito talked to the battalion through the fire warden phones. We did locate somebody at the end of the hall, but everything was blown out. *The ceiling had fallen*. The drop ceiling had blown to the floor. Some of the walls were blown out. So Andy and I had crawled down the hallway to get to the Port Authority command post." [Firefighter LONG] on 22FLNT

- 25th floor ripped open
  "When we finally got to the door at the 24th, two women were holding the door open and screaming as they looked down the hall. Morbid curiosity got the best of me. I peeked my head through the door and saw that *ceiling had caved in from the above floors*. It looked like a tornado had come through the place." [http://groups.yahoo.com/group/PASCDiscuss/message/7,"From: j_montev@yahoo.com, "Date: Mon Sep 17, 2001 5:25 pm , "Subject: Personal Account]

3)  There is the inexplicable coincidence that an explosion has occurred on the floor with the command center, underneath the FBI Offices. It was an explosion that prevented the occupants of the hardened control room from escaping. "The bomb that went off on the 23rd floor of the North Tower near the moment of the first plane hitting the building was revealed indirectly on the 60 Minutes program a week or so later-- John Tebeak (Sp.?) the new wtc security chief being interviewed tells of his rescue of Port Authority workers on the 22nd floor totally buried in debris when the bomb-demolished  23rd-floor roof collapsed on them -- 30 stories below the airliner crash!  (I have this on tape, and have made the transcript, and can put you in touch with Steve in Maine who has the actual video. ) [Is there a connection between the 23rd-floor destruction and a phantom missile that people are  claiming to see hitting the building along with the first plane that crashed.  People were dead, rescuers had to dig through rubble to rescue the Port Authority personel on the floor below those 23rd-floor government offices (disguised as health insurance offices) where information  in the above two cases were being stored. Subject: [CINDS] Frank Levi -- small jet/missile seen flying directly over AA-77 to trick radar/ / OTHER "REMOTEJACK" REMOTE-CONTROL CRASHJACKINGS DOCUMENTED.  The destruction on the 22nd floor is attributed in the9/11 Report to fuel fireballs from the elevator shaft, however, one internet blogger has articulated to improbability of  a fireball on the 22nd floor. "As we know, three shafts continued from the impact zone down to the basement. These three shafts were also the only ones reaching from impact zone to the 22nd floor. It's important to note that Cars 6 and 7 didn't stop on floor 22. Only Car 5, 48, 50 and the elevators of Bank B did. So there were no doors or framing which could be blown out in the case of Car 6 and 7. The only one remaining for the official version to be true, is Car 50, the main freight elevator. But the witness also describes looking down and just seeing cables. Obviously the car would be in the shaft somewhere, most

likely out of sight, but the witness describes seeing the elevator cables, which if severed as they were in the case of car 50, would not just be hanging there. So elevator 6 and 7 had no door framings, and the remaining elevator 50 had no cables still hanging inside the shaft. It seems that Yarembinsky is not talking about one of these three elevators, which would of course be in contradiction to the official version. Despite this, from firefighter Dunne and Bessler we know also, that more than one elevator was affected. So more than elevator 50. This then must be 6 and 7, as no other shaft reaches the impact zone. This would mean that two separated fireballs, one in the shaft of Car 50, one in the shafts of Car 6 and/or 7, traveled down the shafts and both exploded on floor 22. This would be an incredible coincidence. An even greater coincidence considered that there were no openings on floor 22 for Car 6 and 7, making it even less probable that the overpressure of an explosion in shaft 6 and 7 would go this way. This is highly unlikely, and it's reasonable to consider that the elevators the firefighters are describing are not 6 and 7, and likely not 50. This would lead to the question how the fuel got there. So both variants, that 6,7 and/or 50 where the origin of the damage on floor 22 or other elevators caused this, both variants contradict the official version. Because it was assumed that shaft 6 or 7 were the origin of the explosion, how could the fireball explode on the 22nd floor and on basement-levels without exploding on all the levels between?" [The Basement Explosions, Member No.: 1,085, Nov 2 2007, http://z10.invisionfree.com/Loose_Change_Forum/index.php?showtopic=18745, Nov 2 2007,]

[10]    8.47 a.m. WTC security radio report, PA Channel X - "...?...There is a [b]fire on 22."; 8.47 a.m. WTC security radio report, PA Channel X- "....?...on the 22nd floor a lot of debris." (NIST NCSTAR1-8, p.194)

[11]    "When hijacked American Airlines Flight 77 hit the Pentagon at more than 500 mph, slamming through concrete and corridors, spewing fuel and fire, it destroyed much of the Navy Command Center. It smashed directly into the offices of the CNO-IP. …Even in the acronym-happy Pentagon, the term CNO-IP is obscure. It stands for Chief of Naval Operations Intelligence Plot. Its small, typically young staff keeps a round-the-clock watch on geopolitical developments and military movements  Brilliant futures were forged in the CNO-IP. Adm. Bobby Ray Inman, later deputy CIA director, served there; so did Sen. Richard Lugar (R-Ind.). Radi, who stood the Intelligence Plot watch in his twenties, later moved to the White House Situation Room.  In mid-August, …the CNO-IP was moving to renovated offices in the Navy Command Center, on the first floor of the D-Ring, on the Pentagon's west side.  One hundred twenty-five Pentagon workers were killed that day. Forty-two died in the Navy Command Center. Seven served in the Intelligence Plot." [The Last Watch, Richard Leiby, Washington Post, 1/20/2002]

[12]    "In fact, it appears that such bogus gold certificates are being used in some interesting ways by certain Wall Street and Washington types to artificially prop up the U.S. economy to cover up the fraudulent numbers…. I now have in my possession evidence, and sent it out overnight to 10 other secure sources to protect the information, that a 10-year Brady Bond deal was being worked on and closed toward in the end of 1991, or was to have matured and been due somewhere on or after September 11, 2001…. Part of the story can be found by looking into Securities and Exchange Commission v. John D'Aquisto Securities. The name of John D'Aquisto (convicted) also appears numerous times as do Merkav International and Marion Aiken (convicted), First Guilford Financial Limited, London, but domiciled in Isle of Man … along with three of its officers Steve Billand, Charles A.M. Duncan, Jeff Muller, and others related to other companies in Russia, Australia, Ireland, the Canadian provinces of British Columbia and Ontario, all patterns to look for in picking up the trails of such scams. It is the "multi-jurisdiction" facet that makes these deals hard to detect, track and litigate for fraud. It is by design and intent so they can perpetrate fraud and get away with it. One of the D'Aquisto documents was from a "Bay State Trust" based in Zurich, dated 10 September 1991, and just more of a trail that needs to be fully investigated due to the contents of that letter." Part 4: More reasons to not investigate 9-11, Karl W. B. Schwarz

[13]    CNN listing of causalities records 1,765 occupants of the Two Towers as victims (490 in Tower 2 and 1,275 in Tower 1). Cantor lost 661 employees, Eurobrokers lost 60, Garbon lost 1, for a total of 722, or 41%.

[14]    Federal Register / Vol. 67, No. 151 / Tuesday, August 6, 2002 / Notices.

[15]    "Barry Jennings…described what he saw when he got down to the lobby: "It was totally destroyed, it looked like King Kong had been through it and stepped on it and it was so destroyed I didn't know where I was. It was so destroyed that had to take me out through a hole in the wall, a makeshift hole I believe the fire department made to get me out." [http://www.prisonplanet.com/audio/190607clips2.mp3]  The key to this information is that the individual testifies this all happened BEFORE either tower collapsed, thus building 7 was at that point completely undamaged from any falling debris or resulting fires." [9/11 Bombshell: WTC7 Security Official Details Explosions Inside Building  Also here a couple of photos showing WTC 7 on fire on the 11 and 12 floors    BEFORE    the    collapse    of    the    Twin    Towers!!!!!!!!!!!!" [http://digg.com/politics/9_11_Bombshell_WTC7_Security_Official_Details_Explosions_Inside_Building?t=72 69148]  see also: "Barry Jennings, a City Housing Authority worker, and Michael Hess, New York's

corporation counsel, went up to the emergency command center on the 23rd floor of WTC Building 7 after the first attack occurred (see (Shortly Before 9:03 a.m.) September 11, 2001). [Associated Press, 9/11/2001; Independent, 9/13/2001] At some point, the power goes out in the building. They then start walking down the stairs to get out. According to Hess, when the two men get down to the eighth floor, "there was an explosion and we've been trapped on the eighth floor with smoke, thick smoke, all around us, for about an hour and a half." [UPN 9, 9/11/2001] Jennings similarly describes, "We made it to the eighth floor. Big explosion. Blew us back into the eighth floor, and I turned to Hess. I said, 'This is it; we're dead. We're not gonna make it out of here.'" [Penn State Public Broadcasting, 3/1/2002] The National Institute of Standards and Technology (NIST) claims the two men head down the stairs after 9:59, when the first collapse occurs, and then become trapped around the time the second tower collapses, at 10:28. [National Institute of Standards and Technology, 9/2005, pp. 109-110 ] But according to the London Independent, they start heading down the stairs after the second attack at 9:03, which suggests the explosion occurs earlier on. [Independent, 9/13/2001] The cause of the explosion is unclear. Later on, firefighters rescue Hess and Jennings from the building (see 12:10 p.m.-12:15 p.m. September 11, 2001). [National Institute of Standards and Technology, 9/2005, pp. 109-110 ]"

