

ATTORNEYS AT LAW

PETER J. KING ◊
MATTHEW C. MOENCH *
MICHAEL L. COLLINS *

ROMAN B. HIRNIAK ^
KRISHNA R. JHAVERI *+
TIFFANY TAGARELLI

RYAN J. WINDELS

◊ Certified by the Supreme Court of New Jersey
   as a Municipal Court Attorney
* Also Member of the New York Bar
+ Also Member of the Arizona Bar
^ Of Counsel

Writer's Address:

51 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
(973) 998-6860

Writer's E-Mail:
mmoench@kingmoench.com

Monmouth County Office:
225 Highway 35, Suite 202
Red Bank, NJ 07701
(732) 546-3670

Website:
www.kingmoench.com

A limited liability partnership of Peter J. King, LLC,
Moench Law, LLC & Collins Law, LLC



May 29, 2024

**VIA CM/ECF System**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

   RE: **MARY BASILE LOGAN v. MERRITT GARLAND, et. al.**
      **Case No.: 3:24-CV-040**

Dear Judge Bongiovanni:

  This firm is counsel to Defendants James Pittinger and Lisa Sella in the above-mentioned matter. On or about February 5, 2024, a Motion to Dismiss Plaintiff's Pro Se Complaint was filed. By way of Order dated March 6, 2024, Your Honor permitted Plaintiff to file an Amended Complaint and denied the multiple pending applications seeking to dismiss Plaintiff's Complaint. Shortly thereafter, on March 22, 2024, Plaintiff filed an Amended Complaint. It has come to our attention that our office did not renew our prior application. The purpose of this letter is to request Your Honor's permission to file our renewed Motion to Dismiss Plaintiff's Amended Complaint. The motion is already drafted and can be filed within 24-hours of Your Honor's Order permitting us to do so.

  We thank Your Honor for Your Honor's time and attention to this matter.

            Respectfully submitted,

            **KING, MOENCH & COLLINS LLP**

            By: s/*Matthew C. Moench, Esq.*
              MATTHEW C. MOENCH

cc: All Counsel of Record via CM/ECF
  Mary Basile Logan via e-mail (trino@trinops.com)