# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Nicole G. McDonough**
**Member**
**Admitted In NJ and NY**
**Direct Dial: 973-643-5967**
**Email: nmcdonough@sillscummis.com**

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561)-693-0440
Fax: (561)-828-0142

May 29, 2024

**VIA ECF**
Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 4W
Trenton, New Jersey 08608

        Re:    *Logan v. Garland et al.,*
                  **No. 3:24-cv-00040 (ZNQ) (TJB)**

Dear Judge Quraishi:

      Together with *pro hac vice* counsel from Kaplan Hecker & Fink LLP, this firm represents Congresswoman Debbie Wasserman Schultz, in her personal capacity as the former Chair of the Democratic National Committee, in the above-referenced action.

      We write to clarify the scope of our representation, and more specifically, to make clear we represent the Congresswoman only in her personal capacity as the former Chair of the Democratic National Committee. Although not entirely clear, Plaintiff appears to sue the Congresswoman in both her personal capacity as the former Chair of the Democratic National Committee and her official capacity as a current U.S. Congresswoman. *See* Dkt. 45 ¶ 47 (describing the defendant as "DEBBIE WASSERMAN SCHULTZ serving in her capacity as U.S. Congressional Representative (FL – 25th District), former Chair of the Democratic National Committee."); *see also* Dkt. 57 ¶¶ 13, 14, 25(i), 34 (referencing former DNC role). The

12400407 v1

Sills Cummis & Gross
A Professional Corporation

Honorable Zahid N. Quraishi, U.S.D.J.
May 29, 2024
Page 2

Department of Justice represents the federal officials sued in their official capacities in this matter, including the Congresswoman in her official capacity as a current U.S. Congresswoman. *See* Dkt. 75 at 1.

      We continue to press our arguments for dismissal on behalf of the Congresswoman, and respectfully request the Court dismiss the Amended Complaint with prejudice. *See* Dkt. 72.

      Respectfully submitted,

      */s/ Nicole G. McDonough*

      Nicole G. McDonough

NGM:sp

Cc:    Plaintiff *pro se* (*via ECF*)
        All counsel of record (*via ECF*)

12400407 v1