**KING MOENCH & COLLINS LLP**
By: Matthew C. Moench, Esq., 031462007
51 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
T: (973) 998-6860
F: (973) 998-6863
mmoench@kingmoench.com
*Attorney for Defendants*, *James Pittinger and Lisa Sella*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY BASILE LOGAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERRITT GARLAND, in his official capacity as Attorney General, Department Of Justice; et. al.,<br><br>　　　　　Defendants. | Civil Action No.: 3:24-cv-40-ZNQ-TJB<br>Hon. Tonianne J. Bongiovanni, U.S.D.J<br><br><br>**ORDER TO DISMISS PLAINTIFF'S COMPLAINT** |

**THIS MATTER HAVING BEEN OPENED TO THE COIRRT**, by Motion of Defendants James Pittinger and Lisa Sella, by and through their attorneys King Moench & Collins LLP for an Order dismissing with prejudice Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure and 12(b)(6) and for a lack of standing; and for good cause having been shown:

　　　　**IT IS ORDERED ON THIS _____ DAY OF _____, 2024**

　　**AS FOLLOWS:**

1. Defendant James Pittinger and Defendant Lisa Sella's Motion for an Order dismissing Plaintiff's Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**; **AND**

2. A copy of this order shall be served by Defendant James Pittinger and Defendant Lisa Sella on all parties within _____ days of the entry of this Order.

**SO ORDERED:**

_____
**HONORABLE TONIANNE J. BONGIOVANNI, U.S.D.J**