**KING MOENCH & COLLINS LLP**
By: Matthew C. Moench, Esq., 031462007
51 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
T: (973) 998-6860
F: (973) 998-6863
mmoench@kingmoench.com
*Attorney for Defendants*,
*James Pittinger and Lisa Sella*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY BASILE LOGAN,<br><br>Plaintiff,<br><br>vs.<br><br>MERRITT GARLAND, in his official capacity as Attorney General, Department Of Justice; et. al.,<br><br>Defendants. | Civil Action No.: 3:24-cv-40-ZNQ-TJB<br>Hon. Zahid N. Quraishi, U.S.D.J<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 30th day of May, 2024, I caused to be served via Regular Mail and Electronic Case Filing, Defendants James Pittinger and Defendant Lisa Sella's Notice of Motion to Dismiss the Amended Complaint, Letter Brief in Support of Motion, and Proposed Form of Order on:

**(VIA REGULAR MAIL)**
Mary Basile Logan
Post Office Box 5237
Clinton, NJ 08809
*Plaintiff*

All Counsels Of Record (**VIA ELECTRONIC FILING**)

s/Matthew C. Moench, Esq.
MATTHEW C. MOENCH