

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973
May 31, 2024

**BY ECF**
Hon. Zahid N. Quraishi
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street, Courtroom 4W
Trenton, New Jersey 08608

Re: *Logan v. Garland, et al.*, No. 24-cv-00040 (ZNQ-TJB)

Dear Judge Quraishi:

This Office represents Defendants Kathy Hochul, in her official capacity as Governor of New York, and Letitia James, in her official capacity as Attorney General of the State of New York (collectively, the "New York State Defendants") in this action.

I write in response to Plaintiff's purported "motion" and "supplement" for a preliminary injunction (ECF Nos. 73 and 77). Although this filing lacks a proper notice of motion or any clear statement of what the specific preliminary injunction Plaintiff seeks is, and also violates Local Civil Rule 65.1's provision that parties seeking a preliminary injunction should proceed by proposed Order to Show Cause, the Clerk of the Court has set a return date for this filing for June 17, 2024. The New York State Defendants' response to this filing would be due June 3, 2024. The New York State Defendants respectfully request a short extension **until June 17, 2024** to respond to this filing. This is the New York State Defendants' first request for an extension of time to respond.

Additionally, the New York State Defendants' motion to dismiss for lack of jurisdiction (ECF No. 53) remains pending. The New York State Defendants reserve all rights to raise any and all defenses or points of opposition in response to Plaintiff's purported motion, and they do not concede by this request that this Court has jurisdiction over them.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Frances Polifione*
Assistant Attorney General

cc: Plaintiff, *pro se*, and all counsel of record, via ECF

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● www.ag.ny.gov