# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*, <br><br> *Plaintiff*, <br><br> -v- <br><br> MERRITT GARLAND, in his official capacity Attorney General, Department of Justice, et al., <br><br> *Defendants*. | Civil Action No. 3:24-cv-0040 (ZNQ) (TJB) <br><br> **CERTIFICATE OF SERVICE** |

I, **NICOLE G. MCDONOUGH**, of full age, do hereby certify as follows:

1. I am a member of the law firm Sills Cummis & Gross P.C., attorneys for Defendants the Democratic National Committee ("DNC") and Congresswoman Debbie Wasserman Schultz, in her personal capacity as the former Chair of the DNC (collectively, the "Defendants") in the above-referenced matter.

2. On June 3, 2024, on behalf of Defendants, I filed the letter to Judge Quraishi in opposition to Plaintiff's pending motion for a preliminary injunction, via ECF, and I caused a copy of same to be served via ECF on the Plaintiff *Pro Se* and all counsel of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                         */s/ Nicole G. McDonough*
                                                                        Nicole G. McDonough, Esq.

DATED:    June 3, 2024

12409632 v1