Ad Crypto Swap Profits
**Claim Your Complimentary Bitcoin Reward**
Many have already secured their free Bitcoin reward offered by our esteemed guest. How about you? In an effort to spread the word about our upcoming workshop, he's generously...

Ad Colonial Metals
**The asset beating inflation by 4x**
"Trump Loophole" Beats Inflation? Inflation has been out of control for years. Forcing...

- Air
- Land
- Missiles and Space
- Naval
- Civil Aviation
- Economy
- Companies

[SEARCH]

# New York State Common Retirement Fund Cuts Stake in GLOBALFOUNDRIES Inc. (NASDAQ:GFS)

Posted by Defense World Staff on May 6th, 2024

Share on Twitter | Share on Stocktwits

→ Since 1924 — over one hundred years — the US dollar has lost nearly 1... (Ad)



"Crash Insurance" For Your Retirement (Ad)
When it comes to retirement, everyone fears one thing... Outliving their retirement savings. You'll discover conservative, beginner-friendly options strategies which could help...
Click here to register for free.

New York State Common Retirement Fund lessened its position in GLOBALFOUNDRIES Inc. (NASDAQ:GFS – F

EXHIBIT 1

Channel reports. The fund owned 56,689 shares of the company's stock after selling 7,956 shares during the period. New York State Common Retirement Fund's holdings in GLOBALFOUNDRIES were worth $3,435,000 as of its most recent filing with the SEC.

Get GLOBALFOUNDRIES alerts: [Enter Your Email Address]  [Submit]

Other hedge funds and other institutional investors have also made changes to their positions in the company. FMR LLC raised its position in GLOBALFOUNDRIES by 18.7% in the third quarter. FMR LLC now owns 35,205,461 shares of the company's stock worth $2,048,606,000 after acquiring an additional 5,544,907 shares in the last quarter. Ameriprise Financial Inc. lifted its stake in shares of GLOBALFOUNDRIES by 36.1% in the third quarter. Ameriprise Financial Inc. now owns 3,160,878 shares of the company's stock valued at $183,931,000 after purchasing an additional 838,355 shares during the period. Mirae Asset Global Investments Co. Ltd. boosted its holdings in GLOBALFOUNDRIES by 3.1% during the third quarter. Mirae Asset Global Investments Co. Ltd. now owns 981,889 shares of the company's stock worth $57,136,000 after buying an additional 29,424 shares in the last quarter. International Assets Investment Management LLC grew its position in GLOBALFOUNDRIES by 5,093.1% during the fourth quarter. International Assets Investment Management LLC now owns 531,462 shares of the company's stock worth $32,207,000 after buying an additional 521,228 shares during the period. Finally, Bank of New York Mellon Corp increased its holdings in GLOBALFOUNDRIES by 19.1% in the third quarter. Bank of New York Mellon Corp now owns 501,176 shares of the company's stock valued at $29,163,000 after buying an additional 80,381 shares in the last quarter.

## Analyst Upgrades and Downgrades

A number of equities research analysts recently weighed in on GFS shares. Citigroup cut GLOBALFOUNDRIES from a "buy" rating to a "neutral" rating and lowered their price target for the stock from $70.00 to $56.00 in a report on Wednesday, February 14th. Cantor Fitzgerald reissued a "neutral" rating and issued a $55.00 price objective (down from $70.00) on shares of GLOBALFOUNDRIES in a research note on Monday, April 8th. Susquehanna restated a "neutral" rating and set a $48.00 target price (down previously from $65.00) on shares of GLOBALFOUNDRIES in a research report on Tuesday, March 5th. JPMorgan Chase & Co. lowered their price target on shares of GLOBALFOUNDRIES from $56.00 to $55.00 and set a "neutral" rating on the stock in a research report on Wednesday, February 14th. Finally, Bank of America cut their price objective on GLOBALFOUNDRIES from $62.00 to $55.00 and set a "neutral" rating for the company in a research report on Tuesday, April 16th. Six analysts have rated the stock with a hold rating and seven have assigned a buy rating to the company's stock. Based on data from MarketBeat.com, GLOBALFOUNDRIES currently has a consensus rating of "Moderate Buy" and a consensus target price of $61.46.

Get Our Latest Stock Report on GLOBALFOUNDRIES

## GLOBALFOUNDRIES Trading Up 2.1 %

Shares of GFS opened at $49.27 on Monday. GLOBALFOUNDRIES Inc. has a fifty-two week low of $45.52 and a fifty-two week high of $68.57. The stock has a fifty day moving average of $50.86 and a two-hundred day moving average of $53.91. The company has a debt-to-equity ratio of 0.16, a quick ratio of 1.56 and a current ratio of 2.04. The company has a market capitalization of $27.27 billion, a PE ratio of 26.78, a price-to-earnings-growth ratio of 4.16 and a beta of 1.61.

GLOBALFOUNDRIES (NASDAQ:GFS – Get Free Report) last released its earnings results on Tuesday, February 13th. The company reported $0.64 earnings per share for the quarter, topping the consensus estimate of $0.59 by $0.05. GLOBALFOUNDRIES had a return on equity of 10.16% and a net margin of 13.80%. The firm had revenue of $1.85 billion for the quarter, compared to the consensus estimate of $1.85 billion. During the same period in the prior year, the business posted $1.37 earnings per share. The firm's revenue for the quarter was down 11.8% compared to the same quarter last year. As a group, analysts forecast that GLOBALFOUNDRIES Inc. will post 1 EPS for the current year.

## About GLOBALFOUNDRIES

(Free Report)

GLOBALFOUNDRIES Inc operates as a semiconductor foundry worldwide. The company manufactures a range of semiconductor devices, including microprocessors, mobile application processors, baseband processors, network processors, radio frequency modems, microcontrollers, and power management units; and offers mainstream wafer fabrication services and technologies.

## Further Reading

- Five stocks we like better than GLOBALFOUNDRIES
- What is Short Interest? How to Use It
- MarketBeat Week in Review – 4/29 – 5/3
- Why is the Ex-Dividend Date Significant to Investors?
- Apple's Earnings Show Investors Its Strength and Its Weakness
- The 3 Best Blue-Chip Stocks to Buy Now
- Bargain Alert: 3 Large Caps With Extremely Oversold RSIs

Want to see what other hedge funds are holding GFS? Visit HoldingsChannel.com to get the latest 13F filings and insider trades for GLOBALFOUNDRIES Inc. (NASDAQ:GFS – Free Report).

"Crash Insurance" For Your Retirement (Ad)



When it comes to retirement, everyone fears one thing... Outliving their retirement savings. You'll discover conservative, beginner-friendly options strategies which could help...

Click here to register for free.

EXHIBIT 1