Mary Basile Logan
Post Office Box 5237
Clinton, New Jersey 08809
Email: Trino@trinops.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*; | |
| Plaintiff, | |
| MERRICK GARLAND, in his official capacity Attorney General, Department of Justice; | |
| LLOYD AUSTIN, III, in his official capacity as the Secretary, Department of Defense; | |
| WILLIAM J. BURNS, in his official capacity as the Director, Central Intelligence Agency; | |
| CHRISTOPHER A. WRAY, in his official capacity as the Director of the Federal Bureau of Investigation; | |
| DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veterans Affairs; | |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security; | |
| MARCIA L. FUDGE, in her former capacity as Secretary U.S. Department of Housing and Urban Development; | |
| ROBERT CALIFF, in his capacity as Commissioner, Food and Drug Administration; | |
| WILLIAM J. CLINTON, in his official capacity as the former President of the United States of America; | |
| HILLARY R. CLINTON, in her official capacity as former Secretary of State for the United States of America; | |

| | |
|---|---|
| THOMAS KEAN, Sr., in his former capacity as Chairman 9/11 Commission; | |
| ROBERT MUELLER, in his former capacity as Director of the Federal Bureau of Investigation; | |
| JAMES COMEY, in his former capacity as Director of the Federal Bureau of Investigation; | |
| CHRISTOPHER J. CHRISTIE, in his capacity as the former-Governor of New Jersey; | |
| RICHARD "DICK" CHENEY, in his former capacity as Vice President of the United States; | |
| ELIZABETH "LIZ" CHENEY, in her former capacity as Chair, January 6 Commission; | |
| JOHN KERRY, in his official capacity as U.S. Special Presidential Envoy for Climate; | |
| GEORGE W. BUSH, in his former capacity as President of the United States; | |
| BARACK HUSSEIN OBAMA, in his former capacity as President of the United States; | |
| LORETTA LYNCH, in her former capacity as United States Attorney General; | |
| JAMES BAKER, in his former capacity as White House Chief of Staff; | **CIVIL DOCKET: 3:24-CV-00040 ZNQ-TJB** |
| ERIC HOLDER, in his former capacity as United States Attorney General; | |
| JOSEPH R. BIDEN, in his official capacity as President, his former capacities as Vice President and Senator, of these United States; | |
| JOHN ASHCROFT, in his former official capacity, as United States Attorney General; | |
| JAMIE GORELICK, in her official capacity, Homeland Security Advisory Council member; | |

| | |
|---|---|
| NANCY PELOSI, in her official capacity as Congresswoman (CA); | |
| GEORGE NORCROSS, in his capacity as Chairman, Cooper University Medical Systems; | |
| PHILIP MURPHY, in his official capacity as Governor of New Jersey, and as former Chair of the National Governors Association (NGA); | |
| TAHESHA WAY, in her former capacity as Secretary of State, as former President of the National Association of Secretaries of State, and her current capacity as Lt. Governor, New Jersey; | |
| JUDITH PERSICHILLI, in her official capacity as then-Commissioner of Health for the State of New Jersey; | |
| SEJAL HATHI, in her official capacity as Deputy Commissioner for Public Health Services; | |
| MATTHEW PLATKIN, in his official capacity as Attorney General of the State of New Jersey; | |
| KATHY HOCHUL, in her official capacity as Governor of New York; | |
| ANDREW CUOMO, in his former capacity as Governor of New York and his capacity as Vice-Chair of the National Governors Association; | |
| LETITIA JAMES, in her capacity as Attorney General of the State of New York; | |
| SUSAN RICE, in her official capacity as United States Domestic Policy Advisor; | |
| ADAM SCHIFF, in his official capacity as Congressman, of the State of California; | |
| CHARLES "CHUCK" SCHUMER, in his official capacity as Senator for the State of New York; | |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; | |

JANET YELLEN, in her official as Secretary of the United States Treasury;

ROD ROSENSTEIN, in his former capacity as United States Deputy Attorney General;

HUMA ABEDIN, in her former capacity as vice Chair of Hillary Clinton;

DEBBIE WASSERMAN SCHULTZ, in her current capacity as U.S. Representative, (FL-25);

BILL NELSON, in his official capacity as Administrator of NASA;

OCCIDENTAL PETROLEUM;

UNITED HEALTHCARE;

DEMOCRATIC NATIONAL COMMITTEE;

REPUBLICAN NATIONAL COMMITTEE;

JAMES PITTINGER, in his official capacity as Mayor of Lebanon Borough, State of New Jersey;

LISA SELLA, in her official capacity as Deputy Clerk, Lebanon Borough, State of New Jersey;

ROBERT JUNGE, in his official capacity as Municipal Co-Chair, Republican Party, Lebanon Borough, State of New Jersey;

JOHN DOES (1-100)

JANE DOES (1-100)

                Defendants.

