**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**

  

# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240411103848 |
| AMOUNT DUE: | $264.05 |
| DUE DATE: | 6/13/2024 |

PAID

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$264.05**   INVOICE#: 20240411103848   INVOICE DATE: 5/14/2024
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,
DEFENDANT: MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J
DOCKET#: 3 24 CV 00040 ZNQ TJB       CLAIM#:
ENTITY SERVED: MERRITT GARLAND, ESQ.  U.S. ATTORNEY GENERAL
SERVED WITH: SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT
IN SUPPORT OF AMENDED COMPLA
SERVED DATE: **4/30/2024**       COURT DATE:

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | ⌐_⌐/⌐_⌐/⌐_⌐ |
| SERVICE FEE: | $150.00 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | ⌐_⌐,⌐_⌐.⌐_⌐ |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS | |
| VIDEO/MISC. FEE: | $114.05 | | |
| TOTAL: | **$264.05** | CARD/CHECK#: | |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

| | |
|---|---|
| INVOICE #: | 20240411103848 |
| AMOUNT DUE: | $264.05 |
| DUE DATE: | 6/13/2024 |

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CARD #: |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

EXPIRATION: |_|_|/|_|_|

SIGNATURE: _____

20240411103848

*** To Pay Online Go To "My Account" ***

**Return of Service**

**UNITED STATES DISTRICT COURT**
**District of New Jersey**

MARY BASILE LOGAN, INDIVIDUALLY AND ON                          Case Number: 3 24 CV 00040 ZNQ TJB
BEHALF OF THOSE SIMILARLY SITUATED, PRO
SE
   Plaintiff

vs.

MERRICK GARLAND, IN HIS OFFICIAL CAPACITY
ATTORNEY GENERAL, DEPARTMENT OF
JUSTICE, ET AL
   Defendant

On behalf of:
MARY B. LOGAN, PRO SE

Received by Guaranteed Subpoena Service, Inc. to be served on MERRITT GARLAND, ESQ. U.S. ATTORNEY
GENERAL at DEPARTMENT OF JUSTICE 1600 PENNSYLVANIA AVENUE, WASHINGTON, DC 20530.

I, Spencer Dalke, being duly sworn, depose and say that on April 30, 2024 at or about 4:22 PM mailed SUMMONS,
AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION,
EXHIBITS at MERRITT GARLAND, ESQ. U.S. ATTORNEY GENERAL, U.S. Department of Justice, 950 Pennsylvania
Ave, NW, Washington, DC 20530.

The above mentioned address only accepts service by mail. Sent by USPS certified mail with tracking number
9859071052701875052658.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in
controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under
penalty of perjury, I declare that the foregoing is true and correct.



Spencer Dalke                             04/30/2024
Spencer Dalke                                     Date
Guaranteed Subpoena Service, Inc.
2009 Morris Ave, Ste 101
Union, NJ 07083
(800) 672-1952

Our Job Number: 2024-122956
Reference: 20240411103848