**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM -- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!

 

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

## INVOICE

| | |
|---|---|
| INVOICE #: | 20240411104347 |
| AMOUNT DUE: | $264.05 |
| DUE DATE: | 5/31/2024 |

**PAID**

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | |
|---|---|---|
| AMOUNT DUE: $264.05 | INVOICE#: 20240411104347 | INVOICE DATE: 5/1/2024 |
| ATTORNEY: | MARY B. LOGAN, PRO SE | |
| FIRM: | MARY B. LOGAN, PRO SE | |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | |
| DEFENDANT: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J | |
| DOCKET#: | 3 24 CV 00040 ZNQ TJB | CLAIM#: |
| ENTITY SERVED: | LLOYD AUSTIN, III, SECRETARY | |
| SERVED WITH: | SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA | |
| SERVED DATE: | **4/18/2024** | COURT DATE: |

| | |
|---|---|
| ATTENDANCE FEE: | $0.00 |
| SERVICE FEE: | $150.00 |
| MILEAGE FEE: | $0.00 |
| PRIORITY FEE: | $0.00 |
| PICKUP FEE: | $0.00 |
| INCORRECT ADDRESS FEE: | $0.00 |
| DOCUSIGN/NOTARY FEE: | $0.00 |
| CASH ATTACHED: | $0.00 |
| WAIT TIME | $0.00 |
| VIDEO/MISC. FEE: | $114.05 |
| TOTAL: | **$264.05** |

PAYMENT SENT ON: |__|__|/|__|__|/|__|__|__|__|
AMOUNT PAID: |__|__|__|__|__|.|__|__|

[ ] CHECK
[ ] VISA
[ ] MASTERCARD
[ ] DISCOVER
[ ] AMERICAN EXPRESS

CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

| | |
|---|---|
| INVOICE #: | 20240411104347 |
| AMOUNT DUE: | $264.05 |
| DUE DATE: | 5/31/2024 |

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

*** To Pay Online Go To "My Account" ***

20240411104347

# Return of Service

## UNITED STATES DISTRICT COURT
### District of New Jersey

MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
   Plaintiff

Case Number: 3 24 CV 00040 ZNQ TJB

vs.

MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
   Defendant

On behalf of:
MARY B. LOGAN, PRO SE

Received by Guaranteed Subpoena Service, Inc. to be served on LLOYD AUSTIN, III, SECRETARY at U.S. DEPARTMENT OF DEFENSE 1000 DEFENSE PENTAGON, WASHINGTON, DC 20301.

I, Erin McDonald, being duly sworn, depose and say that on April 18, 2024 at or about 3:48 PM I served SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS personally to Michael Brown as Administrative Assistant to the General Counsel of LLOYD AUSTIN, III, SECRETARY. Service occurred at Department of Defense, Office of General Counsel, 1235 South Clark Street Suite 1540 Arlington, VA 22202.

Physical Description of Person Served:
Age: 45,  Sex: M,  Race/Skin Color: African American,  Height: 6,  Weight: 200,  Hair: Bald Glasses: Yes

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

APR 1 8 2024

Erin McDonald     Date
Guaranteed Subpoena Service, Inc.
2009 Morris Ave, Ste 101
Union, NJ 07083
(800) 672-1952

Our Job Number: 2024-122908
Reference: 20240411104347