**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM -- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**

 

# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240411110609
AMOUNT DUE: $264.05
DUE DATE: 5/31/2024

**PAID**

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$264.05**      INVOICE#: **20240411110609**      INVOICE DATE: **5/1/2024**
ATTORNEY:            MARY B. LOGAN, PRO SE
FIRM:                MARY B. LOGAN, PRO SE
PLAINTIFF:           MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,
DEFENDANT:           MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J
DOCKET#:             3 24 CV 00040 ZNQ TJB                                      CLAIM#:
ENTITY SERVED:       CHRISTOPHER A. WRAY, DIRECTOR
SERVED WITH:         SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT
                     IN SUPPORT OF AMENDED COMPLA
SERVED DATE:         **4/18/2024**                 COURT DATE:

| Fee | Amount | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | |__|__|/|__|__|/|__|__| |
| SERVICE FEE: | $150.00 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | |__|__|__|.|__|__|__|.|__|__|__| |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS | |
| VIDEO/MISC. FEE: | $114.05 | | |
| TOTAL: | **$264.05** | CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

INVOICE #:     20240411110609
AMOUNT DUE:    $264.05
DUE DATE:      5/31/2024

[ ] CHECK

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

*** To Pay Online Go To "My Account" ***


20240411110609

<u>Return of Service</u>

**UNITED STATES DISTRICT COURT**
**District of New Jersey**

MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
  Plaintiff

Case Number: 3 24 CV 00040 ZNQ TJB

vs.

MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
  Defendant

On behalf of:
MARY B. LOGAN, PRO SE

Received by Guaranteed Subpoena Service, Inc. to be served on CHRISTOPHER A. WRAY, DIRECTOR at 935 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20535.

I, Samuel Howard, being duly sworn, depose and say that on April 18, 2024 at or about 2:39 PM I served SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS personally to Brendan M. Horan as Assistant General Counsel of CHRISTOPHER A. WRAY, DIRECTOR. Service occurred at 935 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20535.

Physical Description of Person Served:
Age: 30,  Sex: Male,  Race/Skin Color: White,  Height: 5'10",  Weight: 160,  Hair: Bald with ginger beard Glasses: No

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Samuel Howard        4/18/24
Guaranteed Subpoena Service, Inc.  Date
2009 Morris Ave, Ste 101
Union, NJ 07083
(800) 672-1952

Our Job Number: 2024-122860
Reference: 20240411110609