Case 3:24-cv-00040-ZNQ-TJB   Document 15 ... 3310

**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**

 

# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240411104118
AMOUNT DUE: $264.05
DUE DATE: 5/31/2024

PAID

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$264.05**    INVOICE#: **20240411104118**    INVOICE DATE: **5/1/2024**
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,
DEFENDANT: MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J
DOCKET#: 3 24 CV 00040 ZNQ TJB    CLAIM#:
ENTITY SERVED: MARCIA L. FUDGE, SECRETARY
SERVED WITH: SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA
SERVED DATE: 4/18/2024    COURT DATE:

ATTENDANCE FEE: $0.00    PAYMENT SENT ON: |__|__|/|__|__|/|__|__|
SERVICE FEE: $150.00
MILEAGE FEE: $0.00    AMOUNT PAID: |__|__|,|__|__|__|.|__|__|
PRIORITY FEE: $0.00
PICKUP FEE: $0.00    [ ] CHECK
INCORRECT ADDRESS FEE: $0.00    [ ] VISA
DOCUSIGN/NOTARY FEE: $0.00    [ ] MASTERCARD
CASH ATTACHED: $0.00    [ ] DISCOVER
WAIT TIME: $0.00    [ ] AMERICAN EXPRESS
VIDEO/MISC. FEE: $114.05
TOTAL: **$264.05**    CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: **20240411104118**
AMOUNT DUE: **$264.05**
DUE DATE: **5/31/2024**

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|
EXPIRATION: |__|__|/|__|__|
SIGNATURE: _____

20240411104118

*** To Pay Online Go To "My Account" ***

**Return of Service**

## UNITED STATES DISTRICT COURT
### District of New Jersey

MARY BASILE LOGAN, INDIVIDUALLY AND ON
BEHALF OF THOSE SIMILARLY SITUATED, PRO
SE
    Plaintiff

Case Number: 3 24 CV 00040 ZNQ TJB

vs.

MERRICK GARLAND, IN HIS OFFICIAL CAPACITY
ATTORNEY GENERAL, DEPARTMENT OF
JUSTICE, ET AL
    Defendant

On behalf of:
MARY B. LOGAN, PRO SE

Received by Guaranteed Subpoena Service, Inc. to be served on MARCIA L. FUDGE, SECRETARY at U.S.
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT 451 7TH STREET, S.W., WASHINGTON, DC 20410.

I, Samuel Howard, being duly sworn, depose and say that on April 18, 2024 at or about 11:59 AM I served SUMMONS,
AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION,
EXHIBITS personally to Joseph Robbins as Deputy Assistant General Counsel for Litigation of MARCIA L. FUDGE,
SECRETARY. Service occurred at U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT 451 7TH
STREET, S.W., WASHINGTON, DC 20410.

Physical Description of Person Served:
Age: 30s,  Sex: Male,  Race/Skin Color: White,  Height: 5'11",  Weight: 160,  Hair: Brown Glasses: No

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in
controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under
penalty of perjury, I declare that the foregoing is true and correct.

_____          4/18/24
Samuel Howard                                    Date
Guaranteed Subpoena Service, Inc.
2009 Morris Ave, Ste 101
Union, NJ 07083
(800) 672-1952

Our Job Number: 2024-122927
Reference: 20240411104118