YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM -- CLICK ON MY ACCOUNT

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!

  

# INVOICE

| | |
|---|---|
| INVOICE #: | 20240411111421 |
| AMOUNT DUE: | $199.05 |
| DUE DATE: | 5/19/2024 |

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: $199.05
INVOICE#: 20240411111421
INVOICE DATE: 4/19/2024

| | |
|---|---|
| ATTORNEY: | MARY B. LOGAN, PRO SE |
| FIRM: | MARY B. LOGAN, PRO SE |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, |
| DEFENDANT: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J |
| DOCKET#: | 3 24 CV 00040 ZNQ TJB       CLAIM#: |
| ENTITY SERVED: | THOMAS H. KEAN, SR. (FORMER CHAIR 9/11 COMMISSION) |
| SERVED WITH: | SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA |
| SERVED DATE: | 4/16/2024       COURT DATE: |

| | |
|---|---|
| ATTENDANCE FEE: | $0.00 |
| SERVICE FEE: | $75.00 |
| MILEAGE FEE: | $0.00 |
| PRIORITY FEE: | $0.00 |
| PICKUP FEE: | $0.00 |
| INCORRECT ADDRESS FEE: | $0.00 |
| DOCUSIGN/NOTARY FEE: | $10.00 |
| CASH ATTACHED: | $0.00 |
| WAIT TIME 0.00 | $0.00 |
| VIDEO/MISC. FEE: | $114.05 |
| **TOTAL:** | **$199.05** |

PAYMENT SENT ON: |__|__|/|__|__|/|__|__|
AMOUNT PAID: |__|__|,|__|__|__|__|.|__|__|

[ ] CHECK
[ ] VISA
[ ] MASTERCARD
[ ] DISCOVER
[ ] AMERICAN EXPRESS

CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240411111421 |
| AMOUNT DUE: | $199.05 |
| DUE DATE: | 5/19/2024 |

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

*** To Pay Online Go To "My Account" ***

20240411111421

| | |
|---|---|
| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |

| | |
|---|---|
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | **SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS** <br> **NUNO VEIGA** <br> **PROCESS SERVER** |
| | DATE: **4/16/2024 3:15:03 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

THOMAS H. KEAN, SR. (FORMER CHAIR 9/11 COMMISSION)

Place where served:

330 LONG LANE   BEDMINSTER  NJ  07921

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ALEXANDER MILASHVILI

Relationship to defendant    **ROOMMATE**

Description of Person Accepting Service:

SEX: M   AGE: 65+   HEIGHT: 5'9"-6'0"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

16th day of April, 2024

Notary Signature _____
Rosemary Ramos          September 25th, 2028
Name of Notary          My Commission Expires

I, NUNO VEIGA, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____  04/16/2024
Signature of Process Server    Date

ATTORNEY:       MARY B. LOGAN, PRO SE
PLAINTIFF:      MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY
DEFENDANT:      SITUATED, PRO SE
VENUE:          MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL,
DOCKET:         DEPARTMENT OF JUSTICE, ET AL
COMMENT:        DISTRICT
                3 24 CV 00040 ZNQ TJB