### Return of Non-Service

**UNITED STATES DISTRICT COURT**
**District of New Jersey**

MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
   Plaintiff

Case Number: 3 24 CV 00040 ZNQ TJB

vs.

MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
   Defendant

On behalf of:
MARY B. LOGAN, PRO SE

Received by Guaranteed Subpoena Service, Inc. to be served on ROBERT MUELLER, III at WILMERHALE 21000 PENNSYLVANIA AVENUE, WASHINGTON, DC 20037.

I, Pablo Rada, being duly sworn, depose and say that on April 17, 2024 at or about 12:00 PM I was not able to serve SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS for the reasons detailed below.

Previous service attempts including on or about January 17, 2024 at 4:14PM Attempted service at WILMERHALE, 21000 PENNSYLVANIA AVENUE, WASHINGTON, DC 20037 resulted in an attorney stating that Robert Mueller, III is retired and no longer working at the aforementioned address.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  4/18/2024
Pablo Rada                 Date
Guaranteed Subpoena Service, Inc.
2009 Morris Ave, Ste 101
Union, NJ 07083
(800) 672-1952

Our Job Number: 2024-122904
Reference: 20240411105802

