# Affidavit of Process Server

## UNITED STATES DISTRICT COURT - DISTRICT OF NEW JERSEY
NAME OF COURT

**Mary Basile Logan** vs **Merritt Galand, et al.**   3:24-CV-0040-ZNQ-TJB
PLAINTIFF/PETITIONER   DEFENDANT/RESPONDENT   CASE NUMBER

I, **Thomas M. Combs**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Richard Cheney**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons and Complaint**

by leaving with **Terrence O'Donnell**   **Attorney**   At
NAME   RELATIONSHIP

☐ Residence _____
ADDRESS

☑ Business **680 Maine Ave. SW**   **Washington D.C. 20024-3556**
ADDRESS   CITY / STATE

On **3/12/24** AT **1:12 p.m. by FedEx**
DATE   TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
DATE TIME   DATE TIME

(3) _____ _____ (4) _____ _____ (5) _____ _____
DATE TIME   DATE TIME   DATE TIME

**Description:** Age___ Sex___ Race___ Height___ Weight___ Hair___ Beard___ Glasses___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **18th** day of **April**, 20**24**, by **Thomas M. Combs**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

KELLY NEIDHOLT
Notary Public - State of Idaho
Commission Number 20200172
My Commission Expires Feb 4, 2026

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **Idaho**

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS



March 18, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 271832586093

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | EKASSA | **Delivery Location:** | |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | Direct Signature Required | | Washington, DC, |
| | | **Delivery date:** | Mar 12, 2024 13:05 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 271832586093 | **Ship Date:** | Mar 6, 2024 |
| | | **Weight:** | 3.5 LB/1.59 KG |

**Recipient:**  
WASHINGTON, DC, US,

**Shipper:**  
DRIGGS, ID, US,

**Reference**  TETON INVESTIGATIVE  
**Invoice**  PKG ID: 54728

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx