**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM -- CLICK ON MY ACCOUNT**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!




# INVOICE

INVOICE #: 20240411103954
AMOUNT DUE: $189.05
DUE DATE: 5/29/2024

**PAID**

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | |
|---|---|---|
| AMOUNT DUE: **$189.05** | INVOICE#: **20240411103954** | INVOICE DATE: **4/29/2024** |
| ATTORNEY: | MARY B. LOGAN, PRO SE | |
| FIRM: | MARY B. LOGAN, PRO SE | |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | |
| DEFENDANT: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J | |
| DOCKET#: | 3 24 CV 00040 ZNQ TJB | CLAIM#: |
| ENTITY SERVED: | LIZ CHENEY, PROFESSOR | |
| SERVED WITH: | SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA | |
| SERVED DATE: | | COURT DATE: |

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: |_|_|/|_|_|/|_|_|_|_| |
| SERVICE FEE: | $75.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: |_|_|,|_|_|_|.|_|_| |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME: | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $114.05 | |
| TOTAL: | **$189.05** | CARD/CHECK#: |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240411103954
AMOUNT DUE: $189.05
DUE DATE: 5/29/2024

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

CARD #: |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

EXPIRATION: |_|_|/|_|_|

SIGNATURE: _____

20240411103954

*** To Pay Online Go To "My Account" ***

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS 20240411103954 Was

**NOT SERVED!**

NOT Served Date/Time: 4/17/2024 12:00 PM

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351

| | |
|---|---|
| NOT Served Upon: At BUSINESS : | LIZ CHENEY, PROFESSOR UNIVERSITY OF VIRGINIA CENTER FOR POLITICS, GIBSON HALL 183 1540 JEFFERSON PARK AVENUE CHARLOTTESVILLE VA 22903 |
| In the Case/Docket: | 3 24 CV 00040 ZNQ TJB   Claim: |
| Plaintiff: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE |
| Defendant: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL |
| Attorney: | MARY B. LOGAN, PRO SE  Phone: 9082468466  Fax: 8882372671  Email: TRINO@TRINOPS.COM |
| Firm: | MARY B. LOGAN, PRO SE TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809 |

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392
To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ X ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

Sales Tax of 6.625% Applies

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____    ___/___/___
AUTHORIZING SIGNATURE                    DATE

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY** OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

PER SERCURITY REFUSED ENTRY , NO IN PERSON SERVICE AT THIS ADDRESS IS ALLOWED

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***

## Return of Non-Service

**UNITED STATES DISTRICT COURT**
**District of New Jersey**

MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
   Plaintiff

Case Number: 3 24 CV 00040 ZNQ TJB

vs.

MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
   Defendant

On behalf of:
MARY B. LOGAN, PRO SE

Received by Guaranteed Subpoena Service, Inc. to be served on LIZ CHENEY, PROFESSOR at UNIVERSITY OF VIRGINIA CENTER FOR POLITICS, GIBSON HALL 183 1540 JEFFERSON PARK AVENUE, CHARLOTTESVILLE, VA 22903.

I, Pablo Rada, being duly sworn, depose and say that on April 17, 2024 at or about 12:00 PM I was not able to serve SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS for the reasons detailed below.

Previous service attempts including on or about On January 18, 2024 at 12:50 PM at The Secretary to the Board of Visitors for the University of Virginia at 1826 University Ave, Charlottesville, VA 22903 advised that service should be directed to the UVA Center for Politics at 465 Crestwood Drive, Charlottesville, VA 22903. However, the Office Manager at the Center for Politics would not accept service and advised that Ms. Cheney does not have an office or regular schedule for lecturing at the school. Ms. Cheney usually only conducts lectures over via teleconference and only rarely comes to the university in person.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Pablo Rada     4/19/2024
                     Date
Guaranteed Subpoena Service, Inc.
2009 Morris Ave, Ste 101
Union, NJ 07083
(800) 672-1952

Our Job Number: 2024-122955
Reference: 20240411103954

