**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**



# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #:   20240411104236
AMOUNT DUE:  $151.55
DUE DATE:    5/29/2024

**PAID**

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | |
|---|---|---|
| AMOUNT DUE: **$151.55** | INVOICE#: **20240411104236** | INVOICE DATE: **4/29/2024** |
| ATTORNEY: | MARY B. LOGAN, PRO SE | |
| FIRM: | MARY B. LOGAN, PRO SE | |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | |
| DEFENDANT: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J | |
| DOCKET#: | 3 24 CV 00040 ZNQ TJB | CLAIM#: |
| ENTITY SERVED: | JOHN KERRY, FORMER SENATOR | |
| SERVED WITH: | SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA | |
| SERVED DATE: | | COURT DATE: |

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | \_\_/\_\_/\_\_ |
| BULK SERVICE FEE: | $37.50 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | \_\_,\_\_\_\_.\_\_ |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS | |
| VIDEO/MISC. FEE: | $114.05 | | |
| TOTAL: | **$151.55** | CARD/CHECK#: | _____ |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

INVOICE #:    20240411104236
AMOUNT DUE:   $151.55
DUE DATE:     5/29/2024

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CARD #: _____

EXPIRATION: \_\_/\_\_

SIGNATURE: _____

*** To Pay Online Go To "My Account" ***


20240411104236



20240411104236

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20240411104236** Was

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**NOT SERVED!**

NOT Served Date/Time: 4/17/2024

Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351

NOT Served Upon: **JOHN KERRY, FORMER SENATOR**
At BUSINESS: **U.S. SPECIAL PRESIDENTIAL ENVOY FOR CLIMATE, NATIONAL SECURITY COUNCIL 1600 PENNSYLVANIA AVENUE, N.W WASHINGTON DC 20500**

In the Case/Docket: **3 24 CV 00040 ZNQ TJB**   Claim:
Plaintiff: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
Defendant: MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
Attorney: **MARY B. LOGAN, PRO SE**  Phone: 9082468466  Fax: 8882372671  Email: TRINO@TRINOPS.COM
Firm: MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

# AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392
To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[X] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____    __/__/____
AUTHORIZING SIGNATURE            DATE

Sales Tax of 6.625% Applies

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY** OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:

**PER SERCURITY REFUSED ENTRY , NO IN PERSON SERVICE AT THIS ADDRESS IS ALLOWED**

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***

## Return of Non-Service

### UNITED STATES DISTRICT COURT
### District of New Jersey

MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
   Plaintiff

Case Number: 3 24 CV 00040 ZNQ TJB

vs.

MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
   Defendant

On behalf of:
MARY B. LOGAN, PRO SE

Received by Guaranteed Subpoena Service, Inc. to be served on JOHN KERRY, FORMER SENATOR at 1600 Pennsylvania Ave NW, Washington, DC 20500.

I, Pablo Rada, being duly sworn, depose and say that on April 17, 2024 at or about 12:00 PM I was not able to serve SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS for the reasons detailed below.

Previous service attempts including on or about January 17, 2024 at 4:21 PM at THE WHITE HOUSE 1600 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20500 result in being refused entry by security. Service is not possible in person at this address.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

                                             4/17/2024

Pablo Rada                               Date
Guaranteed Subpoena Service, Inc.
2009 Morris Ave, Ste 101
Union, NJ 07083
(800) 672-1952

Our Job Number: 2024-122925
Reference: 20240411104236

