YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!




# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240411105701
AMOUNT DUE: $189.05
DUE DATE: 6/2/2024

**PAID**

WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | |
|---|---|---|
| AMOUNT DUE: $189.05 | INVOICE#: 20240411105701 | INVOICE DATE: 5/3/2024 |
| ATTORNEY: | MARY B. LOGAN, PRO SE | |
| FIRM: | MARY B. LOGAN, PRO SE | |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | |
| DEFENDANT: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J | |
| DOCKET#: | 3 24 CV 00040 ZNQ TJB | CLAIM#: |
| ENTITY SERVED: | GEORGE W. BUSH, FORMER PRESIDENT | |
| SERVED WITH: | SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA | |
| SERVED DATE: | | COURT DATE: |

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: __/__/__ |
| SERVICE FEE: | $75.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME 0.00 | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $114.05 | |
| TOTAL: | $189.05 | CARD/CHECK#: |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240411105701
AMOUNT DUE: $189.05
DUE DATE: 6/2/2024

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

**PAID**

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__| / |__|__|

SIGNATURE: _____

|||||||||||||||||||
20240411105701

*** To Pay Online Go To "My Account" ***



20240411105701

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20240411105701** Was

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**NOT SERVED!**

NOT Served Date/Time: 4/17/2024 3:07 PM

Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351

NOT Served Upon:    **GEORGE W. BUSH, FORMER PRESIDENT**
At BUSINESS :       **BUSH PRESIDENTIAL LIBRARY 2943 SMU BOULEVARD DALLAS TX 75205**

In the Case/Docket:  **3 24 CV 00040 ZNQ TJB**   Claim:
Plaintiff:           MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
Defendant:           MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
Attorney:            **MARY B. LOGAN, PRO SE**  Phone: **9082468466**  Fax: **8882372671**  Email:
                     **TRINO@TRINOPS.COM**
Firm:                **MARY B. LOGAN, PRO SE**
                     **TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809**

### VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ X ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____    ___/___/_____
AUTHORIZING SIGNATURE                DATE

Sales Tax of 6.625% Applies

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY** OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

THIS IS A HEAVILY GUARDED PLACE. SECURITY CAME OUT TO MEET ME OUTSIDE OF THE DOCK. THE SECURITY GUARD AT THE MAIN ENTRANCE SAID I COULD NOT DELIVER IT AND TO GO TO THE DOCK AND SOMEONE WOULD TALK TO ME. WHEN I GOT TO THE ENTRANCE TO THE DOCK THEY HAD ME PARK OUTSIDE ITS ENTRANCE. A SECURITY SUPERVISOR CAME OUT. HE SAID UNDER NO CONDITION IS PROCESS SERVICE ALLOWED HERE. HE SAID THE LIBRARY IS DEEMED A FEDERAL PROPERTY AND NO PROCESS SERVICE IS ALLOWED HERE. HE SAID THE PEOPLE WHO WANT THIS TO GET DELIVERED HERE CAN EITHER MAIL IT OR SEND IT VIA UPS OR FEDEX. I EMAILED THE OFFICE OF PRESIDENT GEORGE BUSH THIS MORNING AND GOT A RECEIPT SAYING SOMEONE WOULD CONTACT ME BUT HAVE NOT BEEN CONTACTED.

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3 24 CV 00040 ZNQ TJB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GEORGE W. BUSH, FORMER PRESIDENT was received by me on *(date)* 4-11-2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: This is a heavily guarded place. Security came out to meet me outside of the dock. The security guard at the main entrance said i could not deliver it and to go to the dock and someone would talk to me. When i got to the entrance to the dock they had me park outside its entrance. A security supervisor came out. He said under no condition is Process Service allowed here. He said the library is deemed a Federal property and no process service is allowed here. He said the people who want this to get delivered here can either mail it or send it via UPS or Fedex. I emailed the Office of President George Bush this morning and got a receipt saying someone would contact me but have not been contacted.as of 4-24-2024 ; or

☐ Other: . ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4-24-2024

*Kurt Schedler* (signature)

*Server's signature*

Kurt Schedler- PROCESS SERVER# PSC1098

*Printed name and title*

2221 Justin Road 119-328, Flower Mound, TX 75028

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 17, 2024, 2:07 pm CDT at Work: BUSH PRESIDENTIAL LIBRARY 2943 SMU BOULEVARD, DALLAS, TX 75205
This is a heavily guarded place. Security came out to meet me outside of the dock. The security guard at the main entrance said i could not deliver it and to go to the dock and someone would talk to me. When i got to the entrance to the dock they had me park outside its entrance. A security supervisor came out. He said under no condition is Process Service allowed here. He said the library is deemed a Federal property and no process service is allowed here. He said the people who want this to get delivered here can either mail it or send it via UPS or Fedex. I emailed the Office of President George Bush this morning and got a receipt saying someone would contact me but have not been contacted as of 4-24-2024