### Return of Non-Service

### UNITED STATES DISTRICT COURT
### District of New Jersey

MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
   Plaintiff

Case Number: 3 24 CV 00040 ZNQ TJB

vs.

MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
   Defendant

On behalf of:
MARY B. LOGAN, PRO SE

Received by Guaranteed Subpoena Service, Inc. to be served on ERIC HOLDER, SENIOR PARTNER at COVINGTON & BURLING LLP, ONE CITY CENTER 850 TENTH STREET, NW, WASHINGTON, DC 20001.

I, Pablo Rada, being duly sworn, depose and say that on April 29, 2024 at or about 1:25 PM I was not able to serve SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS for the reasons detailed below.

On April 18, 2024 at 3:12 PM Attempted service at COVINGTON & BURLING LLP, ONE CITY CENTER 850 TENTH STREET, NW, WASHINGTON, DC 20001, spoke to the front desk who offered to get one of Eric Holder's liaisons to take it. Since it needed to be served personally to Eric Holder, they provided the phone number to schedule a time: 202-662-6000.

On April 26, 2024 at 10:52 AM, called 202-662-6000 and was transferred to Eric Holder's line which went to voicemail after a few ring. Explained that I was calling to coordinate service and that if he could call back to set up a time.

On April 29, 2024 at 1:25 PM, called 202-662-6000 and went straight to voicemail. Left message stating that I was trying to reach him to coordinate service. As of May 6, 2024, I have not received a call back.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

                                                5/6/24

Pablo Rada                            Date
Guaranteed Subpoena Service, Inc.
2009 Morris Ave, Ste 101
Union, NJ 07083
(800) 672-1952

Our Job Number: 2024-122855
Reference: 20240411110752



20240411110752

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

YOUR PROCESS **20240411110752** Was

**NOT SERVED!**

NOT Served Date/Time: 4/29/2024 1:25 PM

Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351

| | |
|---|---|
| NOT Served Upon: | **ERIC HOLDER, SENIOR PARTNER** |
| At BUSINESS : | **COVINGTON & BURLING LLP, ONE CITY CENTER 850 TENTH STREET, NW WASHINGTON DC 20001** |
| In the Case/Docket: | **3 24 CV 00040 ZNQ TJB**   Claim: |
| Plaintiff: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE |
| Defendant: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL |
| Attorney: | **MARY B. LOGAN, PRO SE**  Phone: **9082468466**  Fax: **8882372671**  Email: **TRINO@TRINOPS.COM** |
| Firm: | **MARY B. LOGAN, PRO SE** TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809 |

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____   ___/___/_____
AUTHORIZING SIGNATURE            DATE

**Sales Tax of 6.625% Applies**

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY** OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:

**SERVER WAS UNABLE TO SERVE PERSONALLY**

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***