**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!

  

# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240411105850 |
| AMOUNT DUE: | $264.05 |
| DUE DATE: | 6/5/2024 |

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | |
|---|---|---|
| AMOUNT DUE: $264.05 | INVOICE#: 20240411105850 | INVOICE DATE: 5/6/2024 |
| ATTORNEY: | MARY B. LOGAN, PRO SE | |
| FIRM: | MARY B. LOGAN, PRO SE | |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | |
| DEFENDANT: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J | |
| DOCKET#: | 3 24 CV 00040 ZNQ TJB | CLAIM#: |
| ENTITY SERVED: | ANDREW CUOMO, C/O RITA GLAVIN, ESQ. | |
| SERVED WITH: | SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA | |
| SERVED DATE: | 4/23/2024 | COURT DATE: |

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: |__|__|/|__|__|/|__|__|__| |
| SERVICE FEE: | $150.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: |__|__|,|__|__|__|.|__|__| |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $114.05 | |
| TOTAL: | $264.05 | CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240411105850 |
| AMOUNT DUE: | $264.05 |
| DUE DATE: | 6/5/2024 |

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

20240411105850

**\*\*\* To Pay Online Go To "My Account" \*\*\***

MARY B. LOGAN, PRO SE
Suitable Age Service

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## AFFIDAVIT OF SERVICE

*1601807*

Index no : **3 24 CV 00040 ZNQ TJB**
Office No: 20240411105850

| Plaintiff: | **MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE** |
|---|---|
| Defendant: | **MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL** |

STATE OF NEW YORK COUNTY OF NASSAU         ss.:
I (Muataz Ahmad) being duly sworn, deposes and says I am over the age of 18 and reside in New York State.

On **04/23/2024** at **9:36 AM**, I served the within **SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS** on **ANDREW CUOMO, C/O RITA GLAVIN, ESQ.** at **GLAVIN PLLC. , 156 W. 56TH STE 2004, NEW YORK, NY 10019** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Leo Korman , ATTORNEY** a person of suitable age and discretion. Person spoken to stated that said premises is intended recipients place of business within the state.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Male | White | Brown | 35 | 5ft 9 - 6ft | 161-200 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on

APR 2 5 2024

Notary Public,

X_____
Muataz Ahmad
License#: 2034169
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056 Clerk: Progressive

MARY B. LOGAN, PRO SE
Personal Service

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### AFFIDAVIT OF MAILING



*1601807*

Index no : 3 24 CV 00040 ZNQ TJB
Office No:

| Plaintiff: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE |
|---|---|
| Defendant: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL |

STATE OF NEW YORK COUNTY OF NASSAU          ss.:

I, **Khaden McIver**, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

On **04/24/2024** I mailed a copy of the **SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS** on **ANDREW CUOMO, C/O RITA GLAVIN, ESQ.** by first-class mail to the defendants place of residence at **GLAVIN PLLC., 156 W. 56TH STE 2004, NEW YORK, NY 10019** by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to and subscribed before me on 04/24/2024

Nicholas Rivera
Notary Public, State of New York
No. 01RI0016069
Qualified in Suffolk County
Commission Expires 11/11/2027

X _____
Khaden McIver
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056
Clerk:
For: MARY B. LOGAN, PRO SE
Ref: 20240411105850

