**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**

   DISC_VER

# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240411111243
AMOUNT DUE: $189.05
DUE DATE: 5/24/2024

**PAID**

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | |
|---|---|---|
| AMOUNT DUE: **$189.05** | INVOICE#: **20240411111243** | INVOICE DATE: **4/24/2024** |
| ATTORNEY: | MARY B. LOGAN, PRO SE | |
| FIRM: | MARY B. LOGAN, PRO SE | |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | |
| DEFENDANT: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J | |
| DOCKET#: | 3 24 CV 00040 ZNQ TJB | CLAIM#: |
| ENTITY SERVED: | WILLIAM J. CLINTON, FORMER PRESIDENT | |
| SERVED WITH: | SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA | |
| SERVED DATE: | | COURT DATE: |

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | |__|__|/|__|__|/|__|__| |
| SERVICE FEE: | $75.00 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | |__|__|,|__|__|__|__|.|__|__| |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS | |
| VIDEO/MISC. FEE: | $114.05 | | |
| TOTAL: | **$189.05** | CARD/CHECK#: | |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240411111243
AMOUNT DUE: $189.05
DUE DATE: 5/24/2024

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

**GUARANTEED SUBPOENA SERVICE, INC.**
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

20240411111243

*** To Pay Online Go To "My Account" ***


20240411111243

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20240411111243** Was

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**NOT SERVED!**

NOT Served Date/Time: 4/17/2024 1:09 PM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351**

| | |
|---|---|
| NOT Served Upon: | **WILLIAM J. CLINTON, FORMER PRESIDENT** |
| At BUSINESS: | **15 OLD HOUSE LANE  CHAPPAQUA NY 10514** |
| In the Case/Docket: | **3 24 CV 00040 ZNQ TJB**   Claim: |
| Plaintiff: | MARY BASILE LOGAN, INDIVIDUALLY  AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE |
| Defendant: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL |
| Attorney: | **MARY B. LOGAN, PRO SE**  Phone: **9082468466**  Fax: **8882372671**  Email: **TRINO@TRINOPS.COM** |
| Firm: | **MARY B. LOGAN, PRO SE**<br>**TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809** |

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ X ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ____

_____   ___/___/_____
AUTHORIZING SIGNATURE                DATE

Sales Tax of 6.625% Applies

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY** OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

**not allow to serve must be mailed**

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***

UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

Non

**AFFIDAVIT OF SERVICE**

*97531*

Index no : **3:24-CV-00040-ZNQ-TJB**
Date Index Number Purchased: **01/10/2024**

| Plaintiff: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE |
|---|---|
| | vs. |
| Defendant: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

**Naeem Price**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **04/17/2024** at **1:09 PM**, I was unable to effect service of the **SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS** with the index# **3:24-CV-00040-ZNQ-TJB** endorsed thereon on **WILLIAM J. CLINTON, FORMER PRESIDENT** at **15 OLD HOUSE LANE, CHAPPAQUA, NY 10514** for the reason(s) indicated below:

**Not allowed to serve documents; has to be mailed to them.**

Sworn to and subscribed before me on
April 18, 2024

Heather Mathe
Notary Public, State of New York
01MA6388964
Qualified in WESTCHESTER
Commission Expires 3/18/27

X_____
Naeem Price
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056
Branch: White Plains

Atty File#: 20240411111243