**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**

  

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

## INVOICE

| | |
|---|---|
| INVOICE #: | 20240411110436 |
| AMOUNT DUE: | $264.05 |
| DUE DATE: | 5/31/2024 |

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$264.05**   INVOICE#: **20240411110436**   INVOICE DATE: **5/1/2024**
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,
DEFENDANT: MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J
DOCKET#: 3 24 CV 00040 ZNQ TJB    CLAIM#:
ENTITY SERVED: ADAM SCHIFF
SERVED WITH: SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA
SERVED DATE: **4/24/2024**    COURT DATE:

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | \_\_\_/\_\_\_/\_\_\_ |
| SERVICE FEE: | $150.00 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | \_\_\_,\_\_\_.\_\_\_ |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS | |
| VIDEO/MISC. FEE: | $114.05 | | |
| TOTAL: | **$264.05** | CARD/CHECK#: _____ | |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

| | |
|---|---|
| INVOICE #: | 20240411110436 |
| AMOUNT DUE: | $264.05 |
| DUE DATE: | 5/31/2024 |

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CARD #: _____

EXPIRATION: \_\_\_/\_\_\_

SIGNATURE: _____

**\*\*\* To Pay Online Go To "My Account" \*\*\***



20240411110436

### Return of Service

**UNITED STATES DISTRICT COURT**
**District of New Jersey**

| | |
|---|---|
| MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE<br>   Plaintiff | Case Number: 3 24 CV 00040 ZNQ TJB |

vs.

MERRICK GARLAND, IN HIS OFFICIAL CAPACITY
ATTORNEY GENERAL, DEPARTMENT OF
JUSTICE, ET AL
    Defendant

On behalf of:
MARY B. LOGAN, PRO SE

Received by Guaranteed Subpoena Service, Inc. to be served on ADAM SCHIFF at U.S. CAPITOL H154, WASHINGTON, DC 20515.

I, Rob Sisco, being duly sworn, depose and say that on April 24, 2024 at or about 2:07 PM I served SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS personally to Colin C. as Legislative Correspondent of ADAM SCHIFF. Service occurred at 2309 Rayburn HOB, Washington, DC 20515.

Physical Description of Person Served:
Age: 30s–40s,  Sex: M,  Race/Skin Color: White,  Height: 5'8",  Weight: 170 lbs,  Hair: Brown Glasses: No

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Rob Sisco                                                                          4/24/24
Guaranteed Subpoena Service, Inc.                                   Date
2009 Morris Ave, Ste 101
Union, NJ 07083
(800) 672-1952

Our Job Number: 2024-122866
Reference: 20240411110436

