YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!

 

## INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240411110332
AMOUNT DUE: $339.05
DUE DATE: 6/7/2024

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$339.05**
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,
DEFENDANT: MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J
DOCKET#: 3 24 CV 00040 ZNQ TJB         CLAIM#:
ENTITY SERVED: UNITED HEALTHCARE
SERVED WITH: SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA
SERVED DATE: **4/23/2024**         COURT DATE:

INVOICE#: **20240411110332**         INVOICE DATE: **5/8/2024**

| | |
|---|---|
| ATTENDANCE FEE: | $0.00 |
| SERVICE FEE: | $150.00 |
| MILEAGE FEE: | $0.00 |
| PRIORITY FEE: | $0.00 |
| PICKUP FEE: | $0.00 |
| INCORRECT ADDRESS FEE: | $75.00 |
| DOCUSIGN/NOTARY FEE: | $0.00 |
| CASH ATTACHED: | $0.00 |
| WAIT TIME: | $0.00 |
| VIDEO/MISC. FEE: | $114.05 |
| TOTAL: | **$339.05** |

PAYMENT SENT ON: |__|__| / |__|__| / |__|__|
AMOUNT PAID: |__|__|__| , |__|__|__| . |__|__|
[ ] CHECK
[ ] VISA
[ ] MASTERCARD
[ ] DISCOVER
[ ] AMERICAN EXPRESS
CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240411110332
AMOUNT DUE: $339.05
DUE DATE: 6/7/2024

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__| / |__|__|

SIGNATURE: _____

*** To Pay Online Go To "My Account" ***


20240411110332



20240411110332

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: **SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS**
EFFECTED (1) BY ME: CHRIS F. MARTIN
TITLE: PROCESS SERVER    DATE: 04/23/2024  12:54 P.M.

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant
UNITED HEALTHCARE BY LEAVING WITH REBECCA THOMPSON, LEGAL SERVICES SPECIALIST

Place where served: 9900 BREN ROAD EAST, MINNETONKA, MN. 55343

E. MN008-T-615   MINNETONKA  MN  55343

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: F   AGE: 50   HEIGHT: 5'5"   WEIGHT: 160   SKIN: WHITE   HAIR: RED   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 04/23/2024    SIGNATURE OF CHRIS F. MARTIN    L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:  MARY B. LOGAN, PRO SE
PLAINTIFF:  MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY
DEFENDANT:  SITUATED, PRO SE
VENUE:  MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL,
DOCKET:  DEPARTMENT OF JUSTICE, ET AL
COMMENT:  DISTRICT
3 24 CV 00040 ZNQ TJB