**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!

  

# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #:     20240411104651
AMOUNT DUE:    $264.05
DUE DATE:      6/16/2024

**PAID**

WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | |
|---|---|---|
| AMOUNT DUE: **$264.05** | INVOICE#: **20240411104651** | INVOICE DATE: **5/17/2024** |
| ATTORNEY: | MARY B. LOGAN, PRO SE | |
| FIRM: | MARY B. LOGAN, PRO SE | |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | |
| DEFENDANT: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J | |
| DOCKET#: | 3 24 CV 00040 ZNQ TJB | CLAIM#: |
| ENTITY SERVED: | HUMA ABEDIN | |
| SERVED WITH: | SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA | |
| SERVED DATE: | **5/9/2024** | COURT DATE: |

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON:  |__|__|/|__|__|/|__|__| |
| SERVICE FEE: | $150.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID:  |__|__|,|__|__|__|.|__|__| |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $114.05 | |
| TOTAL: | **$264.05** | CARD/CHECK#:  |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #:    20240411104651
AMOUNT DUE:   $264.05
DUE DATE:     6/16/2024

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

**\*\*\* To Pay Online Go To "My Account" \*\*\***

20240411104651

MARY B. LOGAN, PRO SE
Suitable Age Service

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## AFFIDAVIT OF SERVICE



*1601808*

Index no : 3 24 CV 00040 ZNQ TJB
Office No: 20240411104651

| | |
|---|---|
| Plaintiff: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE |
| Defendant: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL |

STATE OF NEW YORK COUNTY OF NASSAU       ss.:
I (Jeremiah Charles) being duly sworn, deposes and says I am over the age of 18 and reside in New York State.

On **05/09/2024** at **12:17 PM**, I served the within **SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS** on HUMA ABEDIN at **510 E 14TH STREET, UNIT 308 , NEW YORK, NY 10009** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said ~~Erick Doe, DOORMAN~~ a person of suitable age and discretion. Person spoken to stated that said premises is intended recipients residence within the state.

Comments: **I SERVED THE DOORMAN OR SECURITY AS MY PROGRESS HAD BEEN STOPPED;**

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Male | Brown | Bald | 30-45 | 5ft 9 - 6ft | Over 200lbs |
| Other Features: | | | | | |

On **05/13/2024** I deposited in the United States mail a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **510 E 14TH STREET, UNIT 308 , NEW YORK, NY 10009**. That address being the **last known residence, usual place of abode of the Defendant(s).** Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
05/13/2024

Aaliyah A Mais
Notary Public, State of New York
No. 01MA6424080
Qualified in Queens County
My Commission Expires 10/25/25

X_____
Jeremiah Charles
License#: 2100727
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056 Clerk: Clerk3

