Mary B. Logan
Plaintiff *Pro-Se*
Post Office Box 5237
Clinton, New Jersey 08809
Email:  Trino@trinops.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

_____

| MARY BASILE LOGAN, individually and on behalf | |
| of those similarly situated, *Pro-Se*; | |
| | |
| Plaintiff, | |
| | |
| MERRICK GARLAND, in his official capacity | |
| Attorney General, Department of Justice; et al. | |
| | | **CIVIL DOCKET: 3:24-CV-00040** |
| Defendants. | | **ZNQ-TJB** |
| | |

_____

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' CONSOLIDATED MOTION TO DISMISS,**

**DEBBIE WASSERMAN SCHULTZ, JAMES PITTINGER, LISA SELLA, CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN**

On January 4, 2024, Plaintiff filed this lawsuit as an amended complaint, alleging that Defendants' DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN actions, taken under the color of state law, deprived the Plaintiff of Rights, privileges, or immunities in violation of 42 U.S.C. § 1983, the First and Fourteenth Amendments to the Constitution, and the Equal Protection Clause.

The Defendants each, respectively, filed Motions to Dismiss Plaintiffs' Amended Complaint, DEBBIE WASSERMAN SCHULTZ on May 17, 2024, ECF Docs. 72; 72-1; JAMES PITTINGER,

LISA SELLA on May 30, 2024, ECF Doc. 81; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN ("New Jersey State Defendants") on May 22, 2024, ECF Doc. 74-1.

The foregoing Defendants DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, co-colluded in and among their co-Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, and ROBERT JUNGE, hereinafter referred to as "inclusive Defendants" overtly labored to exact a predetermined outcome at the expense of Plaintiffs' sovereign Rights as set forth below, inclusive of harms.

## SUPPLEMENT TO ARGUMENT

1.     Plaintiff restates all and inclusive claims represented and authored by her hand, informed by God, Almighty, as set forth inclusive of the supplemental submissions with Exhibits so

accompanying, ECF 45; 45-1; 45-2; 45-3; 45-4; 45-5; 45-6; 45-7; 45-8; 45-9; 45-10; 45-11; 45-12; 45-13; 45-14; 45-15; 45-16; 45-17; 45-18; 45-19; 45-20; 45-21; 45-21; 45-22; 56; 46; 46-1; 46-2; 55; 55-1; 55-2; 55-3; 55-4; 55-5; 73; 73-1; 73-2; 73-3; 73-4; 73-5; 73-6; 73-7, 73-8; 77; 77-1;77-2;77-3;77-4;77-5; 87; 87-1 and the inclusive reply pleadings authored by the Plaintiff in support of the certified statements of harms herein.

2.      Plaintiff states that the Defendants' DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN continue in their attack of Plaintiffs' Rights, up to and including those affirmed under Title 18 § 245(b)(1)(A) of the U.S. Code addresses interference in federal elections by force or threats.  Plaintiff states that the Defendants, silent consent as to the Judicial miscarriage of jurisprudence, an abortion of the balance equity, altogether so too consents to their culpability as to Plaintiffs' sovereign Rights under Title 18 § 245(1)(A) imposes penalties on whoever "by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from" voting or participating in other election activities.  Title 18 § 245 (a)(1) requires the Attorney General, the Deputy Attorney General, the Associate Attorney General, or a specially designated Assistant Attorney General to certify that federal prosecution of a case under Section 245(b)(1)(A) is in the public interest and necessary to secure substantial justice.

3.      Plaintiff states that the Defendants, DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, as outlined above, each having used the recurrent descriptive "conspiracy theory" amid their respondent filings.  Plaintiff

states for the Court record, conspiracy is extinguished altogether when the truth is substantiated through primary sourced exhibits. Conspiracy theories can, however, foreclose the sovereign Rights of American citizens as evidenced by the inclusive Defendant's actions and the events surrounding January 6, 2021 (https://www.govinfo.gov/collection/january-6th-committee-final-report). As Plaintiff's pleading within the Honorable Court's repository provides, the exampled crisis manifested itself through the knowing actions of the inclusive Defendants and, with some specificity, Defendant, NANCY PELOSI who withheld action with the aid of Defendant, DEBBIE WASSERMAN SCHULTZ, by knowingly usurping Executive directive, resulting in the unconstitutional constraint, harm and hostage siege of sovereign citizens with same continuing to the present day.

Moreover, Plaintiff affirms that as was the exact case with the Awan Brothers investigations, four, BCC International, 9/11, USS Cole, Russia Interference Hoax (2016; 2020), Crowdstrike National Security breach and the voluminous list of other national crisis events; all share two commonalities, 1) the investigations were found to be either compromised or lacking in quantitative methodology; and, 2) the exact same recurrent parties, in large part, the inclusive Defendants, were the subject of the investigation or were responsible for its' undertaking; a knowing hand, overt and covert. The foregoing can also be said of the Russia conspiracy which imposed on Plaintiff's Title 18 § 245(A)(1) Rights, a conspiracy theory perpetrated and born of the Defendants, DEBBIE WASSERMAN SCHULTZ, the DNC, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, NANCY PELOSI, WILLIAM J. CLINTON and HILLARY R. CLINTON who later providing a monetary settlement evidencing an admission of culpability and yet, the investigative integrity was still knowingly compromised, all at the expense of the Plaintiffs' trust in government.

4.      Plaintiff reaffirms the content of the subject Amended Complaint, filed March 22 2024, *See* Doc. 45 ("Amended Complaint"). Plaintiff will commence discovery at once. Each of the

inclusive Defendants continue to injure Plaintiff through unabated aid and comfort to foreign enterprise and foreign nation-states, malevolent working in concert to the detriment of these United States, subversive in every way.

5.       Each of the Defendants, DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, were late in their response as set forth under Fed R. Civ. Procedure 8, Plaintiff neither obstructed nor challenged their requests presented to the Honorable Court.  Speaking frankly, Plaintiff had every hope that one such Defendant, seeing the impact of the preponderance of events which is adversely impacting society, at large, and most certainly the Plaintiff, would at the very least engage the claims in the implications to these United States and her sovereignty.  Proving themselves as perpetrators of such events as if themselves taking such action, their Motions to Dismiss evidencing their culpability, technical claims to contrary, as addressed hereto by collective response.

6.       As a matter of record, Plaintiff restates given the Defendants' claims that they are referenced in one or two paragraphs of the Amended Complaint, or any subsequent pleading filed by the Plaintiff.  In each and every pleading, Plaintiff states, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, CHRISTOPHER J. CHRISTIE, PHILIP

MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN,

SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET

YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL

NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC

NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER,

LISA SELLA and ROBERT JUNGE, hereinafter referred to as the "inclusive Defendants".

**JAMES PITTINGER and LISA SELLA:**

7.      Defendants, JAMES PITTINGER and LISA SELLA, continue their diatribe and

posture concerning Plaintiff's action which they deem absent of merit, standing and failure to state a

claim.  Plaintiff states as a matter of record, that repeating a statement does not give it weight, nor

does the statement become any more meritorious by recurrence of such words opined, whether orally

or in writing.  The Plaintiff's claims presented to the Honorable Court accompany extensive Exhibits

corroborating fact, dismissing *theory* altogether.

8.      The Defendants claim that the Plaintiff has no standing to bring the Motion, yet the law

is quite clear, under Title 18 Section 245, the sovereign Rights of the Plaintiff are implicitly protected,

the "provision prohibits using force or threat of force to willfully injure, intimidate, or interfere with

'any person because he or she has been, or in order to intimidate such persons from participating,

without discrimination on account of race, color, religion or national origin' in voting or voting related

activities."  In the Defendants' capacity, they personally injured her sovereign Rights, absolutely and

irrevocably with total disregard expounded upon herein.

9.      The Defendants claim that the Plaintiff is seeking "extraordinary" (Doc. 81, ¶1) relief

in her Amended Complaint before the Honorable Court.  Plaintiff states that her Rights as a sovereign

citizen, resolving to her Creator, God and that of the government of these United States in accordance

with Natural Law, is rightly placed.  Moreover, Plaintiff states that the sovereignty of these United States is no less her interest as too it should be the Defendants.  To that end, and unique to the Defendants, Plaintiff stated at an open public meeting held in 2021, that she had grave concern regarding the elections being compromised.  Plaintiff was an elected official holding a weighted vote, one which neither Defendant held.  Defendant JAMES PITTINGER, admonished and changed the agenda dialogue, dismissing the voice of the Plaintiff not five minutes into reading the letter, attached as EXHIBIT 1.  Today, that letter is quite relevant, in fact, is central to the Plaintiffs' action and harms thereto.  As facts provide, the entirety of election infrastructure has been compromised by foreign enterprise, affirmed through contracts of bearing the co-Defendants' signatures, consent to aid and abet such foreign intrusion of Plaintiffs' sovereign Rights, commencing from 2002 actually, same set forth herein.

