Mary Basile Logan

December 6, 2020

**_Sent Via Fax_**
Phillip Kline, Esq.
c/o Liberty University School of Law

**_Sent Via Email_**
The Honorable Ted Cruz
Washington, D.C. Office

**_Sent Via Email_**
Maria Bartiromo, Fox News

**_Sent Via Email_**
Mark Levin, Esq.
c/o Westwood One

**_Sent Via Email_**
Jenna Ellis, Esq.

RE:    Center for Technology and Civic Life
         Center for Election Innovation and Research

Dear Messrs and Mses:

This letter and associated sourced documents attached concern the analysis of the Center for Tech and Civic Life (CTCL), the Center for Election Innovation and Research (CEIR), as well associate entities regarding their actions taken during the 2020 election cycle.

During the 2020 election cycle, I was intimately involved in the election process both as a municipal candidate as well as canvasser for candidates at the State and Federal level.  This experience brought about a first-hand knowledge and insights into the reason for this letter as outlined below.  I am a Paralegal/Analyst with Trino Paralegal Services, LLC with credentials including a Bachelor's in criminal justice, minor in Strategic Intelligence and a Master's in Public Policy.

The initial analysis query focused on Mark Zuckerberg and his wife, Priscilla Chan, $350 million donation to The Center for Tech and Civic Life (CTCL) and $50 million for The Center for Election Innovation and Research (CEIR).  Fundamentally, the provision of these funds would be commingled with public funds clearly creating entanglement, however a more insidious vulnerability becomes apparent through undisclosed fund source donor capacity.  In such cases, recipients may be subject to directives of use of said funds, up to and including undue influence on final outcome of funding necessity – in this case Constitutional protections of the Legislative, Executive and body of the taxpaying public – We the People and the public trust.

EXHIBIT 6
1

Page Two
December 6, 2020

Under the guise of non-profit status, in the company of associate entities, as disclosed herein, the CTCL circumvented Constitutional bodies in the usurpation of **the** most sacred protected and informed right of the American people; the voice of the people as transcribed in their private voting freedom.

This fact-sourced analysis includes grant solicitation by the CTCL, acceptance and directives in application of funding, and post-Administration reporting. Layering the constraint on 1st Amendment rights by Facebook in the selective use of Section 230 as concerns contextually and self-informed public disclosure constraint regarding COVID-19, seemingly in the interest of public health and safety. The facts disclose that the collective actions were knowingly orchestrated as part of a larger scheme echoed among sworn Affidavit testimony of principled election volunteers in the states of Pennsylvania, Arizona, Georgia and Michigan. With CTCL grant funding provided across the United States, such schemes may have broader implications not yet having surfaced.

Moreover, Facebook, Google and Twitter have continued their usurpation of the 1st Amendment with evidenced imposition on the post-election, Constitutionally informed, legal remedy examination with the composed interdiction of the Legislative voice, including that of Senator Douglas Mastriano (PA-33), among others.

In the midst of an unprecedented pandemic gravely impacting the United States and, more broadly, the world, the 2020 primary and general election timelines, venue and casting of votes were altered under the auspices and interests of public health (National Association of State Elected Directors, 2020). Apart from the Constitutional legitimacy of such changes, Facebook's founder and President, Mark Zuckerberg, et al. donated $250 million to the CTCL on September 1, 2020, as provided by joint press release (Center for Tech and Civic Life, 2020). On October 13, 2020, Chan and Zuckerberg donated an additional $100 million to the CTCL, citing the "unprecedented demand for support from local election jurisdictions across the country" (Center for Tech and Civic Life, 2020). The CTCL's press statements evidence broadly disseminated recipient funding (Center for Tech and Civic Life, 2020) across these United States absent disclosure of principle funding source.

Based on the foregoing sourced facts concerning private funding permeation into our most sacred of foundational tenons, that being the Constitution, 14th Amendment, Section 1. These facts are made more imperative for immediate policy redress when considering the knowing actions taken by members of the Federal and State Legislative bodies, Governors and paid designees to aid in the aforementioned permeation; in essence these parties collaborated affixing a fiscal environment which allowed for the CTCL to become the premier firefighter in a nationwide arena of immediate and untenable election changes (National Association of State Elected Directors, 2020).

EXHIBIT 6
2

Page Three
December 6, 2020

Due to limited time constraints and staffing, the author presented the findings herein to parties entrusted with journalistic integrity, advanced legal scholar and public policy advancement. Left to resolve itself, the enclosed facts may not otherwise surface, may be ignored or in worst case scenario, be repeated including the pending January 5, 2021 Georgia election.

Additional areas of research demand examination including thorough analysis of individual Governor actions through Executive Order in and during the COVID-19 pandemic concerning the CARES Act federal funding appropriations as well the State directed alterations made to the election process under COVID-19 Emergency Response. Theory from initial analysis suggests that Governors may have knowingly held funds from local appropriation, including any and all additional funds available during the election cycle while acting as a conduit in disseminating information regarding the CTCL grant application process; opening pandora's box to the election outcome with its myriad of irregularities which has resulted, knowingly causing voter disenfranchisement and inserting divisiveness in and among the three branches of government. If this theory holds true under examination, there is direct culpability between identified Governors and/or Legislators, providing for CTCL in causation and access.

In furtherance of the author's query, a telephonic interview with Hunterdon County Board of Election's Beth Thompson and email communications with Hunterdon County Clerk, Mary Melfi took place. Neither the Hunterdon County Board of Election or the County Clerk's Office received specific guidelines and/or suggestions for equipment procurement. The Deputy City Commissioner, Philadelphia also received CTCL grant funds, however the disclosed CTCL communication directed to Nick Custodio, Deputy City Commissioner, Philadelphia, were appreciatively more extensive.

