

**Jim Pittinger**
**Mayor**

*Established 1926*
6 High Street
Lebanon, New Jersey 08833
(908) 236-2425
(909) 236-2939 Fax

**Karen M. Romano**
**Administrator/Borough Clerk**

May 31, 2024

Lebanon, NJ  08833

RE: Ordinance 2018-04

Mr. Logan,

Enclosed please find Ordinance 2018-04 indicating No Parking of Boats and Trailers on public roads.  Please remove your boat and trailer before Friday, June 7, 2024.  If the boat and trailer remain parked on Edgerton Lebanon Borough reserves the right to tow at the owner's expense.

Thank you for your corporation.

Karen Romano
Administrator

Cc:  Joseph Novak Esq.
     Mayor and Council
     NJSP

# BOROUGH OF LEBANON
# COUNTY OF HUNTERDON
# STATE OF NEW JERSEY

## ORDINANCE NO. 2018-04

### AN ORDINANCE OF THE BOROUGH OF LEBANON, COUNTY OF HUNTERDON TO CODIFY THE TRAFFIC AND PARKING ORDINANCES OF THE BOROUGH

NOTICE is hereby given that the above Ordinance was introduced and passed on first reading at a meeting of the Borough Council of the Borough of Lebanon, in the County of Hunterdon, State of New Jersey, held in the Municipal Building on the 18th day of July 2018, and the same came up for final passage at a meeting of the said Borough Council on the 22nd day of August, 2018 at which time, after persons interested were given an opportunity to be heard concerning said ordinance, the same was passed and will be in full force in the Borough according to law by order of the Borough Council of the Borough of Lebanon, County of Hunterdon and State of New Jersey.

Karen M. Romano, RMC

Borough Administrator/ Clerk

**INTRODUCED: July 18, 2018**

**ADOPTED:  August 22, 2018**