

| COMPANY | PEOPLE | SERVICE/PRODUCT | TRADEMARK | ADDRESS |

Energy Capital Partners | Enter City... | Select State/Province

## BIZAPEDIA PRO SEARCH

Perform nearly unlimited searches via our advanced search form with Bizapedia *Pro Search*.

**Buy Now For Only $199/yr**

## BIZAPEDIA PRO DATA

Get weekly data lists of all new filings nationwide with Bizapedia *Pro Data*.

**Try Now - Free 1 Week Trial**

Only the first 20 matches were returned. Need more results? Our Pro Search and Pro API subscribers receive up to 5 times the number of search results per search.

Click a row below to view the associated profile.

| Relevance Score | Company Name | Entity Type | Registered Agent | Filing Date | Filing Status | Address Locations |
|---|---|---|---|---|---|---|
| 5.2 | Energy Capital Partners Ii, LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 05/27/2009 | Terminated | Short Hills, NJ and Wilmington, DE |
| 5.0 | Energy Capital Partners Iv-C, LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 01/09/2018 | Active | Short Hills, NJ and Wilmington, DE |
| 5.0 | Energy Capital Partners Iv-B, LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 01/09/2018 | Active | Short Hills, NJ and Wilmington, DE |
| 4.9 | Energy Capital Partners Gp Ii, LP | Delaware Limited Partnership (Lp) | Corporation Service Company | 12/18/2008 | Unknown | Wilmington, DE |
| 4.8 | Energy Capital Partners Slp I-A, LP | Delaware Limited Partnership | Corporation Service Company | 01/31/2006 | Unknown | Wilmington, DE |
| 4.8 | Energy Capital Partners I, LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 01/18/2006 | Terminated | Short Hills, NJ and Wilmington, DE |
| 4.6 | Energy Capital Partners Mezzanine Gp, LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 09/22/2011 | Active | Short Hills, NJ and Wilmington, DE |
| 4.6 | Energy Capital Partners Ii-C (Smlp Ip), LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 12/16/2015 | Terminated | Short Hills, NJ and Wilmington, DE |
| 4.6 | Energy Capital Partners Ii, LLC | California Limited-Liability Company - Out Of State | Csc - Lawyers Incorporating Service | 02/25/2009 | Active | Summit, NJ and Wilmington, DE |

EXHIBIT 4

| 4.5 | | Energy Capital Partners Iii-B (Volt Ip), LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 01/26/2017 | Terminated | Short Hills, NJ and Wilmington, DE |
|---|---|---|---|---|---|---|---|
| 4.5 | | Energy Capital Partners Ii-A, LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 05/27/2009 | Terminated | Short Hills, NJ and Wilmington, DE |
| 4.5 | | Energy Capital Partners I (Te-L Direct), LP | Delaware Limited Partnership (Lp) | Corporation Service Company | 01/17/2006 | Unknown | Wilmington, DE |
| 4.5 | | Energy Capital Partners Ii-C, LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 05/27/2009 | Terminated | Short Hills, NJ and Wilmington, DE |
| 4.5 | | Energy Capital Partners Ii-B, LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 05/27/2009 | Terminated | Short Hills, NJ and Wilmington, DE |
| 4.5 | | Energy Capital Partners Ii-D, LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 02/12/2010 | Terminated | Short Hills, NJ and Wilmington, DE |
| 4.4 | | Energy Capital Partners Ii-C (Summit Ip), LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 09/01/2009 | Terminated | Short Hills, NJ and Wilmington, DE |
| 4.4 | | Energy Capital Partners Gp Ii, LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 05/27/2009 | Terminated | Short Hills, NJ and Wilmington, DE |
| 4.4 | | Energy Capital Partners Iv-B (Denali Ip), LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 04/29/2019 | Terminated | Short Hills, NJ and Wilmington, DE |
| 4.4 | | Energy Capital Partners Ii-C (Odessa Ip), LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 11/09/2011 | Terminated | Short Hills, NJ and Wilmington, DE |
| 4.3 | | Energy Capital Partners Ii-B Ip, LP | California Limited Partnership - Out Of State | Csc - Lawyers Incorporating Service | 09/01/2009 | Terminated | Short Hills, NJ and Wilmington, DE |

*The information on this page is being provided for the purpose of informing the public about a matter of genuine public interest.*

Copyright © 2012-2024 · Bizapedia.com · All rights reserved.        Pro Data ▪ Pro Search ▪ Pro API ▪ Contact Us ▪ Terms of Use ▪ Privacy Policy ▪ Sitemap

Desktop · Server 1

EXHIBIT 4