# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Nicole G. McDonough**
**Member**
**Admitted In NJ and NY**
**Direct Dial: 973-643-5967**
**Email: nmcdonough@sillscummis.com**

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561)-693-0440
Fax: (561)-828-0142

June 17, 2024

**BY CM/ECF**
Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 4W
Trenton, New Jersey 08608

      Re:    *Logan v. Garland et al.*
                  Index No. 3:24-cv-0040 (ZNQ-TJB)

Dear Judge Quraishi:

      Together with *pro hac vice* counsel from Kaplan Hecker & Fink LLP, this firm represents Congresswoman Debbie Wasserman Schultz, in her personal capacity as the former Chair of the Democratic National Committee (the "Congresswoman"), in the above captioned action. We write in response to the untimely opposition to the Congresswoman's pending motion to dismiss Plaintiff's Amended Complaint (the "Motion"), *see* Dkt. 72, filed by Plaintiff on June 13, 2024. The Motion date is today, June 17, 2024.

      As explained in the Motion, there is ample reason to dismiss the Amended Complaint with prejudice. Simply put, Plaintiff has failed to assert a plausible claim for relief over which this Court has subject matter or personal jurisdiction. *See id.* at 4–11 (moving to dismiss pursuant to Rules 12(b)(1), (2), (6), and invoking the Congresswoman's Speech or Debate immunity).

      The untimely opposition filing by Plaintiff does not alter this result. *See* Dkt. 91 ¶¶ 12–15. As an initial matter, this Court should not consider Plaintiff's untimely opposition to the Motion because it was filed ten (10) days after the deadline for opposition briefing, in violation of Local Rule 7.1(d)(2). Moreover, even if this Court were to consider Plaintiff's untimely opposition (which it should not), Plaintiff offers no meaningful, non-conclusory response to the arguments

12409057 v1

Sills Cummis & Gross
A Professional Corporation

Honorable Zahid N. Quraishi, U.S.D.J.
June 17, 2024
Page 2

raised in the Congresswoman's Motion.[1]  This Court should dismiss the Amended Complaint with prejudice.

      We appreciate the Court's time and attention to this matter.

      Respectfully submitted,

      ***/s/ Nicole G. McDonough***

      Nicole G. McDonough

NGM

Cc:   Plaintiff *pro se* (*via CM/ECF*)
      All counsel of record (*via CM/ECF*)

---

[1] *See, e.g.*, Dkt. 91 ¶ 12 ("Plaintiff states that the amassed volume of supporting evidence buttressing the Amended Complaint, all and inclusive being primary sourced, serves to extinguish the Defendant claims, regardless of artful or colorful descriptive words, Defendants' attempt to preempt Plaintiff does nothing to diminish the facts presented.").

12409057 v1