Mary B. Logan
Plaintiff *Pro-Se*
Post Office Box 5237
Clinton, New Jersey 08809
Email: Trino@trinops.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

---

MARY BASILE LOGAN, individually and on behalf
of those similarly situated, *Pro-Se*;

                Plaintiff,

MERRICK GARLAND, in his official capacity
Attorney General, Department of Justice; et al.

                Defendants.

**CIVIL DOCKET: 3:24-CV-00040
ZNQ-TJB**

---

## PLAINTIFFS' OPPOSITION TO
## DEFENDANT, UNITED HEALTHCARE MOTION TO DISMISS

On March 22, 2024, Plaintiff filed this lawsuit as an amended complaint, alleging that

Defendant, UNITED HEALTHCARE and its corporate designees, Executives, Board of Directors and

representatives, each holding to contracts of employment held and executed by the Defendant, has

under the color of state law, deprived the Plaintiff of Rights, privileges, or immunities in violation of

42 U.S.C. § 1983, the First and Fourteenth Amendments to the Constitution, and the Equal Protection

Clause.

The Defendant, respectively, filed Motion to Dismiss Plaintiffs' Amended Complaint,

UNITED HEALTHCARE on May 28, 2024, *See* ECF Doc. 76.

The foregoing Defendant, co-colluded in and among their co-Defendants, MERRICK

GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS

MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, the DEMOCRATIC NATIONAL COMMITTEE ("DNC"), the REPUBLICAN NATIONAL COMMITTEE ("RNC"), JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE , hereinafter referred to as "inclusive Defendants" overtly labored to exact a predetermined outcome, a scheme, at the expense of Plaintiffs' sovereign Rights as set forth below, inclusive of harms.

**PRELIMINARY STATEMENT**

1.      Plaintiff restates all and inclusive claims represented and authored by her hand, informed by God, Almighty, as set forth inclusive of the supplemental submissions with Exhibits so accompanying, ECF 45; 45-1; 45-2; 45-3; 45-4; 45-5; 45-6; 45-7; 45-8; 45-9; 45-10; 45-11; 45-12; 45-13; 45-14; 45-15; 45-16; 45-17; 45-18; 45-19; 45-20; 45-21; 45-21; 45-22; 56; 46; 46-1; 46-2; 55; 55-1; 55-2; 55-3; 55-4; 55-5; 73; 73-1; 73-2; 73-3; 73-4; 73-5; 73-6; 73-7, 73-8; 77; 77-1;77-2;77-3;77-4;77-5; 87; 87-1 and the inclusive reply pleadings authored by the Plaintiff in support of the certified statements of harms herein.

2.    Defendants, UNITED HEALTHCARE, continue the diatribe and posture, mirroring the inclusive Defendants' statements while adding validity to her claim of collaboration in and among the inclusive Defendants, expressed herein.  Plaintiff states as a matter of record, that repeating a statement does not give it weight, nor does the statement become any more meritorious by recurrence of such words opined, whether orally or in writing.  The Plaintiff's claims presented to the Honorable Court accompany extensive Exhibits corroborating fact, dismissing *theory* altogether.

3.    Defendant, UNITED HEALTHCARE makes every attempt to convince the Honorable Court through flagrant, contradictory statements, that the Plaintiff presents claims which are unsupported (*See* ECF Doc. 76-1), however, Defendant refutes their own claim (p. 3), citing "factual allegations."  Defendant further knowingly omits the fact that Plaintiff uses the term "inclusive Defendants," which includes UNITED HEALTHCARE, and does so in a failed attempt to minimize the weight of Plaintiff's claims while inferring to the Honorable Court that its liability and culpability in minimal; nothing could be further from the truth as herein disclosed.

4.    Throughout the memorandum of law, the Defendant, UNITED HEALTHCARE repeatedly refers to the Plaintiff's statements of harm as "sweeping claims (ECF 76-1, p. 3)…bald and unsupported allegations (p. 10).  Despite their best effort to be dismissive, Plaintiff reiterates that which is presented in the Amended Complaint, and which has been consistently represented to the Honorable Court, every claim and allegations presented is substantiated by primary sourced evidence. Plaintiff states, that when statements are corroborated with primary sourced and substantiated records, which includes those unfavorable to the Defendant, UNITED HEALTHCARE, the compilation thereby becomes evidence quality, holding up under the scrutiny of an unbiased examination.

