6/17/24, 10:29 AM  UNITED HEALTHCARE SERVICES, INC. :: New York (US) :: OpenCorporates Company Info :: ...

Case 3:24-cv-00040-ZNQ-TJB    Document 81-3    Filed 06/18/24    Page 1 of 2 PageID: 3767

Home > U.S > New York > New York

# UNITED HEALTHCARE SERVICES, INC.

New York Department Of State Business Registration · Updated 4/23/2024

Sponsored Links

**UNITED HEALTHCARE SERVICES, INC.** is a New York Foreign Business Corporation filed on November 26, 1990. The company's filing status is listed as Active and its File Number is **1490696**.

The Registered Agent on file for this company is C T Corporation System and is located at 28 Liberty St., New York, NY 10005. The company's principal address is Unitedhealth Group Center 9900 Bren Road East, Minnetonka, MN 55343 and its mailing address is 28 Liberty Street, New York, NY 10005.

The company has 1 contact on record. The contact is Tarrant Jeffrey Putnam from Minnetonka MN.

👍 Like 33K

## Company Information

| | |
|---|---|
| Company Name: | UNITED HEALTHCARE SERVICES, INC. |
| Entity Type: | NEW YORK FOREIGN BUSINESS CORPORATION |
| File Number: | 1490696 |
| Filing State: | New York (NY) |
| Domestic State: | Minnesota (MN) |
| Filing Status: | Active |
| Filing Date: | November 26, 1990 |
| Company Age: | 33 Years, 7 Months |
| Registered Agent: |  C T Corporation System<br>28 Liberty St.<br>New York, NY 10005 |
| Principal Address: | Unitedhealth Group Center<br>9900 Bren Road East<br>Minnetonka, MN 55343 |
| Mailing Address: | 28 Liberty Street<br>New York, NY 10005 |
| Business Category: | Healthcare |
| Governing Agency: | New York Department of State |

Sponsored Links

## Company Contacts

**TARRANT JEFFREY PUTNAM**
Chief Executive Officer

Tarrant Jeffrey Putnam
9900 Bren Road East
Minnetonka, MN 55343

## Reviews

[Write Review]

There are no reviews yet for this company.

## Questions

[Post Question]

EXHIBIT 3

ADDITIONAL LINKS

Post Question For This Company

Contact Us Regarding Your Company Profile

All Companies Named UNITED HEALTHCARE SERVICES, INC.

Search All New York Companies

Learn About Our Pro Search Subscription Service

*The information on this page is being provided for the purpose of informing the public about a matter of genuine public interest.*

Copyright © 2012-2024 · Bizapedia.com · All rights reserved.   Pro Data ▪ Pro Search ▪ Pro API ▪ Contact Us ▪ Terms of Use ▪ Privacy Policy ▪ Sitemap

Desktop · Server 1

EXHIBIT 3