Mary B. Logan
Plaintiff *Pro-Se*
Post Office Box 5237
Clinton, New Jersey 08809
Email: Trino@trinops.com

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

_____

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*; <br><br> Plaintiff, <br><br> MERRICK GARLAND, in his official capacity Attorney General, Department of Justice; et al. <br><br> Defendants. | **CIVIL DOCKET: 3:24-CV-00040 ZNQ-TJB** |

_____

**PLAINTIFFS' COLLECTIVE OPPOSITION TO DEFENDANTS**
**UNITED HEALTHCARE MEMORANDUM OF LAW AND**
**THE NEW JERSEY STATE DEFENDANTS BRIEF**
**IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

1. On January 4, 2024, Plaintiff filed this lawsuit alleging that Defendants' collective actions, moving as co-conspirators to meet their ends, manifest in events abhorrent to the Constitution and to the inalienable Rights of the Plaintiff each taken under the color of law, depriving her of rights, privileges, and immunities in violation of 42 U.S.C. § 1983, the First and Fourteenth Amendments to the Constitution, and the Equal Protections Clause. Amended Complaint was entered on March 22, 2024 (*See* ECF Doc. 45). Plaintiff restates the inclusive claims as set forth in the amended complaint and supplemental submissions with Exhibits so accompanying, *See* ECF Docs. 45; 45-1; 45-2; 45-3; 45-4; 45-5; 45-6; 45-7; 45-8; 45-9; 45-10; 45-11; 45-12; 45-13; 45-14; 45-15; 45-16; 45-17; 45-18;

1

45-19; 45-20; 45-21; 45-21; 45-22; 56; 46; 46-1; 46-2; 55; 55-1; 55-2; 55-3; 55-4, 55-5, 87, 87-1, 94, 94-1, 94-2, and 94-3. in support of the certified statements of harm herein.

2. On May 2, 2024, Defendant, UNITED HEALTHCARE filed a proposed Request for Additional time to Answer the Amended Complaint. The Defendants comprising THE NEW JERSEY STATE DEFENDANTS filed a proposed Request for Additional time to Answer the Amended pleading on April 16, 2024. Plaintiff did not oppose either of the two requests.

3. Plaintiff entered a Motion for Injunctive Relief in the company of supporting exhibits, *See* ECF Doc. 73, 73-1,-73-2, 73-3, 73-4, 73-5, 73-5, 73-6, 73-7, 73-8, 77, 77-1, 77-2, 77-3, 77-3, 77-4, 77-5; the foregoing being schedule for hearing before the Honorable Court on June 17, 2024.

4. The foregoing Defendants, UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANTS, co-colluded in and among the co-Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA, and ROBERT

JUNGE, hereinafter referred to as "inclusive Defendants" overtly labored to exact a predetermined outcome at the expense of Plaintiffs' sovereign Rights as set forth below, inclusive of harms.

## STATEMENT OF FACTS AND HARMS

5. Plaintiff restates all and inclusive claims represented and authored by her hand, informed by God, Almighty, as set forth inclusive of the supplemental submissions with Exhibits so accompanying, ECF 45; 45-1; 45-2; 45-3; 45-4; 45-5; 45-6; 45-7; 45-8; 45-9; 45-10; 45-11; 45-12; 45-13; 45-14; 45-15; 45-16; 45-17; 45-18; 45-19; 45-20; 45-21; 45-21; 45-22; 56; 46; 46-1; 46-2; 55; 55-1; 55-2; 55-3; 55-4; 55-5; 73; 73-1; 73-2; 73-3; 73-4; 73-5; 73-6; 73-7, 73-8; 77; 77-1;77-2;77-3;77-4;77-5; 87; 87-1, 94, 94-1, 94-2, and 94-3 and the inclusive reply pleadings authored by the Plaintiff in support of the certified statements of harms herein.

