UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*,<br><br>*Plaintiff*,<br><br>-v-<br><br>MERRITT GARLAND, et al.<br><br>*Defendants*. | Civil Action No. 24-00040 (ZNQ)(TJB)<br><br>**NOTICE OF APPEARANCE**<br><br>*Document Electronically Filed* |

**PLEASE TAKE NOTICE** that Gregory E. Reid, Esq., of Sills Cummis & Gross P.C., hereby enters an appearance on behalf of: (1) Defendant Democratic National Committee, and (2) Defendant Debbie Wasserman Schultz, in her personal capacity as the former Chair of the Democratic National Committee, and requests that copies of all papers in this action be served upon the undersigned.

    *s/ Gregory E. Reid*
Gregory E. Reid, Esq.
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-4411
greid@sillscummis.com

*Attorneys for Defendants,*
*Democratic National Committee and*
*Debbie Wasserman Schultz, in her personal capacity as the former Chair of the Democratic National Committee*

DATED:     August 1, 2024