Mary Basile Logan
Post Office Box 5270
Clinton, New Jersey 08809
Email: Trino@trinops.com

August 2, 2024

**_Sent Via ECF_**
Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court
Clarkson S. Fisher Building and
  United States Courthouse
402 East State Street
Trenton, New Jersey 08608

RE:   LOGAN v. GARLAND, et al.
          Index No.:  3:24-cv-00040 ZNQ TJB

Dear Honorable Quraishi:

I am the _pro-se_ Plaintiff in the above-captioned matter.  On June 17, 2024, Plaintiff submitted request of the Honorable Court for an extension of time in which to serve by mail the inclusive Defendants, same being consented with an extension through August 2, 2024.  The Defendants served by process server, reflected in correspondence of  June 6, 2024, via ECF, Plaintiff submitted to the Honorable Court Affidavits of service in this matter, _See_ ECF 88.

Plaintiff continues in the diligent attempt to complete service upon the Defendants with extraordinary difficulty in several cases.  To that end, Plaintiff has sought the assistance of process server referral in securing skip traces on the following Defendant parties:

1.  Elizabeth "Liz" Cheney.  Attempted service, twice.  Viable address declined without a physical office.  No known address.  **Retained Spartan Detective Agency, July 1, 2024, Skip trace confirmed, no known address**.  Collegiate office, not a physical mailing address.

2.  John Kerry.  Attempted service, twice.  Viable office address declined.  No known address.  **USPS, Certified Mail, RR confirmed, Affidavit pending**.

3.  Robert Mueller.  Attempted service, twice.  Viable office address declined.  No known address.  **Skip trace confirmed July 1, 2024, no known address.**

4.  James B. Comey.  Attempted service, twice.  No known address, previous skip trace unsuccessful.  No known address.  **Retained Spartan Detective Agency, July 1, 2024, Skip trace confirmed, address provided, not belonging to Defendant.**

5.  Loretta Lynch.  Attempted service, twice.  No known address.  **Retained Spartan Detective Agency, July 1, 2024, Skip trace confirmed, no known address**.

6.  James Baker.  Attempted service, twice.  Office has been closed, permanently with new occupants.  No known address, Affidavit pending.  **SKIP TRACE ORDERED**.

7.  Eric Holder.  Attempted service, twice.  Requires viable office address.  No known address.  **Retained Spartan Detective Agency, July 1, 2024, Skip trace confirmed, no known address**.

8.  John Ashcroft.  Attempted service, twice.  Office address viability requirement.  No known address.  **Retained Spartan Detective Agency, July 1, 2024, Skip trace confirmed.  Legal office provided, office closed.**

9.  Susan Rice.  Attempted service, twice.  Resigned previous role.  Skip trace to confirm viable new office address, otherwise no known address.  **Retained Spartan Detective Agency, July 1, 2024, Skip trace confirmed, no known address**.

In accordance with Fed. R. Civ. P. 4(m), Plaintiff served the following Defendant parties by United States Postal Service, Certified, Return Receipt, with the outgoing receipt attached hereto, pending Affidavit preparation confirming receipt, noting those refused.

10. Andrew Cuomo.  Served June 24, 2024, Counsel of Record, USPS, Certified mail, RR. Affidavit pending.

11. George W. Bush.  Served June 24, 2024, USPS, Certified mail, RR.  Affidavit pending.

12. Huma Abedin.  Served June 22, 2024, USPS, Certified mail, RR.  Affidavit pending.

13. Hillary R. Clinton.  Served UNDATED, USPS, Certified mail, RR.  Affidavit pending.

14. Joseph R. Biden.  Served UNDATED, USPS, Certified mail, RR.  Affidavit pending.

15. Adam Schiff.  Served UNDATED, USPS, Certified mail, RR.  Affidavit pending.

16. Charles Schumer.  Served June 26, 2024, USPS, Certified mail, RR.  Affidavit pending.

17. Lloyd Austin.  Served June 25, 2024, USPS, Certified mail, RR.  Affidavit pending.

18. Robert Califf.  Served UNDATED, USPS, Certified mail, RR.  Affidavit pending.

19. Tom Kean, Sr.  Served UNDATED, USPS, Certified mail, RR.  Affidavit pending.

20. Jaime Gorlick.  Served June 24, 2024, USPS, UNSIGNED, Certified mail, RR.  Affidavit pending.

21. William J. Clinton.  Served UNDATED, USPS, Certified mail, RR.  Affidavit pending.

22. Merrick Garland.  Served June 24, 2024, USPS, Certified mail, RR.  Affidavit pending.

23. Xavier Becarra.  Served June 26, 2024, USPS, Certified mail, RR.  Affidavit pending.

24. Christopher Wray.  Attempted delivery, refused. USPS, Certified mail, RR.  Affidavit pending.

25. Rod Rosenstein.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  Affidavit pending.

26. Denis R. McDonough.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  Affidavit pending.

27. Marcia L. Fudge.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  Affidavit pending.

28. Bill Nelson.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  Affidavit pending.

29. Debbie Wasserman Schultz.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  Affidavit pending.

30. Alejandro Mayorkas.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  Affidavit pending.

31. Janet Yellen.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  Affidavit pending.

32. Barack Hussein Obama.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  Affidavit pending.

33. Nancy Pelosi.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  Affidavit pending.

34. William J. Burns.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  Affidavit pending.

Citing the ongoing complications in securing service upon the Defendants, by way of this communication, Plaintiff respectfully requests additional time from the Honorable Court to effectuate same.  At the time of this writing, Plaintiff has made request of contracted third-party for additional skip trade, James Baker, and is moving through diligence in open-source confirmation of those parties for which the third-party contractor could not locate.  Plaintiff confirms the necessity of seven (7) Defendants requiring private detective to locate a physical address; James B. Comey; Liz Cheney; Robert Mueller; Loretta Lynch; Eric Holder; John

Ashcroft; and Susan Rice – the private detective service has been secured and following Plaintiff due diligence in final open-source search, same will commence on August 5, 2024.

In accordance with Federal Civil Rules of Procedure, citing those pending and outstanding service by USPS and private detective service, additional time will be necessary to effectuate service.  Plaintiff respectfully requests the Honorable Court's understanding, secure in the knowledge that every diligent attempt continues to be made with viability of Defendant addresses a consistent impeding factor of meeting that obligation.  Plaintiff notes that the Defendants' contact information disclosed on professional CV, internet sites including LinkedIn are not viable and have been exhausted in previous delivery attempts.  Plaintiff understands that requests for extension of time to serve is a fairly routine matter.

Should the Honorable Court require additional information to complete their evaluation of this request, please advise, Plaintiff will respond immediately.  Thanking you, in advance.

Sincerely,

/s/ Mary B. Logan
Plaintiff, *Pro Se*

Cc:  Counsel of Record (***Sent Via ECF***)