

**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: **(877) SDA-2009** {877-732-2009}
Fax: (888) 224-4405  Tax ID 22-1927841
www.SpartanPl.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!



# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240619112549 |
| FEE: | $0.00 |
| SALES TAX: | $0.00 |
| AMOUNT DUE: | $0.00 |
| DUE DATE: | 7/31/2024 |

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$0.00**   INVOICE#: **20240619112549**   INVOICE DATE: **7/1/2024**
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
DEFENDANT: MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
DOCKET#: 3 24 CV 00040 ZNQ TJB     CLAIM#:
CONDUCTED UPON: SUSAN RICE
INVESTIGATION CONDUCTED: SKIP TRACE
INVESTIGATION DATE:       COURT DATE:
ADDRESS: WHITE HOUSE 1600 PENNSYLVANIA AVENUE WASHINGTON DC 20500

PAYMENT SENT ON:  |__|__|/|__|__|/|__|__|    [ ] CHECK
                                              [ ] VISA
AMOUNT PAID:      |__|__|,|__|__|__|.|__|__|  [ ] MASTERCARD
                                              [ ] DISCOVER
                                              [ ] AMERICAN EXPRESS

CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240619112549
AMOUNT DUE: $0.00
DUE DATE: 7/31/2024

For the fastest resolution to your billing inquiry, email us at:
Billing@SpartanPI.com

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

SPARTAN DETECTIVE AGENCY, INC.
www.SpartanPI.com
P.O. BOX 1414
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

20240619112549



**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: (877) SDA-2009 {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPI.com

20240619112549

# Confidential Report
# 20240619112549

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

Regarding:   SKIP TRACE
On:          SUSAN RICE
Date:        07/01/2024

Attn:    MARY B. LOGAN, PRO SE
Phone:   9082468466
Fax:     8882372671
E-mail:  TRINO@TRINOPS.COM

As per your request, a SKIP TRACE

On      SUSAN RICE
        WHITE HOUSE 1600 PENNSYLVANIA AVENUE
        WASHINGTON DC 20500

was diligently conducted.

Docket/File#:  3 24 CV 00040 ZNQ TJB
Venue:         DISTRICT
Claim#:
Plaintiff:     MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
Defendant:     MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL

We have located this data with the information previously provided by you. Our findings are indicated below:
**WE WERE UNABLE TO LOCATE A CURRENT ADDRESS.**
**THERE ARE NUMEROUS INDIVIDUALS WITH THIS NAME.**

**THE ENTITY IS UNKNOWN AT THE GIVEN ADDRESS.**

**WE NEED MORE INFORMATION (SSN, DOB, PRIOR ADDRESS....) TO FURTHER INVESTIGATE.**

THE DATA CONTAINED IN THIS REPORT HAS BEEN OBTAINED BY APPLYING THE SUBJECT'S NAME AND/OR SOCIAL SECURITY NUMBER FOR VERIFICATION. ALL SUBJECT INFORMATION HAS BEEN PROVIDED BY THE CLIENT PREVIOUS TO THIS SEARCH. IF THIS IS A BANK SEARCH PLEASE NOTE THAT THIS SUBJECT MAY HAVE OTHER BANK ACCOUNTS WITH OTHER BANKS, WHICH DID NOT COME UP ON THIS SEARCH. ALL OF THE ABOVE DATA IS FURNISHED IN RESPONSE TO AN INQUIRY AND HAS BEEN OBTAINED FROM SOURCES DEEMED RELIABLE, THE ACCURACY OF WHICH THIS ORGANIZATION DOES NOT GUARANTEE. THE INQUIRER IS TO BE PERSONALLY RESPONSIBLE FOR ANY MISUSE OF THE ABOVE INFORMATION.
**SHOULD YOU HAVE ANY QUESTIONS PLEASE DO NOT HESITATE TO CONTACT US!**



20240411111146

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

YOUR PROCESS **20240411111146** Was

**NOT SERVED!**

NOT Served Date/Time: 4/23/2024

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351**

| | |
|---|---|
| NOT Served Upon: | SUSAN RICE |
| At BUSINESS : | WHITE HOUSE 1600 PENNSYLVANIA AVENUE WASHINGTON DC 20500 |
| In the Case/Docket: | 3 24 CV 00040 ZNQ TJB   Claim: |
| Plaintiff: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE |
| Defendant: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL |
| Attorney: | MARY B. LOGAN, PRO SE  Phone: 9082468465  Fax: 8882372671  Email: TRINO@TRINOPS.COM |
| Firm: | MARY B. LOGAN, PRO SE TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809 |

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[X] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ____

_____     __/__/____
AUTHORIZING SIGNATURE              DATE

Sales Tax of 6.625% Applies

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY** OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

result in being refused entry by security. Service is not possible in person at this address.

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***