**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: **(877) SDA-2009** {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPI.com




YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!

# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| INVOICE #: | 20240619112447 |
|---|---|
| FEE: | $0.00 |
| SALES TAX: | $0.00 |
| AMOUNT DUE: | $0.00 |
| DUE DATE: | 7/31/2024 |

WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$0.00**
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
INVOICE#: **20240619112447**
INVOICE DATE: **7/1/2024**
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
DEFENDANT: MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
DOCKET#: 3 24 CV 00040 ZNQ TJB    CLAIM#:
CONDUCTED UPON: ROBERT MUELLER, III
INVESTIGATION CONDUCTED: SKIP TRACE
INVESTIGATION DATE:    COURT DATE:
ADDRESS: WILMERHALE 21000 PENNSYLVANIA AVENUE WASHINGTON DC 20037

PAYMENT SENT ON: |__|__|/|__|__|/|__|__|

AMOUNT PAID: |__|__|,|__|__|__|.|__|__|

[ ] CHECK
[ ] VISA
[ ] MASTERCARD
[ ] DISCOVER
[ ] AMERICAN EXPRESS

CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240619112447
AMOUNT DUE: $0.00
DUE DATE: 7/31/2024

For the fastest resolution to your billing inquiry, email us at:
**Billing@SpartanPI.com**

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

SPARTAN DETECTIVE AGENCY, INC.
www.SpartanPI.com
P.O. BOX 1414
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

20240619112447

20240619112447



Spartan Detective Agency, Inc.
P.O. Box 1414 - Union, New Jersey 07083
Phone: (877) SDA-2009 {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPI.com



# Confidential Report
# 20240619112447

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

Regarding: SKIP TRACE
On: ROBERT MUELLER, III
Date: 07/01/2024

Attn: MARY B. LOGAN, PRO SE
Phone: 9082468466
Fax: 8882372671
E-mail: TRINO@TRINOPS.COM

---

As per your request, a SKIP TRACE

On      ROBERT MUELLER, III
        WILMERHALE 21000 PENNSYLVANIA AVENUE
        WASHINGTON DC 20037

was diligently conducted.

Docket/File#: 3 24 CV 00040 ZNQ TJB
Venue: DISTRICT
Claim#:
Plaintiff: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
Defendant: MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL

We have located this data with the information previously provided by you. Our findings are indicated below:
WE WERE UNABLE TO LOCATE A CURRENT ADDRESS.
THERE ARE NUMEROUS INDIVIDUALS WITH THIS NAME.

THE ENTITY IS UNKNOWN AT THE GIVEN ADDRESS.

WE NEED MORE INFORMATION (SSN, DOB, PRIOR ADDRESS....) TO FURTHER INVESTIGATE.

---

THE DATA CONTAINED IN THIS REPORT HAS BEEN OBTAINED BY APPLYING THE SUBJECT'S NAME AND/OR SOCIAL SECURITY NUMBER FOR VERIFICATION. ALL SUBJECT INFORMATION HAS BEEN PROVIDED BY THE CLIENT PREVIOUS TO THIS SEARCH. IF THIS IS A BANK SEARCH PLEASE NOTE THAT THIS SUBJECT MAY HAVE OTHER BANK ACCOUNTS WITH OTHER BANKS, WHICH DID NOT COME UP ON THIS SEARCH. ALL OF THE ABOVE DATA IS FURNISHED IN RESPONSE TO AN INQUIRY AND HAS BEEN OBTAINED FROM SOURCES DEEMED RELIABLE, THE ACCURACY OF WHICH THIS ORGANIZATION DOES NOT GUARANTEE. THE INQUIRER IS TO BE PERSONALLY RESPONSIBLE FOR ANY MISUSE OF THE ABOVE INFORMATION.
SHOULD YOU HAVE ANY QUESTIONS PLEASE DO NOT HESITATE TO CONTACT US!

## Return of Non-Service

### UNITED STATES DISTRICT COURT
### District of New Jersey

MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
   Plaintiff

Case Number: 3 24 CV 00040 ZNQ TJB

vs.

MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
   Defendant

On behalf of:
MARY B. LOGAN, PRO SE

Received by Guaranteed Subpoena Service, Inc. to be served on ROBERT MUELLER, III at WILMERHALE 21000 PENNSYLVANIA AVENUE, WASHINGTON, DC 20037.

I, Pablo Rada, being duly sworn, depose and say that on April 17, 2024 at or about 12:00 PM I was not able to serve SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLAINT, CERTIFICATION, EXHIBITS for the reasons detailed below.

Previous service attempts including on or about January 17, 2024 at 4:14PM Attempted service at WILMERHALE, 21000 PENNSYLVANIA AVENUE, WASHINGTON, DC 20037 resulted in an attorney stating that Robert Mueller, III is retired and no longer working at the aforementioned address.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  4/18/2024
Paolo Rada                 Date
Guaranteed Subpoena Service, Inc.
2009 Morris Ave, Ste 101
Union, NJ 07083
(800) 672-1952

Our Job Number: 2024-122904
Reference: 20240411105802

