

**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: **(877) SDA-2009** {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPl.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!



# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240619112830
FEE: $75.00
SALES TAX: $4.96
AMOUNT DUE: $79.96
DUE DATE: 7/31/2024

WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$79.96**
ATTORNEY:
FIRM:
PLAINTIFF:
DEFENDANT:
DOCKET#:
CONDUCTED UPON:
INVESTIGATION CONDUCTED: SKIP TRACE
INVESTIGATION DATE: **7/1/2024**
ADDRESS:

INVOICE#: **20240619112830**
MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
NA
NA
NA
JAMES BRIEN COMEY

7845 WESTMONT LN. MCLEAN VA 22102

INVOICE DATE: **7/1/2024**

CLAIM#:

COURT DATE:

PAYMENT SENT ON:   |__|__|/|__|__|/|__|__|

AMOUNT PAID:   |__|__|,|__|__|__|.|__|__|

[ ] CHECK
[ ] VISA
[ ] MASTERCARD
[ ] DISCOVER
[ ] AMERICAN EXPRESS

CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|

**PAID**
SPARTAN DETECTIVE AGENCY
1009 Morris Ave, Union, NJ 07083

---

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

For the fastest resolution to your billing inquiry, email us at:
Billing@SpartanPl.com

SPARTAN DETECTIVE AGENCY, INC.
www.SpartanPl.com
P.O. BOX 1414
UNION, NJ 07083

INVOICE #: 20240619112830
AMOUNT DUE: $79.96
DUE DATE: 7/31/2024

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

20240619112830

20240619112830

**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: (877) SDA-2009 {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPI.com



# Confidential Report
# 20240619112830

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

Regarding: SKIP TRACE
On: JAMES BRIEN COMEY
Date: 07/01/2024

Attn:   MARY B. LOGAN, PRO SE
Phone:  9082468466
Fax:    8882372671
E-mail: TRINO@TRINOPS.COM

---

As per your request, a SKIP TRACE

On   JAMES BRIEN COMEY
     7845 WESTMONT LN.
     MCLEAN VA 22102

was diligently conducted.

Docket/File#:  NA
Venue:         NA
Claim#:
Plaintiff:    NA
Defendant:    NA

*[handwritten: Not viable / relative of Defendant]*

We have located this data with the information previously provided by you. Our findings are indicated below:
BRIEN JAMES COMEY JR
3812 COLUMBIA PIKE, APT. 10
ARLINGTON, VA 22204

SSN: 225-71-xxxx
DOB: 04/12/[redacted]

ALTERNATE ADDRESS:
1148 SOUTH THOMAS STREET, APT. 22
ARLINGTON, VA 22204

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SPARTAN DETECTIVE AGENCY HAS COMPLETED YOUR SEARCH.
IF YOU WOULD LIKE SERVICE AT THE NEW ADDRESS PROVIDED,
THEN PLEASE DATE, SIGN AND FAX THIS PAGE
(ALONG WITH ANY REVISED DOCUMENTS) AS YOUR AUTHORIZATION TO
GUARANTEED SUBPOENA SERVICE (FAX: 908 688-0885).
THANK YOU.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE BE ADVISED IF ADDRESS IS NOT UTILIZED WITHIN 30 DAYS OF THIS DATE NO REFUND WILL BE ISSUED. IF YOU DO NOT CONTACT SPARTAN WITHIN 60 DAYS UPON COMPLETION OF THE REPORT NO REFUND WILL BE GIVEN. THANK YOU.

THE DATA CONTAINED IN THIS REPORT HAS BEEN OBTAINED BY APPLYING THE SUBJECT'S NAME AND/OR SOCIAL SECURITY NUMBER FOR VERIFICATION. ALL SUBJECT INFORMATION HAS BEEN PROVIDED BY THE CLIENT PREVIOUS TO THIS SEARCH. IF THIS IS A BANK SEARCH PLEASE NOTE THAT THIS SUBJECT MAY HAVE OTHER BANK ACCOUNTS WITH OTHER BANKS, WHICH DID NOT COME UP ON THIS SEARCH. ALL OF THE ABOVE DATA IS FURNISHED IN RESPONSE TO AN INQUIRY AND HAS BEEN OBTAINED FROM SOURCES DEEMED RELIABLE, THE ACCURACY OF WHICH THIS ORGANIZATION DOES NOT GUARANTEE. THE INQUIRER IS TO BE PERSONALLY RESPONSIBLE FOR ANY MISUSE OF THE ABOVE INFORMATION.

**SHOULD YOU HAVE ANY QUESTIONS PLEASE DO NOT HESITATE TO CONTACT US!**

SPARTAN REPORT

July 1, 2024

# BRIEN JAMES COMEY JR
**SSN:** 225-71-xxxx
**DOB:** 04/12/████ (30)

Addresses:
3812 COLUMBIA PIKE APT 10, ARLINGTON, VA, 22204 (ARLINGTON) (05/01/2022-Current)
1148 S THOMAS ST APT 22, ARLINGTON, VA, 22204 (ARLINGTON) (09/01/2021-04/27/2024)