**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!

  

# INVOICE

| | |
|---|---|
| INVOICE #: | 20240411104555 |
| AMOUNT DUE: | $189.05 |
| DUE DATE: | 7/27/2024 |

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | |
|---|---|---|
| AMOUNT DUE: **$189.05** | INVOICE#: **20240411104555** | INVOICE DATE: **6/27/2024** |
| ATTORNEY: | MARY B. LOGAN, PRO SE | |
| FIRM: | MARY B. LOGAN, PRO SE | |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | |
| DEFENDANT: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF J | |
| DOCKET#: | 3 24 CV 00040 ZNQ TJB | CLAIM#: |
| ENTITY SERVED: | JAMES BAKER | |
| SERVED WITH: | SUMMONS, AMENDED COMPLAINT, FINAL SUPPLEMENT IN SUPPORT OF AMENDED COMPLA | |
| SERVED DATE: | | COURT DATE: |

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | |_|_|/|_|_|/|_|_|_|_| |
| SERVICE FEE: | $75.00 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | |_|_|,|_|_|_|.|_|_| |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME: | $0.00 | [ ] AMERICAN EXPRESS | |
| VIDEO/MISC. FEE: | $114.05 | | |
| TOTAL: | **$189.05** | CARD/CHECK#: | |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240411104555 |
| AMOUNT DUE: | $189.05 |
| DUE DATE: | 7/27/2024 |

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

**GUARANTEED SUBPOENA SERVICE, INC.**
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

CARD #: |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

EXPIRATION: |_|_|/|_|_|

SIGNATURE: _____


20240411104555

*** To Pay Online Go To "My Account" ***


20240411104555

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20240411104555** Was

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**NOT SERVED!**

NOT Served Date/Time: 4/19/2024 11:31 AM

Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351

NOT Served Upon:       **JAMES BAKER**
At BUSINESS :          **BAKER, BOTTS, LLP 910 LOUISIANA STREET, STE. 3000 HOUSTON TX 77002**

In the Case/Docket:    **3 24 CV 00040 ZNQ TJB**   Claim:
Plaintiff:             MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
Defendant:             MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
Attorney:              **MARY B. LOGAN, PRO SE**  Phone: 9082468466  Fax: 8882372671  Email:
                       **TRINO@TRINOPS.COM**
Firm:                  **MARY B. LOGAN, PRO SE**
                       **TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809**

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

# AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[X] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____  ___/___/_____
AUTHORIZING SIGNATURE           DATE

Sales Tax of 6.625% Applies

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY** OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:
The 30th floor is vacant. Server spoke to a representative for Baker Botts, they stated that there is no one that works for this firm named James Baker

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***