

**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: **(877) SDA-2009** {877-732-2009}
Fax: (888) 224-4405  Tax ID 22-1927841
www.SpartanPI.com



YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!

## INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240619112125 |
| FEE: | $75.00 |
| SALES TAX: | $4.96 |
| AMOUNT DUE: | $79.96 |
| DUE DATE: | 7/31/2024 |

WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**AMOUNT DUE: $79.96**
INVOICE#: **20240619112125**
INVOICE DATE: **7/1/2024**
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
DEFENDANT: MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
DOCKET#: 3 24 CV 00040 ZNQ TJB          CLAIM#:
CONDUCTED UPON: JOHN ASHCROFT
INVESTIGATION CONDUCTED: SKIP TRACE
INVESTIGATION DATE: **7/1/2024**          COURT DATE:
ADDRESS: ASHCROFT LAW FIRM 1110 MAIN STREET, ST. 2710 KANSAS CITY MO 64105

PAYMENT SENT ON: |__|__|/|__|__|/|__|__|
AMOUNT PAID: |__|__|,|__|__|__|.|__|__|

[ ] CHECK
[ ] VISA
[ ] MASTERCARD
[ ] DISCOVER
[ ] AMERICAN EXPRESS

CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

**PAID** SPARTAN DETECTIVE AGENCY 2009 Morris Ave, Union, NJ 07083

---

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

For the fastest resolution to your billing inquiry, email us at:
Billing@SpartanPI.com

SPARTAN DETECTIVE AGENCY, INC.
www.SpartanPI.com
P.O. BOX 1414
UNION, NJ 07083

| | |
|---|---|
| INVOICE #: | 20240619112125 |
| AMOUNT DUE: | $79.96 |
| DUE DATE: | 7/31/2024 |

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

20240619112125




**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: (877) SDA-2009 {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPI.com

# Confidential Report
# 20240619112125

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

Regarding: SKIP TRACE
On: JOHN ASHCROFT
Date: 07/01/2024

Attn:    MARY B. LOGAN, PRO SE
Phone:   9082468466
Fax:     8882372671
E-mail:  TRINO@TRINOPS.COM

As per your request, a SKIP TRACE

On    JOHN ASHCROFT
      ASHCROFT LAW FIRM 1110 MAIN STREET, ST. 2710
      KANSAS CITY MO 64105

was diligently conducted.

Docket/File#:  3 24 CV 00040 ZNQ TJB
Venue:         DISTRICT
Claim#:
Plaintiff:     MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
Defendant:     MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL

We have located this data with the information previously provided by you. Our findings are indicated below:
WE HAVE LOCATED TWO INDIVIDUALS WITH THE SAME NAME WHO ARE ASSOCIATED WITH THE ASHCROFT LAW FIRM:

1) JOHN ROBERT ASHCROFT
112 MONTEREY DRIVE
JEFFERSON CITY, MO 65109

SSN: 498-88-xxxx
DOB: 07/12/19██

2) JOHN DAVID ASHCROFT
5491 WEST FARM ROAD 54
WILLARD, MO 65781

SSN: 498-42-xxxx
DOB: 05/09/194█

*Previous attempt made Refused.* (handwritten)

*********************************************
SPARTAN DETECTIVE AGENCY HAS COMPLETED YOUR SEARCH.
IF YOU WOULD LIKE SERVICE AT THE NEW ADDRESS PROVIDED,
THEN PLEASE DATE, SIGN AND FAX THIS PAGE
(ALONG WITH ANY REVISED DOCUMENTS) AS YOUR AUTHORIZATION TO
GUARANTEED SUBPOENA SERVICE (FAX: 908 688-0885).
THANK YOU.
*********************************************

PLEASE BE ADVISED IF ADDRESS IS NOT UTILIZED WITHIN 30 DAYS OF THIS DATE NO REFUND WILL BE ISSUED. IF YOU DO NOT CONTACT SPARTAN WITHIN 60 DAYS UPON COMPLETION OF THE REPORT NO REFUND WILL BE GIVEN. THANK YOU.