**Spartan Detective Agency, Inc.**
P.O. Box 1414 - Union, New Jersey 07083
Phone: **(877) SDA-2009** {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPI.com



YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!

# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20240619112006 |
| FEE: | $0.00 |
| SALES TAX: | $0.00 |
| AMOUNT DUE: | $0.00 |
| DUE DATE: | 7/31/2024 |

WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$0.00**   INVOICE#: **20240619112006**   INVOICE DATE: **7/1/2024**
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
DEFENDANT: MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL
DOCKET#: 3 24 CV 00040 ZNQ TJB   CLAIM#:
CONDUCTED UPON: ERIC HOLDER, SENIOR PARTNER
INVESTIGATION CONDUCTED: SKIP TRACE
INVESTIGATION DATE:   COURT DATE:
ADDRESS: COVINGTON & BURLING LLP, ONE CITY CENTER 850 TENTH STREET, NW WASHINGTON DC 20001

PAYMENT SENT ON:   |__|__|/|__|__|/|__|__|   [ ] CHECK
                                             [ ] VISA
AMOUNT PAID:   |__|__|,|__|__|__|.|__|__|    [ ] MASTERCARD
                                             [ ] DISCOVER
                                             [ ] AMERICAN EXPRESS

CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20240619112006
AMOUNT DUE: $0.00
DUE DATE: 7/31/2024

For the fastest resolution to your billing inquiry, email us at:
Billing@SpartanPI.com

SPARTAN DETECTIVE AGENCY, INC.
www.SpartanPI.com
P.O. BOX 1414
UNION, NJ 07083

[ ] CHECK

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

20240619112006



Spartan Detective Agency, Inc.
P.O. Box 1414 - Union, New Jersey 07083
Phone: (877) SDA-2009 {877-732-2009}
Fax: (888) 224-4405 Tax ID 22-1927841
www.SpartanPI.com

# Confidential Report
## 20240619112006

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

Regarding: SKIP TRACE
On: ERIC HOLDER, SENIOR PARTNER
Date: 07/01/2024

Attn:   MARY B. LOGAN, PRO SE
Phone:  9082468466
Fax:    8882372671
E-mail: TRINO@TRINOPS.COM

---

As per your request, a SKIP TRACE

On      **ERIC HOLDER, SENIOR PARTNER**
        **COVINGTON & BURLING LLP, ONE CITY CENTER 850 TENTH STREET, NW**
        **WASHINGTON DC 20001**

was diligently conducted.

Docket/File#:  3 24 CV 00040 ZNQ TJB
Venue:         DISTRICT
Claim#:
Plaintiff:     MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE
Defendant:     MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL

We have located this data with the information previously provided by you. Our findings are indicated below:
WE WERE UNABLE TO LOCATE A CURRENT ADDRESS.
THERE ARE NUMEROUS INDIVIDUALS WITH THIS NAME.

THE ENTITY IS UNKNOWN AT THE GIVEN ADDRESS.

WE NEED MORE INFORMATION (SSN, DOB, PRIOR ADDRESS....) TO FURTHER INVESTIGATE.

THE DATA CONTAINED IN THIS REPORT HAS BEEN OBTAINED BY APPLYING THE SUBJECT'S NAME AND/OR SOCIAL SECURITY NUMBER FOR VERIFICATION. ALL SUBJECT INFORMATION HAS BEEN PROVIDED BY THE CLIENT PREVIOUS TO THIS SEARCH. IF THIS IS A BANK SEARCH PLEASE NOTE THAT THIS SUBJECT MAY HAVE OTHER BANK ACCOUNTS WITH OTHER BANKS, WHICH DID NOT COME UP ON THIS SEARCH. ALL OF THE ABOVE DATA IS FURNISHED IN RESPONSE TO AN INQUIRY AND HAS BEEN OBTAINED FROM SOURCES DEEMED RELIABLE, THE ACCURACY OF WHICH THIS ORGANIZATION DOES NOT GUARANTEE. THE INQUIRER IS TO BE PERSONALLY RESPONSIBLE FOR ANY MISUSE OF THE ABOVE INFORMATION.
**SHOULD YOU HAVE ANY QUESTIONS PLEASE DO NOT HESITATE TO CONTACT US!**


20240411110752

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

YOUR PROCESS 20240411110752 Was

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

**NOT SERVED!**

NOT Served Date/Time: 4/29/2024 1:25 PM

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: MA022351**

| | |
|---|---|
| NOT Served Upon: | **ERIC HOLDER, SENIOR PARTNER** |
| At BUSINESS : | **COVINGTON & BURLING LLP, ONE CITY CENTER 850 TENTH STREET, NW WASHINGTON DC 20001** |
| In the Case/Docket: | 3 24 CV 00040 ZNQ TJB   Claim: |
| Plaintiff: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, PRO SE |
| Defendant: | MERRICK GARLAND, IN HIS OFFICIAL CAPACITY ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ET AL |
| Attorney: | MARY B. LOGAN, PRO SE  Phone: 9082468466  Fax: 8882372671  Email: TRINO@TRINOPS.COM |
| Firm: | MARY B. LOGAN, PRO SE TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237 CLINTON NJ 08809 |

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

To order search check desired box, sign authorization and fax back to us immediately at **888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $60/$150 FEE.

[ ] Social Security Search $60 find or no find

[ ] Skip Search* - $75.00 - no find, no pay

[ ] Postal Forwarding $60 anywhere in U.S

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available

[ ] Corporate Search - $85 anywhere in U.S.

[ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ) $150/hr Out of State **(circle one)** - Auth Hours ___

_____   __/__/__
AUTHORIZING SIGNATURE            DATE

Sales Tax of 6.625% Applies

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY** OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**

We were unable to serve your process for the following reason:

**SERVER WAS UNABLE TO SERVE PERSONALLY**

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***