Case 3:24-cv-00040-ZNQ-TJB   Document 100-9   Filed 08/02/24   Page 1 of 5 PageID: 3863





Case 3:24-cv-00401-PNQ-TJB    Document 100-9    Filed 08/02/24    Page 3 of 5 PageID: 3855





**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20500

Certified Mail Fee  $4.40
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)            $ $0.00
☐ Return Receipt (electronic)          $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery  $ $0.00

Postage
$ $20.70

Total Postage and Fees
$ $28.75

Postmark Here
JUN 20 2024
06/20/2024
CLINTON POST OFFICE
USPS 08809

Sent To: Xavier Becerra
Street and Apt. No., or PO Box No.: 1600 Pennsylvania Ave.
City, State, ZIP+4®: Washington DC 20500

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1958 9086 05