Andrew S. Brown, Esq. (NJ Bar ID #150772015)
**FISHER & PHILLIPS LLP**
430 Mountain Avenue, Suite 303
Murray Hill, NJ  07974
Phone: (908) 516-1026
Fax: (908) 516-1051
E-mail:  asbrown@fisherphillips.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>MERRITT GARLAND, et als.,<br><br>　　　　　　Defendants. | Civil Action No.: 3:24-cv-00040-ZNQ-TJB<br><br>**WITHDRAWAL OF APPEARANCE** |

The undersigned attorney, Andrew S. Brown, formerly of Brown & Connery, LLP, hereby withdraws his appearance on behalf of Defendant, GEORGE NORCROSS.  All other attorneys who have appearances entered, will continue to represent Defendant in this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Andrew S. Brown, Esq.

Dated:  August 14, 2024