Mary Basile Logan
Post Office Box 5237
Clinton, New Jersey 08809
Email:  Trino@trinops.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

MARY BASILE LOGAN, individually and on behalf      |
of those similarly situated, *Pro-Se*;                          |
                                                                              |
                   Plaintiff,                                        |
                                                                              |
MERRICK GARLAND, in his official capacity           |
Attorney General, Department of Justice;                  |
                                                                              |
LLOYD AUSTIN, III, in his official capacity as the   |
Secretary, Department of Defense;                            |
                                                                              |
WILLIAM J. BURNS, in his official capacity as the   |
Director, Central Intelligence Agency;                       |
                                                                              |
CHRISTOPHER A. WRAY, in his official capacity      |
as the Director of the Federal Bureau of Investigation; |
                                                                              |
DENIS RICHARD MCDONOUGH, in his official         |
capacity as Secretary of Veterans Affairs;                  |
                                                                              |
ALEJANDRO MAYORKAS, in his official capacity as |
Secretary, U.S. Department of Homeland Security;       |
                                                                              |
MARCIA L. FUDGE, in her former capacity as Secretary |
U.S. Department of Housing and Urban Development;    |
                                                                              |
ROBERT CALIFF, in his capacity as Commissioner,    |
Food and Drug Administration;                                  |
                                                                              |
WILLIAM J. CLINTON, in his official capacity as the  |
former President of the United States of America;        |
                                                                              |
HILLARY R. CLINTON, in her official capacity as       |
former Secretary of State for the United States of America; |

1

THOMAS KEAN, Sr., in his former capacity as Chairman
9/11 Commission;

ROBERT MUELLER, in his former capacity as Director
of the Federal Bureau of Investigation;

JAMES COMEY, in his former capacity as Director
of the Federal Bureau of Investigation;

CHRISTOPHER J. CHRISTIE, in his capacity as the
former-Governor of New Jersey;

RICHARD "DICK" CHENEY, in his former capacity
as Vice President of the United States;

ELIZABETH "LIZ" CHENEY, in her former capacity
as Chair, January 6 Commission;

JOHN KERRY, in his official capacity as U.S. Special
Presidential Envoy for Climate;

GEORGE W. BUSH, in his former capacity as
President of the United States;

BARACK HUSSEIN OBAMA, in his former capacity as
President of the United States;

LORETTA LYNCH, in her former capacity as
United States Attorney General;

JAMES BAKER, in his former capacity as White House
Chief of Staff;

ERIC HOLDER, in his former capacity as United States
Attorney General;

JOSEPH R. BIDEN, in his official capacity as President,
his former capacities as Vice President and Senator, of
these United States;

JOHN ASHCROFT, in his former official capacity,
as United States Attorney General;

JAMIE GORELICK, in her official capacity, Homeland
Security Advisory Council member;

**CIVIL DOCKET: 3:24-CV-00040
ZNQ-TJB**

**ORAL ARGUMENT REQUESTED**

NANCY PELOSI, in her official capacity as
Congresswoman (CA);

GEORGE NORCROSS, in his capacity as Chairman,
Cooper University Medical Systems;

PHILIP MURPHY, in his official capacity as Governor
of New Jersey, and as former Chair of the National
Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary
of State, as former President of the National Association
of Secretaries of State, and her current capacity as
Lt. Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then-
Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as Deputy
Commissioner for Public Health Services;

MATTHEW PLATKIN, in his official capacity as
Attorney General of the State of New Jersey;

KATHY HOCHUL, in her official capacity as Governor
of New York;

ANDREW CUOMO, in his former capacity as Governor
of New York and his capacity as Vice-Chair of the National
Governors Association;

LETITIA JAMES, in her capacity as Attorney General of
the State of New York;

SUSAN RICE, in her official capacity as United States
Domestic Policy Advisor;

ADAM SCHIFF, in his official capacity as Congressman,
of the State of California;

CHARLES "CHUCK" SCHUMER, in his official
capacity as Senator for the State of New York;

XAVIER BECERRA, in his official capacity as
Secretary of Health and Human Services;

JANET YELLEN, in her official as Secretary of
the United States Treasury;

ROD ROSENSTEIN, in his former capacity as United
States Deputy Attorney General;

HUMA  ABEDIN, in her former capacity as vice
Chair of Hillary Clinton;

DEBBIE WASSERMAN SCHULTZ, in her current
capacity as U.S. Representative, (FL-25);

BILL NELSON, in his official capacity as Administrator
of NASA;

OCCIDENTAL PETROLEUM;

UNITED HEALTHCARE;

DEMOCRATIC NATIONAL COMMITTEE;

REPUBLICAN NATIONAL COMMITTEE;

JAMES PITTINGER, in his official capacity as Mayor
of Lebanon Borough, State of New Jersey;

LISA SELLA, in her official capacity as Deputy Clerk,
Lebanon Borough, State of New Jersey;

ROBERT JUNGE, in his official capacity as Municipal
Co-Chair, Republican Party, Lebanon Borough, State of
New Jersey;

JOHN DOES (1-100)

JANE DOES (1-100)
                          Defendants.
_____

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION HEARING DATE,
PRELIMINARY INJUNCTION, AND PERMANENT RESTRAINING ORDER**

Plaintiff, Mary Basile Logan, respectfully moves this Court for a preliminary injunction as set forth below and for the reasons set out in the accompanying Brief in Support of Plaintiff's Motion for Preliminary Injunction Hearing Date and Permanent Restraining Order.  Fed. R. Civ. P. 65(a).  Because there are only legal questions at issue, Plaintiff respectfully requests that this Court consolidate the preliminary injunction hearing with the trial on the merits and rule on the merits in accordance with Fed. R. Civ. P. 65(a)(2).

WHEREFORE, Plaintiff respectfully request the Court grant their Motion and issue a preliminary injunction pending a decision on the merits of Plaintiff's claims in this matter.


Dated:          August 30, 2024

Respectfully submitted,

/s/ Mary B. Logan

Mary B. Logan
Plaintiff, *Pro-Se*
Post Office Box 5237
Clinton, New Jersey 08809

Mary Basile Logan
Post Office Box 5237
Clinton, New Jersey 08809
Email:  Trino@trinops.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

_____

| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*; | |
|---|---|
| Plaintiff, | |
| MERRICK GARLAND, in his official capacity Attorney General, Department of Justice; et al. | |
| Defendants. | **CIVIL DOCKET: 3:24-CV-00040 ZNQ-TJB** |
| | **ORAL ARGUMENT REQUESTED** |

_____

**OPENING BRIEF IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION HEARING DATE,**
**PRELIMINARY INJUNCTION, AND PERMANENT RESTRAINING ORDER**

Mary Basile Logan
Plaintiff, *Pro-Se*
Post Office Box 5237
Clinton, New Jersey 08809
(908) 200-7294
Email:  Trino@trinops.com

Dated:  August 30, 2024

## NATURE AND STAGE OF THE PROCEEDINGS

1.      On January 4, 2024, Plaintiff filed this lawsuit alleging that Defendants' collective actions, moving as co-conspirators to meet their ends, manifest in events abhorrent to the Constitution and to the inalienable Rights of the Plaintiff each taken under the color of law, depriving her of rights, privileges, or immunities in violation of 42 U.S.C. § 1983, the First and Fourteenth Amendments to the Constitution, and the Equal Protections Clause.  Plaintiff now moves for a preliminary injunction. Plaintiff states that notice to the adversarial party and not perfected formal service is needed to assert jurisdiction to issue an injunction (*Whirlpool Corp. v. Shenzhen Sanlida Elec. Tech. Co., Ltd.,* Case No. 22-40376 (5th Cir. Aug. 25, 2023) (Barksdale, Southwick, Higginson, JJ.))  Plaintiff restates the inclusive claims as set forth in the amended complaint and supplemental submissions with Exhibits so accompanying ECF 45; 45-1; 45-2; 45-3; 45-4; 45-5; 45-6; 45-7; 45-8; 45-9; 45-10; 45-11; 45-12; 45-13; 45-14; 45-15; 45-16; 45-17; 45-18; 45-19; 45-20; 45-21; 45-21; 45-22; 56; 46; 46-1; 46-2; 55; 55-1; 55-2; 55-3; 55-4; 55-5; 73; 73-1; 73-2; 73-3; 73-4; 73-5; 73-6; 73-7, and 73-8 in support of the certified statements of harm herein.

2.      The foregoing Defendants MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE

WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED

HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL

COMMITTEE, DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA;

CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI,

SEJAL HATHI, MATTHEW PLATKIN and ROBERT JUNGE, hereinafter referred to as "inclusive

Defendants" overtly labored to exact a predetermined outcome at the expense of Plaintiffs' sovereign

Rights as set forth below, inclusive of harms.

     3.     Title 18 § 245(b)(1)(A) of the U.S. Code addresses election interference by force or

threats.  Title 18 § 245(1)(A) imposes penalties on whoever "by force or threat of force willfully

injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with any person

because he is or has been, or in order to intimidate such person or any other person or any class of

persons from" voting or participating in other election activities.  Title 18 § 245 (a)(1) requires the

Attorney General, the Deputy Attorney General, the Associate Attorney General, or a specially

designated Assistant Attorney General to certify that federal prosecution of a case under Section

245(b)(1)(A) is in the public interest and necessary to secure substantial justice.

     4.     Article 1, Section 4, cl. 1 of the U.S. Constitution, known as the Elections Clause,

protects States from Federal overreach in and among sovereign election end-to-end infrastructure.

     5.     Plaintiff states that her Civil Rights have been violated and will, with the pending

election in November; these violations are born of an exacting hand an unlawful trespass of her Rights

under Article 1, Section 4, cl. 1 by the Department of Justice, the Department of Homeland Security,

and the Executive of these United States; by name, these individual persons, under color of law

include Defendants, MERRICK GARLAND, ALEXANDRO MAYORKAS and JOSEPH R. BIDEN

and or his designee, including Kamala Harris in her capacity as Vice President.

6.      The claim of genocide under 18 U.S.C. § 1091(a)(2)(3)(4)(5)(6)(d); Plaintiff claims basic offense in time of peace and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group; intent of causing serious bodily injury to members of the group; subject the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part; imposes measures intended to prevent births within the group; or transfers by force children of the group to another group; (d) attempted conspiracy, any person who attempts or conspires to commit an offense under this section shall be punished in the same manner as a person who completes the offense.

7.      The claim of crimes against humanity, S. 1346; peonage, involuntary servitude; trafficking persons; sex trafficking of children; extermination; measures intended to prevent births as part of a widespread and systematic attack against the civilian population, with foreknowledge of the attack.

8.      The claim of treason, 18 U.S.C. § 2381; whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States and/or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five (5) years, and fined under this title but not less than $10,000.00; and shall be incapable of holding any office in the United States.

9.      Plaintiff seeks the Honorable Court's consent to add LISA MONACO, MICROSOFT, BILL GATES, WARREN BUFFETT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, et al. as named Defendants to this action, and the removal of the REPUBLICAN NATIONAL COMMITTEE citing the findings and evidenced herein.

10. Plaintiff analyzed the Congressional General Accountability Office reports from March, 2024 – June 2024, same providing standard benchmarks of government recommendations and improvements. Without exception, not one of the Administration's Departments or inclusive GAO oversight areas were acted upon. Adding insult to injury are the Administration's blatant gross dereliction including the border-crossing crisis gravely impacting communities across the Nation, heightened foreign wars and conflict fostered by the President and Vice President's actions or lack thereof, and domestic protests at collegiate venues with threats of further public health crises; Plaintiff states that the Defendant, JOSEPH R. BIDEN and KAMALA HARRIS are knowingly subverting these United States.

11. On May 20, 2024, Plaintiff filed Notice of Motion for Injunctive Relief and Request for Temporary Restraining Order, receiving confirmation of Motion hearing date of June 17, 2024; countering each of the Defendant's Motions of Opposition, to date not action has been taken.

12. Plaintiff continues her pursuit of service to Defendants and has, under separate cover updated the Honorable Court in such action on August 2, 2024, thereafter, receiving from the Honorable Court and extension of Service through October 2, 2024.

## STATEMENT OF CLAIMS

13. In 1977, Bank of Credit and Commerce International ("BCCI") amassed multiplying layers of entities, related to one another through an impenetrable series of holding companies, affiliates, subsidiaries, banks-within-banks, insider dealings and nominee relationships. By fracturing corporate structure, record keeping, regulatory review, and audits, the complex BCCI family of entities created by Abedi was able to evade ordinary legal restrictions on the movement of capital and goods as a matter of daily practice and routine. In creating BCCI as a vehicle fundamentally free of government control, Abedi developed in BCCI

an ideal mechanism for facilitating illicit activity by others, including such activity by officials of many of the governments whose laws BCCI was breaking.

14.     BCCI's criminality included fraud by BCCI and BCCI customers involving billions of dollars; money laundering in Europe, Africa, Asia, and the Americas; BCCI's bribery of officials in most of those locations; support of terrorism, arms trafficking, and the sale of nuclear technologies; management of prostitution; the commission and facilitation of income tax evasion, smuggling, and illegal immigration; illicit purchases of banks and real estate; and a panoply of financial crimes limited only by the imagination of its officers and customers.

15.     Among BCCI's principal mechanisms for committing crimes were its use of shell corporations and bank confidentiality and secrecy havens; layering of its corporate structure; its use affront-men and nominees, guarantees and buy-back arrangements; back-to-back financial documentation among BCCI controlled entities, kickbacks and bribes, the intimidation of witnesses, and the retention of well-placed insiders to discourage governmental action.

16.     Plaintiff states that immediately following the closure of the BCCI investigation, Pakistan and the United Arab Emirates in the company of member-states including those within the Gulf Cooperation Council ("GCC"), colluded in and among the inclusive Defendants to reinvigorate the BCCI structures, (See ECF Doc. 45-1; 45-2), inclusive of criminal conduct, monetary fraud and defrauding the government through deceit, craft or trickery, human depravity and trafficking in persons and organs, violations of banking and insurance statutes, and, from the words of the subject investigation have "the records of BCCI's criminal activity constitute an accounting and legal nightmare, and a full record of what actually took place is unlikely to be reconstructed. BCCI's multiplicity of locations, layered corporate structure, front-companies, front-men, its willingness from the top down to falsify information, and its pervasive disregard

for the national laws of each country it operated in, combined to create a culture of criminality

within the bank so massive as to defy investigation" (See: Doc. 45-1, p.44).

17.     Plaintiff states that the inclusive Defendants have levied a war, silent to the naked

ear though it may be, a war none the less, against the United States while giving aid and comfort

to enemies of the United States.  The intent of subterfuge with such foreign nation-states has

today affirmed ownership of real property, fraudulent corporate structures, raw land and farming,

holding office under pretense of allegiance and creation of a two-Nation structure within the

United States; one expressly holding to that of the Constitution and the triune Founding

documents; the other holding to foreign allegiances with the ultimate intent to extinguish the

Constitution, altogether.  The foregoing malevolent actions intent of permanently affixing the

sovereign lands and every Created attaching to the freedoms informed by God, Almighty, so too

affixed to the United Arab Emirates.

18.     Plaintiff states that the inclusive Defendants intent of subversion of these United

States by force and trickery, among an actual assemblage of men and women for the purpose of

executing treasonable design secured for themselves by capacity of influence on domestic policy,

whether appointed or elected, the inclusive Defendants' allegiance was never to that of the

United States.  Once capacity was secured, immediate action was taken so as to impair the

Constitution cohesion and diminish its strength, sanctioning domestic defenselessness in

collaboration with extraneous parties acting through opaque venue who, collectively move in

tandem as a planning body to delivery on the realization of "Project Destiny", their manifesto of

traitorous, treasonous actions.

19.     Plaintiff states that the recurrence of criminality as evidenced by the inclusive

Defendants, so too the ongoing subversive history including that of *United States v. German-*

*American Vocational League*, 153 F.2d 860 (3d Cir. 1946); *Cramer v. United Stat*es, 325 U.S. 1 (1945); *Schenck v. United States*, 249 U.S. 47 (1919); are interrelated cases from the standpoint of foundational ethos, not dissimilar to that of ENRON and WorldCom, in fact, were incremental steps towards the threshold in which the United States today has found station by their collective, malicious hands.  Each of the subject investigations have minutia of unique nature based on the perspective of the investigators so associated, the lens of the investigation, if the Honorable Court will consider.  Plaintiff states that the inclusive Defendants and their co-colluders, inclusive of foreign nation-states, are quite adept at skirting the law which has resulted in the continuum, unabated to the present day.  Plaintiff makes no allowance and no negotiation for mitigating factors or otherwise, the present circumstances in which the United States finds itself is born of the history of treasonous actions including that of the inclusive Defendants affirming undiminished malevolent intent and determinative to their ends of "Project Destiny" in extinguishing these United States.

20.     Plaintiff states the inclusive Defendants colluded together to formulate statutes, later codified so as to restrict the sovereign Rights of the Constitution, Bill of Rights and Declaration of Independence belonging to the People in fortification of *their* manifesto to subvert the United States from within.  The Judicial record reflects that the inclusive Defendants, themselves, declared the imperative regarding these Rights be upheld by way of an extraordinary body of federal pleadings by their authorship in the interest of "Project Destiny" in the company of their designees, third-party actors, NGO's, in advance and subsequent to the 2020 federal election, with such sovereign Rights presently under siege by *their* knowing hands and those of their designation as presented herein.

21.     At the time of this writing the Secretary of State of New Jersey, serving a dual role as Lieutenant Governor, Defendant TAHESHA WAY, never having been elected to any capacity but rather appointed, is preparing for the federal election, scheduled November 5, 2024; the same holds true of the inclusive states that comprise the United States.  Ms. Way and her peers will follow directive from federal statute in accordance with the infrastructure designed under the Sector Specific Agency ("SSA"), as set forth in federal policy by then-Secretary, Department of Homeland Security ("DHS"), Jeh Johnson.  The policy was adopted into the Department of Justice ("DOJ"), incorporating elections in and among the existing 16-Subsectors of protected assets.  The codified protections were further emphasized by Defendant, JOSEPH R. BIDEN in the Executive Memorandum of July 28, 2021, entitled, "National Security Memorandum on Improving Cybersecurity for Critical Infrastructure Control Systems."[1]

22.     The National Security Memorandum on Improving Cybersecurity for Critical Infrastructure Control Systems details the federal codified work-around, removing the guardrail between federal parties and designees to permeate state and local elections, poll worker volunteers full trained, the federal parties and designees employing cybersecurity measures as guise to erode Constitutional mandate of protection permitting their unlawful traverse into federally protected elections.

23.     The Help America Vote Act ("HAVA"), enacted by Defendant, GEORGE W. BUSH in 2002, introduced broadly affirmed and affixed computer infrastructure systems into federal, state and local elections.

