**NEW YORK UNIVERSITY**

**ROBERT F. WAGNER SCHOOL OF PUBLIC SERVICE**
Strategic Philanthropy
PADM-GP.2413/ EXEC-GP.2413
Spring 2022
Saturdays:  9:00 am – 12:30 pm
194 Mercer St, Room 306B
*Last Updated: January 24, 2022 (subject to change)*

**FACULTY INFORMATION**
**Molly Schultz Hafid**
**Email:** mshafid@nyu.edu (preferred form of contact)
**Phone Number:** Available on request via email
**Office Hours:** By appointment only

**REQUIRED READING**
1. Fleishman, Joel L. *The Foundation: A Great American Secret: How Private Wealth is Changing the World*. New York: PublicAffairs, 2007.
2. Villauneva, Edgar.  Decolonizing Wealth. Oakland, CA: Berrett-Koehler Publishers, 2018
3. Powell, Walter W. *The Nonprofit Sector a Research Handbook*. New Haven [Conn.]: Yale University Press, 2006.
4. HBR Coursepack: https://hbsp.harvard.edu/import/909391

**COURSE DESCRIPTION**

This course will explore the fault lines within the field of philanthropy and prepare students to effectively leverage resources for their organizations. The course will examine different approaches to grantmaking including social entrepreneurship, effective altruism, venture philanthropy, social justice grantmaking, and strategic philanthropy.  Students will learn the differences across these conceptual frameworks and understand how they influence the ways in which foundations establish goals, develop strategies, evaluate grantees, and determine grant awards.  By exploring both the conceptual and pragmatic dimensions of across grantmaking frameworks, students will understand the tensions and debates within the philanthropic sector and be well prepared to identify those foundations most likely to support their work.

Coursework will include case studies, individual foundation research, and opportunities for students to become familiar with the research by and about the philanthropic sector.  Classes will combine lectures and class debates to understand and analyze different approaches to grantmaking, identify how they shape foundation priorities, and learn how to effectively position their work within the philanthropic sector.

## LEARNING OUTCOMES

By the end of this course, every student should understand:
1. History of foundations in the United States and the tensions between private wealth, government oversight, charitable giving and the broader goals of the nonprofit sector.
2. Conceptual models and organizational forms of a wide-range of philanthropic approaches including community-based, corporate, family, venture, social justice, direct cash-transfer, and social entrepreneurship
3. Philanthropic strategies and what they reveal about a funder's mission, values, and goals; and, how they relate to foundation functions like the type and length of support, expectations for grantee outcomes, and approach to grantee evaluation.
4. Strategies for nonprofit executives to identify appropriate philanthropic resources and make a strong case for support.

## COURSE REQUIREMENTS AND GRADING

- **In-Class Participation** (15% of grade)**:** Raising questions showing insight into the implications of ideas presented and participation in class activities.
- **Written Assignments** (50% of grade)**:**
- **Class Memos** (30% of grade): Each session will include written assignments to be submitted by the student PRIOR to the start of class. Each submission should demonstrate an understanding of how class concepts and readings apply to the case studies, debate or discussion topic. Late assignments will not be accepted.
- **Group Debate Performance and Talking Points Memo** (10% of grade)**:** Students will be evaluated as a team on their overall preparation for the debate, the strength of the written arguments in the team's group talking points memo, and the quality of their oral arguments in class. Late assignments will not be accepted.
- **Individual Annotated Bibliography** (10%) Prepare an annotated bibliography of at least 10 articles on your debate subject. Annotations must be relevant to the debate subject. Late assignments will not be accepted.
- **Term Paper** (35% of grade)**:** Ability to execute meaningful research and analysis; and, effort to identify and establish learning relationships with subjects. Late assignments will not be accepted.

## ASSIGNMENTS

All assignments are posted in greater detail on the course website. It is your responsibility to download and review the assignments.

**All completed assignments must be submitted via the course website prior to the start of class (unless otherwise indicated).** You are responsible for confirming an assignment was properly uploaded and received by the instructor. Problems submitting assignments via the course website will not be accepted as an excuse for a late submission. If you are not sure you

have successfully uploaded an assignment, you are encouraged to email it to mshafid@nyu.edu.

