**Electromagnetic harassment with torturous patterns (electromagnetic torture, cybernetic torture or cybertorture): "the crime that people complain most about on the internet/social media"**
**Relevance to neuroweapons as well as "Health Attacks" or "Health Incidents" of U.S. and Canada diplomats**

*Dynamics conducive to corruption and torture: Neuroweapons having top secret status similarly to "weapons of mass destruction" are expected to be subject to limited or non-existent parliamentary / congressional supervision*

Electromagnetic harassment with torturous patterns has been referred to as the "crime that people complain most about on the internet/social media". It is argued that the "health incidents" or "health attacks", according to the terms of the U.S. State Department, which affected the U.S. Embassy diplomats in Cuba and China (and similarly the Canada Embassy diplomats in Cuba) are linked to this phenomenon [*]. A precedent is found in the microwave irradiation of the U.S. Embassy in Moscow (1953–1976) [*]. Many thousands of people internationally complain of being electromagnetically harassed with torturous patterns (electromagnetic torture, cybernetic torture or cybertorture).

Health attacks are currently the object of an interagency investigation of the U.S. government coordinated by the "Health Incident Task Force" created by the U.S. Department of State [*]. Three scientific publications present evidence of brain damage of the diplomats [*][*][*]. A U.S. Congressional hearing reiterated the diagnosis of brain injury as a result of the attacks [*]. The U.S. Government Accountability Office assessed the response of the State Department, published a report [*] and presented its findings to Congress [*]. Given the neurological nature of the attack, the technological means that would have been used are defined as neuroweapons. A group of experts, including the first physician who examined the U.S. diplomats, gave presentations on the health attacks at a neuroweapon event held by SOFWERX and the U.S. Special Operation Command [*]. A briefing of the Pentagon Chiefs of Staff was conducted by the same group of experts [*].

U.S. victims of electromagnetic harassment have provided comment to the Presidential Commission for the Study of Bioethical Issues (created by President Obama) in March and May 2011 [*][*]. In Europe, the Ministry of Defense of Poland conducted a geographical analysis of complaints of Polish victims for electromagnetic attacks in 2016 [*]. Following correspondence with the Ministry [*], Polish victims have been heard by the Inspectorate of Innovative Defense Technologies of the Ministry of Defense.

Among different protests against electromagnetic harassment/torture, two international rallies have been held on the 29th August in 2019 and 2018 [*].

Victims of electromagnetic harassment, often called "Targeted Individuals" or "TIs" report:

1. Torturous routines such as head and body electromagnetic stimulation e.g. intense sudden contractions of (surface) muscle fibers equivalent to painful stimulus of being hit, different stimulation patterns generating miscellaneous effects e.g. pain, tingling, pins-and-needle effect and also intense heating, burning or itching sensations.

EXHIBIT 4

2. Artificial tinnitus, hearing voices and mental manipulation i.e. mental content presentation/insertion and extraction (personal thought content being repeated to them in an interval of a few seconds).

3. Manipulation via brain-to-brain interface: A remote human operator exerts a dominant cognitive influence determining certain functions (e.g. a motor function such as moving a limb).

Targeted Individuals are being tortured silently while certain phenomena such as "hearing the global Hum" which affects 4% of the world population [*] may be indicative of the fact that the effects are being experienced by a much larger population than that of targeted individuals.

Given the extremely advanced nature of the symptoms reported, e.g. mental manipulation, the associated neuroweapons, also termed "weapons of mass disruption" should be considered equivalent, in terms of national security, to "weapons of mass destruction". It is expected that these would be top secret, would be handled only by few people in the highest military ranks, and would probably be subject to limited or non-existent parliamentary/congressional supervision (cf. generic reporting citing indispensable covert national security operations). This setting would cancel institutional controls, thereby creating environments conducive to corruption.

It is important that society addresses electromagnetic harassment with torturous patterns or electromagnetic torture (cybernetic torture or cybertorture). It constitutes a significant human rights issue with severe risks on the health, well-being and the life of individuals. It is also important to comprehend the implications, as the complaints of the targeted individuals referring to both torture as well as mental manipulation may be indicative of a future where mental interference may be performed in large scale with imperceptible nuances and nudging of thinking towards certain directions e.g. for political or economic interference. It is urgent to address this phenomenon.

EXHIBIT 4