Mary Basile Logan
Post Office Box 5237
Clinton, New Jersey 08809
Email: Trino@trinops.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

MARY BASILE LOGAN, individually and on behalf          |
of those similarly situated, *Pro-Se*;                 |
                                                       |
                Plaintiff,                    |
                                                       |
MERRICK GARLAND, in his official capacity              |
Attorney General, Department of Justice;               |
                                                       |
LLOYD AUSTIN, III, in his official capacity as the     |
Secretary, Department of Defense;                      |
                                                       |
WILLIAM J. BURNS, in his official capacity as the      |
Director, Central Intelligence Agency;                 |
                                                       |
CHRISTOPHER A. WRAY, in his official capacity          |
as the Director of the Federal Bureau of Investigation;|
                                                       |
DENIS RICHARD MCDONOUGH, in his official               |
capacity as Secretary of Veterans Affairs;             |
                                                       |
ALEJANDRO MAYORKAS, in his official capacity as        |
Secretary, U.S. Department of Homeland Security;       |
                                                       |
MARCIA L. FUDGE, in her former capacity as Secretary   |
U.S. Department of Housing and Urban Development;       |
                                                       |
ROBERT CALIFF, in his capacity as Commissioner,        |
Food and Drug Administration;                          |
                                                       |
WILLIAM J. CLINTON, in his official capacity as the    |
former President of the United States of America;      |
                                                       |
HILLARY R. CLINTON, in her official capacity as        |
former Secretary of State for the United States of America; |

THOMAS KEAN, Sr., in his former capacity as Chairman
9/11 Commission;

ROBERT MUELLER, in his former capacity as Director
of the Federal Bureau of Investigation;

JAMES COMEY, in his former capacity as Director
of the Federal Bureau of Investigation;

CHRISTOPHER J. CHRISTIE, in his capacity as the
former-Governor of New Jersey;

RICHARD "DICK" CHENEY, in his former capacity
as Vice President of the United States;

ELIZABETH "LIZ" CHENEY, in her former capacity
as Chair, January 6 Commission;

JOHN KERRY, in his official capacity as U.S. Special
Presidential Envoy for Climate;

GEORGE W. BUSH, in his former capacity as
President of the United States;

BARACK HUSSEIN OBAMA, in his former capacity as
President of the United States;

LORETTA LYNCH, in her former capacity as
United States Attorney General;

JAMES BAKER, in his former capacity as White House     **CIVIL DOCKET: 3:24-CV-00040**
Chief of Staff;                                            **ZNQ-TJB**

ERIC HOLDER, in his former capacity as United States   **ORAL ARGUMENT REQUESTED**
Attorney General;

JOSEPH R. BIDEN, in his official capacity as President,
his former capacities as Vice President and Senator, of
these United States;

JOHN ASHCROFT, in his former official capacity,
as United States Attorney General;

JAMIE GORELICK, in her official capacity, Homeland
Security Advisory Council member;

NANCY PELOSI, in her official capacity as
Congresswoman (CA);

GEORGE NORCROSS, in his capacity as Chairman,
Cooper University Medical Systems;

PHILIP MURPHY, in his official capacity as Governor
of New Jersey, and as former Chair of the National
Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary
of State, as former President of the National Association
of Secretaries of State, and her current capacity as
Lt. Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then-
Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as Deputy
Commissioner for Public Health Services;

MATTHEW PLATKIN, in his official capacity as
Attorney General of the State of New Jersey;

KATHY HOCHUL, in her official capacity as Governor
of New York;

ANDREW CUOMO, in his former capacity as Governor
of New York and his capacity as Vice-Chair of the National
Governors Association;

LETITIA JAMES, in her capacity as Attorney General of
the State of New York;

SUSAN RICE, in her official capacity as United States
Domestic Policy Advisor;

ADAM SCHIFF, in his official capacity as Congressman,
of the State of California;

CHARLES "CHUCK" SCHUMER, in his official
capacity as Senator for the State of New York;

XAVIER BECERRA, in his official capacity as
Secretary of Health and Human Services;

JANET YELLEN, in her official as Secretary of
the United States Treasury;

ROD ROSENSTEIN, in his former capacity as United
States Deputy Attorney General;

HUMA ABEDIN, in her former capacity as vice
Chair of Hillary Clinton;

DEBBIE WASSERMAN SCHULTZ, in her current
capacity as U.S. Representative, (FL-25);

BILL NELSON, in his official capacity as Administrator
of NASA;

OCCIDENTAL PETROLEUM;

UNITED HEALTHCARE;

DEMOCRATIC NATIONAL COMMITTEE;

REPUBLICAN NATIONAL COMMITTEE;

JAMES PITTINGER, in his official capacity as Mayor
of Lebanon Borough, State of New Jersey;

LISA SELLA, in her official capacity as Deputy Clerk,
Lebanon Borough, State of New Jersey;

ROBERT JUNGE, in his official capacity as Municipal
Co-Chair, Republican Party, Lebanon Borough, State of
New Jersey;

JOHN DOES (1-100)

JANE DOES (1-100)
                    Defendants.

_____

## SUPPLEMENT TO
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION HEARING DATE,
## PRELIMINARY INJUNCTION, AND PERMANENT RESTRAINING ORDER

Plaintiff, Mary Basile Logan, respectfully moves this Court for a preliminary injunction as set forth below and for the reasons set out in the accompanying Brief in Support of Plaintiff's Motion for Preliminary Injunction Hearing Date and Permanent Restraining Order.  Fed. R. Civ. P. 65(a).  Because there are only legal questions at issue, Plaintiff respectfully requests that this Court consolidate the preliminary injunction hearing with the trial on the merits and rule on the merits in accordance with Fed. R. Civ. P. 65(a)(2).  Plaintiff provides this supplement to the Motion scheduled before the Honorable Court on September 5, 2024, ECF Doc. 105.

WHEREFORE, Plaintiff respectfully request the Court grant their Motion and issue a preliminary injunction pending a decision on the merits of Plaintiff's claims in this matter.


Dated:          September 9, 2024

Respectfully submitted,

/s/ Mary B. Logan

Mary B. Logan
Plaintiff, *Pro-Se*
Post Office Box 5237
Clinton, New Jersey 08809

Mary Basile Logan
Post Office Box 5237
Clinton, New Jersey 08809
Email:  Trino@trinops.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

_____

| MARY BASILE LOGAN, individually and on behalf | |
| of those similarly situated, *Pro-Se*; | |
| | |
| Plaintiff, | |
| | |
| MERRICK GARLAND, in his official capacity | |
| Attorney General, Department of Justice; et al. | |
| | |
| Defendants. | **CIVIL DOCKET: 3:24-CV-00040 ZNQ-TJB** |
| | |
| | **ORAL ARGUMENT REQUESTED** |

**CIVIL DOCKET: 3:24-CV-00040 ZNQ-TJB**

**ORAL ARGUMENT REQUESTED**

## SUPPLEMENT TO OPENING BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION HEARING DATE, PRELIMINARY INJUNCTION, AND PERMANENT RESTRAINING ORDER

Mary Basile Logan
Plaintiff, *Pro-Se*
Post Office Box 5237
Clinton, New Jersey 08809
(908) 200-7294
Email:  Trino@trinops.com


Dated:  September 9, 2024

## SUPPLEMENT TO OPENING BRIEF

### TESLA INTELLECTUAL PROPERTY – FREQUENCY IN THE MARKET

1.      On January 4, 2024, Plaintiff filed this lawsuit alleging that Defendants' collective actions, moving as co-conspirators to meet their ends, manifest in events abhorrent to the Constitution and to the inalienable Rights of the Plaintiff each taken under the color of law, depriving her of rights, privileges, or immunities in violation of 42 U.S.C. § 1983, the First and Fourteenth Amendments to the Constitution, and the Equal Protections Clause.  Plaintiff now moves for a preliminary injunction. Plaintiff states that notice to the adversarial party and not perfected formal service is needed to assert jurisdiction to issue an injunction (*Whirlpool Corp. v. Shenzhen Sanlida Elec. Tech. Co., Ltd.,* Case No. 22-40376 (5th Cir. Aug. 25, 2023) (Barksdale, Southwick, Higginson, JJ.))  Plaintiff restates the inclusive claims, inclusive of harms and remedy as set forth in the amended complaint and supplemental submissions with Exhibits so accompanying as set forth in ECF 45; 45-1; 45-2; 45-3; 45-4; 45-5; 45-6; 45-7; 45-8; 45-9; 45-10; 45-11; 45-12; 45-13; 45-14; 45-15; 45-16; 45-17; 45-18; 45-19; 45-20; 45-21; 45-21; 45-22; 56; 46; 46-1; 46-2; 55; 55-1; 55-2; 55-3; 55-4; 55-5; 73; 73-1; 73-2; 73-3; 73-4; 73-5; 73-6; 73-7; 73-8; 105; 104-1, and 104 in support of the certified statements of harm herein.

2.      The foregoing Defendants MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, KATHY HOCHUL, ANDREW

CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN and ROBERT JUNGE, hereinafter referred to as "inclusive Defendants". Plaintiff had made application to the Honorable Court to include add LISA MONACO, MICROSOFT, BILL GATES, WARREN BUFFETT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER, co-colluders who overtly labored collectively to exact a predetermined outcome at the expense of Plaintiffs' sovereign Rights as set forth below, inclusive of harms.

3.      Plaintiff analyzed the recurrent data and findings associated with the original repository with a principal focus on: Drexel Burnham Lambert, Bank of America, James N. Weinstein, Corpay, et al., Microsoft and Microsoft Health, et al., Global Payments, et al., Entertainment Software Association et al., Paul Allen and associated entities.

4.      Plaintiff restates all claims made in the Notice of Motion submitted September 5, 2024 as ECF Doc. 105, as to the fractures that exist within the stolen artifacts, journal and intellectual property ("IP") belonging to Nikola Tesla. Plaintiff states that these fractures within the origin data cannot be repaired because the true author is no longer living and his remaining records, to the extent they too were not fractured, have been given to Tesla's family. Individual inventors, entrepreneurs, companies and scientists having applied the fractured records would

seek to retain the material as theirs, as original thought or concepts without blemish of plagiarism on patents, products and evolutional history.

5.      Plaintiff states for the Honorable Court's knowledge as to the content herein, cryptochrome exists in the retina and in different regions of the brain, has been confirmed to be able to perceive magnetic fields and convert magnetic fields to action potentials…iron particles ($Fe_3O_4$) believed to be receptors.  Newly developed supersensitive magnetic sensors made of iron magnets that can sense the brain's magnetic field have suggested the idea that these $Fe_3O_4$ particles or magnets may be capable of perceiving the brain's extremely weak magnetic field.[1] The magnetic field of the Earth provides animals, including birds with navigational information, the vector indicates direction, similar to a compass, and magnetic intensity and inclination, which decreases from the magnetic poles to the magnetic equator.  At the time of this writing, the retina remains the only human organ that has not successfully been transplanted.

6.      Bioelectromagnetics is the study of the interaction between the electromagnetic fields and biological entities, as well the impact on living cells, tissues or organisms, the effects of man-made sources of electromagnetic fields, i.e. Cell phones, and the application of electromagnetic radiation toward therapies for treatment of various medical conditions.

7.      Plaintiff states that the Allen Institute for Brain Science (Est. 2003) from Microsoft seed money, $100m, associated with the Allen Institute for Cell Science (Est. 2014), Paul G. Allen Frontiers Group (Est. 2016) and Allen Institute for Immunology (Est. 2018).

8.      Plaintiff states that the Allen Institute for Brain Science launched the Allen Spinal Cord Atlas (Est. 2008) researchers associated with the project alleged to identify genome-wide map showing where each gene is expressed (turned on or off), throughout the spinal cord of

---

[1] Hosseini, Ehsan.  Brain-to-Brain Communication:  The Possible Role of Brain Electromagnetic Fields.  March 7, 2021.  Accessed September 1, 2024.  Liberty University Library.

mice to advance new treatments for human neurological disorders. Allen Human Brain Atlas (Est. 2010) research associated with development of highly detailed map of gene activity in mouse brain at several points of genetic development, including embryonic ages, postnatal and aging time points. In 2011, the brain mapping research advanced to focus on gene expression toward neural circuitry, the resulting 3-dimensional, high-resolution map of neural connections throughout the mouse brain, alleged to aid science in understanding how the brain is wired, brain diseases and disorders.

