Mary Basile Logan
Plaintiff, *Pro-Se*
P.O. Box 4237
Clinton, New Jersey 08809
Email:  Trino@trinops.com

September 9, 2024

**<u>Sent Via ECF</u>**
Hon. Zahid N. Quraishi
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street, Courtroom 4W
Trenton, New Jersey 08608

> RE:    *Logan v. Garland, et al.*
> Index No. 3:24-cv-00040 (ZNQ TJB)

Dear Judge Quraishi:

Good afternoon.  I am the *Pro-Se* Plaintiff in the above-captioned matter.  In furtherance of my previously stated and evidenced claims concerning the retaliatory behavior of Defendants, JAMES PITTINGER, LISA SELLA and ROBERT JUNGE, on August 19, 2024, Plaintiff received a tax notice of delinquency as attached.

Following receipt, Plaintiff immediately contacted her private mortgage holder who advised that the payment was refused on August 8, 2024, with the rejection correspondence absent the return of funds.  Confirming the mortgage lender was in receipt of the rejection correspondence, unable to provide their internal communications, they were kind to provide the attached letter dated August 29, 2024 confirming the property tax rejection, absent refund.

Plaintiff seeks entry of a restraining order on the above parties be issued, to take effect immediately and, moreover, that they are barred from any discussion of the matter which is customary once the summons has been issued.

Respectfully submitted,

/s/Mary B. Logan_____
Mary Basile Logan
Plaintiff (*Pro Se*)

cc:    All Counsel of Record (***Via ECF)***

```
TAX DELINQUENT NOTICE              Prop Loc: 27 CHERRY STREET
Lebanon Boro                       Block/Lot:    11.           9.
6 High Street                      Tax Account Id: 00000435
Lebanon, NJ 08833                  Bank Code: 00672
                                   Notice Date:      08/14/24
                                   Interest Through: 09/04/24
```

```
My records indicate your taxes are in arrears. Please check your
records.  If this is an error please contact me via email
tax@lebanonboro.com
```

```
       LOGAN, MARK C & MARY E
       27 CHERRY STREET
       LEBANON   NJ              08833
```

```
        Yr/Prd  Principal   Interest       Total
Taxes   24   3  1,500.00      11.00     1,511.00
        24   3  1,442.24      23.80     1,466.04
                                        ----------
Total Taxes                             2,977.04
                                        ------------
   TOTAL DUE                            2,977.04
```

**\*\*\*If you have a mortgage who is responsible for paying your taxes, please contact them and let them know the taxes are outstanding. Corelogic, which is an escrow management company, processes all the tax payments on behalf of most mortgage companies.  This past quarter they were not able to make all the payments on time because of a processing issue.  So please don't be overly concerned, I am sure your payment is on its way.  But please reach out to the mortgage company and let them know you received this notice to ensure they have or will be sending a check.  Thank you and enjoy the remainder of the summer.\*\*\***

L027-11Q

MGL PRINTING SOLUTIONS

---

*PLEASE DETACH AT PERFORATION AND RETURN THIS PORTION WITH PAYMENT*

```
TAX DELINQUENT NOTICE       Type        Principal    Interest        Total
Lebanon Boro                Taxes       2,942.24       34.80     2,977.04
                                        -------------  ---------  -------------
Notice Date:   08/14/24     Total       2,942.24       34.80     2,977.04
Interest Thru: 09/04/24
```

```
My records indicate your taxes are in arrears. Please check your
records.  If this is an error please contact me via email
tax@lebanonboro.com
```

```
                                        Prop Loc: 27 CHERRY STREET
       LOGAN, MARK C & MARY E           Block/Lot:    11.          9.
       27 CHERRY STREET                 Tax Account Id: 00000435
       LEBANON   NJ          08833      Bank Code: 00672
```





**Wells Fargo**
Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

Mark C. Logan and Mary E. Basile-Logan
27 Cherry Street
Lebanon, NJ 08833

August 29, 2024

Subject: We're responding to your request
Case Number: 08202408230000417
Account number ending in: 1781

Dear  Mark C. Logan and Mary E. Basile-Logan :

Thank you for your patience while we looked into your request. We are responding with the information you need.

**Requested tax information**

This letter is to advise that we paid your taxes on August 08, 2024, for $2,942.24, but the taxes were rejected. We are currently waiting for a refund of the taxes.

We attempted to fax the response to you as requested to the fax number 888-237-2671 but the attempts were unsuccessful.

**How to contact us**

We accept telecommunications relay service calls. We value your feedback and appreciate the time and effort you took to contact us. It's been our goal to fully address the request you've brought to our attention. If you have questions, we're here to help. You may reach our Customer Service department at 1-866-234-8271. Representatives are ready to help you Monday through Friday, 6:00 a.m. to 10:00 p.m.; and Saturday 8:00 a.m. to 2:00 p.m. Central Time.

Sincerely,

Krista S
Customer Service Representative
Home Lending Information Requests

f892ed0c-5c77-4094-87a7-47e8cedab5cb

