**For Immediate Release:**

**Date:** July 30, 2024
**Contact:** Joe Rubino
**Phone:** 307-777-5365
**Email:** Joe.Rubino1@wyo.gov

# Secretary Gray Announces Investigation into ActBlue

**CHEYENNE, WY** – In the wake of nationwide money laundering and identity theft allegations against Democratic fundraising organization ActBlue, Secretary of State Chuck Gray announced an investigation into ActBlue Wyoming, a political action committee registered with the Wyoming Secretary of State's Office. ActBlue has been accused of stealing peoples' identities to conceal illegal donations, such as donations from foreign actors. As the chief election officer for the State of Wyoming, Secretary Gray is tasked with ensuring the integrity of Wyoming elections. ActBlue Wyoming is required to file statements of contributions and expenditures with the Wyoming Secretary of State's Office under the penalty of perjury. Filing a false statement is a violation of the Wyoming Election Code. Secretary Gray is legally empowered to refer suspected violations of the Election Code to the appropriate prosecuting authority.

"The widespread allegations against ActBlue are deeply troubling, and we must ensure that political action committees are following the Wyoming Election Code," Secretary Gray said in a statement. "Claiming that a person donated to a PAC if that person never donated to that PAC would be a felony under Wyoming law. I am very concerned, and remain committed to a thorough review of contributions to ensure compliance with Wyoming law."

Any Wyoming citizen who has reason to believe a political action committee stole their identity or falsely reported a donation using their name is encouraged to report this to the Wyoming Secretary of State's Office at elections@wyo.gov or 307-777-5860.

###

EXHIBIT 1