Mary Basile Logan<br>
27 Cherry Street<br>
Lebanon, New Jersey 08833<br>
(908) 246-8466

September 19, 2024

| *<u>Sent Via Email Recipient Confirmation</u>* | *<u>Sent Via Email – Recipient Confirmation</u>* |
|---|---|
| Hon. Zahid N. Quraishi | The Honorable Michael Johnson |
| United States District Court | Speaker of the House |
| District of New Jersey | 568 Cannon House Office Bldg. |
| Clarkson S. Fisher Building | Washington, DC  20515 |
| 402 East State Street, Courtroom 4W | |
| Trenton, New Jersey 08608 | |

  RE: Logan v. Garland, et al.
     Index No. 3:24-cv-00040 (ZNQ TJB)

Dear Judge Quraishi:


  While I respect the late hour citing proximity to election day, the existential threat to our National Security, protections of the Plaintiff's sovereign Rights, imbedded in the Constitution as Life, Liberty and Property demand this communication.  This very day, President Trump and Melania, his wife, contemplate their safety with a rightly placed distress, as much for themselves and their family as our Nation.  Two verified incidents, each escalating in their construct, the attempt to take the life of Donald John Trump; these events are abhorrent as opposing to the character of our Nation as they are to that of the law.

  Within the Honorable Court repository, Plaintiff has provided an accounting of primary sourced facts, these far outweigh her words while weighting them as evidence to her claims and associate harms.  Among these documents, the association in and among organizations and individuals, including Chelsea Clinton, a primary affiliate to the Clinton Foundation, so too serving on the Board of Directors of IAC with peer Board members controlling parties in a variety of media entities.  For eight years, every media entity and Democrat Party aligned individual  have vocalized *their* disdain regarding the Trump family, with a pointed focus on Donald Trump, nearly all orated and written commentary has been negative with **very** limited exception, seeking to influence the court of public opinion, imposing on federal election laws, See 18 U.S.C. § 241.

  At the same time, these same entities and persons have championed false claims, actually raising the flag on allegations to the point of attaching them to judicial action for what amounts to political capital and personal notoriety all while taking to social media to affix a written legacy of their claims.  The foregoing continuum of actions has manifest within society a malign belief

1

structure regarding the Trump family and, in particular, Donald Trump, the foregoing statement is evidenced in any and indeed every social media structure, including dehumanizing statements following the attempted assassinations these last two months.  The continuum and collective voice of these actions has fostered an urgent matter of National Security when weighed with the knowledge of our open borders to our North and South, illegal persons of unvetted backgrounds for which the Department of Homeland Security has stated that their internal structure is so haphazard and disjoined that accounting for persons, including children has become unreliable.

> "ICE did not have an accurate, effective, or automated process for sharing information internally between OPLA and ERO, and externally with stakeholders, such as HHS and DOJ, for UCs who fail to appear for immigration hearings. When a UC fails to appear, OPLA is responsible for manually updating its case management system, the Principal Legal Advisor's Network (PLAnet), to indicate the UC's absence. However, ICE data did not include all UCs failing to appear in court. We conducted data analysis and determined OPLA data only included 28,000 UCs who did not appear for their court date.  ERO officials reported a difference of more than 4,000 UCs who did not appear in court based on DOJ data.[12]  Although OPLA data is what ERO officers in the field relied on to determine court appearances, OPLA officials acknowledged the data is unreliable."[1]

There have been two attempts in as many months on a man's life, a President of these United States, presently a candidate for this same office.  By all outward appearances, the aforementioned persons have become so callous that they have lost their humanity, knowingly giving taxpayer funds to aid in the physical harm of its own citizens, each innocent while violently raped and cut up in pieces.  Simultaneously, due to the magnitude of compromise, the candidates' wife has been made to request answers concerning the assassination attempt investigative integrity, facts which should have been immediately resolved.  The open wounds dismiss justice being served, exactly with other federal investigations since the assassination of President Kennedy and the Warren Commission, as facts provide.

