# MACCE & CRESTI, P.C.

17 East Main Street
Clinton, New Jersey 08809

Telephone (908) 713-9008
Facsimile (908) 713-9009
www.maccelaw.com

John C. Macce, Esq.
john@maccelaw.com
Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Michelle M. Cresti, Esq.
michelle@maccelaw.com
R. 1:40 Qualified Mediator

October 1, 2024

**Via Electronic Filing**
Honorable Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Federal Building and
United States Courthouse
Court 4W
Trenton, New Jersey 08608

   Re: Mary Basile Logan v. Merritt Garland, et. al.
      Case No. 3:24-CV-0040

Dear Judge Quraishi:

  Our office represents the Defendant Robert Junge in the above referenced civil lawsuit. Our office recently received Plaintiff's submission to the court requesting an injunction with respect to a tax bill that she received from Lebanon Borough. Kindly accept this letter in lieu of a more formal Brief in response to Plaintiff's submission.

  I have read the Plaintiff's submission. In all candor to the tribunal I personally have no understanding as to what the allegations or relief or remedy the Plaintiff is seeking. My client has no involvement whatsoever in the issuance of any property tax bills for the property stated in the Plaintiff's submission. Therefore, to the extent that the Plaintiff is alleging any impropriety on behalf of Mr. Junge with respect to her property tax bill, my client vehemently denies this allegation.

Honorable Zahid N. Quraishi, U.S.D.J.
Mary Basile Logan v. Merritt Garland, et al.
Case No. 3:24-CV0040
September 26, 2024

Additionally, the Defendant Junge incorporates by reference the Memorandum in Opposition filed on behalf of the Defendants James Pittinger and Lisa Sella (Document Number 113).

                          Respectfully submitted,

                          MACCE & CRESTI, P.C.

                          JOHN C. MACCE, ESQ.

JCM/vmf
CC:    All Counsel of Record via Electronic Filing