Mary Basile Logan
Plaintiff, *Pro-Se*
P.O. Box 4237
Clinton, New Jersey 08809
Email: Trino@trinops.com

October 1, 2024

<u>**Sent Via ECF**</u>
Honorable Tonianne J. Bongiovanni
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street, Courtroom 4W
Trenton, New Jersey 08608

      RE:   *Logan v. Garland, et al.*
              Index No. 3:24-cv-00040 (ZNQ TJB)

Dear Judge Bongiovanni:

     I write this as the Plaintiff, *Pro-Se* in the above captioned matter in response to Defendants' correspondence, United HealthCare Services, Inc. et al. ("United") of September 17, 2024, ECF Doc. 109; KATHY HOCHUL and LETITIA JAMES of September 19, 2024, ECF No. 111, JAMES PITTINGER and LISA SELLA of September 20, 2024, ECF No. 113; GEORGE NORCROSS of September 20, 2024, ECF No. 112; and DEBBIE WASSERMAN SCHULTZ and the DEMOCRAT NATIONAL COMMMITEE ("DNC") of September 23, 2024, ECF Doc. 114.

     In support of Plaintiff's Motion for Injunctive Relief, and Permanent Restraining Order (ECF No. 105) in the company of the amended complaint (ECF No. 45) and supplements thereto (ECF Nos. 45-1; 45-2; 45-3; 45-4; 45-5; 45-6; 45-7; 45-8; 45-9; 45-10; 45-11; 45-12; 45-13; 45-14; 45-15; 45-16; 45-17; 45-18; 45-19; 45-20; 45-21; 45-22; 45-23; 45-24; 45-25; 45-26; 45-27; 45-28; 46; 46-1; 46-2; 46-3; 55; 55-1; 55-2; 55-3; 55-4; 55-5; 106; 106-1; 106-2; 106-3; 106-4; 107; 108; 108-1; 108-2; 108-3; 108-4; 108-5; 108-6; 108-7, and 108-8 ), please accept this letter in further support of claims and allegations presented.

     Plaintiff, Mary Basile Logan, individually and on behalf of those similarly situated, does hereby reply to Defendants, the DNC, UNITED, GEORGE NORCROSS, KATHY HOCHUL, LETITIA JAMES, JAMES PITTINGER, and LISA SELLA as above referenced, as follows:

     The subject Defendants move to dismiss the Plaintiff's Motion for Injunctive Relief and Permanent Restraining Order, providing a hodgepodge of ostensible grounds for dismissal, arguments to which are subsumed under the headings contained below.

     Defendants, individually provide projected statements of conspiracy theory concerning Plaintiff's claims as set forth in the Motion for Injunctive Relief, to that end, Plaintiff states that the

inclusive parties presented before the United States, without merit, claims of Russian interference fabrication imposed on the federal election process, principally by the DNC, supported by GEORGE NORCROSS, KATHY HOCHUL, LETITIA JAMES, JAMES PITTINGER, LISA SELLA and who in the company of MERRICK GARLAND, LLOYD AUSTIN, WILLIAM BURNS, CHRISTOPHER WRAY, ALEJANDRO MAYORKAS, MARCIA FUDGE, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, ANDREW CUOMO, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, ROBERT JUNGE, the REPUBLICAN NATIONAL COMMITTEE, hereinafter referred to as the "inclusive Defendants."

    The claims of Russian interference, proven false, despite that fact the allegations permeated throughout government orated and maintained by the inclusive Defendants, in echoed chorus, the resulting consequence is, in fact, the Plaintiff's Civil Rights violations claimed in the Injunctive Relief Motion.  The consequences of the echoed chorus projection was weaponized against the Plaintiff Civil Rights, unalienable to her, for which the government usurped created sweeping changes, assassinating the character of the sitting President so as to influence the 2020 election and which today, extends to Iran and repeat performance of precisely the same imposition on her Civil Rights; each of the Defendants culpable to such action and usurpation.  The determinative and decisive interferences and usurpations under pretext of a health crisis, railroaded the United States faster than Defendant, NANCY PELOSI's bank account could be credited for the transaction of real property, three times, disclosed by Deed record, irrefutable, attaching to the California High-Speed Rail Authority, taxpayer funds appropriated by Defendant, JOSEPH R. BIDEN in 2022; an ongoing venue of revenue for the Emerita Speaker of the House.[1]

    The foregoing while our honorable veterans lay in the streets, homeless made to suffer while hotel access, paid by allocation of taxpayer dollars, houses illegal border crossers of unknown origin, many of whom hold appreciative, undisclosed criminal history and for which the inclusive Defendants have knowingly transported across the Nation resulted in wanton havoc including gang activity, fentanyl and other illicit drug infestation and DAILY risk to law enforcement in every community. The foregoing a form of psychological warfare on law enforcement, their foremost obligation that of civility retention and the citizenry of the United States who today have been placed in grave risk, subject of rape – reported and unreported, murder and a myriad of criminal actions, all knowingly orchestrated by the inclusive Defendants, with specificity as to JOSEPH R. BIDEN, KAMALA HARRIS, ALEJANDRO MAYORKAS and MERRICK GARLAND while in no manner limited citing the welcome mat by host States, including Governors, Defendants, PHIL MURPHY and KATHY HOCHUL.

