that is happening. The challenge that this presents must become part of the process of our lives. Only if our feelings live in harmony with the magnitude of the challenge, can we truly understand the new significance of expatriate accounts and deposits. We wish to bring into harmony the possibilities which expatriates present with the breadth and quality of our vision.

BCC does not have a home base. Hardcore, broad-based and stable deposits are a necessity and an imperative for us. A structure is being created within the bank to help realise this possibility. This structure must in all ways be equal to the opportunity, which has a truly global dimension. Meetings such as the Expatriate Services Annual Meeting help us to travel into new areas of our psyche and our nature. They help us to explore the invisible territory within us. Understanding the dimension of the new significance means opening doors within ourselves.

The key to overcoming any difficulties that we might face lies in how we tackle them. What has been holding us back so far? Is it local situations? Is it our priorities? Whatever it is can be overcome through the quality of our energy and the breadth of our vision. The new significance of Expatriate Services is living in the psyche of the delegates and through them the whole of BCC.

### EXPATRIATE SERVICES — ANNUAL MEETING AGENDA

- THE MAGNITUDE AND SCOPE
  14 million expatriates work in BCC countries
- THE VITAL IMPORTANCE AND NEED
  BCC's need for hardcore, broad-based and stable deposits
- THE IMPERATIVE OF EXCELLENCE IN SERVICE
  To be innovative and to show that BCC cares
- MARKETING ORGANISATION FOR THIS DRIVE AND TARGETS FOR 1986 AND 1987
  (With number of accounts and deposits separately for the Branches in the sub-continent and rest of the BCC world)

### BCC COUNTRIES
Expatriates In

| | |
|---|---:|
| Bahrain | 117,000 |
| Brazil | 159,000 |
| Canada | 185,000 |
| Colombia | 123,000 |
| France | 1,335,000 |
| Germany | 2,036,000 |
| Jordan | 470,000 |
| Kuwait | 352,000 |
| Lebanon | 360,000 |
| Luxembourg | 62,000 |
| Netherlands | 219,000 |
| Oman | 228,000 |
| Paraguay | 46,000 |
| Qatar | 176,000 |
| Saudi Arabia | 2,440,000 |
| Switzerland | 770,000 |
| UAE | 560,000 |
| UK | 1,270,000 |
| Uruguay | 46,000 |
| USA | 3,050,000 |

### NON BCC COUNTRIES

| | |
|---|---:|
| Libya | 1,103,000 |
| Iran | NA |

### BCC COUNTRIES
Expatriates From

| | |
|---|---:|
| Bangladesh | 856,000 |
| Botswana | 27,000 |
| China | 43,000 |
| Cyprus | 261,000 |
| Egypt | 2,500,000 |
| India | 3,200,000 |
| Italy | 1,029,000 |
| Jordan | 279,000 |
| Korea | 96,000 |
| Morocco | 235,000 |
| Pakistan | 2,140,000 |
| Philippines | 235,000 |
| Portugal | 555,000 |
| Spain | 448,000 |
| Sri Lanka | 146,000 |
| Sudan | 84,000 |
| Thailand | 330,000 |
| Turkey | 668,000 |
| Uruguay | 74,000 |
| Yemen | 437,000 |

### NON BCC COUNTRIES

| | |
|---|---:|
| Algeria | 282,000 |
| Yugoslavia | 646,000 |
| Syria | 88,000 |
| Tunisia | 63,000 |

EXHIBIT 2

3