Mary Basile Logan<br>
Post Office Box 5270<br>
Clinton, New Jersey 08809<br>
Email: Trino@trinops.com

October 2, 2024

**<u>Sent Via ECF</u>**
Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court
Clarkson S. Fisher Building and
  United States Courthouse
402 East State Street
Trenton, New Jersey 08608

        RE:    <u>LOGAN v. GARLAND, et al.</u>
               <u>Index No.: 3:24-cv-00040 ZNQ TJB</u>

Dear Honorable Quraishi:

    I am the *pro-se* Plaintiff in the above-captioned matter. On August 2, 2024, Plaintiff submitted request of the Honorable Court for an extension of time in which to serve by mail the inclusive Defendants, same being consented with an extension through October 2, 2024. The Defendants served by process server, reflected in correspondence of June 6, 2024, via ECF, Plaintiff submitted to the Honorable Court Affidavits of service in this matter, *See* ECF 88, and .

    Plaintiff continues in the diligent attempt to complete service upon the Defendants with extraordinary difficulty in several cases. To that end, Plaintiff has sought the assistance of process server referral in securing skip traces on the following Defendant parties:

1. <u>Elizabeth "Liz" Cheney</u>. Attempted service, twice. Viable address declined without a physical office. No known address. Retained Spartan Detective Agency, July 1, 2024, Skip trace confirmed, no known address. Collegiate office, not a physical mailing address. Plaintiff has made four (4) attempts to delivery without success, Affidavit being prepared.

2. <u>John Kerry</u>. Attempted service, twice. Viable office address declined. No known address. USPS, Certified Mail, RR confirmed, Affidavit with confirmed delivery, as attached.

3. <u>Robert Mueller.</u> Attempted service, twice. Viable office address declined. No known address. Skip trace confirmed July 1, 2024, no known address. Attempted delivery at federal address prior to resignation, returned. Affidavit being prepared.

4. <u>James B. Comey</u>. Attempted service, twice. No known address, previous skip trace unsuccessful. No known address. Retained Spartan Detective Agency, July 1, 2024, Skip trace confirmed, address provided, not belonging to Defendant. Attempted service on four (4) occasions, Affidavit being prepared.

5. <u>Loretta Lynch</u>. Attempted service, twice. No known address. Retained Spartan Detective Agency, July 1, 2024, Skip trace confirmed, no known address. Attempted service on four (4) occasions, Affidavit being prepared.

6. <u>James Baker</u>. Attempted service, twice. Office has been closed, permanently with new occupants. No known address, Affidavit pending. Retained Spartan Detective Agency, July 1, 2024, Skip trace proved unsuccessful. Attempted service on four (4) occasions, Affidavit being prepared.

7. <u>Eric Holder</u>. Attempted service, twice. Requires viable office address. No known address. Retained Spartan Detective Agency, July 1, 2024, Skip trace confirmed, no known address. . Attempted service on four (4) occasions, Affidavit being prepared.

8. <u>John Ashcroft</u>. Attempted service, twice. Office address viability requirement. No known address. Retained Spartan Detective Agency, July 1, 2024, Skip trace proved

unsuccessful.  Attempted service on four (4) occasions, Affidavit being prepared.  Legal office provided; office closed.

9.  <u>Susan Rice</u>.  Attempted service, twice.  Resigned previous role.  Skip trace to confirm viable new office address, otherwise no known address.  Retained Spartan Detective Agency, July 1, 2024, Skip trace proved unsuccessful.  Attempted service on three (3) occasions, Affidavit being prepared.

In accordance with Fed. R. Civ. P. 4(m), Plaintiff served the following Defendant parties by United States Postal Service, Certified, Return Receipt, with the outgoing receipt attached hereto, pending Affidavit preparation confirming receipt, noting those refused.

