| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Andrew Cuomo c/o Rita (Counsel of Record)
156 W. 56th Street, Ste. 2004
New York, NY 10019

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Attorney:**
Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ 4.40

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully  X       Not Served _____   Date: 06/26/2024   Time: _____

Attempts: _____

__X__ Delivered a copy to him / her personally

Name of Person Served and relationship / title:

UNLEGIBLE

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

Signature not legible

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____   Age: ____   Height: _____   Weight: ____   Skin Color: ____   Hair Color: _____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time
                   _____ Date _____ Time
( ) Other:_____   Comments or Remarks Served by USPS - Return Receipt
                                                           9589 0710 5270 1958 9028 14

**Server Data:**

Subscribed and Sworn to me this
2nd day of October 2024

*Carley R. Brandau*
Notary Signature
Name of Notary / commission expiration
Carley Brandau December 12, 2024

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Mary B Logan*                      10-2-24
Signature of Process Server              Date

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
George W. Bush
2943 SMU Boulevard
Dallas, TX 75205

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:**
Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ 4.40

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully **X**    Not Served _____    Date: 06/26/2024    Time: _____

Attempts: _____

**X** Delivered a copy to him / her personally

Name of Person Served and relationship / title:
UNLEGIBLE

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

Signature not legible

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____    Age: ____    Height: _____    Weight: ____    Skin Color: ____    Hair Color: _____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time
                    _____ Date _____ Time
( ) Other:_____    Comments or Remarks Served by USPS - Return Receipt
                                      9589 0710 5270 1958 9028 94

**Server Data:**

Subscribed and Sworn to me this
2nd day of October 2024

*Carley R. Brandau*
Notary Signature
Name of Notary / commission expiration
Carley R. Brandau  12/12/2024

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____  10-2-24
Signature of Process Server    Date

Affidavit of Service (9/30/02)

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Huma Abedin
510 E. 14th Street Unit 308
New York NY 10009

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:**
Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ __4.40__

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully _X_    Not Served ____    Date: __06/26/2024__    Time: ____

Attempts: ____

_X_ Delivered a copy to him / her personally

Name of Person Served and relationship / title:
UNLEGIBLE

____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

Signature not legible

____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____   Age: ____   Height: ____   Weight: ____   Skin Color: ____   Hair Color: ____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time
    _____ Date _____ Time
( ) Other:_____    Comments or Remarks __Served by USPS - Return Receipt__
                                                                  __9589 0710 5270 1958 9028 06__

**Server Data:**

Subscribed and Sworn to me this
_2nd_ day of __October 2024__

_Carley R. Brandau_
Notary Signature
Name of Notary / commission expiration
_Carley R. Brandau   12/12/2024_

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_    _10.2.24_
Signature of Process Server    Date

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Hillary R. Clinton
15 Old School Lane
Chappaqua, NY 10514

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:**
Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ __4.40__

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully __X__    Not Served _____    Date: __06/26/2024__    Time: _____

Attempts: _____

__X__ Delivered a copy to him / her personally

Name of Person Served and relationship / title:

Hillary R. Clinton

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

Signature not legible

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____    Age: ____    Height: _____    Weight: ____    Skin Color: ____    Hair Color: _____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
( ) Other: _____    Comments or Remarks Served by USPS - Return Receipt
                                                                 9589 0710 5270 1958 9028 63

**Server Data:**

Subscribed and Sworn to me this
_2nd_ day of _October, 2024_

*Carley R. Brandau*
Notary Signature
Name of Notary / commission expiration
*Carley R. Brandau  12/12/2024*

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*  10-2-24
Signature of Process Server    Date

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Joseph R. Biden
1600 Pennsylvania Avenue
Washington, DC  20220

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Attorney:**
Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ __4.40__

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**

Served Successfully __X__     Not Served _____     Date: __06/26/2024__     Time: _____

Attempts: _____

__X__  Delivered a copy to him / her personally

Name of Person Served and relationship / title:

Joseph R. Biden

_____  Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

UNSIGNED "RECEIVED"

_____  Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____   Age: ____   Height: _____   Weight: _____   Skin Color: _____   Hair Color: _____

**Unserved:**

(  ) Defendant is unknown at the address furnished by the attorney
(  ) All reasonable inquiries suggest defendant moved to an undetermined address
(  ) No such street in municipality
(  ) No response on:_____ Date _____ Time
                    _____ Date _____ Time
(  ) Other:_____   Comments or Remarks Served by USPS - Return Receipt
                                              9589 0710 5270 1958 9028 17

**Server Data:**

Subscribed and Sworn to me this
__2nd__ day of __October, 2024__

_Carley R. Brandau_
Notary Signature
Name of Notary / commission expiration
_Carley R. Brandau  12/12/2024_

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation.  I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_       10.2.24
Signature of Process Server       Date

