Mary Basile Logan
27 Cherry Street
Lebanon, New Jersey 08833
Email: Trino@trinops.com

October 24, 2024

*__Sent Via Email Recipient Confirmation__*          *__Sent Via Email – Recipient Confirmation__*
Hon. Zahid N. Quraishi                               The Honorable Michael Johnson
United States District Court                         Speaker of the House
District of New Jersey                               568 Cannon House Office Bldg.
Clarkson S. Fisher Building                          Washington, DC  20515
402 East State Street, Courtroom 4W
Trenton, New Jersey 08608

        RE:    LOGAN v. GARLAND, et al.
               Index No. 3:24-cv-00040 (ZNQ TJB)

Dear Judge Quraishi:

        I am the Plaintiff in the above-entitled action, *Pro-Se*.  On October 7, 2024, sent ECF Doc. 117-4661 which cited the highest concern for national security and the utmost integrity to the Federally Protected Election Infrastructure.  Advancing the foregoing, ECF Doc. 110-4581, was sent on September 19, 2024.

        Before the Honorable Court  on October 7, 2024, through the represented pleading, the Court was scheduled to hear Plaintiff's plea of Injunctive Relief with Permanent Restraining Order.  Plaintiff sought final entry of this communication for the Honorable Court's emergent consideration in that regard.  At the time of this writing, Plaintiff has not received benefit of reply as to the Honorable Court's consideration.

        Accordingly, as stated in all previous communications concerning this matter, Plaintiff's fervent research has continued, heightened in urgency citing the three assassination attempts made on the Presidential candidate, Donald John Trump.  Plaintiff presents facts with supporting evidence to move this Honorable Court to immediate action, citing the existential threat to the United States of America, the Presidential candidate, and the inexplicably tied sovereign federally protected election infrastructure; Plaintiff makes demand of the Honorable Court to be heard at once.

        Plaintiff has now confirmed through appreciative open-sourced findings that MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM

SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN and ROBERT JUNGE, hereinafter referred to as "inclusive Defendants."

Plaintiff made application to the Honorable Court to include LISA MONACO, MICROSOFT, BILL GATES, WARREN BUFFETT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER, as co-colluders who overtly labored in collective action to exact a predetermined outcome at the expense of Plaintiffs' sovereign Rights, the Executive Branch disinherited of the lawfully Executive, Donald John Trump, affirmed on January 20, 2021, unlawfully.  Plaintiff outlines each usurpation of the foregoing claims below.

**EXHIBIT 1** – Federal contract awarded which evidence recipient is a foreign enterprise having a direct history and association with entities stated within the BCCI 1991 investigative record.  Each such contract and the associated BCCI investigative page reference provided, as below.

**EXHIBIT 2 - Federal Bureau of Investigation ("FBI").**  – It was confirmed that the FBI withheld the investigative records belonging to the Defendant, JOSEPH R. BIDEN's son, Hunter Biden advancing the 2020 election.  This history of election interference when combined with the unacceptable, haphazard handling of the assassination investigation regarding the incident of July 13, 2024, resulting in the death of Corey Comparatore and the physical of the President, Donald J. Trump and two innocent bystanders, sustaining serious injury, adverting death by the grace of God.  The investigation which followed mirrored every aspect of undermining determinative outcome as with BCCI, Congressional Task Force on the Attempted Assassination of Donald J9/11 Commission, Warren Commission, Watergate, AWAN Brothers – Capitol IT, National Security Breach, Russian Election Interference, Uranium One, Benghazi, etc., each of the foregoing investigations in the company of hundreds of others, knowingly failed to meet forensic finality, ensuring that National Security and human risk remain at risk to the sovereign citizens of the United States.

The foregoing statement is further evidenced by the public statement of Defendant ALEJANDRO MAYORKA, dated October 17, 2024, acknowledging the "security failures….systemic and foundational issues that underlie those failures…heightened and dynamic threat environment." Plaintiff restates that the heightened and dynamic threat to which the Defendant referred was manifested and fostered to materialize, in every way knowingly created, by the inclusive Defendants, with specificity to KAMALA HARRIS as the federal designee responsible for border management. Citing the subsequent threat made against the Presidential candidate at his Florida property, including 2022 Iranian video depicting the threat being carried out, viable.  There were subsequent threats made.

