



| | COMPANY | PEOPLE | SERVICE/PRODUCT | TRADEMARK | ADDRESS |

| Rothschild & Co. | Enter City... | Nevada |

Sponsored Links

4 matches were returned.

Click a row below to view the associated profile.

| Relevance Score | | Company Name | Entity Type | Registered Agent | Filed | Filing Status | Address Locations |
|---|---|---|---|---|---|---|---|
| 5.6 | | Rothschild & CO Asset Management Us Inc. | Nevada Foreign Corporation | United States Corporation Company | 01/04/1983 | Default (3/1/2010) | Carson City, NV |
| 4.2 | | Rothschild Company, LLC | Nevada Domestic Limited-Liability Company | Corporation Service Company* | 05/24/2005 | Permanently Revoked (6/1/2011) | Carson City, NV |
| 3.7 | | Rothschild Marshall & Co. | Nevada Domestic Corporation | Cogency Global Inc. | 07/30/2012 | Permanently Revoked (8/1/2018) | Carson City, NV |
| 3.2 | | Rothschild-Copperfield Timbercreek LLC | Texas Limited-Liability Company | Not ON File | | Forfeited | Las Vegas, NV |

BROWSE COMPANIES BY STATE OR COUNTRY

Alabama  Alaska  Arizona  Arkansas  California  Canada  Colorado  Connecticut  Delaware  District of Columbia  Florida  Georgia  Hawaii  Idaho  Illinois  Indiana  Iowa  Kansas  Kentucky  Louisiana  Maine  Maryland  Massachusetts  Michigan  Minnesota  Mississippi  Missouri  Montana  Nebraska  Nevada  New Hampshire  New Jersey  New Mexico  New York  North Carolina  North Dakota  Ohio  Oklahoma  Oregon  Pennsylvania  Puerto Rico  Rhode Island  South Carolina  South Dakota  Tennessee  Texas  Utah  Vermont  Virginia  Virgin Islands  Washington  West Virginia  Wisconsin  Wyoming  United States

Copyright © 2012-2024 · Bizapedia.com · All rights reserved.    Pro Data ▪ Pro Search ▪ Pro API ▪ Contact Us ▪ Terms of Use ▪ Privacy Policy ▪ Sitemap

Desktop · Server 1

EXHIBIT 4

# ROTHSCHILD & CO ASSET MANAGEMENT US INC.

Nevada Secretary Of State Business Registration · Updated 6/24/2024

Home > U.S. > Nevada > Carson City

Write Review | Upgrade | Claim

**ROTHSCHILD & CO ASSET MANAGEMENT US INC.** is a Nevada Foreign Corporation filed on January 4, 1983. The company's filing status is listed as Default (3/1/2010) and its File Number is **C20-1983**.

The Registered Agent on file for this company is United States Corporation Company and is located at 112 North Curry Street, Carson City, NV 89703.

The company has 23 contacts on record. The contacts are Anna Majewska-Niziol from New York NY, Denise Ogill from New York NY, Dina Clements from New York NY, Douglas Levine from New York NY, Eric Fraser from New York NY, Eric Rowan from New York NY, Gary Powell from New York NY, Jason Smith from New York NY, Jeffrey Agne from New York NY, John Carroll from New York NY, Joseph Shelly from New York NY, Kunal Desai from New York NY, Luis Ferreira from New York NY, Michael Kehoe from New York NY, Paul Roukis from New York NY, Richard Vasquez from New York NY, Roger Bos from New York NY, Ronny Santos from New York NY, Russel Newman from New York NY, Sophia Shin from New York NY, Tiffany Li from New York NY, Tina Jones from New York NY, and William Bertolino from New York NY.

Like 33K

## Company Information

| | |
|---|---|
| Company Name: | ROTHSCHILD & CO ASSET MANAGEMENT US INC. |
| Entity Type: | NEVADA FOREIGN CORPORATION |
| File Number: | C20-1983 |
| Filing State: | Nevada (NV) |
| Domestic State: | New York (NY) |
| Filing Status: | Default (3/1/2010) |
| Filing Date: | January 4, 1983 |
| Company Age: | 41 Years, 9 Months |
| Registered Agent: | United States Corporation Company<br>112 North Curry Street<br>Carson City, NV 89703 |
| Report Due Date: | January 31, 2024 |
| Governing Agency: | Nevada Secretary of State |

## Company Contacts

**ANNA MAJEWSKA-NIZIOL**
Director

1251 Avenue Of The Americas
New York, NY

**DENISE OGILL**
Director

1251 Avenue Of The Americas
New York, NY

EXHIBIT 4

### DINA CLEMENTS
Other
 1251 Avenue Of The Americas
New York, NY

### DOUGLAS LEVINE
Director
 1251 Avenue Of The Americas
New York, NY

### ERIC FRASER
Director
 1251 Avenue Of The Americas
New York, NY

### ERIC ROWAN
Director
 1251 Avenue Of The Americas
New York, NY

### GARY POWELL
Director
 1251 Avenue Of The Americas
New York, NY

### JASON SMITH
Director
 1251 Avenue Of The Americas
New York, NY

### JEFFREY AGNE
Director
 1251 Avenue Of The Americas
New York, NY

### JOHN CARROLL
Director
 1251 Avenue Of The Americas
New York, NY

### JOHN CARROLL
Secretary
 1251 Avenue Of The Americas
New York, NY

### JOSEPH SHELLY
Director
 1251 Avenue Of The Americas
New York, NY

### KUNAL DESAI
Other
 1251 Avenue Of The Americas
New York, NY

### LUIS FERREIRA
Director
 1251 Avenue Of The Americas
New York, NY

### MICHAEL KEHOE
Director

EXHIBIT 4


1251 Avenue Of The Americas
New York, NY

## PAUL ROUKIS
Director

1251 Avenue Of The Americas
New York, NY

## RICHARD VASQUEZ
Director

1251 Avenue Of The Americas
New York, NY

## ROGER BOS
Director

1251 Avenue Of The Americas
New York, NY

## RONNY SANTOS
Other

1251 Avenue Of The Americas
New York, NY

## RUSSEL NEWMAN
Director

1251 Avenue Of The Americas
New York, NY

## SOPHIA SHIN
Director

1251 Avenue Of The Americas
New York, NY

## TIFFANY LI
Other

1251 Avenue Of The Americas
New York, NY

## TINA JONES
Other
1251 Avenue Of The Americas
New York, NY

## WILLIAM BERTOLINO
Other

1251 Avenue Of The Americas
New York, NY

## Reviews

**Write Review**

There are no reviews yet for this company.

## Questions

**Post Question**

There are no questions yet for this company.

EXHIBIT 4