Mary Basile Logan
27 Cherry Street
Lebanon, New Jersey 08833
Email: Trino@trinops.com

October 30, 2024

<u>*Sent Via Email Recipient Confirmation*</u>
Hon. Zahid N. Quraishi
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street, Courtroom 4W
Trenton, New Jersey 08608

<u>*Sent Via Email – Recipient Confirmation*</u>
The Honorable Michael Johnson
Speaker of the House
568 Cannon House Office Bldg.
Washington, DC  20515

RE: LOGAN v. GARLAND, et al.
Index No. 3:24-cv-00040 (ZNQ TJB)

Dear Judge Quraishi:

I am the Plaintiff in the above-entitled action, *Pro-Se*. On October 28, 2024, ECF Doc. 120-5511, October 24, 2024, ECF Doc. 119-4863, and advancing the foregoing, ECF Doc. 110-4581, was sent on September 19, 2024. The continuum of emergent communications citing the highest concern for national security, including the safety and life of Donald J. Trump, and the utmost integrity to the Federally Protected Election Infrastructure; each of the foregoing are presently under imminent threat.

The Plaintiff restates that confirmation has been secured and affirmed to the Honorable Court through appreciative open-sourced findings that MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN and ROBERT JUNGE, hereinafter referred to as "inclusive Defendants."

Plaintiff confirms the request made upon the Honorable Court to include as co-Defendants, LISA MONACO, MICROSOFT, BILL GATES, WARREN BUFFETT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER, the

UNITED NATIONS, PAUL TUDOR JONES, VIVEK RAMASWAMY, JD VANCE and ELON MUSK as co-colluders who overtly labored in collective action to exact a predetermined outcome at the expense of Plaintiffs' sovereign Rights, disenfranchising the lawful Executive, Donald John Trump.  Through the foregoing usurpation, continued their unlawful engagement of insurrection and rebellion against these United States, contracting with and providing aid and comfort to foreign enemies.  Having affirmed their illegitimacy on January 20, 2021, in the fraudulently certified election, Plaintiff states as follows.

The Plaintiff states that John Poindexter, holding a record within the Congressional annuls regarding BCCI including oral testimony shared affiliation with Peter Thiel through Total Information Awareness.  Poindexter appears within the BCCI Investigative record (ECF Doc. 45-1 P. 450, having a working relationship with Richard Perle, formed inroad relationships commencing through Senator Jackson's offices, mapping infiltration outwardly throughout government with the aid of the unlawfully seated Executive, Jimmy Carter.

Perle served as the arms negotiator under Carter and thereafter, Reagan, a principal foreign referred to in the BCCI records.  Perle's illegitimate capacity as 1st Assistant Secretary of Defense for Global Strategic Affairs (1981-1987), thereafter as Chairman of the Defense Policy Advisory Board Advisory Committee (2001-2003),  consulting for BARACK HUSSEIN OBAMA's Administration.  The foregoing history further confirms the BCCI encroachment under the Carter Administration in perpetuity, uninterrupted throughout the end of the Obama Administration.  Moreover, it becomes unequivocally that the allegiance of each of the inclusive Defendants, binds to foreign nation-states; dismissing conspiracy altogether.

Poindexter, a foreign holding serving as the United States National Security Advisory (1983-1985), United States Security Advisor (1985-1986), holding a working relationship with John McCain and Robert McFarlane.  A Naval Officer, Poindexter retired following his involvement in Iran-Contra confirming his affiliation and involvement within the BCCI structure, compromised to BCCI, he infiltrated government departments include the NSA, CIA, FBI, State Department, NSC, DARPA, Defense Policy Board, Office of Special Plans (associated with DHS), United Nations, DoD, SEC, INSCOM, DIA, CIFA, STRATCOM, SOCOM, JFCOM, and JWAC, among others.  As a conduit, he compromised others amid to join the broad body of foreign infiltrators, herein named who knowingly permeated themselves, inculcating among persons -all pledging foreign consents.  These actions resulted in reconstituting the federal government into a wholly foreign interest holding embodiment.  The Founders checks and balances afforded scribed in the Constitution eliminated by BCCI affiliates in the Legislative Branch, the Judicial Branch already compromised, holding to George Soros and Open Society.

