Mary Basile Logan
27 Cherry Street
Lebanon, New Jersey 08833
Email: Trino@trinops.com

November 1, 2024

<u>*Sent Via Email Recipient Confirmation*</u>
Hon. Zahid N. Quraishi
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street, Courtroom 4W
Trenton, New Jersey 08608

<u>*Sent Via Email – Recipient Confirmation*</u>
The Honorable Michael Johnson
Speaker of the House
568 Cannon House Office Bldg.
Washington, DC  20515

RE:   LOGAN v. GARLAND, et al.
        Index No. 3:24-cv-00040 (ZNQ TJB)

Dear Judge Quraishi:

I am the Plaintiff in the above-entitled action, *Pro-Se*.  On October 30, 2024, sent by ECF this letter of the highest concern for national security and the utmost integrity to the Federally Protected Election Infrastructure.  On September 24, 2024 October 7, 2024, October 24, 2024, October 28, 2024 before the Honorable Court through the represented pleading, the Court will hear Plaintiff's plea of Injunctive Relief with Permanent Restraining Order.  Plaintiff seeks final entry of this communication for the Honorable Court's emergent consideration in that regard.

Plaintiff has now confirmed through appreciative open-sourced findings that MERRICK GARLAND, LLOYD AUSTIN, WILLIAM J. BURNS, CHRISTOPHER A. WRAY, DENIS MCDONOUGH, ALEJANDRO MAYORKAS, MARCIA FUDGE, ROBERT CALIFF,  WILLIAM J. CLINTON, HILLARY R. CLINTON, THOMAS KEAN SR., ROBERT MUELLER, JAMES COMEY, RICHARD "DICK" CHENEY, ELIZABETH "LIZ" CHENEY, JOHN KERRY, GEORGE W. BUSH, BARACK HUSSEIN OBAMA, LORETTA LYNCH, JAMES BAKER, ERIC HOLDER, JOSEPH R. BIDEN, JOHN ASHCROFT, JAIME GORELICK, NANCY PELOSI, GEORGE NORCROSS, KATHY HOCHUL, ANDREW CUOMO, LETITIA JAMES, SUSAN RICE, ADAM SCHIFF, CHARLES "CHUCK" SCHUMER, XAVIER BECERRA, JANET YELLEN, ROD ROSENSTEIN, HUMA ABEDIN, DEBBIE WASSERMAN SCHULTZ, BILL NELSON, OCCIDENTAL PETROLEUM, UNITED HEALTHCARE, the DEMOCRATIC NATIONAL COMMITTEE, the REPUBLICAN NATIONAL COMMITTEE, DEBBIE WASSERMAN SCHULTZ; JAMES PITTINGER, LISA SELLA; CHRISTOPHER J. CHRISTIE, PHILIP D. MURPHY, TAHESHA WAY, JUDITH PERSICHILLI, SEJAL HATHI, MATTHEW PLATKIN and ROBERT JUNGE, hereinafter referred to as "inclusive Defendants".  Plaintiff has made application to the Honorable Court to add LISA MONACO, MICROSOFT, BILL GATES, WARREN BUFFETT, MIKE PENCE, CRESCENT CAPITAL, KAMALA HARRIS, MITT ROMNEY, HARVARD ENDOWMENT, JEREMY B. BASH, DICK DURBIN, GAVIN NEWSOM, GRANT VERSTANDIG, GRETCHEN WHITMER, co-colluders who overtly labored collectively to exact a predetermined

1

outcome at the expense of Plaintiffs' sovereign Rights as set forth below, inclusive of harms as stated in the Injunctive Motion. Plaintiff hereby seeks consent of the Honorable Court to add the following parties as Defendants in this matter, in no particular order; AstraZeneca; the United Arab Emirates in the capacity of Mubadala and G42; Pakistan; Canada; Great Britain/the United Kingdom; India; Ireland; the United Nations; Vivek Ramaswamy; Peter Thiel; JD Vance; Usha Vance; Elon Musk; Jaime Raskin; Sarah Bloom Raskin; the National Institutes of Health; the National Institute of Allergy and Infectious Diseases; the Centers for Disease Control; Open Society – George Soros; and Jane Doe and John Doe.

