# AFFIDAVIT

My legal name is Aaron John Jordan ("Affiant") and acknowledge I am a living soul:

To those whose eyes and ears are presented with these words they are truth and hereby authentic, with proof, to the same.

As a prelude I will give thanks to my creator's Divine wisdom. He has orchestrated in the lives of his creation highs and lows, and I believe in those cycles he speaks to those who are searching. God creates thru man and so I harness within myself the power to govern my allotted space and territory, judiciously; therefore, I know ALL human life has tremendous worth. One of the aforementioned economic lows in my life was a direct result of having too high a standard for myself, and thus, found myself unemployed; unwilling to do mundane tasks to promote the dreams of an ungrateful taskmaster. This latest low was renamed opportunity as I was afforded by my creator a procurement of my time, and I used it to search for truth.

I feel that my experience echoes with the language, and the sentiment put forth in the Civil Rights lawsuit:

3:2024cv00040

LOGAN v. GARLAND et al.

...and here is my story as it relates to its validity as assembled.

I was a member of the armed forces, U.S. Army, and voluntarily entered the "Delayed Entry Program" as a junior in high school. Thirty quick days after graduation, I took "The Oath to Serve, Defend and Uphold these United States", at the age of 18 and therefore had to wait 2 years until the next voting cycle, the year 2000, to dutifully cast my vote. Understand that he, whichever candidate, would control the volatility of my career. I approached my duty as a citizen heavily and did research about the projected policies upon which each candidate stood. My values rang truer with Al Gore and the package that he presented. So, I cast my vote and watched diligently through the night as all the votes were tallied and I "believed" that my vote mattered. To my dismay, in the days to follow, I watched the opposition (George W. Bush) use his family, political and fraternal connections to elicit a recount of the votes, in the state he lost (Florida), which his connection (brother, then Gov. Jeb Bush) held the highest power. Subsequently he was declared the victor, after a recount of votes, and became the president of the United States.

EXHIBIT 1

While serving a tour in Kosovo, the "maneuverist", visited the campgrounds adjacent to mine and we were granted a gracious lunch stay with "The Officials". As we all stood rank and file to welcome the president, he walked stately, without haste, down the walkway and I politely greeted him with welcome eyes. Surprisingly and still to my excitement, the president reached forth with a steady fist and gave me what I can only describe as the "the touch of confirmation"...a light tap on the shoulder. In complete desolation of thought, I watched as he went through the doors of the private seating area, they shut behind him, and he was out of sight, out of mind.

To my enlightenment and pre-destination, Mr. Karl Rove (then the Pres. Advisor) ate lunch at my table. Knowing that nothing is a "coincidence" I took the liberty to converse with such an important figure. After the pleasant exchange I requested a copy of the speech, or presidential address, and supplied my email address. We shook hands and within what seemed like a flash, the luncheon concluded. On his way out, the then president, the members of my table, and I, posed for a photo. (After which, I might put on the record that I was reprimanded for "daring to even talk to Mr. Rove" and was given "extra duty" for my "audacities". The distributor of this punishment is pictured as well).

I have not voted since but have become aware of the psychoma the United States and its media conglomerate have seduced the populace into. Upon Awakening I have found many flaws in this way of life that is supposed to be granted by God with its liberties of Life and the pursuit of happiness, without infringement upon others. I understand the true meaning of social security and how populace is that definition. The labor of, the sweat of, the production of and the energy of, the people, has been redefined and repurposed into, the security of the government.

There are many things in plain sight that have been hidden behind the government's use of the media and education system, in "All" of its forms as a diversion, or veil.

What shall we do then, when the people are granted back, the ownership, rights and liberties of their own conscious mind and ideals. Not be propagandized, conditioned and swayed, for and by, an opinion which they do not know, nor has their best interest in mind. Re-emerge a society of "free thinkers" thriving upon a higher standard of "oneness" and closeness. A people of transparency and truth. Using our energy and abilities to bless and enrich our families and friends, Mr. Government...just like you.

EXHIBIT 1

Being duly sworn, hereby swear under oath that: Aaron John Jordan

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: _____ Date: 10/15/24

**NOTARY ACKNOWLEDGEMENT**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Michigan

County of Oakland

On 10/15/2024 before me, S Jordan, personally appeared Aaron John Jordan who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of MICHIGAN that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

S Jordan
Notary Public State of Michigan
Oakland County
My Commission Expires 10/3/2028
Acting in the County of Oakland

Oakland

EXHIBIT 1