Ten Years of TARP, Examining the Hardest Hit Fund. TRANSCRIPT

Jaime Raskin is quoted from transcript:

May 22, 2018.  https://www.youtube.com/watch?v=bXvIKPs2QqE   (EDIT FOR INCLUSION)

57:29

came out as part of her report there are two reports that are outstanding where still reviewing but every other than

57:35

those two we've replied to each line item recommendation that the Special Inspector General has provided in

57:41

writing and is available to the public when you said you've replied to them we have we have written a response letter

57:48

with each line item right bime you know of course what we're interested in is

57:53

terminating the underlying practices that are wasting public resources that

57:58

should be going to people who are in need right we certainly are appreciative of that and they're very focused on

58:04

making sure no waste fraud or abuse of course we follow the federal cost principles along with every other federal program it's it yeah I mean I I

58:11

guess you know you detected some frustration in mr. Connelly's response to you and but I also detect a certain

58:18

kind of passivity about the enterprise that we follow the principles and we stand by the law and so on I mean one

58:25

expense that I think would make some sense is to bring all these people in from the 50 states to have a big meeting and say here are the principles and

58:31

here's what's going to get you sent to jail and we're very serious about enforcing this because it's the public's

58:37

money and it's people who need it and I'm just curious about what kind of high octane intensity you're bringing to the

58:43

task of enforcing integrity within the system sure we have several several I've

58:49

had several annual meetings to share best practices and and certainly review

58:54

compliance procedures anytime there's an instance of called into question we work with the states to to augment those and

59:01

interest strengthen their internal controls with respect to rank number Connolly's question the federal

59:08

customers allow for for for health care platforms for employees of the health

59:15

and wellness programs and gym memberships do fall under that okay miss Romero do you feel confident that

59:22

Treasury has responded positively to your recommendations and is implementing

59:29

them in order to crack down on the waste fraud and abuse and get the money to the people who need it well let me say I do

59:35

appreciate that there's been some movement but no this is a this is an absolute miss Reed of the federal cost

59:42

principles which start with one necessary as to what Congress intend two reasonable three allocable to the

59:49

program so when it comes down to accountability if you really want to stop what's going on let's just first

59:55

start with repayment because there's no better way to deter future misuse of funds than repayment and then let's put

1:00:03

some controls in here but looking just because the federal cost principles have

1:00:08

a line in there about Health and Welfare does not mean that gym memberships are Health and Welfare things are actually

1:00:13

necessary and what Congress intended and that is being lost yeah I mean I would

1:00:18

just like to say the expenditures that are reported here are kind of

1:00:24

eye-popping and I think you know any government agency would be amazed to think that they can spend money on you

1:00:31

know lavish Christmas parties taking people on trips even just purchasing

1:00:37

lunch for the office on a daily or weekly basis that kind of thing that we

1:00:42

saw I mean it just it doesn't make any sense well look the the the program

1:00:49

arose because there was a terrible crisis that through millions of people out of work and millions of people lost

1:00:55

their homes and the the focus is on that the big banks got essentially this huge

1:01:03

subsidy but we still have a lot of people around the country who are hurting and are in crisis and so I you

1:01:09

know I guess that the last point I want to ask back to you mr. Granville are you convinced that you've got the controls

1:01:16

in place right now to make sure that the money that's still within the pipeline is going to be spent in the right way

1:01:23

and do you have the controls within Treasury to make sure that you guys are on top of it

1:01:28

I appreciate your question we are very dedicated to working with this committee

1:01:33

and sigtarp to make sure in each state each program to make sure that they're following the proper federal cost

1:01:40

principles that that waste fraud and abuse are minimized if not eliminated outright that the intended use of

1:01:48

dollars from that Congress has set forth will be followed and the the real driver

1:01:54

of this whole platform is to help homeowners in need and we are committed to doing that Thank You mr. chairman I go back I thank