




## COMPANY · PEOPLE · SERVICE/PRODUCT · TRADEMARK · ADDRESS

QED Investors

Sponsored Links

4 matches were returned.

Click a row below to view the associated profile.

| Relevance Score | Company Name | Entity Type | Registered Agent | Filed | Filing Status | Address Locations |
|---|---|---|---|---|---|---|
| 3.7 | Qed Investors, LLC | Delaware Limited-Liability Company | Corporation Service Company | 02/12/2008 | Unknown | Wilmington, DE |
| 3.7 | Qed Investors LLC | New Jersey Foreign Limited-Liability Company | Corporation Service Company | 01/26/2023 | Active | Alexandria, VA and Ewing, NJ |
| 3.7 | Qed Investors LLC | Virginia Foreign Limited-Liability Company | Corporation Service Company | 09/18/2008 | Active | Alexandria, VA and Richmond, VA |
| 3.6 | Qed Investors 2023 Allocate Access Fund, L.P. | Delaware Domestic Limited Partnership | Corporation Service Company | 04/19/2023 | Active | Wilmington, DE |

### BROWSE COMPANIES BY STATE OR COUNTRY

Alabama · Alaska · Arizona · Arkansas · California · Canada · Colorado · Connecticut · Delaware · District of Columbia · Florida · Georgia · Hawaii · Idaho · Illinois · Indiana · Iowa · Kansas · Kentucky · Louisiana · Maine · Maryland · Massachusetts · Michigan · Minnesota · Mississippi · Missouri · Montana · Nebraska · Nevada · New Hampshire · New Jersey · New Mexico · New York · North Carolina · North Dakota · Ohio · Oklahoma · Oregon · Pennsylvania · Puerto Rico · Rhode Island · South Carolina · South Dakota · Tennessee · Texas · Utah · Vermont · Virginia · Virgin Islands · Washington · West Virginia · Wisconsin · Wyoming · United States

Copyright © 2012-2024 · Bizapedia.com · All rights reserved.    Pro Data · Pro Search · Pro API · Contact Us · Terms of Use · Privacy Policy · Sitemap

Desktop · Server 1

EXHIBIT 3