**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MARY BASILE LOGAN**,<br><br>Plaintiff,<br><br>v.<br><br>**MERRICK GARLAND**, *in his official capacity as Attorney General, Department of Justice, et. al.*[1]<br><br>Defendants. | Civil Action No. 24-00040 (ZNQ) (TJB)<br><br>**ORDER** |

[1] Plaintiff's Amended Complaint identifies the following additional Defendants, collectively with Merrick Garland, the "Defendants": Llyod Austin III, in his official capacity as the Secretary, Department of Defense; William J. Burns, in his official capacity as the Director, Central Intelligence Agency; Christopher A. Wray, in his official capacity as the director of the Federal Bureau of Investigation; Denis Richard McDonough, in his official Capacity as Secretary of Veterans Affairs; Alejandro Mayorkas, in his official capacity as Secretary, U.S. Department of Homeland Security; Marcia L. Fudge, in her former capacity as Secretary, U.S. Department of Housing and Urban Development; Robert Califf, in his capacity as Commissioner, Food and Drug Administration; William J. Clinton, in his official capacity as the Former President of the United States of America; Hillary R. Clinton, in her official capacity as Former Secretary of State for the United States of America; Thomas Kean, Sr., in his former capacity as Chairman 9/11 commission; Robert Mueller, in his former capacity as Director of the Federal Bureau of Investigation; James Comey, in his former capacity as Director of the Federal Bureau of Investigation; Christopher J. Christie, in his capacity as the former-Governor of New Jersey; Richard "Dick" Cheney, in his former capacity as Vice President of the United States; Elizabeth "Liz" Cheney, in her former capacity as Chair, January 6 Commission; John Kerry, in his official capacity as U.S. Special Presidential Envoy for Climate; George W. Bush, in his former capacity as President of the United States; Barack Hussein Obama, in his former capacity as President of the united states; Loretta Lynch, in her former capacity as United States Attorney General; James Baker, in his former capacity as White House Chief of Staff; Eric Holder, in his former capacity as United States Attorney General; Joseph R. Biden, in his official capacity as President, his former capacities as Vice President and Senator, of these United States; John Ashcroft, in his former official capacity, as United States Attorney General; Jamie Gorelick, in her official capacity, Homeland Security Advisory council member; Nancy Pelosi, in her official capacity as Congresswoman (CA);George Norcross, in his capacity as Chairman, Cooper University Medical Systems; Philip Murphy, in his official capacity as Governor of New Jersey, and as former Chair of the National Governors Association (NGA); Tahesha Way, in her former capacity as Secretary of State, as former President of the National Association of Secretaries of State, and her current capacity as Lt. Governor, New Jersey; Judith Persichilli, in her official capacity as then-Commissioner of Health for the State of New Jersey; Sejal Hathi, in her official capacity as Deputy Commissioner For Public Health Services; Matthew Platkin, in his official capacity as Attorney General of the State of New Jersey; Kathy Hochul, in her official capacity as Governor of New York; Andrew Cuomo, in his former capacity as Governor of New York and his capacity as Vice-Chair of the National Governors Association; Letitia James, in her capacity as Attorney General of the State Of New York; Susan Rice, in her official capacity as United States Domestic Policy Advisor; Adam Schiff, in his official capacity as Congressman, of the State of California; Charles "Chuck" Schumer, in his official capacity as Senator for the State of New York; Xavier Becerra, in his official capacity as Secretary of Health and Human Services; Janet Yellen, in her official [capacity] as Secretary of the United States Treasury; Rod Rosenstein, in his former capacity as United States Deputy Attorney General; Huma Abedin, in her former capacity as Vice Chair of Hillary Clinton; |Debbie Wasserman Schultz, in her current capacity as U.S. Representative, (FL-25); Bill Nelson, in his official capacity as administrator of NASA; Occidental Petroleum; United Healthcare; Democratic National Committee ("DNC"); Republican National

