CLD-092

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-3265

_____

MARY BASILE LOGAN,
Appellant

v.

MERRICK GARLAND, in his official capacity Attorney General, Department of
Justice; LLOYD J. AUSTIN, III, in his official capacity as the Secretary,
Department of Defense; WILLIAM J. BURNS, in his official capacity as the
Director, Central Intelligence Agency; CHRISTOPHER A. WRAY, in his official
capacity as the Director of the Federal Bureau of Investigation;
DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veterans
Affairs; ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S.
Department of Homeland Security; MARCIA L. FUDGE, in her official capacity as
Secretary U.S. Department of Housing and Urban Development; ROBERT CALIFF, in
his capacity as Commissioner Food and Drug Administration; HILLARY R. CLINTON,
in her official capacity as Former Secretary of State for the United States of
America; THOMAS KEAN, SR., in his former capacity as Chairman 9/11
Commission; ROBERT MUELLER, in his former capacity as Director of the Federal
Bureau of Investigation; JAMES COMEY, in his former capacity as Director of
the Federal Bureau of Investigation; CHRISTOPHER J. CHRISTIE, in the capacity
of the former-Governor of New Jersey; RICHARD "DICK" CHENEY, in his former
capacity as Vice President of the United States; ELIZABETH "LIZ" CHENEY, in
her former capacity as Chair, January 6 Commission; JOHN KERRY, in his
official capacity as U.S. Special Presidential Envoy for Climate; GEORGE W. BUSH, in
his former capacity as President of the United States; BARACK H. OBAMA, in his
former capacity as President of the United States; LORETTA LYNCH, in her former
capacity as United States Attorney General; JAMES BAKER, in his former capacity as
White House Chief of Staff; ERIC HOLDER, in his former capacity as United States
Attorney General; JOSEPH R. BIDEN, in his official capacity as President, his former
capacities as Vice President and Senator, of these United States; JOHN ASHCROFT, in
his former official capacity, as United States Attorney General; JAMIE GORELICK, in
her official capacity, Homeland Security Advisory Council member; NANCY PELOSI,

in her official capacity as Congresswoman (CA); GEORGE NORCROSS, in his capacity as Chairman, Cooper University Medical Systems; PHIL MURPHY, in his official capacity as Governor of New Jersey, and as former Chair of the National Governors Association (NGA); TAHESHA WAY, in her former capacity as Secretary of State, as former President of the National Association of Secretaries of State, and her current capacity as Lt. Governor, New Jersey; JUDITH PERSICHILLI, in her official capacity as then-Commissioner of Health for the State of New Jersey; SEJAL HATHI, in her official capacity as Deputy Commissioner for Public Health Services; MATTHEW PLATKIN, in his official capacity as Attorney General of the State of New Jersey; KATHY HOCHUL, in her official capacity as Governor of New York; ANDREW CUOMO, in his former capacity as Governor of New York and his capacity as Vice-Chair of the National Governors Association; LETITIA JAMES, in her capacity as Attorney General of the State of New York; DEMOCRATIC NATIONAL COMMITTEE; REPUBLICAN NATIONAL COMMITTEE; JAMES PITTINGER, in his official capacity as Mayor of Lebanon Borough, State of New Jersey; LISA SELLA, in her official capacity as Deputy Clerk, Lebanon Borough, State of New Jersey; ROBERT JUNGE, in his official capacity as Municipal Chair, Republican Party, Lebanon Borough, State of New Jersey; JOHN DOES (1-100); JANE DOES (1-100); WILLIAM J. CLINTON, in his official capacity as the former President of the United States of America; SUSAN RICE, in her official capacity as United States Domestic Policy Advisor; ADAM SCHIFF, in his official capacity as Congressman, of the State of California; CHARLES "CHUCK" SCHUMER, in his official capacity as Senator for the State of New York; XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; JANET YELLEN, in her official as Secretary of the United States Treasury; ROD ROSENSTEIN, in his former capacity as United States Deputy Attorney General; HUMA ABEDIN, in her former capacity as vice Chair of Hillary Clinton; DEBBIE WASSERMAN SCHULTZ, in her current capacity as U.S. Representative, (FL-25); BILL NELSON, in his official capacity as Administrator of NASA; OCCIDENTAL PETROLEUM; UNITED HEALTHCARE

---

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. Civil Action No. 3:24-cv-00040)
District Judge:  Honorable Zahid N. Quaraishi

---

Submitted on Appellees' Motion for Summary Affirmance
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
February 27, 2025

Before:  KRAUSE, PHIPPS, and SCIRICA, <u>Circuit</u> <u>Judges</u>

———————

**JUDGMENT**

———————

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted on Appellees' motion for summary affirmance pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on February 27, 2025.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered November 26, 2024, be and the same hereby is affirmed.  All of the above in accordance with the opinion of this Court.

ATTEST:

<u>s/ Patricia S. Dodszuweit</u>
Clerk

DATED: March 21, 2025