16  Ground Zero for the Secret Service, CyberCrime,  July 23, 2002, article is based on original reporting by "CyberCrime" senior producer and co-host Alex Wellen; see also "The 47-story, WTC-7 burst into flame, several suspicious, small haphazard fires that raged hours through several key floors long after the twin towers fell. They should have been extinguished in minutes by the buildings fire system. Besides government agencies DOD, CIA, SS, IRS and Giuliani's "Command HQ", it also was home to the Security and Exchange Commission. Several of the floors housed records pertaining to multi-billion dollar investigations. The Los Angeles Times reported on September 17, 2001 that an estimated 3,000 to 4,000 cases were destroyed…." "So very unfortunately, lots of documentation and evidence was lost with the collapse of WTC 7. The CIA's clandestine New York station was lost, seriously disrupting United States intelligence operations…. Unfortunately, "Some further email records the committee has requested cannot be retrieved," wrote Citigroup Deputy General Counsel Jane Sherburne in an Aug. 7 letter to House Committee on Financial Services. "The backup tapes were lost when the building in which they were stored (7 WTC) was destroyed in the terrorist attack on September 11, 2001." [www.thestreet.com/markets/matthewgoldstein/10041194.html]   (Author's note: No IT professional stores back-up tapes in the same building as the hardware they are sourced from.  Off-site storage for the WTC was vigorously pursued after the 1993 attack.). See also
"But more importantly WTC 7…. housed high-level government offices including the FBI, CIA and the Secret Service. WTC 7 was also the storage facility for millions of files pertaining to active cases involving international drug dealing, organized crime, terrorism and money laundering." From PBS Documentary: Silverstein, FDNY Razed WTC 7, Jeremy Baker;
"WTC 7 had a clandestine CIA bunker on the 23rd floor, and offices were occupied by the Department of Defense (DOD), INS (Immigration & Natural Services), the IRS (Internal Revenue System), as well as some of the banks involved in shady wire transactions to the supposed Arab terrorists involved in 9/11. Additionally, the SEC had much of its filings in WTC 7 - including Enron's SEC filings. WTC 7 was likely a central planning station for what really happened on 9/11." From 9-11 Science Report, Dr, Stefan G.E. Grossman, Appendix D;
"Maybe no financial institution lost more critical documents than the Securities and Exchange Commission, which had its New York regional office at 7 World Trade Center. While the regulatory agency was fortunate in that it lost no employees in the terror attacks, it suffered setbacks in a number  of long-running securities investigations." From www.thestreet.com/markets/matthewgoldstein/10041194.html;
"Regardless of what the regulators say, they lost a ton of files," says Bill Singer, a New York securities lawyer, who says one case he had pending before the SEC quickly settled because so many of the original documents were    destroyed.    "In    my    opinion    it    was    a    wholesale    loss    of    documents."    From www.thestreet.com/markets/matthewgoldstein/10041194.html;
"What's curious, especially given all the Wall Street scandals later in the year, is that Building 7 was where the SEC was storing files related to numerous Wall Street investigations. All the files for approximately 3,000 to 4,000 SEC cases were destroyed. Some were backed up in other places, but many were not, especially those classified as confidential. [National Law Journal, 9/17/01] Lost files include documents that could show the relationship between Citigroup and the WorldCom bankruptcy. [The Street, 8/9/02] The Equal Employment Opportunity Commission estimates over 10,000 cases will be affected. [New York Law Journal, 9/14/01] The Secret Service also lost investigative files. Says one agent: "All the evidence that we stored at 7 World Trade, in all our cases, went down with the building." From Tech TV, 7/23/02;  "It is also eventually revealed that there was    a    secret    CIA    office    in    Building    7"    from    CNN,    November    4,    2001" http://www.thenewliberator.com/wethepeople.htm, Douglas R Page, April 3, 2003]
 http://www.techtv.com/cybercrime/features/story/0,23008,3378780,00.html

[17] 9/11 Rescuer Saw Explosions Inside WTC 6 Lobby, February 10, 2006, as testified to by eye-witness  Ground Zero EMT Patricia Ondrovic . One also needs to note the photographic evidence of Building 6 before the Towers fell, which show a large crater in the center of the building.

[18] "FBI Director Robert S. Mueller III announced last week that he is reorganizing the agency and will reassign hundreds of agents to counterterrorism." See Profiling worries called hindrance, Dave Boyer, Washington Times, June 4, 2002, http://www.washtimes.com/national/20020604-4233227.htm. This would be the same strategy that Mueller deployed when taking over the investigation of BCCI: replacing the current investigators with his own team. See Note96

[19] Tom Flocco Interviews VK Durham – Financial Terrorism, Tom Flocco, November 26, 2006, http://tomflocco.com/

[20] "All the command centers save the Navy's were on the River or Mall sides; the National Military Command Center could have been decimated as the Navy Command Center was, a disaster that could have effectively shut down the Pentagon as the first American war of the twenty-first century…. When Flight 77 hits the Pentagon, it misses the parts of the building known to house the military's most senior leaders. Journalist and author Steve Vogel later says, "The hijackers had not hit the River or Mall sides" of the building, "where the senior military leadership had been concentrated since 1942." At the time of the attack, Secretary of Defense Donald Rumsfeld is "sitting in the same third-floor office above the River entrance as every secretary of defense since Louis Johnson in 1949, a location that had been a matter of public record all that time." From Steve Vogel, The Pentagon: A history (New York: Random House, 2007), pp. 431 and 449., http://complete911timeline.org/entity.jsp?entity=pentagon

[21] The Last Watch, Richard Leiby, Washington Post, January 20, 2002. "In mid-August, …the CNO-IP was moving to renovated offices in the Navy Command Center, on the first floor of the D-Ring, on the Pentagon's west side."

[22] The evidence presented by the National Transportation Safety Board is 'compelling,' and this suggests a flight approach at level for which there can be no witnesses other than the testimony their documents provide. The alternative flight path is drawn from testimony of hundreds of on-ground individuals. Cases can be made for the credibility of either, but the only real issue is whether a loop occurred, and that is not in dispute.

[23] Down the rabbit hole with the man who says he tried to warn the world about 9/11, GNN Special Report, Sander Hicks, http://www.fromthewilderness.com/free/ww3/092602_vreeland_gnn.html.

[24] See Note 37

[25] A Slow Zoom on the Final Loop, Adam Larson, July 16 2007, http://frustratingfraud.blogspot.com/2007/07/slow-zoom-on-final-loop.html

[26] National Transportation Safety Board, Office of Research and Engineering, Washington D.C., February 19, 2002, Flight Path Study – American Airlines Flight 77, http://www.gwu.edu/%7Ensarchiv/NSAEBB/NSAEBB196/doc02.pdf

[27] "Prince Nayef, head of Saudi security observed last week, Osama bin Laden is largely a figurehead. Its real leaders, said the prince, echoing this column's view, remain as yet unknown and are likely outside Afghanistan. "see Toronto Sun, December 17, 2001.

[28] "At some point, probably in 1998 or early 1999, the Hamburg group decided to `offer themselves' to al Qaeda, [a] U.S. counterterrorism official said, describing Zammar as a central player in that process." 'See Securing The Plot -- The Lead-Up To 9/11', http://911review.org/Wiki/TruthLiesPlot.shtml, There's Something About Omar: Truth, Lies, and The Legend of 9/11, by Chaim Kupferberg,  October 21,  2003

[29] see Project Hammer - Covert Finance And The Parallel Economy, David G. Guyatt, Nexus Magazine, Volume 9, Number 1 December-January 2002; The issue is best extrapolated from Earle Cocke's deposition, where he describes Project Hammer as an investment program of $220 billion, with unidentified investments.

[30] See Casey: The Lives and Secrets of William J. Casey From OSS to the CIA, Joseph E. Persico, Penguin Books, 1990, pp.364-365.

[31] see Rise of the Vulcans: The History of Bush's War Cabinet, James Mann, Penguin, 2004.

[32] Oliver North would reference the use of Marcos Gold for illegal, covert operations.  "In 1985, [Oliver North] attempted to sell 44 tons of Marcos bullion, worth $465 million, on the black market. He blithely suggested skimming $5 million to finance the Nicaraguan contra war, but the deal fell through when North, true to form, stiffed the Israeli middlemen on the Marcos payroll. Tapes and documents implicating American officials in the gold transfers were withheld from the Iran-contra committee by Major General Colin Powell, Defense Secretary Caspar Weinberger and William Odom, director of the NSA. "It wasn't so much the mention of gold that concerned them," say Thompson and Kanigher. "It was Marcos talking (on tape) about contributions to U.S. presidential campaigns and the use of the gold proceeds to fund illegal arms deals." [Iran-Contra Connections to the Oklahoma Bombing , by Alex Constantine © 2000 Alex Constantine. All rights reserved]

[33]   It is the contention of this report that these funds, identified through time by various operatives, are one and the same in origin.