**AFFIDAVIT OF SERVICE**

**PLAINTIFFS' AMENDED COMPLAINT**

In accordance with Rule 4:4-7, Plaintiff encloses Affidavits of Service for the following Defendants concerning the above captioned matter.

1. Merritt Garland, as Attorney General, Department of Justice, served pursuant to Rule 4:4-7, April 30, 2024, Affidavit attached.

2. Lloyd J. Austin, II, as Secretary of the Department of Defense, served pursuant to Rule 4:4-7, April 18, 2024, Affidavit attached.

3. William J. Burns, as Director, Central Intelligence Agency, pursuant to Rule 4:4-7, April 22, 2024, refused.  Affidavit attached, USPS Cert. June 6, 2024.

4. Christopher A. Wray, as Director of the Federal Bureau of Investigation, served pursuant to Rule 4:4-7, April 18, 2024, Affidavit attached.

5. Denis Richard McDonough, as Secretary of Veterans Affairs, served pursuant to Rule 4:4-7, April 24, 2024, Affidavit attached.

6. Alejandro Mayorkas, Secretary of Department of Homeland Security, served pursuant to Rule 4:4-7, April 30, 2024, Affidavit attached.

7. Marcia L. Fudge, Secretary of the U.S. Department of Housing and Urban Development, served pursuant to Rule 4:4-7, April 18, 2024, Affidavit attached.

8. Robert Califf, Commission, Food and Drug Administration, served pursuant to Rule 4:4-7, May 1, 2024, Affidavit pending, fax confirmation attached.

9. Hillary R. Clinton, as former United States Secretary of State, NOT SERVED – refused.  1st attempt (January 10, 2024); 2nd attempt (April 17, 2024), Affidavit attached. USPS Cert June 6, 2024.

10. Thomas H. Kean, Sr., former 9/11 Commission, served pursuant to Rule 4:4-7, April 16, 2024, Affidavit attached.

11. Robert Mueller, as former Director of the Federal Bureau of Investigation, pursuant to Rule 4:4-7, service attempted April 17, 2024, Affidavit attached.  USPS Cert. June 6, 2024.

12. James Comey, as former Director, Federal Bureau of Investigation, pursuant to Rule 4:4-7, Skip Trace completed, UNRESPONSIVE. January 30, 2024.  Continued search – Guaranteed Subp.

13. Christopher J. Christie, former Governor New Jersey, pursuant to Rule 4:4-7, Served.  Also sending USPS Cert. June 6, 2024. Affidavit pending.

14. Richard "Dick" Cheney, as former Vice President of the United States, pursuant to Rule 4:4-7, service attempted April 25, 2024; April 29, 2024; May 6, 2024. Affidavit attached. Sent via FedEx, confirmed delivery May 12, 2024, Affidavit attached.

15. Elizabeth "Liz" Cheney, as former Chair, January 6th Commission, pursuant to Rule 4:4-7, service attempted April 17, 2024, Affidavit attached, USPS Cert. June 6, 2024.

16. John Kerry, as U.S. Presidential Envoy for Climate, pursuant to Rule 4:4-7, service attempted April 18, 2024, Affidavit attached, USPS Cert. June 6, 2024.

17. George W. Bush, former President of the United States, pursuant to Rule 4:4-7, 1st attempt (April 17, 2024) refused, 2nd attempt refused April 24, 2024, Affidavit attached. USPS Certified June 6, 2024.

18. Barack H. Obama, as former President of the United States, service attempted as attached, will April 17, 2024, refused.  Affidavit attached. USPS Cert. June 6, 2024.

19. Loretta Lynch, former United States Attorney General, service attempted April 23, 2024, refused.  Affidavit attached.  USPS Cert. June 6, 2024.

20. James Baker, as former United States Chief of Staff, pursuant to Rule 4:4-7, Attempted service, out for subsequent attempt.  Also sending USPS Cert June 6, 2024.

21. Eric Holder, as former United States Attorney General, service attempted May 6, 2024, refused, USPS Certified June 6, 2024.

22. Joseph R. Biden, as President of the United States in the capacity as Vice President and Senator, service attempted April 17, 2024, refused. USPS Cert. June 6, 2024.

23. John Ashcroft, as former United States Attorney General, service attempted April 30, 2024, refused. USPS Cert June 6, 2024.