10.    Plaintiff asserts that the Defendants, JAMES PITTINGER and LISA SELLA absolutely knew that the elections were bereft with malfeasance, up to and including violations of Executive Order 13878, they took no action from their capacity.  Plaintiff states that the Defendants are overcompensating for their own shortcomings, having every knowledge of the sovereign Rights of the Plaintiff being violated, they chose not to stand by God and Country advancing their own interests. This overcompensation continues presently in the Defendants' veneer of failed leadership, quantitative in every way.

11.    The Defendants have proven themselves traitors to their Country; their only concern is and remains themselves and their non-voting or appointed capacity.  Plaintiff on the other hand compromises nothing, most especially not to JAMES PITTINGER and LISA SELLA who would dismiss their Oath, pledge and honor to these United States.

**DEBBIE WASSERMAN SCHULTZ:**

12.     The Defendant, DEBBIE WASSERMAN SCHULTZ claims throughout the memorandum of law that the Plaintiff's statements of harm are "incomprehensible…bereft of factual matter…a series of unusual concerns or policy grievances," repeating perspective absent counter statements of authenticity do nothing to refute, dismiss or diminish the Plaintiff's harms.  However, the orations affirm the statements made by the Plaintiff with this posture identical in every way to the subversive, unconstitutional actions which usurped the Executive, Donald J. Trump, giving birth and rise to this very action (*See* ECF Doc. 45).  Plaintiff states that the amassed volume of supporting evidence buttressing the Amended Complaint, all and inclusive being primary sourced, serves to extinguish the Defendant claims, regardless of artful or colorful descriptive words, Defendants' attempt to preempt Plaintiff does nothing to diminish the facts presented.   Plaintiff states, that when statements are corroborated with primary sourced and substantiated records, which include those orated by this very Defendant, the compilation thereby becomes evidence quality upheld under an unbiased examination.

13.     The Defendant claims that the Plaintiff has no standing to bring the Motion, yet the law is quite clear, under Title 18 Section 245, the sovereign Rights of the Plaintiff are implicitly protected, the "provision prohibits using force or threat of force to willfully injure, intimidate, or interfere with any person because he or she has been, or in order to intimidate such persons from participating, without discrimination on account of race, color, religion or national origin' in voting or voting related activities."  In the Defendants' capacity, DEBBIE WASSERMAN SCHULTZ has personally injured Plaintiff's sovereign Rights, absolutely and irrevocably with total disregard through the subversion of National Security, knowingly, overtly and with utter malice.

14.     The Defendant claims that the Motion does not comply with Local Civil Rules; however, Plaintiff has entered her pleading in conformity to the Fed. Civil Rules in accordance with

the instructions of this Honorable Federal Court.  Defendant's claims are without merit with National Security, the Plaintiff's security, becoming increasingly an absolute violation of Plaintiff's sovereign Rights held under Executive Order 12333 with same having been eviscerated by the Defendant DEBBIE WASSERMAN SCHULTZ in the coming of the inclusive Defendants.

15.    Defendant's crafty wordsmithing seeks to infer that BCC International was little more than "a bank that went defunct in 1991."  Given the Exhibit magnitude of a 600-page report of two investigations, the Defendants' attempt to invoke this minimalistic definition is laudable; 78 Countries, millions of active consuls through the globe, billions of dollars transacted illicitly with the inclusive Defendants directly involved both as perpetrators and investigators to their criminal acts. Plaintiff states for the Honorable Court's benefit, DEBBIE WASSERMAN SCHULTZ and the inclusive Defendants actively representing the interest of a foreign enterprise apart from the United States, and as Plaintiff's Amended Complaint provides, perpetuated the identical subversive actions with the Awan Brothers, the Russian hoax to affirm Crowdstrike – these parties were given carte blanche access to the United States National Security by the Defendant, DEBBIE WASSERMAN SCHULTZ, personally, orated and confirmed by her own words, presented as evidence to this Honorable Court.

**CHRISTOPHER J. CHRISTIE, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN:**

16.    The Defendants, CHRISTOPHER J. CHRISTIE, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN having effectuated additional time to respond of the Honorable Court, the Defendants a Brief wrought with short comings given to the magnitude of blatant abuse by each such Defendant as to usurped authority throughout COVID-19; such unconstitutional usurpations which resulted in concrete harms to the Plaintiff, harms

continuing to the present day; and despite these unlawful traverse, their hodge-podge policies resulted in abject failure on the part of the Plaintiff, with these failures continuing, unabated presently.

17.    The Defendants CHRISTOPHER J. CHRISTIE, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN present a redundant diatribe concerning Plaintiff's action, attempting to convince the Honorable Court of her absent of merit, standing and failure to state a claim.  Plaintiff states as a matter of historic record, that repeating a statement does not give it weight, nor does the statement become any more meritorious by recurrence of such words opined, whether orally or in writing.  The claims presented to the Honorable Court accompany extensive Exhibits corroborating fact, dismissing theory altogether.  In and among these Defendants, each has created a publicly accessible repository of print media records, each such record echoes the findings presented by the Plaintiff.  Plaintiff findings were secured from State records, holding exceptional weighted evidence acting as the checks and balance on behalf of the Plaintiff, each such record so too echoes the Plaintiff's findings with same continuing to the present day, unabated.

18.    The Defendants' claim that the Plaintiff has no standing to bring suit before the Honorable Court citing 11th Amendment protections.  Plaintiff states for which this reply further opines, the law is quite clear, under Title 18 Section 245, the sovereign Rights of the Plaintiff are implicitly protected, the "provision prohibits using force or threat of force to willfully injure, intimidate, or interfere with 'any person because he or she has been, or in order to intimidate such persons from participating, without discrimination on account of race, color, religion or national origin' in voting or voting related activities."  In the case of the Defendants, CHRISTOPHER J. CHRISTIE, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN, each were in the capacity, retaining full knowledge of the subversive

activities that were transpiring, party to same. The injury of and relating to the federally protected Right to vote, a Subsector of National Security has been and continues to be breached. The Subsector Guidelines under the Department of Homeland Security clearly evidenced of the subject Defendants knowledge to these causes of action. Plaintiff restates the personal injury of her sovereign, unalienable Rights at the hands of the Defendants is calculable, concrete and absolute.

19.    The Defendants, CHRISTOPHER J. CHRISTIE, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN present a brief which repeats, on every single page, the same artfully worded regurgitated projections; however, falls woefully short on legal thresholds as the Honorable Court considers the Plaintiff's resume and interactions with the subject Defendants.

      a.  Defendant, PHILIP MURPHY attended several events, including the swearing in of the Mayor of Clinton, Plaintiff watched and measured the height by which Defendant, JAMES PITTINGER jumped to attentiveness as the Defendant's name was given in homage of attendance.

      b.  Plaintiff volunteered for the Defendant, CHRISTOPHER J. CHRISTIE in his first Gubernatorial campaign, declining to do so in the second such campaign citing the Defendants' lackluster performance, including but not limited to redress in the Plaintiff's harms expressed herein. Affirming for the benefit of the Defendant's memory as to the aforementioned interaction, following the entry of Plaintiff's pleading, the Defendant had the audacity to contact her husband on no less than two occasions under guise of air conditioning service at his place of business.

    c. Plaintiff reflects on the fact that the Defendant, CHRISTOPHER J. CHRISTIE tethered to the co-Defendants in reply to this matter; typical of his character, that he would put his dismal leadership failures back on the taxpayers to once again foot the bill.

20.    Defendants, JAMES PITTINGER and LISA SELLA have weaponized their capacity against the Plaintiff, causing further injury by attempt to intimidate, interfere and subvert Plaintiff's sovereign Rights unalienable to her and affirmed by the Constitution under Title 18 §245. Defendant's directive actions, attached as EXHIBIT 2, substantiate Plaintiff's claims of harm herein intimated, having no power under a Borough Form of Government, yet they knowingly assail themselves continuously, divisively and irrefutably in an attempt to intimidate Plaintiff.  Defendants, JAMES PITTINGER and LISA SELLA are the composite representation of the worst of public servants, those persons who by appointment or coercion of political will, pontificate themselves of the Glory seat belonging to God, Himself, on behalf of their internal broken structure, weak in every way, so as to buttress some semblance of power up to and including usury directive of the co-Defendants. Plaintiff will not stand down her sovereign Rights, despite continual violations by the named Defendants, God demands justice to these violations.