Expanding on the pleading filed by the Amistad Project – Thomas More Society which cited, "…CTCL funded ballot boxes that disproportionately benefitted Democrats" (WisPolitics.com, 2020), additional areas of legal query seem to demand analysis. As to the Philadelphia CTCL grant funding, the author refers to page 24, email communications received by Exhibit from The Amistad Project's court pleading which provides (attached hereto),

Note: We have a network of current and former election administrators and election experts available to provide assistance (at no cost) on communications ;scaling up your vote by mail processes; poll worker recruitment and training in a pandemic; applying public health guidelines to polling places; designing election materials to ensure forms, envelopes, and other materials are understood and completed correctly by voters; and more…Technical Assistance Partners…I know that you all have already been working with a couple of these partner organizations, so we can spend most of the time focused on how we can best support you in the coming months rather than on intros…

EXHIBIT 6
3

Page Four
December 6, 2020

The experiences of Hunterdon County in contrast to Philadelphia were in content, guidelines and/or suggestions for procurement; therefore, an audit of CTCL recipient grants more broadly must be undertaken by time constrained subpoena. Initial research provides that the CTCL may have knowingly directed Philadelphia in the procurement of certain equipment for use during the 2020 election cycle as well in furthering the CTCL and affiliate entities into the heart of the election process.

Moreover, by providing directive in how the grant funds were to be used, extending to and including the specific equipment procurement, CTCL becomes a party to culpability for data breaches through Dominion, Smartmatic, ES&S, Hart, etc. But for the CTCL directive to purchase including funding allocation, access to voter ballots and any resulting misuse, manipulation and/or fraudulent handling would have otherwise been avoided with the Board of Election bodies maintaining original and legally described chain of custody.

Lastly, through sworn Affidavit, many American citizens observed election volunteers intimately involved in the election process who were designees of certain non-profit entities including Rock the Vote, the ACLU, among others. Based on the analysis herein, such organizations share affiliation in principled foundational tenons and, from the CTCL website, referred to as "key funders and partners" (Center for Tech and Civic Life, 2020). These entities are the same as referred to in the Philadelphia grant directive email communication from CTCL as already being in communication with or accessible to representatives of Philadelphia through the CTCL conduit grant relationship, referred to on page 3, herein.

Such entities include but are not limited to Google, Center for Democracy and Technology, Rock the Vote, The Voting Project, Women Donors Network, Rockefeller Brothers Fund, the Knight Foundation, the Democracy Fund, Pew Charitable Trusts, IBM, Democracy Works, the New Organizing Institute – Wellstone and RePower Fund, and the Skoll Foundation. The foregoing entities share parallel tenons to the CTCL including donor capacity with "collaboration…in CTCL's organizational DNA…" (The Center for Tech and Civic Life, 2020).

A thorough analysis of the holistic 2020 election configuration discloses that the proverbial firefighter (CTCL), may have been a trojan horse/arsonist, intent on employing the manufactured crisis as a means of imposing itself and its associate entities on both the Constitutional principles of our Founding as well the resulting election outcome fraught with allegations of malfeasance. The Constitutionally informed right to vote is among the most sacred held in these United States – from all accounts it has been compromised with malice. The Constitutional protections of this right are paramount in ensuring public engagement and discourse. Accordingly, the author respectfully asks timely review and courtesy in reply.

EXHIBIT 6
4

Page Five
December 6, 2020

The author seeks to thank the Hunterdon County Clerk, Mary Melfi and Board of Election Administrator, Beth Thompson; their stellar reputations and consistency in upholding Constitutional principles provided an informed comparison as to the undertaking of this analysis project.

Thank you for your time in review of this submission.  I have included my contact information should you have reason or need to dialogue.  The integrity of our Constitutionally informed Republic in perpetuity will be impacted by the choice to confirm or dispel the analysis described herein when considered in combination with the extensive body of allegations regarding the 2020 election cycle.  I pray the body of query is fruitful in supplanting legal remedy reasonable in measure in assuring the protection of our Nation as we know it.

To God and County.

/s/ Mary B. Logan
Mary Basile Logan, M.P.P.


Attachments:

1. Philadelphia CTCL Grant (Amistad Project Exhibit), externally obtained.
2. Email Communication from Robert Giles, Director Division of Elections, NJ Department of State to Beth Thompson, Hunterdon County Board of Elections Administrator.
3. CTCL Grant Confirmation letter to the Hunterdon County Clerk, Mary Melfi.
4. CTCL Grant Confirmation letter to the Hunterdon County Board of Elections Administrator, Beth Thompson.

EXHIBIT 6
5

## References

Center for Tech and Civic Life. (2020, October 29). *Grant Award (Preliminary List).* Retrieved from Center for Tech and Civic Life: https://docs.google.com/spreadsheets/d/1E7P3owIO6UlpMY1GaeE8nJVw2x6Ee-iI9d37hEEr5ZA/edit#gid=1993755695

Center for Tech and Civic Life. (2020, December 6). *Key Funders and Partners.* Retrieved from Center for Tech and Civic Life: https://www.techandciviclife.org/key-funders-and-partners/

Center for Tech and Civic Life. (2020, October 13). *Press Release: CTCL Receives Additional $100M Contribution to Support Critical Work of Elected Officials.* Retrieved from Center for Tech and Civic Life: https://www.techandciviclife.org/100m/

Center for Tech and Civic Life. (2020, September 1). *Press Release: Priscilla Chan and Mark Zuckerberg Commit $300 Million Donation to Promote Safe and Reliable Voting During COVID-19 Pandemic.* Retrieved from Center for Tech and Civic Life: https://www.techandciviclife.org/open-call/

May, W. (2020, September 11). CTCL COVID-19 Response Grant.