5.    The Defendant claims that the Plaintiff has no standing to bring her action, yet the law is quite clear, under Title 18 § 245, the sovereign Rights of the Plaintiff are implicitly protected by the

Constitution, "provision prohibits using force or threat of force to willfully injure, intimidate, or interfere with any person because he or she has been, or in order to intimidate such persons from participating, without discrimination on account of race, color, religion or national origin' in voting or voting related activities." In the Defendants' capacity, UNITED HEALTHCARE has personally injured Plaintiff's sovereign Rights, absolutely and irrevocably with total disregard through the subversion of National Security, knowingly, overtly and with utter malice. Plaintiff provides specific recitation of these actions and resulting harms herein.

6.    The Defendant claims that the Motion does not comply with Local Civil Rules; however, Plaintiff has entered her pleading in conformity to the Federal Rules Civil Procedure in accordance with the instructions provided by the Honorable Federal Court. Defendant's claims are without merit with National Security, the Plaintiff's security, becoming increasingly an absolute violation of Plaintiff's sovereign Rights held under Executive Order 12333 and 13878 with same having been grossly violated by the Defendant, UNITED HEALTHCARE so as to advance unlawful monetary gain by means of fraud and trickery in the company of the inclusive Defendants.

7.    Dismissing the Defendant, UNITED HEALTHCARE, from this action with prejudice, would signal not only to the Defendant but also to the inclusive Defendants, that their collective actions to subvert these United States, aligning their loyalty and allegiance to that of foreign nation-states versus to the Constitution, Bill of Rights and Declaration of Independence; the substrate of jurisprudence upholding these United States. Moreover, Plaintiff reiterates those statements of the Amended Complaint, the knowingly compromised investigations of BCCI, 9/11, Marc Rich/Pincus Green pardon, the Awan Brothers, etc. are cumulative, not one-offs with each event knowingly orchestrated by the Jesuits inching the United States towards insolvency by subversion. Plaintiff has every reason to be believe that the present time period is the defining line, once crossed, will be very

4

difficult to put back; precisely why COVID-19 introduced so very many broadly codified policies which absolutely conflict with standing law and why each and every inclusive federal departments were noted by the Government Accountability Office as being non-conforming, not one but each and every federal department.

8.    Defendant, UNITED HEALTHCARE, is a central figure in the Plaintiff's action, their collective decisions have given rise to her harms including those provided and evidenced herein. Defendant, UNITED HEALTHCARE conducted itself in the most heinous, deceptive manner and continues to do so, unabated.

## FACTUAL BACKGROUND

9.    Plaintiff states that the Defendant, UNITED HEALTHCARE acquired MetraHealth Company, Inc. in 1995, combining operations with The Travelers Companies and MetLine. Plaintiff confirms that The Travelers Company was central as principal actor in the BCCI and PhiBro fraud investigations resulting in thousands of shell companies, and fiduciary institutions. Additionally, these business enterprises were laundering money for drug cartels, trafficking in persons and a litany of illicit fraudulent actions, globally, all which were conducted with the direct aid and support of business enterprise, including The Travelers Group.  The fact that the investigation was knowingly compromised by the investigators, among them the inclusive Defendants, allowed for acquisition by the Defendant, UNITED HEALTHCARE in 1995, and as facts herein will provide, the very same disgraceful business practices to continue in perpetuity, unimpeded.

10.  In February, 2014, Defendant, UNITED HEALTHCARE through its Optom business model secured a majority stake in startups Audax Health, through which Grant Verstandig became an executive with the Defendants.

11.  In 2017, the Defendant, UNITED HEALTHCARE extended their business relationship with Grant Verstandig with Optom through the acquisition Rally Health.

12.  In June 2019, the Defendant, UNITED HEALTHCARE through its Optom division, acquired Davita Medical Group, a division of DeVita, Inc.  for $4.3B.

13.  Plaintiff states that the Defendant, UNITED HEALTHCARE, has a known fraudulent and inflammatory history which mirrors the conduct of the investigative journey of BCCI including but not limited to patient advocacy including for unfair insurance practice under the Unfair Insurance Practices Act (2008), Medicare fraud (2011), Medicare Part D mismanagement including the manipulation of data analytics assisting to defraud Medicare resulting in inflating risk adjustment while delay and denial to patients – "defrauding the United States of hundreds of millions and likely billions of dollars" (2011, unsealed 2017), violations of the False Claims Act (2017), denial of medical treatment in which a court of law deemed "immoral and barbaric" (2019), same a matter of judicial record.