6. Plaintiff states that the Defendants, UNITED HEALTHCARE, and the NEW JERSEY STATE DEFENDANTS continue their attack on the Plaintiffs' Rights, up to and including those affirmed under Title 18 § 245(b)(1)(A) of the U.S. Code addressing interference in federal elections by force or threats. Plaintiff states that the subject Defendants' silent consent as to the Judicial miscarriage of jurisprudence, the balance equity aborted, simultaneously having given of their individual consent as to their culpability regarding the harms resulting in the disembowelment of Plaintiffs' sovereign Rights under Title 18 § 245(1)(A) which imposes penalties on whoever "by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from" voting or participating in other election activities. Title 18 § 245 (a)(1) requires the Attorney General, the Deputy Attorney General, the Associate Attorney General, or a specially designated Assistant Attorney General to certify that federal prosecution of a case under Section 245(b)(1)(A) is in the public interest and necessary to secure substantial justice.

7.     Plaintiff reaffirms the content of the subject Amended Complaint, filed March 22 2024, *See* Doc. 45 ("Amended Complaint"). Plaintiff will commence discovery at once. Each of the inclusive Defendants, among them UNITED HEALTHCARE and the NEW JERSY STATE DEFENDANTS who continue to injure Plaintiff through unabated aid and comfort to foreign enterprise and foreign nation-states, absolutely malevolent, while actively working in concert in and among their collective enterprise of criminal miscreants to the detriment of these United States, subversive in every way, with Plaintiff's harms mounting as each concurrent election comes to pass. The foregoing statement highlighted by co-Defendant, JOSEPH R. BIDEN in his recent debate diatribe, to the extent his words were cohesive, when referring to the absence of judicial review for standing to that of merit, of the cases filed in the weeks and months following the 2020 election in further violation of Title 18 § 245 (a)(1) with the Honorable Court knowing of the malevolent actions of subversive conspiracy promulgated against these United States. Plaintiff states as a matter of record, the co-Defendants absolutely acted in cohesive malevolence, a clear and present danger to these United States.

8.     Plaintiff restates that in this pleading and all others before and after, the Defendants are referred to under the collective name "inclusive Defendants," defined as such. Plaintiff took this action in referring to the collective body through abbreviated terms to retain brevity of document footprint. Defense counsel for UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANTS seek, not unlike those of their peer miscreants, to derive some semblance of benefit for their client by inferring their client's innocence in projecting to the Honorable Court the limited reference of specificity as to their clients' name within the scribed amended complaint and opposition replies, telling of their arrogance and posture; however, nothing could be further from the truth. The Defendants, UNITED HEALTHCARE and THE NEW JERSEY STATE DEFENDANTS are

attempting to use the abbreviation to benefit themselves.  Despite Plaintiffs' efforts at brevity in submission length but for the voluminous actions by the criminal syndicate comprising the inclusive Defendants, the facts so attaching intent to destroy these United States, a review of the Court repository contradicts the Defendants' UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANTS' projections.  These Defendants underestimate God's hand as much His omnipresence, the United States are a trust of dominion, His gift, with the Plaintiff brought forward from the shadows by the Defendant's wicked harms directed at her, personally.

9. Plaintiff states as a matter of record, UNITED HEALTHCARE is included in and among the "inclusive Defendants" as a result of their business practices spanning not from yesterday, as they would seek the Honorable Court to believe, but from 1994.  These cumulative decisions, a corporate interview, provide a statement of record based on strategic business decisions, acquisitions, and mergers.  The continuity of repetitive decisions is indicative of an unchanged ethos or corporate identification.  It is within that ethos that Plaintiff's harms were birthed, giving rise to an increasing, unabated number of harms.

10. Defendant, UNITED HEALTHCARE continues its feeble effort at disparaging Plaintiff's response pleadings, which it projects as "a weak attempt to defame and disparage United" (*See* ECF Doc 97).  Plaintiff states as a matter of record, UNITED HEALTHCARE has a foreign corporate registration from 1990 in the company of the inclusive claims presented in Plaintiff's opposition response which absolutely refutes the Defendants' claims; moreover, the facts provided by exhibit corroborate Plaintiffs' fact claims and resulting harms.