---

[1] Biden, Joseph R. National Security Memorandum on Improving Cybersecurity for Critical Infrastructure Control Systems.  July 28, 2021.  Accessed April 27, 2024.  https://www.whitehouse.gov/briefing-room/statements-releases/2021/07/28/national-security-memorandum-on-improving-cybersecurity-for-critical-infrastructure-control-systems/

24.     The United States Election Assistance Commission System Security Plan requires Center for Internet Security ("CIS") configuration settings for Windows 10 Workstations.  On December 15, 2020, Inspector General Layfield issued the final report for FY2020 U.S. Election Assistance Commission Compliance with the Requirements of the Federal Information Security Modernization Act (Assignment No. 1-PA-EAC-02-20) Chairman Hovland of the US EAC issued.  The subject report  moved on the issuance of an Authorization to Operate (ATO) for the Microsoft Azure implementation.  Microsoft, ("MS") the authorized federal contractor, serving as the designated sole conduit software portal accessed by each of the inclusive third party election vendor/contractors (Hart InterCivic/ES&S/Dominion, etc.); the vendor/contractor's equipment interfaces through the Microsoft Azure portal, completing the build-out of framework for the United States elections infrastructure, each facet having autonomous, statutory tests and comprehensive protective guardrails as provided for by the National Security Memorandum on Improving Cybersecurity for Critical Infrastructure Control Systems. Multiple nation-states apart from the United States, interface on the same Microsoft Azure platform, including the United Arab Emirates, Kenya and Tokyo, the latter via multinational corporation, Hitachi, Palantir and Coca-Cola, among others.

25.     Plaintiff states that Nikola Tesla ("Tesla") was born on July 10, 1856, in Smiljan, Opcina Gospic, Lika-Senj County, Croatia having immigrated to New York under pretense of collaborative work with Thomas Edison in the field of electrical and mechanical engineering. Tesla developed polyphase alternating current system of generators, motors and transformers, holding 40 basic United States patents on the aforementioned system, a body of patents which he continued to amass through experiment and formulation up to his untimely passing.  Tesla's discoveries in the area of rotating magnetic field, a fundamental principle in physics and the

basis of nearly all devices that use alternating current, brilliantly adapting the rotating magnetic field for the construction of alternating current induction motor, and the polyphase system for the generation, transmission, distribution and use of electrical power.  The magnanimous body of Tesla's IP in this central thesis to this imperative application before the Honorable Court which, as facts provide, were stolen, knowingly manipulated and unlawfully articulated – plagiarized by a broad expanse of persons and entities both within the United States and abroad; weaponized against humankind, God's creation, a manifesto of dual intent; 1) generate private and corporate wealth so as to fortify an undercurrent manifest into a nuclear weapon waged against all of human Creation, and 2)besmirch, dismiss, deceive and subvert the expression of God's hand on His Createds, each unique in expression with innate gifts – intelligent design to fortify scientific supplanted evolutional theory buttressed by intellectual academia severing independent thought informed by God to that of dependency on concepts, industry and commercialism born of their hands.  The latter actions with the sole intent of evisceration of holistic well-being, evicting the essence of humanness, the Holy Spirit which dwells in all of Creation, without exception, by design expression and that which science cannot manufacture, formulate or replicate; facts which the inclusive Defendants' own actions herein evidence.

### SPECIFIC STATEMENT CLAIMS – BCCI RECONVENED

26.     Plaintiff states that immediately following the BCCI investigation, the CIA, FBI and other, as yet unnamed, governmental organizations reconvened continuing their permeation of these United States, presently in all governmental venues to advance the structured wealth building apart from interests of the Nation.  The duality of the structures aforementioned, personify the architecture of two distinct constitutes; one holding to the United States triune Founding documents, the other holding to Sharia Law, either by way of fiscal holding pass-

through or, as facts provide with registration having been transferred, direct fiscal attachment. The subject Complaint and Motion for Injunctive Relief provides specific examples under each subheading, as below.

<u>MULTINATIONAL MAPPING AND SHELL CORPORATIONS</u>

27.     The Carlyle Group (est. 1987), multinational private equity firm, Chairman remain as the founders including David Rubinstein arriving through appointment by the Carter Administration, the former President being a principal party within the BCCI Affair, undoubtedly an orchestrated appointment on his part.  William E. Conway Jr., from MCI Communications which was subject of federal investigations in association with WorldCom (<u>EXHIBIT 1</u> <u>"WORLDCOM/MCI MERGER – DOJ</u>").

28.     Carlyle Group negotiation by Prince Al-Waled bin Talal, Saudi Royal Family, $500m, 1991, in Citigroup. Incomplete thought (BCCI).  On September 11, 2001, a tragic day which resulted in the untimely death of 2,977 innocent victims and the honorable heroes who ran towards danger for the sole intent of touching another human hand and bringing them to safety; on that day, George Scherff Jr., aka George H. W. Bush met with Shafiq bin Laden, the guest of honor at the subject meeting.  The foregoing meeting referenced in Plaintiff's pleadings (See: ECF Doc. 45).

29.     Crescent Capital Group (est. 1991), global alternative investment firm, formed from Drexel Burnham Lambert, Mark Attanasio, Robert Beyer, Jean-Marc Champus; Drexel, et al., was "forced" into bankruptcy due to Michael Milken fraud.  Drexel, et al. was a consultant to BCCI (See:  ECF Doc. 45-1, p. 160; 430; 490)  Plaintiff states that the bankruptcy above was a result of the Tesla fracture, an unresolvable event which occurs within structured embodiments and corporations as they meet demise in viability.  Plaintiff states that the same year that

Crescent was established 1991, the same year that the investigation began on BCCI, not coincidence but rather malevolent intent of replication, a structured Xerox.

30.     Crescent formed multiple corporate structures throughout the United States between 1978 – 2003, each having a unique mapping of interconnected corporate subsidiaries and affiliates, intention deceitful in formation, appearing as independent entities, while in fact they are interconnected as are the Boards of Directors, etc.  Each such incantation specifically designed, integrated within established communities so as to influence and engineer social change at the foundational level of public and private life.

31.     Plaintiff focused on the corporate name Crescent which is used broadly in and among registrant records, findings provide that these are not disassociated entities despite variation of the name and vocation designation.  Example:  Capital Corporation (est. July 27, 1978), sharing affiliation with Crescent City Foods (est. October 26, 1983), Jefferson Parish, Louisiana; owners Douglas A. Ash; George A. Rosenbaum, and Robert Himebrook.  Below is a vignette of structured scaffolding associated with two of the individual business owners, Douglas A. Ash, and George A. Rosenbaum.

- Douglas A. Ash, Chief Tech/Sci/R&D Officer – Lockheed Martin Global Training/ Logistics Officer. – NO DATES PROVIDED OR OF RECORD.  Triad Isotopes, Inc. – Chief Tech/Sci/R&D Officer. (November 10, 2013) Crescent Capital.

- In 2007, Covidien was formed when Tyco International spun off as an independent healthcare business.  In 2012, Newport Medical Instruments, a modest ventilator provider and manufacturer purchased Covidien.  In 2006, Newport Medical contract with the U.S. Department of Health and Human Services' Biomedical Advanced Research and Development Authority to design a cheap, portable ventilator.  In 2015, Covidien was purchased by Medtronic, Dublin Ireland.

- On September 2, 2008 Lockheed Martin executes Contract to support newly introduced NIH organization; Office of Portfolio Analysis and Strategic Initiatives (OPASI); methods and information to manage their complex scientific portfolios in the areas of emerging scientific opportunities or public health challenges.  Lockheed Martin contracted to work side-by-side with NIH staff to design, develop and

maintain Web sites and databases; provide program evaluation and analysis; manage projects; and formulate standards and policies.

- 2010, Triad Isotopes, Inc. acquired radiopharmacy network owned by Covidien, Dublin, Ireland; through this acquisition. Triad acquired 37 Mallinckrodt radiopharmacies located in the United States with 24-locations in 30 metropolitan areas within the United States.  The corporate footprint attaching to the medicinal venue and fields of cardiology and cancer diagnostics; investment thesis central to opportunities in nuclear medicine.  "Cyclotrons are utilized to produce FDG (fluorodeoxyglucose) **short-lived positron-emitting isotope suitable for PET (FRACTURED)** (Positron Emission Tomography), an imaging technology used to assess tissue biochemistry."  The acquisition was facilitated by Parthenon Global Payments; Parthenon Capital Partners.

- Global Payments also holds foreign registrations, holdings in UK and New Zealand through affiliate, NZ Business Solutions Ltd.  The Governing Board is comprised of corporate governance and a Board of Directors, all retired executives with the exception of Silver Lake, Joe Osnoss.  Galon Jowers, President of Global Payments' Issuer Solutions, also serving on the Board of Director for China UnionPay Data Services, Ltd. (CUP Data), a joint venture with China UnionPay (CUP).

- In 2017, Christopher Justice of Global Payment Gaming Solutions, launched VIP mobility app wagering account system.

- February 13, 2023, Parthenon Capital private equity, facilitator for Triad, above, acquired Global Payments, Gaming Solutions division, following the acquisition, Parthenon spun-off as Pavilion Payments as a stand-alone for gaming.  Since 2023, Pavilion Payment Gaming Services has become the principal vendor resource of casinos nationwide.  The inclusive Pavilion Payment organizations are foreign registered with Global Payments remaining the principal parent company.

- In April, 2024, Christopher Justice stepped down as CEO and the company retained Dan Connor, formerly with ScentAir, and serving as interim Rhode Island Housing Secretary (Source:  Providence Journal, July 17, 2024).  A private interview a matter of public criminal record.

- In 2013, Covidien lost bid to toss lawsuit over Mallinckrodt spin-off, "Medtronic plc subsidiary Covidien must face a broad bankruptcy court lawsuit accusing the medical device company of unfairly profiting billions from 2013 spin-off of opioid manufacturer Mallinckrodt Plc…Chapter 11 trust set up for Mallinckrodt creditors has carried its burden to advance the bulk of a 2022 lawsuit against Covidien." (Source:  Bankruptcylaw.org)

- Triad Isotopes, Inc.   Domenic Meffe, owner and former CEO of CuraScipt formed Triad Isotopes, Inc. (est. January 16, 2007).  Disclosed at a City Council meeting presented to create 30-jobs over three years with an average salary of $120,000, Triad

had secured $100m in venture capital to acquire and build a network of nuclear-medicine pharmacies to produce and distribute radiopharmaceuticals for diagnostic imaging in clinics and hospitals.  The company had closed a deal to acquire three nuclear-pharmacy companies; Coastal Pharmacy Services (Daytona Beach); Diversified Pharmacy Group (Macon, Georgia); and Cox Nuclear Pharmacy (Mobile, Alabama).

Meffe helped bring CuraScript to Orlando (est. 2000), serving as its CEO and building a successful work force of 2,000 people.  CuraScript was sold in 2003 to Express Scripts Inc. (2004) in St. Louis, Missouri.

May, 2021 - Co-Founder of CuraScipt, Don Howard, retained by Express Scripts upon merger in 2004, formed Tespo Health, digital healthcare company with Ted Mills.  Howard co-founded AcariaHealth, a division of Envolve Pharmacy Solutions which sold to Centene Corporation, retaining Howard as CEO of the combined organizations.  The technology "utilizes a proprietary app and consumer centered data to sync the users' smart devices to monitor health goals and medical adherence.  It provides the foundation for future products on the horizon, aimed at improving compliance and patient outcomes."  (Source: Tespohealth.com)

2024, Centene Corporation, as above, Board of Directors;

- o  Frederick H. Eppinger - Hanover Insurance;
- o  Jessica L. Blume – Deloitte LLP (ret);
- o  Kenneth A. Burdick – WellCare HealthPlans (ret);
- o  H. James Dallas – Medtronic plc (ret);
- o  Christopher J. Coughlin – Tyco International, Inc. (ret);
- o  Wayne S. DeVeydt – Antem, Inc. (ret);
- o  Monte E. Ford – American Airlines (ret);
- o  Thomas R. Greco – Frito-Lay N.A. (ret);
- o  Sarah M. London – CEO Centene;
- o  Lori J. Robinson – USAF (ret);
- o  Theodore R. Samuels – Capital Guadian Trust Co. (ret).

- Newport Medical Instruments had three working prototypes produces, and was on schedule to file for market approval in late 2013.  Covidien then effectively halted the project, subsequently exiting the contract, citing the reason that it was not profitable enough due to significant design flaws.  Governmental officials and other medical equipment suppliers suspected that the Newport acquisition was largely done to prevent a cheaper product from undermining Covidien's existing ventilator business.  The foregoing actions contributed to the shortage of ventilators during the COVID-19 pandemic.

- In October, 2013, Covidien was sold to Confluent Surgical product line for $235m to Integra Lifescience, including its DuraSeal, VascuSeal, and SprayShield products.  In January, 2014, Covidien acquired WEM Electronic Equipment, a Brazilian company,

in that same year, Covidien agreed to be acquired by Medtronic for $42.9 billion. Upon completion of the acquisition, Covidien, by acquisition, became a competitor of Johnson & Johnson.

- Medtronic plc, Minneapolis, Minnesota with legal headquarters retained in Ireland citing the Covidien corporate relationship, affirmed in 2015.  Medtronic (est. 1949) by Earl Bakken and Palmer Hermundslie as a medical equipment repair shop; Bakken *invented* several medical technology devices, through the market promotion of his concepts, he became acquainted with C. Walton Lillehei, a heart surgeon at the University of Minnesota Medical School.  From the foregoing relationship, the Bakken designed battery-powered pacemaker with transistorized metronome design and first external battery-powered pacemaker originated; over time and product evolution, an implantable pacemaker was introduced in 1960.  In 1997, Medtronic opened a production site for implantable pacemakers and brain pacemakers in Tolochenaz, Switzerland, the site produces one in five of the pacemakers implanted globally today and is a European venue for training doctors.

- In 1998, Medtronic acquired Physio-Control for $538m and in 2014, Integra Lifesciences announced it was acquiring instrumentation from Medtronic for $60m which infaces within the corporate historicity, as noted above.  Among the instrumentation transacted was Medtronic's MicroFrance and Xomed manual ENT and laparoscopic surgical instruments, as well as a manufacturing facility in France.

Acquisition by date:
  - February, 2016 – Acquired Bellco from private equity firm Charme Capital Partners.
  - June, 2016 – Acquired HeartWare International for $1.1 billion.
  - December, 2017 – Medtronic acquired Crospon in €38m.
  - September, 2018 – Acquired Mazor Robotics for $1.4 billion.
  - November, 2018 – Medtronic acquired Nutrino Health Ltd.
  - May, 2019 – Medtronic acquired Titan Spine (titanium spine implants).
  - CEO, Omar Ishrak (Former INTEL Chairman) retired in April 2020, remaining as Executive Chairman and Chairman of the Board until December, 2020, succeeded by Geoff Martha.  Omar would join Amgen biotech having a venue of focus on microarchitecture RDNA, and genetic engineering.
  - January, 2020 – Announced intent to acquire Stimgenics, LLC, differential target therapies, multiplexed, spinal cord stimulation.
  - July, 2020 – Medtronic announced it would acquire Companion Medical, manufacturer of smart insulin pen systems with adaptive diabetes management app.
  - September, 2020 – Medtronic acquired Avenu Medical, undisclosed sum.

- In February, 2021, the company recalled its HeartWare Ventricular Assist Device.  In June, 2021, the controller ports were pulled from the market and, on June 3, 2021, the FDA alerted physicians to stop new implants of the HVAD system due to "an

increased risk of neurological adverse events and mortality associated with the internal pump."

- o   January, 2022 – Announced intent to acquire Affera, Inc.
- o   March, 2022 – Medtronic announced contact with Vizient, focused on laparoscopic and robotic scopes and is an AI-powered video management and analytics platform for the operating room.
- o   May, 2022, Medtronic and DaVita, Inc. announced plan to form a new independent kidney care-focused medical device company, Medtronic's Renal Care Solutions.

- <u>George A. Rosenbaum,</u> the one of the three original founders of Crescent City Foods, shared an association with RSM U.S. LLP, global accounting first in 81 offices Nationwide, Canada, India and El Salvador..  RSM began as H&R Block, separating in 2011, being renamed as McGladrey LLP and, thereafter rebranded as RSM, presently RSM International.

  Orange County Superior Court Judge Kim G. Dunning in Santa Ana indicated her approval of a $41.5 million settlement between a class of more than 3,000 owners of small- to mid-sized businesses and RSM EquiCo Inc., according to attorneys present at a Wednesday hearing.  Plaintiffs' lawyers suing RSM EquiCo, a subsidiary of H&R Block that merged with McGladrey Capital Markets LLC in 2008, had sought approximately $250 million. The business owners paid between $37,500 and $50,000 for appraisals, or "platform agreements," of their companies, according to the complaint. At that point, they could give a second RSM company authority to market the companies to foreign investors and others. From 1999 to 2007, the plaintiffs contend, only about 15 percent of the companies were marketed, only 3 percent were sold and just 0.3 percent were sold overseas. H&R Block purchased the RSM companies in 2001.

- Rosenbaum served as Corporate Officer for Service1st Bank of Nevada (2012 – 2013), where he served with John Gaynor.  On July 14, 2009, LAS VEGAS — Global Consumer Acquisition Corp. (GCAC) announced today entry into agreements for concurrent acquisitions of the Nevada branch operations and certain assets of Colonial Bank, a subsidiary of The Colonial BancGroup, Inc. (NYSE: CNB – News), a $26 billion financial services company. The acquisitions will include approximately $440 million of loans and approximately $492 million in deposits; and 1(st) Commerce Bank, a de novo Nevada bank formed by Capitol Bancorp Limited (NYSE: CBC – News) and local Nevada executives. 1(st) Commerce carries a Nevada bank charter under which the combined entity will continue to operate. Post-closing, GCAC will be the largest recapitalization of a newly formed commercial bank holding company by a SPAC in US history, and be re-named Western Liberty Bancorp (WLB). WLB will become a bank holding company and its banking operations will be conducted through its newly acquired subsidiary, which will retain the 1(st) Commerce Bank name.

December 13, 2021 – Global Consumer Acquistion Corporation (GACQ) Our aim is to grow Ascense Brands' Air Care Platform into a billion-dollar business within the next three years, focusing on growing our brands and private label segments as well as leveraging value added acquisitions across the globe including Asia & India. We believe that Ascense Brands will become a market leader in the U.S. Air Care private label space with approximately 35% market share and strong growth potential." The transaction values the combined entity at an enterprise value of approximately $507.1 million, with up to approximately $117.5 million in net cash to fund growth. "GP Global through its Indian subsidiary, Primacy Industries Ltd., brings with it significant market access and a cost competitive manufacturing base in India," said Mr. Ajila.  Primacy Industries has recently received a $41 million investment, the investment was assisted by Bain Capital.

- India Resurgence Fund (IndiaRF"), a join venture between Piramal Enterprises Limited and Bain Capital Credit, Primacy Industries Limited ("Primacy"). The investment proceeds will be used towards strengthening the balance sheet of Primacy and providing fresh capital to fuel its ambitious growth plans.  Primacy is a leading manufacturer in the fast-growing contracting business for fragrance-based consumer products in air care, personal care and health & hygiene categories. With an operating footprint across India, U.S., Europe, Middle East and Australian markets, Primacy caters to some of the largest retailers and CPG companies in the U.S., Europe and India.