**Late papers will be marked down one grade level for each overdue day.**

## COURSE OUTLINE

**SESSION 1 (2/5): HISTORY AND OVERVIEW**
- History of American Foundations
- Nonprofit Sector Overview
- Foundation Overview
- Philanthropic Affinity Groups
- Foundation Research Resources

**REQUIRED READING:**
- Fleishman, Joel L. *The Foundation : A Great American Secret : How Private Wealth is Changing the World*. New York: PublicAffairs, 2007.
  REQUIRED EXCERPT: Introduction and Chapter 1-4
- Prewitt, Kenneth. "Foundations." *The Nonprofit Sector: A Research Handbook.* Eds. Walter W. Powell and Richard Steinberg. Second ed. New Haven: Yale University Press, 2006. 355.
- Karl, Barry D., and Stanley Katz. "The American Private Philanthropic Foundation and the Public Sphere 1890-1930." *Minerva* 19.2 (1981): 236-70
- Reich, Rob, editor, Lucy Bernholz editor, and Chiara Cordelli editor. "Introduction: Philanthropy in Democratic Societies." *Philanthropy in Democratic Societies: History, Institutions, Values*. Chicago ; London: University of Chicago Press, 2016. Print.
- Reich, Rob. "On the Role of Foundations in Democracies." *Philanthropy in Democratic Societies: History, Institutions, Values*. Chicago ; London: University of Chicago Press, 2016. Print.
- MacDonald, Dwight.  Dwight MacDonald Meets the Philathropoids. Volume 8, Number 3, New York. 2015.
- Change Philanthropy. The 2020 Diversity Among Philanthropic Professionals Report. 2021. https://changephilanthropy.org/dapp/dapp-2020/

**ASSIGNMENT DUE:**
1. Introduction (via course website)

**SESSION 2 (3/5): FOUNDATIONS AND THE GOVERNMENT**
- Relationship to Government
- Legal Framework
- Governance and Management

**REQUIRED READING:**
- Frumkin, Peter. Strategic Giving the Art and Science of Philanthropy. Ed. UPSO. Chicago: University of Chicago Press, 2006.
  REQUIRED EXCERPT: Chapter 8
- Wolpert, Julian. "Redistributional Effects of America's Private Foundations." *The Legitimacy of Philanthropic Foundations: United States and European Perspectives.* Eds. Kenneth Prewitt, et al. New York: Russell Sage Foundation, 2006. 123.
- Karl, Barry D., and Alice W. Karl. "Foundations and the Government: A Tale of Conflict and Consensus." *Philanthropy and the Nonprofit Sector in a Changing America.* Eds. Charles T. Clotfelter and Thomas Ehrlich. Bloomington, Ind.: Indiana University Press, c1999. 52.
- Simon, John, Harvey Dale, and Laura Chisolm. "The Federal Tax Treatment of Charitable Organizations." *The Nonprofit Sector: A Research Handbook.* Eds. Walter W. Powell and Richard Steinberg. Second ed. New Haven: Yale University Press, 2006. 267.
- Scheiber, Noam, and Patricia Cohen. "By Molding Tax System, Wealthiest Save Billions." *The New York Times*, sec. A; Business/Financial Desk; BUYING POWER: 1. December 30 2015.
- Steuerle, C. Eugene, and Banjamin Soskis. "Taxes and Foundations: A 50th Anniversary Overview. https://www.urban.org/research/publication/taxes-andfoundations-50th-anniversary-overview
- Council on Foundations. "Foundation Basics." *Council on Foundations.* Web. http://www.cof.org/content/foundation-basics

**ASSIGNMENTS DUE:**
1. Case Study Talking Points Memo (paper copy due in-class, submit file via course site). Available on the Course Site: Hoereth, Joseph K. "Community Foundations and Donor Intent: Learning from the Dispute between the Chicago Community Trust and the Searle Family." Lessons in Philanthropy: A Case Studies Approach. Ed. Louis T. Delgado. Chicago, IL: Center for Urban Research and Learning, 2007. 50.