9.      Plaintiff states that transcranial magnetic stimulation (TNS) is a noninvasive form of brain stimulation in which a changing magnetic field is used to induce an electric current at a specific area of the brain through electromagnetic induction, a pulse generator, or stimulator is connected to a magnetic coil and thereafter to the scalp. TNS is clinically studied for application in depression, fibromyalgia, neuropathic pain and diagnostic treatments including multiple sclerosis, myelopathy and amyotrophic lateral sclerosis.

10.      During testimony held before the select Subcommittee on the Coronavirus Pandemic on January 9, 2024, and June 3, 2024, Anthony Fauci, MD testified to the fact that the "operative definition" gain of function ("GoF") is research that results in "enhancement" of the function of a "potential pandemic pathogen" (Source: Hearing Transcript June 2, 2024) Fauci statements asserted that the NIAID-funded EHA sub-award to WIV had never been shown to infect humans, much less to cause high transmissibility or significant morbidity and mortality in humans…in referring to the definition of Potential Pandemic Pathogen Care and Oversight ("P3CO).  while expounding upon the concepts and pointedly avoiding the use of the exact GOF terminology. The pause on the GOF funding was not applicable to SARS viruses, influenza and MERS; Plaintiff assets that funding may have been granted by the head of a federal agency in

their usurpation of Executive authority under Proclamation 9994, in the interest of protecting the public health or national security in accordance to standing legal framework, as provided in NOT-OD-15-011. "The purpose of this Guide Notice is to notify applicants that in accordance with the October 17 (2014) White House announcement, the National Institutes of Health is instituting a funding pause on the provision of new funding for certain gain-of-function research projects, Federal-wide, so that a deliberative process can be undertaken to assess the potential benefits and risks associated with these types of studies" (EXHIBIT 1).

11.     Plaintiff states that the working relationship between Paul Allen and BILL GATES outwardly appeared severed with Allen leaving Microsoft; however, the fact that Allen remained a Board member confirms continuance of the relationship and interface.  In that board capacity, Plaintiff alleges that the research, studies and findings from Allen's above endeavors were shared with GATES who applied them within the Microsoft structure and ethos.  Plaintiff states that Allen's actions were mirrored with other board members interface between corporations and persons so represented, including but not limited to WARREN BUFFETT.

12.     Phil Spencer began his career at Microsoft Gaming in 1988 as an intern, joining the Xbox team in 2001 where he serves as general manager of Microsoft Game Studios EMEA, named as the studio's corporate vice president in 2002, later taking the lead on Xbox, Xbox Live, Groove Music and Movies & TV, and Microsoft Studios under the Windows and Devices divisions.

13.     Plaintiff inserts data points from the same period to the present time on mass shootings:



14.     Plaintiff states that the chart above was obtained from Statista, and from the secondary source of Mother Jones, it was not altered by the Plaintiff ensuring limited.

15.     Plaintiff analyzed four mass shooting events as a contrast/comparison model, these included Columbine, Colorado; Parkland, Florida; Sandy Hook in Newtown, Connecticut, and Virgina Tech, Virginia.  In all four cases the commonality of the perpetrators use of video games on various consoles or computers, listening to music streaming and/or Apple product listening devices was consistent.

16.     Plaintiff states that human beings are designed by God as experiential and communicative, garnering the adaptive tools for life in the accumulation of ownership and responsibility through the seasons of complex challenge.  Children, in particular, need and must have these seasons to move successfully from childhood to adulthood; nature versus nurture at times imposes on that process.  These impositions alter God's intent of design and create within the human being a displacement of right and wrong, evaluation processes and in the extreme, a

displacement of self as without merit; this is the case in human trafficking, abuse – sexual or otherwise and self-abuse including eating disorders.  To further illustrate the foregoing, Plaintiff attaches (EXHIBIT 2), The School Shooter, A Threat Assessment Perspective.

17.    Plaintiff expands on the brain mapping referred in Allen's research; Plaintiff states that the Allen data and findings have been applied within the Microsoft Gaming venue, comporting to a root fractured company ethos, the origin plagiarized from Nikola Tesla.  Similar to a fractured child, the company's evaluative process invested not in the moral right and wrong that civil society depends on for equilibrium, rather having been adapted to meet the worldview born of the fracture, reinforced with the expanse of time and investment of money meeting shareholder demands.

18.    Plaintiff restates the allegation that BILL GATES and WARREN BUFFETT are involved and have knowingly committed human atrocities as expressed in the Notice of Motion, *see*: ECF Doc. 105, ¶ 148. The actions of the above inclusive parties have been given aid by the inclusive Defendants, and include but are not limited to LISA MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER.

19.    Plaintiff states that as the participatory aforementioned pool of participants grows larger, the remainder of society shifts with it to maintain equilibrium, a knowingly engineered constant; this is season in which the United States finds itself today.  The engineered shifts prove insightful to the astute in informing that the Natural Law of equilibrium holds true of the pool as well.  As the counter structure shifts to meet the former, it informs intent of further growth of the participatory pool, in this case Plaintiff was alerted to the foregoing by the

movements of the inclusive parties, including those of the United Nations, a thorough understanding of BCCI disclosed the invisible, malevolent hands.

20.    Plaintiff reviewed the Entertainment Software Association ("ESA"), evolving into the Interactive Digital Software Association ("IDSA") and its affiliate entities including Board members, organizational history and alumni association as a component of the contrast/comparison final analysis.  From the analyses, Plaintiff asserts that the whole of the gaming industry is applying the same brain mapping model as followed by Microsoft which parallels Plaintiff statement regarding the pool.  The organization was formed by Douglas Lowenstein (Est. 1994), who resigned in February 2007, to head-up a newly formed private equity council, so too paralleling the findings in and among Plaintiff's originated data as well to BCCI, up to and including Lowenstein's media career and staff appointment with United States Senator Howard Metzenbaum.  Throughout his career, at the ESA, he lobbied against anti-games advocates in the company of Patricia Vance, the latter previously working at Disney/ABC with management of Oprah.com among other endeavors; the fissure participation evident (See ECF Doc. 105, ¶ 162.2.

21.    Plaintiff states that Clark Clifford and Robert Altman, attorneys who represented the interests of wealthy Arab businessmen, including members of the Abu Dhabi and Saudi Arabian royal families, aiding in their endeavors with the British bank, Bank of Credit and Commerce International, BCCI.  Robert Altman was married to Lynda Carter, having two children, a daughter and son.  Altman served with Phil Spencer on the Board of ESA, as Chair and Vice Chair, respectively.

22.    In 1993 Congressional hearings were conducted regarding the controversy surrounding the violence depicted in the Mortal Kombat and Night Trap video games, the

manufacturers, Sega and Nintendo, pointing the finger at each-other as to the self-imposed industry rating standards regarding the subject games.  In 1994, the Video Game Ratings Act was proposed by Congressman Joe Lieberman.  Citing No. 22, above, Congress and industry seeking their equilibrium, the gaming industry formed ESA/IDSA to retain industry control, offering to use the Videogame Rating Council ratings, Sega consented, Nintendo did not.  In July, 1994, the ESA/IDSA representatives returned to Congress to present the Entertainment Software Ratings Board ("ESRB") which Congress accepted, standardizing the ratings throughout the industry.

23.     Plaintiff accentuates No. 162 of the Notice of Motion (See: ECF Doc. 105), the two primary elements of displaced philanthropy and trafficking driving the malevolent intent of retention under mask of innocuous name video *game*, when in fact, they are anything but.  For the benefit of the Honorable Court, the BCCI investigation had ended in 1993, Robert Altman in the company of Clark Clifford were indicted; Altman was acquitted of charges, the Federal Reverse case was settled with Altman agreeing to be banned from the banking industry.

24.     In 1999, Altman co-founded ZaniMax Media with Bathesda Software, following the identical model of BCCI, the existing founder was retained under the new parent company, Bathesda; Altman became CEO and Weaver served as CTO, Weaver would be pushed out in 2002 and Clifford was brought in.  Altman used Clifford connections as a lawyer to stack the Advisory Board of ZeniMax with high profile members.

25.     In furtherance of the facts set forth in the body of Plaintiff's pleadings, set to repository inclusive of exhibits, Clark McAdams Clifford interacted as counsel and advisor in unofficial and informal matters of statecraft authored and presented by Presidents Harry S. Truman, John F. Kennedy, Lyndon B. Johnson and Jimmy Carter Presidential advisory included the 1948 recognition of the new Jewish state of Israel and extended into matters of state with

input among senior officials in the Departments of State, War, and Justice, the Joint Chiefs of Staff, and the Central Intelligence Group.  Clifford presented the Clifford-Elsey Report, solicited by President Truman, https://www.trumanlibrary.gov/library/research-files/report-american-relations-soviet-union-clark-clifford-clifford-elsey-report?documentid=NA&pagenumber=1 authored following consultation with George Elsey, George F. Kennan and Charles Bohlen steering foreign policy regarding the Soviet Union, which included detailed statements on the posture of the Soviet Union, contrary to various treaties and understandings with Western Powers, the heavily weighted document, while amended in 1947 and again in 1949, informed United States foreign policy.

26.      Kennan would, thereafter, author a long telegram as "X" explaining the Soviet motivations by recounting the history of Russian rulers as well as the ideology of Marxism–Leninism, reinforcing the Clifford-Elsey report.  The former argued that the Soviet leaders used the ideology to characterize the external world as hostile, allowing them to justify their continued hold on power despite a lack of popular support.

27.      Plaintiff states, supported by the investigative record of BCCI as well the inclusive sourced and analyzed records presented by the Plaintiff, Clifford and Kennan, not unlike George Scherff Sr. and Jr., aka Prescott Bush and George H. W. Bush, did not hold allegiances to the United States; rather to those of Arab nation-states.  Clifford is referenced in the BCCI investigative record 496 times, facilitating through deception in the interest of Arab nation-states.  When applying the autonomous data and the BCCI investigative record, even in its purposefully compromised state, Clifford's posture informed his advisory capacity shifts to reveal what lies below the veneer; one such example is the Six-Day War and the investigation of the 1967 of the U.S.S. Liberty at which time Clifford served as the chairman of the President's

Intelligence Advisory Board.  Despite advocacy for the 1948 recognition of the Israeli state, immediately following the attack, Clifford pressured the Johnson administration to hold the Israelis responsible by way of the 1967 memorandum, See:

https://web.archive.org/web/20230321181859/https://test.history.state.gov/historicaldocuments/frus1964-68v19/d373 .

28.    Based on the foregoing, the Plaintiff states that the subject actions were advanced by Clifford and President Johnson, authority Johnson would not have had unless President Kennedy were removed or, as facts provide, assassinated, thus securing the movement of the continuity of orchestration with Clifford being promoted to the capacity of Secretary of Defense.  As a spy for the Arab world, Clifford *helped* President Truman in amending the National Security Act of 1947.  As provided in the ECF Docs. 87; 91 and 105, Plaintiff asserts that Clifford and Johnson followed the very same subversive model as George Scherff Sr., and George Scherff Jr..

29.    Following an introduction to WARREN BUFFETT in 1963, David Gottesman founded First Manhattan Co., and with Berkshire Hathaway, they co-invested in Diversified Retailing Inc. (Est. 1964) focused on the purchase of private retail companies.  In 1978, Diversified Retailing merged with Berkshire Hathaway, and in 2003, Gottesman became a member of the Berkshire Board, thereafter, named to the Board of the Securities Industry Association ("SIA"), which later merged with the Bond Market Association to form the Securities Industry and Financial Markets Association ("SIFMA").

30.    Plaintiff states that Alan Patricof returned from military service in 1961, following a second tour, joining the Central National Corporation, owned by the Gottesman family, as above.  In 1969, Patricof established the venture capital firm, Alan Patricof Associates

(Est. 1969), expanding in 1977 in the as Alan Patricof Associates Ltd., and in France in 1989 as Alan Patricof Associe, later renaming the foreign entities Apax.  In 1993,-1995, he chaired the White House Conference on Small Business Commission an appointment under the Clinton Administration, thereafter, appointed by Defendant, GEORGE W. BUSH, serving from 2007 as a member of the Board of Directors of the Millenium Challenge Corporation, retaining that role by appointment of Defendant BARACK HUSSEIN OBAMA until 2012.  In 2022, Patricof was nominated and confirmed to serve on the Board of the Securities Investment Protection Corporation.  Also serving as a member on the Council on Foreign Relations.