Plaintiff states as a matter of record in the Honorable Court repository the fractured investigations in the foregoing are the very same represented in the Russian interference case, the 9/11 Commission, the Benghazi investigation, BCC International, January 6th, Trouble Asset Relief Program ("TARP"), etc.  At the core of the abbreviated list arises one common element, that being the DEMOCRAT PARTY, and individual actors so identifying, inclusive of ROBERT MUELLER, acting as Special Counsel.

---

[1] Cuffari, Joseph V. "Management Alert – ICE Cannot Monitor All Unaccompanied Migrant Children Released from DHS and U.S. Department of Health and Human Services." August 19, 2024.  Accessed September 1, 2024 https://www.oig.dhs.gov/sites/default/files/assets/2024-08/OIG-24-46-Aug24.pdf

2

At least ten (10) federal lawsuits were filed in succession while State Attorneys General awaiting the candidate announcing he would seek reelection in 2024, thereafter these same parties immediately engaged the judiciary; in some cases, having to rewrite the law to effectuate viability of their claim.  The Supreme Court deemed the suits unconstitutional.  The civil matter could not be substantiated by one piece of evidence or witness, with the defense attorneys interjecting themselves pro hoc vice into Plaintiff's matter, despite substantive objections to the contrary.

36-Cases were presented regarding the 2020 election in various States and not one was reviewed, all having been dismissed for failure to state a claim, venue or some other nebulous judicial mechanism of reasoning, absent review of the facts or associated claims.  This is, of course, the short list.  The exception to the foregoing being the case before the Honorable Court, in this case however Plaintiff has been knowingly subverted by the inclusive Defendants having dodged service with 3rd party's unable to ascertain viable addresses through private investigation, same being a record of the Court repository.  The foregoing an effort to ensure the truth not be disclosed and for no other reason.

Simultaneously, Plaintiff would sign an affidavit to attest that her computer has unquestionably been imposed upon by Microsoft, nearest can be ascertained.

These individuals seek the demise of Donald J. Trump and will use any means possible to achieve their ends, an absolutely unacceptable statement, but one which the cumulative facts substantiate.  The truth is so audacious and unconscionable that it shocks the Constitutional structure; with one autonomous focus, an' masse, BCCI 2.0, they have railroaded the United States.  Their subversive actions might shift of focus towards the Honorable Court as to the Plaintiff or individual members of Congress.  The facts in evidence have entered the bloodstream while psychological manipulation has entered the consciousness; every single action wanton and willful.

The truth of the matter returns the conversation back to the historic record at the turn of the century and the parallel of the human condition – that of ego and the desire to be known at the expense of humanity.  The protagonist in that case was Nikola Tesla which remains true today, the very same murdering rage that sought his extinguishment is that which presently pursues Donald J. Trump.  The intersection of two truths, intwined.  The very same two truths that took 2,900 lives and two buildings in Manhattan, have encroached into the sacred space of the People's private relationships; those between a parent and their child(ren) and who today seek consent through precept of voting by way of compromised machine-driven communication which *they* own and control.

Plaintiff states that the Help America Vote Verification record, maintained through the Social Security portal https://catalog.data.gov/dataset/help-america-vote-verification-havv-transactions-by-state-week-ending-may-28-2022  and https://catalog.data.gov/dataset/help-america-vote-verification-havv-transactions-by-state-week-ending-august-3-2024  provides a

3

contrast/comparison, voter registration has been breached by illegal immigrants. The DEMOCRAT PARTY through KAMALA HARRIS, and JOSEPH R. BIDEN, the latter derelict in his absence of physical presence, have consenting to voter fraud, registration of non-citizens to vote IN EVERY STATE. Each of the associated statutes; 18 U.S.C. §§241; 242; and 52 U.S.C. §§10307; 20511; 20701; 20702 cite language of "entitlement" to vote.

The anticipated challenge to the Constitution will be in legal crafting built on the scaffolding of emergent cases that advanced the 2020 election, focusing squarely on the definition of "entitlement." Plaintiff states that the DEMOCRAT PARTY in the company of the inclusive Defendants have knowingly bore the fruit of their argument to burden the Judiciary, dismissing all unalienable human freedoms; Life, Liberty and Property. Their determination evidenced up to and including murder of innocents, children, waived off as tangential, their sole focus - the insolvency of these United States. As the Plaintiff retains a comprehensive understanding of the whole of the facts, Plaintiff advocates for immediate protections against such unlawful encroachment.