---

[1] December 5, 2023, Press Release "Pelosi Announces Landmark $3 Billion Federal Investment for California High-Speed Rail.  Accessed January, 2024 https://pelosi.house.gov/news/press-releases/pelosi-announces-landmark-3-billion-federal-investment-california-high-speed

Defendants, the DNC and HILLARY R. CLINTON evidenced their guilt and culpability in paying the Russian collusion-related FEC imposed fine. The harms to the Plaintiff mounting, including to the present day, imposing on Plaintiff's autonomous determination expressed by sovereign vote, interfering in Plaintiff's legal right to vote, freely and without encumbrance, recurrently, citing the facts herein disclosed with same being dispossessed of her Rights in the 2020, 2021, 2022, 2023 and pending 2024 general elections.

Plaintiff states that the lawfare waged against the Defendant, JOSEPH R. BIDEN's opponent, was determinative to extinguish the Plaintiff's personal Rights under Color of Law including those Rights and unlawful usurpations of the candidate, Donald John Trump. The inclusive Defendants' conspiratorially defrauded the Plaintiff knowingly as provided for in the amended complaint (ECF No. 45), which serves as evidence of the wanton actions of the inclusive Defendants, the DNC, KATHY HOCHUL, LETITIA JAMES, GEORGE NORCROSS, UNITED, JAMES PITTINGER, and LISA SELLA who in the company of MERRICK GARLAND, LLOYD AUSTIN, WILLIAM BURNS, CHRISTOPHER WRAY, ALEJANDRO MAYORKAS, MARCIA FUDGE, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, ANDREW CUOMO, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, ROBERT JUNGE, and the REPUBLICAN NATIONAL COMMITTEE maliciously eviscerated the Civil Rights of the Plaintiff.

The interference in the Plaintiff's Civil Rights continue, unabated, through the inclusive Defendants' actions are intentional, undertaken with blatant malicious and nefarious intent to direct the hand of the economy and influence elections apart from the Constitution while forcibly changing federal policy so as to accommodate their unrevealed fabrications. The Defendants' actions willfully sought to defraud and deceive these United States by fraudulently obtaining money and/or property, including grants from the United States, funds secured through taxation, while simultaneously interfering with Plaintiff's Civil Rights, a violation under 18 U.S.C. § 371, as outlined below.

The Supreme Court has long interpreted the word "defraud" in § 371 to require, not just any false statement, but a showing of "deceit or trickery." *Hammerschmidt v. United States,* 265 U.S. 182, 187 (1924). In Hammerschmidt, the Government charged political activists who opposed the draft for allegedly defrauding the United States "by impairing, obstructing, and defeating a lawful function of its government" in printing and circulating handbills urging others to refuse to register for the draft. *Id*. at 185. In other words, prosecutors relied on the broad language of the statute to criminalize advocacy of disfavored viewpoints on a hotly disputed political and social question. *Id*. Citing Haas v. Henkel, 216 U.S. 462, 479 (1910), the Government argued that "[t]he statute is broad enough in its terms to include any conspiracy for the purpose of impairing, obstructing or defeating the lawful function of any department of government." *Hammerschmidt*, 265 U.S. at 185-186. The Supreme Court rejected this argument, holding that the indictment was deficient because the word "defraud"

requires a showing of "deceit or trickery," not just advocacy of a viewpoint that the Government disfavors and views as false:

> It is obvious that the writer of the opinion [in *Haas*] and the court were not considering whether *deceit or trickery* was essential to satisfy the defrauding required under the statute.  The facts in the case were such that that question was not presented.  The *deceit* of the public, the trickery in the advance publication secured by bribery of an official, and the falsification of the reports made the fraud and deceit so clear as the gist of the offenses actually charged that their presence was not in dispute.

Hammerschmidt, 265 U.S. at 187 (emphasis added).  Thus the Court held, the statute's core application is to trick or deceive the Government into paying money under false pretenses, and this requirement of trickery or deceit applies in all other cases as well: "To conspire to defraud the United States means primarily to cheat the government out of property or money, but it also means to interfere with or obstruct one of its lawful governmental functions by *deceit, craft or trickery*, or at least by means that are dishonest."  Id, at 188 (emphasis added).  This requirement of "trickery" or "deceit" is well established.  *United States v. Concord Mgmt. & Consulting LLC*, 347 F. Supp. 3d 38, 46 (D.D.C. 2018)  ("As long as the conspiracy aims to obstruct the lawful functions of a government agency through some form of 'deceit, craft or trickery, or at least by means that are dishonest,' it falls within § 371 reach") (quoting *Hammerschmidt*, 265 U.S. at 188).  In the present case, trickery and deceit were weaponized against the Plaintiff, and her Civil Rights with the government having been usurped by the inclusive Defendants, the alleged criminal actor.