10. Andrew Cuomo.  Served June 24, 2024, Counsel of Record, USPS, Certified mail, RR.  Affidavit attached.

11. George W. Bush.  Served June 24, 2024, USPS, Certified mail, RR.  Affidavit attached.

12. Huma Abedin.  Served June 22, 2024, USPS, Certified mail, RR.  Affidavit attached.

13. Hillary R. Clinton.  Served UNDATED, USPS, Certified mail, RR.  Affidavit attached.

14. Joseph R. Biden.  Served UNDATED, USPS, Certified mail, RR.  Affidavit attached.

15. Adam Schiff.  Served UNDATED, USPS, Certified mail, RR.  Affidavit attached.

16. Charles Schumer.  Served June 26, 2024, USPS, Certified mail, RR.  Affidavit attached.

17. Lloyd Austin.  Served June 25, 2024, USPS, Certified mail, RR.  Affidavit attached.

18. Robert Califf.  Served May 17, 2024.  Served UNDATED, USPS, Certified mail, RR.  Affidavit attached.

19. Tom Kean, Sr.  Served UNDATED, USPS, Certified mail, RR.  Affidavit attached.

20. Jaime Gorlick.  Served June 24, 2024, USPS, UNSIGNED, Certified mail, RR.  Affidavit attached.

21. William J. Clinton.  Served UNDATED, USPS, Certified mail, RR.  Affidavit attached.

22. Merrick Garland.  Served June 24, 2024, USPS, Certified mail, RR.  Affidavit attached.

23. Xavier Becarra.  Served June 26, 2024, USPS, Certified mail, RR.  Affidavit attached.

24. Christopher Wray.  Service confirmed April 18, 2024.  Attempted USPS delivery, refused.  USPS, Certified mail, RR, retained.  Affidavit being prepared.

25. Rod Rosenstein.  Service confirmed May 13, 2024.  Sent June 20, 2024, USPS, no return, no refusal.  Affidavit pending.

26. Denis R. McDonough.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return, no refusal.  Affidavit pending.

27. Marcia L. Fudge, Acting Secretary, Unnamed (US HUD).  Sent September 29, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  Affidavit pending.

28. Bill Nelson.  Served May 14, 2024.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return, no refusal.  Affidavit pending.

29. Debbie Wasserman Schultz.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return, no refusal.  Affidavit pending.

30. Alejandro Mayorkas.  Sent by USPS, affidavit confirmed April 30, 2024, attached.

31. Janet Yellen.  Sent September 29, 2024, USPS, Certified mail, RR – return receipt not yet received, 4th attempt.  Affidavit pending.

32. Barack Hussein Obama.  Sent September 29, 2024, USPS, 4th attempt.  Affidavit pending.

33. Nancy Pelosi.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return, no refusal.  Affidavit pending

34. William J. Burns.  Sent June 20, 2024, USPS, Certified mail, RR – return receipt not yet received, no return.  REFUSED.  Affidavit attached.

35. Richard Cheney.  Service attempt May 6, 2024, refused.  USPS to Counsel of record all other attempts failed.  September 29, 2024.  Affidavit Pending.

36. Occidental Petroleum.  Attempted delivery April 18, 2024, Refused.  Confirmed address mailed September 29, 2024.  Affidavit pending.

37. UnitedHealth Group.  Served April 24, 2024, Affidavit attached.  USPS, Certified mail, RR – Affidavit pending.

Citing the ongoing complications in securing service upon the Defendants, by way of this communication, Plaintiff respectfully requests additional time from the Honorable Court to effectuate same.  At the time of this writing, Plaintiff skip tracing have proven unsuccessful for the following Defendants, James Baker; James B. Comey; Liz Cheney; Robert Mueller; Loretta Lynch; Eric Holder; John Ashcroft; Barack Hussein Obama; Occidental Petroleum and Susan Rice.  Private investigation for Defendants, James B. Comey,  Liz Cheney, Richard Cheney, all proving unsuccessful, Affidavits being prepared.

In accordance with Federal Civil Rules of Procedure, citing those pending and outstanding service by USPS and private detective service, additional time will be necessary to effectuate service on James Baker, James B. Comey; Liz Cheney; Robert Mueller; Loretta Lynch; Eric Holder; John Ashcroft; Richard Cheney; Occidental Petroleum and Susan Rice.  Plaintiff respectfully requests the Honorable Court's understanding, secure in the knowledge that every diligent attempt continues to be made with viability of Defendant addresses a consistent impeding factor of meeting that obligation.

Plaintiff notes that the Defendants' contact information disclosed on professional CV, internet sites including LinkedIn are not viable and have been exhausted in previous delivery attempts.  Plaintiff states that by all appearances, citing the ongoing attempts, the subject parties

outstanding Federal Department of Housing and Urban Development (PENDING BY USPS); Janet Yellen (PENDING BY USPS); Barack Hussein Obama (PENDING BY USPS);  James Baker, James B. Comey; Liz Cheney; Robert Mueller; Loretta Lynch; Eric Holder; John Ashcroft; and Susan Rice, are knowingly refusing or averting delivery to impede Plaintiff's action, disclosing of their culpability, presenting an impediment to her Civil Rights citing the pending Injunctive Motion with Permanent Restraining Order, absolutely untenable and unacceptable.

      Should the Honorable Court require additional information to complete their evaluation of this request, please advise, Plaintiff will respond immediately.  Thanking the Honorable Court, in advance.

Sincerely,

/s/ Mary B. Logan
Plaintiff, *Pro Se*


Cc:  Counsel of Record (**_Sent Via ECF_**)
Attachments