<Insert Private Server's  name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)

| | | | |
|---|---|---|---|
| MARY BASILE LOGAN | Plaintiff | | Superior Court of New Jersey |
| vs. | | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Adam Schiff
U.S. Capitol H154
Washington, D.C. 20515

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:** Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ 4.40

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully **X**   Not Served _____   Date: 06/26/2024   Time: _____

Attempts: _____

**X** Delivered a copy to him / her personally

Name of Person Served and relationship / title:

Adam Schiff

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

UNSIGNED

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____  Age: ____  Height: _____  Weight: ____  Skin Color: ____  Hair Color: _____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time
                    _____ Date _____ Time
( ) Other:_____   Comments or Remarks: Served by USPS - Return Receipt
                                   9589 0710 5270 1958 9028 38

**Server Data:**

Subscribed and Sworn to me this
**2nd** day of **October 2024**

_Carley R. Brandau_
Notary Signature
Name of Notary / commission expiration

Carley R. Brandau  12/12/2024

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_signature_    10/2/24
Signature of Process Server    Date

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Senator Charles Schumer
322 Hart Senate Bldg.
Washington, D.C. 20510

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:**
Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ 4.40

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully  X        Not Served _____     Date: 06/26/2024    Time: _____

Attempts: _____

__X__ Delivered a copy to him / her personally

Name of Person Served and relationship / title:

Charles Schumer

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

Signature not legible

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____   Age: ____   Height: _____   Weight: ____   Skin Color: ____   Hair Color: _____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time
                   _____ Date _____ Time
( ) Other:_____    Comments or Remarks Served by USPS - Return Receipt
                                                      9589 0710 5270 1958 9028 07

**Server Data:**

Subscribed and Sworn to me this
_2nd_ day of _October 2024_

_Carley R. Brandau_
Notary Signature
Name of Notary / commission expiration
_Carley R. Brandau 12/12/2024_

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Mary B Logan_        10-2-24
Signature of Process Server       Date

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Lloyd Austin III - USD&D
1000 Defense Pentagon
Washington, D.C. 20301-1000

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:**
Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ 4.40

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully _X_    Not Served _____    Date: 06/25/2024    Time: _____

Attempts: _____

_X_ Delivered a copy to him / her personally

Name of Person Served and relationship / title:

Lloyd Austin III

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

Signature not legible

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____   Age: ____   Height: ____   Weight: ____   Skin Color: ____   Hair Color: ____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time
                    _____ Date _____ Time
( ) Other:_____    Comments or Remarks Served by USPS - Return Receipt
                                              9589 0710 5270 1958 9028 20

**Server Data:**

Subscribed and Sworn to me this
2nd day of October 2024

*Carley R. Brandau*
Notary Signature
Name of Notary / commission expiration
Carley R. Brandau 12/12/2024
<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Mary B. Logan*   10.2.24
Signature of Process Server    Date

Affidavit of Service (9/30/02)

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Robert Califf - FDA
10903 New Hampshire Avenue
Silver Springt, MD 20993-0002

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:**
Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ 4.40

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully  X     Not Served _____     Date: 06/24/2024     Time: _____

Attempts: _____

X  Delivered a copy to him / her personally

Name of Person Served and relationship / title:

Robert Califf FDA

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

Signature not legible

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____   Age: ____   Height: _____   Weight: _____   Skin Color: ____   Hair Color: _____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time
               _____ Date _____ Time
( ) Other:_____   Comments or Remarks Served by USPS - Return Receipt
                                          9589 0710 5270 1958 9028 51

**Server Data:**

Subscribed and Sworn to me this
2nd day of October 2024

*Carley R. Brandau*
Notary Signature
Name of Notary / commission expiration
Carley R. Brandau 12/12/2024

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Mary B Logan*                        10-2-24
Signature of Process Server            Date

<Insert Private Server's name, address and telephone number.>

Affidavit of Service (9/30/02)

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Tom Kean Sr.
330 Long Lane
Bedminster, New Jersey 07921

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:**
Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ 4.40

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully  X    Not Served _____    Date: 06/24/2024    Time: _____

Attempts: _____

__X__ Delivered a copy to him / her personally

Name of Person Served and relationship / title:

Tom Kean Sr.

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

Signature not legible

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____   Age: ____   Height: _____   Weight: _____   Skin Color: ____   Hair Color: _____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time
                    _____ Date _____ Time
( ) Other:_____   Comments or Remarks  Served by USPS - Return Receipt
                                                            9589 0710 5270 1958 9028 82

**Server Data:**

Subscribed and Sworn to me this
2nd day of October 2024

*Carley R. Brandau*
Notary Signature
Name of Notary / commission expiration
Carley R. Brandau  12/12/2024

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Mary B. Logan*                    10-2-24
Signature of Process Server        Date

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Jamie Gorlick
2100 Pennsylvania Avenue
Washington, D.C. 20037

**Attorney:**
Pro-Se

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ __4.40__

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully _X_      Not Served _____      Date: __06/25/2024__   Time: _____