**SECRET SERVICE**.  On July 7, 2024, James Murray announced his retirement after three years with the Secret Service, six days advancing the attempted assassination of the Presidents, as stated above. On July 22, 2024, Secret Service Director, Kimberly Cheatle resigned her capacity as Director, citing the "failures on her watch" which resulted in the attempted assassination, the death of Corey

Comparatore and the near death of two bystander attendees of the July 13, 2024 event in Butler, Pennsylvania.

**EXHIBIT 3** – **Central Intelligence Agency ("CIA").** – Plaintiff confirms that the CIA is referenced in the 1991 BCCI Investigative record 310 times of the 540 page document; the CIA was a central participant and conduit to the criminal enterprise. This criminal enterprise shares the same structure as provided under Operation Paperclip which resulted in 10,000+ foreign scientists transferring under CIA directive to the United States, securing new identification, employment, etc. The CIA's participation splintered with the advent of Gilman Louie, who formed In-Q-Tel and In-Q-IT, in 1999, In-Q-Tel is a wholly owned entity funded by the CIA.

**EXHIBIT 4** – Rothschild. The Rothschild family reaches through Barrack Gold and the Vatican Trust and the Knights of Malta; Barrack is one of several Trust formed from the gold and private stolen in various wars and conflicts, the origin and rightful owners of the inclusive Trusts are the People; however, they are held hostage by various factions under the Decree of genre, declared by the Catholic Church (Vatican City), wholly sovereign. These Trusts were looted to fund wars, in many cases funding both sides of the conflict, ultimately evolving into war. BCCI served as the central conduit created with the CIA and the Rothschild holding to British origin. On the back-end of the wars, the OSS which later formed the CIA, facilitated foreign immigrants into the United States, provided new identification as noted below under Operation Paperclip.

Rothschild & Co Asset Management Inc. – Nevada Foreign Corporation. The corporation includes 23 Board Members with each such party holding to other Rothschild & Company entities in various other States, as exampled below. Through the foreign holding the Rothschild global entity moves funds held in tax haven locals including the Bahamas, Switzerland and the British Islands with the United States holdings being the Trusts, aforesaid. This exact model is followed by 11 other families, holding to the same structures of Trusts.

- Anna Majewska-Niziol - New York, Virginia, Washington, Louisiana, New Mexico, Alaska, and Vermont - both foreign holding.
- Denise Ogill – Iowa, Missouri (2), New Mexico, Utah, Virginia, Vermont, Washington, Alaska, Arizona, Indiana, Kentucky, Louisiana, Massachusetts – all foreign holding.

The structure of BCCI followed a parallel structure, drawing from the capitalist market wealth within the nation-state of their subversive focus, siphoning off the wealth while encroaching on its government with foreign parties broadly introduced, aided by the CIA using fraudulent visas to secure entry. In all cases, as the 1991 investigation states, the criminal enterprise ultimately created a coup against the target nation-state with malicious intent to subvert it, overthrowing its government and subsuming the sovereign nation in its' entirety (See ECF Doc. 45-1, P.26).

At its height, the 1991 Investigation record discloses a 1986 article states 3,050,000 BCCI expatriates resided in the United States. These counts have grown exponentially since that time, with the aid of the CIA and the expansion of global enterprises, the latter acting as a facilitator for the former. In all cases, there is no assimilation with the resident expat acting as spies and subversives on behalf of their origin nation-state. Within the investigative record, banking partners are attached back to the central bank and into the Federal reserve.

The Federal Reserve fraudulently secured and laundered funds with the financial auditors including McKinsey and Arthur Anderson acted a conduit, "overlooking" the fiscal anomalies while advantaging themselves of the growing member body as their own clients.   The structure overall resembles a multi-level marketing scheme with the "product" being illicit fraud, money laundering, human trafficking, prostitution, visa fraud, equestrian and sports manipulation and fraud, among other forms.   Central figures included, "government officials, intelligence agencies, arms traffickers, bankers, military personnel, Presidents of the United States, the Federal Reserve, U.S. Customs Service, the State Department, the Department of Agriculture, former federal prosecutors and investigators, and hundred of sovereign nation-state as functioning members of the organization; noting this list in not complete only citing those within the United States as disclosed by Defendant, JOHN KERRY in his incomplete investigative analysis.