Quoting the BCCI investigative record, illicit high crimes at all levels of government:

1. …the CIA knew that BCCI was an institution a fundamentally corrupt criminal enterprise, it continued to use both BCCI and First American (Central Bank), BCCI's secretly held U.S. subsidiary, for CIA operations. (P. 8)
2. Justice Department personnel in Washington, Miami and Tampa obstructed and impeded attempts by New York District Attorney Robert Morganthau to obtain critical information concerning BCCI in 1989, 1990 and 1991, and in one case, a federal prosecutor lied to

    Morganthau's office…Failures of cooperation continued to take place…cooperation by the Justice Department with the Federal Reserve was very limited until BCCI's global closure on July 5, 1991. (P. 8)
3. (Reliance) upon the reputation for integrity of BCCI's lawyers, especially that of former Secretary of Defense Clark Clifford and former Federal Reserve counsel Baldwin Tuttle (having toiled with the CIA and State Department)…to approve the CCAH application despite its concerns about BCCI's possible involvement. (Defrauding the United States and the American People). (P.8)
4. …a panoply of financial crimes limited only by the imagination of its officers and customers. (P.3)

The Plaintiff states, the longevity of the foregoing and continuum of foreign operatives including Perle, Poindexter and others, the inclusive Defendants among them, all foreign subversives, unlawfully holding capacity to effectuate the movement of engineered policy apart from the interest of these United States, fabricating War, chaos and conflict at the expense of our guardians enlisted, their arms and legs and very lives. The orations of tolerance fall to the sword as the truth is laid bare, it is not tolerance they seek it is absolute societal control. The foregoing includes but is not limited to the USS Cole, Benghazi, 9/11, 1993 World Trade Center bombing, Oklahoma City Bombing, invasion of Iraq, Star Wars and other Treaty and consent bilateral consent agreements with foreign nation-states from the period of 1976 – 2019, inclusive.

Peter Thiel co-founded Palantir with Alex Karp, with primary financial assistance from the CIA with investors including George Soros, Charles Koch, among others. Plaintiff states that Palantir was formed in the same manner as In-Q-Tel (See: ECF Doc. 119-4863 ¶Exhibit 3) with same following the mapping structure of BCCI, noting ECF Doc. 45-1 P.7 "THE CIA AND FORMER CIA OFFICIALS HAD A FAR WIDER RANGE OF CONTACTS AND LINKS TO BCCI AND BCCI SHAREHOLDERS, OFFICERS, ANDCUSTOMERS, THAN HAS BEEN ACKNOWLEDGED BY THE CIA". Thiel formed PayPal (est. 1998) for which Elon Musk is a principal investor, who later merged his existing company "X.com". X.com terminated its other internet banking operations at which point, Elon Musk replaced Thiel as CEO of X.com, the company was renamed to PayPal in June 2001 and went public in 2002. The name "X" would reemerge with the purchase of Twitter. The model of merger and IPO follows the identical mapping of Tesla IP plagiarism history, evidenced by Enron, WorldCom and a myriad of other venture that follow opaque monetary mapping.

Mike Flynn opened the door to Palantir within the other uncompromised Trump Administration, this to sustain the continuum of inculcation of BCCI structure, leveraging donor capacity as venue of access, buttering-up the future opportunities. Laundering the expanse of working history with Condoleezza Rice, Tom Donilon and Susan Rice among others, Flynn proved the perfect strawman for BCCI holding a duality in playing both sides against the middle inclusive of the former unlawfully seated Executive, BARACK HUSSEIN OBAMA to that of present lawfully seated Executive, DONALD JOHN TRUMP. The foregoing actions knowingly opening the door for the foreign subversive operators to advance projected claims of Russian conflicts of interest by the Executive, Donald J. Trump and his Administration, exploited for political theatre, subverted by saboteurs, identical to the BCCI mapping and investigative record as conducted in other nation-states.

Federal Contracts awarded apart from legal threshold and the Rule of Law provide venue of penetration and inculcation by Peter Thiel, aiding and abetted by strawmen including but not limited to JD Vance, Ted Cruz and the inclusive Defendants.  The infiltration extending outwardly and into communities including the NYPD, New Orleans, etc. and more broadly throughout every branch of government; the very same model followed by NANCY PELOSI with Accenture (See ECF Doc. 119-4863).  The principal outcome sought for these unlawful, deceitful actions derived of greed and control of God's created beings through AI advancements under cloak of national security, they eye that sees all once described by Nikola Tesla, undisclosed is the wholly deceitful application of frequency on the human body, destructive to God Created, voiding person control of the mind which will be wholly controllable by unrevealed third parties trespassers.  These, the very same that are manifest in controlling the MICROSOFT Azure platform that is the foundation of every election across the United States, so too the hands that move anothers' to attempt murder of the federal candidate, Donald J. Trump and proved successful in taking the life of Corey Comparatore.