As previously provided, Plaintiff's research has continued, the findings have now affirmed origin, venue and fiscal conduits of the blatant fraud, espionage and treasonous actions, knowingly conducted by the herein named parties. The subject deceitfully crafted of fraud, remaining pervasive, throughout the 3-Branches of these United States, conducted by willing, co-colluding partners who, together with the named Defendants, amass a criminal syndicate far exceeding that of organized crime as the subject parties unlawfully hold Constitutional authority which they have wielded, leveraged and weaponized to manifest a coup of these United States.

Of even date, Plaintiff has filed a Motion for alternative service of process, citing the communication of October 2, 2024, reflecting in the Honorable Court repository as ECF Doc. 118, Plaintiff did not received benefit of reply as to the request of final extension. Plaintiff has continued her attempt of service, receiving a telephone call from the Secret Service as regards service to Janet Yellen, Treasury Secretary. The balance of service attempts provided in the Motion under separate cover.

Plaintiff received an Affidavit from Military Veteran, same attached as EXHIBIT 1, notarized. Plaintiff affirms by the Affiant's own words, having served this fine Nation, sacrificing of his time and risk to his life to ensure retention be upheld, inclusive of the Cardinal Moral Truths, Plaintiff is obligated by God to enter this final plea, the demand of voice before the Honorable Court.

Respecting the complex nature of the criminal syndicate conduct, well reflected in the Honorable Court repository, Plaintiff will attempt to be as succinct in this communication as is possible, thus ensuring that the Honorable Court has a comprehensive understanding of the magnitude of imminent danger to the candidate, DONALD J. TRUMP, as well the precarious cliff by which these United States dangles at this very moment.

The Plaintiff restates all claims as presented in the inclusive ECF repository noted in the Certification which follows this communication. Plaintiff refers to ECF Doc. 45, Amended Complaint, P75(g), "Plaintiff states that the history involving the Troubled Asset Relief Program ("TARP") was weaponized as leverage, in many cases, to maintain the structured undercurrent modeled after BCCI, the Defendants dually affixed to same."

**Reserve Trust Company, Federal Regulation manipulation and Banking and Insurance Fraud.**

Each party referenced below knowingly averted registration under the Alien Registration Law, 8 U.S.C.A §451 et seq., 18 U.S.C.A. §9 et seq. each being a member and sympathizer associated with BCCI, operating under Project Destiny, holding allegiances to the United Arab Emirates, Pakistan and

other foreign nation-states, rendered each and every inclusive Defendant, subversives, enemy combatants.

Plaintiff states that unlawful actions taken by the individuals, each holding foreign allegiance, unregistered within the United States, followed the BCCI mapping structure, each coordinating with the other, apart from transparency, intent of subverting these United States from within.

1. Plaintiff states that Defendant WILLIAM J. CLINTON unlawfully held Executive capacity of these United States by fraud and trickery.  Through the appointment of Eugene Ludwig to Comptroller of the Currency, serving 1993 – 1998, the Defendant leveraged the Executive Branch to the benefit of foreign nation-states including the United Arab Emirates, Pakistan and others.  Simultaneously, the Defendant knowingly withheld HILLARY R. CLINTON's actions working cohesively with undisclosed foreign persons, in the transaction of uranium, facts and events which the Defendant financially benefited from both personally, as well through the Clinton Foundation.  Plaintiff states that the Defendant leveraged the appointments within his Administration, including  but not limited to Ludwig, for the benefit of external entities, banks and individuals, creating untenable circumstances that skirted the Rule of Law, the Constitution and National Security.  These actions were taken with the sole intent to subvert, undermine and foster the collapse of the United States.

2. The Defendant and Eugene Ludwig were personally acquainted, having attended law school together.   Plaintiff states that the appointment was a continuum of the fraud and trickery associated with the BCCI, Project Destiny broadly applied mapping of individuals surreptitiously placed to exact strategic actions on behalf of the overarching foreign entities, wholly apart and opposing the interests of these United States.  While in his federal appointment, the internal policy benchmarks and guardrails within the comptroller's department so as to create trap doors for external exploitation aiding the abetting foreign parties to the detriment of these United States.

3. Plaintiff states the internal changes including the Community Reinvestment Act ("CRA"), alleged to make examination more consistent, clarify performance standards, and reduce cost and compliance burden.  Ultimately, these programs proved beneficial not to the communities themselves, but rather for foreign investors in the long-run.  The reason being is the undisclosed forecast of the TARP failure, the foreign occupiers within the Federal, State and County-levels of government were toiling as one cohesive body.  The loans taken by well-intended entrepreneurs, over-leveraged themselves having no knowledge of the undisclosed forecast, believing that the market would continue to grow.