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon nine Motions to Dismiss Plaintiff's Amended Complaint ("AC," ECF Nos. 45, 46 & 55) filed by multiple Defendants in this case. (ECF Nos. 52, 53, 54, 56, 61, 72, 74, 76, 81).[2] *Pro se* Plaintiff Mary Basille Logan ("Plaintiff") appears to oppose the Motions as a whole, (ECF Nos. 57, 60, 69, 98, ), to which some Defendants replied, (ECF Nos. 62, 63).[3] Plaintiff has also filed what the Court liberally construes as three motions for a preliminary injunction and/or restraining order with supplementary evidence. (ECF Nos. 73, 77, 103, 105, 106, 107, 108.) Defendants have opposed or otherwise responded, (ECF No. 109, 111, 112, 113, 114, 115) and Plaintiff replied, (ECF No. 116, 117).[4] For the reasons set forth in the accompanying Opinion,

**IT IS** on this **26th** day of **November 2024**,

**ORDERED** that:

1. Defendant RNC's Motion to Dismiss the Amended Complaint (ECF No 52) is hereby **GRANTED** with prejudice;

---

Committee ("RNC"); James Pittinger, in his official capacity as Mayor of Lebanon Borough, State of New Jersey; Lisa Sella, in her official capacity as Deputy Clerk, Lebanon Borough, State Of New Jersey; Robert Junge, in his official capacity as Municipal Co-Chair, Republican Party, Lebanon Borough, State Of New Jersey; John Does (1-100), Jane Does (1-100).

[2] The following Defendants filed Motions to Dismiss Plaintiff's AC: the RNC (ECF No. 52); jointly, Governor of New York Kathy Hochul and New York Attorney General Letitia James (the "NYS Defendants") (ECF No. 53); the DNC (ECF No. 54.); Robert Junge (ECF No. 56); George E. Norcross, III (ECF No. 61); Debbie Wasserman Schultz in her capacity as the former head of the DNC (ECF No. 72); United HealthCare ("UHC") (ECF No. 76); jointly, Christopher J. Christie, Philip D. Murphy, Tahesha Way, Judith Persichilli, Sejal Hathi, and Matthew Platkin (the "NJS Defendants") (ECF No. 74); and jointly, James Pittinger and Lisa Sella (ECF No. 81).

[3] The Department of Justice ("DOJ"), submitted a letter to the Court on behalf of all former and current federal officials named in this suit in their official capacity (the "Federal Defendants") contending they had not been properly served and were therefore not required to answer Plaintiff's complaint. (ECF No. 75 at 1.) The DOJ also stated there was no personal jurisdiction in this Court over any of the Federal Defendants based on the lack of service. (*Id.*) Plaintiff has filed multiple letters with the Court and requests for extensions to serve the Federal Defendants. (ECF Nos. 100, 118)

[4] Plaintiff has submitted a variety of additional letters and with the Court. Where necessary, the Court liberally construed them as part of Plaintiff's pleadings or otherwise considered their merits. (ECF Nos. 110, 119, 120, 121, 122.)

2. The NYS Defendants' Motion to Dismiss (ECF No 53) is **GRANTED** with prejudice;
3. Defendant DNC's Motion to Dismiss (ECF No. 54) is **GRANTED** with prejudice;
4. Defendant Robert Junge's Motion to Dismiss (ECF No. 56) is **GRANTED** with prejudice[5];
5. Defendant George Norcross' Motion to Dismiss (ECF No. 61) is **GRANTED** with prejudice;
6. Defendant Debbie Wasserman Schultz's Motion to Dismiss (ECF No. 72) is **GRANTED** with prejudice;
7. The NJS Defendants' Motion to Dismiss (ECF No. 74) is **GRANTED** with prejudice;
8. Defendant UHC's Motion to Dismiss (ECF No 76) is **GRANTED** with prejudice;
9. Defendants' James Pittinger's and Lisa Sella's Motion to Dismiss (ECF No. 81) is **GRANTED** with prejudice;
10. Plaintiff's First Preliminary Injunction (ECF No. 73) is **DENIED**;
11. Plaintiff's Second Preliminary Injunction (ECF No. 105) is **DENIED**;
12. Plaintiff's Third Preliminary Injunction (ECF No. 107) is **DENIED**;
13. All remaining claims against all Defendants are **DISMISSED** with prejudice; and it is further;

[5] To the extent Defendant Robert Junge continues to assert a cross claim, it is **DISMISSED** as moot.

14. **ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**