[34]   Technically, it can be argued that what was done was legal and justified by any number of Executive Orders. Arguments along those lines seem to convince courts to shut down and/or seal investigations, and make it convenient for judges and legislators to look away. The essence of argument against the covert activities is that all of these funds are all 'secret' because the U.S. has no right to the funds under international law. If an argument can be found to justify the retention of the gold, the subsequent arguments which would need to be addressed contend that the 'secret' funds violate Constitutional requirements for waging war and separation of powers. One would then need to address illegal profiteering from public funds, and dereliction of duty for lack of oversight. It seems that when people 'disagree' with the management of this fund, their rights are denied in the interest of 'national security'. When a fund that was created in the interest of defending democracy is used to subvert it – it needs to be exposed for what it is.

[35]   Those associated with the Russian coup story who have died under unnatural situations: Robert Maxwell, Steven Curtis, Andrei Kozlov, Nikolai Kruchina, Yuri Golubev, Boris Pugo, Russell Hermann,  and  J. Carter Beese. Leo Wanta and John D'Acquisto did prison time.

[36]   An argument can be made for the reported explosions in the basement that they were set to destroy the vault shared by all the financial organizations in the WTC, thus destroying certificates required to settle the loans.. "The difficulty with lost certificates was dramatically demonstrated during the September 11,2001, tragedy when thousand of certificates were destroyed in vaults maintained by broker-dealers." From the Federal Register / Vol. 67, No. 151 / Tuesday, August 6, 2002 / Notices. As an interesting side note, someone was trying to remove gold bullion from the vault when the buildings collapsed. They evidently received prior warning, as no bodies were found with the lorries. From the New York Daily News:  "Cache of gold found at WTC; Two truckloads retrieved through a tunnel in rubble" by Greg Gittrich, Thomas Zambits and Leo Standora, Daily News Staff writers. October 31, 2001

[37]   "Sioux City, Iowa -- July 25, 2005 TomFlocco.com -- According to leaked documents from an intelligence file obtained through a military source in the Office of Naval Intelligence (ONI), on or about September 12, 1991 non-performing and unauthorized gold-backed debt instruments were used to purchase ten-year "Brady" bonds. The bonds in turn were illegally employed as collateral to borrow $240 billion--120 in Japanese Yen and 120 in Deutsch Marks--exchanged for U.S. currency under false pretenses; or counterfeit and unlawful conversion of collateral against which an unlimited amount of money could be created in derivatives and debt instruments…" from Cash payoffs, bonds and murder linked to White House 9/11 finance, Tom Flocco, tomflocco.com

[38]   see http://www.theantechamber.net/; also conduct a search engine query on "VK Durham"

[39]   see Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p. 230 regarding Belli lawsuit

[40]   see Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p. 358

[41]   see Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, pp. 94-96

[42]   see Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, pp. 96-97. It is important to note the original 'argument' for keeping the gold 'secret' was to prevent a collapse of the world's currencies, which at that time were tied to gold. It was argued that if the amount of gold discovered became public, currency values would drop. See Seagraves, p4.

[43]   for Robert Anderson's association with   intelligence operations, see All is Clouded by Desire: Global Banking, Money Laundering, and International Organized Crime, Alan A. Block and Constance Weaver, Praeger, 2004 p.28-32; Ex-Treasury Chief Gets 1-Month Term in Bank Fraud Case,  Frank J. Prial, New York Times, June 26, 1987

[44]   The legal precedents established by the Holocaust survivors and their heirs, in getting their gold returned by Swiss banks stands as a constant reminder to government officials that should the Black Eagle Trust be exposed, the rightful owners and their heirs would have claim to it.

[45]   See Footnote 6

[46]   See Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p.222-234.

[47]   "Through Allen Dulles, the firm also represented investment banker Brown Brothers, Harriman interests beginning in 1936 to "dispose of Standard Oil investment stock," which had been combined with German chemical corporation I.G. Farben.  Dulles also directed U.S. business affairs for Fritz Thyssen, Hitler's primary financial backer…. The Dulles family who founded the Marine Midland Bank with Seligman and Schroeder. The Dulles brothers later founded the Bank of New York." from Follow the Yellow Brick Road: From Harvard

to Enron Part Three, Linda Minor, 2002, http://www.newsmakingnews.com/lm4,17,02,harvardtoenronpt3.htm. The Allen Dulles connection to the BNY is extremely difficult to find, although his connections to the J Henry Schroeder (Schroder) Bank are widely documented.  Because the Schroeder bank, as the financier for Adolf Hitler, received an understandable  but inordinate amount of negative press because of this relationship, it dissolved into history. One unimpeachable on-line resource ties that dissolution to the Bank of New York: Federal Register: October 14, 2004 (Volume 69, Number 198), Notices, Page 61065-61066, From the Federal Register Online via GPO Access [wais.access.gpo.gov] [DOCID:fr14oc04-115]  SECURITIES AND EXCHANGE COMMISSION, [Release No. 35-27900] "Bank of New York (the successor to J Henry Schroeder Bank & Trust Company."

[48] see also "To cover a fraction of the costs of this massive enterprise, former spymaster Paul L. E. Helliwell established and directed a string of drug money laundering banks for the CIA. At the time, Helliwell was general counsel for the Thai consulate in Miami, an active leader in the Republican Party, and a friend of Nixon's cohort, Bebe Rebozo. Among his drug smuggling credentials, Helliwell had worked with Chiang Kai-Shek's intelligence chief, General Tai Li, and had set up the CIA's drug smuggling air force, CAT [Civil Air Transport](later Air America), as well as the Bangkok trading company Sea Supply, which provided cover for CIA officers advising the drug-smuggling Thai border police."  Douglas Valentine A Review of The Strength of the Wolf: The Secret History of America's War On Drugs  by Douglas Valentine, Carlo Parcelli, http://members.authorsguild.net/valentine/

[49] June 17, 1995 telefax on account holder Victoriano A. Bayaban's account of 116,000 metric tonnes at Citibank, From files of David Guyatt's Project Hammer Files. Bayaban was an associate of Ferdinand Marcos. The amount is not inconsistent with the Seagrave reports that  upon  Santa Romana's  death, his accounts were transferred to Lansdale/Citibank, with the largest account exceeding 20,000 tonnes. Seagrave, p222.  Freedo Of Information Case Logs from the CIA suggest that request F-2004-01304 "ALBERTO DE CACPAL, SR., AKA VICTORIANO BAYABAN – was an effort to track down the elusive Bayaban.

[50] All is Clouded by Desire: Global Banking, Money Laundering, and International Organized Crime, Alan A. Block and Constance Weaver, Praeger, 2004 pp.39-42.

[51] All is Clouded by Desire: Global Banking, Money Laundering, and International Organized Crime, Alan A. Block and Constance Weaver, Praeger, 2004 p.41

[52] Spartacus, John Simkin, http://www.spartacus.schoolnet.co.uk/JFKcaseyW.htm.

[53] The Boodle Boys, Kris Millegan, 1999, http://www.ctrl.org/boodleboys/

[54] Jardine Matheson would ultimately take over Marcos' personal gold smelting operation. See Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p.184

[55] See Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p.268

[56] see "Rev. Father Diaz alias Col. Santy and Gen. Edward Lansdale without showing any mercy then killed the Hukbalahak rebels. Why? Because the territories held by the rebels are the exact locations where Yamashita's gold was buried. Not only that, Rev. Father Diaz, alias Col. Santy and his cohorts OSS Agents even tortured the personal driver of Gen. Yamashita to confess and reveal where the gold was actually buried. Major Ferdinand Marcos, who became senator and president of the Republic, also knew about it. "[Confession No. 11: According to Philippine Man, Jesuit And Vatican Have Pilfered Trillions In Gold Owed To The People; Greg Szymanski, 2 July 2, 2006, http://www.arcticbeacon.com/confessions/2-July-2006.html

[57] See Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p.245.

[58] See Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p.175

[59] There are two sources that indicate that while captured Nazi gold was returned, it has become more obvious that not all captured gold was returned to it's rightful owners. See:Observations concerning the Memorandum of Understanding (MOU) between the World Jewish Congress et al. and the Swiss Bankers Association signed May 2 1996 in New York, by anonymous, May 25, 1996.  In this memorandum, it is clear that "Not only are the circumstances and conditions murky, but *it is also still far from clear how much French gold was returned to France*, how much found its way to the American reserves, and how much was turned into "Swiss gold". Interestingly, some *European historians suspect that several parts of the U.S. and other Allied governments participated in the post-war disappearance of Jewish and non-Jewish assets confiscated by the Nazis.*" See also: Who Wants To Sack Heidyland?  Anton Keller, Secretary, Philip Wainwright, Legal Adviser Swiss Investors Protection Association, Geneva  -  e-mail: swissbit@solami.com,  January 1, 1998.