24. Jaime Gorlick, Department of Homeland Security – Advisory Council Member, served pursuant to Rule 4:4-7, April 30, 2024, Affidavit attached.

25. Nancy Pelosi as Congresswoman, California, served pursuant to Rule 4:4-7, April 19, 2024, Affidavit attached.

26. George Norcross III, Connor, Strong , et al., served pursuant to Rule 4:4-7, Served via ECF, pending Affidavit.

27. Phil Murphy, as Governor, New Jersey served pursuant to Rule 4:4-7, Served via ECF, pending Affidavit.

28. Tahesha Way, as Lt. Governor and former Secretary of State, New Jersey, served pursuant to Rule 4:4-7, Served via ECF, pending Affidavit.

29. Judith Persichilli, as former Commissioner of Health, New Jersey served pursuant to Rule 4:4-7, Served via ECF, pending Affidavit.

30. Sejal Hathi, former Health Commissioner, New Jersey, served pursuant to Rule 4:4-7, Served via ECF, pending Affidavit.

31. Matthew Platkin, Attorney General, New Jersey, served pursuant to Rule 4:4-7. Served via ECF, pending Affidavit.

32. Kathy Hochul, as Governor, New York, served pursuant to Rule 4:4-7, Served via ECF, pending Affidavit

33. Andrew Cuomo, as former Governor, New York, served pursuant to Rule 4:4-7, April 25, 2024, Service Affidavit and USPS Affidavit, attached.

34. Letitia James, as Attorney General, New York, served pursuant to Rule 4:4-7, Served via ECF, Pending Affidavit.

35. Janet Yellen, as U.S. Treasury Secretary, served pursuant to Rule 4:4-7, April 18, 2024, refused. Affidavit attached.

36. Xavier Becerra, as Secretary, HHS, served pursuant to Rule 4:4-7, April 29, 2024, refused. Mailed April 29, 2024, Mailed Certified USPS, Affidavit attached.

37. Susan Rice, as former NSA, pursuant to Rule 4:4-7, attempted service April 22, 2024, refused. USPS Cert. June 6, 2024.

38. Democratic National Committee served pursuant to Rule 4:4-7, Served via ECF, pending Affidavit.

39. Republican National Committee served pursuant to Rule 4:4-7, Served via ECF, pending Affidavit

40. James Pittinger, Mayor, Lebanon Borough, served pursuant to Rule 4:4-7, Served via ECF, pending Affidavit.

41. Lisa Sella, Deputy Clerk, Lebanon Borough, served pursuant to Rule 4:4-7, Served via ECF, pending Affidavit.

42. Robert Junge, as Municipal Chair, Republican Party, Lebanon Borough, Served via ECF, pending Affidavit.

43. William J. Clinton, former President of the United States, pursuant to Rule 4:4-7, April 18, 2024, refused.  Affidavit attached, USPS Cert June 6, 2024.

44. Adam Schiff, Representative (Congress), served pursuant to Rule 4:4-7, April 24, 2024.  Affidavit attached.

45. United Healthcare, served pursuant to Rule 4:4-7, April 23, 2024.  Affidavit attached.

46. Bill Nelson, NASA, served pursuant to Rule 4:4-7, April 23, 2024.  Affidavit attached.

47. Huma Abedin served pursuant to Rule 4:4-7, May 13, 2024.  Affidavit attached.

48. Occidental Petroleum – pursuant to Rule 4:4-7, Attempted delivery April 17, 2024. June 6, 2024 - Out for service, 2nd attempt. Mailing USPS Cert June 6, 2024.

49. Charles "Chuck" Schumer, Senator, served pursuant to Rule 4:4-7, April 24, 2024.  Affidavit attached.

50. Debbie Wasserman Schultz, Representative (Congress), served pursuant to Rule 4:4-7, April 19, 2024.  Affidavit attached.

51. Rod Rosenstein – served pursuant to Rule 4:4-7. Pending receipt of Affidavit.

Respectfully submitted, with attachments (Affidavits and confirmations of service, as above outlined). This 6th day of our Lord, June, 2024.

  /s/Mary B. Logan
Mary Basile Logan
Plaintiff (*Pro Se*) in the above action.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that I filed today, Thursday, June 6, 2024, the foregoing with the Federal Clerk of the Court for the United Stated District Court, District of New Jersey, which will send notification of such filing to all parties registered for this case, including the Defendant's counsel.

/s/   Mary B. Logan
Mary Basile Logan
*Pro-Se* Plaintiff

**cc:  All Counsel of Record (Via ECF)**