**ARGUMENT**

**ARTICLE 1, SECTION 4, CL. 1; TITLE 18 SECTION 245; ARTICLE IV, SECTION 2 – COMITY CLAUSE; DUE PROCESS CLAUSE – 5TH AMENDMENT; EQUAL PROTECTIONS – 14TH AMENDMENT:**

21.    Plaintiff states clearly and succinctly, the primary and general election from 2002 to present, each having been conducted with the infrastructure including software affixed through contracts consummated with taxpayer funds, Plaintiff's funds, directing entities known as Microsoft,

Dominion Voting, ES&S, HART InterCivic, BProKNOWInk, etc., as provided for in Plaintiff's Exhibit repository record of the Court, and incorporated herein, are, were and remain a violation of Plaintiff Rights under Title 18 § 245 and Executive Order 13848.  Moreover, the inclusive Defendants knowingly and overtly violated Plaintiff's Rights, evidencing same through the continuum of the *foreign* contracts, with express knowledge of the Federal election infrastructure protections under Subsector designation of the United States Critical Infrastructure, ensuring a predetermined outcome of their choosing; placing political will above the sovereign Rights of the Plaintiff, abhorrent to the Constitution.  The foregoing actions affix the Plaintiff's harms stated herein, irrefutable which have repeatedly been subverted, covertly since 2002.  Plaintiff has set an Injunctive Motion to provide further proof of such unlawful traverse before the Honorable Court.

22.    Plaintiff states that under guise of NGO, public private partnership, the inclusive Defendants have commenced to negotiate the sovereign Rights of the Plaintiff embodied in the Founding documents with foreign parties through strawmen, themselves subject to Contract which in many cases, is withheld public transparency under no-bid.  Plaintiff has evidenced the foregoing statement within the Amended Complaint.   These negotiations are determinant in voiding the sovereign, unalienable Rights resolving not to the State or any governmental body but to her Creator, God.  The Plaintiff is of Basile descent, having full and absolute knowledge of God's intent which is incorporated with Natural Law to all pursuits, whether philanthropic, corporate or governmental. Human life, the organs which comprise all facets of sustenance to same, are determined and guaranteed of control to the sovereign, the Plaintiff, affirmed by the Constitution under Life, Liberty and Property.  Plaintiff gives no consent, whatever, to parties or entities in their imposition to her sovereign Rights, whether such actions are taken through deception, fraud or coercion, Plaintiff makes no delineation, such actions are a foreclosure of the Plaintiff's sovereign Rights, an unlawful trespass.

This foreclosure and trespass of Rights extends to that which nourishes, sustains and affixes as omniscient that of Life, Liberty and Property; her covenant by marriage to her Creator, God; making no allowance for confusion as to loyalty.  Plaintiff presents this responsive plea with the utmost love of these United States, but it is God, Almighty who gifted it, the land and all things, in trust; therefore, it is by God, Almighty that Plaintiff finds resolve to the protection of her Rights as well those of these United States.

23.     Plaintiff states she encompasses a Christian life, believing in the living God, not as an intangible but rather as a breathing, omniscient being residing in His Createds to the extent that they accept and permit.   Sharia Law, having no separation of Church and State would irrevocably displace this Holy triune Being, God from the Created, the Plaintiff, an absolute unlawful trespass of sovereignty, inhospitable to the sovereign, destructive to Plaintiff's Rights, altogether.

24.     The sovereign Plaintiff's Rights through the election process, informed by Article 1, Section 4, cl. 1 of the U.S. Constitution, known as the Elections Clause, provides that States have primary responsibility for administering the elections, the federal government maintains significant authority over elections, including safeguarding the safety and integrity of congressional elections. Article II, Section 1, cl. 4 informs parallel constitutional provision addressing presidential elections with Congress determining the "time" of choosing presidential electors and the day the electors shall cast their votes, with that day the same throughout the United States.  The Supreme Court has held that "[t]he importance of [the presidential] election and the vital character of its relationship to and effect upon the welfare and safety of the whole people cannot be too strongly stated" and that "Congress, undoubtedly, possesses that power…to preserve the…institutions of the general government from impairment or destruction…"  Congress, exercising its authority under this provision, enacted legislation establishing an Election Day.  The power to appoint electors and how

those appointments are made, however, belongs to the states under Article II, Section 1, cl. 2., protected by federal infrastructure designation, has never consented to the foregoing foreclosure.

25.    To ensure Plaintiffs' Rights inalienable, informed by Natural Law, the Founders scribed the Constitution, the Bill of Rights and the Declaration of Independence, conferring same in resolve affixed of authored names to the People, a parallel covenant of trust, unmistakably triune.  Within same, are those Rights which protect while serving to reinforce the resolve of the foregoing covenant, these include Title 18 Sections 245(b)(1)(A); (a)(1); and (b)(4).  Plaintiff states that these Rights have been foreclosed by the Defendant, JOSEPH R. BIDEN who traversed and foreclosed on the Separation of Powers, Article I, Section 7, by directing, choreographic and officiating apart from his physical presence, through the persons of his designation including but not limited to Judge Lewis Kaplan; Judge Chutkan; Judge Arthur Engoron; Judge Juan Merchan; Alvin Bragg; Fani Willis, Jack Smith; Lisa Monaco; Defendant, LETITIA JAMES; Eric Schneiderman and Barbara Underwood, each no less culpable for their surrogacy on the part of the Defendant, JOSEPH R. BIDEN and the resulting actions which followed, inclusive of Plaintiff's harms established herein.  Plaintiff states that these unlawful, unconstitutional foreclosures of the Plaintiff's sovereign Rights were secured with the aid of Defendants DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, with the aid of tax-exempt entities and multinational corporations.  Where statistical associations are evidenced by consistent actions on the part of the inclusive Defendants, theory is altogether extinguished, facts rise as irrefutable.

26.    Plaintiff states that the inclusive persons and entities knowingly eviscerated Plaintiff's sovereign Rights to influence candidate access and public opinion, going so far as to indict and convict the candidate, Donald John Trump, absent jurisprudence or Constitutional muster while

affixing Jurists so as to ensure a predetermined outcome, thereby steering the evidence and shattering public trust in the balance of equity principally required to ensure a just outcome.  In each of the cases brought in New York against Donald J. Trump, the inclusive balance of equity evaluation was disoriented, the law incurvatus in se, clearly disclosing an insurance policy meant to affix a predetermined outcome.  So determined in the precept and construct of their schema that the parties foreclosed the candidate's 1st Amendment Right to free speech which, by extension, foreclosed the Plaintiff's sovereign Rights as to Title 18 § 245, interfering with the federal election by threat of force to willfully injure, intimidate, or interfere with "any person because he is or has been, or in order to intimidate such persons …from participating, without discrimination on account of race, color, religion or national origin," in voting or voting-related activities.  In many of these cases, the Attorney General, themselves opining of threatening language, publicly.  The foregoing statements are affirmed by Defendant, JOSEPH R. BIDEN in his own words, see

https://youtu.be/03o9eqO8G31?si=u5olnthTkMPnMDxY; "Donald, I hear you're free on Wednesdays."  Defendant intimated having express knowledge regarding the case, information which would otherwise only be held by those persons directly associated.  So confident as to his intimate knowledge, unlawfully held, that the Defendant gave no consideration to the implication of his reference.

27.    Plaintiff states that the foregoing actions are unlawful and unconstitutional, disclosing malicious interference, unquestionably ideologically driven, reinforced by the inclusive Defendants denial, fabrication and/or collusion subverting the Plaintiff's Rights while weaponizing the Judicial, Executive and Legislative branches of the United States; simultaneously foreclosing the Plaintiff's Constitutional Right to recourse (*See* Doc. 45), including but not limited to this very action. Plaintiff's Rights were eroded by Executive actions, silenced in the creation of governmental

designees to officiate propaganda masked by edict of selective tolerance directed to co-Defendant, ALEXANDRO MAYORKAS, as the Disinformation Governance Board (2022), who colluded with Defendant, MERRICK GARLAND, by imposing an equally unlawful trespass in local elections under pretense of the Civil Rights Act (2023). The foregoing actions disclose intent to engineer social structure in a manner so as to control, preside within the very candidacy of Donald J. Trump by influencing public opinion as to the candidates' character as much his integrity. The foregoing actions mirror that of those usurped while Donald J. Trump served as Executive of these United States, hostage by claims, absent facts or, as the Defendants would have the Court believe of Plaintiff's herein claims, conspiracy theories. At the time of this writing, such conspiracy theory has solidified itself through Executive activism, extinguishing the Founding principles set forth in the Separation of Powers, Article I, Section 7, with the Defendant, JOSEPH R. BIDEN directing, choreographing and officiating apart from his physical presence as though the Judge of his opponent, himself. The Defendants, DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN have permitted these unlawful actions causational in irrefutable harms to the Plaintiff's Rights, unalienable, Title 18 § 245 and Executive Order 13848.