National Association of State Elected Directors. (2020, December 4). *2020 General Election Administrative Dates & Deadlines.* Retrieved from National Association of State Elected Directors: https://www.nased.org/2020dates

The Center for Tech and Civic Life. (2020, April 2). *Center for Tech and Civic Life Receives the 2020 Skoll Award for Social Entrepreneurship.* Retrieved from The Center for Tech and Civic Life: https://www.techandciviclife.org/2020-skoll-award/

WisPolitics.com. (2020, November 20). *Amistad Project: Challenges presidential election results with planned lawsuits in six swing states.* Retrieved from WisPolitics: https://www.wispolitics.com/2020/amistad-project-challenges-presidential-election-results-with-planned-lawsuits-in-six-swing-states/

EXHIBIT 6
6

https://www.influencewatch.org/non-profit/center-for-tech-and-civic-life/#:~:text=CTCL%20then%20donated%20the%20
Center for Tech and Civic Life (CTCL) - InfluenceWatch
(h) purpose o To support the safe administration of public elections during COVID-19 pandemic
('c) IRC Secti county governmen

Center-for-Tech-and-Civic-Life-2020-Form-990.pdf (influencewatch.org)

| CTCL Feb 1, 2020 - Jan 31, 2021  From | | | | | | Resolution/Grant 1 | | |
| (a) Name and | (b) EIN | (D) amount of cash grant | Difference (CTCL Cash grant minus county grant amounts) | CTCL Grant Total per the county financials | No. of CTCL grants/county | Resol. | Grant Amount 1 | Adopted |
|---|---|---|---|---|---|---|---|---|
| Atlantic | 21-6000049 | $553,365 | $0 | $553,365.00 | 1 | 545 | $553,365.00 | 11/10/2020 |
| Bergen | 21-6002426 | $2,065,628 | ($610,355) | $2,675,983.00 | 1 | 760-20 | $2,675,983.00 | 11/4/2020 |
| Burlington | 21-6000107 | $2,889,843 | ($49,476) | $2,939,318.97 | 1 | 2020-00514 (2020-00523) | $2,939,318.97 | 10/28/2020 |
| Camden | 21-6000504 | $2,415,645 | ($0) | $2,415,645.43 | 2 | 85,88 | $2,212,516.68 | 11/12/2020 |
| Cape May | 21-6000106 | $43,884 | ($36,000) | $79,884.00 | 2 | 651-20 (650-20) | $39,942.00 | 10/13/2020 |

EXHIBIT 6
7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cumberland | 21-6000508 | $875,113 | ($94,195) | $969,307.50 | 1 | 2020-586 | $969,307.50 | 11/16/2020 |
| Essex | 22-6002433 | $2,944,803 | $0 | $2,944,803.00 | 1 | 41 | $2,944,803.00 | 11/9/2020 |
| Gloucester | 21-6000660 | $267,828 | $0 | $267,827.88 | 2 | 52751 | $153,044.50 | 10/21/2020 |
| Hudson (Note: looking for resolution | 22-6002443 | $688,657 | $0 | $688,656.99 | 1 | Agenda#18 | $688,656.99 | 10/21/2020 |
| **Hunterdon** | 22-6002450 | $83,011 | ($0) | $83,011.25 | 2 | 2020-619 | $35,576.25 | 10/20/2020 |
| Mercer | 21-6000856 | $1,003,600 | $0 | $1,003,600.00 | 1 | 2020-653 | $1,003,600.00 | 12/17/2020 |
| Middlesex | 21-6002454 | $959,860 | $0 | $959,860.00 | 1 | 20-1583-R (20-1584-R, 20-1585-R) | $959,860.00 | 12/17/2020 |
| Monmouth | 21-6000881 | $557,124 | $0 | $557,123.88 | 3 | 2020-0862 | $238,767.38 | 10/22/2020 |

EXHIBIT 6
8

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Morris | 22-6002462 | $369,931 | $0 | $369,930.75 | 2 | 2020-773 (2020-774) | $158,541.75 | 10/14/2020 |
| Ocean | 21-6000954 | $450,403 | ($1) | $450,404.00 | 2 | 2020001349 | $300,269.00 | 11/4/2020 |
| Passaic | 22-6002465 | $3,203,500 | $0 | $3,203,500.00 | 1 | R20200877 | $3,203,500.00 | 10/27/2021 |
| Salem | 21-6001147 | $67,683 | $0 | $67,683.00 | 2 | 2020-359 | $38,676.00 | 10/21/2020 |
| Somerset (Note: budget has 3 line items and need to | 22-6002472 | $305,988 | $9,604 | $296,384.00 | 3 | R20-1272 (R20-1273) | $134,442.00 | 11/10/2020 |
| Sussex | 22-6002477 | $114,682 | ($1,343) | $116,025.00 | 2 | 397-2020 | $49,725.00 | 10/15/2020 |
| Union (Note: Need second resolution) | 22-6002481 | $1,443,685 | ($1,065) | $1,444,750.00 | 2 | 2020-686 | $1,136,000.00 | 10/1/2020 |
| Warren (Note: Budget has 2 | 22-6002488 | $36,043 | ($36,043) | $72,085.50 | 2 | 399-20 | $36,042.75 | 10/14/2020 |
| **Totals** | | **$21,340,276.00** | **($818,873.15)** | **$22,159,149.15** | **35** | | **$20,471,937.77** | |