## **SUPPLEMENT TO ARGUMENT**

14.     Plaintiff states that Charles Duane Baker, Jr., former Governor, Massachusetts presently serves as the Harvard Pilgrim Health Care Chief Executive Officer; Harvard Pilgrim merged with Tufts Health Plan in 2021, operating under the primary name Harvard Pilgrim Health Care.  In addition to this role, Mr. Baker also serves as the President of the National Collegiate Athletic Association, effective March 1, 2023.  Plaintiff seeks to add Charles Duane Baker, Jr. as a co-Defendant to this action.  In November, 2023, Mr. Baker was named to the Board of Directors of the Defendant, UNITED HEALTHCARE.  Plaintiff states that both Mr. Baker and the Defendant, UNITED HEALTHCARE seek derived benefit from their association which is detrimental to the Plaintiffs sovereign Rights, same herein outlined in harms.

15.     Plaintiff states James N. Weinstein, M.D., who formerly created a joint venture with Harvard Pilgrim Health Care for a new health plan with a designated client demographic of Northern New England.  Formerly worked with Congress over three Administrations on efforts concerning Patient Reporting Outcome Measures (PROM's), and health equity.  Dr. Weinstein has facilitated Department of Defense ("DoD") federal grants dedicated to Advanced Regenerative Manufacturing Institute (ARMI).  He serves on the Board of Directors for ARMI/BioFabUSA, a domestic cell, tissue and organ manufacturing ecosystem.  Dr. Weinstein is a Senior Vice President with Microsoft Health (2018 – present), and worked on Operation Warp Speed.  Plaintiff seeks to add Dr. Weinstein as a co-Defendant to this matter.

16.     Defendant, UNITED HEALTHCARE shares a close business relationship with both Charlie Baker as well as Dr. Weinstein through the collaborative insurance network, "UnitedHealthcare Choice Plus – Harvard Pilgrim Passport Connect Network."

17.     DaVita was acquired by DLJ Merchant Banking Partners in a leverage buyout for $75.5m including $10.5m investment from DLJ, (August, 1994).  Following the leveraged buy-out transaction, the company was taken public raising $107m (October, 1995).  In December, 1996, DLJ had made a 386% return on its $10.5m investment.  In February, 1998, the company acquired Renal Treatment Centers for $1.3B in stock.  In 1999, following the departure of senior executives, Kent J. Thiry was retained as CEO and in 2000, the United States operations were sold, later changing the name to DaVita Inc.  In 2005, DaVita acquired Gambro Healthcare.  In 2012, acquired Healthcare Partners for $4.42B.  In 2014, it acquired Colorado Springs Health Partners, inclusive of staff transfer and 110,000 patients.  In March, 2016, it acquired the Everett Clinic Medical Group, a 20-site physicians practice with 315,000 patients in the Seattle area, for $385m.  In September, 2016, Healthcare Partners was renamed DaVita

Medical Group.  In May, 2017, it acquired WellHealth Quality Care.  In June, 2019, after settlement of $270m a False Claims Act violation whistleblower case stemming from Medicare Advantage Plan inflated payments, the division was sold to UnitedHealth Group's Optum division for $4.3B.

18.    Plaintiff states that in 2021, Credit Suisse acquired DLJ Merchant Banking Partners.  Credit Suisse is directly correlated to human trafficking litigation, BCCI and Marc Rich investigative records, evidenced by bank officials consent to settlement of claims; yet another example wherein the associated business enterprises attaching to the Defendant, UNITED HEALTHCARE, resolve back to Basel, Switzerland.  Plaintiff states that this statistical consistency falls well within the empirical rules of evaluative theory, absolutely not an outlier, a distinguishable fact.

19.    Plaintiff states that Javier J. Rodriquez, CEO of DaVita, Inc. is on the Board of Directors for Gilead.  The Chairman and CEO of Gilead served as the CEO of Roche Pharmaceutical, during his tenure at Roche, spanning more than 30+years, he held a variety of key executive positions, sharing his time among a number of public and private Boards including Genentec.

20.    Plaintiff states Grant Verstandig was a Board member, serving with Jeremy Bash. Jeremy Bash serving as Chief of Staff under co-Defendant BARACK HUSSEIN OBAMA in two national security department key areas; Director of the CIA (2009 – 2011), and Chief of Staff to the Secretary of Defense (2011 – 2013).  While employed with Defendant, UNITED HEALTHCARE, Verstandig served as the Chief Digital Officer, responsible for strategic direction governance, presently he serves as senior advisor to the CEO of UNITED HEALTHCARE, the Defendant.