11. The Defendant, UNITED HEALTHCARE claims the Plaintiff has presented an "illogical and meritless attack containing dangerous accusations against not only United but several other individuals and entities" (*ibid.* p.2), a redundant projection.  Plaintiff restates that the Defendant,

UNITED HEALTHCARE, portrays a corporate acquisition history derived of autonomous choice, independent and of their own volition. By repeating their projection, similar to a pestilent child desirous of a want versus need be fulfilled, the repetition remains unconvincing, Plaintiff stands resolute steeped in righteousness for the facts made known by God, Almighty. The facts in context of the fraudulent actions associated with The Travelers Company, Grant Verstandig and Dr. Weinstein, sharing direct association with Microsoft, in the company of the corporate decisions of UNITED HEALTHCARE in not one but five (5) incidents of fraudulent and unfair insurance practices a corporate interview of public record; the Plaintiff's harms and claims are situate as a direct consequence to the Defendants' actions.

12.  The corporate acquisition model, an interview of historic record, is made significant to the Honorable Court's consideration when weighed against those matters involving the Plaintiff's harms, referred to in the Supplement to Argument (*See* ECF Doc. 94, p.6, ¶ 14-28). The acquisitional history of UNITED HEALTHCARE, as a foreign corporation, walks into their collusive actions, benefiting financially while now seeking the Honorable Court's consent in dismissing them from ownership of UNITED HEALTHCARE's culpability for the resulting harms. Plaintiff states to the contrary, what is down in the well comes up in the bucket, the weight and magnitude of harms exceed the pestilence of the Defendant.

13.  Plaintiff restates each and every claim presented in ECF Doc. 45 in combination with Doc. 94, each acquisition of UNITED HEALTHCARE an accumulation of their culpability, brazen as their counsel of record who presently opined to this Honorable Court that Plaintiff would interject new allegations as another poorly adopted mechanism of dismissal. To that end, Plaintiff refers to ECF Doc. 45, ¶70 (iv); UNITED HEALTHCARE strategically benefited from its corporate acquisition relationship with Grant Verstandig who reported directly to the Chief Executive Officer having every

knowledge of his former and current capacity as well his retained National Security clearance status. The same holds true of the strategic corporate relationship with DaVita, acquired in June, 2019, referring to ECF Doc. 77, ¶45 (iii), a known history of fraudulent activity, but for corporate greed, such an acquisition would be avoided like the plague, a red letter "D" of historical account.  The challenge which confronts UNITED HEALTHCARE, head-on, is one born of the Plaintiff's worldview, non-negotiable and tethered to God, Almighty, evaluative and analytical at once, the seeds were watered by UNITED HEALTHCARE and its roots have spread into the Plaintiff's yard bearing rancid fruit which eviscerates her sovereign Rights, that is an irrefutable fact born of corporate ethos built on the premise of deception and political capital and, absolutely unacceptable in the eyes of Natural Law and the Constitution.

14.     Plaintiff states, referring to ECF Doc. 45, ¶152, based on the irrefutable facts of and relating to the corporate ethos of UNITED HEALTHCARE, not limited to the National Security Clearance of Grant Verstandig but also derived of corporate greed, the Defendant had knowledge of the proverbial mask of COVID-19 and the events that were forecasted by the inclusive Defendants, hereinafter referred to as the "shakedown" of the United States.  The shakedown would result in fiscal benefit to UNITED HEALTHCARE and thus their corporate consent in the collusion in and among the inclusive Defendants, up to and including the usurpation of Executive Branch authority, a gross violation of the Constitution.  While patients were dying alone in nursing homes, UNITED HEALTHCARE knew and withheld the forecasted scheme, a partner in their murder, no less culpable for their psychological trauma than the opioid overdoses which have resulted from an open border dictated by an individual whose election was manufactured, right down to the software infrastructure; all of which UNITED HEALTHCARE retained to the detriment of the Plaintiff.