On July 25, 2024, the securities and exchange Board of India charged the managing director of Piramal Capital Housing Finance and Rs 45.5 lakh by his wife, while Greatdeal Finconsult Advisors LLP has to pay an amount of over Rs 17crore. Greatdeal will also take a voluntary debarment from the securities market for six months.







32.     Plaintiff states that within the evidenced findings, the redundant registration and application of the name "Crescent" is a mirror image of BCCI inclusive of nefarious, treasonous actors working in collaboration with the inclusive Defendants, as facts provide, to subvert and asphyxiate the United States, its' economy and every inclusive corporation that refuses the covert advances to succumb or participate in the subterfuge.  Plaintiff holds a repository of 1,780+ 501c3 and corporate entities, each either attaching to or staying the hand of the subject nefarious actors, unequivocal proof of the subterfuge, economic espionage of these United States.  Below Plaintiff provides a directory of Crescent entities, followed by a secondary vignette.

- Crescent Capital to Trust Company of the West ("TCW"), later renamed to TCW Group (est. 1995) in California, Mark Attanasio remained a senior partner and CIO.  TCW today is managed by Katie Koch, formerly of Goldman Sachs, Goldman Sachs was directly involved in BCCI (See: ECF Doc. 45-1, p.166; 167).

 In 2001, Societe Generale acquired a controlling interest in the Trust Company of the West (TCW) Group, the parent of TCW/Crescent Mezzanine.  Crescent Mezzanine was co-founded by Mark L. Attanasio in 1991, the first was purchased in 1995 by TCW according to the fiscal records.  Attanasio is the owner of the Milwaukee Brewers of MLB and the joint majority shareholder of EFL 6fice of

the United States Trade Representative (April 2001 – September 2005), directing
Economic, Trade, Foreign and Agricultural Ministers in virtually every country of
mutual =interest to the United States, negotiated food-related related negotiations
including globally in the World Trade Organization (WTO), regionally in the Free
Trade Area of the Americas (FTAA), and all bilateral free trade agreements
(FTAs) with various countries and groups of countries such as the three Andean
countries, Australia, Bahrain, five Central American countries, Chile, Dominican
Republic, Morocco, Panama, Singapore, the five South African Customs Union
(SACU) countries, and Thailand. He closed free trade agreements with 12
countries on five continents and made important advances in FTA negotiations
that were finished after he left office (Source: AFJ & Associates, Bio).  Mr.
Johnson is situated in the United States but his actions prove he holds no
allegiance to same.

33.     Plaintiff states that Crescent Enterprises, a subsidiary of the Crescent Group with

Crescent Petroleum another private subsidiary; the company operates under four platforms – CE-

Operates; CE-Invests; CE-Ventures; and CE-Creates a wholly owned family business group

operating in the MENA (Middle East and North Africa) region  (est. 1971).  The CEO, Badr

Jafar, a United Arab Emirates entrepreneur, chairman of Gulftainer.

34.     Plaintiff states that Crescent Enterprises has overtly taken action to subvert these

United States, acting in the capacity of its corporate ethos and on behalf of the United Nations,

UNESCO, IRC, IPI, COP28, UNFCCC, Gulftainer, Pearl Initiatives, ASEP, AWSI, Sheraa m

Gaza Sky Geeks, Endeavor UAE, Cambridge Judge School, MIT, the American University of

Beirut, the American University of Sharjah, the Centre for Strategic Philanthropy at Cambridge,

the Strategic Philanthropy Initiative at NYU, the Milken Institute for Strategic Philanthropy.

Plaintiff states that Crescent Enterprises and its' designees have expressly weaponized their

alleged philanthropic capacities solely to subvert United States laws, precedent and the triune

Founding documents, principally the Constitution, whether such action was orated or scribed, the

conduct intent of destruction, obviation, and disjointing the Trust held sacred by the People of

these United States for the Dominion of God, the Father.

35.     Plaintiff states that Crescent has an appreciative history of concealing themselves behind philanthropic endeavor, including those associated with Marc Rich, the BCCI, the Oil-for-Food program (as below), the Awan Brothers covert infiltration in federal national security matters, USAID,  while not limited to the foregoing, Plaintiff has made disserted effort to dismiss opaqueness by providing the Honorable Court a detailed vignette of one domestic pass-through entity so associated, Plaintiff states as a matter of record, there are **1,000's** of similar structured assemblages among a myriad of associate corporations and entities.



36.     Plaintiff further emphasizes the foregoing drawing on the historic record of the Iraq war, a period of conflict orchestrated by the subject Defendants with the ultimate intent of inserting a Senator, holding allegiances apart from these United States, void of moral conscious but for the aforesaid allegiances, including but not limited to that of Nadhmi Shaki Auchi and ACORN.  Moreover, Plaintiff states that such allegiances were and remain drawn from familial lineage, endeared and coveted while artfully orating otherwise, deceptive in every way; the Defendant, BARACK HUSSEIN OBAMA, did not in 2008 and does not presently meet the Constitutional threshold to serve as the President of these United States.

37.     Plaintiff states that under parallel pretense to the actions of his co-Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON, as concerns the federal investigation, or lack thereof, and subsequent pardon of Marc Rich, Defendant BARACK HUSSEIN OBAMA leveraged these United States so as to infuse himself as an American citizen, a fraud actually, supplanted by foreign parties as an Executive of record while prostituting the sovereignty of every Created citizen and her lands to foreign interests in exchange for retention and transactable viability of plagiarized intellectual property "IP", patents held by names not of work product origin, same belonging to Nikola Tesla.  The extraction associated with that which rises from the sands as dark as the abyss of foreign lands, no less ancient than that of Oppenheim's archeological finds held in the company of Nikola Tesla's remaining records, usurped by the FBI and turned over to the Department of Alien Property Custodian – STOLEN.  The Plaintiff holds to civility but holds absolutely no obedience to the inclusive Defendants, fraudulent by Title, Oath and allegiance; the fear of God will be made known and tangible with every civil authority so belonging.  This land is not Rome, it is consecrated to God Almighty in Trust not of the inclusive Defendants' Rights or authority to impose, extinguish or escheat.

38.     Plaintiff states that Hunter Biden, serving on the Board of Burisma until October 3, 2019, through its parent company, Brociti Investments at the BNP Paribas, London Branch, was conducting business and in receipt of funds directly associated with China and Chinese citizens through UnionPay, a Chinese, state-owned financial services corporation and through licensure payment gateway in Eurozone countries, Europe.  China UnionPay was launched March 26, 2002.  In 2017, Chinese President Xi Jinping traveled to Russia, CEFC said it would buy 14% of Russian oil company Rosneft from Swiss-based mining company, Glencore and Qatar Investment Authority ("QIA"); a secondary interface in and among QIA as a business affiliate, aiding in the purchase and relocation of BNP Paribus in Milan, including securing the funds to aid purchase.

39.     In 2015, BNP Paribas relocated its headquarters in the Diamond Tower, in Porta Nuova, Milan, the purchase of the property in San Fedele was finalized through the COIMA, QIA fund, Qatar Investment Fund and COIMA SGR.  Plaintiff states that COIMA SGR S.p.A., on behalf of shareholders Qatar Holding LLC, COIMA SGR S.p.A., COIMA S.r.l. and Manfredi Catella, members of the shareholders' agreement among them signed on December 1st, 2015 (Source:  COIA RES Shareholders Meeting June 11, 2020).   The affiliation with both China and Qatar through government owned enterprises is insurmountable.  The interface and fiscal attachments between the government owned enterprises commenced under Defendants WILLIAM J. CLINTON and HILLARY R. CLINTON with Marc Rich.  The relationship evolved through Hunter Biden and Defendant, JOSEPH R. BIDEN.  In between the two, these same relationships were commercialized between BARACK HUSSEIN OBAMA and Nadhmi Shaki Auchi.

40.     Crescent Australian Equity (est. 2011) formed from seed funds granted by Aon Hewitt, formerly known as Hewitt Associates (est. 1940), Lincolnshire, Illinois.  In 2017, Aon Hewitt was acquired by Blackstone (2017) and spun off as Alight Solutions, having an appreciative acquisition/merger history.  Crescent Australian Equity, founder Talal Yassine, also founded Crescent Institute, Ltd., Crescent Foundation, and Crescent Think Tank.  Talal Yassine formerly with Price Waterhouse Coopers.  Price Waterhouse is referenced 500 times in the BCCI Investigative record (See: ECF Doc. 45-1) as a principal actor, all locations including U.K., Luxembourg, United States, among others.

41.     In December, 2012, Talal Yassine formed the Crescent Wealth Superannuation Fund, Australia's first Islamic superannuation fund which strictly follows Sharia Law adherence; no investment in alcohol, gambling, pornography, weapons, pork, and financial stocks like banks that bank on interest charges.  Yassine is a Board member of Sydney Ports, Sydney West Area Health Service, the New South Wales Casino Control Authority and the Australian Postal Corporation, and the Council for Australian-Arab Relations for the Department of Foreign Affairs and Trade through which he serves as member of the DFAT Australian Malaysia Institute and Australian Multicultural Council.

42.     In 2020, Crescent Finance entered into an exclusive agreement with DomaCom to pioneer Islamic home finance product launch, targeting 700,000+ Muslim population, Australia (Source: DomaCom Limited Director's Report, June 30, 2021).

43.     In 2021, Crescent Wealth, Australia has holdings including: Crescent Wealth Cash Management Fund; Crescent Wealth Australian Equity Fund; Crescent Wealth International Equity Fund; Crescent Wealth Property Fund; Crescent Wealth Listed Real Assets Fund;

Crescent Wealth International Passive Equities Fund; and Crescent Wealth Islamic Fixed Income Fund (Source:  Annual Report, 2021).

44.     On September 25, 2021, Meng Wanzhou, Huawei, Chief Financial Officer and daughter of founder  Ren Zhengfei, formerly with the People's Liberation Army, was released and returned to China, thanking President Zi Jinping.  An open case involving sanction violations remained in the United States regarding Wanzhou.

45.     On September 25, 2021, Defendant, JOE BIDEN announced a trilateral military pact with Australia and the United Kingdom.

46.     The Honorable Court record reflects the detailed analysis through July, 2024 including those emerging matters concerning the illicit actions of Microsoft and Defendant UNITEDHEALTH GROUP.  The research continued giving rise to this Brief and Motion.

47.     The BCCI historic record reflects CIA and foreign nation-state direct involvement in a myriad of coups to remove Prime Ministers and Presidents, although such events are not isolated to BCCI.  Plaintiff states that the inclusive Defendants expressly, put a welcome mat for Kamala Harris as the unelected substitute to Defendant JOSEPH R. BIDEN in the 2024 Federal election, shortly after the coup which left the United States and her People gravely vulnerable, the fornicators of plagiarism as the criminal perpetrators have every knowledge of the facts that God has disclosed by Plaintiff obedient hands.  Plaintiff restates the privacy breach of personal records, up to and including the Defendant JAMES PITTINGER refusing property tax payment in an effort to move of tax sale; Plaintiff will seek a restraining order under separate cover.  The grave concern is and remains the state of our Nation and the weaponization of every venue to the People's Rights of unencumbered voting access to the ONLY person who has and remains the Constitutional stronghold staying the criminal syndicate

that has ensconced these United States.  Facing every allegation across from Soros funded

Judges, no less compromised than the hidden hands that directed the Judicial tyrannical actions.

Plaintiff states that the Truth which God alone has disclosed will not be kind to the purveyors of

weaponization, whether by tongue or deed, He will be verily, verily just.

### SPECIFIC STATEMENT CLAIMS – COVID-19

48.      Throughout COVID-19, officeholders at the Federal and State levels, hosted

publicly held "COVID-19 update" press conferences, disproportionately those individuals

identifying with the Democratic Party opined regarding *their* perceived shortfalls of the Trump

Administration's alleged failure to supply PPE, ventilators and, as FDA consents were received,

vaccines access.  Among the subject persons ANDREW CUOMO (NY), PHILIP MURPHY

(NJ), Ned Lamont (CT), Charlie Baker (MA), Laurence Hogan (MD), Tom Wolf (PA), Dan

McKee (RI), Gavin Newsom (CA), Tim Walz (MN)  in the company of those who would follow

upon their departure as Governor including, KATHY HOCHUL (NY), Josh Shapiro (PA), Maura

Healy (MA).  The foregoing actions mirrored at the Federal level CHUCK SCHUMER, ADAM

SCHIFF, NANCY PELOSI, JOE BIDEN, KAMALA HARRIS.  A directory provided below for

the Honorable Court's reference, supplemented by EXHIBIT 2, a directory of similar press

conferences.

    A. **Andrew Cuomo, Governor, New York**:
- https://youtu.be/skmNLd_czp0?si=01GqlLjdlyjyEtCq ;Dec 8, 2020
  In this 7 Dec 2020 briefing New York Governor Cuomo talks to Dr. Anthony Fauci about the timing of COVID-19 vaccinations and why you should get vaccinated. Full briefing at: Governor Cuomo Directs State Dept. of...

- https://youtu.be/NIkQMkXTXwU?si=mTO1inMXsY4ODHAF ; Mar 25, 2021.  New York Gov. Andrew Cuomo facing new controversy over claims he prioritized coronavirus testing for family and associates.

    B. **Philip Murphy, Governor, New Jersey**:

○ https://youtu.be/5xGlaWJYFcI?si=-h6W4Xk0SKl5R9Ki_ :May 12, 2020 #nyc
#abc7NY #localnews Gov. Murphy announced the state is directing $6 million in
federal funding to Rutgers University to boost their test production capabilities from
10,000 tests per day to 50,000 within the next six-to-eight weeks. New Jersey's
testing plan will also utilize mobile testing units, which will go right into their
communities, the governor said. Testing sites will be open within institutions of faith,
including at churches and mosques. Read more: https://7ny.tv/2SYIWwJ

○ https://youtu.be/yvdU2eyWA5o?si=XrRYRs5_HpRk1X4F : Jun 17, 2020
A wrongful termination lawsuit claims a top Murphy Administration official pushed
to get relatives tested for COVID-19 – back when everyone else waited for hours in
line. He was refused by an assistant health commissioner who called the request
"unethical" -- complained -- and allegedly got fired over the dispute. The
Administration called the lawsuit "without merit."

○ **https://youtu.be/R2reEf1MdXI?si=8Mq5T1Y1LAdvr6Rc;** Aug 16, 2022
Mandatory and routine COVID-19 testing is no longer required for many
unvaccinated employees in New Jersey. This comes after Gov. Phil Murphy signed an
executive order on Monday.

C. **Ned Lamont, Governor.**

○ https://www.youtube.com/live/mhoaRFgQP8o?si=CId0wBGz9IEFiuKm
Joint (NY/NJ/CT/RI/DE):  Streamed live on Apr 13, 2020 #CNBCTV #CNBC
New York Gov. Andrew Cuomo will join with other governors, including
Connecticut Gov. Ned Lamont and Pennsylvania Gov. Tom Wolf, to make an
announcement regarding the states' response to the coronavirus outbreak. Delaware
Gov. John Carney, Rhode Island Gov. Gina Raimondo and New Jersey Gov. Phil
Murphy are also scheduled to be in attendance.

○ Apr 16, 2020  https://youtu.be/VxL2obdSgkY?si=21AFOA43DnHKLCed
Governor Ned Lamont's 4:30 p.m. news briefing today with updates on Connecticut's
coronavirus response efforts. For more resources and guidance on coronavirus in
Connecticut, visit http://ct.gov/coronavirus.

D. **Charlie Baker, Governor.**

○ Apr 22, 2020  https://youtu.be/GJ5z2F2NQzQ?si=C2ip5g8Nhn1mUvoW
Gov. Charlie Baker announces a new initiative to expand coronavirus testing through
community health centers.

o May 12, 2020  **https://youtu.be/bEjNtKIJzbA?si=6YFl4awXTQkbrlBO**
Gov. Charlie Baker says they have been on a global hunt for swabs to conduct
coronavirus testing.

E. **Laurence Hogan, Governor.**

o Mar 12, 2020  https://www.youtube.com/live/zgvsiCjo_-M?si=zd9yUXPtKcIAUL1I

o Aug 5, 2021  https://youtu.be/kkPZTfckpYs?si=oRMt_Rzmt0OBMPYy
The recent surge of COVID-19 and the new and contagious delta variant have the
Biden administration as well as state and local officials facing tough decisions,
including whether to impose vaccine mandates. Maryland Gov. Larry Hogan joins
Judy Woodruff to discuss the challenges.

F. **Dan McKee, Governor.**

o Aug 10, 2021  https://youtu.be/mdSOddWDASI?si=vKUkJQ8q5gSrIiGp
Gov. Dan McKee spoke during a COVID-19 briefing on Tuesday, August 10.

o Mar 4, 2021  https://youtu.be/hyBecFm9yAM?si=DamDcv4VtA_ieLMC
At 1 p.m. Thursday, Rhode Island Gov. Dan McKee will hold his first weekly
briefing since being sworn in and taking over the state's COVID-19 response and
vaccine rollout.

G. **Kathy Hochul, Governor, New York**:

o Oct 19, 2021 https://www.youtube.com/live/lO7glmHTVUs?si=9IfT0_y4hJro0cCZ
HAPPENING NOW—NY COVID-19 BRIEFING: NY Governor Kathy Hochul is
holding a COVID-19 briefing. Watch live.

o Feb 1, 2022  https://youtu.be/eWSdLZatAXA?si=St77rxLngj73FdXa
February 1, 2022 Arkady Belozovsky (CDI) and Feed Interpreter Rachel Cahill

H. **Josh Shapiro, Attorney General.**

o May 21, 2020 #coronavirus  https://youtu.be/6wD3Tgr0LP8?si=xTHKnF2Shf6fPbiA
Follow Attorney General Josh Shapiro

o Jun 11, 2020  https://youtu.be/p9xc20c4inw?si=iSyjJUcL5jEZ0GOY
Then-Attorney General Josh Shapiro During this pandemic, one thing has been clear -
- people need more access to healthcare, not less. I will continue to fight to protect
women's access to contraception.  Claim that Trump Administration was ignoring
women's health throughout pandemic.

o  Sep 17, 2020  https://youtu.be/G9qq7T7RjLE?si=M79z8F-iy3ceMTwx
   Follow Attorney General Josh Shapiro – Unemployment insurance abuse – identity
   theft.

I.    **Maura Healy, Attorney General.**

o  Dec 30, 2020  https://youtu.be/B0gOy_UkcqA?si=Gxv_ugtsC82ri_yn
   Massachusetts Attorney General Maura Healey warned residents to be aware of
   scams surrounding the coronavirus vaccine.

o  Jan 30, 2022   https://youtu.be/9vdCYXFBF7Q?si=ljm3cMrt35ALyhLv
   The Massachusetts Attorney General says she is continuing to prosecute those who
   were selling fake hand sanitizers and duping cities and the state into buying face
   masks that were never delivered.