### SESSION 3 (3/26): DONORS AND CONTROL
- Community Foundations
- Donor-Advised Fund
- Donor Intent

### CLASS DEBATE
*Perpetuity or Not?* Social problems will always exist, and we will always have a nonprofit sector. Foundations should exist in perpetuity in order to be available to support future generations of organizations and individuals committed to creating change.

**REQUIRED READING:**

- Fleishman, Joel L. *The Foundation : A Great American Secret : How Private Wealth is Changing the World*. New York: PublicAffairs, 2007.  REQUIRED EXCERPT: Chapter 14
- Sacks, Eleanor W. *The Growing Importance of Community Foundations*. Indianapolis, IN: Lilly Family School of Philanthropy, 2014.
- Cantor, Alan.  "Growth or Mission? The Silicon Valley Community Foundation Made the Wrong Choice."  The Chronicle of Philanthropy, sec. Opinion: May 10, 2018.
- Ostrander, S. A. "The Growth of Donor Control: Revisiting the Social Relations of Philanthropy." *Nonprofit and Voluntary Sector Quarterly* 36.2 (2007): 356-72.
- Meadows Jr., Curtis W. "Philanthropic Choice and Donor Intent: Freedom, Responsibility, and Public Interest." *New Directions for Philanthropic Fundraising* 2004.45 (2004): 95-102.
- Villanueva, Edgar. *Decolonizing Wealth.*  Oakland, CA: Berrett-Koehler Publishers, 2018.  REQUIRED EXCERPT: Forward, Introduction and Conclusion.
- Collins, Chuck, Flannery, Helen, and Hoxie, Josh.  "Warehousing Wealth: Donor Advised Charity Funds Sequestering Billions in the Face of Growing Inequality."  Washington DC. Institute for Policy Studies.  https://ips-dc.org/reportwarehousing-wealth/
- Renz, Loren, and David Wolcheck. *Perpetuity Or Limited Lifespan: How do Family Foundations Decide?*. New York, NY: The Foundation Center, 2009. https://candid.issuelab.org/resource/perpetuity-or-limited-lifespan-how-dofamily-foundations-decide.html

**ASSIGNMENTS DUE:**
1. Payout Debate Talking Points Memo (all)
2. DEBATE TEAMS ONLY: Annotated Bibliography and Debate Talking Points Memo

**SESSION 4 (4/9): FOUNDATION STRATEGY AND EVALUTION**
- Strategy Development
- Evaluation and Measurement
- Theory of Change
- Logic Models

**CLASS DEBATE**
*More Evaluation or Less?*  Formal, rigorous evaluation is the only way to objectively assess the outcomes of a grantee and ensure that a foundation is maximizing the social benefit of their grant dollars.

**REQUIRED READING:**
- Brest, Paul, and Hal Harvey. *Money Well Spent: A Strategic Plan for Smart Philanthropy*. New York: Bloomberg Press, 2008.
  REQUIRED EXCERPT: Chapter 1-5, 1- 86
- Harvey, Hal. "Why I Regret Pushing Strategic Philanthropy." *The Chronicle of Philanthropy.* Opinion. April 4, 2016.
  Pastor, Manuel; Ito, Jennifer; Rosner, Rachel. *Transactions, Transformations,*

*Translations: Metrics that Matter for Building, Scaling, and Funding Social Movements.*
2011-10-25, 2011.  REQUIRED EXCERPT: Chapter 1
Gibson, Cynthia.  Participatory Grantmaking: Has Its Time Come? 2017.
https://www.issuelab.org/resource/participatory-grantmaking-has-its-timecome.html
Gugerty, Mary Kay, Karlan, Dean.  *Ten Reasons Not to Measure Impact – and What to Do Instead,* Stanford Social Innovation Review. 2018.
Equitable Evaluation Framework Framing Paper. August 2017.