31.     Through Patricof secondary venture, Greycroft, the pattern of initial start-up, pump through promotion through philanthropic endeavor and awards to foster public interest for investment, increasing market value through affiliates in and among the aforementioned pool, including those in Hollywood, thereafter selling, merging or going through IPO application and, invariable, a combination of the foregoing.  These structures are identical to those within the BCCI investigative record, Enron and WorldCom.

32.     Plaintiff states that the current market is flooded with similar structures, many of which are shell holdings, referring to the example of Acorns:  Since its founding in 2012, launched as app for users to get advice on investing.  In  2017, it acquired Vault, expanding its services; through venture capital funding it has raised $100m and in August, 2019, notable investors included Jennifer Lopez, Alex Rodriguez, Bono, Ashton Kutcher; PayPal, BlackRock and NBC Universal also have a stake in the company.  In May 2021, Acorns planned to go public through merger, however the merger was cancelled in January 2022.  In 2017, the company was cited and fined for the failure to maintain proper customer records.  As of February 21, 2022, the

company's portfolios comprise combinations of seventeen predominantly stock or bond E.T.F.s, owned by either Vanguard or BlackRock. (Source:  Acorns).

33.    Plaintiff states Patricof's history of investment is unquestionably associated with BCCI 2.0, aligning with those persons transferred from Germany following WWII including George Scherff Sr. and George Scherff, Jr., citing ECF Doc. 105, ¶ 180-185, advancing the manifestation of shell corporations including those associated with Coherus BioSciences, Inc. under the reserved formation of Crescent City Foods registered of record by Douglas J. Ash on October 26, 1983.

34.    Plaintiff audited all records attempting to locate common attachments between the parties, the only common attachment was traced from Patricof to Rupert Murdoch thereafter to Drexel Burnham Lambert.  Plaintiff states that within the auspices of Drexel Burnham are also Jeffries; Leon Black – Apollo Global; Credit Suisse First Boston; Leonard Green & Partners; Canyon Capital Advisors, New Relic, Inc., Proofpoint, Inc.  Plaintiff sampled, New Relic, Inc., private equity (Est. 2008), in 2012 claims of patent violations were filed, funding in 2014 by Blackrock, thereafter, taking the company public; by June 2023, the company had laid 155 employees and in December, a new CEO from Proofpoint, Inc. was introduced.

35.    Plaintiff states that the body of findings evidences the claims presented that a significant number of entities all tied to the broader pool of existing parties who had relationship within the BCCI structure and retained them.  These relationships have been expanded exponentially, resolving back to the United Arab Emirates ("UAE") via Crescent.  The structure is so tenuous that the very same persons participating in the primary BCCI structure so too serve on advisory boards, thereby dismissing the checks and balances of industry among industry and extends so far as the Securities and Exchange Commission.

36.      Plaintiff states, also serving on the Board of Global Pay is Joe Osnos of Silver Lake which shares direct investment relationship with the United Arab Emirates. "G42 has quickly become a globally respected technology leader, poised to expand its technology portfolio and extend its leadership in AI and digital transformation, said Egon Durban, Silver Lake's co-chief executive, who will join the board of G42"  (Source: https://www.ft.com/content/f18461ce-2e10-4a0e-9850-d26e9eea64fe).

37.      Plaintiff states that in April, 2021, Hoya Topco, LLC, Hoya Intermediate, LLC., Vivid Seats, Inc. sale to Crescent Mezzanine, via Crescent Capital.  Vivid is a ticket sale venue, on November 7, 2023, acquired Wavedash and Vegas.com.  Plaintiff states from the transactional history and the overall analyses, the companies are transacting fraudulently as domestic United States corporations, when in fact, they are pass-throughs, following a intentionally difficult movements through a series of entities making it difficult to trace ownership, all of which resolve back to Crescent Mezzanine, which is a wholly owned entity belonging the United Arab Emirates.

38.      Plaintiff states Summit Partners invested $45m in Fleetcor (2002), Fleetcor merged with Commercial Fueling Network (2003).  Bain Capital invested $75m in Fleetcor (2006) and expanded the company across Europe.  In May, 2024, the company changed its name to Corpay, acquiring Paymerang, $475m.  Fleetcor is a wholly foreign company by registration. Summit Partners is headquartered in Boston, Massachusetts, with office in Menlo Park, London and Luxembourg with holdings including Uber, McAfee.  In 2006, E. Roe Stamps, a founding partner with Summit Partners, was named as a Board member with John S. and James L. Knight Foundation.  Plaintiff notes that the Knight Foundation was influential in the 2020 election in the company of the Center for Tech and Civic Life.

39.    Plaintiff states following the same examination process, Plaintiff reviewed companies affiliated with Goldman Sachs, one banks retained by Clifford disclosed in the BCCI investigation.  Global Payments, Inc., (Est. 1996) spun off from the National Data Corporation which went through a series of acquisitions with domestic and international entities ultimately merging with Total System Services (TSYS) in May, 2019 which triggered a Federal Trade Commission investigation; however, no such investigation ever occurred.  In August, 2022, Global Payments entered a definitive agreement of acquisition for EVO Payments for $4 billion. The Board of Directors includes Gaylon Jowers, President, Issuer Services, also serving on the Board of Directors for China UnionPay Data Services Ltd. (CUP Data), a joint venture of China UnionPay (CUP).

40.    Plaintiff states that the Defendant, JOSEPH R. BIDEN and Hunter Biden have received funds from and through BNP Paribas.  China UnionPay (CUP), as above, has unique joint ventures in addition to their European merchant agreements as a third-party banking service.  BNP Paribas is receiving payment from China as a pass-through for licensure in the nations in the Eurozone under UnionPay, operating under the approval of the People's Bank of China.  The recipient benefactor, Defendant JOSEPH R. BIDEN and Kamala Harris, of knowledge, now serving as the President of the United States.  Plaintiff claims the subject payments secured as consent to the orchestration and global release of COVID-19 from the Wuhan Lab.  Plaintiff states, through the manifestation of  in Plaintiff's Opposition Motion (See: ECF Doc. 53, ¶¶ 13-16).

41.    Plaintiff states Hunter Biden serves on the Board of Burisma Holdings Limited, through October 3, 2019, as provided below.  Burisma operated in the market venue of Ukrainian natural gas from 2002, at the time, the Defendant JOSEPH R. BIDEN was a United States

Senator.  Plaintiff confirms that the registrant record of the organization reflects an establishment date of 2006, there are significant conflicts in the establishment date of Burisma and all affiliated entities; however, the parties were functioning under a multitude of separate companies.  Among the Burisma holdings was KrymTopEnergoServis, holding three gas deposit leases in Crimea, the foregoing was terminated by the Russian Federation after annexation of Crimea (2014), at that time the Defendant, JOSEPH R. BIDEN served as Vice President of the United States.  The Plaintiff analyses follow by data point below, due to complexity of findings.

42.    Defendant GEORGE W. BUSH appointed Joseph Cofer Black as Ambassador-at-large for counter-terrorism (2002-2004).  Previously, he served as CIA station chief (1993-1995) London, Khartoum, Sudan.  Served as CIA Counterterrorist Center Director (1999-2002).  Cofer Black served on the Board of Burisma, there is no corporate registrant change record that reflects his installation or removal, it can therefore be surmised that Black served from the  time of establishment.

43.    Defendant JOHN KERRY retained the services of Devon Archer as co-chair of his 2004 national campaign as Finance Chair, through at least 2014, he remained a Trustee of the Heinz Family Office.

- In 2008, Devon Archer and Hunter Biden co-founded the U.S. investment advisory company, Rosemont Seneca Partners.

- In 2015, Archer and his associates charged with illegally transferring $20m of the proceeds of sale from Rosemont Seneca to satisfy the net capital requirement of two other Archer controlled companies Native America Oglala Nation Tribe (SD) had a $60 million bond issued.  First verdict overturned, 2nd verdict sentenced to one year

and 1 day in prison for defrauding; the Appeal was rejected, restitution set at $43 million.

- In 2009, Devon Archer and Christopher Heinz co-founded the private equity firm, Rosemont Seneca Capital, owning 50% of Rosemont Seneca Partners.

- In 2013, Archer, Biden and Jonathan Li founded the China-based private equity, BHR Partners. Thornton Group LLC (10% stakeholder) (Remainder held by China, as a China owned entity). The China registered asset managers: Bank of China (via Bohai Industrial Fund Management), Deutsche Bank, and Harvest Fund Management. The work product of BHR Partners, in part, was a known action on the part of Archer and Biden having full knowledge that China had and retained access the corporate records and actions. BHR Partners – consulted China on acquisition of Australian mining company, assisted subsidiary of a Chinese defense company to a buy a Michigan auto parts manufacturer and facilitated the purchase by a Chinese firm of a highly productive cobalt min in Democratic Republic of Congo.

- Burisma Holdings, its parent company Brociti Investments, the latter dissolved November, 2022.

- Plaintiff established the findings from autonomous research, open source: Sunrise Energy Services (Est. January 6, 2004, Delaware), Shareholder: Esko Pivnich; Konstantin Tsiryulnikov (Odessa Consulting, Canada) ; David Melman Leon Golden (CPA); Abraham Bennun (Thor Capital Group, Inc., Moscow). (Source: SEC 10-K). Security Ownership: David Melman, 5353 Memorial Drive, Ste. 4012, Houston, TX 77007. Midland Trust Company Ltd. 1 Garrick House Place, Carrington St.,. London W1J7AF. Transaction and were parties to the Agreement: Eurosecurities Ltd.,

Northern Securities Ltd., EMU Capital, Ltd., Twinstar International, Ltd., and Exeter Financing Group, Inc. These entities will continue to hold a total of 693,050 shares.

- Thor Futures; Thor Industries Corp. 551 Fifth Avenue, Suite 2020, New York NY 10017. – Registrations below. (Source:  SEC Filings)

- Sunrise Energy Resources, 551 Fifth Avenue, Suite 2020, New York NY  10017 – Roman Livson – CFO.  Publication date:  March 29, 2007.  Livson worked for PriceWaterhouse.  The article references  8 licenses for exploration in Karaikozovsk, Ukraine, United States company, operating solely in Ukraine.  Reference:  Pari, Ltd. (100% stake).

- Eduard Tsiryulnikov is sole shareholder of Halton Impex Corp. and is the father of Mr. Konstantin Tsiryulnikov, who will become a director and the sole officer of the Company.

- Includes Halton Impex Corp., Independent Commonwealth Resources, LLC, Stockton Travis Partners, Inc., Huntington Ventures, Inc., Wellburn Resources, Inc., and Tunbridge Falcon Industries, LLC., which, other than ownership of Esko Pivnich and the Company, are unaffiliated entities.  (Source:  SEC Schedule 14F-1 January 6, 2005)

- April, 2014, BNP Paribas – London Branch, accounts frozen.  Relating to complex transactions with the associated accounts holding to Srhiy Kurchenko.  Ukrainian official failed to file document to proceed with investigation, January, 2015, the case was dropped.

- The National Anti-corruption Bureau of Ukraine (NABU) have conducted 15- investigations on Burisma's owner Zlochevsky.

- In 2016 former Prosecutor Yuriy Lutsenko accused Burisma subsidiaries of conspiracy and tax evasion claiming one billion hryvias (US $70 million); during the subsequent investigation Burisma was not referenced.

- At some point, Rosemont Seneca Thornton was formed.  In 2014, Yelena Baturina, the wife of Moscow Mayor Yury Luzhkov wire-transferred $3.5 million to Rosemont Seneca Thornton.  Archer received the wired funds from Baturina to purchase real property in Brooklyn, New York.

- April, 2022 Rosemont Seneca Thornton agreed to dissolution; however, it was retained by Devon Archer to facilitate real estate holdings for central Asian investors.

- In April, 2014, Burisma Chairman, Alan Apter asked Archer to join the Board, three weeks following, Hunter Biden joined the Board.  Burisma is owned by Ukrainian oligarch and former politician Mykola Zlochevsky.  Archer served from 2014-2016; Biden served from 2014-2019.

- October, 2006, the Burisma registration record reflects Cofer Black as Board member.

- BNP Paribas – Fortis Insurance International – renamed to BNP Paribas Fortis.  Fortis Holding (carved out) and renamed to Ageas. Ageas is Belgian life insurer (under AG Insurance), Fortis Bank N.V./S.A. – sold to BNP Paribas (2009).