Plaintiff provides reference of the Congressional Research Service report of April 4, 2024, "the federal government maintains significant authority over elections and plays an important role in safeguarding election infrastructure" the report opines:

> …The Computer Fraud and Abuse Act (CFAA) prohibits, among other things, a number of activities involving **accessing a protected computer "without authorization" or accessing a protected computer that exceeds authorization**. In 2020, Congress amended the CFAA to broaden the definition of a "protected computer" to include a computer that is **part of a voting system and that either is used for a federal election or has moved in or otherwise affected interstate or foreign commerce** (18 U.S.C. § 1030(e)(2)(C)). Since its enactment, § 1030(e)(2)(C) prohibits **unauthorized individuals from accessing a voting system** and transmitting or retaining protected information. Another provision, 18 U.S.C. § 371, prohibits persons from **conspiring to commit an offense against or to defraud the United States**.

Plaintiff states that the exigent National Security breaches have compromised a multiplicity of primary functions of government, each born solely of the DEMOCRAT NATIONAL COMMITTEE and the inclusive Defendants. The threats extend far beyond the Department of Homeland Security, becoming so grave as to endanger the life of the opposing candidate, Donald J. Trump, extending to his family and the sovereign persons including the Plaintiff who attends his hosted candidate forums.

In furtherance of the foregoing, Plaintiff states the FBI investigator in charge, Jeffrey Veltri, has a social media history mirroring the media-at-large vitriol and rhetoric, anti-Trump. (See: https://foxnews.com/politics/vocally-anti-trump-fbi-agent-leading-probe-florida-assassination-attempt-whistleblower) The fact that he was assigned the investigation, holding to a preexisting bias, fortifies Plaintiff's statements herein and more broadly within the Honorable

Court repository.  The psychological warfare in the form of dehumanization is being practiced by Federal authorities proving themselves collaborators among the media, knowingly advocating for the moral disengagement to minimize human creation, Donald J. Trump in particular, to less than human.  By knowingly assigning propaganda orators, in this case Veltri, the FBI has substantiated Plaintiff's claims extending to include the 2020 NASS presentation of Clint Watts and the cumulative actions of Defendants, JAMES COMEY, ROBERT MUELLER, CHRISTOPHER WRAY (See: ECF Doc. 45).  Plaintiff states for the benefit of the  Honorable Court, a Nation that mandates equity, fairness and anti-discrimination laws inculcated within all levels of human engagement from preschool to Board rooms of fortune 500 companies, while its investigative conduct mirrors the polar opposite is not contradiction, it is subversion, mutiny by any other name.

      Plaintiff will not negotiate, citing the magnitude of structured conspiracy to defraud these United States, the facts disclosed by God's hands entered into the Honorable Court repository, intent to interfere and obstruct legitimate Government function at every level.  To retain her unalienable, God-given Rights from extinguishment, Plaintiff seeks to secure the federally protected election infrastructure, it being the principal means of assurance that the decision of who will serve the People be free of obstruction, hindrance and manipulation.  Plaintiff states in accordance with the DHS guidelines of federal election infrastructure protections, the FBI is the responding agency to onsite election complaints, FOIA requests for such reporting provided no such records in existence despite the Mercer County, New Jersey 2022 election appreciative complexities requiring transfer of all election records without chain-of-custody (See: ECF Doc. 105, ¶ 110).

      Plaintiff demands voter identification be shown by **all** persons, informing of Constitutionally informed citizenship of these United States, minimizing conflict between poll workers and voters, informing who THE PEOPLE freely vote for by paper ballot, hand-counted.  Thereafter, completion of hand-count reporting, that same be audited under televised recording with the presence of counselors at law as advisors, as needed.

      Plaintiff prays over the Honorable Court, thanking them, in advance for such consideration to affirm the Freedoms gifted by God, scribed among the Blessings of Liberty in her common defense.

      Respectfully submitted,

      /s/Mary B. Logan_____
      Mary Basile Logan
      Plaintiff (*Pro Se*)

cc:    All Counsel of Record (***Via ECF)***