Plaintiff restates the claims presented in ECF Doc. 69, responding to the DNC of April 29, 2024, ECF Doc. 63; KATHY HOCHUL and LETITIA JAMES of April 29, 2024, ECF Doc. 62 and set forth below as to Defendants, UNITED, GEORGE NORCROSS, JAMES PITTINGER and LISA SELLA.

Plaintiff states, the Defendants' collective declaration of projections, fabrications, conspiracies, etc. are dismissed altogether with each such claim supported with direct correlative evidence.  The Defendants statements are intended to waive off their culpability, actually discloses their continuum of malfeasance, bitterly angry for the choices made, severing them from the Plaintiff partner in God Almighty, who made certain that the facts were meticulously collected, catalogued and presented to the Honorable Court; the fact of the length speaks to the voluminous criminal actions, having nothing to do with Plaintiff's ill-intent or Federal Civil Rule procedural dismissal.

**ELECTIONS and VOTER CAGING, violations of 18 U.S.C. § 371**.
1. The Plaintiff's harms continue, unabated as outlined below:
    i. January 6, 2017 Statement of Homeland Security Secretary designated elections as critical infrastructure subsector.  The Critical Infrastructure Activities Under the U.S. Election Assistance Commission ("EAC") works in collaboration with the following parties:
        a) Department of Homeland Security ("DHS").
        b) Center for Democracy and Technology.
        c) Center for Internet Security.
        d) Council of State Governments.

      e) Defending Digital Democracy Project (D3P) at the Belfer Center, Harvard.
      f) International Association of Government Officials.
      g) National Association of State Chief Information Officers.
      h) National Association of Secretaries of States in conjunction with DHS and EAC.

Plaintiff reiterates that claim of voter caging as set forth in the amended complaint (*See* ECF No. 45, P.113, ¶147). Plaintiff states the Defendant, NANCY PELOSI knowingly subverted the USPS, Louis DeJoy, ensuring that malfeasance would focus on the mail-in-ballot manipulation while MICROSOFT having absolute consent by the inclusive Defendants, applied resonant frequency, plagiarized patent built on the original findings of Nikola Tesla. The foregoing the principal reason for the gag order issued by Judge Merchan and so too why no Court would give venue of the claims presented by various persons following the 2020 election. The inclusive Defendants and their associate collaborators are all purveyors of Nikola Tesla IP records, having wrapped their lives around the master of money and self-aggrandization holding to political title versus that of moral character and integrity; thieves and common criminals having duped the American public into dependence on a structure of products/services which have no origination and therefore no foundation, short of a transactional instrument made fluid by the inclusive Defendants as they trade them by acquisition like baseball cards.

Microsoft is a primary private sector partner, Microsoft also amassed an extensive partner network and the inclusive parties' interface with all holding autonomous rights under construct of corporate registration, same remaining protected under the contractual terms; however, Plaintiff's Civil Rights, including her unalienable Right to vote is being knowingly being subverted by the inclusive parties.

Plaintiff states that the inclusive Defendants knowingly designed the federal election infrastructure protection, from the commencement of HAVA with the foregoing preplanned pretext through overt and covert intent for additional augmentations made under pretense of COVID-19-imposed emergency have presently been permanently affixed by the Department of Homeland Security, the foregoing to accommodate risks of cybersecurity breach; however, eliminated the final guardrails, permitting the federal government encroachment into local elections through trickery and deceit. The evidence to these claims is, in fact, the permanency of the changes, never intended as temporary. Plaintiff's harm have resulted and will continue, including but not limited to her elected capacity as well who she can choose to election by vote, specifically as President of these United States. Microsoft may hold its patents but every origin of its foundation is plagiarized from Nikola Tesla IP records.

    b. <u>MICROSOFT</u>. Microsoft Azure system is contracted to serve as the base communication substructure for United States elections with all other software and hardware adapted to align with the Microsoft platform. Microsoft's partnerships in and among the United States Election Systems As Critical Infrastructure includes all sixteen of the defined critical infrastructure asset areas within the Federal government while also including interface with State and International partners through codified statutes (See §1016(e) of the USA Patriot Act of 2001 (42 U.S.C. § 5195c(e)),

including the Department of Homeland Security, National Association of Secretaries of State, Cybersecurity Task Force and National Governor's Association, the latter opined in Plaintiff's amended complaint in Executive Authority usurpations.

    i. On April 15, 2024, Microsoft invested $1.5 billion in Abu Dhabi's G42 to accelerate artificial intelligence ("AI") development and global expansion.