Attempts: _____

_X_ Delivered a copy to him / her personally

Name of Person Served and relationship / title:

Jamie Gorlick

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

Returned UNSIGNED

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____   Age: ____   Height: _____   Weight: _____   Skin Color: ____   Hair Color: _____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
( ) Other: _____    Comments or Remarks <u>Served by USPS - Return Receipt</u>
                                                              <u>9589 0710 5270 1958 9028 70</u>

**Server Data:**

Subscribed and Sworn to me this
_2nd_ day of _October 2024_

_Carley R. Brandau_
Notary Signature
Name of Notary / commission expiration
_Carley R. Brandau  12/12/2024_

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_    _10/2/24_
Signature of Process Server    Date

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
William J. Clinton
15 Old House Lane
Chappaque, New York 10514

**Attorney:**
Pro-Se

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ 4.40

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully __X__    Not Served _____    Date: 06/25/2024    Time: _____

Attempts: _____

__X__ Delivered a copy to him / her personally

Name of Person Served and relationship / title:

William Clinton

____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____    Age: ____    Height: _____    Weight: ____    Skin Color: ____    Hair Color: _____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                                    _____ Date _____ Time
( ) Other: _____    Comments or Remarks Served by USPS - Return Receipt
                                                                9589 0710 5270 1958 9028 56

**Server Data:**

Subscribed and Sworn to me this
2nd day of October 2024

*Carley R. Brandau*
Notary Signature
Name of Notary / commission expiration
Carley R. Brandau 12/12/2024

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Mary D. Logan*    10/2/24
Signature of Process Server    Date

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)

| | | | |
|---|---|---|---|
| MARY BASILE LOGAN | Plaintiff | | Superior Court of New Jersey |
| vs. | | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
John Kerry
19 Lewisburg Square
Boston, PA 02108

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:**
Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ __4.40__

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully __X__    Not Served _____    Date: __07/01/2024__    Time: _____

Attempts: _____

__X__ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:

John Kerry

**Description of Person Accepting Service:**

Sex: ____    Age: ____    Height: _____    Weight: ____    Skin Color: ____    Hair Color: _____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time
                    _____ Date _____ Time
( ) Other:_____    Comments or Remarks __Served by USPS - Return Receipt__
                                                              __9589 0710 5270 1958 9028 49__

**Server Data:**

Subscribed and Sworn to me this
__2nd__ day of __October 2024__

_Carley R. Brandau_
Notary Signature
Name of Notary / commission expiration
_Carley R. Brandau  12/12/2024_

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Mary B Logan_                      __10/2/24__
Signature of Process Server           Date

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Xavier Becarra
1600 Pennsylvania Avenue
Washington, D.C. 202001

**Attorney:** Pro-Se

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ 4.40

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully  X     Not Served _____     Date: 06/26/2024    Time: _____

Attempts: _____

X  Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc. (Indicate name & official title at right)

Name of Person Served and relationship / title:

K1 (initialed)

**Description of Person Accepting Service:**

Sex: ____   Age: ____   Height: ____   Weight: ____   Skin Color: ____   Hair Color: ____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time
                   _____ Date _____ Time
( ) Other:_____   Comments or Remarks: Served by USPS - Return Receipt
                                    9589 0710 5270 1958 9086 05

**Server Data:**

Subscribed and Sworn to me this 2nd day of October 2024

_Carley R. Brandau_
Notary Signature
Name of Notary / commission expiration
Carley R. Brandau  12/12/2024

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Mary D Logan_  10/2/24
Signature of Process Server      Date

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)

| | | |
|---|---|---|
| MARY BASILE LOGAN | Plaintiff | Superior Court of New Jersey |
| vs. | | Venue District of New Jersey |
| MERRICK GARLAND, et al. | Defendant | Docket Number 3:24-cv-00040-ZNQ-TJB |

**Person to be served** (Name & Address):
Merrick Garland
DOJ - 1600 Pennsylvania Avenue
Washington, D.C. 20500

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:** Pro-Se

Cost of Service pursuant to R. 4:4-3(c)

$ 4,40

**Papers Served:**
Amended Complaint and Exhibits

**Service Data:**
Served Successfully X    Not Served ____    Date: 06/24/2024    Time: ____

Attempts: ____

X Delivered a copy to him / her personally

Name of Person Served and relationship / title:

Ely Isse

____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: ____    Age: ____    Height: ____    Weight: ____    Skin Color: ____    Hair Color: ____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
( ) Other: _____    Comments or Remarks Served by USPS - Return Receipt
                                                  9589 0710 5270 1958 9085 44

**Server Data:**

Subscribed and Sworn to me this
2nd day of October 2024

*Carley R. Brandau*
Notary Signature
Name of Notary / commission expiration
*Carley R. Brandau* 12/12/2024

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ 10/2/24
Signature of Process Server     Date

<Insert Private Server's name, address and telephone number.>

CARLEY R. BRANDAU
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 12, 2024

Affidavit of Service (9/30/02)