**BUSINESS INTERFACE.**   The business interface arrives through the BCCI member structure and, as the marketplace reflects, the rapid movement of employees is directly interrelated to the expansion of the criminal enterprise.   Principal people are designated as ambassadors, these individuals are reassigned to new companies transforming them from the inside out, aligning them with the BCCI model and prepping the entity for private equity partners to facilitate sale of the corporate structure to foreign holdings with all employees retained and the domestic company acting as a pass through, providing an opaque shell holding.   Examples of each, the ambassador and the corporation sale, below.

   o   <u>BCCI ambassador.</u>   On October 21, 2024, Disney announced James Gorman, the replacement of Bob Igor as CEO.   James Gorman is an expat from Australia, holding dual citizenship, secured 2004.   Previous employment as Director of the Federal Reserve Bank of New York, McKinsey, Merrill Lynch, Morgan Stanley and DLA Piper.
   o   <u>BCCI Corporate Pass-Through.</u>   Microsoft holds a principal a domestic corporation, the remainder are foreign held.

**FOREIGN LAND TRANSFER** - Foreign real property transfers, aiding and abetting economic espionage by the Defendants, JOSEPH R. BIDEN and KAMALA HARRIS, including federal grants awarded comprised of United States taxpayer funds.   All and inclusive foreign recipients being the United Arab Emirates "UAE", by designee of UAE, Qatar and their wholly owned government enterprises under a domestic facilitator or strawman pass-through.   The foregoing precisely and distinctly the same process by which similar transactions took place described in the 1991 BCCI Investigation, in Malta, New York, Racine, Wisconsin and Essex Junction, Vermont.

Plaintiff states that the foregoing structures have today reached their pinnacle within the United States.   The functioning government has been subsumed with foreign persons and corporations, holding no allegiances to the United States.   This has resulted in an erosion of the 3-Branches of government, controlled by foreign actors, with a central thesis apart from the Constitution, influencing legal arguments, legislation and fiscal policy to ensure leniency toward peer foreign parties and entities.   Simultaneously, weaponizing these same venue towards individuals and entities who oppose the foreign continuum movement toward destruction of the United States.

The BCCI ambassadors abound throughout industry and government, with each of the inclusive Defendants so holding.  Advancing the 2020 election, Plaintiff states the inclusive criminal syndicate formed as the BCCI model, did not secure the election under lawful means.  Commencing with the action of Defendant, NANCY PELOSI, usurping Congressional authority, awarded the BCCI affiliate Accenture, formerly Arthur Anderson the USPS Contract to facilitate ballot fraud.  The foregoing action was sequentially followed by foreign affiliates of the Defendant, co-colluders holding 501c3 status, facilitating ballot fraud across the United States.  As the unlawful ballots were received and scanned, foreign holding equipment was knowingly manipulated using external frequencies to alter counts with the whole of the Federally Protected Election Infrastructure compromised to foreign encroachment, knowingly.

Plaintiff reaffirms the statements made in the letter of October 7, 2024, those of the Opposition filings, inclusive claims, harms and remedy as set forth in the amended complaint and supplemental submissions with Exhibits so accompanying as set forth in ECF repository of the Honorable Court.  Plaintiff restates that the risks outlined herein having escalated citing known dereliction, are now imminent, existential threats.

The collective facts disclosed that JOSEPH R. BIDEN and KAMALA HARRIS' Administration is a foreign farse.  Government Accountability Office reports verify that not one benchmark was met.  The foregoing included below, extends the existential risk to the health and welfare, despite the overwhelming impact of COVID19 on the People of these United States, the Executive usurpation of the Constitution orated and acted upon, obviated the Presidential authority resulting in the depraved murder of our veterans in nursing homes.  Moreover, the reports contradict the claims projected regarding cybersecurity, absent one benchmark being met, despite unlawful changes to the Federally Protected Election Infrastructure.  The reports irrefutable prove the misappropriation of taxpayer funds by every federal Department under the BIDEN/HARRIS Administration.  The inclusive Defendants are the designee of foreign lands, having conducted espionage, a coup against these United States.