The Plaintiff states that each subsequent illegitimate Executive took unlawful action to further entrench the foregoing actions, the inclusive persons who enumerate beyond the inclusive Defendants herein named.  The inclusive Defendants deceitfully applied plenary powers which they did not at any time lawfully hold while laboring in the insurrection and rebellion against these United States, appropriating taxpayer funds, through trickery by illegitimate capacity held, giving aid and comfort to enemies of the United States who today represent an existential and imminent threat to same.  Facts provide the foregoing includes murder for hire of one Donald John Trump, a lawful person seeking capacity as Executive of the United States.

Plaintiff states that Defendant, DEBBIE WASSERMAN SCHULTZ in the company of her foreign affiliate compatriot, Jamie Raskin among them each unlawfully holding office, have collaborated with the broader body of BCCI compromised parties, herein stated.  Laboring in and among the inclusive Defendants, have weaponized the Judiciary seeking to protect their perceived holdings partnering with designees to judicial tyranny including Judge Chutkan and Jack Smith, each strawmen for the collective; the prefect insurance policy number 1, intent of withholding the legal and civil rights of a federal candidate hostage to ensure the collective's continuum of criminal syndicate conduct.  The Judiciary threadbare owing to obligation of George Soros, a foreign usurper, the dam of the Supreme Court has held to this date with its hallmark of balance of equitable evaluation of rightly reasoned jurisprudence.

The Plaintiff states, identical to the BCCI model, the foreign subversives, herein referred to as the inclusive Defendants, have leveraged the capacity of Title, the Executive and Vice President of these United States, having every knowledge that no such person holds capacity lawfully at the time of this writing.  JD Vance consented to contract with the criminal syndicate apart from public disclosure, leveraging his political capital in the company of his business venture – cohesively disclosing the whole as one complete tyrannical embodiment.

As stated in the letter of October 28, 2024, the inclusive Defendants, having disclosed themselves as criminals intent of subversion of these United States by insurrection and rebellion from within, aiding and abetting foreign siege over this fine Nation.  Simultaneously, they have triangulated their subversion throughout the inclusive 3-Branches of government, effectively holding the whole of the United States hostage while waging weaponized judicial action by strawmen, Judge Chutkan and

Jack Smith, whose capacities were secured by Open Society, George Soros, the very same party having funded the academic pursuits of Vivek Ramaswamy.  The projected claims crafted so as to ensure their turf war be confined to the D.C. Circuit Court in Washington D.C., which they control, end to end.  Concurrently, the Legislative conduits to the BCCI structure and criminal syndicate are besieging the Supreme Court and Judge Cannon in what appears the temper tantrum of pestilent children for the fact that the whole of their toys have been taken from them citing inappropriate behavior.

The facts irrefutably state that the inclusive Defendants have long planned a rebellious scheme of insurrection among foreign subversive actors who have effectuated weaponizing the government of the United States against its People, the candidacy and Presidency of Donald John Trump while actively participating in **murder for hire** manifest of resonant frequency, solely controlled by the stated parties' subversive hands and minds.  The inclusive Defendants have turned the whole of the government of the United States into a literal consortium for illicit crime, exceeding the most unscrupulous of organized crime syndicates.  The vast expanse of actions has never been catalogued in one cohesive presentation, God's hand made known, no person could comprehend the whole of the malevolent mapping.

All and inclusive statements, criminal claims of action by the inclusive Defendants and harms restated from the Honorable Court repository of ECF documents.  As a sovereign citizen, holding Title by Certificate, born in Fulton, New York, Plaintiff, Mary Basile Logan, hereby demand voice at the Honorable Court dais that she be appointed guardian of these United States, inclusive of all Trusts so associated.   Further, citing the murder for hire and continuum of malfeasance including physical threats of incitement to violence, Plaintiff demands voice before the Honorable Court to Stay the forthcoming election of November 5, 2024, ensuring that all electronic equipment be eradicated from the People's sovereign Federally Protected Election Infrastructure, that sovereign citizens of these United States only present required Voter ID, consenting to their candidate by paper ballot, hand counted.