4. Duality of regulations based on race, creed and gender-based regulations and Fannie Mae, Freddie Mac and government sponsored enterprise mortgaging changes in the company of sweeping regulation on affordable housing.  The duality confuses the system intentionally, **never** resolving the origin issues that have been identified – that was the not the intent of design; where previously one set of rules applied to all and were easily assessed, audited and reported, duality layers the regulatory process allowing venue for

3

the syndicate to operate with opaqueness, ease of movement with the marketplace, government and venue to the NGO's, community organizers, etc.

5. Immediately upon leaving his governmental position, Ludwig formed the Promontory Financial Group, est. 2001, 2-years advancing the economic downturn. Further evidencing Plaintiff's claims specific to TARP but also more broadly regarding the foreign subversive actors within actually fabricating chaos while building out community organizer entities for which Promontory Financial Group was formed. In the aftermath of the subprime mortgage crisis, the very structure that Ludwig fostered, Promontory was one of several consulting firms selected by federal banking regulators to conduct reviews of loan foreclosures initiated by 16 mortgage servicing companies. Promontory reviewed the foreclosure activities of Bank of America, PNC Financial Services and Wells Fargo, encompassing more than 250,000 loan contracts. Promontory was paid $927 million, which led to strong criticism and doubt about the independence of the examination. A hearing was arranged by the U.S. Senate Banking Committee to assess whether regulators had handed off too much oversight authority to private consulting firms such as Promontory.

6. Plaintiff states that a significant number of affordable housing properties were lost in the TARP downturn, not recoverable because their purchased by foreign persons, knowingly orchestrated and a component of the economic espionage. Since TARP, a vast number of rental and mixed-use properties have been built across the United States, discouraging investment is the infrastructure of whole living in communities, many now are transient. The foregoing are all and inclusive forecasted events by the syndicate.

7. The same duality in regulation existed under the Ludwig model, introduced by the Executive Branch usurper, under "Act" with broad, sweeping regulation including that of the changes within Fannie/Freddie and GSE's, see (4, above) were actually designed to self-destruct and fail by the foreign operatives within, the parties herein named. These changes were also designed to feed into the economic failure, benefiting foreign entities. The foregoing is evident in the merger/acquisition model which Bernanke fostered. The result of this is today see in the Federally Protected Election Infrastructure, with each of the contracted parties represented as domestic, but are foreign registered and foreign owned (See ECF Doc. 87). Thereafter, TARP provided and continues to provide venue for an endless stream of taxpayer funded fraud and abuse. Plaintiff attaches as EXHIBIT 2, the transcript from the TARP/SIGTARP hearing of May 22, 2018 which personifies Plaintiff's statement.

8. Plaintiff states that the Defendant, BARACK HUSSEIN OBAMA, a foreign person, unlawfully held Executive capacity of these United States by fraud and trickery. Plaintiff states that immediately upon taking office the Defendant drafted Executive Order 13490, alleged to restrict lobbying; benefited the wholly foreign appointees, nominees and co-conspirators, including NGO's, community organizers, public private partnerships, etc. The facts provided that the E.O. 13490, was selectively adhered to and weaponized at time of convenience against opponents; however, it not curtail the external influences on the United States 3-Branches of Government, to the contrary, it fortified the internal, wholly foreign and unlawfully seated parties. Plaintiff states the foregoing was reinforced by the Defendants foreign co-colluder, Ben Bernanke, who alleged in 1989 that "quantitative analyses of bank records" would increase in sophistication and be readily accessible, and in lieu of lobbying entities, a broad body of non-profit, community groups were established. Each of the individuals worked in the subversion of the economic, financial and regulatory areas within the federal government from the moment they gained access, alleging "partnerships" to banking institutions and governmental bodies. Plaintiff states that the ACORN record evidences her claims, see ECF Doc. 46 which also cites the Center for Tech and Civic Life ("CTCL"), both entities built on the same model, both have highly controversial, detrimental impacts one in campaign finance and community organization resulting in Ch7 bankruptcy, ACORN; and the other irrevocably imposing on Plaintiff's Civil Rights protected under the Cardinal Moral Truths, imposing on the Federally Protected Election Infrastructure and, as the Affidavit attached verified, marginalizing voters, actually disenfranchising them from participation, entirely.