[60] Douglas Valentine A Review of The Strength of the Wolf: The Secret History of America's War On Drugs by Douglas Valentine, Carlo Parcelli, http://members.authorsguild.net/valentine/

61    It is also said that preliminary studies on Northwoods were undertaken by Brigadier General William H. Craig, described as Lemnitzer's covert actions officer. Craig was CIA and was at the time Project Officer for the Cuba Project (Operation Mongoose) under Operations Chief Brigadier General Edward Lansdale, famed for his psyops. Operation Northwoods Joint Chiefs of Staff, USA, by Andres Petit, November 19, 2006, http://www.afrocubaweb.com/news/northwoods/northwoods.html

62    There are multiple Internet web sites that produce the now famous Northwoods documents. A simple search engine query should provide references required.

63    "In 1969 Shackley became Chief of Station in Vietnam and headed the Phoenix Program. This involved the killing of non-combatant Vietnamese civilians suspected of collaborating with the National Liberation Front. In a two year period, Operation Phoenix murdered 28,978 civilians." See http://www.spartacus.schoolnet.co.uk/JFKshackley.htm. See also The Secret Team, Part III: Chaos in Laos, John Bacher, Peace Magazine Apr-May 1988, page 9

64    "On 5th October, 1986, a Sandinista patrol in Nicaragua shot down a C-123K cargo plane that was supplying the Contras. That night Felix Rodriguez made a telephone call to the office of George H. W. Bush. He told Bush aide, Samuel Watson, that the C-123k aircraft had gone missing." From http://www.spartacus.schoolnet.co.uk/JFKgreggD.htm. See also, for references to Rodriguez's extended calls to Whitehouse:  Lost History: The CIA's Fugitive Terrorist, Robert Parry, 1996, http://www.consortiumnews.com/archive/lost13.html.

65    Over 300 women and children civilians were massacred during the Vietnam War by Charlie Company, which the U.S. Military courts found unacceptable. "In 1971 five members of Charlie Company including Captain Medina and Lt. Calley were subjected to courts-martial. Captain Medina was represented by prominent defense attorney f. lee bailey and was acquitted of all charges. Lt. Calley was the only soldier convicted. He was found guilty of the premeditated murder of more than 20 Vietnamese civilians and sentenced to life imprisonment. His sentence was later reduced to 10 years and he was paroled in September 1975." http://legal-dictionary.thefreedictionary.com/Mai+Lai+Massacre

66    Clinton's Money Laundry, Sherman H. Skolnick, June 13, 1999, at http://www.konformist.com/skolnick/1999/ss061399.htm; see also http://www.spartacus.schoolnet.co.uk/JFKwilsonE2.htm

67    See see Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p.187

68    John Simkin, http://www.spartacus.schoolnet.co.uk/JFKnugan.htm,; see also The Marcos Dynasty, Sterling Seagrave, 1988, Harper & Row, Inc

69    see Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p.184

70    see Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p.358

71    see Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p.190 and 222

72    Inside story: the Bush gang and Barrick Gold Corporation, Anton Chaitkin, http://www.afrocentricnews.com/html/bush_gang.html]

73    See Footnote 9

74    "In Australia, the Nugan Hand Bank begins operations with 30% of the stock held by Australasian and Pacific Holdings (100% Chase Manhattan Bank), 25% by CIA's Air America (known as 'Air Opium'), 25% by South Pacific Properties and 20% held by Seldon, Nugan and Hand." From "A Multi-Year History In Brief '" E-mail of January 23, 2007, said to derive from the David Icke website, which is www.david icke.com, received January 26, 2007.

75    The CIA in Australia, Transcript radio documentary, Part 1 of a 6 part series. Jane Lanbrook , Watching brief, PRNS, October 1986, http://www.cia.com.au/vic/cia.1.txt

76    The CIA in Australia, Transcript radio documentary, Part 1 of a 6 part series. Jane Lanbrook , Watching brief, PRNS, October 1986, http://www.cia.com.au/vic/cia.1.txt

77    Clandestine Projects, Sherman H. Skolnick, Conspiracy Nation, -- Vol. 8  Num. 18

78    "Reacting both to the end of the war and to congressional investigations of covert activities, Jimmy Carter's CIA director Stansfield Turner purged nearly 800 people from the agency. Some of them turned up in the Beltway firms. "One result of the purge was that many of the former agents set up private companies that began working for the agency and the Defense Department as independent contractors," says a former high-level intelligence official." The Marine's Private Army, John F. Stacks, Time Magazine, Jun. 24, 2001; see also The

Lives and Secrets of William J. Casey from the OSS to the CIA, Joseph E. Persico, Penguin Books, 1990, p.213.

79    see Ari Ben-Menashe. Profits of War, Inside the Secret U.S.-Israeli Arms Network, Sheridan Square Press, 1992, pp. 169-170; Executive Outcomes ties lead to London and Bush, Roger Moore and Linda de Hoyos, Executive Intelligence Review January 31, 1997, pp. 42-43

80    "George Bush, who, as vice president, beginning in 1981, carried out Executive Order 12333, which placed all U.S. intelligence operations under Bush's personal control."  Executive Outcomes ties lead to London and Bush, Roger Moore and Linda de Hoyos, Executive Intelligence Review January 31, 1997, pp. 42-43

81    The Lives and Secrets of William J. Casey from the OSS to the CIA, Joseph E. Persico, Penguin Books, 1990, pp.305-306.

82    "Richard Wirthlin, the pollster for the Reagan-Bush campaign, said that if the hostages were released before the election Carter would gain a boost of 5 or 6 percentage points in the polls, or even as much as 10 percent, giving him a sure victory for that election." See Hostage deal, Inslaw cases connected in Congressional probe,  Harry V. Martin, Copyright, Napa Sentinel 1991.

83    The October Surprise: The Iranian Hostage Rescue Mission, and the 1980 Presidential Election,  Don Hopkins, December 1998, http://www.donhopkins.com/drupal/node/104, see also Hostage deal, Inslaw cases connected in Congressional probe, Harry V. Martin, Copyright, Napa Sentinel 1991.

84    Did Bush go to Paris?, Harry V. Martin, Copyright, Napa Sentinel, 1991, Last in an Ten Part Series

85    Alexander Haig and the First Edition of The Immaculate Deception, http://home.att.net/~m.standridge/haig.htm

86    George Bush: The Unauthorized Biography," by Webster G. Tarpley & Anton Chaitkin, - Part 7, http://www.padrak.com/alt/BUSHBOOK_7.html

87    The history of Bush / Reagan relationship  is intriguing. Reagan did not want Bush as his VP. Reagan disliked Bush, and was reluctant to appoi nt him as Vice President. Rockerfeller told him that if he didn't take Bush in the Vice-President's slot, "The only way you will see the inside of the White House is as a tourist." Later, his support for Bush slid significantly.  See also: Haines, Joe. Maxwell. Boston: Houghton-Mifflin, 1988 . 21-2; 171-2; 382-6; 402-5. " It was 1988 when Reagan first began to seem to "backslide" on Bush. He refused to endorse Bush versus the other Republican Presidential contenders in the GOP primaries in 1988, then refused to even say whether he'd voted for Bush that year. Then, in 1992, he told Clinton he voted for him instead of Bush."

[http://home.att.net/~m.standridge/anobib5.htm]

88    For the best overall description of the attempted assassination of Reagan, see "George Bush: The Unauthorized Biography," by Webster G. Tarpley & Anton Chaitkin, see also "Excerpts from a talk given by Lt. Col. "Bo" Gritz in Mesa, Arizona on 4/4/1992," and  John Judge November 2000 Interview.

89    Hinckley: Hit Man for the Shadow Government, NorthStar Foundation, http://www.geocities.com/northstarzone/HINCKLEY.html

90    Casey: The Lives and Secrets of William J. Casey from the OSS to the CIA,  Joseph E. Persico, Penguin Books, 1990, p.6.

91    The Death of my Friend and Investigator of Government Corruption Paul Wilcher, Sarah McClendon, Sarah McClendon's Washington Report, July 4, 1993

92    Ari Ben-Menashe. Profits of War, Inside the Secret U.S.-Israeli Arms Network, Sheridan Square Press, 1992, p344.

93    Ari Ben-Menashe. Profits of War, Inside the Secret U.S.-Israeli Arms Network, Sheridan Square Press, 1992, p191.

94    Mueller was recruited by Iran-Contra US Attorney General Richard L. Thornburgh to manage the Noriega Investigation, which was intricately linked to the Iran-Contra Investigation. see National Security Archive Electronic Briefing Book No. 2; http://www.gwu.edu/~nsarchiv/NSAEBB/NSAEBB2/nsaebb2.htm "Oliver North, who met with Noriega's representative, described the meeting in an August 23, 1986 e-mail message to Reagan national security advisor John Poindexter. "You will recall that over the years Manuel Noriega in Panama and I have developed a fairly good relationship," North writes before explaining Noriega's proposal. If U.S. officials can "help clean up his image" and lift the ban on arms sales to the Panamanian Defense Force, Noriega will "take care of the Sandinista leadership for us."  North tells Poindexter that Noriega can assist with sabotage against the Sandinistas, and suggests paying Noriega a million dollars -- from "Project Democracy" funds raised from the sale of U.S. arms to Iran -- for the Panamanian leader's help in destroying Nicaraguan economic installations"

95    "After the Bank of England shuts down BCCI in July 1991…, making big headlines, Under Assistant Attorney General Robert Mueller takes over Justice Department efforts on BCCI and assigns many new attorneys to the

case." From "Context of 'July 5, 1991: Criminal BCCI Bank Is Shut Down', http://www.cooperativeresearch.org/context.jsp?item=a070591bccicloses

96  "FBI Director Robert Mueller, for example, was hired by Enron in 1993 to investigate a $600,000 payment by a subsidiary for a property assessed at $41,000. When Mueller concluded the deal was not improper, a private investigator working on the case quit in protest. Despite this association, Mueller announced that it was not enough to cause him to step down from the Enron investigation. Mueller said that Deputy Attorney General Larry Thompson — who previously worked for a law firm that represented Enron — agreed." See 'Enron played key role in events presaging war, Martin Yant, The Free Press, Spring 2002, April 10, 2002. The role of Noriega's investigation vis-à-vis the Iran Contra investigation was documented in North's files.