28.    Plaintiff states that the Defendants, DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN have colluded in and among the inclusive Defendants, establishing a treasonous assemblage. The assemblage permitted the foregoing usurpations, unimpeded by the inclusive Defendants' advocacy or vocal oration to the contrary, establishes their culpability, as though they themselves were present with the Defendant, JOSEPH R. BIDEN holding Court, actions causational in irrefutable harms to the Plaintiff's Rights,

unalienable, Title 18 § 245 and Executive Order 13848.

## PLAINTIFF'S STATEMENT OF HARMS

29.    Plaintiff states that the inclusive Defendants' subversive history, irrefutable and evidenced (*See* ECF Docs. 69; 73; 73-1; 73-2; 73-3; 73-4; 73-5; 73-6; 73-7; 73-8; 77; 77-1; 77-2; 77-3; 77-4; 77-5, sourced Exhibits so associated) including consummated contracts, above-referenced, are themselves evidence of treasonous acts; however, based on the overt and malevolent intent coupled with the embodiment of the treasonable assemblage, the cumulative evidence thereby providing proofs of intent to sever Plaintiff from her Creator, God, by subversion and force.  A knowing assemblage intent of "raising or creating war" (*See United States v. Burr* (Opinion and Judgement), 25 F Cas 55 August 31, 1807) so as to combine with global and foreign parties, in absolute contradiction to the separation of Church and State governance, same being affixed to Sharia Law.  Plaintiff states that Sharia Law demands that "true faith is the guarantee for enhancing such dignity along the path of human perfection."[1]  The inclusive Defendants' malevolent actions seek to sever Plaintiff from her Creator, God in spoken, written or otherwise expressed public testimony; while other persons might aspire toward "perfection" manifest in foreign dictum, expressly eviscerating Plaintiff's unalienable sovereignty, absent munition on domestic soil with the inclusive Defendants' willingly consented to these treasonous acts.

30.    Plaintiff has evidenced that from at least 2002, the inclusive Defendants have toiled to their subversive ends through covert negotiations in and among foreign nation-states, corporations and NGO's, all the while subverting National Security, essential so as to retain their capacity, a central requirement to exact their scheme, to ability to author and control the Legislative Branch.  In the case

---

[1] The Cairo Declaration on Human Rights in Islam, OIC.  Rev. November 28, 2020.  Accessed https://www.oic-iphrc.org/en/data/docs/legal_instruments/OIC_HRRIT/571230.pdf

of the co-Defendants', CHRISTOPHER J. CHRISTIE, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, JAMES PITTINGER and LISA SELLA, to control that which is within their statutory purview, or as the case is with PHILIP MURPHY, that authority which he would usurp and is otherwise Executive.  The period of discover as to this matter will, undoubtedly, evidence their malevolence, unprincipled cooperative actions and contractual rebellion exacted to the demise of these United States.  Plaintiff will not rest nor stand down anyone until the facts are made known and those inclusive Defendants see Justice for their heinous, unconscionable acts of sedition.  Plaintiff holds expert acumen in which to ensure that the foregoing are not merely hallowed words, a God infused resume of evidenced action, negotiating sovereignty to no one, ever; the colluding inclusive Defendants know well of the Plaintiff's history.

31.     Plaintiff states for the benefit of the Honorable Court, each of the inclusive Defendants, among them, DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, and MATTHEW PLATKIN have under color of law, evidenced the determination of wanton outcome by expressly taking action to subvert the Executive, Donald J. Trump, *See* Doc. 45, so as to realize a broader scheme, covertly and overtly, levying war against these United States.

32.     Plaintiff further states that such prowess of the foregoing actions personifies the inclusive Defendants' vehemence apportioned, magnified through Legislative, Judicial and statutory protections which the inclusive Defendants knowingly dismissed altogether, those of human health resulting in the murder of sovereign citizens, public education knowingly withholding annual academic performance testing during COVID-19, CARES Act funding allocations, American Rescue Plan ("ARPA") funding allocation and appropriations unlawful usurpation of Plaintiff's sovereign Rights under Title 18 § 245.

33.    Plaintiff was retained by Michele Cooke, a former resident of Edison New Jersey and Hershel Blaustein of Passaic, New Jersey during COVID-19 and the period in which the inclusive Defendants usurped Executive authority, facts of harm detailed below:

    a.  Michele Cooke – Applied for ERMA assistance, was withheld same, despite meeting all criteria.  Her husband, deceased, a former Federal prison employee.  Michele worked with her mortgage lender for two years in an attempt to stay foreclosure action, each attempt denied in large part due to the statutory changes imposed by the Defendants, PHILIP MURPHY, TAHESHA WAY, MATTHEW PLATKIN, while not limited to these parties citing Federal HUD statutes, including co-Defendant MARCIA FUDGE.  Plaintiff advocated with exceptional due diligence; however, despite extraordinary efforts the mortgage lender would not stay the foreclosure action, nor would they consent to a short sale.  Finding no alternative, Plaintiff renegotiated the Buyers' contract to make the mortgage Lender whole at close of Title which was successful.  Michele Cooke, a resident of New Jersey for 20 years, her husband having served honorably in his employment, was left financially insolvent.  Plaintiff counseled her through depression as a direct consequence to the Defendants' heinous, discriminatory actions regarding the ERMA funds appropriations.  Plaintiff reduced, nearly eliminating her fee entirely, so as to lesson the burden on Ms. Cooke.  In the interim, Plaintiff has evidenced, *See* Doc. 45, blatant fraud at the direction of the inclusive Defendants concerning homeowners and the absence of their private information, as well the Rights of Plaintiff

under the Patriot Act, whose name appears on such records.

b.  Hershel Blaustein – Mr. and Mrs. Blaustein applied to the NJ ERMA program; they were in active mortgage default with no foreclosure sale date active.  When Plaintiff met with them to review their case, they were exceptionally distraught as they had evidenced doing all of the right things including mortgage forbearance which ultimately led them to the detail, the mortgage Lender making demand at the end of the forbearance for the full default amount, a mortgage policy previously undisclosed.  The NJ ERMA application remained active with absolutely no contact made with Mr. and Mrs. Blaustein.  After several months of negotiations, the mortgage lender relented with consent to bifurcated payment with modification to the original obligation.  The Blaustein family nearly lost their home while the parties approved as HUD counselors, referred by Defendants, PHILIP MURPHY, TAHESHA WAY and MATTHEW PLATKIN on the State of New Jersey maintained website, are fraudulently operating under opaque corporate ownership.  In the specific case outlined *See* Doc. 45, resolving to a foreign enterprise, Avantus LLC.

34.    Plaintiff states that the foregoing harms are reflected in her sovereign retention of Life, Liberty and Property, independent of government encroachments to same.  As evidenced above, the fraudulent actions overseen by the Defendants, PHILIP MURPHY, TAHESHA WAY and MATTHEW PLATKIN, has irrevocably imposed on Plaintiff's sovereign Rights, same remains at the time of this writing.

35.    Citing the ongoing areas of fraud, opaque ownership and absence of fiscal disclosure,

including but not limited to those matters expressly outlined in Doc. 45, subject of Defendant CHRISTOPHER J. CHRISTIE Hospital ownership legislative action for which the co-Defendants, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, and GEORGE NORCROSS each having knowingly ignored, resulting the murder of sovereign residents of the State of New Jersey.  The foregoing, known to the parties, including the facts concerning Wanaque extending to the time of property ownership transacting to SentosaCare, privatized allowing for opaque fiscal disclosures and referred to in Plaintiff's Amended Complaint regarding the heinous violations to sovereign persons resulting from the private advocacy of Defendant, CHARLES "CHUCK" SCHUMER, LETITIA JAMES, KATHY HOCHUL, and ANDREW CUOMO.