EXHIBIT 6
9

EXHIBIT 1

**Note**

Amounts in CTCL  Col map back to CTCL Revenue by County Tab

Amounts in CARES Col map back to Cares Act Election Related Tab

Amounts in HAVA Col map back to HAVA-CARES Specific Tab

Amounts in NJ DOS-Local-Other Col map back to NJ DOS-Local-Other tab

| | 2020 Election Related Grants | | | | |
|---|---|---|---|---|---|
| | CTCL | CARES | HAVA/CARE | NJ DOS-Local-Other | Total |
| Atlantic | $553,365.00 | | $589,453.68 | $724,108.58 | $1,866,927.26 |
| Bergen | $2,675,983.00 | $5,275,000.00 | | | $7,950,983.00 |
| Burlington | $2,939,318.97 | | | | $2,939,318.97 |
| Camden | $2,415,645.43 | | | | $2,415,645.43 |
| Cape May | $79,884.00 | $864,119.76 | | | $944,003.76 |
| Cumberland | $969,307.50 | $440,487.91 | | $244,000.00 | $1,653,795.41 |
| Essex | $2,944,803.00 | | | | $2,944,803.00 |
| Gloucester | $267,827.00 | | | | $267,827.00 |
| Hudson | $688,656.99 | | | | $688,656.99 |
| Hunterdon | $83,011.25 | | | | $83,011.25 |
| Mercer | $1,003,600.00 | | | | $1,003,600.00 |
| Middlesex | $959,860.00 | | | | $959,860.00 |
| Monmouth | $557,123.88 | | $1,269,982.28 | | $1,827,106.16 |
| Morris | $369,930.75 | $2,915,033.00 | $2,409,646.56 | | $5,694,610.31 |
| Ocean | $450,404.00 | | | | $450,404.00 |
| Passaic | $3,203,500.00 | $826,210.00 | | | $4,029,710.00 |
| Salem | $67,683.00 | | | | $67,683.00 |
| Somerset | $296,384.00 | | | | $296,384.00 |
| Sussex | $116,025.00 | | $201,645.97 | | $317,670.97 |
| **Union** | $1,444,750.00 | | $1,078,032.51 | | $2,522,782.51 |
| Warren | $72,085.50 | | | | $72,085.50 |
| **Total** | **$22,159,148.27** | **$10,320,850.67** | **$5,548,761.00** | **$968,108.58** | **$38,996,868.52** |

EXHIBIT 6
10

| | 2019,2020, 2021 & 2022 Total Election Related Revenues/Awards (Realized and Anticipated) | | | | |
|---|---|---|---|---|---|
| CTCL | CARES | HAVA/CARES | OTHER | Total |
| $22,159,149.21 | $12,652,558.10 | $12,547,862.15 | $69,592,897.96 | $116,621,253.53 |
| $0.00 | $0.00 | $0.00 | $7,855,439.22 | $7,855,439.22 |
| $0.00 | $1,262,102.00 | $6,085,382.12 | $47,688,268.46 | $55,035,752.58 |
| $22,159,149.21 | $11,390,456.10 | $5,846,641.57 | $7,645,640.22 | $46,951,312.21 |
| $0.00 | $0.00 | $615,838.46 | $6,403,550.06 | $6,778,749.52 |