21.    Plaintiff states direct correlation between Defendant, UNITED HEALTHCARE and Microsoft, business interface connection directly through multiple parties associated with Defendant, UNITED HEALTHCARE.  Plaintiff presents each direct affiliation and association between Defendant, UNITED HEALTHCARE and Microsoft, irrefutable:

a.    DaVita through acquisition (June, 2019) under UnitedHealth Group's Optum Division.  Board Member of DaVita serves on the Board of Directors of Gilead. Gilead formed as affiliate company to Charter Communication by Paul Allen, co-founder of Microsoft with Bill Gates (*See* ECF Doc. 73, ¶47).

b.    Grant Verstandig retains his national security clearance and remains a senior advisor to the National Security Agency on advanced analytics, technology and AI.  The National Security Agency is within the structured designees under the Federal Subsector Election Infrastructure Protections.

c.    Genentec, Intel and Microsoft collaborated in 2021 to create predictive capacity models to inform system operations and improve trip planning, pilot location in Chicago, Illinois.  Program is supported with data collection, management, storage and analytics on the Microsoft Azure system which also hosts the United States sovereign elections.  This program is under the Federal protections of Critical Infrastructure Subsector.

d.    Charlie Baker presently served on the Board of Directors for the Defendant, UNITED HEALTHCARE, correlating directly between the Harvard Pilgrim Health Care organization as well James N. Weinstein.

e.    James N. Weinstein presently serves as Senior Vice President of Microsoft Healthcare which correlates directly to the Defendant, UNITED HEALTHCARE.

22.    Plaintiff states that the "DHS Election Infrastructure Security Resource Guide" (EXHIBIT 1, attached).  The guide confirms that training and live active protections of the election systems and assets designated under the Subsector of Critical Infrastructure in 2017 (*See* ECF Doc. 73, ¶ 73).  The active review process designation within the guide states that in order for Plaintiff's sovereign Rights to remain unalienable, without blemish or imposition under the federal infrastructure protections, Title 18 § 245, and 42 U.S.C. 519c(e).  The following key areas and federal departments are designated as the "Election Infrastructure Subsector Government Coordinating Council ("GCC") and the private sector's Sector Coordinating Council ("SCC") to serve as collaborative forums where the Federal Government, state and local government officials, and the private sector can establish mutually recognized information sharing protocols" for prevention of such abuse, intimidation, encroachment, confiscation and/or evisceration of sovereign Rights.  These protections so "vital to the United States that the incapacity or destruction of such systems and assets would have a debilitating impact on security, national economic security, national public health or safety, or any combination of those matters."

    a.   Departments and/or Administrative Agencies:

        i.    Department of Homeland Security.  Defendant ALEXANDRO MAYORKAS.

        ii.   Cybersecurity and Infrastructure Security Agency ("CISA").

        iii.  National Association of Secretaries of State, including of Defendant, TAHESHA WAY.

        iv.   Designated or appointed members of GCC and SCC, collectively and individually.

v. Designated or appointed members of EI-ISAC, collectively and individually.

vi. Designated or appointed members of iGO elections official, collectively and individually.

vii. Designated or appointed members of NASED, Association of State Election Directors, collectively and individually.

viii. Designated or appointed members of National Association of Election Officials, collectively and individually.

ix. Designated or appointed members of the EAC, United States Election Assistance Commission, collectively and individually.

x. Designated or appointed members of the EAC Board of Advisors, appointed persons (35) from the NGA, NCSL, NASS, NASED, NACo, iGO, Election Center, International Association of Clerks, Recorders, Election Officials, and Treasurers, collectively and individually.

xi. Designated or appointed members of the EAC Standards Board, 110-member body, United States Election Assistance Commission, collectively and individually.

23. Plaintiff states that as with many of the primary sourced evidence sought to ensure the Plaintiff's sovereign Rights, the links associated with the "Election Infrastructure Subsector-Specific Plan" (EXHIBIT 2, attached), return with an error 404, documents reserved for the protection of Plaintiff's Rights have been removed from Plaintiff access. Plaintiff seeks that the Honorable Court know the foregoing, the efforts that the Plaintiff went to seeking evidence quality supporting data and that the Defendants who resolve to the Plaintiff under the

Constitutional cardinal moral truths, have had them removed.  The foregoing further evidencing the Defendant, UNITED HEALTHCARE and the inclusive Defendants' abuse, intimidation, encroachment, confiscation and/or evisceration of Plaintiff's sovereign Rights.

24.    Plaintiff states that Grant Verstandig owned Tavros Therapeutics, Verstandig's CV provides that he is the co-founder of the venture backed CRIPSR gene editing software.  In October, 2022, Tavros executed a five-year collaboration agreement for $930m, to discover and develop four novel oncology targets with Vividion Therapeutics, a subsidiary of Bayer, Basel Switzerland.  Plaintiff again states the clear and irrefutable core of the corporate ethos resolves to Basel, Switzerland.