15. In furtherance of the foregoing and in keeping with the Health Insurance Portability and Accountability Act Privacy Rule, *See* Doc. 45, Plaintiff states UNITED HEALTHCARE, had every knowledge of the aforementioned shakedown of these United States, knowingly colluding in and among the inclusive Defendants to gain access to the African American and Hispanic communities under precept of emphasizing their minority status as a defined equity vulnerable people group in the company of HHS, the CDC and JUDITH PERSICHILLI.  These statements were then propagated in and among the spreading roots of the inclusive Defendants advancing policy under precept of Civil Rights which grew the administrative arm of government exponentially, the buttressed NGO's and a myriad of social constructs with the aid of George Soros.  These surreptitious health initiatives were absent lawful patient disclosure consents, identical in every way to the Tuskegee experiments and no less abhorrent than those shuttered nursing home patients who died, alone; live human subjects' to a breathing science experiment, eerily similar to those persons asphyxiated at Auschwitz and elsewhere by the Reich, the hand and parallel design of exploitative evil; the inclusive Defendants are cunning but not original thinkers.  Plaintiff attaches the HHS Office for Civil Rights in Action, July 20, 2020, Bulletin, noting that it was retained among the Plaintiff's repository, presently wiped clean of the HHS records storehouse, a redundant fact as the inclusive Defendants attempt to avert culpability for their criminal enterprise in the shakedown; God had other plans in His demand of the Plaintiff.

16. Plaintiff states that the inclusive Defendants, among them UNITED HEALTHCARE usurped Executive Branch authority in a cataclysmic, as much parasitic collusive sequence of acts; commencing with the very public declarations that COVID-19 was a catastrophic health crisis, giving them access in two distinctly sovereign, formerly protected areas:  HIPAA and local election infrastructure access.

   a.  HIPAA:  "Because Congress did not enact privacy legislation, HHS developed a proposed rule and released it for public comment on November 3, 1999…the Department received over 52,000 public comments, published on December 28, 2000…the final modifications were published in final form on August 14, 2002."[1]

   b.  ELECTION INFRASTRUCTURE:  "State and local election officials in thousands of jurisdictions across the country govern and administer America's election process.  These officials work to ensure election security, both individually and collectively, to reduce risks and sustain the integrity of their elections.  Though DHS plays and important role in protecting our election systems, the Constitution charges state and local governments with managing the complex 'system of systems' – a mix of people, processes, and equipment – that make up our National election infrastructure…the department offers voluntary and free assistance to state and local election officials and authorities to support their infrastructure's security"[2] federal assistance must be requested for federal entities to enter into local elections.

  17.  Plaintiff states, the **only** means by which the foregoing sovereign protections could be breached, encroached upon by the inclusive Defendants, was by eviscerating Executive Branch authority and retaining silence to the shakedown of these United States, blackmail of an epic proportion, Plaintiff's harms be damned.  The President of the United States made irrelevant – can the Honorable Court imagine?  Bringing these facts into focus of disclosure, Plaintiff looks to the recent judicial tyranny in New York City; the associated monetary exchange between the colluding co-Defendant ADAM SCHIFF and Juan Merchan's daughter becomes quite clear – the shakedown

---

[1] Department of Health and Human Services, Summary of the Privacy Rule.  Content created by Office for Civil Rights (OCR).  October 19, 2022.  Accessed June 28, 2024.  https://www.hhs.gov/hipaa/for-professionals/privacy/laws-regulations/index.html

[2] Department of Homeland Security. "DHS Election Infrastructure Security Resource Guide" July 10, 2018.  Accessed January 10, 2023.  DHS.gov

continues and Plaintiff's harms mount, unabated.  Calling on Plaintiffs' expertly informed knowledge of public policy, the inclusive Defendants evidenced themselves when, in the company of their encroachment of formerly sovereign protections, immediate legislative, statutory and administrative policy was enacted, a simultaneous movement within governmental bodies; this from a government who but for Operation Warp Speed, could not introduce prescriptive vaccination, the Chief Executive of these United States walked into that gap, and yet, the pestilent inclusive Defendants so too saw to that imposition of their shakedown with Dr. Weinstein (See ECF Doc. 94).  As cunning as the inclusive Defendants, UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANTS believe themselves to be, God ensured that His obedient Createds held an insurance policy in the Plaintiff, a well, appointed with an infinite volume of water, drenched by Him at 7-Presidents' Beach.