J.    **Tom Wolf, Governor.**

o  March 18, 2020
   https://www.youtube.com/live/WN6wZsNbY7U?si=UaCL1zW3JfC0SuZw
   Pennsylvania governor Tom Wolf gives coronavirus update.

o  Jan 14, 2022  https://youtu.be/ksdR4mx8bbA?si=5aKHzelut8uH0rzD
   He held a press conference on Friday afternoon, vaccine and boosters.
   Pennsylvania governor Tom Wolf gives coronavirus update.

K.    **Charles "Chuck" Schumer**:

o  Nov 19, 2020   https://youtu.be/h62_XZX1N8Y?si=D-A1W65nz3kj_msl
   Testing locations in rural areas are limited. Senator Schumer says that billions of
   dollars are available to help, but not being distributed.

o  Dec 5, 2021  https://youtu.be/0mKUxaNdUhQ?si=eiRscqHONM1bPysi Senator
   Schumer says the key to controlling the new omicron variant centers around at-home
   tests, which should be distributed for free to local health centers.

o  Mar 21, 2021 https://youtu.be/HI8M8qXvK1I?si=GCq6A46gNMCQKdZ7
   CBS2's Jessica Moore has the details.  National ad blitz to advocate safety of
   vaccines, "it will slow down our complete recovery from COVID."

o  January 23, 2024 https://youtu.be/n_YJCvFt6Gc?si=AshTyQ1_YDXjgnRw
   1.65m vaccines community health centers; 200 pop-up vaccine sites. Advocating

o  Nov 29, 2020   https://youtu.be/bInf3jrLi6Q?si=XR7vRonslgei52k6

Sen. Schumer spoke about the latest coronavirus stimulus talks during a news conference on Sunday.  Vaccine production – commend the work of the Administration, half the work $30B needed for distribution, educate the public, etc. to get the shot in people's arms.  FEDERAL FUNDING NEEDED, mobile clinics, equitable distribution.

L.   **Adam Schiff**:

o  March 20, 2019   https://youtu.be/DDxwKjQY9QY?si=WN2kwHvrU1xkzjAD
On Wednesday, March 20, Rep. Adam Schiff (D-CA) talked with CBS correspondent Tony Dokoupil about letters he wrote to Amazon, Facebook and Google about the spread of misinformation about vaccines on their platforms, and the free speech concerns that arise from that. During the interview, Schiff said: "They did take steps to de-emphasize the misinformation," Schiff said. Essentially, making them harder to find and harder to get. For Schiff, "maybe that's the right balance." "It is. I can't say that I am all that comfortable with that idea," Schiff said. "But I think here, where you're talking about an immediate threat to public health, where you're talking about a very strong scientific consensus, I think that cuts in favor of the exercise of social responsibility." Despite contacting tech companies about it, Rep. Schiff said he does not think it's the government's role to tell companies they can't publish certain content. "There is a First Amendment right to say whatever you will," Schiff said. "Because we are forced to deal with the problem it creates, and that is public health crises because other people suffer as a result."

o  Mar 12, 2020   https://youtu.be/369rUednxcc?si=YpOc-K9UyPDuwNzh
On Thursday, March 12, Rep. Adam Schiff (D-CA), met with Dr. Rebecca Katz, Professor and Director of the Center for Global Health Science and Security at Georgetown University Medical Center, to discuss the Coronavirus pandemic and answer questions from constituents about how they can stay healthy and be prepared. For more information, visit www.cdc.gov. Dr. Rebecca Katz is a Professor and Director of the Center for Global Health Science and Security at Georgetown University Medical Center. She teaches courses on global health diplomacy, global health security, and emerging infectious diseases in the School of Foreign Service. Since 2007, much of her work has been on the domestic and global implementation of the International Health Regulations as well as global governance of public health emergencies. She has authored over 80 peer reviewed manuscripts, and three books in addition to numerous op eds, blogs, white papers and book chapters. From 2004 to 2019, Dr. Katz was a consultant to the Department of State, working on issues related to the Biological Weapons Convention, pandemic influenza and disease surveillance.

o March 30, 2020   https://youtu.be/FItyJYnhN_8?si=CLfab0SXw5p_66UkOn
   Monday, March 30, 2020, Rep. Adam Schiff (D-Burbank) joined Good Day LA to
   discuss how the bipartisan $2 trillion relief package will help American families,
   workers, and small businesses weather the economic impacts of the crisis, and what
   more needs to be done – including increasing testing capacity, providing more
   support to hospitals and healthcare workers, and additional efforts to help small
   businesses get back on their feet. --- Join the conversation: →
   https://www.schiff.house.gov

o Apr 5, 2020   https://youtu.be/hTAbVDLEZrI?si=urNHoFsj8J6KunXo
   On Sunday, April 5, 2020, Rep. Adam Schiff (D-CA), Chairman of the House
   Permanent Select Committee on Intelligence, joined MSNBC's Kasie DC to discuss
   his legislation to create a 9/11-style commission to review the government's
   Coronavirus response. Schiff also discussed President Trump's clear pattern of
   eschewing oversight, including his Friday night firing of the Inspector General of the
   Intelligence Community and his refusal to answer critical questions from reporters at
   his coronavirus briefings. --- Join the conversation: → https://www.schiff.house.gov


M.  **Nancy Pelosi**:

o Sep 17, 2020 https://youtu.be/OsKWjYfe7Jo?si=KPIurmi_QC1Mrekl
   House Speaker Nancy Pelosi said Thursday a COVID-19 vaccine shouldn't be
   delivered one day earlier or one day later than it is ready, and politics should not
   interfere with the development or distribution of a safe vaccine. IMPORTANT
   DISCLOSURE.  "EVERYONE HAS TO HAVE ACCESS"

o https://www.youtube.com/live/Z53zEJiPn84?si=CFQzz-j_68Z2ZA54
   Streamed live on Dec 30, 2020  Politicking about the death of an incoming Rep. –
   died of blood clots…She was incoherent in the video…stumbling over her words.

o Oct 10, 2021   https://youtu.be/stjd8ZqCmBk?si=8vFAQ5Dzkx0bI6OF
   With Italy preparing to require workers to carry a "Green Pass" that shows their
   COVID-19 vaccination status, protesters took to Rome's streets and clashed with
   police. Meanwhile, House Speaker Nancy Pelosi was visiting Pope Francis Saturday
   to discuss topics like climate change and had to be removed from the Vatican out of
   an abundance of caution. CBSN anchor Lana Zak spoke with CBS News' foreign
   correspondent Chris Livesay who was in Rome to give the latest.


o Sep 6, 2020   https://youtu.be/qpEFPI1qE3o?si=CBlTKfPLMCJxkbBn

Donald Trump's alleged statements disparaging the members of the U.S. armed services, COVID-19 economic relief, the expected coronavirus vaccine, and more are discussed by House Speaker Nancy Pelosi, in conversation with María Teresa Kumar.» Subscribe to MSNBC: http://on.msnbc.com/SubscribeTomsnbc

**N.  Joseph R. Biden.**

o   July 29, 2021   https://youtu.be/G3jS_EA5KGQ?si=pQVruEpvD5wTE0PP
In a public address Thursday, President Biden announced that he will talk with the Defense Department to introduce COVID-19 vaccines into the list of mandatory vaccines for the military members.  NO TEST, NO VACCINE – "mask, 1/2  tests per week, generally will not be able to travel for work.  Get your workers vaccinated. NFL."  **REPUBLICAN SENATE (2023) sent bill to rescind MANDATE for military.**

**O.  Dick Durbin**

o   July 7, 2020.  https://youtu.be/DZg8SXB_heE?si=YBn8P63pXbnBFK5Z
Dick Durbin –Dr. Collins hearing, noting that Durbin brought up the implication of the live-virus historical experiences and the implications on the OWS pursuits to develop a vaccine under time constraints.

o   August 26, 2021.
https://www.youtube.com/live/6UyzHI0c7xU?si=ZDyAZgyLoxUdtgBn
Dick Durbin –SPRINGFIELD – U.S. Senator Dick Durbin will hold a virtual news conference to discuss the rise of COVID-19 cases, as well as the situation in Afghanistan. Durbin will be joined by a doctor from Lurie Children's Hospital of Chicago to discuss the importance of getting vaccinated and following public health guidelines to help keep children and other vulnerable populations who cannot receive the vaccine safe. In recent weeks, the U.S. has seen an exponential growth in COVID cases among kids—fueled by the twice-as-contagious Delta variant—reaching levels unseen since last winter. The number of COVID cases in children nationwide has steadily increased since the beginning of July.

**P.   Kamala Harris**:

o   Jan 13, 2022 **https://youtu.be/U2xNf4cuK3c?si=o76o_AHNgH9j5-2n**
Vice President Kamala Harris sat down for a wide-ranging one-on-one interview with TODAY's Craig Melvin, discussing the progress made against COVID-19 during this administration and responds to why updated guidance on masks hasn't been given yet as public health officials acknowledge cloth masks are not as effective as KN95s and

N95s. Harris also talks about the focus on voting rights, saying, "I don't think anyone should be absolved from the responsibility of preserving and protecting our democracy." She also weighs in on a talks of a change to the presidential ticket in 2024: "We are thinking about today."

o   Apr 28, 2022  https://youtu.be/Sup8gGUpwxM?si=Pd1JAHP7gBZuwLOK
    There is growing concern today President Biden is putting himself at risk of contracting COVID-19 with his appearances before large crowds, especially after Vice President Kamala Harris tested positive for the virus earlier this week, just moments before a scheduled meeting with the president. She is showing no symptoms, but is in isolation at the Naval Observatory, and taking the antiviral pill Paxlovid as a precautionary measure.

o   Jul 18, 2024 **https://youtu.be/xqcUcaQA92s?si=-XAbIyPBQFvSOH2G**
    Vice President Kamala Harris said, "You cannot claim you stand for unity if you are pushing an agenda that deprives Americans of rights."

Q.  **Tim Walz**:

o   May 27, 2021  **https://youtu.be/kX2cXzXDkzM?si=yOkeOfEkZrlwiUe7**
    Minnesota Gov. Tim Walz is trying to get 70% of people 16 and older vaccinated by mid-summer, reports Caroline Cummings (1:49)

o   October 6, 2021 https://youtu.be/F9ENtcJc1mA?si=U7VO3DTwM00VujNZ
    Walz recommends Legislative action to approval MANDATED VACCINATION to teachers and children.

o   https://youtu.be/AvfN296qiTs?si=yfC-OBoGw7Xl7dk76

    October 18, 2021: School scholarship – Academic ($200/12-17 yrs. And college scholarships $100,000.00 Minnesota school, public or private; $12.2m dedicated budget for scholarship and incentive programs.  Cost of not being vaccinated – hospitals, lost work, etc.  "Kids Deserve a Shot."

49.    On March 18, 2020, the Trump Administration created the first-ever public-private enterprise, expanding PPE production project with existing business entities coming together across the United States, retrofitting their facilities and equipment to manufacture and distribute all manner of person protective equipment.  The joint business exchange brought together nationwide industry leaders in problem solving, forecasting and planning for delivery of

PPE equipment despite logistical complexities felt worldwide due to the COVID19.  The vast majority of corporate participants adjusted their entire manufacturing and logistics facilities, reorienting their entire operations to meet the PPE demand domestically.  The program proved successful.

50.     While PPE from the foregoing project was disseminated through Operation Warp Speed, citing the statements of the Governors, Andrew Cuomo and Gavin Newsom, two fully-equipped and manned Naval hospital vessels for port in New York and California were readied and sent to the respective ports to serve as temporary hospitals/clinics, coordinated with the Governors both states; neither vessel was utilized to a great extent and returned for thorough cleaning/disinfecting several weeks after arrival.

51.     April 17, 2020, the FDA confirmed taking action to "To Speed Coronavirus testing, FDA greenlights a new type of Nasal Swab."  The announcement confirmed the coordination with US Cotton and collaboration with Dan  Wattendorf, a physician who directs innovation technologies at the Bill and Melinda Gates Foundation; "over the next few days he expects data on whether tests are still accurate after they are exposed to temperature extremes that would likely occur when sent through the mail.  That could be a step toward the FDA allowing tests that people can sent to diagnostic laboratories through the mail…it's really important the world knows about it…we want the manufacturers to known about it, we want the doctors to know about it."

52.     On April 29, 2020 NIH released guidelines for public health practices including RADx initiative for accurate testing (Source:  September 4, 2020, NIH).

53.     "The firm plans to manufacture the swabs in 'large quantities," the FDA said. Ken Ehlert, the chief scientific officer of UNITEDHEALTH GROUP which conducted studies

that led to the regulatory changes stated: "If you look at New York, they were days from being

out" of basic materials like swabs and viral media, he said."  U.S. Cotton under the Parkdale,

Inc., Parkdale Family of companies was awarded the contract under the FDA to manufacture the

new swab introduced foam/synthetic swab, replacing the cotton swab, citing materials access and

logistics issues.

54.     When the swabs were authorized by the FDA  and modified from cotton to

polyester, the Gates Foundation and Innovative Technology Solutions (Dan Wattendorf), in

combination with the Wyss Institute for Biologically Inspired Engineering at Harvard University

introduced the nasopharyngeal swab, licensed by Agile Biodetection.  "Conventional nasal swabs

that are commonly used in infectious disease diagnostic medicine were designed 50 years ago,

and are manufactured in two parts from different materials that then need to be assembled,

sterilized and packaged in a multi-step process, which requires considerable time and expense. In

successful tests performed by academic collaborators and teaching hospitals, the unique nasal

swab design was demonstrated to effectively collect SARS-CoV-2 genetic RNA material from

the nostrils of patients and to be more comfortable than existing commercial products" (Harvard,

October 5, 2020).

55.     Nikola Tesla's IP was utilized for Project Gabriel, and the accompanying Project

Sunshine, these followed the Manhattan Project, (1953).  Project Gabriel was intended to identify

incremental measurement of radioactive isotope Strontium-90, the most serious threat to human

health resulting from nuclear fallout.

56.     Preparing for this pleading, Plaintiff analyzed the August, 2024 report released,

"Hunters Point Naval Shipyard, Strontium-90 Method at HPNS, "In 2021, the Navy observed

elevated Sr-90 results using EPA Method 905; results were inconsistent and could not be

reproduced, identified a high potential for false positive results…The 2023 Method Verification Studies and Approval process conducted laboratory method verification sties on all methods; confirmed Eichrom Method for TBS reliability and accuracy; continued communication with regulatory agencies." The data from time periods 1950-1960, 1970-2000, and 2009, are provided below:

- 1950 -1960.  Nuclear weapons testing dispersed Sr-90 in the environment.  Operation of Naval Radiological Defense Laboratory established (1948-1969).

- 1970's – 2000's.  Navy ceases operations (1974).  After leasing space to a private company for several years, the U.S. Navy CLOSED all property operations; HPNS added to Navy Base Realignment and Closure (BRAC) Program (1986). Environmental investigation and clean-up commence.

- 2009.  Established Sr-90 cleanup, measurement level at 0.331 picocuries per gram (pCi/g).

- 2017.  Navy and EPA found past radiological data unreliable; agreed to collect new samples, clean-up continued.

- 2020.  Navy soil sample collection began at Parcel G using EPA Method 905 (Sept2020); agencies began collecting independent samples.

57.     Plaintiff states that the inconsistencies are born of a fracture in the origin of measurement associated within the measurement level calculation, an unresolvable quandary for which an exceptional amount of taxpayer dollars has been expended while transferring the responsibility in between parties.  The foregoing being a mirror image of the fractures and transactional currency of corporations within the United States economy.  Plaintiff states that the fracture exists within the measures of nuclear exposure just as with the corporations because the

origin of both emanate from the same source; the IP authored by Nikola Tesla stolen upon his

death by George Scherff, and shared at Harvard College.  As the Morrill Act was passed, the

records were disseminated more broadly the University lands protected as sovereign, unlike the

innate gifts of the human mind honed by God intact in Nikola Tesla.  Facts provide that once

Scherff, Sr. aka. Prescott Bush shared them as he did with Adolph Hitler, the documents were

plagiarized by a broad body of persons.  To further illustrate the fracture and the fundamental

basis of herein claims, Plaintiff brings to the Honorable Court's attention the Texzon "Wireless

and Microwave Circuits & Systems Test Findings."

58.     Based on the historic records, the replicable measurement benchmarks cannot be

met.  There is no work-around that would provide viable measurement, accordingly, the reassign

to the Navy and the EPA, and where that failed, they retained an outside vendor to provided

software intent to fix the problem.

59.     Deferring to existing research regarding Project Sunshine, Project Gabriel,

associated with the Manhattan Project, so too at the time, gave proof to the fissures described

above, Plaintiff has attached the Project Sunshine report and study, a grisly tale of attempted

work-around, the origin of the fractures inaccessible because they were stolen IP belonging to

Nikola Tesla.  Texzon Technologies, LLC 2016 findings  entitled, "Wireless & Microwave

Circuits & Systems" presented the testable findings regarding the Zenneck surface wave (ZSW),

a type of electromagnetic wave that travels the earth, bound to its surface.  The Texzon

experiment test states:

> The Texzon field test provided that the Burrows Seneca Lake experiment did not satisfy
> the large numerical distance *restriction* on field strength calculations, it was *unjustifiably*
> used to substantiate the Norton-Niessen-Burrows assertion of a 'Sommerfeld sign error'.
> Prof. Collins…conclusion, 'the sign error that has been claimed in the technical literature
> for more than 65-years is a myth…in spite of the long-held belief, Sommerfield did not
> make a sign error in his 1909 paper…There is no sign error…The famous sign error is a

myth…The tragedy is that the opportunity for practical terrestrial surface wave excitation and the possibilities for Zenneck wave wireless distribution were missed altogether in the 20th Century' (Texzon, 2016).

60.     United States Judicial records provide significant interface between Nikola Tesla and Jonathan Zenneck, extending to include Marconi Company, with such records held in the Supreme Court of the United States; the 1943 decision restoring the prior patents of Oliver Long, John Stone and Nikola Tesla.  It can be asserted that Zenneck's wave wireless distribution findings, similar to Marconi were missing origin records to verify claims made because the work product was plagiarized, belonging to Tesla.

61.     There is no resolve to the Zenneck surface wave theoretical query and, facts provide that those holding to the aforementioned fissures, the inclusive Defendants among them, have for years, lived a parallel life within society one which is absolutely contrary to human interests, a counterculture with rules apart from God's Law, Creation and the expanse of legal precedent informing civil society and expectations thereto.

62.     God Almighty, Triune and omnipresent is THE measure of time, He has no origin associated with science as He created ALL THINGS, they are of Him and therefore intimate to HIS forecast of intent, the outcome known to Him.  The Plaintiff drew on clinical research management experience including Rx to OTC to complete an appreciative investigation, the facts are presented in support of the associated claims, irreparable injury and relief.