- Kaplowitz, Rella, and Jasmine LaRoche.  "More than Numbers: A Guide Toward Diversity, Equity, and Inclusion (DEI) in Data Collection."  Charles and Lynn Schusterman Foundation. 2021. https://www.schusterman.org/more-than-numbers-a-guide-towarddiversity-equity-and-inclusion-dei-in-data-collection
- Ranghelli, Lisa. *Leveraging Limited Dollars: How Grantmakers Achieve Tangible Results by Funding Policy and Community Engagement*. Washington D.C: National Committee on Responsive Philanthropy, 2012. https://www.ncrp.org/files/publications/LeveragingLimitedDollars.pdf

**ASSIGNMENTS DUE:**
1. DEBATE TEAMS ONLY: Annotated Bibliography and Debate Talking Points Memo

**SESSION 5 (4/23): PHILANTHROPY AND SOCIAL CHANGE**
- Social Justice Philanthropy
- Venture Philanthropy
- Social Entrepreneurship
- Effective Altruism
- Conservative Philanthropy

**CLASS DEBATE**
*Change or Charity?* The best way to address the root causes of complex social problems is to support long-term structural change (social justice) rather than simply seeking to give to those with the greatest immediate need (effective altruism).

**REQUIRED READING:**
- Ruesga, Albert. *Social Justice Philanthropy: An Initial Framework for Positioning This Work*.  Philanthropy for Social Justice and Peace Working Group on, 2010
- Effective Altruism. An Introduction to Effective Altruism. https://www.effectivealtruism.org/articles/introduction-to-effective-altruism/
- Brest, Paul, and Hal Harvey. *Money Well Spent: A Strategic Plan for Smart Philanthropy*. New York: Bloomberg Press, 2008. REQUIRED EXCERPT: 149-166
- National Committee for Responsive Philanthropy.  *Power Moves: Your Essential Philanthropy Assessment Guide for Equity and Justice.* Washington D.C.  2018.

https://www.ncrp.org/initiatives/philamplify/power-moves-philanthropy  Piper, Kelsey, and Siobhan McDonough. *Should charities spend your money now – or save it to help people later.*  Vox. 2021. https://www.vox.com/futureperfect/22822406/give-well-give-directly-philanthropy

- Letts, Christine W., William Ryan, and Allen Grossman. "Virtuous Capital: What Foundations can Learn from Venture Capitalists." *Harvard Business Review* 75.2 (1997): 36-44. (Harvard Course Pack)
- Edwards, Michael. *Just another Emperor? the Myths and Realities of Philanthrocapitalism*. New York, NY: Demos, 2008.
- Bishop, Matthew, and Michael Green. "Philanthrocapitalism Rising." *Society* 52.6 (2015): 541-8.
- Light, Paul. "Social Entrepreneurship Revisited." *Stanford Social Innovation Review* 7.3 (2009): 21-2.
- Incite! Women of Color Against Violence. *The Revolution Will Not be Funded : Beyond the Non-Profit Industrial Complex*. Cambridge, Mass.: South End Press, 2007. REQUIRED EXCERPT: Introduction, http://collectiveliberation.org/wpcontent/uploads/2013/01/Smith_Intro_Revolution_Will_Not_Be_Funded.pdf
- Shambra, William A. "Philanthropy's Misguided Focus on 'Root Causes,' " *Chronicle of Philanthropy*, sec. Opinion: June 28, 2007 2007.

**CASE STUDIES:**

- (E-Reserve via link below): Korten, Alicia Epstein. *Change Philanthropy: Candid Stories of Foundations Maximizing Results through Social Justice*. Ed. Kim Klein. Hoboken, NJ, USA: Jossey-Bass, 2009. REQUIRED: Chapters 1 (Discount Foundation) and Chapter 7 (Liberty Hill Foundation)

**ASSIGNMENTS DUE:**

1. Case Questions Memo (electronic copy via course site; paper copy due in-class)
2. Final Project Overview: *https://forms.gle/X6BafaJoKJMv4Mqq9*
3. DEBATE TEAMS ONLY: Annotated Bibliography and Debate Talking Points Memo