- In 2016, Ageas acquired AXA insurance operations in Portugal, becoming the second largest insurer by premiums, the third Non-Life insurer (with a 14% market share) and the third largest Life insurer (with a 19% market share)  AXA S.A., multinational insurance company in Paris.

- In 2024, BNP Paribas has $80B under management in Asia, hired 20-private bankers including Tiffeny Sity (Morgan Stanley), Wendy Chan (Citigroup) and Martin Loh

(Credit Suisse). Geographic Breakdown of holdings: Europe 72.2%; North America 12.9%; Asia Pacific 8.6%; other 6.3%. Fortis Group has also been present in the United States through its subsidiaries Bank of the West until 2023 and First Hawaiian Bank under 2019.

- Societe Generale (SocGen) – three banks, Nationale deParis – from 2000) BNP Paribas and Credit Lyonnais. The bank was nationalized in 1945, same year WWII ended. The industry underwent radical changes, one of the most striking of which was much greater specialization of credit. The range of banking services on offer expanded uninterrupted, having advantaged itself through the flow of business generated by surreptitious use of Marshall Plan. Corporate and Investment Banking – SG CIB (1998), subsumed into SG SS (2014).

- In 1998, Cowen Inc. was acquired by Societe Generale, rename SG Cowen. In 2000, Cowen sold its private services unit to Lehman, retaining its investment banking, research and sale/trade operations. Cowen operated as a unit of Societe Générale until 2006, thereafter spun off an in initial public offering and renamed to Cowen & Co. Cowen, Credit Suisse and Merrill Lynch were joint bookrunners for the public offering. August, 2022, TD Bank announced it had reached an agreement with Cowen to acquire it for US $1.3B, Jeffrey Solomon was retained as TD's security division head, TD Cowen. Cowen claims it known for successfully identifying emerging markets, especially in the cannabis industry.

[Webinar] Fighting Financial Crime: The White Box Company Data Revolution – listen to the recording. Listen now



The Open Database Of The Corporate World

Company name or num[    ] Search

● Companies ○ Officers

• Log in/Sign up

# BURISMA HOLDINGS LIMITED

Company Number
    HE186236
Status
    Active
Incorporation Date
    26 October 2006 (about 14 years ago)
Company Type
    Limited Company
Jurisdiction
    Cyprus
Registered Address
    • Αρχιεπισκόπου Μακαρίου ΙΙΙ, 155,
      PROTEAS HOUSE, Floor 5,
      3026, Λεμεσός, Κύπρος
    • Cyprus
Directors / Officers
    • ALAN BRET APTER, director
    • ALEKSANDER KWASNIEWSKI, director
    • JOSEPH COFER BLACK, director
    • KARINA ZLOCHEVSKA, director
    • ΑΝΔΡΕΑΣ ΣΟΦΟΚΛΕΟΥΣ, director
    • ΜΑΡΙΝΑ ΣΑΒΒΙΔΟΥ, secretary
    • ΡΗΓΙΝΟΣ ΧΑΡΑΛΑΜΠΟΥΣ, director
    • ΧΡΙΣΤΙΝΑ ΣΟΦΟΚΛΕΟΥΣ, director
Registry Page
    https://efiling.drcor.mcit.gov.cy/Drc...



**Recent filings for BURISMA HOLDINGS LIMITED**

7 Jul 2020
Filing of Annual Return of private company with share capital

**44.**        1 of 4                                                    12/28/2020, 5:35 AM

[Webinar] Fighting Financial Crime: The White Box Company Data Revolution – listen to the recording. Listen now

# opencorporates

The Open Database Of The Corporate World

Company name or numl  | Search

◉ Companies  ○ Officers

- Log in/Sign up

# Event

Company
  BURISMA HOLDINGS LIMITED (events)
Type
  Event::Company::RemovalOfOfficer
Categories
  Credit, KYC
Description
  Removal of officer HUNTER BIDEN, director
Event Occurred
  Between 2019-08-10 and 2019-10-03

**Provenance**

- Derived from information first seen in a Company Snapshot dated 2019-10-03



45.       Plaintiff states that according to judicial record, from 2007 to 2013, a husband and wife team with clients across the United States were found to be marketing body parts, some of which were diseased (HIV and Hepatitis) including of stillborn babies, faces, brains, hearts, skin, genitalia, bones, and other body parts.  The perpetrators secured the human tissue from the Anatomical Gifts Program at Harvard Medical School as well an Arkansas mortuary.  The perpetrators and their clients participated in the transactions of human creation for a period of 5-

years advancing arrest, it is unknown if the investigation extended to all parties involved and affiliated entities established as other human tissue sources.

46.    Plaintiff states that the Abhitjit Raha, was appointed President of the Sub-Committee and Member, Finance Sub-Committee (2016) for the Bone Marrow Donor Programme (June, 2024).  Mr. Raha has been a career banker in South and South East Asia, worked for globally renowned institutions including Bank of America and BNP Paribas.  Plaintiff brings to the Honorable Court's attention the fact that Bank of America has a history of BCCI involvement, human trafficking and mortgage manipulation substantiated in investigative and judicial records.  BNP Paribas, like Bank of America, has lengthy judicial record and history.

47.    Plaintiff states that Patrick Ho Chi-Ping, who had trained as an ophthalmologist, specializing in retinal surgery, held a fellow at Harvard Medical School after being awarded his scholarship and education remained in the United States for 16-years.

48.    Plaintiff refers to ECF Doc. 105, ¶ 165, seeking the Honorable Court to be made aware that the inclusive Defendants, and specifically JOSEPH R. BIDEN, Kamala Harris, MERRICK GARLAND, Lisa Monaco, ALEJANDRO MAYORKAS have consented to foreign nation-states in matters of domestic statecraft, advancing enactment in the interest of United States citizens, providing benefit to foreign nation-states in the preparation of their citizens to access without restraint the borders of the United States.  The foregoing parties have aided and abetted, subverting the Constitution altogether in the process.

49.    The foregoing actions are confirmed and evidenced through the funding of NGO's and a myriad of non-profit entities who presently sit at the ready along the borders empowering and enabling unlawful entry parties, illegal, by providing welcome packages, cell phones and a litany of personal care items.  These individuals are unvetted, with no knowledge

of their medical or personal history but for what *they* choose to disclose.  The Administrative responsibility of the Federal bodies in the area of public safety, counter-terrorism policy infrastructure is principally protecting the People of these United States informed by codified statute, Act and Rule of Law following the tragedies of September 11, 2001.  Plaintiff states as a matter of record, the parties having formed the aforementioned policies, authored them in a manner to reduce the Constitutional Rights of the American People are today, the very same parties knowingly averting them; without one thought of the consequences including orchestrated attacks by illegal persons on law enforcement, escalating gang activity, drug infestation in every State and Tier 1 offenses with intent not merely of sexual bodily harm of the victims but intent of murder.  The community of our frontline in defense guarding these United States, at every level, has been knowingly made vulnerable.  Plaintiff presents the findings below which discloses the magnitude of utter disdain the inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, BILL GATES, WARREN BUFFETT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER.

50.     Plaintiff brings to the Honorable Court's attention, the NIH NIAID policy change regarding human fetal tissue research, effective May 5, 2021, See: https://grants.nih.gov/grants/policy/nihgps/HTML5/section_4/4.1.14_human_fetal_tissue_research.html.  The policy change followed the actions of the Defendants JOSEPH R. BIDEN and Kamala Harris, See: https://news.thoracic.org/washington-letter/2021/biden-administration-ends-fetal-tissue-research-restriction.php.

51.      Plaintiff states that in July, 2023, Defendants, JOSEPH R. BIDEN and Kamala Harris, recommended the opening of the United Network for Organ Sharing ("UNOS"), voted on by the House and Senate.  The Defendants referred to a report provided statistics for the period of 2010 – 2020, omitted the period of COVID19, citing the death 70 human beings and stating, "from the top down, the U.S. transplant network is not working, putting Americans' lives at risk" (Source:  https://www.finance.senate.gov/chairmans-news/wyden-statement-at-finance-committee-hearing-on-the-urgent-need-to-address-failures-in-the-organ-transplant-system).

52.      Plaintiff states as matter of record that as of May, 2024, ICE had not served an NTA or scheduled a court date for more than 291,000 UC's…ICE has no assurance UC's are safe from trafficking, exploitation or forced labor (Source:  US Homeland Security.gov).

53.      Plaintiff states as a matter of Congressional record as well that of Operation Warp Speed, James N. Weinstein, doctor of osteopathic medical, earned from the Chicago School of Medicine (1977), a founding member of the Mayo Clinic, Intermountain Health, TDI and Denver Health of the National High Value Healthcare Collaborative.  Dr. Weinstein founded the multidisciplinary Spine Center at Dartmouth and co-founded the Dartmouth Center for Health Care Delivery Science.  The foregoing in advance of his appointment by Defendant, BARACK HUSSEIN OBAMA, Weinstein joined the Obama Administration in 2015 as a member of the Special Medical Advisory Group for the VA, serving under three secretaries; chairing the national academy of medicine committee with a focus on health equity, publishing a 2017 report:  Communities in Action: Pathways to Health Equity.  He served thereafter in a variety of high exposure Board positions, most related to healthcare.  He remains involved in the Gates Venture Fund initiative at this time.  Weinstein is a Board member of ARMI/BioFabUSA, a domestic cell, tissue and organ manufacturing ecosystem.  In 2022, the Biden Administration

awarded BioFabUSA $100 million under the Department of Energy in the advancement of biobased products. In 2024, BioFab announced an apprenticeship program with the Department of Defense. Dr. Weinstein is presently employed by Microsoft Health as Senior Vice President, effective June, 2018.

54.    Plaintiff refers the Honorable Court to ECF Doc. 105, ¶148, the NIH funding allocation to Stripe and its affiliate applicants, acting as a pass through for the NIH apart from the Federal guardrails, Rules and regulations for which the NIH is held.

55.    Plaintiff states from testimony before the Select Subcommittee on the Coronavirus Pandemic, the transcript of Anthony S. Fauci, M.D., Former Director of the National Institutes of Allergy and Infectious Diseases, National Institutes of Health, held on June 3, 2024, attached (EXHIBIT 3), as

> Director of NIAID in 1984, I dramatically increased the resources devoted to the study of HIV/AIDS, focusing particularly on the development of anti-retroviral drugs to suppress virus replication and prolong lives. In 1986, I created the Division of AIDS within NIAID…before the development of drug combinations, HIV patients would almost invariably succumb to their infection within one to two years of the development of the clinically recognizable disease…in 2002, I had the privilege of being asked by President…Bush to be one of principal architects of the President's Emergency Plan for AIDS Relief (PEPFAR) to bring treatment, prevention, and care for HIV infection to the developing world, particularly in Africa. This program…are a.cogent example of the dramatic life—saving outcomes that can follow from investments in basic and clinical research in response to emerging infectious diseases…

56.    Plaintiff states as a matter of record before the Honorable Court, . In 1995, the United States "became more sensitive to the possible threat of an accidental or international release of smallpox. A directive issued by President Clinton…initiated counterterrorism programs in several federal agencies, which resulted in a strategy to re-institute smallpox vaccination should it become necessary. (Source: Drug Des. Devel Ther, 2010; 4:71-79. Pub. 2010, May 25). Citing Dr. Raymond Weinstein, Virginia's George Mason University, "there

have been several proposed explanations for the rapid spready of HIV in Africa, including wars, the reuse of unsterilized needles, and the contamination of early batches of polio vaccine." The sourced article cites the Clinical Director, Terrence Higgins Trust, Jason Warriner, "It's impossible to say whether the withdrawal of the smallpox vaccine contributed to the initial explosion of HIV cases worldwide, but it is a plausible explanation" (Source: BBC News: May 17, 2010).

57.     Plaintiff states for the record of the Honorable Court and as iterated in the amended complaint (See ECF Doc. 45, ¶¶137-146) and the Notice of Motion (See ECF Doc. 105, ¶¶74-76); and in furtherance of the Lancet, October, 2020 article a second in a series of three published articles associated with the 2020 US Presidency (See ECF Docs. 45-12; 45-19); and the transcript of Clint Watts in his presentation to the National Association of Secretaries of State (See: ECF Doc. 45-22), Plaintiff states that the BCCI 2.0 model has been weaponized by the inclusive Defendants, including but not limited to MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC NATIONAL

COMMITTEE, DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA;

CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH

PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN and ROBERT JUNGE, and others not

yet named to this suit including but not limited to LISA MONACO, MICROSOFT, BILL

GATES, WARREN BUFFETT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS,

MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN

NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER.