    ii. Abu Dhabi, United Arab Emirates ("UAE") was a principal forming nation-state in the company of Pakistan at the inception of BCC International, ("BCCI"). In 1993, when the BCCI investigations took place, internationally, Abu Dhabi guaranteed all debts resulting, same a matter of the investigative record, (*See* ECF 45-1).

    iii. In November, 2002, Abd al-Rahim al-Nashiri, the alleged mastermind of the USS Cole bombing and alleged head of Al Qaeda in the Persian Gulf, was captured in the UAE by Emirati authorities; this *capture* is suspect when the whole of the facts are presently applied.

    iv. The UAE was subject of a lawsuit filed by FBI Counter-terrorism Chief John P. O'Neil, killed on 9/11. Chief O'Neil's family filed a suit against the Dubai Islamic Bank, a UAE Bank. The 9/11 Commission Report which Plaintiff challenges in her amended complaint, dismissed concerns that the UAE banking system was used by the 9/11 hijackers to launder funds. While the UAE legislature adopted 7-day freeze policies without prior legal permission, Plaintiff states that these policies offer limited guardrails when the banks are government owned enterprises involved in the money laundering.

    v. Microsoft's Vice President of Philanthropy, External and Legal Affairs, Mary Snapp and the President, Brad Smith were donors and directly involved in the election of the Defendant, JOSEPH R. BIDEN. Plaintiff retains a recording of the event in which the Defendant thanked them for their contributions, monetary, etc. to his campaign.

    vi. Brad Smith joined the Board of the G42 following the April, 2024 investment consummation, while retaining his capacity at Microsoft.

    vii. Joseph R. Biden was hosted by Brad Smith, his wife and several associated executive immediately following the 2020 election, declaring his allegiance to them for their *assistance* in the 2020 election.

    viii. Tahnoun bi Zayed Al Nahyan, the son of Sayed bi Sultan Al Nahyan and the founder of the UAE, also serves as the National Security Advisor, the controlling shareholder and Chairs the Group 42 Holding Ltd. ("G42") which was founded in 2018. Plaintiff states that G42 is a government owned enterprise.

    ix. The Pandora Papers[2] investigation, published broadly in 2021, discloses that Al Nahyan and his wife use shell companies to conceal their wealth. Plaintiff states that the foregoing investigative findings is compounded by the fact that the monetary mapping of the independent Pandora Papers

---

[2] PBS Frontline, Pandora Papers Expose. November 21, 2021. Accessed December 10, 2021
https://www.pbs.org/wgbh/frontline/documentary/pandora-papers/

   investigation parallels the appreciative history of BCCI bank mapping (See ECF, 45-1).
- x. In October, 2023, Defendant JOSEPH R. BIDEN signaled his overt intent, preplanned, in the issuance of an Executive order telling Cfius to pay "close attention to deals involving critical technologies, including artificial intelligence, quantum computing and biotechnology. While the order did not name China, the industries are frequently mentioned by US intelligence agencies as ones where China is trying to obtain US technology.[3] A subsequent article (NYTimes) followed on November 27, 2023, titled "Warnings Emerge Over Emirati AI Firm G42's Ties to China. In January, 2024, the U.S. House Select Committee on Strategic Competition between the United States and the Chinese Communist Party asked the U.S. Department of Commerce to impose export controls on G42 and 13 associated companies.
- xi. In February, 2024, G42 divested its stakes in China as a matter of record as provided by Peng Xiao, Chief Executive, G42, after COVID19, following the Burisma payments advanced by China, paid to JOSEPH R. BIDEN with knowledge and consent of the inclusive Defendants, and specifically KAMALA HARRIS.

**MONETARY FRAUD**
- a. Khaldoon Khalifa Al Mubarak, served as the Emirati Government official and business leader, a member of the Executive Council since 2006, also serving as the chairman of the Executive Affairs Authority, Mubadala Investment Company, managing director, chairman of Manchester City Football Club, Melbourne City Football Club and Mumbai City Football Club, Chairman of the Emirates Nuclear Energy Corporation, Abu Dhabi Commercial Bank and Emirates Global Aluminum. The Emirates Nuclear Energy Corporation subject of Plaintiff's harms concerning Uranium One and human trafficking.
- b. In 2016, the International Petroleum Investment Company ("IPIC") merged with the Malaysian fund ("1MDB"). In 2017, Malaysia defaulted on settlement payment. Investigations citing money-laundering and embezzlement associated with the 1MDB fund emerged in the United States, Singapore, and Switzerland. Plaintiff states that the Swiss bank associated to the investigation, Falcon Bank, ceased private operations in 2021 resulting from the fraudulent actions aforementioned. Plaintiff states that Goldman Sachs Group holds settlement funds of and related to the 1MDB fund. These facts are directly associated with Plaintiff's claims of economic espionage iterated in the amended complaint, (See ECF 45), Plaintiff reiterates her claims.
- c. Mubadala Investment Company PJSC (a.k.a. Mubadala) is an Emirati state-owned holding company that acts as one of the sovereign wealth funds of the Emirate of Abu Dhabi, established in 2017, one year in advance of the establishment of the G42. In 1984, the International Petroleum Investment Company ("IPIC") was created. The Mubadala Development Company was established in 2002. In June, 2016, Mubadala