**GAO REPORTS June 30,2024 through September 30, 2024**

| Document Title | Significance |
|---|---|
| **U.S. Marshals Service: Actions Needed to Better Identify and Address Detention Condition Concerns** GAO-24-106348 | Report 7/1/24 Recommendations made: 8 None Implemented |
| **Priority Open Recommendations: Internal Revenue Service** GAO-24-107356 <span style="color:red">**NOTING CONTRADICTION WITH ELECTION INFRASTRUCTURE**</span> | **Report 7/2/24 Recommendations made: 30 OPEN 3 PRIORITY involving cybersecurity NONE IMPLEMENTED** |
| **Defense Health Care: DOD Should Improve Accuracy of Behavioral Health Provider Information in TRICARE Directories** GAO-24-106588 | Report 7/8/24 Recommendations made: 2 None implemented |
| **Substance Misuse Treatment and Recovery: Federal Guidance Needs to Address Work Arrangements for Those Living in Residential Facilities** GAO-24-106101 | Report 7/8/24 Recommendations made: 2 None implemented |
| **Forest Service: Fully Following Leading Practices for Agency Reforms Would Strengthen Prescribed Fire Program** GAO-24-106239 | Report 7/8/24 Recommendations made: 4 None implemented |
| **Nuclear Waste Cleanup: Closer Alignment with Leading Practices Needed to Improve Department of Energy Program Management** GAO-24-105975 | Report 7/8/24 Recommendations made: 7 None implemented |
| **K-12 Education: Differences in Student Arrest Rates Widen when Race, Gender, and Disability Status Overlap** GAO-24-106294 | Report 7/8/24 Recommendations made: 3 None implemented |
| **Priority Open Recommendations: Department of Energy** GAO-24-107308 | Report 7/8/24 **In May 2023, GAO identified 30 priority recommendations** for the Department of Energy (DOE). Since then, DOE has *implemented seven* of those recommendations **In June 2024,** GAO identified four additional priority recommendations bringing the **total number to 27.** |

GAO REPORTS June 30,2024 through September 30, 2024

| | |
|---|---|
| **Priority Open Recommendations: Department of Defense** GAO-24-107327 | Report 7/8/24 **In June 2023,** GAO identified **89 priority open recommendations for the Department of Defense** (DOD). Since then, DOD has implemented 19 of those recommendations, Further, GAO removed the priority status from two other recommendations. Thus, **reducing the number** of remaining priority open recommendations **to 68**. In June 2024, GAO identified 22 new priority recommendations for DOD, bringing the **total number to 90.** |
| **Firefighting Foam: DOD is Working to Address Challenges to Transitioning to PFAS-Free Alternatives** GAO-24-107322 **NOTING OCCIDENTAL PETROLEUM** | Report 7/8/24 In February 2024, DOD reported to Congress that it anticipates needing to submit the two allowable 1-year waiver requests to the October 1, 2024, statutory deadline—extending some AFFF use at DOD installations to October 1, 2026. The extensions are primarily due to the time it takes to transition systems from AFFF to fluorine-free alternatives without compromising missions or safety. |
| **National Nuclear Security Administration: Actions Needed to Improve Integration of Production Modernization Programs and Projects** GAO-24-106342 | Report 7/9/24 Recommendations made: 4 None implemented |
| **Disaster Relief Fund: Lessons Learned from COVID-19 Could Improve FEMA's Estimates** GAO-24-106676 | Report 7/9/24 Recommendations made: 1 None implemented |
| **U.S. Consolidated Financial Statements: Continued Improvements Needed in Treasury and OMB Preparation Process Controls** GAO-24-107443 | **Report 7/10/24 Recommendations made: 14 11 Remain Open since February 2024** |
| | |
| **Open GAO Recommendations: Financial Benefits Could Be Between $106 Billion and $208 Billion** GAO-24-107146 | Report **7/11/24 Recommendations made None implemented** |