Left to itself, Donald J. Trump's life is in grave danger, that statement is substantiated by actions of the inclusive Defendants; whether by unwarranted lawfare and confinement or his murder by a strawman designee.  To be clear, by covert acts to subvert these United States, these criminal foreign dwellers control all computerized mechanics within our federally protected election infrastructure, they toiled covertly and overtly masquerading loyalties for the People's extorted monetary debt and tax encumbrance to be unlawfully displaced to their pockets.  Past actions voice proof – five Executive Branch murder for hire including President Kennedy, attempt on President Reagan, Robert F. Kennedy, Martin Luther King Jr. and the attempt on  Donald J. Trump; the impeachment of Donald J. Trump, twice and the forced resignation of Richard M. Nixon under threat of impeachment – ALL BCCI.  Plaintiff is inclined to believe they too are related to the death of Justice Antonin Scalia.  These insurance policies and the inclusive actions ARE NOT CONSPIRACY, RATHER PROVEN, calculated acts by knowing foreign subversives within the United States government.  A very unholy map of pure evil, illicit criminal actions by a syndicate who have, to this date, skirted Justice and the Rule of Law, inculcating 100's by hook or by crook into their syndicate.  Their criminal conduct has not averted the eyes of God who birthed Plaintiff's pleas before the Honorable Court – it is He who pleads this matter before the Honorable Court in the interest of His Createds.

Should this demand of hearing be dismissed, Plaintiff states that the Honorable Court is consenting to the foreign actors intent to murder Donald J. Trump.  This statement exceeds claim or clairvoyance, it draws from the historic record which informs us that these events will absolutely come to pass.  J.D. Vance, the criminal syndicates' prefect insurance policy, a primary provocateur, will be sworn in as Chief Executive and the whole of HELL will be unleashed, the final thread of the Nation will be controlled and the Constitution, Bill of Rights and Declaration of Independence will be shredded – immediate and permanent dismantling of the United States will at once commence.  Such events and knowledge tear at the heart of Plaintiff's allegiance to the FINEST OF NATIONS, the TRUE facts of history and the CERTAIN DANGER that Donald J. Trump lives today with every knowledge of the foreign provocateurs yet continues that journey, walking in the stead of the People.  This Honorable Court can intercept the foreign actors heinous illicit criminal collective thought by taking action this day.

If either unlawful fabricated insurance policy comes to fruition, these United States will dissolve into Civil War, not merely in the United States but a War to end Wars – global conflict with well-appointed nuclear armament at the hands of provocateur and Defendant, HILLARY R. CLINTON under Uranium One.  The foregoing being prepared for at the time of this writing by foreign nation-states, A CLEAR AND PRESENT DANGER, void of speculation, fact.   The Supreme Court so too endangered by precept provocation which calls into question the safety of Justice Thomas.  The whole of God's created lands will be upheaved, end over end – this is their desired outcome that honorable people become who they are, realization of the People's unwitting partnership to overtly annihilate human kind.  Truth and Justice MUST HAVE VOICE, an assurance of balance of equity, the very life of Donald J. Trump and indeed all of civilization is weighed at the Court dais.  The whole of civil society has witnessed these ungodly actions, lustful pursuits oriented to greed and power of these tyrannists, who toil at the destruction of one.  Who but for the grace of God go I – who is next and what of humanity?   These abhorrent actions are wholly UNACCEPTABLE.

The Plaintiff <u>demands</u> an immediate response from the Honorable Court as to this matter.

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that I filed today, Wednesday, October 30, 2024, at 9:00 p.m. in accordance with Federal Rule of Civil Procedure 11, the foregoing with the Federal Clerk of the Court for the United Stated District Court, District of New Jersey, via electronic filing, which will send notification of such filing to all parties registered for this case, including the Defendant's counsel via the electronic filing system.

Plaintiff attests to each claim herein stated and reiterates the inclusive claims, inclusive of harms and remedy as set forth in the amended complaint and supplemental submissions with Exhibits so accompanying as set forth in ECF Federal Repository in support of the certified statements of harm herein and in support of the Injunctive Motion with Permanent Restraining Order.

    Respectfully submitted,

    /s/Mary B. Logan_____

                                                                                                 Mary Basile Logan  
                                                                                                 Plaintiff (*Pro Se*)

cc:    All Counsel of Record (***Via ECF)***