9. Through the Defendant's unlawfully held capacity, he nominated Sarah Bloom Raskin ("Raskin"), Defendant JANET YELLEN ("YELLEN") to the Federal Reserve Board of Governors, 2010. Plaintiff states that these nominations were a continuum of the fraud and trickery associated with the BCCI, Project Destiny broadly applied mapping of individuals surreptitiously placed to exact strategic actions on behalf of the overarching foreign entities, wholly apart and opposing the interests of these United States. Plaintiff states that the newly seating usurper of the Executive Branch, doubled down on the BCCI-Project Destiny model, the intent to expedite the failure of the United States.

10. Plaintiff states that once these capacities were confirmed by the Senate, Raskin and YELLEN immediately took action to lower the fiscal benchmarks and guardrails within the Federal Reserve to foster opportunities for external parties to gain benefit while expanding regulation to fog the invisible moving, that being the BCCI structure. Plaintiff states these gains of benefit would not exist but for the known movement and actions of Raskin and YELLEN.

11. .Plaintiff states that Sarah Bloom Raskin was the managing director at Promontory Financial Group from 2003-2007, holds to the same foreign affiliations set forth above. The role provides specific calculating insights advancing her governmental appointments commencing in 2010 - 2016. Understanding that Ludwig fabricated what gave rise to TARP, Raskin was mentored to step as TARP took place, to ensure that new regulation introduced at her direction, continuing the momentum of economic failure within the United States.

12. Plaintiff states that Sarah Bloom Raskin unlawfully gave aid to the wholly foreign entity, Reserve Trust Company with the intent to defraud using the SWIFT and Fedwire systems.

13. Plaintiff states that the 1973 registration of Reserve Trust Company, irrefutable confirms that the BCCI mapping under Project Destiny is active, moving at rapid pace and that a broad number, if not nearly all persons within government are foreign aligned, holding no allegiance to the United States.  The company was formed and never utilized, reserved in every sense, inclusive of name.

14. Raskin confirmed the query in her testimony, under oath, that in May, 2017, she became a member of the Board of the Directors of the Reserve Trust Company, alleged to be a small COLORADO-chartered trust company founded in 2016.  However, the Colorado registration is removed of record and all other Reserve Trust Company affiliates are foreign registered, referencing Colorado is the domestic pass through.  Raskin sold 195,936 Reserve Trust shares for $7.50 per share in 2020, alleging to transact the funds to QED Investors.

15. Plaintiff states that QED Investors follows the same BCCI shell structure, one domestic pass through and all other foreign holding registrations.  The SEC record, for which Ms. Raskin would have every knowledge, is empty, there have been no filings made.  See EXHIBIT "3".  Plaintiff states that Raskin has committed fraud and economic espionage, citing her formulation of the regulations for which she knowingly advantaged herself and her spouse.

16. Plaintiff affirms that Ms. Hamm, who works with Ms. Raskin at Promontory Financial Group was a former regulatory officer with the SEC, having every knowledge of the facts Plaintiff discloses herein, including the corporate records.

17. Facts provide that during Ms. Raskin's tenure at Treasury, she participated in and among the DEMOCRATIC NATIONAL COMMITTEE, DEBBIE WASSERMAN SHULTZ, NANCY PELOSI and HILLARY R. CLINTON, as well the broader body of inclusive Defendants, providing carte blanche access to the Awan Brothers who transferred financial data and history, otherwise protected, belonging to the United States.  Plaintiff states, that the Awan Brothers, aided by Judge Chutkan, averted Justice and the permeation of cybersecurity extortion has grown exponentially, including the recent actions involving UNITEDHEALTH GROUP, knowingly orchestrated by DarkMatters, a wholly owned entity of the Awan Brothers associates, the United Arab Emirates.

18. Plaintiff states Ms. Raskin's associates at the Reserve Trust, formerly underlings at Treasury, mentored by her, confirming the BCCI mapping verbatim.  Plaintiff confirms direct association between David G. Cahill, Microsoft as his former employer and the broader mapping extending to include cybersecurity and the United Arab Emirates through G42, a secondary wholly owned UAE entity.

19. Plaintiff states that through the foregoing mapping and exact footprint, Mr. Cahill previous work with Save the Children, East Africa attaches directly to the Gates Foundation.