97  The Still Before the Storm, James Norman, Media Bypass magazine, December 1995

98  The False Memory Hoax, Alex Constantine, Copyright © January, 1996

99  Correspondence from Rayelan Allan Russbacher, February 1993, http://crashrecovery.org/wackenhut/wackenhut3.pdf

100  see Ari Ben-Menashe. Profits of War, Inside the Secret U.S.-Israeli Arms Network, Sheridan Square Press, 1992, pp.288-291., see also Gideon's Spies, The Secret History of the Mossad, Gordon Thomas, 2007,  St. Martin's Press, p323; see also  Robert Maxwell: Israel's Superspy-The Life and Murder of a Media Mogul, Gordon Thomas and Marin Dillon, Carroll and Graff Publishers, 2002, p.205.

101  see Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p.196

102  "Saudi financier Adnan Khashoggi is charged by the State of New York in aiding and abetting former Filipino first lady Imelda Marcos in hiding billions from her country after she and husband Ferdinand Marcos were forced to flee the island nation. The charges are brought by New York Attorney General Rudolph Giuliani, who apparently has a personal score to settle with Khashoggi after Khashoggi defeated Giuliani's client John Tumpane in a business lawsuit. After a long and heated court battle, during which time Khashoggi was forced to stay in New York City under house arrest, the jury acquits Khashoggi of all charges. According to a former Army intelligence officer, Giuliani gets the indictments filed after months of effort by threatening George Bush that if he doesn't stop blocking the indictment, that he will call a press conference and complain that the White House is interfering with the criminal justice system merely to protect Bush's friend Khashoggi. (Larry Kolb)." [http://www.iraqtimeline.com/1990.html]

103  see Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, p.196.

104  "Two years later, in cahoots with Sheik Kamal Adham -- then director of Saudi intelligence (1963-79), brother-in-law of King Faisal and the CIA's key liaison to the Arab world -- Khashoggi founded Oryx. Oryx, the demonic corporate brat of Khashoggi and Adham, has recently been linked by investigative reporter Daniel Hopsicker (Welcome to Terrorland) to Wallace Hilliard, proprietor of Huffman Aviation in Florida, where Mohammed Atta's suicide cult trained in aero-terrorism.  Of the 220 flight schools in Florida, Atta had to pick Huffman." [Saudi Entrepeneur Adnan Khashoggi Linked to 911 Terrorists, Alex Constantine

105  "Wally was manipulated by somebody with a lot of power," international jack-of-all-trades Mark Shubin had said to us, in an interview at the Fort Lauderdale Executive Airport.  "He was blackmailed."[ The Covert Op That Ate The World, Daniel Hopsicker, January 4,2005, MadCowMorningNews, http://www.madcowprod.com/01042004.html

106  Terror Flight School Owner In Business With Whitewater Scandal "Key Figure," MadCowMorningNews , Daniel Hopsicker, December 20, 2002, http://www.madcowprod.com/

107  David G. Guyatt, Nexus Magazine, Volume 10, Number 6, October-November 2003

108  see Gold Warriors: America's Secret Recovery of Yamashita's Gold, Sterling and Peggy Seagrave, Verso, 2005, pp. 229-230

109  George Bush's $10 billion giveaway to Barrick Gold, Mark Sonnenblick, Executive Intelligence Review, January 3, 1997.

110  The doubtfulness of the claim was documented in the Canadian Mining Hall of Fame profile of  Peter Munk:  " Munk then turned his attention to a Nevada heap-leach project producing a mere 40,000 oz. gold each year. The industry doubted its potential…"[Canadian Mining Hall of Fame, http://www.mining.ca/halloffame/english/hall.html]

111  "…over 300 KGB generals and colonels were allowed to enter the United States and were provided with very comfortable homes, mostly in northern Virginia.  Most KGB generals now get a check for $12,000 a month from the Agency.  KGB colonels get $8,000 a month plus a panoply of favors.  Most of these guys are now in the import-export business. The have offices in and around McLean, Virginia.  It's also interesting to note that

four former KGB generals have import-export offices in the same building in McLean where Oliver North has his office." [From The Conspirators: Secrets of an Iran-Contra Insider, by Al Martin

112 A classic example of hiding this from the public was the case of Karon von Gerhke-Thompson. She has been retained by Russian oligarch Alexander Knonaykhine, to arrange for "passports and visas.". "Concurrently, I was a business partner of the late U.S. Attorney John M. Mitchell, Chairman of Global Research International, and a principal in the firm of Murphy and Associates, Inc., founded by Admiral Daniel J. Murphy, U.S. Navy Retired and former Chief of Staff to then-Vice President Bush.… This project was brought to me by Carter Cornick, Eugene Propper and Jonathan Ginsberg of the Washington, DC. based law firm of Ginsberg, Feldman and Bress. Cornick, Propper and Ginsberg wanted my help in assisting them in accessing officials who could facilitate a favorable negotiation climate for the establishment of a bank and expedite the procurement of the passports." [Statement of Karon von Gerhke-Thompson, Vice President, First Columbia Company, Inc.] Her Congressional testimony was discouraged by everyone, including the CIA, as indicated in her Congresional testimony. All traces of Karon Von Gerhke-Thompson and First Columbia Company had disappeared by 2004, according to Alan Block and Constance Weaver. (All Is Clouded By Desire: Global Banking, Money Laundering and International Organized Crime, 2004, p134.)

113 "Valued at $35 billion, Russia's gold reserves were estimated to be 100 million troy ounces - just under 3000 tonnes. Then in September 1991, a palpitating Grigory Yavlinski, the economic supremo, revealed to delegates at the Group-of-Seven industrial countries meeting in Bangkok, that a mere 240 tons were all that was left. Two months later, in November, even that had disappeared. "Not a gram of gold remains; the vaults are empty," said Victor Geraschenko, chief of Gosbank, the Russian Central Bank." See Gangster's Paradise, David Guyatt, 1997

114 see Thieves World, Claire Sterling, Simon and Schuster, 1994, p.202.

115 Supplement 2. The Economy of Chechen Terror, Mikhail Delyagin, Doctor of Science (Economics), Director of the Institute of Globalisation Problems, Kommersant-Dengi magazine, September 15, 1999

116 see Comeback: The Restoration of American Banking Power in the New World Economy, Roy Smith, Harvard Business School Press, 1994, p148, citing Kindleberger, a Financial History of Western Europe, pp124-125,

117 V.K. Durham contends these securities are illegal because her husband' signature was forged on the loan documents, and Photostat copies of the documents posted by Durham on the internet support her case.

118 This possibility is mentioned in that the dates on the bank transactions in the files made public by ONI show three phases of activity. The earliest set of dates seem to correlate with the resolution of the third world debt issue, which was conducted in an extremely secretive manner. Without any public documentation on Bush's role in this effort, it can only be viewed as a possible 'augmentation,' and theoretical at best.

119 The Struggle For Russia, Boris Yeltsin, Times Books, 1995, p.59.

120 see ""According to leaders of the failed coup in 1991, the real coup, the undermining of Soviet power, was an intricate plot devised by Gorbachev and Yeltsin with help from 'foreign agents' in the West." Resurrection: The Struggle for a New Russia, David Remnick, Vintage, 1997, as cited by THE SECRET HISTORY OF THE MOSCOW COUP OF AUGUST 1991. This exact quote could not be founding the 1997 version of the book

121 The Struggle For Russia, Boris Yeltsin, Times Books, 1995, p.48.

122 see Gideon's Spies, The Secret History of the Mossad, Gordon Thomas, 2007, St. Martin's Press, p176. See also Stephen Handelman's Comrade Criminal, 1995, Yale University Press, p102 to reference Soviet participation in the laundering of South American drug money.

123 Gideon's Spies, The Secret History of the Mossad, Gordon Thomas, 2007, St. Martin's Press, pp.207-208

124 See Robert Maxwell: Israel's Superspy-The Life and Murder of a Media Mogul, Gordon Thomas and Marin Dillon, Carroll and Graff Publishers, 2002, p. 169.

125 see Ari Ben-Menashe. Profits of War, Inside the Secret U.S.-Israeli Arms Network, Sheridan Square Press, 1992, pp.349-351.