36.    In the March 19, 2019 report from the State of New Jersey Commission of Investigation, pursuant to N.J.S.A. 52.9M, the accountability report clearly states the findings which the Plaintiff, herself found in auditing the OPRA obtained government records.  Defendants PHILIP MURPHY and JUDITH PERSICHILLI were derelict in their obligation to the Plaintiff.  The impact of the report, jarring on its own merit as to the blatant dismissal of statutory obligations by the Defendants; however, the fact that Wanaque Center investigation (2018) had only just ended, coupled with the lengthy Legislative dialogue (2019) regarding the "Adenovirus" outbreak at Wanaque and, the subsequent SentosaCare federal investigations of the same facility (2019); the culpability of the Defendants is insurmountable and irrefutable.  Plaintiff had shingles during COVID-19, was quite ill with breakthrough chicken pox; her sovereign Rights were violated, made expressly vulnerable as a direct result of the derelict reporting and fiscal attentiveness of the Defendants, PHILIP MURPHY and JUDITH PERSICHILLI.  Plaintiff attaches the Report as EXHIBIT 3.

37.    Plaintiff further states in this regard, that Defendant MERRICK GARLAND

knowingly withheld the Wanaque investigation despite ongoing human encroachment up to and including death and rape of handicap persons protected under CRIPA.  Plaintiff states that the delayed release of the investigation, itself a violation of Federal statute, created venue which permitted the Gubernatorial election to take place while withholding the facts, harms and atrocities carried out by the inclusive Defendants, these actions were malicious, exacting and overt.  Plaintiff states severe usurpation to her sovereign Rights under the protected Subsector of U.S. Elections Critical Infrastructure, CII Act of 2002; 6 U.S.C. § 131; Title 18 § 245, this injury compounded with the knowledge of foreign usurpations, a violation of Plaintiff's sovereign Rights under Executive Order 13878, which Plaintiff has clearly evidenced, *See* Doc. 73; 77 and 87, inclusive of Exhibits so associated.

38.     Citing the inclusive Defendants ongoing efforts to advance economic espionage, Plaintiff researched Energy Capital Partners ("ECP"), a firm located in Summit, New Jersey with offices in New York City, Houston, San Diego, Fort Lauderdale, and Seoul.  ECP was formed by previous executives of Goldman Sachs, associated with Defendants, PHILIP MURPHY as his former employer and CHRISTOPHER J. CHRISTIE through FEC disclosures.  The analysis provides particularized, concrete and actual, imminent not hypothetical injury to Plaintiff's sovereign Rights, including those affirmed by the Constitution under Life, Liberty and Property, freedoms which have been imposed on by the inclusive Defendants through deception, fraud and coercion, as set forth below in findings.

a.  Energy Capital Partners, "ECF" has 93 companies associated with its primary address of 51 John F. Kennedy Parkway, Suite 200, Short Hills, New Jersey 07078, *See* EXHIBIT 4, attached.  Of the 93, all share a registration date of 2018 and 2019 of those registered in Texas, all reflect a

foreign enterprise, limited liability partnership ("LP") and all resolve back to the principal address, as above. Below is an analysis of its ownership history. In 2007, ECP acquired Energy Future Holdings as part of an investor consortium led by Kohlberg, Kravis, Roberts and TPS Angelo Gordon (Rothschild). TPG acquired Angelo Gordon (Nov., 2023). As of December, 2022, the foregoing transaction remained the largest leveraged buyout in history ($44 billion).

b.  ECP's purchase of Biffa. Biffa was formed by Richard Henry Biffa (1912) and managed by his grandson, Richard Charles Biffa from 1958. In 2000, Biffa acquired UK Waste for £380 million. In 2022, ECP purchased Biffa, a British waste management firm for $1.4 billion and, in January, 2023, Biffa was delisted from the London Stock Exchange.

c.  In June, 2023, ECP established ECF ForeStar, a $2.5 billion credit strategy focused on climate change and sustainability, recruiting former leaders of Global Infrastructure Partners ("GIP") credit business to lead the venture.

d.  GIP was established in 2006 with the first fund dedicated as GIP I, Credit Suisse and General Electric ($5.64 billion) committed capital. In October, 2006, the first investment was announced, a 50/50 split between GIP and American International Group ("AIG"). Plaintiff reaffirms every word of her Amended Complaint, adding: "Former Federal Reserve Chairman Ben Bernanke reported that the $182 billion bailouts of the American International Group made him angrier than anything else in the recession. Bernanke said that AIG took risks with unregulated products like a hedge

fund while using cash from people's insurance policies."  The taxpayer bailouts under TARP including AIG, confirmed in 2008 and subject of Plaintiff's Amended Complaint, "Project Destiny".  The bailout on the heels of the foregoing fund allocation proves, unequivocally, an orchestrated theft of taxpayer funds, necessary only in achieving associated but not yet disclosed objectives – absolutely abhorrent in its impact on the American People and to the Plaintiff, herself.  In January, 2024, GIP transacted to Blackrock with Perella Weinberg as financial advisor ($12.5 billion), holdings include Biffa, Terra-Gen Power, London City Airport, Edinburgh Airport, Sydney Airport, East India Petroleum; 48 assets in aggregate in Organisation de Cooperation et de Developpement Economiques, ("OECD") in 38 member nation-states.

e.  In March, 2024, ECP (above) sold 50% of its stake in the San Diego, California headquartered renewables company, Terra-Gen Power to the United Arab Emirates ("UAE") state-owned renewable energy company Masdar, held by Mubadala.  Plaintiff provides below, the records of another company of the same name, owners of Palestinian descent, involved in politics in California spoke at events in which Defendant, ADAM SCHIFF spoke on AB 61.

f.  Terra-Gen Power has 5 Terra-Gen affiliate companies registered (https://www.bizapedia.com/search.aspx) to its corporate address of 437 Madison Avenue, Suite 22a, New York, NY  10022, with another 154 registered to Jeff Cast listed as Terra-Gen's Manager, all registered "out of

State" in California with the same mailing address as above

(https://www.bizapedia.com/people/jeff-cast.html).

g.  <u>Masdar Corporation</u> is registered, undeclared" out of Mission Viejo,

California, with a Chief Executive Office, Mahmoud El Farra, registered

agent, Dina Mahmoud El Farra; principal address of 26393 Cannes Circle,

Mission Viejo, CA 96292, registered February 1, 2002.  Mahmoud Samer

El-Farra, the son of the Masdar CEO (See g, above), seen with Defendant,

ADAM SCHIFF, on gun violence,

(https://www.dailynews.com/2019/04/19/20-years-after-columbine-

burbank-students-walk-out-in-demand-for-gun-control), El-Farra helped

organize an anti-gun violence walkout for his High School, Tesoro High

School.  Presently serving as the California Chapter Direct, March for Our

Lives.  Mahmoud El-Farra, was flagged in 2020 for violations of the

Political Reform Act, failing to comply with timely campaign statements,

also having been endorsed by the Democratic Party, Orange County, CA in

2018,  https://voiceofoc.org/2018/08/democratic-party-of-orange-county-

endorses-its-largest-slate-of-local-candidates-in-recent-history-and-more-

than-half-are-women/.  Masdar is a global entity, registered under the

"Mubadala, ADNOC and TAQA" structure of the UAE, a wholly owned

governmental enterprise.  (https://masdar.ae/en/ou-company/about-masdar).

As a matter of record, Plaintiff states that Masdar, El-Farra, (See h, above)

is of Palestinian descent, the business registered by his wife, February 1,

2002 with him holding a second company, ICI America Corp, registered

April 3, 2009 with a principal address of 73 Panorama Coto De Caza, CA 92679-5361.  Registered by Mahmoud A. El Fara.

h.  On May 28, 2024, ECP purchased Atlantica Sustainable Infrastructure for $2.56 Billion.

i.  In September, 2023, Bridgepoint Group, a private British investment company acquired ECF.  Bridgepoint was formed in 2001 severing from NatWest with initial investments including Virgin (£40 million) Active (Health Club/Gym) owned by Richard Branson and subject of Plaintiff's Amended Complaint, *See* Doc. 45 – human trafficking, associated with the Clinton Foundation and MEGA Group.  Virgin bought back the stake in 2005 (£134.5 million).

j.  Plaintiff's findings provide that in February, 2019, Arison Investments sold Miya, founded in 2008, to Bridgepoint which includes Portuguese-based Indaqua, incorporating seven water companies in northwest Portugal, serving 600,000 persons.  In 2020, Arison was subject of an investigation by U.S. prosecutors regarding international soccer bribery and money laundering as well as tax evasion with accounts holding to Bank Hapoalim, Israel.  "The bank also processed wire transfers or issued checks in amounts of less than $10,000 that were drawn on the accounts of United States taxpayers or entities, triggering scrutiny, per the Department of Justice…conspiring with United States taxpayers to hide more than $7.6 billion in more than 5,500 secret Swiss accounts and Israeli bank accounts from the Internal Revenue Service

(https://www.bankingdive.com/news/israeli-bank-Hapoalim-fine...).