| 2019,2020, 2021 & 2022 Election Related Revenues/Awards (Realized and Anticipated) | | | | | |
|---|---|---|---|---|---|
| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
| Atlantic | | $553,365.00 | $0.00 | $661,250.43 | $867,735.42 | $2,082,350.85 |
| Atlantic | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Atlantic | | $0.00 | $0.00 | $0.00 | $8,163.80 | $8,163.80 |
| Atlantic | | $553,365.00 | $0.00 | $589,453.68 | $845,703.58 | $1,988,522.26 |
| Atlantic | | $0.00 | $0.00 | $71,796.75 | $13,868.04 | $85,664.79 |
| Atlantic | 2022 | | | | | $0.00 |
| Atlantic | 2021 | | | | $8,163.80 | $8,163.80 |
| Atlantic | 2020 | | | | $724,108.58 | $724,108.58 |
| Atlantic | 2020 | $553,365.00 | | | | $553,365.00 |
| Atlantic | 2020 | | | $589,453.68 | | $589,453.68 |
| Atlantic | 2020 | | | | $121,595.00 | $121,595.00 |
| Atlantic | 2019 | | | $24,190.65 | | $24,190.65 |
| Atlantic | 2019 | | | $32,574.10 | | $32,574.10 |
| Atlantic | 2019 | | | $10,492.00 | | $10,492.00 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|--------|------|------|-------|------------|-------|-------|
| Atlantic | 2019 | | | $4,540.00 | | $4,540.00 |
| Atlantic | 2019 | | | | $4,599.30 | $4,599.30 |
| Atlantic | 2019 | | | | $9,268.74 | $9,268.74 |
| Bergen | | $2,675,983.94 | $6,453,489.00 | $0.00 | $9,881,337.11 | $19,010,810.05 |
| Bergen | | $0.00 | $0.00 | $0.00 | $970,000.00 | $970,000.00 |
| Bergen | | $0.00 | $1,178,489.00 | $0.00 | $5,806,389.11 | $6,984,878.11 |
| Bergen | | $2,675,983.94 | $5,275,000.00 | $0.00 | $2,194,049.00 | $10,145,032.94 |
| Bergen | | $0.00 | $0.00 | $0.00 | $910,899.00 | $910,899.00 |
| Bergen | 2022 | | | | $970,000.00 | $970,000.00 |
| Bergen | 2021 | | $1,178,489.00 | | | $1,178,489.00 |
| Bergen | 2021 | | | | $4,827,089.21 | $4,827,089.21 |
| Bergen | 2021 | | | | $979,299.90 | $979,299.90 |
| Bergen | 2020 | $2,675,983.94 | | | | $2,675,983.94 |
| Bergen | 2020 | | $3,475,000.00 | | | $3,475,000.00 |
| Bergen | 2020 | | $1,800,000.00 | | | $1,800,000.00 |
| Bergen | 2020 | | | | | |
| Bergen | 2020 | | | | | |
| Bergen | 2020 | | | | | |
| Bergen | 2020 | | | | | |
| Bergen | 2020 | | | | $1,600,000.00 | $1,600,000.00 |
| Bergen | 2020 | | | | $594,049.00 | $594,049.00 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|---|---|---|---|---|---|---|
| Bergen | 2019 | | | | | |
| Bergen | 2019 | | | | $910,899.00 | $910,899.00 |
| Burlington | | $2,939,318.97 | $0.00 | $0.00 | $1,219,055.58 | $4,158,374.55 |
| Burlington | | $0.00 | $0.00 | $0.00 | $328,000.00 | $328,000.00 |
| Burlington | | $0.00 | $0.00 | $0.00 | $328,306.95 | $328,306.95 |
| Burlington | | $2,939,318.97 | $0.00 | $0.00 | $173,076.32 | $3,112,395.29 |
| Burlington | | $0.00 | $0.00 | $0.00 | $389,672.31 | $389,672.31 |
| Burlington | 2022 | | | | $328,000.00 | $328,000.00 |
| Burlington | 2021 | | | | $328,306.95 | $328,306.95 |
| Burlington | 2020 | 2,939,318.97 | | | | $2,939,318.97 |
| Burlington | 2020 | | | | | |
| Burlington | 2020 | | | | | |
| Burlington | 2020 | | | | $173,076.32 | $173,076.32 |
| Burlington | 2019 | | | | $389,672.31 | $389,672.31 |
| Camden | | $2,415,645.43 | $0.00 | $0.00 | $4,357,324.83 | $6,772,970.26 |
| Camden | | $0.00 | $0.00 | $0.00 | $2,451,460.00 | $2,451,460.00 |
| Camden | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Camden | | $2,415,645.43 | $0.00 | $0.00 | $1,579,096.41 | $3,994,741.84 |
| Camden | | $0.00 | $0.00 | $0.00 | $326,768.42 | $326,768.42 |
| Camden | 2022 | | | | $2,451,460.00 | $2,451,460.00 |
| Camden | 2021 | | | | | $0.00 |
| Camden | 2020 | $203,128.75 | | | | $203,128.75 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|--------|------|------|-------|------------|-------|-------|
| Camden | 2020 | $2,212,516.68 | | | | $2,212,516.68 |
| Camden | 2020 | | | | | $0.00 |
| Camden | 2020 | | | | | $0.00 |
| Camden | 2020 | | | | | $0.00 |
| Camden | 2020 | | | | | $0.00 |
| Camden | 2020 | | | | | $0.00 |
| Camden | 2020 | | | | | $0.00 |
| Camden | 2020 | | | | $1,579,096.41 | $1,579,096.41 |
| Camden | 2019 | | | | $326,768.42 | $326,768.42 |
| Cape May | | $79,884.00 | $864,119.76 | $0.00 | $668.49 | $944,672.25 |
| Cape May | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cape May | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cape May | | $79,884.00 | $864,119.76 | $0.00 | $668.49 | $944,672.25 |
| Cape May | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cape May | 2022 | | | | | $0.00 |
| Cape May | 2021 | | | | | $0.00 |
| Cape May | 2021 | | | | | $0.00 |
| Cape May | 2021 | | | | | $0.00 |
| Cape May | 2020 | | $360,596.99 | | | $360,596.99 |
| Cape May | 2020 | | $503,522.77 | | | $503,522.77 |
| Cape May | 2020 | $39,942.00 | | | | $39,942.00 |
| Cape May | 2020 | $39,942.00 | | | | $39,942.00 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|--------|------|------|-------|------------|-------|-------|
| Cape May | 2020 | | | | $668.49 | $668.49 |
| Cape May | 2019 | | | | | $0.00 |
| Cumberland | | $969,307.50 | $440,487.91 | $0.00 | $2,084,742.73 | $3,494,538.14 |
| Cumberland | | $0.00 | $0.00 | $0.00 | $340,000.00 | $340,000.00 |
| Cumberland | | $0.00 | $0.00 | $0.00 | $342,479.99 | $342,479.99 |
| Cumberland | | $969,307.50 | $440,487.91 | $0.00 | $202,262.74 | $1,612,058.15 |
| Cumberland | | $0.00 | $0.00 | $0.00 | $1,200,000.00 | $1,200,000.00 |
| Cumberland | 2022 | | | | $340,000.00 | $340,000.00 |
| Cumberland | 2021 | | | | $342,479.99 | $342,479.99 |
| Cumberland | 2020 | | | | $202,262.74 | $202,262.74 |
| Cumberland | 2020 | $484,653.75 | | | | $484,653.75 |
| Cumberland | 2020 | $484,653.75 | | | | $484,653.75 |
| Cumberland | 2020 | | $440,487.91 | | | $440,487.91 |
| Cumberland | 2019 | | | | $1,200,000.00 | $1,200,000.00 |
| Essex | | $2,944,803.00 | $0.00 | $3,907,053.00 | $2,627,072.77 | $9,478,928.77 |
| Essex | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Essex | | $0.00 | $0.00 | $3,907,053.00 | $2,589,442.50 | $6,496,495.50 |
| Essex | | $2,944,803.00 | $0.00 | $0.00 | $0.00 | $2,944,803.00 |
| Essex | | $0.00 | $0.00 | $0.00 | $37,630.27 | $37,630.27 |
| Essex | 2022 | | | | | $0.00 |
| Essex | 2021 | | | | 2,589,442.50 | $2,589,442.50 |
| Essex | 2021 | | | $3,907,053.00 | | $3,907,053.00 |
| Essex | 2020 | $2,944,803.00 | | | | $2,944,803.00 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|---|---|---|---|---|---|---|