25.    Plaintiff confirms that the Defendant, UNITED HEALTHCARE, is a foreign enterprise, see EXHIBIT 3, attached.

26.    Plaintiff states as a matter of public record that on February 27, 2024, Defendant, UNITED HEALTHCARE and its Optum affiliate came under federal investigation for Antitrust violations.

27.    Plaintiff states that Defendant, UNITED HEALTHCARE is involved in the scientific advancement of epigenetics.

28.    Plaintiff states that the Defendant, UNITED HEALTHCARE knowingly deceived the Plaintiff through trickery, colluding in and among the co-conspirators, and continues to practice in this deception at the present time.

**HARMS**

29.    Plaintiff states that the inclusive Defendants' subversive history, irrefutable and evidenced (*See* ECF Docs. 69; 73; 73-1; 73-2; 73-3; 73-4; 73-5; 73-6; 73-7; 73-8; 77; 77-1; 77-2; 77-3; 77-4; 77-5, sourced Exhibits so associated) including consummated contracts, above-referenced,

are themselves evidence of treasonous acts; however, based on the overt and malevolent intent coupled with the embodiment of the treasonable assemblage, the cumulative evidence thereby providing proofs of intent to sever Plaintiff from her Creator, God, by subversion and force. A knowing assemblage intent of "raising or creating war" (*See United States v. Burr* (Opinion and Judgement), 25 F Cas 55 August 31, 1807) so as to combine with global and foreign parties, in absolute contradiction to the separation of Church and State governance, same being affixed to Sharia Law. Plaintiff states that Sharia Law demands that "true faith is the guarantee for enhancing such dignity along the path of human perfection."[1] The inclusive Defendants' malevolent actions seek to sever Plaintiff from her Creator, God in spoken, written or otherwise expressed public testimony; while other persons might aspire toward "perfection" manifest in foreign dictum, expressly eviscerating Plaintiff's unalienable sovereignty, absent munition on domestic soil with the inclusive Defendants' willingly consented to these treasonous acts.

30.     Plaintiff has evidenced that from at least 2002, the inclusive Defendants have toiled to their subversive ends through covert negotiations in and among foreign nation-states, corporations and NGO's, all the while subverting National Security, essential so as to retain their capacity, a central requirement to exact their scheme, to ability to influence the Legislative Branch through lobbying. The period of discover as to this matter will, undoubtedly, evidence their malevolence, unprincipled cooperative actions and contractual rebellion exacted to the demise of these United States. Plaintiff will not rest nor stand down anyone until the facts are made known and those inclusive Defendants see Justice for their heinous, unconscionable acts of sedition. Plaintiff holds expert acumen in which to ensure that the foregoing are not merely hallowed words, a God infused resume of evidenced action, negotiating sovereignty to no one, ever; the colluding inclusive Defendants know well of the

---

[1] The Cairo Declaration on Human Rights in Islam, OIC. Rev. November 28, 2020. Accessed https://www.oic-iphrc.org/en/data/docs/legal_instruments/OIC_HRRIT/571230.pdf

Plaintiff's history.

31.     Plaintiff states that the Defendant, UNITED HEALTHCARE knowingly deceived the Plaintiff through trickery, colluding in and among the co-conspirators, and remained silent, even while those insured by their company were made unwitting experimental subjects, absent consents of any written or oral manner verifying mutual disclosure or compensation, a gross violation of human Rights and Civil Rights, dubious in every way, while the Defendant benefited from payment of insurance premiums, taking money from the victims of their criminal enterprise and, as the economy faltered, sent written notice of threats to cancel insurance coverage, while covertly holding knowledge of the lies withheld them in the interest of human health.

32.     Plaintiff states that Bill Gates and James N. Weinstein are skilled at the Jesuit practice of human depravity, cunning and conniving as well adaptive in the appropriation of funding while holding no merit by which they should have access to or inform policy of maternal, fetal and human health.  Plaintiff presents to this Honorable Court the "Better Understanding of the Metamorphosis of Pregnancy (BUMP): Protocol for a Digital Feasibility Study in Women from Preconception to Postpartum," (*See:*