    18.    Plaintiff seeks the Honorable Court to bear witness of the evidence to the foregoing statements as the policy changes referenced.

    a.    "Today, the U.S. Department of Health and Human Services' Office for Civil Rights ("OCR") announces that the Notifications of Enforcement Discretion issued under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the Health Information Technology for Economic and Clinical Health ("HITECH") Act during the COVID-19 public health emergency will expire at 11:59 pm on May 11, 2023, due to the expiration of the COVID-19 public health emergency."[3]  As a matter of record, COVID-19 emergency declaration by Proclamation 9994 took place on March 13, 2020, the Defendant, JOSEPH R. BIDEN, a co-conspirator to UNITED HEALTHCARE, retained the state of emergency until May 11, 2023.  HHS retains the "Medicare telehealth flexibilities that people with Medicare, particularly those in rural areas and others who

---

[3] Media@HHS.gov.  "HHS Office for Civil Rights Announces the Expiration of COVID-19 Public Health Emergency HIPAA Notifications of Enforcement Discretion" April 11, 2023.  Accessed June 28, 2024. https://www.hhs.gov/about/news/2023/04/11/hhs-office-for-civil-rights-announces-expiration-covid-19-public-health-emergency-hipaa-notifications-enforcement-discretion.html

struggle to find access to care have come to rely upon throughout the COVID-19 PHE, will remain in place through December, 2024." https://www.hhs.gov/about/news/2023/05/09/fact-sheet-end-of-the-covid-19-public-health-emergency.html.  Plaintiff states, another colluding co-Defendant, ERIC HOLDER in the shakedown, whose wife is the corporate owner of record of Alloy, the primary telehealth company benefiting of contracts during COVID-19, having breached HIPAA protections, specific to OB/GYN patient records. *See*:  //www.washingtonexaminer.com/news/399113/eric-holders-wife-accused-of-major-hipaa-breach-by-her-former-womens-health-practice/  The foregoing facts, corroborate Plaintiff's statements and facts in evidence, *See* ECF Docs. 45 and 94, the resulting harm continues to amass, unabated.  Plaintiff further states that the expiration of the HHS telehealth flexibilities run concurrent with the end of that of the unlawfully seated Defendant, JOSEPH R. BIDEN's term, the very same design echoed from the Troubled Asset Relief Program ("TARP"); the echo of the co-Defendant, BARACK HUSSEIN OBAMA's hand in the shakedown unmistakable.

      b.      "In the lead up to and the aftermath of the 2020 general election, public officials, and private individuals whose jobs involved administering elections or supporting those who administer elections became the subject of threatening communication and conspiracy theories.  Election facilities, including government offices and tabulation centers, became the focus of protests or other activity…voting sites can be soft targets due to their open-access and limited security barriers, and Election Day workers are mostly temporary workers."[4]

      19.      Plaintiff states, as to the NEW JERSEY STATE DEFENDANT's claims of sovereign immunity, these Defendants were the central conduit of the National Association of Secretaries of State keynote speaker who in 2020, overviewed their psychological operation, herein the shakedown of the United States, inclusive of the Russian interference, all the while Defendant, MATTHEW

---

[4] DHS. "Election Infrastructure Subsector-Specific Plan: 2022 Status Update.  Accessed January 10, 2023.  Dhs.gov.