63.     Opposing all Constitutionally derived powers of the Executive of these United States, Donald John Trump, the test swabs were manufactured to receive the nanotechnology thin film deposition, PRC test (lab-based).  Facts show that the nanotechnology included radioactive isotope, Strontium-90 (Sr-90), spent nuclear fuel or radioactive waste from nuclear reactors, applied by way of electrophoretic deposition of graphene on basalt fiber, knowingly and with malevolent indifference to human impact.   Applying the extraordinary body of oration

from the inclusive Defendants regarding the COVID-19 lockdowns, economic shutdowns and, that the only means they would consent to reopen was test and retest; knowingly presenting a recurrent exposure of radioactive isotope to the blood/brain barrier of every one of God's Creation.  Plaintiff has included samples of such oration given the ongoing denial by the Defendants of their culpability – again, God ensured every piece of evidence to the Plaintiff's hands, irrefutable evidence of their crimes against humanity.

64.     The test swabs were altered several times throughout COVID-19, including rapid at-home antigen tests and molecular tests.   Similar to a long Q-Tip, the samples include anterior nares (nasal); mid-turbinate (sample drawn from in the back of the nose); nasopharyngeal (sample drawn from deep in the nasal cavity); and oropharyngeal (sample drawn just beyond the mouth).

65.     On April 24, 2020, Ferring Pharmaceutical announced a funding exploratory, basic, and clinical research grants to collect data and expand knowledge about the effects on SARS-CoV-2 on reproductive, pregnancy, and fetal/neonatal health. (Source: https://research.uga.edu/research-insights/ferring-pharmaceuticals-ferring-covid-19-investigational-grants-in-reproductive-medicine-and-maternal-health/)  Additionally, On October 19, 2022, Ferring Pharmaceuticals announced an in-depth analysis of future trends in the Assisted Reproductive Technology (ART) market.  (Source: https://www.fertilityoutloud.com/?gclsrc=aw.ds)  The inclusive actions of Ferring Pharmaceutical evidence a knowledge apart from the marketplace, informing participation in and among the inclusive Defendants who schemed for financially benefit at the expense of human lives, atrocities perpetrated against sovereign human beings, opposing all manner of human

dignity and God's Law, international law and federal law.  As a matter of record, Ferring is not alone in the body of collective analyses.

66.    The actions below were conducted covertly apart from Executive authority informed by the Constitution, Article II, Section 1, Presidential Authority.

o    Grant Verstandig attaches directly to several of the known actors within Project Destiny, including Defendant, UNITEDHEALTH GROUP, the NSA and a broad number of corporate as well NGO entities.  So too does Verstandig attach to CRISPR and AI technology.  His alma mater, Brown University,  he is alleged to have dropped out in 2010 following enlightenment of focus on healthcare born of collegiate lacrosse injuries.  Plaintiff suggests that he accessed and plagiarized Nikola Tesla's IP, applying them as his own and weaponized them against his fellow man, woman and the most innocent – children and babies.

o    The facts surrounding the correlation of venue to market body parts, the irrefutable association with Harvard University and, as facts provide UNITEDHEALTH GROUP with the CRISPR work product of Grant Verstandig the undeniable common thread. Verstandig was given security clearances during his foray as senior advisor to the NSA on advanced analytics, a security clearance which he retains to this day.  The same holds true of his capacity at UNITEDHEALTH GROUP as senior advisor to the CEO, shifting from venue and capacity involving acquisition of his autonomous companies, presently incorporated into UNITEDHEALTH GROUP.

67.    As far back as 2012, Harvard had pursued DNA Nanorobot technology through the Wyss Institute of Biologically Inspired Engineering, citing the aforementioned fissures, specifically focused on the target of cancer cells.  Of all illnesses, cancer is the great equalizer,

indiscriminate in its treachery of the victim, a truly heart-wrenching journey.  The Harvard Nanorobot design technology "inspired by the mechanics of the body's immune system" affirms they knew and forecasted the future of your health and welfare, apart from any choice you might endeavor to make.  Plaintiff completed a contrast/comparative analysis of every Harvard graduate, that analysis continues at this time but has born putrid fruit mirroring the facts herein.  To be clear, every product and/or company that built their designs and patents on the stolen IP has broken the law, Natural Law as well the body of jurisprudence that a civil society relies on as reasonable expectation in their public and private life.  Absent Justice being served, as much in honor of Nikola Tesla and righting the myriad of lies promulgated against the sitting Executive of these United States and presently the candidate for same, the People's faith in the cardinal moral truths, that of Life, Liberty and Property will be irrevocable shattered.   Plaintiff makes no negotiation allowance for the magnitude of parties who have partaken of the putrid fruit, the future of our Nation will reflect on the cumulative events, the evidence presented of God's unearthing as well every inclusive Defendant reply, should they dare.

68.    Through the lens of Jeremiah 9:2-7 …but they are not valiant for the truth upon the earth; for they proceed from evil to evil, and they know not me, saith the Lord…they will deceive their neighbor, and will not speak the truth…through deceit they refuse to know me...I will melt them, and try them.   The evil described begins as a thought, desire or temptation (reward attachment), once it takes hold, it shifts the perspective and moves the actor from the relationship with Creator, God and into the chasm of the new master, laying hold of the heart and mind from which all vision is blurred but for that orientation, true in all circumstance and absolutely true of the whole - Project Destiny.

69.     The principal scientist at the Harvard Wyss Institute is Michael Rubin, a recipient of three Yale degrees of study, specializing in Middle East and Islamism policy analysis.  Rubin serves on a variety of Boards and works with a number of NGO's, advising the United States Army's Training and Doctrine Command (TRADOC), having an appreciative history of deployed service as well teaching about Islam in foreign nation-states within the Middle East and Africa.

70.     The following from Harvard, "the bioethics, the ethics of cloning refers to a variety of ethical positions regarding the practice and possibility of closing, especially human cloning.  While many of these views are religious in origin, for instance relating to Christian views of procreation and personhood, the questions raised by cloning engage secular perspective as well, particularly the concept of identity.  Advocates support development of therapeutic cloning in order to generate tissue and whole organs to treat patients who otherwise cannot obtain transplants, to avoid the need for immunosuppressive drugs, and to stave off the effects of aging.  Advocates for reproductive cloning believe that parents who cannot otherwise procreate should have access to the technology…the moral argument put forward is based on the notion that embryos deserve protection from the moment of their conception because it is at this precise moment that a new human entity emerges, already a unique individual.  Since is it is deemed unacceptable to sacrifice human lives for any purpose, the argument asserts that the destruction of embryos for research purposes is no longer justifiable."

71.     Facts provide that Verstandig, Rubin in the company of their employers UNITEDHEALTH GROUP and Harvard Wyss Institute, conducted themselves contrary to the Laws of Nature and Nature's God, attaching to the aforementioned fissures while shifting their

humanity in holding to extraneous reward, an exchange of Contract but not a departure of their created relationship to God, that being inescapable by origin, root and DNA.

72.      The parties contrived in and among government entities, NGO's and individuals as one an-masse body, expressly usurping all Executive authority under Proclamation 9994 and that of the Constitution with the sole intent of malice and depraved indifference so as to exact death upon sovereign citizens of these United States.  A horrendous and painful death while backfilling their cancer treatment facilities, including Sloan Kettering (see Kenneth C. Griffin and Citadel Securities donor record), although not limited to Sloan as facts provide, to extort monetary gains while treating the victims of their human atrocities.

73.      The nasal swab testing live human experiments are themselves depraved; however, the determinative outcome and forecast was fortified as malicious indifference/depraved-heart murder through further usurpation of Executive authority, introduced by way of Dr. Weinstein into Operation Warp Speed at the direction of Mike Pence, under deceitful pretense.

74.      Dr. Weinstein, an employee of Microsoft Health, who helped to conceive and planned with the help of Warren Buffett, Bill Gates, the Board of Directors of Microsoft, and Microsoft Health, Mike Pence, the Democratic National Committee, Deborah Birx, Anthony Fauci, the Estate of John McCain having fortified Emergent BioSolutions as a federal contractor under guise of 9/11 and the cat litter a pretense of an anthrax terrorist attack, Adapt Pharma Limited, BioNTech, Moderna, the NIH, CDC, DARPA, including but not limited to the above names.

75.      The Operation Warp Speed taxpayer funded project was forcefully railroaded by subversive parties planted within who usurped the Executive directives to exact a formulation

within the mRNA vaccine products, infused with graphite oxide via coated basalt fabric using electrophoretic deposition; an interfacial bonding between the fiber and matrix determining a pivotal role in deciding the mechanical performance of fiber-reinforced composition.

76.     The foregoing informs those members of the federal government, including elected officials and their proteges, not limited to those named parties, deceived the People, forcibly tricking them into partaking of their Created bodies the pure evil resurrected by Oppenheim.  The forecast to remove all choice of conception, men and women alike, forced sterility and, in cases of pregnancy, induce spontaneous abortion of the sacred unborn, absent ANY CONSENTS whatever.  Their third-party designee, Emergent BioSolutions ensured the outcome by introducing smallpox variant as a secondary cocktail; Plaintiff states as a matter of record the resulting myocarditis, post vaccinal encephalitis, RSV, etc. are known patient drug interactive responses to the smallpox vaccine, evidencing Plaintiff's claim.

77.     Edward Liddy (AIG), under sworn testimony, spoke of Project Destiny at the TARP and SIG-TARP hearings so attaching to the forecasted events, known by all parties, preplanned and forecasted to these human atrocities against their OWN SOVEREIGN CITIZENS.

78.     To be historically precise, they applied the concepts in practice of the German Reich, Adolph Hitler, who secured his heinous concoctions of torture principally against the Jews were sent from George Scherff and George Scherff Jr., aka Prescott Bush and George H. W. Bush, stolen property of Nikola Tesla for whom Scherff Sr. worked.  Moreover, as to the actions of Scherff and Scherff Jr., the emergent CIA so too was a collaborator, extracting scientists and some 6,000 other undisclosed parties from German in the days that would follow

the end of that horrific war and brought them to bear on the United States, employing them with taxpayer funds, new names, etc.  They have evidenced their own criminal conduct.

79.      Had the manifest of Project Destiny been successful, those surviving, would be treated for variants of cancer, among a myriad of other diseases including HIV, Hepatitis, etc.

80.      Charlie Baker, former Governor, Massachusetts, a graduate of Harvard, did not seek re-election for Governor, Massachusetts in 2023, his orchestrated hand in the 2020 election rewarded, he joined the Board of UNITEDHEALTH GROUP in November, 2023.

81.      The rapid tests promoted by the likes of JOE BIDEN, KAMALA HARRIS, TIM WALZ, CHUCK SCHUMER, NANCY PELOSI, Dick Durbin, ADAM SCHIFF orchestrated at every level local, County and State policy including ANDREW CUOMO, KATHY HOCHUL, Gavin Newsom, PHIL MURPHY, Gretchen Whitmer, CHARLIE BAKER, Maura Healey among others (See ¶46, herein), and the inclusive body of Media and Public Broadcasting; each co-colluding apparatus in the interests of foreign nation-state with particular focus on Pakistan and United Arab Emirates.  Through their actions, words, and deeds the inclusive Defendants and those herein named have unequivocally demonstrated their allegiance apart from these United States and her People, shattering public trust altogether.

82.      Dr. Rick Bright, playing shortstop to the malevolent actors, presented a whistleblower complaint which was never released to the public.  The report gave appearance that Donald J. Trump and Operation Warp Speed had in some manner steered contracts and funds during the COVID19 crisis. Facts contradict these claims, as presented herein; however, more telling was Dr. Bright's reward following his departure from the NIH and the longstanding receipt of taxpayer funded payroll.  On March 8, 2021, immediately following his departure from NIH, the illustrious Dr. Bright joined the Rockefeller Center as Senior Vice President of Pandemic Prevention and Response, well rewarded for his baton hand off in the character assassination attempt of Donald J. Trump and, at the magnanimous expense to the AMERICAN PEOPLE.

83.      The very same Rockefellers who funded the myriads of political campaigns giving rise to the EGREGIOUS ACTIONS intent of termination the lives of AMERICAN CITIZENS and, so too, the VERY SAME who aided Morgan, Edison and the myriad of actors in stealing, manipulating and plagiarizing the IP of NIKOLA TESLA and the very same who manipulated human health from holistic healing.

84.      During COVID, UNITEDHEALTH GROUP revenues increased substantially.  So too were they rewarded for their role in the 2020 coup de ta'; back fed by KAMALA HARRIS herself, while not alone, she being the designee BORDER CZAR with the designated Constitutional Executive, not elected mind you, authority granted by JOE BIDEN.  KAMALA HARRIS's role as Border Czar was absolutely ignored, partnering with ALEJANDRO MAYORKAS, the DAKA King himself, the Constitutional levies breached, the border flooded of illegal immigrants while the SOROS funded NGOs sat at greeting tables, signing them up for UnitedHealth Care under the ACA Market exchange.

85.      UNITEDHEALTH GROUP was in no manner done with their treacherous capacity, opposing all manner of public health interest.  They would partner in the takedown of the AMERICAN PEOPLE and the EXECUTIVE of the UNITED STATES, sharing company with the OraSure having a suspect history of HIV testing and an equally troubling history of SolarCare Technologies.  Established in 1988, they had developed the rapid test for Hepatitis C and Ebola, undoubtedly a partner to the Gates Foundation's actions taken with the aid of OPRAH WINFREY, WARREN BUFFETT, GILEAD and a number of other entities holding Microsoft Board capacity subject of a former podcast, together these perpetrators imposed on the sovereign beings in African Nations, serving as a litmus test to extinguish God's created and His determinative procreation, each having inherent value beyond measure to all of Creation.  Returning to the vignette of human atrocities, morosely perpetrated on the cadavers attaching to the Anatomical Gift Program at Harvard University, a matter of public record.

86.      The foregoing parties would thereafter partner with DNA Genotek Inc., headed by Mara Aspinall, former Global head of Roche Tissue Diagnostics/Ventana Medical Systems and Bain

Capital, a Harvard alum, serving on the Board of Blue Cross/Blue Shield of Arizona, returning the conversation back to the Estate of John McCain.  In the company of her associate, Nancy Gagliano, former executive with the NIH RADx Tech, Rapid Acceleration of Diagnostics program, tying directly to ANTHONY FAUCI and gain of function, so too a Harvard alum.  The attachments to ELIZABETH WARREN and MITT ROMNEY, unquestionable.

87.     Plaintiff seek to draw to the attention of the Honorable Court, the vaccine mandates and medical cards for which Defendant NANCY PELOSI attempted to introduce, mandated that our frontline be first to receive the vaccines and testing.  On a human level, Plaintiff seeks the Honorable Court to understand the magnitude of the foregoing dictum, the People would have been **made** to succumb to their structures which they had prepared in advance of their design of nuclear war on the sovereign People of these United States; enslaved to whatever nomenclature *they* had forecasted and preplanned.  Our military, law enforcement and first responders were knowingly made to be test subjects in an undisclosed scientific experience of dubious origin, exceeding the semblance of the Tuskegee Project and no less abhorrent; absent any disclosures and conducted at a period of extraordinary personal anxiety with media induced propagandized fear rampant worldwide.

88.     More broadly, as Defendant JOSEPH R. BIDEN in the company of Kamala Harris, serving as Vice President, led the charge to usher chaos including a myriad of inconsistent communications regarding public health, the horrific Afghanistan withdraw, the Administration's posture regarding Israel, payment of funds to Iran and abhorrent hostage with the Venezuelan dictator when combined with the vaccine mandates, the cumulative messaging sent a resounding message of weakness amid a turbulent ocean of international conflict for which neither alleged seated Executive sought to diminish, to the contrary, at every turn they shot the United States in the foot while putting the other in their mouth.

89.     As the growing body of facts emerged from this analysis, the inherent nature of the Project Destiny came into focus.  The first of the mandate recipients being the military followed by law enforcement in rapid succession, understanding the intent, Plaintiff picture the twin towers in every

community – who would now look after them as they succumbed to Strontium-90 poisoning?  This was followed by policy dictum of the alleged Administration to the infrastructure of our Nation, its teachers, doctors, nurses, our seniors and first responders.  The People were last on the kill list, not a pleasantry but intended to be isolated of medical resources, the remainder with all other human beings ill by scientifically derived design, the People would be vulnerable to the same treatment as the Reich and Bayer, any mire of scientific experiments all built of known fracturing supported by fabricated evidence, mere test subjects.  It was and remains these thoughts that occupy Plaintiff's mind as oration of candidate Kamala Harris smiles amid an audience which she, only months earlier, consented to confine in a coffin; they most audacious of treachery exceeding that of Mao, Hitler and Mussolini – combined.

## SPECIFIC STATEMENT CLAIMS - CLONING AND TRAFFICKING

90.     Plaintiff states, supported by facts of primary source, the foregoing matters attach to three principal areas of the **HIGHEST NATIONAL SECURITY and humanity interest**. Presented as (I) Cloning/Organ Harvesting; (II) Burisma/Biden Family/Multinational interface; and (III) Ukraine Infant Mills.

I.     <u>Human Cloning/Organ Harvesting</u>. (Source:  Domacom Ltd, Chairman's Report – June 30, 2021).  Hilal Yassine joined the Board (2021).  The organization is structured with Board member holding from different nation-states, all consenting parties to the atrocities.  In December, 2020 DomaCom entered an exclusive agreement with Crescent Finance (a wholly Sharia owned entity – Australia). DomaCom Fund constitution and disclosure statement operational in August, 2021.

a.     **CATTLE:**  Ardian to CampusParc LP to Ardian Americas Infrastructure Fund V LP managed by QIC Ltd.  CVC Capital Partners Ltd. CVC Capital Partners IC invested in URUS Group LP – Dairy Information Management; stockholders Pon

Holdings BV (Netherlands) and Cooperative Resources International, Inc. Wholly Islamic owned, fiscal record holding to Sharia Law; Wisconsin. Funded by "Global Growth & Opportunity Grants" for export to Africa funded by the Bill and Melinda Gates Foundation.

b.  **Layered Entities/Subsidiaries:** Atla Genetics and GENEX – merged forming URUS, Madison, Wisconsin. The holding companies Koepon Holding BV (Netherlands) and Cooperative Resources International (CRI) member-owned cooperative Shawano, Wisconsin. All fiduciary holdings and inclusive entities tie directly to Yalal Yassine through DomaCom, DomaCom Fund, etc. All are transacted and consummated to the Islamic financial subsidiary of HSBC Bank, established through partnership with the U.S. fund manager, Saturna Capital to Crescent Australian Equity, seeded funding provided by Aon Hewitt, Aon – parent company Chubb. Noting that Scherff, Sr. aka Prescott Bush served on the Board of Chubb Foundation, undoubtedly having share Tesla IP.

c.  <u>Crescent Wealth</u>. Talal Yassine, Lebanese Australian businessman, formed Crescent Wealth (Est. 2011). Source: Annual Report 2020-2021. Yassine worked for Price Waterhouse Coopers and, analysis suggests this organizational structure was retained by the dereliction of John Kerry among other Legislative members, the FBI and CIA, the latter directly and fiduciarily invested in BCC International. He was a fund manager with Babcock and Brown in advance of the 2009 economic collapse. He co-founded the Australian division of the Israeli based electric car company. Serving on several Boards: First Quay Capital and LandCorp Australia. Crescent formed Saturna Capital, to oversee international

shares, Sigma Funds to handle domestic (Australia) and the Islamic finance subsidiary of HSBC Bank.