**SESSION 6 (5/7): FAMILY AND CORPORATE PHILANTHROPY**
- Family Philanthropy
- Corporate Philanthropy
- Corporate Social Responsibility

**REQUIRED READING:**

- Michael E. Porter; Mark R. Kramer; Simon Zadek. Redefining Corporate Social Responsibility. Cambridge: HBR Article Collection, 2007. (HBR Course Pack)
- Brest, Paul. "Reconciling Corporate Social Responsibility and Profitability: Guidelines for the Conscientious Manager." *Philanthropy in Democratic Societies : History, Institutions, Values*. Chicago ; London: University of Chicago Press, 2016. Print.
- Boris, Elizabeth, Carol J. De Vita, and Marcus Gaddy. *2020 Trends Study*. Washington, D.C.: National Center for Family Philanthropy, 2020.
  REQUIRED EXCERPT: Executive Summary
  Reiser, Dana Brakeman. *The Rise of Philanthropy LLC's.* Stanford Social InnovationReview.2018
  http://ssir.ebookhost.net/ssir/digital/55/ebook/1/download.pdf
- Blau, Andrew. *Why Donors Are Not Investors.* Global Business Network and Monitor Institute. 2005.
  https://www.futureofphilanthropy.com/files/donors.pdf
  Lilly Family School of Philanthropy, Indiana University. The 2021 Bank of America Study of Philanthropy: Charitable Giving by Affluent Households. 2021.
  https://scholarworks.iupui.edu/bitstream/handle/1805/26654/bank-americasept21.pdf
- Vaid, Urvashi, and Maxton, Ashindi. The Apparitional Donor: Understanding and Engaging High Net Worth Donors of Color. New York. The Advancement Project and The Vaid Group, LLC

**ASSIGNMENTS DUE:**
1. Program Officer Job Posting

**SESSION 7 (5/14): FINAL PROJECT PRESENTATIONS**

**ASSIGNMENTS DUE:**
1. Final Project

**TERM PAPER OPTIONS**

**OPTION #1: RESEARCH TERM PAPER**
Each student will conduct an in-depth 8-10-page analysis of one of the approaches to grantmaking reviewed in the course. The paper will focus on the strategy of one foundation or other grantmaking institution of your choice. Students will apply the frameworks, dimensions of strategy, and conceptual debates discussed in class to the selected subject. The paper should offer an overview and original analysis of the challenges, opportunities, accomplishments and evaluation of the strategy employed by the institution. Students may not select one of the institutions or case studies highlighted in class. The term paper must cite at least five sources not included on the syllabus. Citations can include scholarly works, popular literature, reports produced by or about the foundation, blog posts, etc. In one of the final sessions, students will be asked to make a brief formal presentation of their findings to the class.

**OPTION #2: NONPROFIT FOUNDATION STRATEGY MEMO (advance approval required)**
*This option should only be selected if you currently work for a nonprofit organization and have access to the people and materials required to understand the overall organization, fundraising needs, and current foundation support.*

The student will develop an in-depth 8-10-page strategy memo on how to position the nonprofit organization within the foundation sector. The memo will include:

- SWOT analysis (strengths, weaknesses, opportunities and threats) of the overall organization.  You should also identify 3-5 organizations doing similar work that are receiving foundation support and articulate what is different/similar about the approach of your organization.
  Strategy for raising money for the overall organization.  This could include identifying sources for general support as well as targeted fundraising for specific initiatives.
- Identify a minimum of 10 NEW foundations for the organization to cultivate for support and include background on those foundations.  The foundation overview should outline:
    - Similar grants the foundation has made
    - Name of the program area and program officer responsible for the work
    - Name(s) of any affinity groups in which the foundation or their staff are involved – board, steering committee, conference planning committee, conference sponsor, session designer, moderator etc..
    - Foundation background must also correctly identify the funding approach and type of foundation
- The final element of the proposal is an outline of strategies the organization could use to raise the profile of your leadership and organization.  The memo must:
    - Identify at least three affinity groups the organization could approach
    - Funders (current or prospective) who could advocate for your organization to be included on panel presentations
    - People who the organization already knows who can introduce you to new foundations and/or program officers.
    - Review the Philanthropy New York (or other relevant regional association) website and identify a program topic or design from the past two years that you could replicate to feature your organization.