58.    Plaintiff states as a matter for the Honorable Court's consideration, as provided

by Anthony S. Fauci, M.D. ("Fauci") from the June 3, 2024 transcript, as above, on January 31,

2020, , Fauci conferred by phone with Jeremy Farrar (Wellcome Trust, UK), Kristian Anderson

(Scripps Research Institute), Edward Holmes (Professor of Viral Evolution at University of

Sydney, Australia).

59.    Plaintiff researched the grants associated with the subject parties, above ¶59,

in addition, all and inclusive transcripts (EXHIBIT 4) from the Select Subcommittee on the

Coronavirus Pandemic, extending to include matters of judicial record.  Plaintiff states that each

of the inclusive parties are recipients of Microsoft grants; Microsoft and its associates, affiliates

and Board members are actively pursuing interests apart from these United States, the

registration of the corporation in combination with the broad volume of findings disclosed by the

Plaintiff evidences criminality beyond mere intent while collaborating with and among the

inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, BILL

GATES, WARREN BUFFETT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS,

MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN

NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER.

60.    Plaintiff states as a matter of record before the Honorable Court, the scribed states of the NIH, (See ECF Doc. 45-12) serves as testimony in their own words,

> At the request of the Trump administration, the NIH is part of Operation Warp Speed, an unprecedented multi-agency effort to accelerate development of a COVID-19 vaccine, said Zeitzer. But at the same time, Trump claimed the vaccine would be ready by election day, Nov 3—an unrealistic assertion demonstrating that he does not appreciate "that science takes time", she said.  Trump's campaign website includes a list of priorities for his second term, posted in late August, that contain brief phrases and still lack specifics. There is no reference to the NIH, Centers for Disease Control and Prevention (CDC), or Food and Drug Administration (FDA), nor is medical re- search mentioned. A campaign spokeswoman and the White House press office declined to answer questions for this article.

> Former Vice President Joe Biden has had a long-standing interest in medical research. President Barack (Hussein) Obama appointed him to lead the Cancer Moonshot Task Force, which produced a reporting October, 2016, outlining public and private sector commitments to speed up cancer prevention, diagnosis, and treatment. As president, Biden has promised to provide $300 billion over 4 years to promote research and development and create jobs across the economy, including direct funding to the NIH, according to the campaign. He would create an Advanced Research Projects Agency for Health within NIH's parent agency—the Department of Health and Human Services—modelled after the Defense Advanced Research Projects Agency.

61.    Plaintiff states, the subject article was authored on the same day as other federal Administrative agencies, each having similar agency-specific protective content, not one reflected on the alleged crisis before our Nation, not one.   In point of fact, on the same day as the Fauci's conference call, January 31, 2020, Clint Watts addressed the Secretaries of State Conference in which he rehashed a number of slanted investigative records including Russian election interference, the latter subject of Plaintiff's action (See ECF Doc. 45).

62.    Plaintiff states, as with BCCI, and as Plaintiff's autonomous findings evidence, the whole of government has been corrupted, within all 3-Branches and Administrative Agencies. Their actions range from election interference to treason, without exception, each such party and agency eviscerated the Executive authority of a sitting President of the United States.  Plaintiff states as a matter of record, the Defendants JOSEPH R. BIDEN and Kamala Harris are principals

in those fraudulent, treasonous actions, desiring elected capacity, that of President and Vice President, for the sole purpose of affirming the Nation's dissolution and insolvency. The inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, BILL GATES, WARREN BUFFETT, MIKE PENCE, CRESCENT CAPITAL, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER among those who co-conspired, owing allegiance to the United States, yet levied war against them, adhering to foreign nation-states, giving them aid and comfort within the United States.

63.     Plaintiff states as provided in the Notice of Motion (See ECF Doc. 105), Crescent and its' affiliated entities, as provided in ¶¶31, 32, 40, 41, 42, 43, 45, and 91 (inclusive) are highly involved in governmental matters in Australia, including but not limited to Health Services, Casino Control Authority and the Postal Corporation. As a matter of record as stated herein, Crescent is a wholly owned government enterprise of the United Arab Emirates, holding to Sharia Law which in some cases, Australia conforms under agreement with HSBC, the latter a principal banking entity in the BCCI Investigative record.

64.     Plaintiff refers the Honorable Court to ECF Doc. 105, ¶182, stating as a matter of record that the inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, BILL GATES, WARREN BUFFETT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER, had every knowledge, withheld the public, that PET scans held fractured record citing their suppressed familiarity with the actions taken to secure and disseminated the IP records belonging to Nikola Tesla.

65.    Plaintiff states that the Allen Institute for Brain Science in collaboration with the associated Allen Institute for Cell Science working with Dr. Weinstein, Microsoft and Microsoft Health with full knowledge of the inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, BILL GATES, WARREN BUFFETT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER have been trafficking organs working with the United Arab Emirates among others.  The foregoing laboratories, privately held and funded with a significant endowment left by the decedent, Paul Allen, have amassed the configuration and mapping for fully functioning clone models, including central nervous system and spinal cord atlas.

66.    Plaintiff states that a correlated effort to conceal public records of and relating to the Defendant, BARACK HUSSEIN OBAMA and the First Bank of Hawaii which transacted to BNP Paribas In 1997, a bank directly associated with Hunter Biden and the Biden Family. Throughout the holding period between 1997 and 2019, First Hawaiian merged in Pioneer Federal and the next year merged in First Hawaiian Creditcorp. In 1998, First Hawaiian merged with San-Francisco-based Bank of the West, the surviving company, First Hawaiian, Inc., was renamed BancWest Corporation. Former First Hawaiian, Inc. shareholders owned 55% of BancWest;  Banque Nationale de Paris (BNP), former owner of Bank of the West, owned 45%. First Bank of Hawaii was released from BNP in 2019.  It retained its name throughout the period of 1998 and 2019.

67.    In furtherance of the foregoing, Plaintiff states, the Carlyle Group announced the $1.6B acquisition of Hawaiian Telcom from Verizon in May 2004.  Carlyle's investment was immediately challenged when Hawaii regulators delayed the closing of the buyout.  The

company also suffered billing and customer-service issues, having to recreate its back-office systems.  Hawaiian Telcom ultimately filed for bankruptcy in December 2008, records retention unknown, costing Carlyle the $425 million it had invested in the company.

68.    Plaintiff restates the claims herein as to assassination, mass shooting events and attempts of same through the application of frequency manipulation, an imposition and unlawful trespass of the human conscience, absent orated, written consent or knowledge.

69.    Plaintiff states having analyzed nearly every investigative action brought against Donald J. Trump and his family, including impeachments 1 and 2, each unlawful action perched upon one principal factor, it alone serving as the central thesis in the pleading party's individual underlying angst, never appearing on paper before the Court; that being the degree of or supplication for their own guilt, individually and collectively referred herein as the inclusive Defendants, including but not limited to.  Plaintiff stands by the claims made in the Amended Complaint and subsequent pleading inclusive of those as to the individual jurists of each and every legal query weighted not by jurisprudence but the pleading Plaintiff's  magnitude of guilt, disdain not for the Defendant, but for the spot on their own hands which cannot be washed clean but for One, their Creator God, to whom they supplicated in the Defendant absent a cross, an innocent substitution.  The People bear witness to the facts, there will be righteous justice as the People will come to know the One whose testimony did bear the weight of the Cross moved His hand in directive of the facts, no human being could have made such declaration, it is He whom they witness.

70.    Plaintiff states the archeological finds unearthed by Oppenheim, attach to the Enlightenment and correlate to the inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT

ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER.  The foregoing parties would seek to sever that which moves across the land in concert with the wind, He created both, there is no extinguishment, one cannot exist but for the other; true of the land and true of all who inhabit it.

71.    Plaintiff states that the volume of private equity entities required specific focus in order to establish clear lines of attachment, the foregoing follows the BCCI structure and mapping, by creating opaque fiscal host entities, tracking movement, merger and acquisition and fiscal reporting and oversight can be intentionally leveraged to advantage concealed illicit fraud and investor reporting.  Plaintiff focused on two principal entities found within the analyses to be consistent across market venues and spectrums; Cerberus Capital Management and the Carlyle Group.  Findings as below:

72.    Plaintiff confirms that Cerberus Capital Management is a wholly foreign registered company, all affiliate entities and divisions, are foreign held.

73.    October, 2019.  Cerberus acquired Stratolaunch Systems, an aerospace company formed by Microsoft co-founder, Paul G. Allen (Est. 2011) under the Vulcan Aerospace entity structure, designed employing the Nikola Tesla IP, stolen and adapted sighting a continuum of fracturing within an exceptionally vast list of companies and products with fail history and/or origin dysfunction.  The Stratolaunch system was taxi tested in 2017.  In January, 2019, SpaceNews reported abandonment of the Stratolaunch development, ending the "family of launch vehicles and rocket engine…focused on the aircraft and our ability to support a demonstration launch of the Northrup Grumman Pegasus XL air-launch vehicle…When Allen announced Stratolaunch…the original designed called for the plane to use a modified version of

SpaceX Falcon 9 rocket as the launch system…In October, 2016, Stratolaunch announced a partnership with Orbital ATK…using the existing Pegasus XL rocket…In September, 2017 signed Space Act Agreement with NASA Stennis Space Center to use propulsion test facilities (Source: SpaceNews January 18, 2019).

74.    2009, CSL Limited attempted takeover of Talecris Biotherapeutics, formerly held by Bayer HealthCare LLC, Biological Products Division.  June 7, 2010, Spanish Biotech company buys Talecris for $4b, blood plasma products.  June 8, 2010, Cerberus Capital Management return reported on its investment in Talecris Biotherapeutics announcing sale to Grifols.  April 18, 2024 – Spain, Grifols, leading healthcare manufacturer of plasma-derived medicines announced 50th Anniv., Cutter Laboratories and products.  Grifols has quadrupled the sites capacity, generating global revenue from EUR 1.8B to EUR 6.6B.  January, 2024, Gotham City Research reporting blood donation firm Haema AG, plasma donation company BPC Plasma and testing firm Grifols Diagnostics Solutions, account for 96.8% of the company's profit. However, Scanton Enterprises, an affiliate also reports earning from the same subsidiaries.  Both Scanton and Grifols cannot claim those earnings at the same time.  Scranton Enterprises, the Grifol's subsidiary is highly leveraged (Source:  Reuters).   Plaintiff states that the inclusive entities are over-leveraged intentionally and, when potential merger or acquisition is considered and, in many cases, forecasted by known parties to orchestration as stated above, the funds are moved or shifted to the subject affiliate entity that will be transacted.  Moving from the monetary quadrant to the health and human interest, the vulnerability in access and quality of plasma become significant as consideration moves to the vaccine manipulations orchestrated by the Defendants, JOSEPH R. BIDEN and Kamala Harris in the company of Mike Pence who permitted the Microsoft liaison into Operation Warp Speed, a spy, Dr. Weinstein.

75.        Plaintiff states, in the analyses of Global Payments, TKO Group Holdings, a media conglomerate created by Endeavor disclosed similar to Cerberus and other holdings, are transactionally domestic, however they are transaction at rapid pace, to the United Arab Emirates.  Endeavor headed by CEO Ari Emanuel and Patrick Whitesell transacted Endeavor as private holding through an offering in April, 2024, valuing the company at $13B to Silver Lake; Silver Lake is a mutual shareholder and interest partner with G42 and Mubadala, wholly owned entities of the United Arab Emirates.  For organizations such as the WWE and UFC, unless they research, they would have knowledge of the end source associated with Silver Lake and this is due to the work-around, fiscal holdings as to Sharia Law.