---

[3] Massoudi, Arash (London), Sevastopula, Demetri (Washington). US Security Officials Scrutinize Abu Dhabi's $3bn Fortress takeover. July 25, 2023. Accessed April 26, 2024. https://www.ft.com/content/a8f3b524-ff45-4935-96da-cc08bd32e138

   Development Company merged with the IPIC and in 2017, ownership of the Mubadala Development Company and the IPIC was transferred to the parent-company, Mubadala Investment Company. The company is a wholly owned investment vehicle of the government of Abu Dhabi, and Sheikh Monsour bin Sayed Al Nahyan, vice-president and deputy prime minister of the UAE, serving as its Chairman.

 d. The 1MDB investigation resulted in the arrest of Kaldoon Al Mubarak, and Mohammed al-Husseiny (IPIC executives), the former premier of Malaysia, Najib Razak. In the intervening period, Anwar Ibrahim was voted Prime Minister of Malaysia with settlement negotiation terms determined between Ibrahim and the UAE. Plaintiff reiterates her allegations that the Defendants are knowingly co-colluding with foreign parties to manifest insolvency of these United States through fraudulent monetary practices as iterated in the amended complaint. Moreover, Plaintiff states that the investigation into the IPIC and 1MDB monetary funding parallels the BCCI history, disclosing that the Malaysian monetary failure was orchestrated by the UAE with the aid of strawmen, including Anwar Ibrahim.

**CYBERSECURITY, HOMELAND SECURITY**.

 e. The UAE formed StealthFalcon (a.k.a.FruityArmor), an organization to deploy spear phishing attacks against journalists and human rights activists; employing a variety of PowerShell macros, URL shorteners and social engineering with booby-trapped links directing the target to macro-laced documents delivering a custom implant, capable of implanting executable arbitrary commands; operational from 2016, run under the auspices of a Citizen Lab.

 f. The DarkMatter Group, ("DarkMatter") separate from StealthFalcon, founded in 2014, a UAE Defense Company, became the contractor for Project Raven to surveil other governments. DarkMatter has employed U.S. intelligence operatives and graduates of the Israel Defense Force technology units. DarkMatter was investigated by the FBI in 2020 for crimes including digital espionage related to the assassination of Jamal Khashoggi and incarcerated dissidents.

 g. In September, 2021, Marc Baier, Ryan Adams, and Daniel Gerick, former NSA employees, working under ExpressVPN, who were working with the UAE, DarkMatter Group under the direction of CyberPoint were indicted on computer fraud and improper exporting of technology.[4]

 h. CyberSearch Global Corporation analyses attached to Brigadier General Avivi, (retired) formerly of the Department of the Israeli Defense Force, Ministry of Defense and Israeli Military Industries, where he was responsible for the audit of military readiness, budgeting, procurement, projects, bids, cyber, logistics, infrastructure and operation. He also served as the aide-de-camp for the Chief of the General Staff of the IDF, Lt. General Moshe "Bogie" Yaalon. Plaintiff refers to a Haaretz article of October 16, 2019 which cites a probe that determined DarkMatter works for UAE's intelligence agency attacking Western targets, journalists and human rights activists, with graduates of Israel's Defense Forces, earning up to $1m annually.[5] Plaintiff states that Brigadier

---

[4] Alhathloul v. DarkMatter Group, et al. Index 3:21-cv-01787-IM; Demand for Grand Jury; Proposed Charging Letter. Accessed April 22, 2024.
[5] Ziv, Amitai. Mysterious UAE Cyber Firm Luring ex-Israeli Intel Officers With Astronomical Salaries. October 16, 2019. Accessed April 24, 2024 https://www.haaretz.com/israel-news-2019-10-16/ty-article/.premium/mysterious-

      General Avivi (retired) is an active threat to the United States NatSec. Plaintiff states that the Defendant, JOSEPH R. BIDEN, has full knowledge of the foregoing and has aided and abetted the undercurrent threats to NatSec, overtly colluding in and among the inclusive Defendants herein named. Microsoft holdings including significant property and business apparatus in Israel, transferring a significant portion of business between Mexico and Israel.