**GAO REPORTS June 30,2024 through September 30, 2024**

| | |
|---|---|
| | **Examples of Open Recommendations with Potential Financial Benefits of $1 Billion or More**<br>*Medicare Payments by Place of Service: (GAO-16-189) $141 billion over 10 years<br><br>*COVID-19 Employer Tax Relief: (GAO-22-104280) Tens of billions of dollars over 2 years<br><br>*Public-Safety Broadband Network: (GAO-22-104915) $15 billion over 15 yrs<br><br>*Student Loan Income-Driven Repayment Plans (GAO-19-347) More than $2 billion over 10 yrs<br><br>*Department of Energy's Treatment of Hanford's Low-Activity Waste: (GAO-22-104365)Billions of dollars over 11 yrs<br><br>*Improper Payments and Fraud: (GAO-22-105715) More than $1 billion annually |
| **Rental Housing: Opportunities Exist to Improve Oversight of Assistance to Survivors of Domestic Violence or Sexual Assault**<br>GAO-24-106481 | Report 7/11/24<br>Recommendations made: 7<br>None implemented |
| **IT Systems Annual Assessment: DOD Needs to Strengthen Software Metrics and Address Continued Cybersecurity and Reporting Gaps**<br>GAO-24-106912 | Report 7/11/24<br>Recommendations made: 1<br>None implemented |
| **DOD Financial Management: FY 2023 Financial Statement Audit Progress and Challenges**<br>GAO-24-107478 | Report 7/11/24<br>GAO tracked GAO financially related open public recommendations targeted to DOD per their <u>Recommendations Database</u> since 2013. The database covers FY 2002 to the present and is updated daily. As of May 28, 2024, for an agency search on "Department of Defense" and a topic search on "Auditing and Financial Management," **53 recommendations remain open, including nine priority recommendations.** |

**GAO REPORTS June 30,2024 through September 30, 2024**

| | |
|---|---|
| **DOD and VA Health Care: Actions Needed to Better Facilitate Access to Mental Health Services During Military to Civilian Transitions**<br>GAO-24-106189 | Report 7/15/24<br>Recommendations made: 5<br>None implemented |
| **Medicaid: Federal Oversight of State Eligibility Redeterminations Should Reflect Lessons Learned after COVID-19**<br>GAO-24-106883 | Report 7/18/24<br>Recommendations made: 1<br>None implemented |
| **Financial Services Regulations: Improvements Needed to Policies and Procedures for Regulatory Analysis**<br>GAO-24-106206 | **Report 7/18/24**<br>**Recommendations made: 3**<br>**None implemented**<br>After the 2007-2009 financial crisis, regulators issued rules to help banks withstand financial and economic stresses. In doing so, they should have assessed the potential and actual effects—such as costs and benefits—of proposed and final rules.<br>But bank regulators didn't consistently document their analyses of proposed rules and did few reviews of existing rules. The Federal Reserve also hasn't updated its policies for assessing rules since 1994. |
| **Weapon Systems Annual Assessment: DOD Is Not Yet Well-Positioned to Field Systems with Speed [Reissued with revisions on Jul. 18, 2024]**<br>GAO-24-106831 | Report 7/18/24<br>Recommendations made: 3<br>None implemented |
| **Nuclear Waste Cleanup: Changes Needed to Address Current and Growing Shortages in Mission-Critical Positions**<br>GAO-24-106479 | **Report 7/18/24**<br>**Recommendations made: 10 for DOE and 1 for Congress**<br>**None implemented** |
| **Ukraine Assistance: Actions Needed to Properly Value Defense Articles Provided Under Presidential Drawdown Authority**<br>GAO-24-106934 | **Report 7/22/24**<br>**Recommendations made: 7 for DOD and 1 for Congress**<br>**None Implemented** |
| **Immigration Enforcement: Arrests, Removals, and Detentions Varied Over Time and ICE Should Strengthen Data Reporting**<br>GAO-24-106233 | Report 7/23/24<br>Recommendations made: 2<br>None Implemented |