20. Plaintiff states that the Gates Foundation had every knowledge of the Janssen adenovirus-based vector vaccine, through the EBOLA response East Africa, a simultaneous philanthropic endeavor by both organizations.

21. Plaintiff states that the relationship between WARREN BUFFET, BILL GATES and USHA VANCE, Mrs. Vance's law firm founder the Board Member on BUFFETT's Berkshire Hathaway. The Gates Foundation also directly attaching to VIVEK RAMASWAMY. VIVEK purchased Emergent BioSolutions, the company who cross-contaminated the production line, knowingly, spoiling the Janssen product, the FDA removing its use from the marketplace, See ECF Doc. 45, ¶136.

22. Plaintiff states the foregoing malicious actions, orient to fraud and economic espionage by foreign actions, the inclusive parties.

23. Plaintiff states that the New Mexico Reserve Trust Company was formed in New Mexico citing the Department of Energy and the Carter Center, See ECF Doc. 120 which includes BCCI Investigative record for which Jimmy Carter was a direct participant, extending to include the formation of the Department of Energy. Plaintiff states that shortly formation of the Department, the Carlsbad, New Mexico Waste Isolation Plant. This site, is quite specific in that the waste refers **specifically** to the nasal swab manufactured during COVID19, the spent nuclear waste, the attempt to murder the people of the United States. To be clear, the DEMOCRAT NATIONAL COMMITTEE, JOSEPH R. BIDEN, KAMALA HARRIS, JAMIE RASKIN, HARVARD, MICROSOFT, VIVEK RAMASWAMY, JD VANCE, USHA VANCE, WARREN BUFFETT, and the whole of the inclusive Defendants.

24. Plaintiff states that the UAE was working with the GATES FOUNDATION and STRIPE (Elon Musk and Peter Thiel, also associated with the FBI, JD Vance and Vivek Ramaswamy), launched the Global Technology company est. 2021 (Ireland, India, Canada, UAE, Malaysia and Germany). The knowing action involving COVID19, the nasal swab and the vaccines; nuclear waste touching the blood/brain barrier, repeatedly and graphene oxide thin film; crimes against humanity. UNITEDHEALTH GROUP, HARVARD and the GATES FOUNDATION – BILL GATES, WARREN BUFFETT, AstraZeneca, the UAE, Canada, Germany, Great Britain, India, Ireland, the United Nations, the DEMOCRATIC NATIONAL COMMITTEE, VIVEK RAMASWAMY, PETER THIEL, JD VANCE, USHA VANCE, ELON MUSK, JAIME RASKIN, the whole of the DEMOCRATIC Governors and many alleged Republicans, the FBI, CIA, NSA, CDC, NIH, DoD, NIAID, etc. At the same time, the UAE and China leveraged for themselves in the same manner as the GATES FOUNDATION, worked with AstraZeneca as well as STRIPE and all grant recipients through STRIPE, their attempt to develop an autonomous vaccine product, having eliminated the Janssen product, one-dose, non-mRNA.

25. Plaintiff reached into the repository history of Uranium One, noting that Frank Giustra was from Canada. Between 2009 to 2013, Canadian records show, a flow of cash made its way to the Clinton Foundation. Uranium One's chairman used his family foundation to make four donations totaling $2.35 million. Those contributions were not publicly disclosed by the Clintons, despite an agreement HILLARY R. CLINTON had struck with the BARACK

HUSSEIN OBAMA to publicly identify all donors; there was no accountability to this omission.  Citing the unresolved Russian bribery document case, and the heightened National Security risks, these matters must find absolute resolve and measured accountability, Justice.  The Clinton Foundation has been used as leverage since its inception, imposing on all manner of foreign diplomacy, and, today imposing in National Security and the Civil Rights of the Plaintiff.  The Federal Reserve had access to the fiscal records through the St. Louis Fed Branch in Arkansas, to date, there has no disclosures.

26. The Plaintiff states that during the same time period, Raskin, Yellen and Raskin's Federal Research Board of Governors, her underlings at Promontory Financial Group at Treasury at the time.  Ms. Raskin would have had every knowledge of the fiscal events associated with the St. Louis Federal Reserve Branch in Arkansas   Despite her knowledge and the grave risk to National Security, first associated with the Awan Brothers and the second with Uranium One.  Citing the fact that all of her Promontory Financial Group associates and she herself are cybersecurity experts, the foregoing facts remained unreported by Ms. Raskin.