126 See Robert Maxwell: Israel's Superspy-The Life and Murder of a Media Mogul, Gordon Thomas and Marin Dillon, Carroll and Graff Publishers, 2002, p. 170. Numerous attempts have been made to identify the names of the military support provided to Maxwell, but the companies records are cloaked.

127 see "Gunther Russbacher.. claimed to have videotape proof and sixteen witnesses to his having flown George Bush to one of the October Surprise meetings." The Death of my Friend and Investigator of Government Corruption Paul Wilcher, Sarah McClendon, Sarah McClendon's Washington Report, July 4, 1993;

128 " In June, I also testified under oath, in closed session, before the Senate Foreign Relations committee. I stated unequivocally that I had, seen Bush in Paris." Ari Ben-Menashe. Profits of War, Inside the Secret U.S.-Israeli Arms Network, Sheridan Square Press, 1992, p344.

[129]    see Ari Ben-Menashe. Profits of War, Inside the Secret U.S.-Israeli Arms Network, Sheridan Square Press, 1992, p311.

[130]    US aid to Israel, Palestine Monitor, October 31, 2007. "Since World War II Israel has been the largest overall recipient of US aid: from 1949-2006 Israel received more than $156 billion of direct US aid…. The US also lends money to Israel, but these loans are frequently waived before any repayments are made. The Washington Report on Middle East Affairs has estimated that from 1974-2003 Israel benefited from more than $45 billion in waived loans from the US."

[131]    see Ari Ben-Menashe. Profits of War, Inside the Secret U.S.-Israeli Arms Network, Sheridan Square Press, 1992, p135.

[132]    See Robert Maxwell: Israel's Superspy-The Life and Murder of a Media Mogul, Gordon Thomas and Marin Dillon, Carroll and Graff Publishers, 2002, p204.

[133]    See Robert Maxwell: Israel's Superspy-The Life and Murder of a Media Mogul, Gordon Thomas and Marin Dillon, Carroll and Graff Publishers, 2002, p207-208.

[134]    Three in Coup Feared US Dependency, Stephen Kinzer, New York Times, October 7, 1991.

[135]    Dead Communists Tell No Tales, Janic Castro, Time Magazine, Dec. 02, 1991

[136]    See Who's who in Russia Since 1900: From 1900-1991, Martin McCauley, 1997, p81, Routledge Press

[137]    see Lithuania Extradites Witness under YUKOS Case, Kommersant, September 9, 2005, www.kommersant.com

[138]    see Ari Ben-Menashe. Profits of War, Inside the Secret U.S.-Israeli Arms Network, Sheridan Square Press, 1992, pp.349-351.

[139]    Resurrection: The Struggle for a New Russia, David Remnick, Vintage, 1998, pp 317-318.

[140]    See Robert Maxwell: Israel's Superspy-The Life and Murder of a Media Mogul, Gordon Thomas and Marin Dillon, Carroll and Graff Publishers, 2002, p.200.

[141]    Propping Up Russia's Finances, Christopher Whalen, JoC Newspaper, September 29, 1992; "Mr. Corrigan, who was not invited along for dinner, suggested that he meet "discreetly" with Mr. Yeltsin…"

[142]    See footnote 124.

[143]    see "A catalyst coup," Erik Lenhart, Slovak Journal of Political Sciences, Issue 4/2007, pp 104-113.

[144]    From The Conspirators: Secrets of an Iran-Contra Insider, by Al Martin., see also The Man Who Knows Too Much , An Interview with Al Martin, author of "The Conspirators: Secrets of an Iran Contra Insider, " Uri Dowbenko.

[145]    "New York, NY October 17, 2000: Blackstone Real Estate Advisors, the global real estate investment and management arm of The Blackstone Group, L.P., announced today that it has purchased, from Teachers Insurance and Annuity Association, the participating mortgage secured by 7 World Trade Center, a commercial office complex controlled by real estate developer Larry Silverstein." http://www.blackstone.com/news/press_releases%5C7_world_trade_oct_2000.pdf

[146]    See the following four articles: U.S. Envoy in Hungary Quits To Handle Investment in East, Celestine Bohlen, The New York Times, January 26, 1990; There Is a Worldwide Crash in Progress; We Are In A Depression Already", Lyndon Larouche, interviewed by Mel Klenetsky, August 4, 1993, Shofar FTP Archive File: people/l/larouche.lyndon/eir.080493; How Europe's Economic Crisis Could Become the Worst Crisis in Six Centuries, Lyndon Larouche, interviewed by Mel Klenetsky, August 18, 1993; A Bigger Scandal: Illegal U.S. Funding of Sharon's Likud, Anton Chaitkin, Executive Intelligence Review, January 24, 2002.

[147]    "Focusing on Mikhail Khodorkovsky and the Leadership of Group MENATEP", October 27, 2005, http://www.supportmbk.com/update/11-03-2005_briefing.cfm.

[148]    Catherine Belton, Khodorkovsky's High Stakes Gamble, The Moscow Times, May 16, 2005

[149]    Riggs Maps Out an International Strategy; Alton G. Keel Jr. to Lead Bank's Global Business Group, Margaret K. Webb, Washington Post, January 22, 1990

[150]    see Wayne Madsen Report, September 28, 2006

[151]    Biography Of Mikhail Khodorkovsky from The Moscow Times, Catherine Belton, The Moscow Times, May 17,2005

[152]    Revelations of the Fugitive Kremlin Financier, recorded by Vadim Andreev, Translation and comments by burtsev.ru, January 19, 2004

[153]    The Sword and the Shield: The Mitrkhin Archive and Secret History of the KGB, Christopher Andrew and Vasili Mitrokhin, 1999, Basic Books, p. 320.

[154]    Statement by Richard  L. Palmer before the House Committee on Banking and Financial Services, September 21, 1999, http://www.russianlaw.org/palmer.htm

[155]    Arrested oil tycoon passed shares to banker, Washington Times, November 03, 2003, http://washingtontimes.com/world/20031102-111400-3720r.htm

[156] Lord Robert Powell is on both boards, and a Rothschild sits on the Board of Barrick. Powell is reported to represent Rothschild family interests.

[157] All is Clouded by Desire, Alan A. Block and Constance Weaver, 2004, Praeger, pp.179-182.

[158] Manhattan Judge Rules On Pre-Trial Motions In "Kazakhgate" Case, Marlena Telvick, September 7, 2004.

[159] "According to Wolfgang Bueschel in BCDX 351, "Mr. Vafa Culuzadeh, adviser of former Azerbaijan President Ebulfez Elicibey, told the Italian press agency IPS in October 1992 from Baku, that the Israelian secret service specialist David Kimche and... Richard Secord, who was involved in the `Iran-Contra`-Affair, visited Azerbaijan, (and) presented a delegation of more Israelian secret service personnel. Mr. Culuzadeh took part on a return visit to Israel, (and) lead a delegation of Azerbaijan/Uzbek/Kazakh secret services." [Voice of Southern Azerbaijan, Nick Grace C., 4/13/1998]

[160] "In the summer of 1993, Azerbaijan's President Heydar Aliyev hired over 1,000 Islamist mercenaries in the war against Nagorno Karabakh Armenians. They were flown on civilian aircraft from Afghanistan to Azerbaijan. The mercenaries, including Arab veterans of the Afghan war (`1979-89`), took an active role in the Karabakh conflict (Moscow News 9/13/00). One of Bin Laden's associate claimed that Bin Laden himself led mujahedin in at least two battles in Nagorno Karabakh." Associated Press 11/14/99

[161] How the CIA created Osama bin Laden, Norm Dixon, Green Left Weekly, Issue #465  September 19, 2001, http://www.greenleft.org.au/2001/465/25199; see also CIA Agent Allegedly Met Bin Laden in July, Alexandra Richard, Translated by Tiphaine Dickson, Le Figaro, 1 November 2001

[162] To ascertain Allied Media is recruiting Islamic background staff for the U.S. military, view their website and sample productions of recruiting videos.

[163] Oil Wars: The Balkans, George Draffan, www.endgame.org,a case study for the report The Corporate Consensus

[164] The Global Drug Meta-Group: Drugs, Managed Violence, and the Russian 9/11, Peter Dale Scott, October 29, 2005, "Storm in Moscow": A Plan of the Yeltsin "Family" to Destabilize Russia , John B. Dunlop , The Hoover Institution , October 8, 2004

[165] Who Is Osama Bin Laden? Michel Chossudovsky, Centre for Research on Globalisation (CRG), Montréal, Posted at globalresearch.ca,  12 September 2001.

[166] see Revelations of the Fugitive Kremlin Financier, recorded Vadim Andreev, Translation and comments by burtsev.ru, January 19, 2004.

[167] see  U.S. Entangled in Mystery of Georgia's Islamic Fighters, Dexter Filkins, June 15, 2003, New York Times

[168] The Global Drug Meta-Group: Drugs, Managed Violence, and the Russian 9/11, Peter Dale Scott, October 29, 2005; Revelations of the Fugitive Kremlin Financier, recorded Vadim Andreev, Translation and comments by burtsev.ru, January 19, 2004; see also "Storm in Moscow": A Plan of the Yeltsin "Family" to Destabilize Russia, John B. Dunlop , The Hoover Institution , October 8, 2004.