Plaintiff states, neither the DOJ nor Bank Hapoalim address the true victim

associated with these fiduciary crimes, including but not limited to human

trafficking.  In 2021, the Bank reported a net profit of 915 million shekels

($267M), 4thQ 2021, compared to a net loss of 629 million shekels in 4thQ

2019.  The Bank's credit portfolio grew, and it entered the digital wallet

sector, advancing deals with banks in Bahrain and the UAE (Reuters).

k.  Natwest History: Following the 1987 stock market crash, the Department of

Trade and Industry report was critical of the bank's management, several

Board members resigned.  The bank began divesting its overseas

subsidiaries; North American operation sold to Fleet Bank, and Hong Kong

Bank, Bank of Canada, the Australian and New Zealand branches sold to

Salomon, Smith, Barney, the latter subject of Plaintiff Amended Complaint,

*See* Doc. 45, and *See* Doc. 45-1 BCCI Affair.  In 1993, the Bishopsgate

bombing by Provisional IRA devastated the NatWest Tower, the bank

vacated the building and later sold it.  Between 1997 and 1999, several

investigations revealed a £50m loss, further investigations revised the figure

to £90.5m.  In 1997 parts of NatWest were sold, others becoming

Greenwich NatWest (1998), it had purchased Gleason Partners in 1996 for

$135m, reselling back to Gleason Partners in 1999 for $4 million, a net loss

of $131 million.

l.  In 2017, the Guardian reported that hundreds of banks helped to launder

KGB-related funds among the 17-banks in the United Kingdom, "facing

28

questions over what they knew about the international schema and why they did not turn away suspicious money transfers," NatWest processed $1.1 million in laundromat cash, other bank so associated among the investigation included HSBC, the Royal Bank of Scotland, Lloyds Bank, Barclays and Coutts.

**ASSOCIATED FINDINGS FROM FOREGOING ANALYSIS**:

39.     As a matter of record, Plaintiff has worked in foreclosure mediation for twelve years, she has counseled an extraordinary number of homeowners in short sales, modifications and treasury negotiations.  With the foregoing understanding, Plaintiff emailed President Trump to request a moratorium on evictions and a request to stay foreclosures scheduled during the period of the initial COVID-19 lockdowns.  The Defendants, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI and MATTHEW PLATKIN, took ownership of President Trump's moratorium presenting it as their own.  At the same time, when the NJ ERMA programs were finally put in place, they were an abject failure.  Citing the harms disclosed herein, Plaintiff has every intention to audit the program.

40.     Plaintiff seeks the Court to understand, that the foregoing incidents are identical to those which played out all over the Country under the COVID-19 lockdowns, including New Jersey and New York.  Human beings are not created to be detached but rather relational, healing whether medically or psychologically so too benefits from such direct interaction.  Plaintiff references these situations noting that the Defendants, PHILIP MURPHY, TAHESHA WAY and MATTHEW PLATKIN have sought funding to nonprofits/public private partners.  Plaintiff has spent a considerable amount of time with said parties including United Way, Plaintiff affirms that the subject Defendants have recently advanced appropriations to select Counties in New Jersey; Atlantic, Bergen,

Cape May, Middlesex, Morris and Somerset Counties for mental health and addiction services, a total of $10,672,570. Despite the ongoing appropriations, the issues remain unresolved, growing exponentially in large part due to the usurped election of 2020, orchestrated by the Defendants to benefit from cannabis excise tax at the cost of human lives exacerbated by the sanctuary State policies, magnified due to the border crisis. Plaintiff is a Board Member of the Hunterdon County Local Advisory Committee on Alcoholism and Drug Abuse, serving since 2018, Chairing same, she has every knowledge of the impacts resulting from the absolute policy failures at the hands of the Defendants as well the human carnage that has so too resulted. Plaintiff restates and emphasizes but for the absolute violations to her sovereign Rights under Title 18 § 245 herein stated and the usurpation of Executive Order 13878, those who have succumbed to overdose or who are presently struggling with addiction would not exist.

41.    Plaintiff states that in 2024, Defendant, PHILIP MURPHY passed a new foreclosure "protection" law which provides non-profits the right of first refusal on foreclosure properties, touted as "community wealth preservation program," New Jersey also retains sanctuary status, remains the highest taxed State in the Nation, and combined with the Defendant, JOSEPH R. BIDEN's dismal domestic economic planning with escalating housing costs; Defendants have and continue to usurp Plaintiff's sovereign Rights to Life, Liberty and Property.

42.    Defendant, PHILIP MURPHY's soccer club, formerly BlueSky, incorporated in 2000 as Gotham FC, Inc. (New York). The Defendant was subject of an investigation regarding fraudulent VISA's for players (2021). https://freetelegraph.com/phil-murphys-sky-blue-soccer-team-is-named-in-fraudulent-visa-investigation/. The article provides another name Global Premiere; F.C., however, no such companies are registered in New Jersey. The investigation followed suit of the DOJ COVID-19 investigations and the Defendant, absent moral compass, redirected blame on staffing for the error,

the matter quickly and quietly went away. Plaintiff brings this matter forward, resurrected, the subject VISA's are contributory to the problems as set forth in Plaintiff's ECF 45-28.

43.    Plaintiff reviewed the claims presented by the Guardian, applying the repository knowledge held as the Plaintiff pleading record before the Honorable Court. Plaintiff asserts with full confidence that William Browder, acting in the capacity of a strawman, stirring the pot of hostility as facts disclose, very much as he did in Russia and the United States (*See* ECF 45, p. 35). Plaintiff states that Browder's unequivocal ties to the fiscal institutions, coupled with his history well established in ECF 45, the findings of the Russian prosecutors stating that Browder was involved in a "transnational criminal group."[2] Plaintiff findings comport to those of the Russian investigators, apart from first hand knowledge absent in the case of the Plaintiff, limited to open-source research, so as to limit bias, Plaintiff did not read the Russian findings, analysis limited to her repository. Mr. Browder's foundational ties to Salomon Brothers as a former employee and the Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON, through his uncle, William Browder, is irrefutable. It is the latter relationship, that of his uncle, that Plaintiff brings forward to the Honorable Courts' attention which combines with Browder's former business partner, Edmond Safra also subject of Plaintiff's Amended Complaint, ECF 45.

44.    Plaintiff again audited the Clinton Foundation receivables for the period of December 18, 2008, confirming that Joseph Safra was a donor of $100,001 - $250,000.00. Plaintiff also confirms that of the same receivables record, the Zayed Family donated $1,000,000 – $5,000,000.00, germane to Plaintiff's presentation herein. Plaintiff attaches the donor record as, *see* ECF 45-31.

45.    Plaintiff also affirms that Defendant, GEORGE NORCROSS was intent to purchase Republic National Bank, a holding of Edmond Safra but declined, reasons undisclosed while after

---

[2] Walker, Shaun. "Russian Prosecutors Bring Fresh Charges Against Kremlin Critic Bill Browder." November 19, 2018. Accessed June 11, 2024, https:www.theguardian.com/world/2018/nov/19/Russian-prosecutors-accuse…

Plaintiff entered her Amended Complaint.

46.     Plaintiff states that the Founders checks and balance structure, informed by God, in the drafting of the Constitution, Bill of Rights and Declaration of Independence creates an insurmountable blockade to the inclusive Defendants treachery.  The inclusive Defendants find themselves presently in the untenable position of the Plaintiff's collective Christian thought applied to a worldview, at once commanding as unrelenting, absence pretense while honed to analysis of facts.  Conversely, the inclusive Defendants' efforts at subterfuge, evidenced above as economic espionage and subject of Plaintiff's Amended Complaint, is one component of Project Destiny to which Edward Liddy spoke of at the Senate hearings on the Troubled Asset Relief Program ("TARP").  The blockade affixed to the People of these United States was breached, commencing in 2002, through the compromise of political factions precisely as George Washington had so eloquently orated in his Farewell Address; content of their capacity derived through *Bush v. Gore*, 531 U.S. 98 (2000), they orchestrated chaos internationally through heathen conduct, the foregoing evidenced in the BCCI, Marc Rich as well the Defendants, HILLARY R. CLINTON, WILLIAM J. CLINTON, CHARLES "CHUCK" SCHUMER so determined to achieve their ends, they became sloppy believing that no one was watching the inclusive orbiting events; astute to the facts, Plaintiff absolutely was.