| Essex | 2019 | | | | $37,630.27 | $37,630.27 |
| Gloucester | | $267,827.00 | $0.00 | $50,842.00 | $3,318,672.73 | $3,637,341.73 |
| Gloucester | | $0.00 | $0.00 | $0.00 | $314,250.00 | $314,250.00 |
| Gloucester | | $0.00 | $0.00 | $0.00 | $2,314,250.00 | $2,314,250.00 |
| Gloucester | | $267,827.00 | $0.00 | $0.00 | $471,047.73 | $738,874.73 |
| Gloucester | | $0.00 | $0.00 | $50,842.00 | $219,125.00 | $269,967.00 |
| Gloucester | 2022 | | | | $314,250.00 | $314,250.00 |
| Gloucester | 2021 | | | | $2,000,000.00 | $2,000,000.00 |
| Gloucester | 2021 | | | | $314,250.00 | $314,250.00 |
| Gloucester | 2020 | $153,044.00 | | | | $153,044.00 |
| Gloucester | 2020 | $114,783.00 | | | | $114,783.00 |
| Gloucester | 2020 | | | | $471,047.73 | $471,047.73 |
| Gloucester | 2020 | | | | | |
| Gloucester | 2020 | | | | | |
| Gloucester | 2020 | | | | | |
| Gloucester | 2020 | | | | | |
| Gloucester | 2019 | | | $50,842.00 | | $50,842.00 |
| Gloucester | 2019 | | | | $219,125.00 | $219,125.00 |
| Hudson | | $688,656.99 | $0.00 | $0.00 | $942,006.41 | $1,630,663.40 |
| Hudson | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|---|---|---|---|---|---|---|
| Hudson | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hudson | | $688,656.99 | $0.00 | $0.00 | $507,631.01 | $1,196,288.00 |
| Hudson | | $0.00 | $0.00 | $0.00 | $434,375.40 | $434,375.40 |
| Hudson | 2022 | | | | | $0.00 |
| Hudson | 2021 | | | | | $0.00 |
| Hudson | 2020 | | | | $507,631.01 | $507,631.01 |
| Hudson | 2020 | $688,656.99 | | | | $688,656.99 |
| Hudson | 2019 | | | | $434,375.40 | $434,375.40 |
| Hunterdon | | $83,011.25 | $0.00 | $70,000.00 | $2,034,166.00 | $2,187,177.25 |
| Hunterdon | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hunterdon | | $0.00 | $0.00 | $0.00 | $1,950,000.00 | $1,950,000.00 |
| Hunterdon | | $83,011.25 | $0.00 | $0.00 | $0.00 | $83,011.25 |
| Hunterdon | | $0.00 | $0.00 | $70,000.00 | $84,166.00 | $154,166.00 |
| Hunterdon | 2022 | | | | | $0.00 |
| Hunterdon | 2021 | | | | $450,000.00 | $450,000.00 |
| Hunterdon | 2021 | | | | $1,500,000.00 | $1,500,000.00 |
| Hunterdon | 2020 | $47,435.00 | | | | $47,435.00 |
| Hunterdon | 2020 | $35,576.25 | | | | $35,576.25 |
| Hunterdon | 2019 | | | | $50,821.00 | $50,821.00 |
| Hunterdon | 2019 | | | | $2,845.00 | $2,845.00 |
| Hunterdon | 2019 | | | | $30,500.00 | $30,500.00 |
| Hunterdon | 2019 | | | $70,000.00 | | $70,000.00 |
| Mercer | | $1,003,600.00 | $0.00 | $0.00 | $443,638.00 | $1,447,238.00 |
| Mercer | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mercer | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|--------|------|------|-------|------------|-------|-------|
| Mercer | | $1,003,600.00 | $0.00 | $0.00 | $221,593.00 | $1,225,193.00 |
| Mercer | | $0.00 | $0.00 | $0.00 | $222,045.00 | $222,045.00 |
| Mercer | 2022 | | | | | $0.00 |
| Mercer | 2021 | | | | | $0.00 |
| Mercer | 2020 | | | | $220,567.00 | $220,567.00 |
| Mercer | 2020 | | | | $1,026.00 | $1,026.00 |
| Mercer | 2020 | $1,003,600.00 | | | | $1,003,600.00 |
| Mercer | 2019 | | | | $1,478.00 | $1,478.00 |
| Mercer | 2019 | | | | $220,567.00 | $220,567.00 |
| Middlesex | | $959,860.00 | $0.00 | $0.00 | $2,145,577.00 | $3,105,437.00 |
| Middlesex | | $0.00 | $0.00 | $0.00 | $600,000.00 | $600,000.00 |
| Middlesex | | $0.00 | $0.00 | $0.00 | $696,565.00 | $696,565.00 |
| Middlesex | | $959,860.00 | $0.00 | $0.00 | $281,976.00 | $1,241,836.00 |
| Middlesex | | $0.00 | $0.00 | $0.00 | $567,036.00 | $567,036.00 |
| Middlesex | 2022 | | | | $600,000.00 | $600,000.00 |
| Middlesex | 2021 | | | | $696,565.00 | $696,565.00 |
| Middlesex | 2020 | $959,860.00 | | | | $959,860.00 |
| Middlesex | 2020 | | | | $281,976.00 | $281,976.00 |
| Middlesex | 2019 | | | | $567,036.00 | $567,036.00 |
| Monmouth | | $557,123.88 | $0.00 | $1,631,519.00 | $18,621,335.19 | $20,809,978.07 |
| Monmouth | | $0.00 | $0.00 | $0.00 | $1,171,315.00 | $1,171,315.00 |
| Monmouth | | $0.00 | $0.00 | $352,849.27 | $16,887,045.00 | $17,239,894.27 |
| Monmouth | | $557,123.88 | $0.00 | $1,269,982.23 | $0.00 | $1,827,106.11 |
| Monmouth | | $0.00 | $0.00 | $8,687.50 | $562,975.19 | $571,662.69 |
| Monmouth | 2022 | | | | $316,315.00 | $316,315.00 |
| Monmouth | 2022 | | | | $855,000.00 | $855,000.00 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|---|---|---|---|---|---|---|
| Monmouth | 2021 | | | $245,311.29 | | $245,311.29 |
| Monmouth | 2021 | | | $107,537.98 | | $107,537.98 |
| Monmouth | 2021 | | | | $4,887,045.00 | $4,887,045.00 |
| Monmouth | 2021 | | | | $12,000,000.00 | $12,000,000.00 |
| Monmouth | 2020 | $238,767.38 | | | | $238,767.38 |
| Monmouth | 2020 | $159,178.25 | | | | $159,178.25 |
| Monmouth | 2020 | $159,178.25 | | | | $159,178.25 |
| Monmouth | 2020 | | | $457,507.13 | | $457,507.13 |
| Monmouth | 2020 | | | $812,475.10 | | $812,475.10 |
| Monmouth | 2019 | | | | $83,040.03 | $83,040.03 |
| Monmouth | 2019 | | | | $426,480.00 | $426,480.00 |
| Monmouth | 2019 | | | | $11,276.78 | $11,276.78 |
| Monmouth | 2019 | | | | $4,862.17 | $4,862.17 |
| Monmouth | 2019 | | | | $37,316.21 | $37,316.21 |
| Monmouth | 2019 | | | $8,687.50 | | $8,687.50 |
| Morris | | $369,930.75 | $1,054,537.00 | $1,505,021.10 | $3,673,346.26 | $6,602,835.11 |
| Morris | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Morris | | $0.00 | $0.00 | $109,122.10 | $3,673,346.26 | $3,782,468.36 |
| Morris | | $369,930.75 | $1,054,537.00 | $1,355,109.00 | $0.00 | $2,779,576.75 |
| Morris | | $0.00 | $0.00 | $40,790.00 | $0.00 | $40,790.00 |
| Morris | 2022 | | | | | |
| Morris | 2021 | | | $109,122.10 | | $109,122.10 |
| Morris | 2021 | | | | $3,634,800.00 | $3,634,800.00 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|--------|------|------|-------|------------|-------|-------|
| Morris | 2021 | | | | $38,546.26 | $38,546.26 |
| Morris | 2020 | $369,930.75 | | | | $369,930.75 |
| Morris | 2020 | | $1,054,537 | | | $1,054,537.00 |
| Morris | 2020 | | | $1,355,109 | | $1,355,109.00 |
| Morris | 2019 | | | $40,790.00 | | $40,790.00 |
| Ocean | | $450,404.00 | $2,376,664.63 | $1,175,992.08 | $3,216,304.41 | $7,219,365.12 |
| Ocean | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ocean | | $0.00 | $0.00 | $0.00 | $3,216,304.41 | $3,216,304.41 |
| Ocean | | $450,404.00 | $2,376,664.63 | $1,175,992.08 | $0.00 | $4,003,060.71 |