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8967890/*)* Plaintiff calls forward her expert training and acumen including attachment study of the work product of Michel Odent, the Guatemalan Doula studies having trained under Penny Simkin and Marshall Klaus as well her extensive professional experience which she combines with her knowledge of the election malfeasance, fraud and absolute absence of integrity exhibited by Bill Gates, expressed in this irrefutable statement of empirically derived fact.  The persons on the Board of the sponsoring organization of the BUMP study sponsoring corporation, 4YouandMe, opaquely disclose their direct association with Microsoft, someone seeking this information would have to dig to find it,

meaning it is knowingly hidden.  In auditing the study, a skill also within Plaintiff's wheelhouse, it is deficient in omission of the psychological traumas and resulting impacts of and directly relating to COVID-19, the very crux of Plaintiff statement to harm herein.  A careful, unbiased assessment of the whole or inclusive mental health, anxiety level assessment, etc. is absolutely incomplete until and unless the truth of the inclusive Defendants' actions, Defendant UNITED HEALTHCARE, among them, is made known and they are brought to justice.  Plaintiff states that the manifestation of their deception enters every conversation, as though offered a chair at the table, palatable in every way, while shifting the relationship and interface as well the potential for outcome, in every single instance and regardless of setting.  Only when trust is reestablished will it be mirrored in kind, then and only then can trust in government, governmental partners be returned and with it the unimpeded individual whole health informed by God while assuring that in deferring to the medical community, such imperatives will be respected in harmony and balance.  The evisceration of this sacred trust inclusive of Plaintiff's Civil Rights in the pursuit of Life, Liberty and Property has been exenterated.

33.    Plaintiff states that the Defendant, UNITED HEALTHCARE knowingly deceived the Plaintiff, obviating her sovereign Rights in the pursuit of Life, Liberty and Property, same continuing to the present day.

34.    Plaintiff states that the Defendant, UNITED HEALTHCARE, working with and among the inclusive Defendants has labored under guise of COVID-19 to achieve the schema ends disclosed herein with the Defendant having specific skin in the game, deriving direct benefit of actuarial science in the growth and expansion of risk pool in and among the Affordable Care Act insureds; this fact is heavily weighted while opposing every legal obligation of national public health and safety.  Plaintiff states that the harms extending to her in this regard, those

under the Patriot Act, HIPAA – herein referenced, those of the Constitution and those of the United States Strategy on Countering Corruption (December, 2021); each of the foregoing have been violated with utter disregard by the Defendant.

35.    Plaintiff states that the Defendant, UNITED HEALTHCARE knowingly colluded with foreign nation-states and their enterprise designees in the orchestration and advocacy for the overthrow of the Government of the United States by force and violence, and specifically in this case, the legal protections expressly held by the Plaintiff including those under the Federal Smith Act.

36.    Plaintiff states that the actions of the Defendant, UNITED HEALTHCARE usurped Constitutional protections of the Executive Branch, such authority held at the time by Donald J. Trump lawfully elected in such capacity by the Plaintiff, holding to her Rights and authority as a sovereign citizen of these United States.  Through the extinguishment of Executive Branch authority, whether by silence of disclosure of the scheme or, as the case with the Defendant, UNITED HEALTHCARE, the active participation in seditious conduct, Plaintiff's Rights granted to her by God, Almighty, sovereign and apart from human intervention unless consented otherwise by her independent voice or authorship of signature as to her health and welfare; same never having been granted.

37.    The act of Executive Branch usurpation, unconstitutional in every way, was the only means by which the Defendant, UNITED HEALTHCARE, could gain access the Plaintiff's sovereign Rights, including the most sacred those between her Creator God and His Created, designed of DNA ancestry, so too expressly sovereign, resolving to its Creator and designer.  The National sovereignty of these United States and specifically, the sovereignty of the Plaintiff, who resolves to God, Almighty

having gifted dominion in trust has been knowingly infringed with intent to absolutely sever Plaintiff's Rights, including those of liberty interests held of due process under the 14th Amendment.

38.  Plaintiff states, holding to the cardinal moral truths, declared of the Founders, settled law and sacrosanct, unalienable, Rights apart from government encroachment and for which the Defendant, UNITED HEALTHCARE actively participated in the subversive act of extinguishing.  In order to achieve the foregoing unconstitutional encroachment of sovereign Rights held by the Plaintiff, it first had to participate in and among the inclusive Defendants in the overthrow of the sitting government of the United States realized through the act of Executive Branch usurpation. These wanton actions, intent to derive a specific outcome in which the Defendant, UNITED HEALTHCARE revealed in its corporate merger and acquisitional history, colluding with others including those foreign to these United States, towards a planned, forecasted schema outcome; extinguishment of these United States from the inside out.

39.  Plaintiff states, citing the facts herein (*See* ¶20, a-e) that the Defendant, UNITED HEALTHCARE absolutely colluded in and among the inclusive Defendants, doing so malevolently while receiving federal and private monetary gains, including Medicare, CARES Act, American Rescue Plan Act funds.  Defendant, UNITED HEALTHCARE committed fraud in the acceptance of the foregoing funds, having full and absolute knowledge of the undercurrent scheme including but not limited to the principle harm to Plaintiff, the sovereign Right to vote, electing of independent choice, an individual free of hindrance to campaign while seeking such office as the Executive of these United States and, once such person is inaugurated, holds certain privilege which comprises and solidifies under the laws of the Constitution, the harmony and balance of voice, whether written or oral, in agreement or discord, the composition of the three inclusive Branches.  Plaintiff has suffered

incalculable harm to her Civil Rights, including those of Life, Liberty and Property, as a direct consequence to the actions of Defendant, UNITED HEALTHCARE.