PLATKIN, sitting with Senator Booker as the Chief Executive of the United States, the President, Donald J. Trump was being impeached, literally televised at the conference held in Washington, D.C. (*See* ECF Docs. 70, ¶'s 70(b)(iv),(v), (viii), ¶158; Doc. 45-22 – Transcript of presentation, and Doc. 77).  The provocateur strawman, similar to Dr. Weinstein, Mr. Watts would be moved around thereafter in avocation, both ultimately landing to the conduit of election fraud, abetted by the inclusive Defendants, UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANTS among them; the conduit being Microsoft.  Plaintiff's ongoing, unlawful, unconstitutional pecuniary harms which has resulted includes the election stolen from her by the inclusive Defendants, just as they did to the Chief Executive of these United States, Donald J. Trump.  These claims are not about politics, they are above brazen fraud so as to manifest a larger more insidious scheme of defrauding these United States.  UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANTS are so invested in the scheme that they actually believe their own naked assertions, repeating them over and over in an attempt to convince everyone and anyone else, again like a pestilent child.

20.     The ongoing pecuniary harms caused by the violations of federal law in and among the protected subsector of federal elections, subject of Plaintiff's Motion for Injunctive Relief and herein, are presently and have been since the policy of HAVA, augmented for New Jersey who refuses to conform to the law, a knowing hand, is and remains a pecuniary injury in fact.  As evidenced above, the one and only sovereign protection held was that the federal government had to be requested in order to enter into local elections, facilitated by the Chief Election Officer, TAHESHA WAY in this case.  Through the evidenced-based presentation of facts, the Honorable Court, can easily discern the exact, traceable elements of the shakedown brought about, born of and coordinating by the abhorrent, criminal enterprise partnership consisting of the inclusive Defendants, among them UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANTS; seditious conspiracy and treasonous

in every way, the facts are insurmountable for the inclusive Defendants to waive off by projection of typographically illogical statements to the contrary (*See* ECF, Doc. 74-1).

21.     The Defendant UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANTS' preposterous claims given the irrefutable facts would seek for the Honorable Court's consent to dismiss their culpability, with prejudice.  Citing Plaintiff's Civil Rights, her sovereign Right to exercise Life, Liberty and the Pursuit of Happiness, her Rights under 42 U.S.C. § 1983, the First and Fourteenth Amendments to the Constitution, and the Equal Protections Clause, Title 18 § 245 (b)(1)(A); (a)(1); (b)(1)(A), and (b)(4), UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANT's pontification of "fairly traceable" or otherwise indiscernible injury is laudable and meritless.

22.     Plaintiff, not unlike the parallel journey of the Chief Executive of these United States, witnessed the treacherous shakedown, having a front row seat in Lebanon, New Jersey where the Mayor and appointed Deputy Clerk, Defendants JAMES PITTINGER and LISA SELLA, manifested the very same actions promulgated upon the sitting President of these United States.  The foregoing evidenced in and among Council minutes, election records and now the Honorable Court's repository. Plaintiff's harms extending to her oath of office, stolen through bribery by the co-colluding inclusive Defendants, the NEW JERSEY STATE DEFENDANTS, in particular.  To that end, Plaintiff reminds the Honorable Court, following the 2023 election, Plaintiff entered an official complaint with the Municipal attorney, the County Prosecutors' office and the Attorney General's office, following the hierarchal policy to the letter.

23.     Plaintiff states regarding the Hunterdon County Prosecutor's office directive to enter a complaint with the office of the New Jersey Attorney General, MATTHEW PLATKIN, following the directive of the Prosecutors' office to the letter, resulted in absolutely no action, whatsoever, no

acknowledgement, nothing.  The foregoing echoes nearly all other election fraud related events in New Jersey with the Attorney General proving inept in his obligation to the People, in two parallel election fraud investigations in New Jersey (*See*: https://www.northjersey.com/story/news/paterson-press/2024/06/24/paterson-election-fraud-case-drags-on-councilman-michael-jackson/74197119007/).  The charges were filed by the Defendant, MATTHEW PLATKIN in 2020 and, after an inordinate number of deliberate slow walking, including the absence of progress in the Attorney General's office review of discovery records, an outward display of disorganization and absence of leadership, in 2024, the charges are scheduled for judicial hearing.  The foregoing actions combine with his knowledge and collusive history of direct involvement in the shakedown, up to and including his leave of absence to assist Senator Booker with Impeachment proceedings of the sitting Chief Executive of these United States, Donald J. Trump, Plaintiff's harms mounting and she will slow walk nothing, ensuring Justice be served.