**SUMMARY:**  The latter tying directly to human trafficking and illicit criminal activity subject of repeated fines, absent any change in behavior; also directly associated with the DEMOCRATIC NATIONAL PARTY, JOE BIDEN, KAMALA HARRIS, HILLARY R. CLINTON and WILLIAM J. CLINTON, BARACK  HUSSEIN OBAMA, CHUCK SCHUMER, NANCY PELOSI, ADAM SCHIFF, the inclusive Defendants. The facts provide irrefutable evidence that BCC International and this accompanying investigation, autonomous from external parties, is an absolute continuance of the BCCI mapping and structure.

II.    **HUNTER BIDEN/JOE BIDEN** (Senator Comer's investigation affirms dual involvement, Plaintiff reviewed but did not consult the Senator's findings to avoid cross-pollination and bias).  Organ Trafficking. Burisma, JOSEPH R. BIDEN and HUNTER BIDEN attach directly and indirectly to Qatar Investment Authority. A wholly owned entity of Qatar.

- Through China (Meg Wanzhou)

- Chinese president Xi Jinping travelled, CEFC followed.

- April, 2017 - Chinese president Xi Jinping met with Donald J. Trump (Mar-a-lago).

- CEFC announced a deal to buy into Cowen – NY Brokerage.

- Chinese president Xi Jinping travelled to Russia, CEFC announced buy-in of 14% (7X2) percent of Russian oil company Rosneft with Glencore and Qatar Investment Authority.

- Burisma ties to BNP Paribas through four venues; Ukraine and Trafficking in organs – leading up to the undisclosed clock associated with predetermined event, also undisclosed, and cloning (UAE and China, facts provide).

- China UnionPay processes credit card and bank card payments in 181 countries.  Process merchants accept UnionPay in Europe, licensed payment gateways in Eurozone and the inclusive Countries so belonging. Burisma is a direct beneficiary of China UnionPay which so too ties back to the vignette on Crescent City Foods and its maze of mergers and acquisition ultimately drawing back to a chronic layer of opaque fiscal holding.  BNP Paribas was born of a schism between Standard Oil, directly associated with Marc Rich and Glencore.  Paribas had been designated in the funding agreement for the Iraq Oil-for-food programme, oil pre-financing consisting of loans secured on future oil revenue, so designated by the UN and the World Bank as a cause of impoverishment of oil producing countries.  Plaintiff draws from Amended Complaint (See: ECF Doc. 45, ¶ 93), with close association between Defendants, WILLIAM J. CLINTON and HILLARY R. CLINTON as to Marc Rich and the compromised investigations conducted by Defendant.

- The Paribas Luxembourg relationship was born of Iraqi businessman, Nadhmi Auchi as the largest shareholder of Paribas, attained through his holding company, General Mediterranean Holdings (GMH), a conglomerate of 120 companies worldwide, and played a primary role in

Paribas involvement with Iraq oil-for-food programme, executed by
Saddam Hussein and the United Nations.

- 2015 - Through BNP Paribas, unequivocally attaching to fiduciary partner
  of Qatar Investment Authority, wholly owned by the  nation-state of Qatar,
  holding to Sharia law.

**SUMMARY:**  The analysis resulting from the foregoing discloses replication, up
to and including cloning has advanced in the United States through foreign
attachment including Australia, the United Kingdom, China, Netherlands, and
OIC Nations.  Plaintiff states that it is now unequivocal that the inclusive
Defendants orchestrated a coup on Donald John Trump and the Presidential
Executive Authority granted by election of the People, so too are they absolutely
intent on dismantling these United States through economic espionage and human
atrocities mirroring those of Adolph Hitler, less the trains, the formulation of
Project Destiny is a mirror image of the Reich.

In December, 2020 the Bylaws of the OIC were restructured later accepted by the
United Nations, this of course just following the certification of the 2020
Presidential election; these facts and their interface with the cumulative data is
further affirmation of intent that these United States would become a Muslim
Nation, the removing of God, Almighty from every facet of His created and
forgiveness by His grace so accompanying.

Data provides the same model and mapping of shell corporations was adopted to
avert public disclosure requiring forensic quality analysis and cross-pollination of
records.  Australia has given fiduciary consents to Sharia apart from Queensland

holdings, their governmental design is outside of my purview, my foremost

concern is the facts God's hand disclosed.

III.    UKRAINE/RUSSIAN WAR.

1.  Defendant JOSEPH R. BIDEN, Kamala Harris and Tim Walz as Governor of

Minnesota in the company of the entire DEMOCRATIC NATIONAL

COMMITTEE, through the continuum of funds flowing to a war, absent

consent of the public, the foregoing parties have sought to make the

AMERICAN TAXPAYERS mutually culpable for undisclosed atrocities.

2.  Periods of conflict restrict travel but for diplomacy and, in many such cases, a

third-party nation-state plays host as was the case with Italy in July of 2024.

The absence of travel and the influx of an extraordinary amount money, an

allotment of the $113.4B of the total allocation in emergency funding,

Defendant JOSEPH R. BIDEN and Kamala Harris have codified into

domestic policy that the United States and EVERY SOVEREIGN CITIZEN

are "American partners affected by the Russia-Ukraine war, and the United

States national security program" (Source: White House Press Release,

Ukraine Diplomatic Meeting July, 2024).

3.  Facts provide that the Ukrainian biotech labs, funded by AMERICAN

TAXPAYER FUNDS, at the direction of Volodymyr Zelenskyy and unknown

actors for which the DEMOCRATIC NATIONAL COMMITTEE and JOSEPH R.

BIDEN, Kamala Harris and Tim Walz had full knowledge, have been cloning

infants and have amassed baby mills. The greatest export of a nation-state

claiming democracy as a precept and demand of funding is children – these

statements are as abhorrent as disdainful in the eyes of God, absolute in the resounding echo of the defined fissures, their currency within the duality of their fractured souls.  Facts provide and are a matter of the Federal District Court repository that under pretense of COVID-19 contact tracing they have been monitoring sewage treatment plants.

4. This statement is informed by the DNA genetic research completed by Russia, the only other such bank held by the Mormon's repository.  The facts provide that the United States is NOT an island, every single vile action taken with the sole intent of harming human life during COVID-19 so too happened globally.

91.     Observing the Chernobyl fallout, for the whole of *their* determined global society to advance, Russia and Ukraine so too needed to ensure the ability to procreate while retaining some insurance that the children naturally formed would be healthy infant offspring. Indeed behind the sovereign human beings, of and belonging to the Creator God, worldwide, the inclusive body of heathens so focused on themselves and capacity as a retention of controlling civilization that they have knowingly manufactured the replacement of the very essence of the that which is Light in all things, essence and being, the Holy Spirit of God entwined in each and every Createds' DNA, by His design.

92.     Simultaneous to the foregoing events, the inclusive Defendants continued to fund independent NIH research of gain of function, opposing standing federal policy and in furtherance of their malevolence determination to control civil society while maintaining semblance of separation between the dual realities, fortifying their sociopathy while severing their humanity.

93.     The Defendant, JOSEPH R. BIDEN and Kamala Harris' constant pontification regarding the allocation of taxpayer funds in advocacy of those among His created whom them allege to champion, the "folks" so too belong to the sovereign PEOPLE of His Creation in the one another model of created design, we feel what our neighbor feels not as a scientific measure but as a human distinction; this too they have weaponized and leveraged against humanity while they parlay with the ancients among the dark crevices mocking the inclusive Createds.  The foregoing is a statement of fact not hyperbole.

94.     Plaintiff gives thought to the weighted words of Donald John Trump, the many statements, some perceived as conjecture or exaggeration; Plaintiff states as a matter of recorded repository held by the Trenton Federal District Court, each and EVERY statement was, is and remains absolutely true.

95.     Their forecast was so scientifically exacting that we, THE PEOPLE who hold the majesty of grace, a covenant apart from human manufacture, would be made to contract and design the "child" we ultimately hold and "raise", but for the programming, that would stand apart from nurture and Nature, as well from Nature's God, absolutely controlled by a central authority and origin for which you as the sovereign of His Land Trust will have NO VOICE or contribution in the clone's direction of future, you will merely breath until THEY decide your expiration date.

96.     Ensuring their ends be retained under Project Destiny, they have transacted every facet of human nourishment to the United Arab Emirates within the United States.  THE DEMOCRATIC NATIONAL COMMITTEE, JOSEPH R. BIDEN, Kamala Harris and Tim Walz among many others.  I conducted a cursory review of the recorded statements, the Defendant, REPUBLICAN NATIONAL COMMITTEE advocated for the Ukraine funding to stop,

simultaneously requesting measurable benchmark reports.  Zelenskyy visited, asking for more money, but the measurable reports were NEVER PROVIDED, the funding was secured, again. On the other side of the equation are our service men and women who not the governments' asset but THE PEOPLE's as God's determination within them to serve in our stead, this strikes at the very fabric of our Nation; the vulnerability to war based on ineptness as much as an undercurrent to which no one is aware.

97.     God makes no allowance for the scientific and technological advances at the expense of  His created beings where they are restricted from participation in self-governance, in keeping with the Cardinal Moral Truths that which secure Life, Freedom and Liberty.  The fact of the matter is that the inclusive Defendants know this and their Enlightened minds believe the work-around to the fracture, in this case, is our replacement.  This too He will not have, Plaintiff has witnessed His fury as much His grace, the ground will shake with the former and no manner of scientific calculation invented will stop His wrath; for Christ is the end of the Law for righteousness to every one that believeth (See: Romans 10:4).

## SPECIFIC STATEMENT CLAIMS - ELECTION FRAUD

98.     As a matter of record, Plaintiff has provided the Liberty Project, Inc. Exhibits – 7 Points of Evidence Executive Statement of Facts, retained in the Trenton Federal District Court repository (See: ECF Doc. 46; 46-1; 46-2; 46-3).  A review of the facts emphasizes the fissures and work-arounds, malfeasance in the caretaking of taxpayer funds, without question; however, as consideration shifts to federal elections, the level of malfeasance moves with the Law in scale to meet facts in evidence.

99.     The facts provide that Defendants, NANCY PELOSI, ADAM SCHIFF and their peers within the DEMOCRATIC NATIONAL COMMITTEE knowingly steered the inordinate

paper mail-in-ballot manipulation that took place during the 2020 election, Federally protected infrastructure, in and among the myriad of other violations of the People's Rights, so too Federally protected, it was the Defendant, NANCY PELOSI's hand of authorship that moved exceeding her authority, usurping Executive authority, so too Federally protected, that sealed the fate by forecasted manipulation of the 2020 Federal election.  Plaintiff holds repository of every conceivable facet by God's directive of the 7-Points of Evidence, reviewed by a secondary Paralegal, attorney withheld the Liberty Project's access, the fact is glaring and fiscally measurable.

1. Accenture Information Technology Services.  The Accenture December 29, 2020, Report (20-076-R21) under the auspices of the OIG/USPS which Plaintiff analyzed.  Plaintiff states as a matter of record that the USPS IT service contract had not gone out to bid, allowing for transparency and public disclosure, these points are interesting from the perspective that the premise of the lawsuits filed as well the posture of the Congressional body claimed to be seeking the same changes that the Postmaster sought to introduce, yet without disclosing the extent of their intent, Congress reversed cost savings measured and mandated the contractual relationship affixing Accenture Information Technology with a significant increase in cost.  Analysis of the report provides that the contracting party (Accenture) was given venue by the foregoing Defendants to advocate for themselves, creating a written articulation as a matter of record, to which the Congressional body layered in vitriol, accusing the Postmaster General of sabotage.  Plaintiff moved to analyze Accenture Information Technology.

2.  Since 2020, Accenture has obtained contracts with the Department of Commerce (2020), Department of Homeland Security (2021), the U.S. Patent Office, Department of State (2022), U.S. Customs and Border Protection (2023), United States Army (2023), United States Agency for International Development (USAID) (2023), Government-wide Acquisition Contracts (GWAC's), U.S. Department of Veterans Affairs (2022), U. S. Centers for Medicare and Medicaid (2023).

3.  In June, 2021, the Department of Homeland Security and Infrastructure Agency (CISA) executed a contract with Accenture for $112m to provide advanced cyber services for CISA to help FCEB agencies mitigate the effects of cyberattacks including ransomware, botnets, and malware campaigns, while enhancing real-time visibility into cyber threats.  On October 15, 2021, Global IT reported that LockBit ransomware operators stole data from Accenture systems during an attack that hit the company's systems in August, 2021; two months following the CISA contract award and three months in advance of the November 2021 general election.

100.   Applying the analysis herein, Plaintiff states that the contractual relationship between Accenture and the United States has been orchestrated with malicious intent; opening a crevice of opportunity formerly safeguarded.  Plaintiff further states that but for the contract, such vulnerability would not otherwise exist.

101.   Defendant, NANCY PELOSI's contradictory actions knowingly and unlawfully undermined USPS, exceeding her legally informed authority while attempting to retain deniable plausibility so as to conceal her criminal act by hosting publicly televised events simultaneously

countering the advances, a secondary deception of the People and these United States. The wanton actions inverted the internal protected policies enacted by USPS to ensure timely postal delivery, including of mail-in-ballot; advances which Defendant, NANCY PELOSI herself reversed, in writing, in a clear effort to subvert the DeJoy developed internal policies.  Insodoing, the Federally protected election was jeopardized, and every mail-in-ballot was made vulnerable.

102.    The foregoing actions resulted in chaos, fostered dysfunction days advancing the 2020 election, knowingly so as to influence and intimidate the USPS, at the time of the action by the Defendant, NANCY PELOSI, the Governors, holding to the 10th Amendment of the Constitution, had all and inclusive executed an Executive Order or Proclamation declaring that the November 2020 election would be held by mail-in-ballot, therefore the actions taken by the Defendant were with utter malice with every knowledge of the foregone outcome up to and including the chaos.

103.    Article II, Section 1, cl. 4 informs parallel constitutional provision addressing presidential elections with Congress determining the "time" of choosing presidential electors and the day the electors shall cast their votes, with that day the same throughout the United States.  The Supreme Court has held that "[t]he importance of [the presidential] election and the vital character of its relationship to and effect upon the welfare and safety of the whole people cannot be too strongly stated" and that "Congress, undoubtedly, possesses that power…to preserve the…institutions of the general government from impairment or destruction…" Congress, exercising its authority under this provision, enacted legislation establishing an Election Day.  The power to appoint electors and how those appointments are made, however, belongs to the states under Article II, Section 1, cl. 2.

104.    Congress does not have general regulatory authority over state and local elections, but it may still exercise its power over such entities in several contexts including authority to prevent unconstitutional voting discrimination in a state or local election, authority to legislate

regarding various issues derives, adding to its Article I powers, principally from the Fourteenth and Fifteenth Amendments, and relying on the Spending Clause authority under Article 1, condition of receipt of federal funds for state or local elections on compliance with federal requirements, including those expressed under the DHS Election Infrastructure Subsector policies.

105.    The federal government lacks Constitutional authority to interface directly in local, county and tribal elections without being requested, prompted or otherwise authorized to gain such entry.

106.    Plaintiff states that the Defendant, TAHESHA WAY, unlawfully gave consent to Federal authorities including but not limited the Department of Homeland Security in the November 2022 election.  Plaintiff was a candidate in said election, having first-hand knowledge and harms so associated.

107.    Following the subject election, Plaintiff authored FOIA requests to obtain the reports associated with the Federally designed purpose of traverse into local elections, attached collectively as EXHIBIT 3.  Plaintiff states as a matter of record, not one respondent including the Department of Justice could produce a written report because no such report was authored or transcribed, in point of fact, the New Jersey Homeland Security offices had no knowledge of any such policy or subject reporting.

108.    Plaintiff states that the Defendants, TAHESHA WAY, PHILIP MURPHY, MATTHEW PLATKIN and MERRICK GARLAND provided written statements attesting to policy absent benchmarks, training, etc. as a form of election intimidation, a federal offense given the protected infrastructure.  The fact that no report was authored has no relevance, the knowing intimidation was comprehensive and formidable by dissemination of the scribed communication.  See Title 18 § 245(b)(1)(A) of the U.S. Code addresses election interference in elections by force or threats.  Title 18 § 245(1)(A) imposes penalties on whoever "by force or threat of force willfully injures, intimidates or

interferes with, or attempts to injure, intimidate or interfere with any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from" voting or participating in other election activities.  Title 18 § 245 (a)(1) requires the Attorney General, the Deputy Attorney General, the Associate Attorney General, or a specially designated Assistant Attorney General to certify that federal prosecution of a case under Section 245(b)(1)(A) is in the public interest and necessary to secure substantial justice.

109.    Article 1, Section 4, cl. 1 of the U.S. Constitution, known as the Elections Clause, protects States from Federal overreach in and among sovereign election end-to-end infrastructure.

110.    Plaintiff states that Microsoft has and continues to utilize frequency as a form of election manipulation within the Azure platform accessed by 3rd party vendors including but not limited HartInterCivic, Dominion, ES&S, et al.  Plaintiff states that frequency alteration is concealed and, to the degree the variation can or cannot be externally controlled is unknown, undisclosed and concealed by for the controlling party(ies) whose intent is a variant factor.

## SPECIFIC STATEMENT CLAIMS – CRIMES AGAINST HUMANITY FREQUENCY MANIPULATION

111.    Plaintiff emphasizes the history of Operation Paperclip which confirms that as many as 6,000 persons of questionable moral compass were given aid and comfort by the CIA, transported to reside and placed in capacity of governmental roles within these United States under CIA directive following WWII.  Throughout the war, George Scherff Sr., worked as a Clerk for Nikola Tesla and his son, George Scherff Jr. was often in his company as previously established.  Plaintiff states that the history of Prescott Bush and George H.W. Bush is itself fractured and they are in fact Scherff Sr., and Scherff Jr. who transacted Tesla's IP records to Adolph Hitler, working with Bayer in the production and weaponized use of Zyklon B.

112.     Plaintiff states that the formula intent by Tesla's design of beneficial immune system application was fractured upon transfer by Scherff as with the litany of examples of corporation entities and products herein and, attaching to the human condition of self-realization to that of its opposite, whole of the Holy Spirit with resides in the soul by His hand.  Bayer applied a work-around through extensive experimentation on human beings without benefit of anesthesia, consent or otherwise.  The foregoing an elementary explanation to a complex period of history recorded that all of humanity would never forget, the inescapable Faultline within all Createds "the whoring after their idols: and they shall lothe themselves for the evils which they have committed in their abominations"  (See: Ezekiel 6:9) the human stain as it curves the soul into itself, incurvatus in se.  At the end of the hate comes self-hatred which arrives and takes up residence in the crevice where empathy, compassion and love once resided – if left to its own, shifting all humans in proximity.