In the final session, students will be asked to make a brief formal presentation of their strategy memo to the class.

### ADDITIONAL COURSE NOTES

**Mask Guidance:** All members of the NYU community—students, faculty, administrators, staff, visitors, vendors, and affiliates—are required to wear masks at all times while indoors on the University campus or while participating in University-sponsored activities off-campus. At this time, everyone should consider double-masking or a higher-grade mask, such as a KN95 or KF94. Using a cloth mask over a disposable mask improves the fit and adds layers.

For additional safety, there will be <u>no eating or drinking</u> allowed in the classroom.  Student may step out of class if there is a medical necessity.  Otherwise, we will take at least two breaks each session.

***Masks That Are Not Acceptable***
- Masks with one-way valves or vents.
- Bandanas, scarves, and face covering made with other repurposed clothing items.
- Cloth masks, unless being used as a second layer over a disposable mask.

**Students with Disabilities:** In keeping with the university's policy of providing equal access for students with disabilities, any student with a disability who needs academic accommodations is welcome to meet with me privately. All conversations will be kept confidential. Students requesting any accommodations will also need to contact the Henry and Lucy Moses Center for Students with Disabilities (CDS).   CDS will determine what accommodations are required and at that point, I will review the letter with you and discuss these accommodations in relation to this course. For more information please visit the Center for Students with Disabilities (CDS):
http://www.nyu.edu/life/safety-health-wellness/students-with-disabilities.html

**Class Attendance:**  Attendance and participation contribute to a rich learning environment for the entire class. Being present for and participating in live classes improves your work, engagement and learning retention. Students are expected to attend in-person classes in person unless you are:
1. Unable to enter an NYU building because of entry issues
2. Unwell
3. Told to isolate/quarantine because of COVID issues.

**Class Participation:** Class participation is an essential part of class and includes keeping up with reading, contributing meaningfully to class discussions, active participation in group work, and coming to class regularly and on time.  Class participation is graded after each session.

**Delays:** In rare instances, I may be delayed arriving to class.  If I have not arrived by the time class is scheduled to start, you must wait a minimum of thirty minutes for my arrival.  In the event that I will miss class entirely and I'm unable to communicate via the course website, an announcement about the missed lecture and course materials will be posted within 24 hours.
**Grades:** Grades in the A- to B+ range reflect proficient graduate-level performance.  An "A" is reserved for exceptional work.

**Course Website:** Use of the course website is central to this course.  Assignments must be submitted via the site.  The assignments and additional resources will be posted to course

website throughout the term. It is an important resource for this class and students should check it for announcements before coming to class each session.

**Academic Honesty and Integrity:** Compromising your academic integrity may lead to serious consequences, including (but not limited to) one or more of the following: failure of the assignment, failure of the course, academic warning, disciplinary probation, suspension from the university, or dismissal from the university. Students are responsible for understanding Wagner's policy on academic honesty and integrity and must make use of proper citations of sources for writing papers, creating, presenting, and performing their work, taking examinations, and doing research. It is the responsibility of students to learn the procedures specific to their discipline for correctly and appropriately differentiating their own work from that of others. Resources regarding the school policy on academic honesty and integrity and can be found on the Wagner website: http://wagner.nyu.edu/students/policies/academic-code

**Plagiarism:** Students handing in material that clearly reflects copying directly from the Internet or other students' work will receive an automatic F for the course and are subject to disciplinary actions that include possible expulsion from the University. Resources regarding the school policy on plagiarism and how to avoid it can be found on the Wagner website: http://wagner.nyu.edu/students/policies/academic-code

**Responsibility:** Students are responsible for all assignments, even if they are absent. Late papers, failure to complete the readings assigned for class discussion, and lack of preparedness for in-class discussions and presentations will jeopardize your successful completion of this course.