76.        Plaintiff states, March, 30, 2023, CNH Industrial agreed to purchase Hemisphere GNSS, a global leader in satellite position, built on "core technology capability including application-specific integrated circuit chips, circuit boards, radio frequency signal processing, navigation algorithms, etc.  Hemisphere's proprietary global navigation satellite system (GNSS) solutions pinpoint accuracy for agriculture, construction, mining and marine industries; the acquisition was completed on October 12, 2023.  CNH Industrial is a multinational corporation, held in Basildon, UK, the seat of the company in the Netherlands, the principal office in the UK.  Associate entities include CNH Global N.V. and Fiat Industrial S.p.A.  Plaintiff states that the foregoing attached to the outsource of agricultural support infrastructure in the United States which attached directly to Plaintiff  ECF Doc. 105 ¶ 91.  Plaintiff states that the Defendant, JOSEPH R. BIDEN and Kamala Harris have orchestrated the constraint of domestic agricultural resources as a means of steering farmers towards the Ardian to CampusParc LP to Ardian Americas Infrastructure Fund V LP managed by QIC Ltd.  CVC Capital Partners Ltd. CVC Capital Partners IC invested in URUS Group LP – Dairy Information

Management; stockholders Pon Holdings BV (Netherlands) and Cooperative Resources International, Inc. in order to sustain the property and livelihood, forcibly shifting an entire industry through economic espionage.

77.     Plaintiff states that Peter Ahn, CEO of Hemisphere Companies, a private investment firm founded in 2001 was formerly with Jefferies and company with a principal focus on the casino industry.  In October, 2022, Peter Ahn was appointed to Canterbury Park Holding Corporation Board.  Plaintiff states, Damon Schramm, also appointed and general counsel for KASA Holdings, was Secretary for Waitr, Inc., and BiteSquad.com LLC, as below, ¶ 70.

78.     Plaintiff states the Pritzker holdings were observed associated with Cerberus and its Avon purchase (2015), both of the foregoing attach directly to Grameen America and Grameen, associated with human trafficking as established in the amended Complaint of the Honorable Court's repository (ECF Doc. 45).  In 1999, Lakes Entertainment, a gaming company formed out of the merge between Grand Casinos and Hilton's gaming businesses to form Park Place Entertainment.  In 1999, Lakes stuck a deal to buy the Rainforest Café for $108 million, the agreement fell through and Landry's executed to purchase with a higher offer; presently owned by Tilman Fertitta (see ¶ 70 ).  On July 14, 2004, Harrah's Entertainment agreed to purchase Caesars Entertainment ($5B), completed acquisition in 2005.  In 2006, Harrah's was itself acquired and taken private by a group of private equity funds including Apollo Global Management, the Blackstone Group and TPG Capital, it later took on the name Caesars.  In 2016, China HNA Group, equity 25% equity interest in Hilton from Blackstone.  Hilton's largest shareholders were until mid-2018, HNA Group (China), Blackstone and Willington Management Group.  On April 3, 2024, Hilton announced acquisition of major controlling interest in Sydell Group the owner of NoMad Hotels with up to 100 NoMad hotels globally held.  (I'll research

Sydell separately).  Wellington Management Company, an investment advisor established by

Vanguard (1974).  In 1994, Wellington offered its first Luxembourg-domiciled UCITS fund –

(Undertakings for Collective Investment in Transferable Securities Directive 2009).  In

December 2001, it established UCITS III.  The Vanguard Group began building out investment

team in China (2020).  In 2021, Vanguard launched a fractional share program for derivative of

micro-investing, creating the opportunity for accessible and affordable investment options.  In

November, 2022, Vanguard launched the superannuation fund in Australia, under the name

Vanguard Super.  On May 14, 2024, Vanguard announced the appointment of Salim Ramji,

formerly of BlackRock as its CEO, assuming his role July 8, 2024.  Vanguard is one of the top

give shareholders in Kernel Holding, an agribusiness, the largest producer and exporter of grains

in Ukraine.

79.	Plaintiff states, on December 13, 2018, Tilman Fertitta, an entrepreneur

purchased Minneapolis-based BiteSquad for $321 million, Kian Salehi its' co-founder; Fertitta

owns a similar good delivery service called Waitr.  On December 12, 2018 Waitr purchased Bite

Squad purchase price of $202.1 million (cash) and 10.6 million shares of Waitr stock.  In April,

2022, Waitr Holdings, Inc. was renamed to "ASAP" holding proprietary in-stadium ordering

technology and mobile ordering agreements with MetLife Stadium, NY Giants, NY Jets, New

Orleans Saints, Univ. of Alabama and Louisiana State University.  On April 3, 2024, ASAP food

delivery ceased operation, filed for bankruptcy; the report provides that the 2022 rebranding was

required for legal settlement, filed Ch. 7 via an 8-K submitted April 2, 2024.

80.	Altman is referenced 517 times in the investigative report of December 1992

(See: ECF Doc. 45-1), despite the magnitude of overwhelming corroborating data, after a five-

month trial, the court dismissed the central count in the indictment of bribery, citing the absence

of evidence presented by the government to support it; the DOJ dismissed the companion federal indictment.  The civil suit filed by the Federal Reserve was settled which included the agreement that Altman be permanently banned from banking.  The legal defense cost was $10m, the cost to taxpayers for the theatre of the BCCI investigation, knowingly compromised by Defendant JOHN KERRY and Hank Brown was $20m, the latter expense makes no accounting of the ongoing permeation of the now fully engulfed inferno that presently serves as the scaffolding buttressing the United States economy as a direct consequence to the aiding and abetting actions of the inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER.  God Almighty has informed the investigative repository housed by the Honorable Trenton Federal District Court; there will be no embers remaining of BCCI 2.0.

81.    Plaintiff states that immediately following the investigation, Altman showed no remorse for his malevolent actions or the consequences to the broader body of citizens, to the contrary, he co-founded ZaniMax Media with Bathesda Software, following the identical model of BCCI, the existing founder was retained under the new parent company, Bathesda; Altman became CEO and Weaver served as CTO, Weaver would be pushed out in 2002 and Clifford was brought in.  Plaintiff states that Altman treated Weaver in the same discretionary manner as he with his citizenship, that the gifts of freedom were to serve him and his whims, versus the honor and duty that arrives in the company of temporary ownership; God promises no one permanency, He does promise omniscience, that being His presence, access and counsel ours to follow by choice.  Plaintiff states the observed continuum of Altman's behavior is indicative of the mandate

that for change to be lasting, justice must be swift and unmitigated, anything less will risk prove temporary at great expense to the public, unaware and no less in need of that knowledge for change in being present.

82.      Plaintiff refers to a specifically insightful statement made by Clifford following his appointment on March 1, 1968, Clifford attempt to dissuade statements about his policy posture, "…to allay such fears when, responding to a query on whether he was a hawk or dove, he remarked, "I am not conscious of falling under any of those ornithological divisions." https://dn790008.ca.archive.org/0/items/secretariesofdef00wash/secretariesofdef00wash.pdf  The veneer having shifted with the application of the whole of the data, Plaintiff states that Clifford's quip is a wholly transparent disclosure, to those within the realm of knowledge and alignment with the  assassination of President Kennedy, and no less familiar with the facts concerning Nikola Tesla's IP records, noting ¶ 4, above.  Plaintiff states an inference that Clifford had specific knowledge of the undisclosed facts regarding the assassination of President Kennedy, and/or he was  he held specific knowledge Tesla's IP material is supported with Johnson's hastened decision to replace the highly respected Robert McNamara.

83.      Plaintiff states that during COVID19, under Operation Warp Speed, the foregoing triangulated relationships, for the first time, was made visible.  The companies who came forward to ignite ingenuity within these United States at a critical period when global logistics failed arrived at the table with their sleeves up, standing elbow to elbow with their industry peers and government leaders to problem solve regarding personal protection equipment (PPE) and ventilators.  As stated in the Notice of Motion  (See: ECF Doc. 105), within the working groups, so too were individuals present of ill intent, including Dr. Weinstein.  Plaintiff brings to the Honorable Court's attention the federal contract for ventilators in advance of

COVID which sought the least expense options for manufacturing (Covidien), it can therefore be surmised that the BCCI participants had full knowledge of forecasting of the coming events.

84.    The unlawful invasion of privacy of Donald J. Trump and his family, especially Melania Trump, her personal items and privacy invaded, Plaintiff states that the foregoing actions were taken by the inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER, and specifically Defendant MERRICK GARLAND, JOSEPH R. BIDEN and Kamala Harris, were knowingly intent of influencing the public's opinion, thereby influencing federally protected elections.  The foregoing, no less disgusting politically motivated an attempt to mainstream such behavior within society is as despicable as it is unconstitutional.  The decision to direct law enforcement to take this action, extending to include the use of force disclosed the desperation of the inclusive Defendants.  Plaintiff claims specific harms of election interference, under Title 18 § (1)(A) and Article 1, Section 4 cl.1 of the Constitution as to Federal overreach.

<u>IRREPARABLE INJURY</u>

85.    Plaintiff states that ¶ 9 above is, was and remains the principal factor in the assassinations of Abraham Lincoln, William McKinley, John F. Kennedy and the attempted assassinations of Ronald Reagan, Theodore Roosevelt, Gerald Ford and Donald J. Trump.  Plaintiff claims harms under Title 18 § 245(b)(1)(A) of the U.S. Code addresses election interference by force or threats, actions taken by inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT

VERSTANDIG, GRETCHEN WHITMER.  Title 18 § 245(1)(A) imposes penalties on whoever "by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from" voting or participating in other election activities.  Title 18 § 245 (a)(1) requires the Attorney General, the Deputy Attorney General, the Associate Attorney General, or a specially designated Assistant Attorney General to certify that federal prosecution of a case under Section 245(b)(1)(A) is in the public interest and necessary to secure substantial justice.

86.     Plaintiff states that the collective actions taken are treasonous "whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States and/or elsewhere, is guilty of treason."  The foregoing acts are absolute treason, depraved and calculated, requiring forethought by a broad and collective body of persons; herein named as the inclusive Defendants in the company of but not limited to  LISA MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER.

87.     Plaintiff states that inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER have evidenced moral turpitude underpinning their treasonous acts, culminating in the human consequences to that of our fallen, the honorable named below, the lifeblood of this fine Nation.  Serving as the spoken conviction that it is by God's grace that thirteen colonies came to form consent in the birth of these United States, He undoubtedly signified the good and kind human lives of the honorable 13-left behind by Defendants JOSEPH R. BIDEN,

Kamala Harris and LLOYD AUSTIN, III, that Plaintiff remember not only their individual sacrifice but all who fought to affirm and fortify these United States, one as to the other.   The harm in their absence, immeasurable.

- Marine Lance Cpl. David Lee Espinoza;

- Marine Sgt. Nicole Gee;

- Marine Staff Sgt. Taylor Hoover;

- Army Staff Sgt. Ryan Knauss;

- Marine Cpl. Hunter Lopez;

- Marine Lance Cpl. Rylee McCollum;

- Marine Lance Cpl. Dylan R. Merola;

- Marine Lance Cpl. Kareem Nikoui;

- Marine Sgt. Johanny Rosariopichardo;

- Marine Cpl. Humberto Sanchez;

- Marine Lance Cpl. Jared Schmitz;

- Navy Hospitalman Maxton "Max" Soviak;

- Marine Cpl. Daegan William-Tyeler Page.

88.    Plaintiff restates claim of economic espionage harm including those entity, member or associates affiliated with the Bond Market Association to form the Securities Industry and Financial Markets Association ("SIFMA"), the inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER have knowingly orchestrated, steered, misled and overtly manipulated facts that have caused irreparable harms to

the United States economy, causational in the reduction of consumer confidence, stunted growth and imposed shell entities in a manner to deceive the People of these United States, inclusive of the Plaintiff.