i. Plaintiff states that April 29, 2024, Defendant, UNITED HEALTHCARE, reported a cyber breach using "stolen login credentials that gave them remote access to its network,"[6] "The criminals used compromised login credentials to remotely access a Change Healthcare Citrix portal that did not have multi-factor authentication, according to testimony"[7] (by CEO Andrew Witty, before the House Energy and Commerce Committee. The hack is said to have occurred on February 21, 2024, the Defendant, UNITED HEALTHCARE GROUP "provided more than $6.5 billion in accelerated payments and no-interest , no fee loans to thousands of healthcare providers. On March 27, 2024, the U.S. State Department, under the direction of the Defendant, JOSEPH R. BIDEN, offered $10 million for information on the "Blackcat" ransomware hackers, according to Reuters. Plaintiff states that the former Defendant, CHARLES BAKER, Massachusetts Governor was retained by the Defendant, UNITED HEALTHCARE as a member of the Board of Directors, November 3, 2023. Plaintiff reiterates her claims as set forth in the amended complaint, (*See* ECF No. 45). In advance of COVID-19, States created Hospital Authorities with sovereign trust fund accounts, autonomously managed by independent Boards of Trustees, Plaintiff retains a full repository of same for the inclusive States. In the case of New Jersey, see 2023 New Jersey Revised Statutes Title 30 – Institutions and Agencies, Section 30:9-23.18 – Creation of hospital authority, revised 2023 under the direction of Defendants, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN and CHRISTOPHER J. CHRISTIE, from its inception in 2006 under then-Governor Corzine. Plaintiff restates her claims as set forth in the amended complaint, (*See* ECF No. 45).

j. Plaintiff states that statutes preceded COVID-19 for each of the inclusive Critical Infrastructure Sectors, including water with the creation of autonomous, sovereign trust fund accounts so aligned and appointed Boards, evidencing the forecasting the health emergency. Plaintiff states that the sovereign funds have been orchestrated by the co-conspirators MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN

---

uae-cyber-firm-luring-ex-israeli-intel-officers-with-astronomical-salaries/0000017f-dc83-df83-df62-a9ff-dcd7866a0000

[6] Reuters. April 29, 2024. UnitedHealth Hackers Used Stolen Login Credentials to Break in, CEO says. Accessed April 29, 2024. https://www.reuters.com/technology/cybersecurity/unitedhealth-hackers-took-advantage-citrix-vulnerability-break-ceo-says-2024-04-29

[7] Ibid.

ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE, who in the company of associated non-profit (501c3 entities) and non-governmental agencies, have been overtly benefited from their undisclosed knowledge as investment vehicles, amassing significant personal wealth at the expense of NatSec and the People of these United States. Plaintiff reiterates her claims as set forth in the amended complaint (*See* ECF No. 45). Plaintiff retains a repository of the inclusive statutes, trust records and 990 confirmations.

From the foregoing, Plaintiff reiterates the claims against Defendants, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF, WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, GEORGE NORCROSS, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE. Plaintiff states that DEBBIE WASSERMAN SCHULTZ, knowingly retained Imran Awan, obstructing the actions of the Capitol Police with dubious intent until the foregoing clearances were secured in 2017.

The treasonous actions overtly conducted to breach national security were conducted apart from the knowledge of the REPUBLICAN NATIONAL COMMITTEE, the transcripts held in federal record evidence the foregoing statement. Plaintiff attaches as EXHIBIT 1, ECF Doc. 62, emphasizing the inclusive Defendants' culpability to treason, manifest of their hands, with the aid and covert assistance of foreign nation-states, parties and individuals who the DNC knowingly provided and furnished open-ended access to Federal National Security apparatus, unsupervised with full knowledge of material transfer of same to extraneous persons, entities and foreign nation-states. Moreover, Defendant MERRICK GARLAND evidenced his knowing hand as to the foregoing, duplicity, through the assigned Judge to hear the Awan case, Judge Chutkan, appointed by BARACK HUSSEIN OBAMA, an associate of KAMALA HARRIS, sharing origin of Jamaica directly correlating to Marc Rich who was given an open door to geopolitical imposition by the inclusive Defendants. The excerpt below from Vanity Fair, June, 2001:

…From Nigeria to Russia, everyone was on the payroll for Marc Rich. Dollar for dollar in his time, no one, including sheikhs, had more money than Marc Rich…you have no idea the strength this man had in the world economy…he virtually hijacked (the) Jamaican ...involved himself in Venezuela, Angola, Romania, Yugoslavia, Bulgaria, and North Korea…manipulating their ministers and politicians better than they were…Rich's name popped up to investigator of the notorious B.C.C.I. banking scandal…listed in the appendix…in the murky shadows of a $2.7 billion lawsuit between two Russian aluminum magnates filed in …New York…

Defendants, WILLIAM J. CLINTON, HILLARY R. CLINTON covertly schemed to subvert the United States, collaborating in and among the inclusive Defendants, evidencing their actions and intent through the redundant appointments of their conspiratorial partners, having aided and abetted the inclusive actions. The foregoing includes with specificity the pardon of Marc Rich in 1993 by Defendant WILLIAM J. CLINTON, thereafter buttressing in and among the co-conspirators to fabricate an insurance policy against the interests of these United States, her sovereignty and with some specificity, the Plaintiff.