**GAO REPORTS June 30,2024 through September 30, 2024**

| | |
|---|---|
| **Transportation Equity: DOT Could Improve Some Performance Goals to Better Assess Progress** GAO-24-105652 | Report 7/23/24 Recommendations made: 3 None Implemented |
| **Public Health Preparedness: HHS Should Assess Jurisdictional Planning for Isolation and Quarantine** GAO-24-106705 | Report 7/25/24 Recommendations made: 2 None implemented |
| **Hypersonic Weapons: DOD Could Reduce Cost and Schedule Risks by Following Leading Practices** GAO-24-106792 | Report 7/29/24 Recommendations made: 10 None implemented |
| **Warstopper Program: Comprehensive Cost Estimate Needed to Evaluate Potential Expanded Access to Emergency Medications** GAO-24-106109 | Report 7/29/24 Recommendations made: 3 None implemented |
| **Havana Syndrome: Better Patient Communication and Monitoring of Key DOD Tasks Needed to Better Ensure Timely Treatment** GAO-24-106593 | Report 7/29/24 Recommendations made: 6 None implemented |
| **Financial Management Systems: DHS Should Improve Plans for Addressing Its High-Risk Area and Guidance for Independent Reviews** GAO-24-106895 | Report 7/30/24 Recommendations made: 2 None implemented |
| **Human Trafficking: Agencies Need to Adopt a Systematic Approach to Manage Risks in Contracts** GAO-24-106973 | Report 7/30/24 Recommendations made: 9 None implemented |
| **Nuclear Waste Cleanup: More Effective Oversight Is Needed to Help Ensure Better Project Outcomes** GAO-24-106716 | Report 7/31/24 Recommendations made:4 None Implemented |
| **Artemis Programs: NASA Should Document and Communicate Plans to Address Gateway's Mass Risk** | Report 7/31/24 Recommendations made: 1 None Implemented |

**GAO REPORTS June 30,2024 through September 30, 2024**

| GAO-24-106878 | |
|---|---|
| | Report<br>Recommendations made<br>None Implemented |
| | **Report**<br>Recommendations made<br>None Implemented |
| | Report<br>Recommendations made<br>None Implemented |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

 

The facts in evidence, including those above, confirm that the inclusive Defendants have continued their foreign subversion and inculcation of these United States, transacted taxpayer funds

through grant facilitation, aiding and abetting in all cases foreign entities. The foregoing extends to includes hostages held by Venezuela, deferring to Qatar as a diplomatic negotiator further emphasizing the BIDEN/HARRIS passivity of authority, this since they were not dually elected to such capacity.

Plaintiff states that the immigration crisis which has resulted in rape and murder of innocent children, citizens of this fine Nation, Laken Riley among them. The GAO Reports evidence that the Defendants JOSEPH R. BIDEN and KAMALA HARRIS KNOWINGLY stood down the public safety, human welfare and interests of the People of these United States, orchestrating chaos and depraved indifference.

Plaintiff states that the BIDEN/HARRIS Administration are foreign usurpers, themselves encroaching on the sovereign Rights holding to the People of the United States, neither party has been elected to the capacity of Vice President or President of the United States. Rather, in the company of the inclusive Defendants, these foreign people weaponized the entirety of the election process through foreign interference from end to end, fabricating an election, deceiving the People and voiding all moral reasoning. Insodoing, the People never affirmed consent which they hold solemnly, wholly apart and sovereign; therefore, the electoral votes entered were unlawfully secured and cast, and are therefore void.

Plaintiff confirms that the Federally Protected Election Infrastructure has been co-opted, subsumed by foreign actors and parties to contracts apart from the People's consent, executed by persons unlawfully holding capacity with the sole nefarious intent of dismantling these United States. To affirm the continuum, the unlawfully seated JOSEPH R. BIDEN, KAMALA HARRIS, in the company of MERRICK GARLAND and ALEJANDRO MAJORKAS fabricated cybersecurity crises in and among the entities and foreign affiliates to their criminal syndicate herein defined as the inclusive Defendants. These acts of extortion, including gross privacy violations by Defendant, UNITEDHEALTH GROUP were knowingly conducted by DarkMatters, a United Arab Emirates wholly owned government enterprise.

The FBI and CIA had every knowledge of DarkMatters activities citing the fact that Richard Clarke created the CIA operation to aid and abet the foreign subversion continuum. Plaintiff states, unequivocally that the CIA and FBI colluded in and among the inclusive Defendants covertly towards a predetermined outcome. The Federally Protected Election Infrastructure laws were thereafter unlawfully augmented citing the risk of cybersecurity fabricated end to end by the aforementioned foreign parties, this being the ONLY legal guardrail between federal encroachment into local, Citizen managed elections of the sovereign People.