27. In a follow-up story six days later, The Times clarified that the donations went to "the Clinton Giustra Enterprise Partnership (Canada), [which] operates in parallel to a Clinton Foundation project called the Clinton Giustra Enterprise Partnership, which is expressly covered by an agreement Mrs. Clinton signed to make all donors public while she led the State Department.  However, the foundation maintains that the Canadian partnership is not bound by that agreement and that under Canadian law contributors' names cannot be made public."

28. In his May 5, 2015, book Clinton Cash, Breitbart News editor Peter Schweizer alleged that the Clinton Foundation received $145 million in pledges and donations in exchange for Hillary Clinton's support of the Uranium One deal.  These figures are proving conservative based my analysis   The FBI, and specifically, JAMES COMEY terminated the Uranium One investigation, a consistent action on the part of the heathens, confirming COMEY's culpability.

29. The Uranium One Uranium One owned uranium mining operations in the United States, the acquisition of Uranium One by Rosatom was reviewed by the Committee on Foreign Investment in the United States (CFIUS), a committee of nine government cabinet departments and agencies including the United States Department of State, which was then headed by Hillary Clinton. Clinton herself did not sit on CFIUS, but rather the State Department was represented by Jose Fernandez, the Assistant Secretary of State for Economic, Energy and Business Affairs, who stated that Clinton was not involved in the Uranium One matter.  Although CFIUS members can object to such a foreign transaction, none did, and no member can veto a decision; veto power rests solely with the president.  CFIUS unanimously approved the Uranium One sale; approved by the president and with permits issued by the Nuclear Regulatory Commission.  The Utah Division of Radiation Control and Canada's foreign investment review agency also approved the transaction Simultaneously, there was outstanding investigation concerning Russian bribery plot which had been handled by Defendant ROD ROSENSTEIN; the case involved Uranium One sale of the national strategic asset for which the FBI had every knowledge.  Under federal law, the committee reviews foreign investments that raise potential national security concerns which would have been disclosed to Raskin at the time of the event.   Although CFIUS members can object to such a foreign transaction,

8

none did, and no member can veto a decision; veto power rests solely with the president, noting that CFIUS is Chaired by the Treasury Secretary, Timothy Geithner (2009-2013). CFIUS unanimously approved the Uranium One sale. The Utah Division of Radiation Control and Canada's foreign investment review agency also approved the transaction.

30. Plaintiff states that as a consequence to the foreign interlopers, unlawfully holding siege by capacity within all 3-Branches of government, a clear and present danger looms.  With each federal investigation compromised, regardless of the potential of grave impact or human tragedy, this, in combination with the escalating rise in criminality demanded this communication be sent.  Today, Iran, North Korea and others are within reach of nuclear armament, long-range viability no longer a threat.  This threat was removed by the former Secretary of State, of the UNITED STATES, the Defendant, HILLARY R. CLINTON and the inclusive Defendants having every knowledge have stood down, dismissing Justice and for which CFIUS consented, without objection.  The foregoing is made an imminent threat citing the funds paid first by Defendants, BARACK HUSSEIN OBAMA, JOSEPH R. BIDEN, and KAMALA HARRIS, the latter providing monthly stipends through the State Department absent public disclosure.  Our military were made vulnerable by mandates of vaccination, many leaving the same of our law enforcement.  The funds have exacted a statement to enemies of the United States and foreign adversaries who might seek political alignment; that message, whether spoken or not resonates loudly – the American People are without leadership and those that are in place are as much our enemies as those residing on foreign soil.

31. There is a pending federal election for which Plaintiff has sought intervention, citing the completely compromised mechanical/electronic federally protected election infrastructure, heightened matters of National Security and the imminent and ongoing threat against the federal candidate, Donald J. Trump.

32. Plaintiff states that all and inclusive national security related events, including the assassinations of John F. Kennedy; Robert F. Kennedy' Martin L. King, Jr., Abraham Lincoln, William McKinley; Shinzo Abe – Japan, former Prime Minister; the attempted assassinations of Ronald Reagan; Donald J. Trump; Vietnam; Pearl Harbor; Watergate; TARP, 9/11, Oklahoma City bombing, Boston, mass shootings including Columbine;  WWI, WWII, the vast number Middle East conflicts, including Operation Iraqi Freedom, Desert Storm, the USS Cole, the USS Liberty.  The foregoing, a grossly incomplete list; however the foreign infiltrations, factions and evil intent – the worst of all human depravity, they are completely masked but for their decisions, yet have no remorse for actions taken.