[169] "Consulting" Agency Far West, LLC Paid $3 Million Bribe to Ukrainian Official For Illegal Arms Deals with Syria and Iran,  February 18, 2006, http://left.ru/burtsev/ops/lysenko.phtml; see also The Far West Drug MetaGroup, Dr. Peter Dale Scott, Nexus Magazine, Volume 13, Number 4 (June - July 2006)

[170] Catherine Belton, Khodorkovsky's High Stakes Gamble, The Moscow Times, May 16, 2005

[171] Yeltsin 'Family' Tycoon Linked to Cash Scandal , James Bone, David Lister, Fiona Flick, The Times (UK), September 7, 1999; Moreover, it should be noted that Runicom was under the ownership of Valmet when it was originally controlled by Riggs, according to Alan Block and Constance Weaver, All is Clouded by Desire, p.141

[172] All is Clouded by Desire, Alan A. Block and Constance Weaver, 2004, Praeger, p.141.

[173] The price of oil: What was Mobil up in Kazahstan and Russia? Seymour M. Hersh, The New Yorker, July 9, 2001, http://iicas.org/english/Krsten_05_07_01.htm

[174] These documents are commonly available on the internet.

[175] Clair Sterling, Chapter Nine, Thieves World

[176] Comrade Criminal, Stephen Handelman, Yale University Press, 1995, p109.

[177] For exchange rate information for that period, see: Russia's Commercial Policy from 1992 to 1994, Vladimir Drebentsov in: International Trade Issues of the Russian Federation, Janos Gacs and Merton J. Peck, Editors, March 1995,  International Institute for Applied System Analsysis, Laxenburg, Austria, p189. Table 10.1, Dynamics of the ruble exchange rate, ruble per US dollar, Source: Compiled from Russian Economic Trends, Monthly Update, 28 February 1994.

[178] The West is not very highly concerned with the threat of cyber terrorism," Regnum News Agency, December 15, 2006, http://www.regnum.ru/english/749825.html.

[179] see Supplement 2. The Economy of Chechen Terror, Mikhail Delyagin,  Doctor of Science (Economics), Director of the Institute of Globalisation Problems, Kommersant-Dengi magazine, September 15, 1999; and

Comeback:The Restoration of American Banking Power in the New World Economy, Roy Smith, Harvard Business School Press, 1994, p148, citing Kindleberger, a Financial History of Western Europe, pp124-125.

180  V.K. Durham presents substantial photographic evidence of these crimes on her website, and it can also be located at Tom Flocco's website as well.

181  The Leo Wanta Saga, Pt. 7: Former Ambassador Leo Wanta Getting 1.575 Trillion Of Stolen U.S. Funds Back To Treasury, Greg Szymanski, http://www.arcticbeacon.com

182  Down the rabbit hole with the man who says he tried to warn the world about 9/11, Sander Hicks, Guerilla News Network, Sept. 26, 2002; FTW Interview: Delmart "Mike" Vreeland, What the CIA Doesn't Want You to Know, Michael C. Ruppert, FromTheWilderness.com.

183  document source: Hamilton & Hyun Investment Corp., memo to William Sommerville, August 26, 1991; Addendum 1 to Joint Venture Agreement, Contec Development Pty., 9/26/91

184  document source: Robert Perry, Bay State Trust, memo to D'Acquisto and Peterson, September 10, 1991; Hamilton & Hyun Investment Corp., memo to William Sommerville, August 26, 1991

185  Saudi Entrepreneur Adnan Khashoggi Linked to 9/11 Terrorists, Alex Constantine

186  Hamilton & Hyun Investment Corp., memo to William Sommerville, August 26, 1991

187  document source: Daniel International Fax of 12/16/1991) (It is of interest to note that at that time, Lehman was a subsidiary of American Express, of which Dick Cheney's wife, Lynn, is a board member.

188  document source: Hamilton & Hyun Investment Corp., memo to William Sommerville, August 26, 1991

189  Brigadier General Erle Cocke's deposition in US District Court, Southern District of New York, April 13, 2000, April 13, 2000, (as provided in photostat version in Guyatt's Project Hammer Files)

190  As provided in photostat version in Guyatt's Project Hammer Files

191  Reminder of Bond Market Association Recommendations, GSCC073.01, September 19, 2001

192  GSCC080.01, September 25, 2001

193  Payment System Disruptions and the Federal Reserve Following September 11, 2001, Jeffrey M. Lacker, Federal Reserve Bank of Richmond, Richmond, Virginia, 23219, USA, Federal Reserve Bank of Richmond Working Paper 03-16, December 23, 2003

194  Liquidity Effects of the Events of September 11, 2001, James J. McAndrews and Simon M. Potter, FRBNY Economic Policy Review / November 2002, p. 59

195  Payment System Disruptions and the Federal Reserve Following September 11, 2001, Jeffrey M. Lacker, Federal Reserve Bank of Richmond, Richmond, Virginia, 23219, USA, November 17, 2003 printed in Journal of Monetary Economics, Volume 51, Issue 5, July 2004, Pages 935-965

196  When the Back Office Moved to the Front Burner: Settlement Fails in the Treasury Market after 9/11, Michael J. Fleming and Kenneth D. Garbade, FRBNY Economic Policy Review / November 2002, p 35.

197  When the Back Office Moved to the Front Burner: Settlement Fails in the Treasury Market after 9/11, Michael J. Fleming and Kenneth D. Garbade, FRBNY Economic Policy Review / November 2002, p1.

198  Beckett, Paul, and Jathon Sapsford, Rebuilding Wall Street: How Wall Street's Nervous System Caused Pain, Wall Street Journal, September 21,2001)" reported in [Payment System Disruptions and the Federal Reserve Following September 11, 2001, Jeffrey M. Lacker, Federal Reserve Bank of Richmond, Richmond, Virginia, 23219, USA, November 17, 2003 p.6.

199  When the Back Office Moved to the Front Burner: Settlement Fails in the Treasury Market after 9/11, Michael J. Fleming and Kenneth D. Garbade, FRBNY Economic Policy Review / November 2002, p 46.

200  Charles Schwab Shells Out for U.S. Trust, Nick Paumgarten, The New York Observer,  January 23, 2000; Schwab to Pay $2.73 Billion For U.S. Trust,  New York Times, Patrick McGeehan, January 14, 2000

201  When the Back Office Moved to the Front Burner: Settlement Fails in the Treasury Market after 9/11, Michael J. Fleming and Kenneth D. Garbade, FRBNY Economic Policy Review / November 2002, p 46.

202  Liquidity Effects of the Events of September 11, 2001, James J. McAndrews and Simon M. Potter, Federal Reserve Bank of New York  Economic Policy Review, November 2002, p65.

203  Liquidity Effects of the Events of September 11, 2001, James J. McAndrews and Simon M. Potter, Federal Reserve Bank of New York Economic Policy Review, November 2002, p.60.

204  Beckett, Paul, and Jathon Sapsford, Rebuilding Wall Street: How Wall Street's Nervous System Caused Pain,Wall Street Journal, September 21,2001)" reported in [Payment System Disruptions and the Federal Reserve Following September 11, 2001, Jeffrey M. Lacker, Federal Reserve Bank of Richmond, Richmond, Virginia, 23219, USA, November 17, 2003 p.6.

205  Wall St. Lifeline Shakes Off Dust, and Critics; Disruptions Put Bank of New York to the Test , Saul Hansell with Riva D. Atlas, New York Times, October 6, 2001

206  Emerging Stronger from 9/11/01: An Interview with Todd Gibbons, RMA (Risk Management Association) Journal, The,  Dec, 2001

[207] Wall St. Lifeline Shakes Off Dust, and Critics; Disruptions Put Bank of New York to the Test , Saul Hansell with Riva D. Atlas, New York Times, October 6, 2001

[208] Emerging Stronger from 9/11/01: An Interview with Todd Gibbons, RMA (Risk Management Association) Journal, The,  Dec, 2001

[209] Liquidity Effects of the Events of September 11, 2001, James J. McAndrews and Simon M. Potter, Federal Reserve Bank of New York  Economic Policy Review, November 2002,  p.61

[210] Liquidity Effects of the Events of September 11, 2001, James J. McAndrews and Simon M. Potter, Federal Reserve Bank of New York  Economic Policy Review, November 2002, p64.

[211] When the Back Office Moved to the Front Burner: Settlement Fails in the Treasury Market after 9/11, Michael J. Fleming and Kenneth D. Garbade, FRBNY Economic Policy Review / November 2002, p 35.

[212] Payment System Disruptions and the Federal Reserve Following September 11, 2001, Jeffrey M. Lacker, Federal Reserve Bank of Richmond, Richmond, Virginia, 23219, USA, November 17, 2003 p.18.

[213] When the Back Office Moved to the Front Burner: Settlement Fails in the Treasury Market after 9/11, Michael J. Fleming and Kenneth D. Garbade, FRBNY Economic Policy Review / November 2002, p 44-45.