47.     In her Memorandum of Law (*See* ECF Doc. 71-1) Defendant, DEBBIE WASSERMAN SCHULTZ has the audacity to suggest, "untimely allegations" (¶1, p. 4) in referring to her having knowingly breached National Security of these United States, leveraging political will to alter investigative records, ignoring directive from Capitol Police, and, repeating the entire process by reestablishing Imran Awan's security credentials, retaining the foreign interloper in excess of a year following the directive that he was to be terminated.  Plaintiff emphatically states, Plaintiff's sovereign status affirmed by the Constitution, the 14th Amendment and her Right to Life, Liberty and

Property resolve not the Defendant, DEBBIE WASSERMAN SCHULTZ in establishing time or its passage, but to God, Almighty. Not unlike the co-Defendant, JAMES PITTINGER in the company of LISA SELLA, who expressly lied, cajoled, and went so far as to leverage their perceived capacities, telling people how to vote and sliding cash to those who were on the fence. So determined on capacity affixed and informed by the broader scheme, the inclusive parties, compromised themselves, shifting who they are in all capacities and creating for themselves a vulnerability by which others may leverage. Plaintiff makes no such compromise, nor will she be negotiating in and among these treasonous parties, the Law is quite clear, the Defendants DEBBIE WASSERMAN SCHULTZ, JAMES PITTINGER and LISA SELLA have violated the sovereign Rights of the Plaintiff.

48.    Plaintiff states that the inclusive Defendants have negotiated for themselves that which is sovereign, resolving to the People. They have toiled, working cohesively while advancing tax exempt Foundations, discussed previously and subject of the Amended Company (*See* ECF Doc. 45). Plaintiff will focus specifically on the Clinton Foundation, its ties to Grameen as well the myriads of individuals, corporations and foreign nation-states subject of BCCI. Plaintiff states:

a.    The Defendants, HILLARY R. CLINTON and WILLIAM J. CLINTON have and continue to work with Joseph Safra as well as Bill Browder as saboteurs, lobbying various persons and factions to their Project Destiny, aforementioned. Not unlike those efforts of George H.W. Bush (Scherff) who coopted the CIA, always retaining his alignment to the Reich, finding his way to the United States under Operation Paperclip was part of the Project Destiny design.

b.    Plaintiff states that these saboteurs have employed their foundations to permeate other sovereign nation-states, bringing them into the fold. In point of fact, the Defendant, HILLARY R. CLINTON was selected to serve as Secretary of State to advance these

efforts, cunning and familiar with the law, the Defendant compromised every facet of law while serving in that capacity.  Moreover, like Defendants JAMES PITTINGER and LISA SELLA, she leveraged her capacity to exact desired outcome – not original thinkers, these are fall back responses to liars the fear of being caught in the law requires a constant feeding of the narcissism within themselves, the human stain.  That leverage compromised everyone in its wake, including the co-Defendants, the inclusive Defendants.

c.  At the same time as these outreach events take place, the undercurrent of disdainful behavior continues – this includes human trafficking, organ trafficking, illicit drug trafficking, etc.  These individuals, retaining their Jesuit roots, regardless of the group to which they "identify" – they are Jesuits, through and through.  While this undercurrent of disgusting behavior continues, they are partnering or courting the other sovereign nation-states, having absolutely on allegiance to anyone or anything but their bank account, power, control and their own person gratification.

d.  Through the Clinton Foundation, a unique opportunity presented in which these secret societies who had previously been relegated to the undercurrent could, for the first time, conduct their "business" at the surface, negotiating between themselves as to intact mores, while maintaining outward decorum to ensure that civil society, the People.  The inclusive Defendants treat the situation as though a game; how much can they amass, including the souls of those otherwise unattached to Creator, God, a knowing bargain as old as time itself.

49.    Plaintiff presents the findings of the Holocaust Victims' Assets, held by the Jewish Colonial Trust, two separate entities.  The foregoing the result of advocacy for recognition of the

Holocaust Victims' Assets, a company dedicated for relocation and restitution to victims and their families resulting from efforts advanced by Abraham Feinberg , with FARA registration remaining unresolved to the present day.  The Trust itself was dedicated in 1898, conceived of political Zionists for the direct purposed of the movement, and, at the time, should act as a bank and carry on business according to the methods of the commercial world; Plaintiff refers to the Amended Complaint.

50.    The First Zion Congress held in Basel (1897) with the funds to be used for economic development and strengthening of Jewish colonies in Palestine and Syria, the purchase of land for new settlements on a publicly and legally recognized basis.  The principal bank, Judische Colonialbank, registered in London under the English Companies Act (1899) and capital stock was issued in two-million sterling, issued in one-pound shares with the articles of agreement stating the organization was to advance the promotion, development, work and colonization schemes in the East with preference to Palestine and Syria.

      e.    Stuart Eizenstat.  Has been appointed to various capacities commencing with Jimmy Carter, Bill Clinton and, thereafter Barack Hussein Obama.  His work has had a principle focus of Holocaust and advocacy for related matters including missing artifacts, heirs and victims.

      f.    Alan Hevesi.  First elected to State Assembly (NY) in 1971, he would serve as the New York comptroller from 1994 – 2006 with a break in 2002.  Hevesi actively served on the American Jewish Committee, and served as an advocate for several Jewish NGO's under the United Nations.  He was also convicted of several fraud related matters including those related to steering funds (Markstone Capital Partners), misuse of escrow funds.

51.    The Company for Location and Restitution of Holocaust Victims' Assets was cited in a

December, 2017 fiscal report having significant areas of mismanagement, since its inception.  The report stated that the heirs to which it was alleged to have been organized, had received limited benefit from the return of "approximately 15.6% of the total property located."  According to the Company law, after a few years, they reserve the right to sell the properties whose owners are not located and allocate the money to assist Holocaust survivors or educational projects commemorating the Holocaust.  The comptrollers' report of February 2016, noted out of 631 investigations to locate heirs, 547 remained active for over a year.  Due to dispute between the Jewish Colonial Trust and the Company, undisclosed of detail, the assistance to Holocaust survivors was scaled back in 2015 and cut entirely in 2016. (Reuters)  Plaintiff could not locate subsequent reports, not for her lack of trying to locate same, they are simply inaccessible.

g. Associated with Doral Group Renewable Energy Resources Ltd. and Herzliya's Water Ltd., managed by a Board of Directors, founded in 2007.  Doral Group was renamed from Renewable Energy which operated in Israel and the United States.  In 2021, Valley National Bancorp acquired Bank Leumi Le-Israel Corporation.

h. In October, 2022, Doral Renewables LLC entered into an agreement to sell up to $500m of convertible Notes to funds managed by Apollo Funds and Migdal Insurance (Israel).  The Notes are convertible to common equity interests in the company at a pre-money valuation of $1.5 billion.  Additionally, Bank of America committed to provide approximately $175m of tax equity to support Doral Renewables Mammoth North project.

i. In March, 2024, Doral Renewables closed on construction debt financing for its Great Bend Solar project with HSBC acting as the sole lender for $114m, consisting of $36m construction to term loan facility, a $57m tax equity bridge loan, and a $21m letter of

credit facility.  The Great Bend Dolar project is located on 370 acres in Meigs County, Ohio.

52.    **PRIVATE EQUITY.**  The undercurrent of Jesuit activity in plain site while conducting themselves under mask of corporate name, above.  Plaintiff states that the private equity entities and law firms are acting as middlemen for the Jesuits to secure and transaction the sovereignty of these United States.

    j.    Concerning the foregoing transactions, as a matter of public record, Leon Black was directly associated with Jeffrey Epstein.  In 2023, Apollo acquired Credit Suisse Securitized Products, launching the acquisition as a stand-alone asset backed and capital market credit firm.  In June, 2024, Apollo agrees to acquire 49% equity in Intel semiconductor Fab34 Ireland facility as a joint venture.  The history, no matter how crafty the packaging, never alludes ultimately evolving into the interview, foundation choices are incremental, determinant and defining of identity, the foregoing is true of Created human beings as much the companies to which they espouse.  Apollo is registered as foreign entity.

        i.    In November, 2007, Apollo sold 9% of itself to the Abu Dhabi Investment Authority.

        ii.    In January, 2008, Apollo and TPG Capital (Rothschilds) acquired Harrah's Entertainment for $27.4B including the assumption of existing debt.

        iii.    In April, 2008, Apollo, TPG Capital (Rothschilds) and the Blackstone Group acquired $12.5B of bank loans from Citigroup.

    k.    Jefferies, a separate private equity firm follows a similar traverse as Apollo.  In January, 2023, Jeffries received its license allowing it to conduct operation from or in

the Dubai International Financial Centre ("DIFC").  In its press release announcing the licensure, Jeffries promoted its advisory capacity in the sale and acquisition of a variety of business entities including Careem to Uber Technologies, Inc. (2023, UAE). Plaintiff notes that the UAE-based Careem, spun out the company as an autonomous startup after the sale.  This, of course, is the same model as WorldCom and BCCI.

    i.   Jefferies is directly associated with Agudath Israel of America, referenced in Plaintiffs Amended Complaint under human trafficking.

   ii.   The Board members of the Jefferies have direct association with the following companies; PricewaterhouseCoopers; Blackrock Institutional Trust.

  iii.   The transactions that Jefferies is involved with have a history of banking partners including JP Morgan and Goldman Sachs.