| Ocean | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ocean | 2022 | | | | | $0.00 |
| Ocean | 2021 | | | | $1,027,479.98 | $1,027,479.98 |
| Ocean | 2021 | | | | $2,101,770.93 | $2,101,770.93 |
| Ocean | 2021 | | | | $87,053.50 | $87,053.50 |
| Ocean | 2020 | $150,135.00 | | | | $150,135.00 |
| Ocean | 2020 | $300,269.00 | | | | $300,269.00 |
| Ocean | 2020 | | $2,376,664.63 | | | $2,376,664.63 |
| Ocean | 2020 | | | $1,175,992.08 | | $1,175,992.08 |
| Ocean | 2019 | | | | | $0.00 |
| Passaic | | $3,203,500.00 | $826,210.00 | $99,323.75 | $1,524,091.00 | $5,653,124.75 |
| Passaic | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Passaic | | $0.00 | $0.00 | $99,323.75 | $1,250,000.00 | $1,349,323.75 |
| Passaic | | $3,203,500.00 | $826,210.00 | $0.00 | $0.00 | $4,029,710.00 |
| Passaic | | $0.00 | $0.00 | $0.00 | $274,091.00 | $274,091.00 |
| Passaic | 2022 | | | | | $0.00 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|---|---|---|---|---|---|---|
| Passaic | 2021 | | | | $1,250,000.00 | $1,250,000.00 |
| Passaic | 2021 | | | $99,323.75 | | $99,323.75 |
| Passaic | 2020 | $3,203,500.00 | | | | $3,203,500.00 |
| Passaic | 2020 | | $826,210.00 | | | $826,210.00 |
| Passaic | 2020 | | | | | |
| Passaic | 2019 | | | | $274,091.00 | $274,091.00 |
| Salem | | $67,683.00 | $0.00 | $51,216.08 | $1,567,703.60 | $1,686,602.68 |
| Salem | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Salem | | $0.00 | $0.00 | $0.00 | $1,500,000.00 | $1,500,000.00 |
| Salem | | $67,683.00 | $0.00 | $0.00 | $0.00 | $67,683.00 |
| Salem | | $0.00 | $0.00 | $51,216.08 | $67,703.60 | $118,919.68 |
| Salem | 2022 | | | | | $0.00 |
| Salem | 2021 | | | | $1,500,000.00 | $1,500,000.00 |
| Salem | 2021 | | | | | |
| Salem | 2020 | $38,676.00 | | | | $38,676.00 |
| Salem | 2020 | $29,007.00 | | | | $29,007.00 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|--------|------|------|-------|-----------|-------|-------|
| Salem | 2020 | | | | | |
| Salem | 2020 | | | | | |
| Salem | 2020 | | | | | |
| Salem | 2020 | | | | | |
| Salem | 2019 | | | $51,216.08 | | $51,216.08 |
| Salem | 2019 | | | | $16.10 | $16.10 |
| Salem | 2019 | | | | $67,687.50 | $67,687.50 |
| Somerset | | $296,384.00 | $0.00 | $164,663.29 | $1,789,685.66 | $2,160,158.06 |
| Somerset | | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 |
| Somerset | | $0.00 | $0.00 | $0.00 | $218,853.61 | $218,853.61 |
| Somerset | | $296,384.00 | $0.00 | $90,574.89 | $1,155,955.55 | $1,452,339.55 |
| Somerset | | $0.00 | $0.00 | $74,088.40 | $214,876.50 | $288,964.90 |
| Somerset | 2022 | | | | $200,000.00 | $200,000.00 |
| Somerset | 2021 | | | | $218,853.61 | $218,853.61 |
| Somerset | 2020 | $27,500.00 | | | | $27,500.00 |
| Somerset | 2020 | $134,442.00 | | | | $134,442.00 |
| Somerset | 2020 | $134,442.00 | | | | $134,442.00 |
| Somerset | 2020 | | | | $1,127,518.05 | $1,127,518.05 |
| Somerset | 2020 | | | | $28,437.50 | $28,437.50 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|--------|------|------|-------|------------|-------|-------|
| Somerset | 2020 | | | $90,574.89 | | |
| Somerset | 2019 | | | | $214,876.50 | $214,876.50 |
| Somerset | 2019 | | | $50,000.00 | | $50,000.00 |
| Somerset | 2019 | | | $24,088.40 | | $24,088.40 |
| Sussex | | $116,025.00 | $317,528.42 | $153,341.88 | $1,511,033.72 | $2,097,929.02 |
| Sussex | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sussex | | $0.00 | $0.00 | $0.00 | $1,511,033.72 | $1,511,033.72 |
| Sussex | | $116,025.00 | $317,528.42 | $153,341.88 | $0.00 | $586,895.30 |
| Sussex | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sussex | 2022 | | | | | $0.00 |
| Sussex | 2021 | | | | $11,033.72 | $11,033.72 |
| Sussex | 2021 | | | | $1,500,000.00 | $1,500,000.00 |
| Sussex | 2020 | | $317,528.42 | | | $317,528.42 |
| Sussex | 2020 | $49,725.00 | | | | $49,725.00 |
| Sussex | 2020 | $66,300.00 | | | | $66,300.00 |
| Sussex | 2020 | | | $119,254.60 | | $119,254.60 |
| Sussex | 2020 | | | $34,087.28 | | $34,087.28 |
| Sussex | 2019 | | | | | $0.00 |
| Union | | $1,444,750.00 | $74,988.00 | $2,933,484.24 | $7,277,128.38 | $11,489,711.62 |
| Union | | $0.00 | $0.00 | $0.00 | $1,310,414.22 | $1,310,414.22 |
| Union | | $0.00 | $74,988.00 | $1,607,034.00 | $5,220,008.22 | $6,902,030.22 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|---|---|---|---|---|---|---|
| Union | | $1,444,750.00 | $0.00 | $1,078,032.51 | $0.00 | $2,522,782.51 |
| Union | | $0.00 | $0.00 | $248,417.73 | $746,705.94 | $754,484.67 |
| Union | 2022 | | | | $127,374.04 | $127,374.04 |
| Union | 2022 | | | | $1,183,040.18 | $1,183,040.18 |
| Union | 2021 | | $74,988.00 | | | $74,988.00 |
| Union | 2021 | | | $283,929.82 | | $283,929.82 |
| Union | 2021 | | | $1,167,861.27 | | $1,167,861.27 |
| Union | 2021 | | | $19,379.20 | | $19,379.20 |
| Union | 2021 | | | $45,376.00 | | $45,376.00 |
| Union | 2021 | | | $90,487.71 | | $90,487.71 |
| Union | 2021 | | | | $278,045.70 | $278,045.70 |
| Union | 2021 | | | | $197,000.00 | $197,000.00 |
| Union | 2021 | | | | $147,126.00 | $147,126.00 |
| Union | 2021 | | | | $1,147,169.95 | $1,147,169.95 |
| Union | 2021 | | | | $3,378,685.00 | $3,378,685.00 |
| Union | 2021 | | | | $5,398.65 | $5,398.65 |
| Union | 2021 | | | | $55,123.96 | $55,123.96 |
| Union | 2021 | | | | $11,458.96 | $11,458.96 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|---|---|---|---|---|---|---|
| Union | 2020 | $308,750.00 | | | | $308,750.00 |
| Union | 2020 | $1,136,000.00 | | | | $1,136,000.00 |
| Union | 2020 | | | $202,128.91 | | $202,128.91 |
| Union | 2020 | | | $872,514.24 | | $872,514.24 |
| Union | 2020 | | | $3,389.36 | | $3,389.36 |
| Union | 2019 | | | | $101,131.35 | $101,131.35 |
| Union | 2019 | | | | $404,935.59 | $404,935.59 |
| Union | 2019 | | | $29,225.00 | | $29,225.00 |
| Union | 2019 | | | $3,780.24 | | $3,780.24 |
| Union | 2019 | | | $27,274.99 | | $27,274.99 |
| Union | 2019 | | | $1,950.01 | | $1,950.01 |
| Union | 2019 | | | $3,780.20 | | $3,780.20 |
| Union | 2019 | | | $104,419.40 | | $104,419.40 |
| Union | 2019 | | | $2,716.00 | | $2,716.00 |
| Union | 2019 | | | | $240,639.00 | |
| Union | 2019 | | | 67,278.00 | | $67,278.00 |
| Union | 2019 | | | $7,993.89 | | $7,993.89 |
| Warren | | $72,085.50 | $244,533.38 | $144,155.30 | $490,272.67 | $951,046.85 |
| Warren | | $0.00 | $0.00 | $0.00 | $170,000.00 | $170,000.00 |