40.  Plaintiff states that the Defendant, UNITED HEALTHCARE has conducted itself as a saboteur citing the facts herein disclosed (*See* ¶20, a-e) colluded in and among the inclusive Defendants with foreign parties, including nation-states and designees thereto, in the malign human adaptation, malformation and encroachment of Plaintiff's sovereign design, gifted by God, Almighty and resolving to Him, in the area of fertility through the use of trickery and deceit.  These actions and usurpation to sovereign design include but are not limited to the Fritz Muller-infused scientific and physiological holdings of Hermann von Helmholtz, Emil du Bois-Reymond, Theodor Schwann, Friedrich Gustav Jakob Henle, Ernst Wilhelm Brucke, Carl Ludwig, and Ernst Haeckel expressed under the Royal Swedish Academy of Sciences and indoctrinated into the scheme of the inclusive Defendants, UNITED HEALTHCARE among them.  These unconstitutional usurpations where, with the aid and collusion of its Executives, Board of Directors, partners and designees, to manifest physical structured change to the sovereign design of God, the Creator, by lobby and influence of public health policy in and among the sovereign 3-Branches of government.  Areas of specific malevolent, Jesuit influence includes manipulation of paramesonephric duct; external control over amenorrhea intent to influence reproduction; vaginal agenesis manipulation intent of destruction or inoperability; and endocrinological imposition of sovereign, autonomous humanness, the very essence of gift from the designer, God, causational of a myriad of cell malformation including but not limited to varied forms of cancer which would be otherwise not existent, the balance of testosterone, estrogen, and progesterone otherwise having remained in harmony with design.

41.  Plaintiff states that the Defendant, UNITED HEALTHCARE, participated, conducted and/or knowingly withheld knowledge resulting in economic espionage against these United States to

secure access to Plaintiff's sovereign Rights over her body, itself a designed gift of God, Almighty. Plaintiff states that such conducted expressly violated Plaintiff's Civil Rights under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), and the Health Information Technology for Economic and Clinical Health ("HITECH"). These gross violations could not have otherwise been achieved with first eviscerating the Executive Branch authority held by Donald J. Trump, for which the Defendant, UNITED HEALTHCARE knowingly participated.

42.   Plaintiff states that once the Executive Branch compromise was secured, witnessed through manufactured events later called into the Congressional record as impeachable offenses, the Defendant, UNITED HEALTHCARE, collaborating in and among the inclusive Defendants, labored with Emergent Biosolutions, itself no less culpable, a strawman designee of collaborating criminal enterprise who knowingly compromised the production of the Janssen vaccine, the only non-mRNA vaccine and one which held longevity of use and application as disclosed in Plaintiff's Amended Complaint. Through the actions of the strawman designee, who as a matter of record was later rewarded by the Jesuits as disclosed below, the Janssen product was socially shamed, the facts of the Emergent Biosolutions imposition dormant, undisclosed and withheld under query of Legislative pressure, long after the incident, the effects of orchestrated economic espionage devastating to Janssen and Johnson and Johnson corporations (*See* ECF Doc. 45). Plaintiff states as a matter of record, her step-father was head of safety at Ethicon, Raritan, New Jersey for many years, but for the corporate integrity of the Johnson and Johnson family of businesses expressed through that employment relationship, Plaintiff's family would have gravely impacted; one decision impacting another through the law of physics, her parents formerly bankrupted by business partners, Ethicon chanced the Christian integrity of Jack Torbitt and, but for that chance, the integrity of the Plaintiff may not have otherwise come into full realization. As a direct consequence to the actions of the Defendant,

UNITED HEALTHCARE and the inclusive Defendants, the mRNA vaccines knowingly causational and contributory to a variety of negative health impacts, were the trojan horse of human imposition upon the Created, harming Plaintiff's sovereign Rights, with the full impacts as yet unknown. Plaintiff states that the Executive Branch usurpation, culminating in the two impeachments of Donald J. Trump  and, specifically, the imposition within Operation Warp Speed of designee, James N. Weinstein, M.D. were the conduit by which the economic espionage converged with the mapped, absolutely orchestrated, Jesuit scheme born of forethought, careful planning and patience to ensure that the inclusive Defendants held capacity, power and control to affect realization of the scheme. Plaintiff states, the foregoing is precisely the reason for persons presently holding capacity under the Defendant, JOSEPH R. BIDEN Administration mirroring those of co-Defendants WILLIAM J. CLINTON, GEORGE W. BUSH and BARACK HUSSEIN OBAMA.