    24. Citing the ongoing and increasing encroachments to the Plaintiff's sovereign Rights, including those incorporated herein, subject of the amended complaint, Plaintiff seeks for the Honorable Court to know due to the inherent nature of pecuniary harms suffered by the Plaintiff which are absolutely ongoing, UNITED HEALTHCARE and THE NEW JERSEY STATE DEFENDANTS, are central actors in the shakedown of these United States.  Plaintiff states that the brazen, egregious and injurious behavior attribute directly to UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANTS is, by definition, seditious conspiracy; effectuated in the company of the inclusive Defendants conspired to overthrow the United States, commencing with the evisceration of the powers vested in the Executive Branch as herein stated as well in ECF Doc. 45, in absolute conflict of Title 18 U.S.C. § 2384, treasonous without question.  The facts provide that UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANTS were directly involved in

and engaged with "…a larger, more comprehensive plan, " United States v. Krezdorn, 639 F.2d 1327, 1331 (5th Cir. 1981), known as Rule 404(b), evolved into the irrefutable injuries in fact to the Plaintiff's Civil Rights herein stated, and if permitted by the Honorable Court to be dismissed will result in removal of her Civil Rights as well those private Rights, those between herself and the Creator, God.  Plaintiff states these are paramount pecuniary injuries, defined in every facet of her life, personal, civic and business; well reflected in her business name, Trino, Italian for Triune; Father, Son and Holy Ghost.

25.    Plaintiff states that the NEW JERSEY STATE DEFENDANTS attempt to insert *DeGrazia,* 316 F. App'x at 172 (affirming dismissal where plaintiff alleged, he was 'the victim of a government-run, Nazi-designed genetic experiment which caused his body to combine with reptile DNA') is ludicrous.  Plaintiff reminds the Honorable Court of the fundamental facts, these Defendants killed their own citizens, depraved heart murder.  Retaining absolutely no fiscal records on nursing homes, (*See* ECF, Doc. 45 ¶124-134), thereafter, they allowed a human trafficking organization, SentosaCare, to take ownership/management of the same facility and they sat back while muted, handicapped citizens were then raped and abused, all facts quite traceable, entered into the Honorable Court repository (*See* ECF, Doc. 45-19).  The foregoing evidenced facts are described by the NEW JERSEY STATE DEFENDANTS in their brief as "fantastic' scenarios and wild conspiracy theories'" the same words repeated as if in an echo chamber of their own minds; Plaintiff states, repeating the same statements does not make it so, it does however prove a practiced hand, ones which eviscerated the Constitution, Executive authority, Plaintiff's Civil Rights, the federally protected elections under Title 18 § 245, since 2002 and Executive Order 13848, these in addition to allowing the rape and murder of their own citizens while dismissing disclosure of any of the facts to protect other sovereign citizens, including the Plaintiff.

26. Of the inclusive Defendants, CHRISTOPHER J. CHRISTIE is one of the most abhorrent. Emersed fully in the shakedown of the United States as a central player, he made several appearances on national television, a car salesman in a cheap suit, promoting mandated vaccination on behalf of his co-conspirator, Defendant JOSEPH R. BIDEN. Yet withholding the knowledge that New Jersey Nursing home facilities and, specifically Wanaque residents were in grave danger. Thereafter having the nerve to contact the Plaintiff's husband on no less than two occasions for HVACR service at his commercial office, knowing full well that the Plaintiff does not play in the sandbox and would never back down from the truth nor be threatened, pressured or any other roadhouse mechanism of practice. The Defendant should know that while we run a family business, we are not acquainted with his "family," the next step is a restraining order Mr. Christie.

27. Plaintiff states that UNITED HEALTHCARE evidenced their intent and knowledge of the comprehensive conspiratorial plan, going so far as to protect itself, divesting of its United States corporate registration, residing principally in Brazil, Chile, Colombia and Peru as well as 130 other Counties under UnitedHealthcare Global, selling its Brazil operation in 2024, financial benefit having been affirmed born of the shakedown; a coup conspiracy against these United States and the Executive Branch inclusive of its seated Chief Executive, Donald J. Trump.