113.     Edward Liddy as the author of Project Destiny, presented at the TARP federal hearings worked for DuPont, the latter applied Tesla's IP without holistic knowledge in the design and build-out of the Groves at Oak Ridge Tennessee with Stone & Webster engaged to carry out the Manhattan Project's construction program at the Clinton Engineer Works (Oak Ridge); fractured at origin absent foundational concepts which would remain undisclosed.

114.     Further evidencing the foregoing statement and the merit of the inclusive analytics, Walter S. Carpenter, President of DuPont met with then-President Franklin D. Roosevelt, Henry L. Stimson (Secretary of War), General George C. Marshall (Chief of Staff, United States Army) met regarding the Manhattan Project on October 31, 1942.  Having every knowledge that the end-to-end design was fractured with its original author Nikola Tesla made inaccessible, the attending persons forming the Executive Committee determined no payment

should be transacted to avoid being labeled the "merchants of death;" the Cost Plus Fixed Fee contract was agreed at one dollar.  At DuPont's request, Vannevar Bush took a letter to Roosevelt noting that the government was assuming all responsibility for the hazards involved in the project which Roosevelt initialed, consenting to same.  This, of course, removed liability placing it back on the People of these United States, a recurrent calculated action with the same being true in and among the subject findings.

115.    Facts provide, in light of Tesla's stolen and exploited original works, between December 18 and 31, 1942, just twelve days before the MetLab Team led by Enrico Fermi started up Chicago Pile-1, the first nuclear reactor, a three-man party including Colonel Franklin T. Matthias, A.E.S. Hall and Gilbert P. Church (the latter DuPont engineers), inspected the most promising sites after the Tennessee Valley Authority was ruled out by the Clinton Engineer Works as it was expected to use up all of its surplus energy.  This of course contradicted by Tesla's stolen IP but ensured directive toward real property procurement.  The evaluation focused on two States – 4 sites, Mansfield, Washington, one near Hanford and one in the Deschutes Valley of Oregon, and two in the vicinity of the Colorado River in California; Mattias reported to Groves that the Hanford site was "far more favorable in virtually all respects than any other."

116.    The foregoing analysis walks into the February 22, 1943, Washington Title Insurance Company's issuance of title certificates by Federal Judge Lewis B. Schwellenbach subsequently issued an Order of possession under the Second War Powers Act the following day for the acquisition of 4,218 tracts totaling 428,203.95 acres in Prosser, Washington.  Prosser is by God's hand home to basalt bedrock formed by the Missoula floods, USGA geological mapping evidencing the records being established in Benton County, Washington; 1916, "Prosser Series" last updated, September, 2019.

117.     As provided above, Nikola Tesla's IP was utilized following the experimental

Manhattan Project in Project Sunshine and Project Gabriel (1953), seeking to measure the

radioactive isotope Strontium-90 representing the most serious threat to human health from

nuclear fallout.  Plaintiff's analysis of the August, 2024 report provides that the Universities

having benefited from the Tesla records, Microsoft and its affiliates, associates and/or contractual

related entities or persons has accessed and experimented with Nikola Tesla's IP, specifically

with alternating currents of high potential and high frequency.

118.     Plaintiff states that through years of experimentation, unconsented and

undisclosed very much the same as the Reich -  Universities, Microsoft and federal agencies

including DARPA have knowingly experimented on the public without their knowledge.

Plaintiff provides a sample of combined patent history below:

- (See: https://www.microsoft.com/en-us/research/publication/rethinking-indoor-
  wireless-low-power-low-frequency-full-duplex/)

- The foregoing as early as 2009, on inanimate and atomate objects, persons and matter,
  Microsoft has taken action to patent frequency technology with such patent records
  evolving over time from U.S. patent application number 16/659885 was filed with the
  patent office on 2021-04-22 for *emotion detection from contextual signals for surfacing
  wellness insights*. The applicant listed for this patent is Microsoft Technology
  Licensing, LLC. The invention is credited to Subramanian Ramakrishnan, filed April
  22, 2021.  The foregoing evolving from patent 6,754,472, filed in 2004, "The human
  body is used as a conductive medium, e.g., a bus, over which power and/or data is
  distributed. Power is distributed by coupling a power source to the human body via a
  first set of electrodes. One or more devise [sic] to be powered, e.g., peripheral devices,

are also coupled to the human body via additional sets of electrodes. The devices may be, e.g., a speaker, display, watch, keyboard, etc. A pulsed DC signal or AC signal may be used as the power source. By using multiple power supply signals of differing frequencies, different devices can be selectively powered. Digital data and/or other information signals, e.g., audio signals, can be modulated on the power signal using frequency and/or amplitude modulation techniques."

- The foregoing represents a sample of the patent frequency evolution of Microsoft with external parties pursuits advancing in parallel action; Patent 9.433,789 B2 METHOD, SYSTEM AND APPARATUS FOR REMOTE NEURAL MODULATION BRAIN STMULATION AND FEEDBACK CONTROL, : Laura Tyler Perryman, Scottsdale, AZ (US); Chad Andresen, Chandler, AZ (US); filed March 14, 2014.

- Plaintiff states that Microsoft has a history of shared, sponsored and mutual cooperation in the area of IP ("IP") For example, "South Korea's 365mc Hospital would own the IP for an artificial intelligence (AI)-assisted surgery application that it has created with Microsoft. The hospital has since deployed the app in its own business, and plans to commercialise the technology.  Microsoft will also receive licences to patents and industrial design rights for new technology that it creates from collaborations with customers, but such licences will only be used to improve current and future versions of its platform technologies, such as Azure cloud services" (Source: ComputerWeekly https://www.computerweekly.com/news/252438376/Microsoft-outlines-approach-to-intellectual-property).  Plaintiff examples: MULTI-SIDED ELECTROMAGNETIC COIL ACCESS ASSEMBLY, United States Patent Application 20190267963; filed August 29, 2019 by Khawand, Charbel (Sammamish,

WA, US), Jain, Sidharath (Bellevue, WA, US), and Morris, Toby James (Seattle, WA, US) (Source: https://www.freepatentsonline.com/y2019/0267963.html).  The foregoing referenced by Windows Latest, August 30, 2019 reflective of IP as the subject patent, "was filed by Microsoft in February 2018" although Microsoft does not appear within the body of the patent, therefore it can be surmised that Microsoft outsources IP.

- Plaintiff states that Microsoft's interface with MIT and other University settings including Harvard is a matter of historical record.  On June 21, 2022, "Massachusetts Institute of Technology researchers developed a method to enable quantum sensors to detect any arbitrary frequency, with no loss of their ability to measure nanometer-scale features. Quantum sensors detect the most minute variations in magnetic or electrical fields, but until now they have only been capable of detecting a few specific frequencies, limiting their usefulness" (Source: https://www.sciencedaily.com/releases/2022/06/220621184458.htm).

- Plaintiff states that as early as 2015, international leaders were collectively meeting on the subject of electromagnetic harassment, "U.S. victims of electromagnetic harassment have provided comment to the Presidential Commission for the Study of Bioethical Issues (created by President Obama) in March and May 2011 [*][*]. In Europe, the Ministry of Defense of Poland conducted a geographical analysis of complaints of Polish victims for electromagnetic attacks in 2016," attached as EXHIBIT 4.  Similarly, alleged advanced by the DoD, DARPA, USSOCOM including SOFWERX, which advanced "They came up with this Kickstarter idea to make this tiny UHF radio that you could kind of pin on a backpack or wear in your pocket," he said. "It's about the size of a large stick of gum maybe, or a small makeup case. "The

ultra high frequency radio can connect via Bluetooth to a cell phone and allow radio

communications over several miles, Andrews said.  The company now makes a

military version that has encryption called the goTennaX" (Source:

https://www.nationaldefensemagazine.org/articles/2021/5/10/sofwerx-zeros-in-on-

rapid-acquisition).

119.    Plaintiff cites the exhaustive body of research on gaming and violence, also associated

with childhood seasons of angst where isolation can meet depression; the combination creates a

human vulnerability without benefit of experiential tools to find their way out, they are at times unable

to navigate.  Evidence and data draw into the social sphere, including gaming as the work-around

during these complex seasons.  See The School Shooter: A Threat Assessment Perspective,

https://www.ojp.gov/ncjrs/virtual-library/abstracts/school-shooter-threat-assessment-perspective and,

secondarily Examining the effects of emotional and cognitive desensitization to community violence

exposure in male adolescents of color https://pubmed.ncbi.nlm.nih.gov/27977283/

120.    Plaintiff analyzed the patent histories as well draws on academic acumen and presents

the following findings:

- The June 22, 2004 patent serial no. 6,754,472, provides reflection of personal area

    network via intrabody communication signals, published 20 years ago; Peter K. Wang,

    the author closes the summary with, "given the continuing controversy over mobile

    phone radiation, even at such low voltage, the health effects of prolonged exposure to

    electromagnetic fields may be the subject of future concern."

- The September 2, 2019 patent serial no. US20190267963 provides the "use (of) non-

    shielding through-channel that would allow a magnetic field to access the

    electromagnetic coil from either side of the closed or reverse-closed computing

device…patent talk includes the words 'inductive charging' circuitry and near field communication ("NFC") circuitry…this wireless charging technology uses an electromagnetic field to transfer energy."

- The May 21, 2002 patent application 10/515,132, Dimitrios Peroulis (Ann Arbor, MI), Kamal Sarabandi (Ann Arbor, MI), Linda Katehi (Pass Zionsville, IN) provides, "A compact, efficient and electronically tunable antenna is presented. A single-fed resonant slot loaded with a series of PIN diode switches constitutes the fundamental structure of the antenna. The antenna tuning is real by changing its effective electrical length, which is controlled by the bias voltages of the solid-state shunt switches along the slot antenna. Although the design is based on a resonant configuration, an effective bandwidth of 1.7:1 is obtained through this tuning without requiring a reconfigurable matching network. Four resonant frequencies from 540 to 890 MHz are selected in this bandwidth and very good matching is achieved for all resonant frequencies" (See: https://patents.justia.com/patent/20050174294)

121.    Plaintiff states unequivocally that the factual origin of the Microsoft foundational concepts at the time of its founding were authored by Nikola Tesla, plagiarized by Bill Gates, Paul Allen and, thereafter Steve Ballmer.

122.    Plaintiff states based on the analysis of the broad number of patents, including those held by Microsoft, a central actor to the inclusive atrocities and associated sociopathy of the determinative actors.

123.    This analysis, supported by the patent mapping, and the GAO reports which contradict Congressional Bills passed, appropriates made by improved incomplete or not started at all.  Plaintiff predicts an onslaught of roadwork advancing the 2024 election, local, federal and State.  The JOSEPH

R. BIDEN and KAMALA HARRIS Administration, having failed to meet GAO recommendation by ANY Department throughout its term, will expend overtime and manpower in contracts at taxpayer expense to commence infrastructure work as a milestone achievement.  As with the vaccine and every Executive usurpation levied against Donald J. Trump and the Trump Administration, up to and including the elections; the infrastructure work is the catalyst to their design of Project Destiny,; to control the social movement of civil society.

124.    The facts provide that wiring conduit will be installed beneath the roadway, within the conduit will be implanted microstrip to coplanar waveguide transition and other semiconductor embodiments per Linda Katehi's patent.  The foregoing designed to interface with the graphene associated with the nanotechnology within the vaccines, hence the recurrent series of boosters.  The basalt to the extent it is retained by the body and for how long from swab transfer is unknown.  Both basalt and graphene react to electrical current in different ways.  The frequency within the infrastructure was designed from three adaptations; the vaccine, the swabbing and independently the buried conduit; facts provide that they are intent to install ELF and ULF within that same infrastructure, thus ensuring impact and reach.

1.  Ex Antenna System Positioned Within a Support Structure

**Publication number:** 20070139291

**Abstract:** An antenna system that is positioned within a support structure. The antenna system includes at least one antenna that may have one or more antenna elements formed on a substrate. The support structure encloses the antenna and includes an outer support portion defining a cavity and an inner support portion positioned within the cavity. The antenna is positioned within the cavity between the

outer support portion and the inner support portion so that the antenna is substantially surrounded by air.

121.    Calling forward the inclusive data, applying the body of patents, it is suggested that they were intent of controlling society through the configuration and triangulation of frequency.  Given their attempted murder and crimes against humanity failing, thank God Almighty for Nikola Tesla, the facts provide that with the aid of Microsoft and Microsoft Health as well as associated entities, these entities have granularly adapted Nikola Tesla's model of frequency and weaponized it.

122.    Plaintiff states that the inclusive Defendants have been testing frequency over the same course of time as the nuclear warming which we are presently having some meteorological experience with.  Plaintiff notes that when the Manhattan Project took place, citing Project Sunshine and Gabriel thereafter, they had no idea whatever of the human impact of strontium-90; that fact would carry over until COVID-19, the recurrent fractures resulting from Tesla's IP plagiarized, they simply took the funding and moved on kicking the can down the road so to speak.  Today, as a direct consequence of the attentiveness and obedience of Nikola Tesla, they now understand that the fracture and the honest work of Nikola Tesla is at risk of disclosure and so too the broad fissures and workarounds which they have promulgated upon society, both here in the United States and, in fact, all of human creation.

123.    Plaintiff states that the frequencies in use and accessible by patent held by Microsoft and its affiliates, associates and contracted parties, is consistent with fostering and/or seeking to cause by excitation of instigation of privately held information in which the target party would be influenced to take heinous action, including mass shooting events, suicide and/or assassination of another party.

124.    Amid the election analyses in New Jersey and more broadly, it was observed that Microsoft had, for years, been polling game console users on elections.  A review of the overarching facts, malevolence and interface with human depravity including foreign nation-states, specifically African Nations and Haiti which were used as a test model, Plaintiff states unequivocally that Microsoft and Microsoft Health have weaponized frequency, knowing precisely to the extent the origin is not compromised by fracture noting that these concepts belong to one man, Nikola Tesla.  That said, it is unknown the work-around that they applied and the impact that it has apart from the origin of design by Nikola Tesla.

125.    Plaintiff further states, that the frequency in question was accessed and weaponized foremost by Sheriff and Scherff Jr. aka Prescott Bush and George H. W. Bush, thereafter the CIA.  Plaintiff states, without hesitation the murder of John F. Kennedy, Martin Luther King Jr. and attempted assassination of Donald John Trump were born of these frequency origins.

126.    The complexity of totality assessment becomes complicated because the analyst has no knowledge of the work-around (fracture); the origin of the coil (Tesla); and the granular controls.  There are significant adverse effects on human beings regarding frequency manipulation, adverse to whole health, mental health, reproduction – because our bodies are water based, reactive.

127.    At every juncture and fork in the road where personal choice has been an option, the inclusive Defendants have fortified THEIR CAPACITY at the expense of the sovereign Rights of the People, maintaining their hierarchical structure with lies and blackmail as leverage to that of integrity and public interest all of which the inclusive Defendants have lorded over the

People as though His dominion of Trust is solely belonging to them.   His Dominion of Trust,

belongs to **no one** of Creation but to THE CREATOR.  See: John 1:16-19.

IRREPARABLE INJURY

127.    Facts provide that the Metallurgical Laboratory is in Chicago, Illinois in

proximity to the DuPont's headquarters in Wilmington, Delaware; the footprint follows the

United States Executives with the imposition of God's hand, sandwiching Donald J. Trump, the

human accepting of task by the Master – praise Jesus squarely in the middle in the interest of the

Createds, NEVER stepping away from that capacity, at extraordinary legal and personal expense

to him and his family.  God's determination at the outset of the foregoing designation is not

Plaintiff's testimony, however, the decision made not unlike that of Nikola Tesla was fortified by

the forensically evaluated facts brought to the Plaintiff through extensive prayer, as provided

below.

128.    The build-out commenced in the substrate within government as well within

physical infrastructure, the tunneling which cannot bear the weight of structured dwelling

foundations, the farms mask the wicked homage to their gods.  Bearing in mind that limited work

has been completed since Biden/Harris took office, including the Francis Scott Key Bridge.

They have partnered with cargo ships for years, transporting their  fissured "holdings"; the

Bridge disaster and loss of human lives – inconsequential to the contracts voided by KAMALA

HARRIS' actions as "Border Czar" the reverberation of the ship meeting the bridge abutment no

different than that of planes meeting 1 World Trade.

129.    Unable to correct the inherent fractures associated at the root foundations of the

entity, the owners' workaround default has historically been transactional.  Either sale of the

entity in its entirety, fraudulent inflate the value through creative accounting and more to IPO, or

acquire a smaller entity with a viable product to retain marketshare.  In nearly all cases, a private equity partner is used to buttress the collective with names of such private equity redundant in case after case undoubtedly aware of the circumstance while compensated for their effort.  In cases where viability is no longer an option, the corporate entity moves to market failure, as was the case with the residential backed mortgage securities scam and presently the commercial backed mortgage securities structure, so too a scam. See: ENRON and WorldCom.

130.     In each and every one of the subject cases, the loss is felt by the shareholders who lose confidence in the market as well when the loss is significant or repeated, they lose confidence in the structure of investing altogether.  Meanwhile, the corporate entity moves on in whatever determination venue from the foregoing.

131.     In circumstances where an entire market venue become nonviable, unable to transaction among its existing peers as it had in the past to buttress the gaps, the bottom falls out and the entire United States economy heads into a tailspin, this was precisely the case with the Troubled Asset Relief Program.  So too is this precisely when Defendant BARACK HUSSEIN OBAMA was propelled forward with the help of ACORN and Nadhmi Auchi.

132.     In the extreme, if the substrates left to their own devices, the entire system would implode; this of course was their design – "Project Destiny".  So too is this their reasoning for supplanted not another BARACK HUSSEIN OBAMA but an unveiled threshold to Islam, transacting not merely our Country and God's dominion of Trust but the very essence of their disdain; God Himself for the mere cost of what they cannot face and which they have fractured within themselves.  Plaintiff has experiential knowledge specific to these areas, once known all things are observed through that fracture, regardless of origin, moreover she has been met by two hands that brought forward a new truth born of grace and forgiveness, washed at 7-Presidents

Beach and, so too does that water never cease to quench or extinguish the fires set by the opposing brokenness.  God will not cease His dominion and has made demand that the truth of their fracture be brought to account, presented herein for the Honorable Court's consideration of permanent injunctive relief for all Createds.

133.    Plaintiff states for the Honorable Court's consideration that there are absolutely two parallel realities which the inclusive Defendants have fostered and continue to prop up in large part because they are fractured beings themselves, apart from whole human design of God and believing, wrongly that they could never again be within His grasp; that relationship is as inescapable as the blood that course our veins so too of His hands.  None the less the choose to believe themselves apart and conduct themselves accordingly.