89.    Plaintiff states, through longevity of experimentation drawing on stolen IP data belonging to Nikola Tesla, the foregoing parties consented to the most audacious, hideous mass extermination event, corruption and human rights violations including but not limited sterilization, the intent of repurposing organs from the decedents, as provided in Executive Order, 13818, "On December 20, 2017, by Executive Order 13818, the President declared a national emergency with respect to serious human rights abuse and corruption around the world and, pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.), took related steps to deal with the unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, same continuing in effect to the present day." Plaintiff states that as far back as 2008, the Allen Institute for Brain Science and Spinal Cord Atlas has completed the interactive, genome-wide map showing where each gene is expressed, turned on and off, experimented on mice to the extent that has expanded requires investigation. Plaintiff states the organization and inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER have fabricated with the intent of displacing God's sovereign being, human and created, with entities who can control with fully functioning central nervous systems.  These actions are abhorrent to creation, oppose all manner of moral order, Natural Law and the Law of God, dismissing the Holy Spirit with each created, left with a voice of control to that of Creator and advisor.  Plaintiff claims specific infringement

on her federally protected Right to Life, Liberty and Property, presently these Rights are under

siege; a silent War against humanity itself, God's moral order to that of human control, a

scientific aberration, intent of prove scientific theory at the expense of all of human kind by force

or threat of force absent physical hands in some cases extending to include weaponized

frequency. (See with eyes, His; Luke 11:33-36)

90.    Plaintiff states as to ¶81 above, that the foregoing strategic role was designed by

Defendants, WILLIAM J. CLINTON, HILLARY R. CLINTON, GEORGE W. BUSH, and

BARACK HUSSEIN OBAMA, the DEMOCRATIC NATIONAL COMMITTEE, DEBBIE

WASSERMAN SCHULTZ, and JOHN KERRY labored towards the reinvigoration so as to

manifest the BCCI structure, immediately following the investigation in 1992 and continuing to

the present day, aided by each and every inclusive Defendant, including but not limited to LISA

MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT

ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN

NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER.  The foregoing parties,

although not limited to those named, aided and abetted foreign nation-states including the United

Nations, the Awan Brothers, Crowdstrike, Pakistan, Qatar and the United Arab Emirates,

Australia and the United Kingdom although not limited to the foregoing.  Plaintiff claims

specific infringement on her federally protected Right to Life, Liberty and Property, presently

these Rights are under siege, a silent War, intent of force or threat of force absent physical hands

in some cases extending to include weaponized frequency and illegal border migrants who have

unlawfully registered to vote within the federally protected election infrastructure.

91.    The BCCI engineered despondency impacts human health, family structures,

emerging industry, entrepreneurs and innovators are forced out of the marketplace as a direct

result of the actions of the foregoing parties.  Would-be innovators are left with limited options, either participating within the fraudulent practices introduced, fostered and maintained inclusive of partners in private equity or compete for the meager discretionary income remaining among the citizens.  These actions are not lost on employees who become less inclined to invest themselves in the brokenness that surrounds them; the consent to work towards a paycheck versus being a participant in building what could, in both cases, bring about exceptionalism for the whole.  Plaintiff restates the inclusive paragraphs set forth herein, the abuse intent of oppression of individuals' intellect, the gifts of God to serve, watched over to ensure be stifled as the malevolent wear down the spirit of the human until their view of self is made to mirror the provocation; these actions recurrent daily are absolutely unacceptable; the Holy Spirit dwells *in* His created, their mirror shattered, the Gospel the truth.  This, as they create a being to avert their eyes from the Creator, God, locking themselves in their guilt punishing all of humanity in the absence of forgiveness that one would have some semblance of hope extinguished as though the whole owning the wage of sin; God will not relent.   The foregoing shares one central core, the festering BCCI structure retained by the inclusive Defendants, including but not limited to LISA MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER.  Plaintiff restates the claims of specific infringement on her federally protected Right to Life, Liberty and Property, presently these Rights are under siege including the threat to social security because of the Defendants, JOSEPH R. BIDEN and Kamala Harris' actions to bankrupt the social security holdings through payments to illegal border migrants; a silent War, intent of force or threat of force absent physical

hands in some cases extending to include weaponized frequency and illegal border migrants who have unlawfully registered to vote within the federally protected election infrastructure.

92.    Plaintiff claims that Defendant, JOSEPH R. BIDEN, Kamala Harris and Hunter Biden through fiduciary relationship with China, opaquely held, accepted payment as a consummated contract for the knowing release of COVID19 on the unwitting, unsuspecting public, shattering public trust.  The emoluments associated with the stated contract affirmed willing consent to exact domestic policy, exposing the populous of these United States to great risk while expanded green domestic policies which benefited China through government owned enterprise.  Plaintiff claims specific infringement on her federally protected Right to Life, Liberty and Property, presently these Rights are under siege including the threat to social security because of the Defendants, JOSEPH R. BIDEN and Kamala Harris' actions to bankrupt the social security holdings through payments to illegal border migrants; a silent War, intent of force or threat of force absent physical hands in some cases extending to include weaponized frequency and illegal border migrants who have unlawfully registered to vote within the federally protected election infrastructure.

93.    Plaintiff states that the cohesion and simultaneous codependency between industry and politics within the United States has caused irreparable harms, leveraging private monetary gains at the expense of integrity to both of the subject venues.  In the midst of these leveraging triangulated relationships, the Plaintiff asserts that the whole of the United States has placed in jeopardy; these vulnerabilities have been observed by foreign nation-states.  In recent history, these vulnerabilities have given way to encroachment on the triune founding documents, inclusive of the 3-branches of our government.  Plaintiff claims specific infringement on her federally protected Right to Life, Liberty and Property, presently these Rights are under siege

including the threat to social security because of the Defendants, JOSEPH R. BIDEN and

Kamala Harris' actions to bankrupt the social security holdings through payments to illegal

border migrants; a silent War, intent of force or threat of force absent physical hands in some

cases extending to include weaponized frequency, rising inflation and cost of goods, and illegal

border migrants who have unlawfully registered to vote within the federally protected election

infrastructure.

94.     Plaintiff states from the foregoing, Defendant JOSEPH R. BIDEN and Kamala

Harris have and continue to act as fiduciary partners, to BlackRock, Vanguard and Crescent

Enterprise, a wholly owned entity of the United Arab Emirates; this fiduciary relationship

conflicts with the Executive functions of the United States and her economic interest.  Crescent

Enterprises has a consent agreement with Australia conducting business under Sharia Law and

holdings via HSBC, a known bank involved in the laundering of illicit funds materialized

through human trafficking and other atrocities opposing human morality.  The foregoing has

direct United States interests in agriculture specific to Ardian to CampusParc LP to Ardian

Americas Infrastructure Fund V LP managed by QIC Ltd.  CVC Capital Partners Ltd. CVC

Capital Partners IC invested in URUS Group LP – Dairy Information Management; stockholders

Pon Holdings BV (Netherlands) and Cooperative Resources International, Inc.; wholly Islamic

owned, fiscal record holding to Sharia Law; Wisconsin.  Funded by "Global Growth &

Opportunity Grants" for export to Africa with funding by the Bill and Melinda Gates Foundation.

Plaintiff states, the Fauci conference call of January 31, 2020, established by transcript an

Exhibit hereto, was no less orchestrated by Crescent the BCCI maestro than the presentation of

Clint Watts as to Defendant TAHESHA WAY who forecasted the words orated; all intent of

eviscerating the Constitution and the Plaintiff's access to her sovereign vote, free of

entanglement or forecast, federally protected.  Plaintiff claims specific infringement on her federally protected Right to Life, Liberty and Property, presently these Rights are under siege including the threat to social security because of the Defendants, JOSEPH R. BIDEN and Kamala Harris' actions to bankrupt the social security holdings through payments to illegal border migrants; a silent War, intent of force or threat of force absent physical hands in some cases extending to include weaponized frequency, rising inflation and cost of goods, and illegal border migrants who have unlawfully registered to vote within the federally protected election infrastructure.

95.    Plaintiff states within the content of the analysis, the United Nations arose as silent figures among parties including Oil for Food among programs.  The Free, prior, and informed consent (FPIC) disclosed through the Vanguard research.  FPIC allows indigenous People to have the right to self-determination and self-governance in national and local government decision-making processes over projects that concern their lives and resources.  The United Nations Food and Agricultural Organization has defined the foregoing, applying under Human Rights. Plaintiff claims specific infringement on her federally protected Right to Life, Liberty and Property, presently these Rights are under siege including the threat to social security because of the Defendants, JOSEPH R. BIDEN and Kamala Harris' actions to bankrupt the social security holdings through payments to illegal border migrants; a silent War, intent of force or threat of force absent physical hands in some cases extending to include weaponized frequency and illegal border migrants who have unlawfully registered to vote within the federally protected election infrastructure.

96.    Plaintiff claims harm and damages against the inclusive Defendants, the damages resulting from burdensome tax levy associated with AIDS research, while they withheld the truth

of the fact that they had the cure and CHOSE not to use it, 1,000's of people died, needlessly that these morally bankrupt individuals including the inclusive Defendants, in the company of LISA MONACO, MICROSOFT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER.  Hundred of thousands of people have become subjected to a myriad of medical experiments, equally atrocious having imposed unknown future health consequences resulting from long-term side effects of such experimental drugs knowing full well that, like cancer patients, the human desire to elongate life would be chosen at any cost.  Plaintiff claims crimes against humanity with entire tribal communities impacted by the malevolent actions of the parties herein named, each having a purposeful life, stolen by the perpetrators along with their self-respect having been used for their cause while the perpetrators secure monetary gain.

97.    Plaintiff states that the parallels between Phil Spencer's employment with Microsoft Gaming and presently Microsoft Game Studios EMEA, Xbox, Xbox Live, Groove Music and Movies & TV, and Microsoft Studios under Windows and Devices Division, and the mass shooting events data sample finds absolute correlation, exceeding statistical significance when measured among the correlated malevolent actions by Microsoft and its designees. Plaintiff niece, in Littleton, Colorado graduated from Columbine High School, struggled to find her way as an adolescent, finding "company" in online games, she was transformed requiring significant counseling, severing from family and remains estranged to this day, a tragic loss to the Plaintiff, immeasurable.

98.    Plaintiff states that the actions, weaponizing frequency, as stated herein and the Plaintiff Notice of Motion (See ECF Doc. 105), the actions nearly took the life of Donald J.

Trump, were knowingly, maliciously and ominously manifest through the manipulation of frequency, God saw fit to spare his life and his family from the tragedy born of hate and disdain, not for Donald J. Trump but for that which they face in the mirror, the human stain of choice that has fractured their soul. Corey Comparitore and his family were not as fortunate, the blood on the hands of the perpetrators will not wash away. Plaintiff's sons have held attachment to the Xbox console, it was everything she do to pull them away to living and breathing clean air outdoor, several of their friends have not been as fortunate, the impact of their decision now weighted by the facts. Given to the absence of consent and disclosure, Plaintiff claims specific infringement on her federally protected Right to Life, Liberty and Property, presently these Rights are under siege because of the inclusive Defendants actions to bankrupt the social security holdings through payments to illegal border migrants; a silent War, intent of force or threat of force absent physical hands in some cases extending to include weaponized frequency and illegal border migrants who have unlawfully registered to vote within the federally protected election infrastructure, and her Rights specifically to the protection against election interference for which the attempted assassination absolutely severed, and nearly eviscerated, altogether. Weaponizing frequency is unconscionable as there is no sensory means of knowing that such an attack is happening.

99.    The magnitude of human harms that have been imposed by the Gates Foundation under mask of philanthropy globally, and presently within the United States is incalculable. A significant judicial record exists of harms with some nation-states no longer allowing the Gates Foundation participation with their sovereign citizens; however, no justice has been secured for the victims. The Foundation's access to inordinate funds presently being replicated by Stripe for which Microsoft is affiliated, just as with BCCI, absent of course to the body of law and

precedent that safeguards from harms, jurisprudence and Natural Law, that of God and homeopathy. Plaintiff claims specific infringement on her federally protected Right to Life, Liberty and Property, presently these Rights are under siege, a silent War, intent of force or threat of force absent physical hands in some cases extending to include weaponized frequency and illegal border migrants who have unlawfully registered to vote within the federally protected election infrastructure. Plaintiff's some was immunized under the Defendant JOSEPH R. BIDEN and Kamala Harris redundant vaccine mandates, this while he volunteered for endless hours printing face shields in Brooklyn for local hospitals including Langone. Plaintiff states her adoration and respect for her sons, this one may never hold his child hand or teach his child while benefiting from learning himself, so too Plaintiff will never witness the real and tangible joy of his offspring, the loss incalculable.