Plaintiff states that the inclusive Defendants wholly acted to subvert her Civil Rights inclusive of her sovereign vote and the candidacy by assassinating the character of Donald J. Trump, malevolent and overt actions expressly taken in harmony with the direct aid of media partners, media bodies who themselves are owned and operated by a broad expanse of sharing duplicity in broadcasting exact statements projected while false, in many cases, lies intent to influence public perception when repeated over and over. The foregoing actions precisely evidenced in the Defendants' response pleading before the Honorable Court, recycled behavior witness by corroborating media affiliated, each repeating the same language, believing that the echoed chorus will in some manner effect or affirm weight of their projected statements; each and every one dismissed by evident fact, correlating dates and God-informed mapping of their subversive trickeries.

Plaintiff restates her inclusive claims within the amended complaint, in its entirety, (See ECF No. 45 with the inclusive Exhibits and Supplements). The economic espionage which claimed a large number of small businesses under COVID-19 forced closures extended and held hostage by Defendant-Governors, PHILIP MURPHY, ANDREW CUOMO, KATHY HOCHUL and in the company of the Attorneys General, MATTHEW PLATKIN and LETITIA JAMES, have begun to evidence Plaintiff's claims of harm which includes MICROSOFT and all tech sectors who between 2022 and 2024, according to Layoffs.fyi, 384 tech companies have laid off more than 124,000 employees in 2024, adding to the 428,449 tech workers who lost their jobs in 2022 and 2023. Simultaneously, the Federal government is contracting with foreign parties having covertly manifested BCCI 2.0, the lucrative taxpayer funded contracted hold undisclosed terms, specifically that of insolvency of the United States, facts which the inclusive Defendants are fully aware overtly withholding same through trickery; the very definition of espionage. Plaintiff references Carahsoft Technology Corporation raid of September 24, 2024.[8]

---

[8] Dimolfetta, David. The FBI Confirmed the Raid But Declined to Provide Further Details. September 24, 2024. Accessed September 24, 2024. https://www.nextgov.com/acquisition/2024/09/fbi-raids-government-it-and-cyber-contractor-carahsoft/399782/

Plaintiff states that each of the responding Defendants, DNC, UNITED, GEORGE NORCROSS, KATHY HOCHUL, LETITIA JAMES, JAMES PITTINGER, and LISA SELLA cited some variation of verbiage implying their interpretation, undoubtedly informed by their culpability, that Plaintiff's Motion for Injunctive Relief was drafted as the facts became known correlating directly with the Amended Complaint (ECF Doc. 45) and associated harms.  Each of the inclusive harms have come to fruition, in all cases to the detriment of these United States, facilitated by the inclusive Defendants' design among their foreign counterparts and operatives.  To that end, Plaintiff presents the following unequivocally evidencing BCCI 2.0 as active with intent of complete annihilation of the United States through subservience from the inside out:

- On September 4, 2024, Linda Sun, former deputy Chief of Staff to Defendants, ANDREW CUOMO and retained by KATHY HOCHUL, this despite significant staffing changes following the former Governor's departure, was arrested for violating and conspiring to violate the Foreign Agents Registration Act, visa fraud, alien smuggling and money laundering conspiracy; acting as an agent of the Chinese government.
- Plaintiff states that Defendant, LETITIA JAMES pursued litigation against SentosaCare (See ECF Doc. 45, P 130) in an overt effort to supplant deniable plausibility regarding the nursing home deaths resulting from the gross dereliction of the New York Defendants.  The lawsuits were directed at SentosaCare as Defendants with the covert knowledge of the owners' participation within the broader scheme, the broader human tragedies up to and including those extending to New Jersey specific to Wanaque were left unaddressed by the Defendant LETITIA JAMES who was solely interested in advancing political capital in and among the criminal enterprise including Defendants, CHUCK SCHUMER and LETITIA JAMES, while not limited to them.
- Hostage negotiations conducted under the authority of JOSEPH R. BIDEN and KAMALA HARRIS, delegated to Qatar authorities as an intermediary party, twice over, regarding two highly contentious associates of the Venezuelan leader, Nicholas Maduro, absent benefit of consented terms being met including the precept of *democratically* held elections.  Additional hostages have since been arrest by the Maduro regime, finding no threat of accountability by the United States Administration as early as nine-days ago.  The failed diplomacy in practiced, outsourced to knowing parties of BCCI affiliate nation-states by Defendants, JOSEPH R. BIDEN and KAMALA HARRIS has resulted in the orchestrated migration of hundreds of thousands of former residents of Venezuela, flown at taxpayer expense to undisclosed locations throughout the United States, all hold every knowledge that the inclusive Defendants have subverted the United States and, therefore conduct themselves in full accordance with that knowledge resulting in murder, rape, larceny, burglary and, usurping gang management over entire housing complexes.  Plaintiff states that the current Administration's actions have destabilized both the Venezuelan nation-state as well that of the United States, all knowing covert and overt actions undisclosed in their correlation but for the knowledge of the BCCI history.
- Plaintiff's Motion for Injunctive Relief, ECF Doc. 105, PP. 66-86 disclose the most heinous of human atrocities the inclusive Defendants absolutely culpable, primary actors among them, DNC, UNITED, GEORGE NORCROSS, KATHY HOCHUL, LETITIA JAMES, JAMES PITTINGER, and LISA SELLA, invested by the master of money, greed and self-aggrandizement, the irreparable harm disclosed through their BCCI adapted apparatus, the strawman, in this case two; Vivek Ramaswamy and JD Vance.