Plaintiff states that the BCCI structure was confirmed with Defendants, HILLARY R. CLINTON and WILLIAM J. CLINTON serving as the Ambassador/facilitators working in and among an array of Morill protected sovereign Universities, leveraging for themselves the unlawful capacities of President and First Lady of the United States by precisely the same frequency manipulation applied in 2020. The governments of the United Arab Emirates, Qatar, and Pakistan have expanded enterprise through domestic pass-through corporation under the direct and knowing consent of JOSEPH R. BIDEN and KAMALA HARRIS with the aid of the inclusive Defendants and with specificity to

CHARLES "CHUCK" SCHUMER, NANCY PELOSI and KATHY HOCHUL, and the inclusive Defendants, aiding abetting espionage against the United States.

Plaintiff states that the inclusive Defendants have every knowledge that the claims states are true and factual, having stonewalled and undermined every earnest action that the Plaintiff has taken, up to and including falsifying avocational records to avoid being served by Summons and Complaint. The inclusive Defendants have knowingly taken such action citing the forthcoming 2024 Presidential to fortify their tyranny of these United States.  The emergent facts irrefutably prove that the inclusive Defendant, foreign actors, contrived with Vivek Ramaswamy, Elon Musk and J.D. Vance, constructing an insurance policy to their subversive scheme whereby they hold hostage the Executive Branch by way of the Presidency, the Vice Presidency, or both; the latter a secondary mutiny of the candidacy of Donald John Trump.  The foregoing actions overt and covert, conspiratorially crafted by the inclusive Defendants who have until present averted registration under the Alien Registration Law, 8 U.S.C.A. § 451, et esq., 18 U.S.C.A. § 9 et seq., as both members and sympathizers associated with BCCI, holding allegiances to the United Arab Emirates, Qatar, Pakistan and other member nation-states, rendered each of the inclusive Defendants subversives and enemy combatants.

Plaintiff seeks voice of the Honorable Court for urgent hearing citing the absolute compromise to the Federally Protected Election Infrastructure, the insurance policy herein stated consented among Vivek Ramaswamy, Elon Must and J.D. Vance.   The Cardinal Moral Truths and the Constitution made void through the inclusive Defendants' fraudulently claim, themselves foreign of no allegiance to the United States, who in declaring victory of the 2020 Federal election, voided every Constitutionally informed legal protection including E.O. 13878.  Plaintiff states, there is presently no Executive Branch of the United States with all other Departments, inclusive of those of Administrative nature, subsumed by foreign holding; allegiances apart from these United States.

Plaintiff Mary Basile Logan, hereby calls the Honorable Court to action citing the Declaration of Independence, the inclusive Defendants never receiving the Consent of the Governed, the present Form of Government has become destructive of these Ends, Plaintiff hereby abolishes it, to institute new Government, laying its Foundation on such Principles, organizing its Powers in such Form, as to them shall seem most likely to affect their Safety and Happiness…the danger of invasions on the Rights of the People having been affirmed, the Convulsions birthing tyranny from within usurping the Dominion of Trust gifted by God.  Plaintiff invoking the principles of right reason, the common law traditions of liberty, property and contract seeks appointment as guardian of these United States, inclusive, with all Trusts so associated, superseding all other such claims voided by foreign subversion, tyranny and allegiances to same.  The Plaintiff demands hearing before the Honorable Court concerning the forthcoming November 5, 2024 ensuring the election be made wholly sovereign, of the People, held by paper ballot, hand counted with no machines and, citing the foreign tyranny manifest of the inclusive Defendants, that voter ID be mandated.

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that I filed today, Thursday, October 25, 2024, at 9:00 a.m. in accordance with Federal Rule of Civil Procedure 11, the foregoing with the Federal Clerk of the Court for the United Stated District Court, District of New Jersey, via electronic filing, which will send notification of such filing to all parties registered for this case, including the Defendant's counsel via the electronic filing system.

Plaintiff attests to each claim herein stated and reiterates the inclusive claims, inclusive of harms and remedy as set forth in the amended complaint and supplemental submissions with Exhibits so accompanying as set forth in ECF Federal Repository in support of the certified statements of harm herein and in support of the Injunctive Motion with Permanent Restraining Order.

Respectfully submitted,

/s/Mary B. Logan
Mary Basile Logan
Plaintiff (*Pro Se*)

cc:      All Counsel of Record (***Via ECF)***