33. Plaintiff states as a matter of record, DONALD JOHN TRUMP is unquestionably in danger, all investigations have been sidelined or sidestepped and yet, every investigation that seeks his confinement or monetary liquidation of his private funds, these have no issue finding venue. The inclusive Defendants available themselves of an adoring media body, the double standard disclosure allegiance.  The broad body of inclusive Defendants and the media have colluded, knowingly seeking to influence and interfere in the federal election process, going so far as the executive contracts for service in the attempt to provide 2-degrees of separate from their heinous behavior.  Meanwhile a human being's life and his children are at risk – this is an unacceptable message that meets certain harm there being no accountability to stop it.  The

insurance policies have been paid up by the foreign interlopers, the strawmen having proven their posture through business practices and history.

34. Plaintiff reviewed the headings of the inclusive claims in the repository, including those herein, tracing back Nikola Tesla IP records and each of the individual weaponized claims levied against the federal candidate as well while lawfully seated as the Executive Branch Chief Executive and his Administration.  The whole of the repository align with one heinous prophesy attaching to Albert Pike with a significant portion of the descriptive events having come to pass, there remains one event described which walks parallel with the Plaintiffs' forensically derived research  - a global, cataclysmic nuclear war.  Plaintiff makes no claim, the findings derived by process of elimination – the threat is quite real with Iran and North Korea orations, as well Hezbollah, Hamas and gang violence in our own communities.  The foregoing confirms and parallels the Executive, Legislative and Judicial comprised within government, inclusive of timelines.

Plaintiff demands of the Honorable Court's time to intervene in this URGENT matter in the interest of all People of the United States, their safety and welfare.  The absence of actionable investigative integrity to analyze the assassination attempt of Donald J. Trump has sent the same message to our enemies as those of the unlawfully seated foreign Defendants, BARACK HUSSEIN OBAMA, JOSEPH R. BIDEN and KAMALA HARRIS, that message is a damned lie.  Every person residing in these United States deserves to live with the knowledge that a Court of Law as much the Rule of Law, stands as resolute as these United States.  The outcome of the forthcoming election looming, uprising and unrest on the horizon with all sides gravely concerned but for one, the perpetrators – the foreign interlopers holding our Nation hostage.

Plaintiff demands voice of the Honorable Court.



CERTIFICATION OF SERVICE

  I HEREBY CERTIFY that I filed today, Monday, November 4, 2024, at 5:23 p.m. in accordance with Federal Rule of Civil Procedure 11, the foregoing with the Federal Clerk of the Court for the United Stated District Court, District of New Jersey, via electronic filing, which will send notification of such filing to all parties registered for this case, including the Defendant's counsel via the electronic filing system.

11

Plaintiff attests to each claim herein stated and reiterates the inclusive claims, inclusive of harms and remedy as set forth in the amended complaint and supplemental submissions with Exhibits so accompanying as set forth in ECF 45; 45-1; 45-2; 45-3; 45-4; 45-5; 45-6; 45-7; 45-8; 45-9; 45-10; 45-11; 45-12; 45-13; 45-14; 45-15; 45-16; 45-17; 45-18; 45-19; 45-20; 45-21; 45-21; 45-22; 56; 46; 46-1; 46-2; 55; 55-1; 55-2; 55-3; 55-4; 55-5; 73; 73-1; 73-2; 73-3; 73-4; 73-5; 73-6; 73-7; 73-8; 105; 104-1; 105; 106; 106-1; 106-2; 106-3; 106.4; 107; 108; 108-1; 108-2; 108;3; 108;4; 108-5; 108-6; 108-7; 108-8; 116; 116-1; 117; 117-1; 118; 110; 119; 119-2; 119-3;119-3; 120; 120-1; and 121  in support of the certified statements of harm herein and in support of the Injunctive Motion with Permanent Restraining Order.

                Respectfully submitted,

                /s/Mary B. Logan
                Mary Basile Logan
                Plaintiff (*Pro Se*)

cc:    All Counsel of Record (***Via ECF)***

EXHIBITS:
1. PETITION OF THE PEOPLE OF THESE UNITED STATES and inclusive executed pages.
2. BCCI Directory of Expatriate affiliates, dated 1986.