[214] Adnan Khashoggi Linked to 911 Terrorists, Part I, Alex Constantine, http://www.thewebfairy.com/911/constantine/part1.htm; Welcome to Terrorland: Mohammed Atta and the 9-11 Cover-Up in Florida, Daniel Hopsicker, 2004, pp 262-264.

[215] "Storm in Moscow": A Plan of the Yeltsin "Family" to Destabilize Russia , John B. Dunlop , The Hoover Institution , October 8, 2004

[216] Bohringer's past and arrest is best summarized in: FBI Terror Alert in South Pacific for Wolfgang Bohringer/Terror Alert suspect fingered by Mohamed Atta's American girlfriend, Daniel Hopsicker, MadCowMorningNews ,, November 16, 2006, http://www.madcowprod.com/11162006.html; Mohamed Atta's Best Friend Caught in South Pacific: "You can't arrest me, I'm working for the CIA," Sander Hicks, New York Megaphone, December 19, 2006, http://www.911truth.org/article.php?story=20061219213258655. Bohringer's status as pilot for Viktor Kozeny reinforces the contention he is CIA, as Kozeny has multiple indications he was an agent for Western Intelligence:  1) Kozeny received funding for his Azerbaijan bribery and money laundering efforts to purchase SOCAR, the Azerbaijan State Oil Company, from AIG. AIG has been, since WWII, a major CIA intelligence operation. History records that the OSS learned that in the 1940's that the Nazis owned 45% of the world's insurance companies, and used the background files from these companies to plan their espionage and bombing raids.  With this lesson, when William 'Wild Bill' Dovovan created the CIA, part of his legacy was an extensive partnership with  AIG. [see "The Secret (Insurance) Agent Men," Mark Fritz. The Los Angeles Times 2000 September 22, 200]  2) Kozeny's contact at AIG was Frank Gardiner Wisner [see Capturing the Pirate of Prague, Rob Urban and David Glovin, International Eurasian Institute for Economic and Political Research, Bloomberg Markets, February 23, 2006]  Frank G Wisner was head of Office of Strategic Services operations in southeastern Europe at the end of World War II, and the head of the Directorate of Plans of the Central Intelligence Agency during the 1950s.] http://en.wikipedia.org/wiki/Frank_Wisner]  3) One of Kozeny's key promoters was Senator George Mitchell. Mitchell had served in the U.S. Army Counter-Intelligence Corps from 1954 until 1956, and later served on the Iran-Contra Senate Hearings and while challenging some of Oliver North's assumptions about patriotism, inevitably supported the conclusions of the committee.  4)  When Kozeny and his investment 'partners' were brought to US court for money laundering and bribery, Judge Shira A. Scheindlin dismissed most of the charges. [see Federal Prosecutors Hope To Revive Oil Bribery Case, Free Internet Press, 2007-08-23]. Scheindlin is the same judge that dismissed charges against Osama Awadallah, who was an associate of the two San Diego based September 11 terrorists. Her ruling prevented the FBI from collecting information on the two terrorists.  5)  Kozeny was initially funded by loans from Alpha Bank, which is represented in the US by ex-Bush administrators Lanny Griffith and Ed Rogers of Barbour, Griffith and Rogers [Seller of Privatization Securities Is Indicted in the U.S., Gretchen Morgenson, New York Times, October 3, 2003]. Kozeny used his scam proceeds to repay Alpha Bank. It is of related note that Alpha Bank funds a fellowship for Carl Duisberg Gesellschaft, which also funded Mohammed Atta's entrance to Germany. [For The Record#573, Alfa Males—One Helluva Conspiracy Theory, Part II, Recorded on 10/15/2006.]

[217] Welcome to Terrorland: Mohammed Atta and the 9-11 Cover-Up in Florida, Daniel Hopsicker, 2004, pp 262-264.

[218] Terror Flight School Owner's Plane Seized For Heroin Trafficking & Jeb Bush And Katherine Harris Fly With Drug Running Airways,  Daniel Hopsicker, October 24, 2003,  www.madcowprod.com.

[219] Truth, lies, and the legend of 9/11 Part 1 of 10 parts: There's something about Omar, By Chaim Kupferberg, OnLine Journal; see also Times of India -August10, 2004, GlobalFree Press

http://inn.globalfreepress.com/modules/news/article.php?storyid=485; see also Richard Armitage and the ISI, Dennis L. Cuddy, Ph.D., November 30, 2004, NewsWithViews.com.

220 Did ally Pakistan play role in 9-11? Indian intelligence finds more links to terrorist attacks in U.S., Delhi, Paul Sperry, 2002, WorldNetDaily.com.

221 "Tatex Trading has employed, at various times in the past 15 years, two Syrian-born German citizens… who are high on the list of Sept. 11 suspects….Investigators also say Atta himself worked for a time at Tatex…The origins of Tatex Trading itself have become of interest to investigators… Tatex investor is Mohamad Majed Said, a former head of Syria's General Intelligence Directorate…"from The Chicago Tribune November 3, 2002.

222 "The organization that apparently sponsored Atta's travels was the Carl Duisberg Gesellschaft (its American component is the Carl Duisberg Society)—named for one of the principal figures in the founding of I.G. Farben. "News that Mohamed Atta had been on the payroll of an elite international program known as the 'Congress-Bundestag Program first surfaced a month after the 9/11 attack in a brief seven-line report by German newspaper Frankfurter Algemeine Zeitung on 10/18/2001 under the headline 'Atta was Tutor for Scholarship Holders… Atta had therefore been on the payroll of a joint U.S.-German government program was concealed by the newspaper through the simple expedient of neglecting to mention that the 'Carl Duisberg Gesellschaft' was merely a private entity set up to administer an official U.S. and German government initiative," (For the Record, #408, Recorded on 4/27/2003, http://spitfirelist.com/f408.html)

223 It use to be that one could go directly to the InWent web site to see a list of articles directly refernecing activities such as smuggling, anthrax, small armaments etc.. Now, the formally listed articles seem fairly benign. If however, one does search engine inquiries on "InWent" and another key phrase, their involvement in research is readily apparent.
On small arms, see http://www.bicc.de/publications/bulletin/bulletin35.pdf; The UN Programme of Action on Small Arms and Light Weapons :Building Capacity and Partnerships for Implementation, 28/29April, 2003,Bonn, Inwent, 2003, 1 cd-rom p. electronic edition, CD45.
On Money-laundering, see Inwent's article: Tackling Cross Border Crime - a South African Perspective on the Global Problem, Leonard McCarthy, Directorate Special Operation, http://64.233.167.104/search?q=cache:L-6Eu8CxkGgJ:www.inwent.org/ef-texte/crime/mccarthy.htm+inwent+%22money+laundering%22&hl=en&ct=clnk&cd=2&gl=us
On drug smuggling, see D+C, Poor Results, By Jürg Schiess and Jacques Mérat, No. 10 2007, Volume 48, October 2007, http://www.inwent.org/ez/articles/059340/index.en.shtml

224 For The Record#573, Alfa Males—One Helluva Conspiracy Theory, Part II, Recorded on 10/15/2006

225 "…(he) claimed that his son had called him two days after the attack, and described it as "a normal conversation." …. Asked what country Muhammad had called from, he said, "The name of the country isn't written on the phone." Asked where Muhammad was now, he said, "Ask Mossad." [Muhammad Atta Sr is in the center of the media storm, Ashraf Khalil, www.cairotimes.com]

226 The Online Journal, Mohamed Atta Kept Terrorist E-List , Daniel Hopsicker, 4/24/2002

227 "Montreal, Canada - August 4, 2004 - eNGENUITY Technologies [TSX: EGY], a leading provider of solutions for the development of high-end visualization and simulation applications, today announced that the System Missile and Space Group of the Israel Aircraft Industries (IAI) MLM division has purchased multiple licenses of eNGENUITY's STAGE Scenario toolkit to build training scenarios for IAI's Air Operations C4I Suite (AOCS), an advanced air space monitoring system." Article removed from Internet.

228 Moroccan Communities from DC, Orlando Meet, Washington Report, January/February 2006, page 64, http://www.moroccoboard.com/album/orl/article.htm; see also Moroccan Chamber of Commerce, http://www.marocam.com/misc/news_desc.cfm?ItemID=5501J6464078A6541

229 In all these cases, the reference to the CIA should be carefully weighed with the consideration that U.S. Intelligence operations are organizationally fluid. Like Task Force 157, (see Note 75) it would be fair to assume that most of these operations require plausible deniability, and are not standard CIA payroll operations.

230 Reportedly to journalist Sarah McClendon (December 1992), in response to a question about Iraq-gate and the Iran-Contra Affair. Though widely quoted as being from McClendon's newsletter of either June or December 1992, no firm confirmation or reliable citation of a published source of this statement has yet been located.

231 Casey: The Lives and Secrets of William J. Casey From OSS to the CIA, Joseph E. Persico, Penguin Books, 1990, p. 401.

232 Casey: The Lives and Secrets of William J. Casey From OSS to the CIA, Joseph E. Persico, Penguin Books, 1990, p. 448.

EXHIBIT 5