(https://www.hartenergy.com/exclusives/pdc-src-energy-combine-17-billion-all-stock-merger-182281)

53.   Plaintiff states that these private equity partners are designees of the Jesuit Order, they retain no integrity to the exceptionalism of these United States but for the money they might acquire through the transaction of her assets.  Each of the foregoing points evidence their intent, there is no question and nothing to explain when combined with Plaintiff pleading history retained by the Honorable Court.

54.   Citing the foregoing facts when combined with the findings in Plaintiff's Amended Complaint, Plaintiff states that the Zionist organization who for years have secured funding from the United States to aid in reparation for harms relating to the Holocaust, have proven themselves contradictory.  This schism is quite defining.  Plaintiff is of the Levite tribe, familiarity with the Torah while not practicing in that faith.  Plaintiff states that the human trafficking which resurfaced in nearly

every single instance of association with the Zionist organizations is statistically impossible to refute or surpass. The structure of the Jewish Colonial Trust has amassed wealth absent measurable benefit of the victims, but to that of England, host to the original inception of the Trust. Plaintiff further states that the Zionist Congress through lobbying have perpetrated the foregoing actions, fraudulent by all appearances, serving as a cover for their heinous atrocities in the trafficking of persons. Evidenced by the disclosed facts, these organization and its members are committed to the Talmud not the Torah, having cloaked themselves in God's graces, orating of Avrohom while in private conduct themselves as heathens; examples abound including the foundations of Paul Singer and Leona Helmsley; and the Agudath organizations.

55.     The foregoing is highlighted in the actions of Ted Arison and his children who, following the benefit of ill-gotten gains, their continuum of lifestyle unhindered, they are at present selling their banking interests, in whole or in part to Muslim nations, including the UAE.

56.     The foregoing disclosures when coupled with the Indo-Abrahamic Accords, signaling a pivot away from Middle East involvement by Defendant JOSEPH R. BIDEN, a defining sign of weakness for the sovereignty of these United States as the UAE advances in all areas, most notably the acquisition of an exception number of American entities. Plaintiff states that this foreign policy posture is intentional on the part of the Defendant, JOSEPH R. BIDEN, clearing the path for the UAE advances and, as this pleading provides, an economic subterfuge to these United States, a clear and present danger to sovereignty of the Plaintiff.

57.     Plaintiff states the inclusive Defendants have enabled Defendant, JOSEPH R. BIDEN, to achieve the foregoing actions. Simultaneous, unable to conduct himself as anything less than a heathen, JOSEPH R. BIDEN has violated Article 1, Section 9, breaching the most sacred of Executive authority, taking for himself monetary emoluments in exchange for the sovereign Rights of the

Plaintiff, her Right to Life, Liberty and Property and, as time will prove her findings absolute, the very essence of her being will be challenged; her covenant to God, Almighty.

58.    Plaintiff states that the inclusive Defendants have created an illicit criminal syndicate engraining same into the substrata of the United States.   The treacherous syndicate has sought to force the Plaintiff into becoming an unwitting actor in their criminal behavior so as to diminish the likelihood of their prosecution.  The very same reason that they advance philanthropic efforts, is to make a public display of their feigned service to others as a substitutional confessional for their undisclosed sins against humanity.  To be clear, forgiveness cannot be earned, nor can it be granted of human construct; they know this, of course, but mock the believing Christians through their outward feigned display.  Plaintiff makes no allowance for their sinful, criminal conduct, a clear and distinct violation of Plaintiff's sovereign Rights; God demands justice.

59.    Plaintiff states that DREAD, subject of Plaintiff's Amended Pleading (*See* ECF 45), was organized with the help of Richard Clarke, https://www.reuters.com/article/us-usa-raven-whitehouse-specialreport-idUSKBN1YE1OB/.  Plaintiff states that the UAE through DREAD, later renamed to DarkMatter was monitoring Saudi women's rights activists, diplomats at the United Nations and personnel from FIFA to affirm for themselves who was compromised within those organizations.  The UAE followed the same model that the Jesuits had followed for years, all over the globe.  Richard Clarke worked under George H.W. Bush (Scherff) never holding allegiance to these United States but to Germany, Defendants GEORGE W. BUSH and WILLIAM J. CLINTON, Clarke was fully aware of the UAE's clandestine activities.  Through direct aid of the inclusive Defendants, having fostered domestic instability, creating an atmosphere of despotism and distrust of government; they have knowingly ripened these United States for subterfuge; right out of the Communist Manifesto.

60.    Plaintiff states that within her sourced research in preparation for this pleading, two facts emerged which demand venue of voice, same is outlined below.

l.    Basel, Switzerland is the central tenon of humanism, fortifying the global encroachment which today threatens the Plaintiff's sovereignty expressed herein.  It is the host of the Bank of International Settlements, subject of Plaintiff's Motion for injunctive relief and, by all accounting of facts in evidence, is a conduit to those holding the Plaintiff's Rights hostage including but not limited to the gold held apart from audit or trust disclosure and subject of the Central Intelligence Agency ("CIA") manipulation so as to usurp its authority and for which the inclusive Defendants have and continue to allow despite Federal statutes to the contrary.  Basel is also the host to the World Zionist Congress, a relationship sharing a 50-year year history.  Plaintiff states, the violations to her sovereignty and God informed Rights have been and continue to be violated by these entities whose only interest in the perpetuation of their humanistic desires, they care nothing of the Plaintiff's freedoms as a citizen of these United States and are, themselves, a licentious deviation of God, Almighty, leveraging their knowledge of the Jesuit secret societies to the detriment of the wholly sovereign Created of God in the Plaintiff.

m.    Plaintiff states that the Jesuits, including but not limited to those who mask themselves of faith in the Catholic Church, have augmented and, in many cases, rewritten scripture so as to leverage for themselves a continued permeation within society, a permeation which in most every case, fortifies a hierarchal structure where these heathens are worshipped, displacing God, Almighty, entirely as the Creator of all things.  It is this very violation of the Plaintiff sovereign Rights, resolving to Christ as the Son of God,

Almighty, that they mock, with every knowledge of their manipulation of those books written.  Plaintiff is a Basile, Levine given by God, Almighty, a heritage of faith covenant unhabitable by foreign imposition, retaining full knowledge of the magnitude to their trespass and its impact on humanity in the attempt to sever the Created from the Creator for the sole benefit of their abhorrent enterprise.  What began at Nicea must end with the Plaintiff from Lebanon, the cedars quake to the truth and God makes no allowance for the Plaintiff to stand apart from obedience to Him.  A free people, sovereign to Him as Creator, are severed from living as He intended, the barrier a stronghold as either hostage or slave, on the premise and foundation built of lies versus the recipient of free gift of forgiveness and grace.  These matters are paramount to every consideration of Plaintiff's sovereignty with neighbors broken by drug addiction, young children in abuse relationship or abusing themselves by cutting, every connectivity of human exchange severed from the opportunity to know Him has been altered, knowingly and with malice.  Plaintiff states that the inclusive Defendants have every knowledge of the foregoing, indicative of their behavior and posture towards the sovereign Plaintiff, transacting by some medium of exchange of unholy origin to assure capacity, monetary gains or, in its most egregious form, to be indoctrinated into the dark chasm of satanic hedonism.  Plaintiff versed of the Hellenic neither conjoins now cowers to these resuscitated ancients, her Rights upon inception as sovereign as the very day baptized of Him; Plaintiff's sovereign Rights have been conspiratorially usurped and, have been so by the inclusive Defendants for years.  Plaintiff restates the violations to her Rights under 18 U.S.C. § 371.

## CERTIFICATION OF SERVICE

Plaintiff, MARY BASILE LOGAN, hereby certifies that on this June 13, 2024, I electronically filed the foregoing Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint with the Clerk's office of the U.S. District Court for the District of New Jersey using the Electronic Case Filing ("ECF"), to be served upon the Defendants, DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, same being notice of electronic filing.

Dated June 13, 2024

                                                    Respectfully submitted,

                                                    /s/Mary B. Logan
                                                    Mary Basile Logan
                                                    Plaintiff (*Pro Se*)

cc:    All Counsel of Record (***Via ECF)***