| County | Year | CTCL | CARES | HAVA/CARES | OTHER | Total |
|--------|------|------|-------|------------|-------|-------|
| Warren |  | $0.00 | $8,625.00 | $10,000.00 | $176,079.89 | $194,704.89 |
| Warren |  | $72,085.50 | $235,908.38 | $134,155.30 | $12,580.39 | $454,729.57 |
| Warren |  | $0.00 | $0.00 | $0.00 | $131,612.39 | $131,612.39 |
| Warren | 2022 |  |  |  | $130,000.00 | $130,000.00 |
| Warren | 2022 |  |  |  | $40,000.00 | $40,000.00 |
| Warren | 2021 |  |  |  | $176,079.89 | $176,079.89 |
| Warren | 2021 |  | $8,625.00 |  |  | $8,625.00 |
| Warren | 2021 |  |  | $10,000.00 |  | $10,000.00 |
| Warren | 2020 | $36,042.75 |  |  |  | $36,042.75 |
| Warren | 2020 | $36,042.75 |  |  |  | $36,042.75 |
| Warren | 2020 |  | $235,908.38 |  |  | $235,908.38 |
| Warren | 2020 |  |  | $134,155.30 |  | $134,155.30 |
| Warren | 2020 |  |  |  | $12,580.39 | $12,580.39 |
| Warren | 2019 |  |  |  | $131,612.39 | $131,612.39 |