43.   Plaintiff states that the Defendant, UNITED HEALTHCARE, colluded in and among the inclusive Defendants to realize the inclusive harms herein, and so as to ensure the subversion of Executive Authority under Operation Warp Speed and these United States would be realized, once the Janssen product was removed from the vaccine trial structure under the FDA, informed consent, federally protected as authored on August 14, 1979 (44 FR 47713), and all laws, principles, and subsections therein expressed, (*See* https://www.fda.gov/science-research/clinical-trials-and-human-subject-protection/protection-human-subjects-informed-consent), each and every such consent requires disclosure to potential and affirmed participant, as outlined below.  Plaintiff states distinct harms which have culminated to her sovereign Rights to Life, Liberty and Property has resulted.

    a.   Adequate information to allow for an informed decision about participation in the clinical investigation.

    b.   Facilitating the potential participant's understanding of the information.

    c.   An appropriate amount of time to ask questions and to discuss with family and friends the research protocol and whether you should participate.

    d.   Obtaining the potential participant's voluntary agreement to participate.

    e.   Continuing to provide information as the clinical investigation progresses or as the subject or situation requires.

44.   Plaintiff states, up to and including the period of time in which Executive Authority was transferred between Donald J. Trump and Defendant JOSEPH R. BIDEN, the Trump Administration and HHS Secretary Azar communicated the vaccine as voluntary, in writing and oral communication, the same holds true. Conversely, immediately upon taking office, Defendant, JOSEPH R. BIDEN in the company of Defendant, UNITED HEALTHCARE and the inclusive Defendants, mandated vaccines as a condition of employment, military service and, went so far as to leverage American Rescue Plan Act funding appropriation in a discriminatory manner, itself non-conforming to the Constitution, to lord over the sovereign citizens of these United States. Plaintiff states express harm to her sovereign Rights have resulted, including those not yet known or disclosed, Plaintiff's son, vaccinated every which way but Sunday a requirement to retain employment or be fired. This young man, the very same who was nearly shot in Brooklyn and who worked of his own volition to 3-D print face shields for Langone Hospital, among others, who at the time had communicated no supply of personal protective equipment; a sovereign Christian young man who, at this time, the dormant harms. Plaintiff further claims harm of weighted trauma to herself in prayerful resolve with God, Almighty, as to potential and implications of the foregoing dormant harms, as a mother.

45.   Plaintiff states that the Defendant, UNITED HEALTHCARE, expressly and absolutely voided the Plaintiff's sovereign Rights under Title 18 § 245, disemboweling these federally protected Subsector Rights, with full knowledge of the Microsoft foreign corporate registration which they,

themselves, have so registered as disclosed herein; doing so absent public transparency intent of acting in the interest of the undisclosed foreign nation-state in the subversion of these United States, and the Plaintiff, herself.

46.   Plaintiff states for the benefit of the Honorable Court, in addition to the academic acumen held, as a devout, practicing Christian, she is present in the lens and worldview which holds to loving thy neighbor as self, in every interface and capacity.  Plaintiff was a doula for fifteen years, aided in bringing forth life through the birthing canal as well educating couples in the traditional sense, including individuals of same sex partnerships, of some 600 children, multiples among them.  Plaintiff works diligently to manifest the honest love of humanity and integrity to same the gift of design by God, Almighty, in every facet of matters in her undertaking; by doing so, she is physically present, omission and/or absence of observational events is limited not by her hand but by His, so as to ensure His determined outcome; the demand of forgiveness and resulting obedience for such gift.  In this worldview, Plaintiff has suffered harm at the hands of the Defendant, UNITED HEALTHCARE, having toiled in and among the inclusive Defendants, Jesuits who usurped corporate designation so as to exact societal engineering codified in United States policy, breeding despotism, disdain and divisiveness among God's Creation; absolutely tangible harms, in every way impacting the whole of Plaintiff's breathing life.

## CERTIFICATION

I HEREBY CERTIFY that I filed today, June 18, 2024, the foregoing with the Federal Clerk of the Court for the United Stated District Court, District of New Jersey, which will send notification of such filing to all parties registered for this case, including the Defendant's counsel.

/s/   Mary B. Logan
Mary Basile Logan
*Pro-Se* Plaintiff

cc:  **All Counsel of Record (Via ECF)**