28. Plaintiff states, the longevity of egregious business practices by UNITED HEALTHCARE is irrefutable up to and including the period of COVID-19, when in October, 2021, while acting toiling in the deprivation of these United States, the inclusive Defendants fostered distrust of government, projecting statements of conspiracy theory, knowingly manifesting an internal vulnerability in the social substratum of the United States all the while benefiting financially from these exploitive practices at the expense of human health; in order to effectuate these actions UNITED

HEALTHCARE was found to be over-billing for Medicare patients, accused of fraud by the U.S. government with a serial history of over-billing.[5]

29.  Plaintiff states that the Defendants, UNITED HEALTHCARE, and the NEW JERSEY STATE DEFENDANTS, in the company of the inclusive Defendants, established a treasonous assemblage.  The assemblage permitted the foregoing usurpations, absent advocacy or vocal oration to the contrary, their interview history of established decisions, of their own volition, discloses their culpability.  The foregoing permeation of harm continuing with UNITED HEALTHCARE and the NEW JERSEY STATE DEFENDANTS as central actors at the prosecution's table, as though they themselves were present, while the Defendant, JOSEPH R. BIDEN holds Court by unconstitutional fiat of control over a Soros designed Judicial menu selection of Jurists, including Alvin Bragg, LETITIA JAMES, Juan Merchan, J.D., Lewis Kaplan, J.D., and Arthur Engoron, J.D., etc., actions causational in irrefutable harms to the Plaintiff's Rights, unalienable, Title 18 § 245 and Executive Order 13848.  If the Honorable Court were to grant the Defendant's motion for dismissal with prejudice, justice will resonate in the echo chamber of history in the company of those harms presented in ECF Doc. 45, resulting in the continued foreign permeation into sovereign elections, in conflict with Title 18 § 245.  Plaintiff neither yields nor stands down to the Defendants.  This land, held as trust, gifted for the freedoms for which our forefathers sacrificed EVERYTHING, mine as yours with two degrees of separation their common bond the promise held in the hallowed words..."We hold these truths to be self-evident, that all men are created equal…prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that Mankind are more disposed to suffer, while evils are

---

[5] Schulte, Fred, Hacker, Holly. Hidden Audits Reveal Millions in Overcharges by Medicare Advantage Plans. November 21, 2022.  Accessed June 28, 2024. https://www.npr.org/sections/health-shots/2022/11/21/1137500875/audit-medicare-advantage-overcharged-medicare

sufferable, than to right themselves by abolishing the forms to which they are accustomed."[6] For these reasons, Plaintiff prays God's grace over the Honorable Court; His gift to the world an unrivaled exchange that good may reign in the heart, minds and souls, walking among while serving and being served, equal all as endowed by their Creator, God with Rights unalienable, these qualities and characters supplant and sustains the finest Nation on this earth, the United States not the will of tyrants who would folly in her demise. Long may she reign in His company, free.

---

[6] The Declaration of Independence. July 4, 1776.

**CERTIFICATION OF SERVICE**

Plaintiff, MARY BASILE LOGAN, hereby certifies that on this June 29, 2024, I electronically filed the foregoing Plaintiff's Opposition to Defendants' Motion to Dismiss and subsequent Memorandum of Law as to Plaintiff's Amended Complaint filed with the Clerk's office of the U.S. District Court for the District of New Jersey using the Electronic Case Filing ("ECF"), to be served upon the Defendants, UNITED HEALTHCARE and THE NEW JERSEY STATE DEFENDANTS, same being notice of electronic filing.

Dated June 29, 2024

                                                                     Respectfully submitted,

                                                                     /s/Mary B. Logan
                                                                     Mary Basile Logan
                                                                     Plaintiff (*Pro Se*)

cc:      All Counsel of Record (***Via ECF)***