134.    A significant number of corporations were arriving at the threshold of design termination, to ensure continuum of revenue, they were transacted to foreign enterprise and, facts provide, those transacted are recycled, green initiatives, following the very same process, the new host nation-state, none the wiser and *their* investors will follow.  The very season and threshold in which we as a Nation find ourselves is recurrent precisely because of the human stain and fracture, the crevice by which all vulnerability is exposed.  Plaintiff has no such fracture, and His demand was quite clear; there will be no JP Morgan Chase bailout of the Federal Reserve as there was at the turn of the century; his contractual consent resulting in the Federal Reserve, a hostage of a Nation.  By way of this document and fervent prayer, as a People we will face fractures and look to the bottom of the well.

135.    The Inclusive Defendants have, by autonomous choice – free will, created a dual reality built on the adaptation of the capitalist model, employing  the fractured Nikola Tesla IP attained through Morrill protected lands to extort AMERICAN CITIZEN'S earnings through

counterfeit corporate embodiment.  There are two primary elements adapted to permit continuity of their business replication model that impact the evaluation:

1. *Philanthropy*  Their adopted harmony allowing access to victims while gaining homage from the Createds, morality turned on its head intentionally.  Amid their jeering faces a void is born, sociopathy, the wage of sin having negated God's design to that of servitude of the ancients, pagan cultures.

2. *Trafficking.*  The taking of sovereign Createds' dignity for self-gratification in the worship of their gods, evicts moral order, purity, goodness and light from the Dominion of Trust, God's Holy Lands upon which all Createds traverse, they tunnel their way for petrol, crude in defilement of the Createds' natural state.

136.    Green Infrastructure initiatives (2014 commencing), solar in particular, follows the parallel tuneling of trafficking, a mockery above ground to the seed repository, farmland recycled while Createds consume Monsanto infused harvest.  The solar farms and cell towers emit frequency above and below ground, an external control of the God informed DNA intent of signal to harm as well to that of healing; the imposition by manmade, controlled frequency, divesting from God while holding to false premise that humankind knows better; they do not but they cunning among us believe they can somehow game the system.  That, of course, attached directly to the cell phones/towers. Every cellphone service provider that has been analyzed both here in the United States and those associated with Haiti, India and the Caribbean, each shares attachment to human trafficking.  Affirms that the funds, i.e. donations, went towards building the infrastructure of frequency.  The chaos that abounds presently is fed/controlled, absolutely.

137.    Facts provide that the co-Defendants, GEORGE H. W. BUSH, WILLIAM J. CLINTON, HILLARY R. CLINTON, HUMA ABEDIN and BARACK HUSSEIN OBAMA, the

inclusive parties were heavily involved in Haiti, and the Caribbean projects, publicly displaying

both fissure areas simultaneously, as designees of the government of these United States, and, by

extension a composite of her People, and specifically the Plaintiff.   Plaintiff states that the

subject parties participated in all manner of the most disgusting sexual deviance and immoral

entrapment extending to children.

138.    Given to their former capacity held within the United States government and the

present open border, Plaintiff residing in a sanctuary State by unlawful designation of another

moral reprobate, Plaintiff is now held accountability for the co-Defendants' collective actions on

foreign soil which today walks on United States soil, His dominion to that of their playground

for the morally divested.  Accordingly, based on the ongoing litany of compromised

investigations into their behavior, today, Plaintiff will exercise her Rights to protect her family

and His dominion by stating the truth in the advocacy of voice which the inclusive Defendants

sought to extinguish by assassination on July 13, 2024, he who stands in the gap, and John F.

Kennedy and so too Martin Luther King Jr. and every innocent caught in the crosshairs of the

political currency exchanged by the co-Defendants in the attempt to remove the Right to bear

arms.

139.    Plaintiff states that the exchange between Defendant BARACK HUSSEIN

OBAMA and Iraqi businessman Nadhmi Auchi, is a mirror image to that of Defendants,

WILLIAM J. CLINTON and HILLARY R. CLINTON with Marc Rich, these relationships like

that of their pursuits in Haiti and elsewhere so too having impact on the Plaintiff when by

financial buttressing, Auchi provided $3.5m to Defendant BARACK HUSSEIN OBAMA in the

purchase of the Chicago residence, a transaction which he denies.  The exchange between Marc

Rich and Nadhmi Auchi are more nuanced, one having guaranteed the freedom of the former via

Defendant, WILLIAM J. CLINTON with the bargaining chip, BARACK HUSSEIN OBAMA, a foreign born insurgent who was no less than planted in these United States, a subversive, intent of divisiveness and chaos directed by his handlers, identical actions to that Scherff Sr. and Jr., aka Prescott Bush and George H. W. Bush, holding no allegiance to these United States; having transacted to Adolph Hitler IP belonging to Nikola Tesla and which was utilized in Germany under the Reich leadership as previously stated.

140.    Auchi, the Defendant BARACK HUSSEIN OBAMA's handler, is a co-conspirator in the March 16, 1988 chemical attack known as the Halabja Massacre that took the lives of 5,000 civilians and more than 10,000 Kurds; a massacre that according the Judicial record, "was and remains the largest poison gas/chemical weapon attack launched against civilians since WWII."  The massacre at the hands of Saddam Hussein with Auchi, holding the alias of Nadhmi Shakir Awji, through a shell holding company, General Mediterranean Holding ("GMH"), and Kredietbank Luxembourg (successor to Banque Continentale du Luxembourg) are among the named Defendants.  Auchi formerly served under Hussein as Director of Planning and Development of the Iraqi Oil Ministry to Luxembourg; there being no mistake as aforementioned, the identical relationship interface to Marc Rich because they were associates, facts which Defendant, WILLIAM J. CLINTON, HILLARY R. CLINTON, GEORGE W. BUSH and BARACK HUSSEIN OBAMA, among others also had knowledge of the foregoing.

141.    From the Court record filed on behalf of those murdered, "Saddam Hussein sent Auchi to Luxembourg to secretly form the financial network for Saddam Regime black ops in Europe, including financing purchases of weapons and advanced technologies…GMH was secretly funded by Saddam Hussein" opaque fiscal holdings, the very same as BCCI and the very same which funded the political campaign and home purchase of Defendant, BARACK

HUSSEIN OBAMA.  From the same Court record, "SEPP is the Iraqi State Establishment for Pesticide Production that was 'tasked with producing chemical weapons for the Saddam Regime military forces."  Plaintiff states that among the named Defendants is Hamid Dhai Jafar, Chairman of Crescent Petroleum.  According to CIA records associated with the foregoing investigation, Dr. Jafar Dhia Jafar is considered the father of Iraq's nuclear weapons program and was embedded in the weapons of mass destruction programs under Saddam Hussein.

From the BCCI Affair investigative record:

- ...the Countries to which President Carter travelled with Abedi became important banking centers for BCCI.  In China, for instance, BCCI opened the first foreign branch and reportedly conducted weapons transactions involving the Chinese government. (See: ECF Doc. 45-1, p. 433)
- An American businessman with extensive ties to Saudi Arabia's royal family contends King Fahd was the chief financier of Iran's secret US weapons purchases in 1985 and 1986. (See:  ECF Doc. 45-1, p. 468)
- BCCI and the Atlanta Branch of BNL had an extensive relationship in the United States, with the Atlanta Branch of BNL having a substantial number of accounts in BCCI's Miami offices. BNL was, according to federal indictments, a significant financial conduit for weapons to Iraq. BCCI also made loans to Iraq, although of a substantially smaller nature. Given the criminality of both institutions, and their interlocking activities, further investigation of the relationship could produce further understanding of Saddam Hussein's international network for acquiring weapons, and how Iraq evaded governmental restrictions on such weapons acquisitions. (See:  ECF Doc. 45-1, p.536)

142.    Plaintiff states that the continued investigation into the Saddam Hussein activities as well the BCCI recommendation did **not** happen precisely because the participants to the illicit criminal behavior were elected to various federal offices, their criminal conduct escalating as the facts herein provide.

143.    Plaintiff seeks to be perfectly clear as to the true cost of the investigative compromise in the case of BCCI and all others which led up to the present day, each omitting facts which would deliver JUSTICE for the mounting atrocities, instead the prefect designee of BCCI 2.0 was alleged to be elected as President of these United, Defendant BARACK

HUSSEIN OBAMA.  Facts provide his exponentially disdain, increasing have usurped unlawfully the auspicious title of President, promoted the kin to Dr. Kevorkian, absent consents as facts provide, Dr. James N. Weinstein to the Special Medical Advisory Group in April, 2015 to provide advice to the secretary of veteran's affairs and the undersecretary for health on topics pertaining to veterans' healthcare.  Dr. Weinstein an alleged esteem spinal surgeon who advised the subversive puppet for Pakistan and the United Arab Emirates in advance of our sons and daughters being sent to Afghanistan where they would return, God willing, having left their limbs, a known sacrifice orchestrated by the aforementioned puppet, having every knowledge of what would confront them upon arrival.  Their treatment upon return no less disgraceful, made to wait for months on end, years in some cases, to be fitted for prosthetics, federal appropriation disclosing the unmitigated truth – *they* hate what resides in the heart of these FINE men and women, a love for Country and the freedoms by which their fellow man/woman and child stands resolute behind them.

144.    The negotiation apparatus aforementioned continued with the son of Scherff Jr., Defendant GEORGE W. BUSH elected by leveraging his knowledge secured by his treasonous father, coveted for monetary exchange that which belonged to Nikola Tesla became the gateway to "Project Destiny" the realization set to formulation under the orchestration of the Economic failure of the buttressed Residential Back Mortgage Securities, TARP and SIG TARP.  The intervening period between 2001 and 2007, the period of the dot-com introduction by way of the Carlyle Group, this statement evidenced in the movement of investment history – mergers and acquisitions. In May, 2004 acquisition from Verizon of Hawaiian Telcom for $1.6B resulting in the company moving to bankruptcy in December, 2008 but not without first forming the Hawaiian Telcom Holdco, Inc. transacting to Twin Acquisition Corporation on July 9, 2017,

presently operating under Twin Ridge Capital Acquisition.  Facts provide that Carlyle and its associates, including Glenn Youngkin, the current Governor of Virginia, were disinterested in the Hawaiian Telcom but rather the records which it held, records associated with the Defendant, BARACK HUSSEIN OBAMA and his family who allegedly resided in Hawaii.  The foregoing transaction in May, 2004 was followed by the September, 2007, Mubadala Development Company, an investment vehicle for the government of the United Arab Emirates, purchasing a 7.5% stake in the Caryle Group for $1.35B – Plaintiff states the foregoing being no coincidence, rather confirmation of BCCI 2.0.

145.    Plaintiff refers to the vignette of Crescent City Foods and its magnanimous history of evolution by merger and acquisition, its original product following the fracture of its origin, a plagiarized theft of Nikola Tesla's IP.  The facts move into view of malevolence in the analysis of the brilliant mind and writings of Nikola Tesla, wise to the actions of George Scherff Sr. and Jr., aka Prescott Bush and George H.W. Bush, Tesla severed his records and private writings.  Those records which Scherff held and, as facts provide, disseminated globally in the enfranchisement of ancient precepts born of the sands and basalt, homage to gods of the inky Egyptian history.  EACH AND EVERY entity as well the inclusive manufactured products so associated, patents plagiarized, are holding to the fractures beheld the hands of George Scherff Sr. and George Scheff Jr., aka Prescott Bush and George H.W. Bush, without exception, the fractures meet work-around in an attempt to fix that which is unfixable, made untenable and invalidated.

146.    Triad Isotopes, Inc. developed, patented and retains short-lived positron-emitting isotope methodologies, patented under Positron Emission Tomography or PET scanning used  to

assess tissue biochemistry.  PET scanning is medicinally applied to assess cancer cells in the human body.

147.    Plaintiff states that the inclusive Defendants, in the company of an extraordinary body of those not yet named, have deceived human creation in the alleged cure for cancer to facilitate their own wealth building at the expense of human creation, God's design sacrificed that *they* be permitted venue of practice for their inky ancient god's while His human creation toils on His dominion amid companies whose origins attach to the fornicators, human creations jailors and prison guards.  Plaintiff, by His hand, the conduit invokes Proverbs 3:27-35, "withhold not good rom them to whom it is due, when it in the power of thine hand to do it…the curse of the Lord is in the house of the wicked: but He blesseth the habitation of the just…the wise shall inherit glory: but shame shall be the promotion of fools."

148.    As a matter of record, Triad's evolution attaches to Covidien and, thereafter to Mallinckrodt, they would knowingly introduce opioids into the marketplace commencing with the field of sports, and thereafter more broadly, fracturing families, causing God's human created their lives and those whom they were designed to interface in their gift of longevity – stolen by the inclusive Defendants having every knowledge of the addictive pharmacological nature of the manufactured opioids; they chose to keep their secrets hidden at the cost of an extraordinary number of human lives.

149.    The vignette of God's hand continues into Medtronic and DeVita after the product failure, the termination born of the Tesla fracture resulting from plagiarism, in June, 2019, Defendant UNITEDHEALTH GROUP acquired DaVita, despite its history of fraud a matter of judicial record.  Medronic's former CEO, Omar Ishrak the former Chairman of INTEL, attaching

back to the Tesla fractures of the dot-com bubble birthed of the Carlyle Group and George Scherff Jr., aka George H.W. Bush.

150.    Plaintiff notes that the INTEL 13th and 14th Generation Core 'Rapter Lake' processors remain unstable due to elevated voltage, mechanical issues which appear recurrent and a class action suit was filed on July 31, 2024, further evidence of the Tesla fractures.

<u>RELIEF</u>

1. Citing the facts herein disclosed, Plaintiff demands the lawfare being waged by Jack Smith and all others, immediately be ceased for lack of merit and that the inclusive claims made against him be withdrawn.

1. Citing gross violations of Article 1, Section 4, cl. 1 of the U.S. Constitution, known as the Elections Clause, protects States from Federal overreach in and among sovereign election end-to-end infrastructure, all and inclusive electronics are to be removed from the Federally protected infrastructure, effective immediately, resolving not to the federal government but to the People who retain those Rights as scribed in the Constitution.  A People who are not assured of the security of their elections citing those who are entrusted with such security as all parties herein having breached their oath of office through treasonous action by the inclusive Defendants; the People hereby demand elections be conducted by paper ballots, hand counted, voting on one day, first Tuesday in November.

2. Citing the facts disclosed herein, Plaintiff demands the inclusive Defendants be held to the Rule of Law as to their actions for violations of Federally protected elections including intimidation under Title 18 § 245(b)(1)(A) of the U.S. Code addresses election interference by force or threats.  Title 18 § 245(1)(A) imposes penalties on

whoever "by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from" voting or participating in other election activities.  Title 18 § 245 (a)(1) requires the Attorney General, the Deputy Attorney General, the Associate Attorney General, or a specially designated Assistant Attorney General to certify that federal prosecution of a case under Section 245(b)(1)(A) is in the public interest and necessary to secure substantial justice.

3. Citing the facts disclosed herein, Plaintiff demands the inclusive Defendants be held to the Rule of Law as to their actions for violations to her Civil Rights, violations born of an exacting hand, an unlawful trespass of her Rights under Article 1, Section 4, cl. 1 by the Department of Justice, the Department of Homeland Security, and the Executive of these United States; by name, these individual persons, under color of law include Defendants, MERRICK GARLAND, ALEXANDRO MAYORKAS and JOSEPH R. BIDEN and Kamala Harris.

4. Citing the facts disclosed herein, Plaintiff demands the inclusive Defendants be held to the Rule of Law as to their actions for violations to her Civil Rights, violations born of an exacting hand, an unlawful trespass of her Rights under the claim of genocide under 18 U.S.C. § 1091(a)(2)(3)(4)(5)(6)(d); Plaintiff claims basic offense in time of peace and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group; intent of causing serious bodily injury to members of the group; subject the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part; imposes measures

intended to prevent births within the group; or transfers by force children of the group to another group; (d) attempted conspiracy, any person who attempts or conspires to commit an offense under this section shall be punished in the same manner as a person who completes the offense.

5. Citing the facts disclosed herein, Plaintiff demands the inclusive Defendants be held to the Rule of Law as to their actions for violations to her Civil Rights, violations born of an exacting hand, an unlawful trespass of her Rights under The claim of crimes against humanity, S. 1346; peonage, involuntary servitude; trafficking persons; sex trafficking of children; extermination; measures intended to prevent births as part of a widespread and systematic attack against the civilian population, with foreknowledge of the attack.

6. Plaintiff cites the horrific nature and magnitude of Project Destiny, the knowing actions resulting in permanent injury, removing the private Rights of a woman, regardless of her views and without consent or respect for the living as well those whom she might choose to bear in the future, Plaintiff cites extreme mental cruelty and seeks damages, Plaintiff seeks:

   a. Awarding Plaintiff compensatory and treble damages, as available, in an amount to be proven at trial;

   b. Award Plaintiff the financial gain earned by Defendants as a consequence of their violations described herein;

   c. Awarding Plaintiff statutory damages, as available;

   d. Awarding Plaintiff punitive damages, as available;

e.  Issuing a declaration that: inclusive Defendants, according to proof, conspired to and did engage in a common scheme of treason, crimes against humanity, peonage, involuntary servitude; trafficking persons; sex trafficking of children; extermination; measures intended to prevent births as part of a widespread and systematic attack against the civilian population, with foreknowledge of the attack.

7.  Citing the facts disclosed herein, Plaintiff demands the inclusive Defendants be held to the Rule of Law as to their actions for violations to her Civil Rights, violations born of an exacting hand, an unlawful trespass of her Rights under the claim of treason, 18 U.S.C. § 2381; whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States and/or elsewhere, is guilty of treason and shall suffer death, fined under this title but not less than $10,000.00; and shall be incapable of holding any office in the United States.

8.  Issuing an injunctive restraining of the inclusive Defendants and their officers, agents, servants, employees, assigns, and those acting in concert or participation with them:

a.  Removal from public office, whether appointed or election; resulting in immediately removal and forfeiture of any severance, retirement or otherwise that would have been due them at the time the Honorable Court hears this matter and decides, or it is heard before by a Jury.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby respectfully request a trial by jury for all claims and issues in her Complaint to which they are or may be entitled to a jury trial.

**CONCLUSION**

Plaintiff respectfully requests this Honorable Court grant its motion for preliminary injunction.  Plaintiff prays over the Honorable Court.

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that I filed today, Friday, August 30, 2024, in accordance with Federal Rule of Civil Procedure 11, the foregoing with the Federal Clerk of the Court for the United Stated District Court, District of New Jersey, via electronic filing, which will send notification of such filing to all parties registered for this case, including the Defendant's counsel via the electronic filing system.

/s/   Mary B. Logan
Mary Basile Logan
*Pro-Se* Plaintiff

**cc:  All Counsel of Record (Via ECF)**