100. Plaintiff states that the Executive actions of Defendant JOSEPH R. BIDEN and Kamala Harris provided the Administrative agency's subsequent action which presently provides, in part, that HHS will no longer convene the NIH Human Fetal Tissue Research Ethics Advisory Board, supporting the use of fetal tissue research and more broadly in the field of research. Plaintiff states the foregoing Executive actions were taken with pure malice, absent disclosure of the sterilization actions under the vaccines and associated mandates, the child(ren) a woman might choose to abort, may in fact be her only opportunity for the gift of life. Plaintiff states that the Defendants have fostered an environment where the human body, designed by God, is reduced to the value that a pharmaceutical or clinical research facility assign to it as a line-item allocation, an asset for research and development, no more valued that a lab coat or microscope. Simultaneously, they reignite the Planned Parenthood controversies, having a known judicial record in which aborted babies are sold. Plaintiff states as a matter of record, the

foregoing parties speak of their respect for women, having taken action to exterminate their lives, author policy mandates that knowingly expose them repeatedly to cancer causing agents, extending their children, grandchildren, parents and grandparents with utter disregard for human life, whether woman or man; unquestionably crimes against humanity, abhorrent to God's creation.  Plaintiff claims specific infringement on her federally protected Right to Life, Liberty and Property, presently these Rights are under siege, a silent War, intent of force or threat of force absent physical hands in some cases extending to include weaponized frequency and illegal border migrants who have unlawfully registered to vote within the federally protected election infrastructure.  Plaintiff states that her future daughters-in-law may be one of the foregoing women, absent disclosures of the truth of catastrophic harms, aborting by choice in that case their only opportunity for children, Plaintiff's grandchildren and the joy that comes with that season withheld as much for her as her children.

101.    Clark McAdams Clifford interacted as counsel and advisor in unofficial and informal matters of statecraft later authored and codified by these United States, including the Balfour Agreement.  The collective actions of Clifford were nothing short of atrocious, never fully transparent in his posture and always acting in the interest of undisclosed persons.  In every evaluation of policy, regardless of context, there are varying degrees of unintended consequences.  Clifford's actions representing the interests of the Rothschilds, the fractures masking other stories of human interface not dissimilar from the social engineering of George Soros or the drug trafficking having devastating consequences in targeted African American communities at the hands of WILLIAM J. CLINTON and HILLARY R. CLINTON, fractured families and fractured lives.

In the midst of it all, God is there countering every tragedy for the good of the whole of His creation, reaching back for the broken never forgotten and most certainly not disposable at human whim. Nikola Tesla felt and observed the whole of each, that of the broken who took leaving behind the fractured but also of God, the Light and Way.  It is right that the stolen IP records result in fracture over time; however, the unintended consequence is PET scans that miss a cancer diagnosis, the machines one of many product patents plagiarized.  The human impact of those unintended consequences is what demands justice, the whole of humanity is beholden to plagiarized patents with those holding them so too holding the whole of humanity hostage in the company of Nikola Tesla's name and honored remembrance.  Plaintiff returns the Honorable Court to the amended Complaint (See ECF: Doc. 45), in each and every case of investigative scrutiny, the dual reality exists manufactured of ominous intent in retention of horrendous abuses to human Creation, no less the torture of the knowing that the very computer from which this document was scribed is absolutely monitored; as human Createds are fed these advances in technology the truth is withheld for the benefit of monetary gains applied later to philanthropic endeavor absent the heart of the servant and served shifting – His design; the knowing hand seeking aggrandizement of name as the expense of another, His no less of merit. Justice demands voice.

> "Tesla's mechanical eye will mean that the man in New York can see his business associate in Shanghai as he talks to him by wireless.  The eye resting on a pivot, will be swung about and brought to bear on the explorer, fighting his way over the frozen wastes of the Arctic circle; the fiery interior of the earth will give up its secrets to the eye, and the battles of men will be revealed to all other men in their cruelty and savagery." Nikola Tesla "Wireless Telephony."

<u>RELIEF</u>

163.    Citing the facts herein disclosed, Plaintiff demands the lawfare being waged against Donald J. Trump by Jack Smith and all others, acting as surrogates for the inclusive

Defendants including but not limited to Microsoft, Microsoft Health, Lisa Monaco, Bill Gates, the Gates Foundation, Warren Buffett, Mike Pence, Crescent Capital, et al., Apollo Global Management, Inc., Kamala Harris, Mitt Romney, the Harvard Endowment, Jeremy B. Bash, Dick Durbin, Gavin Newsom, Grant Verstandig, Gretchen Whitmer, shall immediately cease and be withdrawn for absence of merit, with each associated claim a violation of candidate's Civil Rights as well the Plaintiff's in the federally protected elections, irrevocably violating the federal elections process and infrastructure, and that the inclusive claims made be stricken of record.

164.    Citing gross violations of Article 1, Section 4, cl. 1 of the U.S. Constitution, known as the Elections Clause, protects States from Federal overreach in and among sovereign election end-to-end infrastructure, all and inclusive electronics are to be removed from the Federally protected infrastructure, effective immediately; the elections resolving not to the federal government but to the People who retain those Rights as scribed in the Constitution.  As a direct result of the inclusive Defendants, including but not limited to Microsoft, Microsoft Health, Lisa Monaco, Bill Gates, the Gates Foundation, Warren Buffett, Mike Pence, Crescent Capital, et al., Apollo Global Management, Inc., Kamala Harris, Mitt Romney, the Harvard Endowment, Jeremy B. Bash, Dick Durbin, Gavin Newsom, Grant Verstandig, Gretchen Whitmer actions, Plaintiff, having absolutely no confidence of the security of their elections citing those who are entrusted with such security are the parties herein named having breached their oath of office through treasonous action; the People hereby demand elections be conducted by paper ballots, hand counted, voting on one day, the first Tuesday in November as the general election, presenting voter identification by each legally qualified voter.

165.    Citing the facts disclosed herein, Plaintiff demands the inclusive Defendants be held to the Rule of Law as to their actions for violations of Federally protected elections

including intimidation under Title 18 § 245(b)(1)(A) of the U.S. Code addresses election interference by force or threats.  Title 18 § 245(1)(A) imposes penalties on whoever "by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from" voting or participating in other election activities. Title 18 § 245 (a)(1) requires the Attorney General, the Deputy Attorney General, the Associate Attorney General, or a specially designated Assistant Attorney General to certify that federal prosecution of a case under Section 245(b)(1)(A) is in the public interest and necessary to secure substantial justice.

166.    Citing the facts disclosed herein, Plaintiff demands the inclusive Defendants be held to the Rule of Law as to their actions for violations to her Civil Rights, violations born of an exacting hand, an unlawful trespass of her Rights under Article 1, Section 4, cl. 1 by the Department of Justice, the Department of Homeland Security, and the Executive of these United States; by name, these individual persons, under color of law include Defendants, MERRICK GARLAND, ALEXANDRO MAYORKAS and JOSEPH R. BIDEN and Kamala Harris.

167.    Citing the facts disclosed herein, Plaintiff demands the inclusive Defendants be held to the Rule of Law as to their actions for violations to her Civil Rights, violations born of an exacting hand, an unlawful trespass of her Rights under the claim of genocide under 18 U.S.C. § 1091(a)(2)(3)(4)(5)(6)(d); Plaintiff claims basic offense in time of peace and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group; intent of causing serious bodily injury to members of the group; subject the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part; imposes measures intended to prevent births within the group; or transfers by force children of

the group to another group; (d) attempted conspiracy, any person who attempts or conspires to commit an offense under this section shall be punished in the same manner as a person who completes the offense.

168.    Citing the facts disclosed herein, Plaintiff demands the inclusive Defendants be held to the Rule of Law as to their actions for violations to her Civil Rights, violations born of an exacting hand, an unlawful trespass of her Rights under The claim of crimes against humanity, S. 1346; peonage, involuntary servitude; trafficking persons; sex trafficking of children; extermination; measures intended to prevent births as part of a widespread and systematic attack against the civilian population, with foreknowledge of the attack.

169.    Plaintiff states as a matter of record before the Honorable Court, the legacy of Nikola Tesla has been knowingly and deviously tyrannized by the theft of private property. Citing the human atrocities planned and carried out over a period of time, the unintended consequence to theft impacting the vastness of humanity and the fact that Plaintiff is, in a theological sense, Tesla's relative, Plaintiff seeks the Honorable Court's intervention to correct the record.  The fractures: PET scans; the cancer treatments which knowingly poison the human Created body; the food intent of blessing from human labor knowingly poisoned from its seed to the plate; the birth of human offspring, the placenta and cord, its life giving intent of God's design, abused by theft when in the company with His designed being so too abused; human gifts manifested by God to serve humanity stifled by knowing hands, a sacrifice for self-aggrandizement; the opioid fed by malevolent hands to targeted communities knowing death would result; a vaccine having treated Ebola spoiled by knowing hands to benefit an industry stealing billions of dollars, Veterans and loved ones lives, smothered; the President of the United States made to stand in Court for crimes, no less atrocious of claim fabricated to fortify fractures,

than the invisible hand that moves among the smallest of feet to steal innocence; the 13-names left unspoken as the guilt churns within the minds of the malevolent incurvatus in se, the unelected put forth, buttressed by orators of harmonious deception of an election pilfered; the BONDAGE OF A NATION AND HER PEOPLE – for all of human Creation and the sanctity of the sovereign Creator to Created pulsing cord, everlasting Justice the Plaintiff demands.

170.    Plaintiff restates those remedies sought as presented and retained by the Honorable Court, See ECF Doc. 105.

171.    Plaintiff cites the horrific nature and magnitude of Project Destiny, the knowing actions resulting in permanent injury, removing the private Rights of a woman, regardless of her views and without consent or respect for the living as well those whom she might choose to bear in the future, Plaintiff cites extreme mental cruelty and seeks damages, Plaintiff seeks:

a.    Awarding Plaintiff compensatory and treble damages, as available, in an amount to be proven at trial;

b.    Award Plaintiff the financial gain earned by Defendants as a consequence of their violations described herein;

c.    Awarding Plaintiff statutory damages, as available;

d.    Awarding Plaintiff punitive damages, as available;

e.    Issuing a declaration that: inclusive Defendants, according to proof, conspired to and did engage in a common scheme of treason, crimes against humanity, peonage, involuntary servitude; trafficking persons; sex trafficking of children; extermination; measures intended to prevent births as part of a widespread and systematic attack against the civilian population, with foreknowledge of the attack.

172.    Citing the facts disclosed herein, Plaintiff demands the inclusive Defendants be held to the Rule of Law as to their actions for violations to her Civil Rights, violations born of an exacting hand, an unlawful trespass of her Rights under the claim of treason, 18 U.S.C. § 2381; whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States and/or elsewhere, is guilty of treason and shall suffer death, fined under this title but not less than $10,000.00; and shall be incapable of holding any office in the United States.

173.    Issuing an injunctive restraining of the inclusive Defendants and their officers, agents, servants, employees, assigns, and those acting in concert or participation with them:

  f.    Removal from public office, whether appointed or election; resulting in immediately removal and forfeiture of any severance, retirement or otherwise that would have been due them at the time the Honorable Court hears this matter and decides, or it is heard before by a Jury.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby respectfully request a trial by jury for all claims and issues in her Complaint to which they are or may be entitled to a jury trial.

**CONCLUSION**

Plaintiff states as a matter of Court record citing the correlations between Bayer and the human depravity, nonconsensual experimentation that Plaintiff has evidenced herein, Plaintiff states that, Roche, referenced ¶86, with whom Ms. Aspinall was a principal global executive was a primary collaborator with the Reich in Germany, Roche having mass-produced synthetic Redoxon while moving their Jewish employees to the United States to save them from Nazi attention, conversely the company used forced labor in its German and Polish-based factories.

As a matter of record, a review of the immense repository confirms that no one human being was left untouched by these inclusive events; the absolute depraved indifferent to humanness was palatable from the veterans' treatment in nursing homes to the kindergartner or graduate who sacrificed their excitement for a season which will never return to them in exchange of a mask and repetitive nasal swab testing – having every reason to believe they were as innocuous as the mask, facts refute the security of that believe and, moreover have shattered trust in one another, including in some cases, parent to children and reverse.  The foregoing true of all races, creeds and origin, the human mind makes no distinction merely seeks equilibrium which is precisely the offput, unspoken residual effect we as human beings are left with.  But, there is something more vast, accessible to all, it is this that Plaintiff opened with and, rightly present with this pleading, the simple prayer of grace, forgiveness walks in equal measure to justice when righteously served.

Plaintiff respectfully requests this Honorable Court grant its motion for preliminary injunction.  Plaintiff prays over the Honorable Court.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that I filed today, Monday, September 9, 2024, in accordance with Federal Rule of Civil Procedure 11, the foregoing with the Federal Clerk of the Court for the United Stated District Court, District of New Jersey, via electronic filing, which will send notification of such filing to all parties registered for this case, including the Defendant's counsel via the electronic filing system.

/s/  Mary B. Logan
Mary Basile Logan
*Pro-Se* Plaintiff

**cc:  All Counsel of Record (Via ECF)**