- On August 15, 2024, Harvard biologists working with Google announced the comprehensive wiring diagram of the human brain, central in the design of the Paul Allen pursuit advancing whole human structured cloning.
- Plaintiff states that the inclusive Defendants are associated with and party to the 3,050,000 BCCI affiliates that were identified by BCCI in 1986 (See ECF Doc. 45-1; 108, PP. 52), holding no allegiances to these United States.
- Defendants, JAMES PITTINGER and LISA SELLA continue their permeation and usurpation of Plaintiff's sovereign Civil Rights while making every attempt to assassinate her character including but not limited to refusing tax payment in an effort to seek to foreclose on her private residence, retaliate against her son by sending threatening letters, making untrue public statements regarding Plaintiff including facts only parties subject of this matter would have knowledge of.

Plaintiff states that the inclusive Defendants in collaboration and with the aid of foreign nation-states and extraneous parties not yet identified, leveraging, blackmailed, coerced and cajoled the candidate, Donald John Trump, leveraging his life and freedom in the company of his family's by the inclusive Defendants to secure the Republican Vice Presidential nomination a collaborative subversive, each party in and among the BCCI 2.0 attempt to circumvent these United States by way of J.D. Vance and his direct association with Microsoft, Palantir and Peter Thiel, Google, Bill Gates, Fortress  - acquired by G42 in 2024 , and Warren Buffett, the principal determinant directly associated with Usha Vance's formerly employer who was a fiduciary partner with Buffett. Usha Vance directly associated with Bill Gates as are her parents, with appreciative focus in nuclear energy having attachment directly to the Clinton Foundation by way of Uranium One.

Plaintiff states that Vivek Ramaswamy served as a frontman for the leveraging of the Vice Presidency above referenced, the extraneous parties that Vivek holds association who align with J.D. Vance, securing an insurance policy; the United States Presidency if their affiliates were successful in convicting Donald J. Trump or the Vice Presidency through J.D. Vance.  If the convictions were unsuccessful, all sourced facts provide that his life would be threatened by assassination, these events have in fact taken place.  Plaintiff claims continued harm to her Civil Rights and imposition to her federally protected voting Rights.

As to Defendant, GEORGE NORCROSS by way of his letter brief of September 20, 2024, ECF Doc. 112, Plaintiff was in receipt of opposition filing dated September 17, 2024; however, Plaintiff attaches Motion Supplements, ECF Docs. 106, 106-1, 106-2, 106-3, 106-4, 108, 108-1, 108-2, 108-3, 108-4, 108.5, 108-6, 108-7, 108-8.  Plaintiff states that the Defendant has advantaged himself and his fiscal holdings under precept of capacity as "party boss" within New Jersey.  By way of his response pleading, he feigns being a "private citizen" the federal indictment issued in combination with those actions taken throughout his career oppose his statement, squarely.  He is and remains a central figure in Plaintiff's action to subvert these United States.

Plaintiff states that the inclusive Defendants, restated as, MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, CHRISTOPHER J. CHRISTIE, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY,

JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, PHILIP MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, GEORGE NORCROSS, BILL NELSON, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, JAMES PITTINGER, LISA SELLA, and ROBERT JUNGE have knowingly sought to impose on the sacred beliefs held by her, upholding her humanness as much her doctrines, the physical harm immeasurable, this harm caused by the knowledge of the Defendants' acts specifically as it regards those perpetrated against children, Plaintiff believing there could be no more an immoral act, abhorrent to the human consciousness.  Plaintiff states that the Defendants have contrived to alter and impose upon that private relationship, between a believer and her Maker.  Plaintiff states that the harms exceed precedent having borne witness to the mountain that a child victim must climb in their freedom from the garish chains of such unspoken trauma; the People were made to consent to this trauma with the obstructed, trickery of the mind, the most heinous.  Plaintiff prays over the Court and Jury that may be summoned, for the whole of humanity, justice demands venue.

## CERTIFICATION OF SERVICE

Plaintiff, Mary Basile Logan, hereby certifies that on this 1st Day of October, 2024, I electronically filed the foregoing correspondence with the Clerk's office of the U.S. District Court for the District of New Jersey using the Electronic Case Filing ("ECF"), same being notice of electronic filing to counsel of ECF record.

Dated October 1, 2024

Respectfully submitted,

/s/Mary B. Logan
Mary Basile Logan
Plaintiff (*Pro Se*)

cc:   All Counsel of Record (***Via ECF)***